AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| University of Miami | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

19-CV-23131-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  University of Miami
c/o Registered Agent, SPEZIANI, HUMBERTO
UM RISK MANAGEMENT
1320 SOUTH DIXIE HIGHWAY S-1200
CORAL GABLES, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Beatriz Biscardi Andre, Esq.
Trial Attorney, U.S. EEOC
100 SE 2nd Street, STE 1500
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 30, 2019

*s/ Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court