## RETURN OF SERVICE

State of Florida                County of SOUTHERN                District Court

Case Number: 19-CV-23131-MGC

Plaintiff:
**U.S. EQUAL EMPLOYMENT OPPURTUNITY COMMISSION**

vs.

Defendant:
**UNIVERSITY OF MIAMI**

For:
Beatriz Biscardi Andre
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
100 S.E. 2 Street
Suite 1500
Miami, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 6th day of September, 2019 at 12:51 pm to be served on **UNIVERSITY OF MIAMI C/O REGISTERED AGENT: SPEZIANI, HUMBERTO, 1320 SOUTH DIXIE HIGHWAY, S-1200, CORAL GABLES, FL 33146**.

I, Hugo Mata, do hereby affirm that on the **10th day of September, 2019** at **11:31 am, I:**

CORPORATE-R.A.EMPLOYEE, served a Corporation by delivering a true copy of the **Summons in a Civil Action, Complaint** with the date and hour of service endorsed thereon by me, to: **CALEB SALAZAR** as **ASSISTANT** for **UNIVERSITY OF MIAMI**, at the address of: **1320 SOUTH DIXIE HIGHWAY, S-1200, CORAL GABLES, FL 33146**, and informed said person of the contents therein, in compliance with F.S. 48.081(3) (A). Registered agent failed to be available between the statutory hours of 10AM- 12PM. (3)(a) As an alternative to all of the foregoing, process may be served on the agent designated by the corporation under s. 48.091. However, if service cannot be made on a registered agent because of failure to comply with s. 48.091, service of process shall be permitted on any employee at the corporation's principal place of business or on any employee of the registered agent. A person attempting to serve process pursuant to this paragraph may serve the process on any employee of the registered agent during the first attempt at service even if the registered agent is temporarily absent from his or her office. Every corporation shall keep the registered office open from 10 a.m. to 12 noon each day except Saturdays, Sundays, and legal holidays, and shall keep one or more registered agents on whom process may be served at the office during these hours. The corporation shall keep a sign posted in the office in some conspicuous place designating the name of the corporation and the name of its registered agent on whom process may be served.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____
**Hugo Mata**
324

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2019030917
Ref: 45420219P03852
Service Fee: _____

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n