IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  1:19-cv-23131

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant

_____ /

## MOTION TO INTERVENE

**COMES NOW** LOUISE DAVIDSON-SCHMICH, by and through undersigned counsel, moves pursuant to Rule 24(a), Fed.R.Civ.P, respectfully requests leave to intervene in this action to assert the claims set forth in the proposed Intervenor Plaintiff's Complaint attached hereto, and in support thereof, states as follows:

    1.    On July 29, 2019, the Plaintiff, Equal Employment Opportunity Commission (EEOC) filed a Complaint against the Defendant, University of Miami for violations of Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991, and the Equal Pay Act of 1963, due to discrimination against its employee, Louise Davidson-Schmich.

    2.    An aggrieved party has the unconditional right to intervene in such a lawsuit pursuant to 42 U.S.C. §2000e-5(f)(1) ("[t]he person or persons aggrieved shall have the right to intervene in a civil action brought



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

by the Commission…."). *See EEOC v. Rekrem, Inc.*, 199 F.R.D. 526, 528-29 (SDNY, April 6, 2001); *EEOC Stone Pony Pizza, Inc.*, 172 F. Supp. 3d 941, 950 (N.D. Miss., March 28, 2016).

     3.     Ms. Davidson-Schmich does indeed have an unconditional right to intervene in this lawsuit because she is the aggrieved person who filed a charge of discrimination with the EEOC alleging that Defendant University of Miami violated her rights on the basis of sex by paying her less than a male counterpart for performing equal and/or similar work.

     4.     As required by Fed. R. Civ. Proc. 24(c), Ms. Davidson-Schmich attaches her proposed Complaint in Intervention hereto and has provided notice and service of this pleading to all parties as required by Fed. R. Civ. Proc. 5.

     5.     This motion is timely, as it is being filed at the earliest stage possible in the proceedings.

**WHEREFORE**, LOUISE DAVIDSON-SCHMICH requests that this Court grant her Motion to Intervene and to enter an Order accepting the attached Intervenor Plaintiff's Complaint as being filed.

### Certificate of Conferral

Intervenor Plaintiff's counsel has conferred with Plaintiff's counsel, who do not oppose this motion. Intervenor Plaintiff's counsel has been unable to obtain Defendant's position before filing this motion as Defendant's has not yet entered a Notice of Appearance in this matter.

>Respectfully submitted,
>
>AMLONG & AMLONG, P.A.
>500 Northeast Fourth Street
>Lauderdale, Florida  33138
>Telephone: (954) 462-1983
>Facsimile: (954) 523-3192
>
>By: */s/ Karen Coolman Amlong*
>    Karen Coolman Amlong
>    Florida Bar No. 275565
>    KAmlong@TheAmlongFirm.com
>    Patricia L. Willis
>    Florida Bar No. 294401
>    PWillis@TheAmlongFirm.com

***Attorneys for Intervenor Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 25th , 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized many for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: */s/ Karen Coolman Amlong*
>    Karen Coolman Amlong

\\amlong3\cpshare\cpwin\history\190909_0001\1696.31