UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/GOODMAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

 Plaintiff,
&

LOUISE DAVIDSON-SCHMICH,

 Plaintiff-Intervenor,
vs.

UNIVERSITY OF MIAMI,

 Defendant.
_____/

## NOTICE OF HEARING

 Pursuant to United States Magistrate Judge Jonathan Goodman's Discovery Procedures Order (DE #4, at 10-12), Plaintiff United States Equal Employment Opportunity Commission hereby gives notice of a discovery hearing to be held on **January 3, 2020 at 2:30 p.m**. The following is brief summary of disputed issues to be addressed at the hearing:

1. Whether a Protective Order should be entered limiting Defendant's Notice of Rule 30(b)(6) Deposition on EEOC, as to topics 1-5.

2. Whether a Protective Order should be entered limiting Defendant's Notice of Deposition of EEOC's Investigator, Latasha Nelson.

## CERTIFICATE OF CONFERENCE

 Pursuant to S.D. Fla. L.R. 7.1, Counsel for EEOC states that, prior to scheduling this matter for hearing, the parties conferred in good faith to resolve the instant dispute, both via email and telephone, and the parties were unable to come to an agreement.

Dated: November 12, 2019

                                                                                                   Respectfully submitted,

<u>s/ Ana Consuelo Martinez</u>
Ana Consuelo Martinez
Florida Bar No. 110394
Trial Attorney
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Telephone: (786) 648-5791
ana.martinez@eeoc.gov
*Counsel for Plaintiff EEOC*