## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 19-23131-CIV-SCOLA/GOODMAN

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

and

LOUISE DAVIDSON-SCHMICH,

     Intervenor-Plaintiff,

v.

UNIVERSITY OF MIAMI,

     Defendant.

_____/

### ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

The Undersigned, to whom matters and motions in the above-styled case have been referred, recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a); the Court's Internal Operating Procedure, IOP 2.16.00; and Administrative Order 2017-18.

**DONE AND ORDERED** in Chambers, Miami, Florida, on December 11, 2019.

Jonathan Goodman
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge _____Lauren F. Louis_____.

Copies of this order shall be served on all pending parties of record by notice of electronic filing and/or United States mail.  All documents for filing in this case shall carry the following case number and designation: _____19-23131-CV-SCOLA/LOUIS_____.

BY ORDER OF the Court on _____December 11_____, 2019, Miami, Florida.


ANGELA E. NOBLE
Clerk of Court


By: _____J. Conway_____
Deputy Clerk


**Copies furnished to:**
The Honorable Robert N. Scola
All counsel of record