UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

 Plaintiff,
&

LOUISE DAVIDSON-SCHMICH,

 Plaintiff-Intervenor,
vs.

UNIVERSITY OF MIAMI,

 Defendant.
_____/

## NOTICE OF PENDING AGREED CONFIDENTIALITY ORDER

 Plaintiff EEOC hereby respectfully gives notice to the Court of the parties' Agreed Confidentiality Order (DE #17-2), filed as part of the parties' Joint Scheduling Report prior to Judge Cooke's and Judge Goodman's recusal (DE #17, at 6). EEOC renews the parties' request that the Court enter the parties' proposed Agreed Confidentiality Order, attached for the Court's convenience hereto as Ex. 1.

Dated: December 19, 2019

            Respectfully submitted,

            s/ Ana Consuelo Martinez
            Ana Consuelo Martinez
            Florida Bar No. 110394
            Trial Attorney
            U.S. Equal Employment Opportunity Commission
            Miami District Office
            100 SE 2nd Street, Suite 1500
            Miami, FL 33131
            Telephone: (786) 648-5791

2

ana.martinez@eeoc.gov
*Counsel for Plaintiff EEOC*