UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

 Plaintiff,

&

LOUISE DAVIDSON-SCHMICH,

 Plaintiff-Intervenor,

vs.

UNIVERSITY OF MIAMI,

 Defendant.
_____/

## UNOPPOSED MOTION FOR COURT APPROVAL OF CONFIDENTIALITY AGREEMENT

 Plaintiff Equal Employment Opportunity Commission ("EEOC") respectfully moves the Court to enter an order approving the parties' proposed Agreed Confidentiality Order.

 Pursuant to Fed. R. Civ. P. 26(c), the parties reached a confidentiality agreement and stipulated to the entry of this agreement as an order to govern the exchange of confidential information in this case. Upon a showing of good cause, a court may enter an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" including "specifying terms […] for the disclosure or discovery" and "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way…". Fed. R. Civ. P. 26(c)(1)(B) and (G). EEOC has good cause to request that the Court enter the parties' Agreed Confidentiality Order.

 In this case, EEOC and Plaintiff Intervenor Louise Davidson-Schmich allege that Defendant University of Miami discriminated against Dr. Davidson-Schmich, a professor in Defendant's Political Science Department, with respect to pay on the basis of her sex and in violation of Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991,

and the Equal Pay Act of 1963. *See* DE ## 1, 13. During the parties' conferral on the Joint Scheduling Report, Defendant asked for a confidentiality agreement stating concerns about certain information, such as the pay records that would be sought in this case. Therefore, the parties conferred and filed an Agreed Confidentiality Order as part of the parties' Joint Scheduling Report (DE #17-2). This proposed order defines documents for which protection is sought as "documents containing trade secrets, or other confidential or proprietary research, development, manufacturing, or commercial or business information, information confidential by statute or personal health or financial information…" Exhibit 1, ¶ 3 (Proposed Agreed Confidentiality Order). The parties also stipulated that the terms of the proposed order would remain in effect only through the conclusion of this lawsuit and any related appeals. *Id.*, ¶ 11.

EEOC then served Defendant with its First Request for Production of Documents on November 1, 2019, requesting the personnel files of Dr. Davidson-Schmich as well as that of her comparators. On December 16, 2019, Defendant responded to EEOC's request and stated that it would not produce documents contained within these files absent the Court's entry of the parties' proposed confidentiality order. EEOC respectfully submits that good cause exists to enter the parties' stipulated Confidentiality Order. *See Whitwam v. JetCard Plus, Inc.*, No. 14-CV-22320, 2015 WL 1014292, at *1 (S.D. Fla. Jan. 21, 2015) (entering parties' stipulated confidentiality order); *Gutescu v. Carey Int'l, Inc.*, No. 01-4026-CIV-GOLD/SIM, 2002 WL 34245136, at *1 (S.D. Fla. Aug. 8, 2002) (same).

## CERTIFICATE OF CONFERENCE

EEOC conferred with counsel for Defendant and Plaintiff-Intervenor prior to filing this motion. Neither Defendant nor Plaintiff-Intervenor oppose the relief sought herein.

Dated: December 20, 2019

                                                 Respectfully submitted,

                                                 s/ Ana Consuelo Martinez
                                                 Ana Consuelo Martinez
                                                 Florida Bar No. 110394
                                                 Trial Attorney
                                                 U.S. Equal Employment Opportunity
                                                 Commission
                                                 Miami District Office

        100 SE 2nd Street, Suite 1500
        Miami, FL 33131
        Telephone: (786) 648-5791
        ana.martinez@eeoc.gov
        *Counsel for Plaintiff EEOC*