UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

    Plaintiff,

&

LOUISE DAVIDSON-SCHMICH,

    Plaintiff-Intervenor,

vs.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## JOINT INTERIM STATUS REPORT

Pursuant to this Court's Scheduling Order and Order of Referral to Mediation (DE #19), the parties hereby submit their joint interim status report.

**I.    SERVICE**

Defendant University of Miami, the only defendant in this case, has been served.

**II.    RESPONSES TO THE COMPLAINTS**

Defendant has responded to Plaintiff and Plaintiff-Intervenor's complaints (DE ##28, 29).

**III.    CLASS CERTIFICATION**

This is not a class action.

**IV.    MEDIATION**

The parties have agreed on a mediator. The parties have not yet scheduled a date and time for mediation but do not anticipate any problems doing so.

## V. INFORMAL SETTLEMENT NEGOTIATIONS

The parties have not engaged in informal settlement negotiations. Plaintiff and Plaintiff-Intervenor remain open to any settlement offers from Defendant. Likewise, Defendant remains open to any settlement offers from Plaintiff and Plaintiff-Intervenor. At this time, the prospect of resolution through informal means is very low.

## VI. STATUS OF DISCOVERY

The parties do not believe that they will be able to complete fact discovery by the Court's deadline of June 4, 2020, as set by the Court's Scheduling Order filed on October 31, 2019 (DE #19) for the reasons detailed below. The parties do not expect to resolve discovery disputes and obtain certain outstanding discovery until March or April 2020, which will delay the parties' ability to take depositions. The parties' ability to take depositions will also be delayed because many of the witnesses are unavailable during the summer months due to the University's academic calendar. The parties anticipate seeking an extension of discovery from June 4, 2020 to the Fall of 2020.

Defendant served Plaintiff and Plaintiff Intervenor with requests for documents, interrogatories, and admissions on October 28, 2019, to which both EEOC and Plaintiff Intervenor timely responded, including production of all non-privileged responsive documents and electronically stored information ("ESI") by December 5, 2019. Defendant filed a motion to compel documents marked as privileged conciliation communications on January 3, 2020 (DE #33), and the matter was heard before Judge Louis on January 16, 2020, with supplemental briefing submitted at the Court's request on January 22 and 23 (DE ##45-47). Plaintiff and Plaintiff Intervenor filed motions to strike several of Defendant's affirmative defenses on January 7, 2020 (DE ## 35-36), including a defense that Plaintiff failed to conciliate the

underlying charge in good faith. The Court's orders on Defendant's motion to compel and EEOC's and Plaintiff-Intervenor's motion to strike will affect the scope of permissible discovery with respect to depositions of Plaintiff-Intervenor and Plaintiff, necessarily postponing these depositions (which originally had been scheduled for late January and early February 2020) so as to not waste party resources.

Plaintiff served Defendant with requests for documents on November 1, 2019 and interrogatories on November 11, 2019. Defendant provided its objections to the document requests on December 16, 2019 and to the interrogatories on December 20, 2019, but did not produce any documents in response to Plaintiff's requests because, at that time, the parties' Agreed Confidentiality Order (DE #17-2) had not been entered by the Court. Further, because of Defendant's academic calendar and the holidays, additional time was necessary to gather information and documents responsive to Plaintiff's requests. After conferring with Defendant, EEOC filed a motion to compel documents from Defendant on January 14, 2020 (DE #40), and the matter was heard before Judge Louis on January 23. Pursuant to Judge Louis' order (DE #49) and as a result of Judge Louis' rulings and the parties' conferral efforts, the temporal and geographic scope of certain of Plaintiff's discovery requests was narrowed. Defendant produced some responsive documents on February 3, 2020, but requested an extension to produce the bulk of the documents compelled on February 10, 2020, which Plaintiff granted. Additionally, Defendant objected on the basis of burden to producing the ESI requested by Plaintiff, consisting mainly of emails from the decision-makers concerning pay decisions and handling of sex-based pay discrimination complaints. Plaintiff's original requests sought twenty years of ESI information across fourteen different custodians. EEOC and Defendant are currently engaged in conferrals to narrow the scope of ESI requested by EEOC. EEOC cannot begin to take

3

depositions of Defendant's decision-makers until Defendant completes more of its production, and at this time it is unlikely that EEOC will be able to complete its review of what is expected to be a large production of ESI and depose all of the necessary witnesses before June 4, 2020. Additionally, because most of the witnesses are academic employees of the University of Miami, the parties anticipate that they will be unavailable beginning May 2020 and during the summer months, requiring that some depositions occur when the academic calendar begins again in Fall 2020. The parties will continue to confer in good faith and work towards completing discovery in a timely fashion, but at this time it is likely that the parties may need to seek an extension of the remaining deadlines.

## VII.   OTHER ISSUES AFFECTING THE RESOLUTION OF THIS MATTER OR THE CURRENT SCHEDULE

There are no other issues affecting the resolution of this matter at this time.

Dated: February 6, 2020            Respectfully submitted,

**U.S. Equal Employment Opportunity Commission**
100 SE 2nd Street, Suite 1500
Miami, Florida 33131
Tel.: (786) 648-5791
Fax: (305) 808-1835

/s/ Ana Consuelo Martinez
Ana Consuelo Martinez
Florida Bar No. 110394
ana.martinez@eeoc.gov
Beatriz Biscardi Andre
Special S.D. Fla. ID: A5501597
beatriz.andre@eeoc.gov

*Counsel for Plaintiff*

**The Amlong Firm**
500 Northeast Fourth Street

**Isicoff Ragatz**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

/s/ Christopher M. Yannuzzi
Eric D. Isicoff
Florida Bar No. 372201
Isicoff@irlaw.com
Teresa Ragatz
Florida Bar No. 545170
Ragatz@irlaw.com
Christopher M. Yannuzzi
Florida Bar No. 92166
Yannuzzi@irlaw.com

*Counsel for Defendant*

Fort Lauderdale, Florida 33138
Tel.: (954) 462-1983
Fax: (954) 523-3192

/s/ Karen Coolman Amlong
Karen Coolman Amlong
Florida Bar No. 275565
KAmlong@TheAmlongFirm.com
Patricia L. Willis
Florida Bar No. 294410
PWillis@TheAmlongFirm.com

*Counsel for Intervenor-Plaintiff*