United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Equal Employment Opportunity Commission, Plaintiff, | ) ) ) |
| & | ) ) |
| Louise Davidson-Schmich, Intervenor-Plaintiff, | ) ) ) ) |
| v. | ) ) |
| University of Miami, Defendant. | ) |

Civil Action No. 19-23131-Civ-Scola

## Order Adopting Magistrate Judge's Report and Recommendation on Motions to Strike Affirmative Defenses

On May 22, 2020, Magistrate Judge Lauren Fleischer Louis issued a report, recommending that the Court deny the Plaintiff's and Plaintiff-Intervenor's respective motions to strike certain of the Defendant's affirmative defenses. (Pl.'s Mot., ECF No. 35; Pl.-Intervenor's Mot., ECF No. 36; R&R, ECF No. 60.) These motions were referred to Judge Louis by the undersigned. (Order, ECF No. 38.) Neither the Plaintiff nor the Plaintiff-Intervenor have filed objections to the report, and the time to do so has passed. "If there are no objections, the district court need only review the report and recommendation for 'clear error.'" *Pitaluga v. Colvin*, No. 14-24255-CIV, 2016 WL 1252657, at *2 (S.D. Fla. Mar. 31, 2016) (Gayles, J.) (citing *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam).

The Court has considered Judge Louis's report, the record, and the relevant legal authorities, and finds the report and recommendation cogent and compelling. It is **ordered and adjudged** that the report (**ECF No. 60**) is **adopted** and the Plaintiff's and Plaintiff-Intervenor's motions are **denied** (**ECF Nos. 35-36**).

**Done and ordered**, at Miami, Florida, on June 8, 2020.

_____
Robert N. Scola, Jr.
United States District Judge