UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

 Plaintiff,
&

LOUISE DAVIDSON-SCHMICH,

 Plaintiff-Intervenor,
vs.

UNIVERSITY OF MIAMI,

 Defendant.
_____/

## PLAINTIFF EEOC'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF ESI

Plaintiff Equal Employment Opportunity Commission ("EEOC") respectfully notifies the Court of its withdrawal of EEOC's Motion to Compel Production of ESI (DE #62). Defendant University of Miami ("UM") has since produced to EEOC the electronically stored information ("ESI") that formed the basis of EEOC's Motion to Compel, rendering the motion moot.

Dated: July 20, 2020

Respectfully submitted,

s/ Ana Consuelo Martinez
Ana Consuelo Martinez
Florida Bar No. 110394
Trial Attorney
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Telephone: (786) 648-5791
ana.martinez@eeoc.gov
*Counsel for Plaintiff EEOC*