**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:19-CV-23131-SCOLA/LOUIS**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

    **Plaintiff,**

**and**

**LOUISE DAVIDSON-SCHMICH,**

    **Intervenor-Plaintiff,**

**v.**

**UNIVERSITY OF MIAMI,**

    **Defendant.**
_____/

**NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiff, Equal Employment Opportunity Commission (the "EEOC'); Intervenor-Plaintiff, Louise Davidson-Schmich ("Dr. Davidson-Schmich"); and Defendant, University of Miami (the "University"), by and through their undersigned counsel and pursuant to the Court's Orders (D.E. 19; D.E. 71), hereby file a proposed Order Scheduling Mediation, attached hereto.

Respectfully submitted this 15th day of February, 2021,

| | |
|---|---|
| **U.S. Equal Employment Opportunity Commission, Miami District Office**<br>Miami Tower<br>100 SE 2nd Street, Suite 1500<br>Miami, Florida 33131<br>Tel.: (305) 808-1753<br>Fax: (305) 808-1835<br><br>By: /s/ Ana Consuelo Martinez<br>　　Beatriz Biscardi Andre<br>　　Special S.D. Fla. ID: A5501597<br>　　beatriz.andre@eeoc.gov<br>　　Ana Consuelo Martinez<br>　　Florida Bar No. 110394<br>　　ana.martinez@eeoc.gov<br><br>*Counsel for Plaintiff, Equal Employment Opportunity Commission* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>　　Eric D. Isicoff<br>　　Florida Bar No. 372201<br>　　Isicoff@irlaw.com<br>　　Teresa Ragatz<br>　　Florida Bar No. 545170<br>　　Ragatz@irlaw.com<br>　　Christopher M. Yannuzzi<br>　　Florida Bar No. 92166<br>　　Yannuzzi@irlaw.com<br><br>*Counsel for Defendant, University of Miami* |
| **Amlong & Amlong, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, Florida 33138<br>Tel.: (954) 462-1983<br>Fax: (954) 523-3192<br><br>By: /s/ Karen Coolman Amlong<br>　　Karen Coolman Amlong<br>　　Florida Bar No. 275565<br>　　KAmlong@TheAmlongFirm.com<br>　　Patricia L. Willis<br>　　Florida Bar No. 294410<br>　　PWillis@TheAmlongFirm.com<br><br>*Counsel for Intervenor-Plaintiff, Louise Davidson-Schmich* | |