UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

     Plaintiff,

&

LOUISE DAVIDSON-SCHMICH,

     Plaintiff-Intervenor,

vs.

UNIVERSITY OF MIAMI,

     Defendant.

_____/

**PLAINTIFF EEOC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1(a), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") hereby submits its Statement of Material Facts.

1. Dr. Louise Davidson-Schmich ("Davidson-Schmich") was hired by Defendant University of Miami ("Defendant") as a tenure-track Assistant Professor of Political Science in 2000. ECF No.78-1, at UM/EEOC-D.SCHMICH 2855.

2. On May 14, 2018, Davidson-Schmich received an email circulated by Dr. Jonathan West, Chair of the Political Science department that disclosed annual salaries for several faculty of the department, including Dr. Gregory Koger. ECF No.78-2, at DAVIDSON-SCHMICH0015.

3. This was the first time that Davidson-Schmich learned of Dr. Koger's salary, and that of other Political Science faculty. ECF No. 78-3, Louise Davidson-Schmich Dep. ("*LDS*") 134:4-135:9.

4. Prior to receiving Dr. West's May 2018 email, Davidson-Schmich did not know the

salary of anyone else within the Political Science department because as a private university, salaries of Defendant's faculty are not public and it is not considered appropriate to discuss salaries with others. ECF No. 78-3, *LDS* 95:18-96:12.

5. Davidson-Schmich filed a Charge of Discrimination ("Charge") with the EEOC on June 5, 2018. ECF No. 78-4, at EEOC0000179.

6. Davidson-Schmich alleged that she was being paid less for equal work as a male comparator within her department who had been promoted at the same time. *Id.*

7. EEOC notified Defendant of Davidson-Schmich's Charge on June 8, 2018. ECF No. 78-5, at EEOC0001141.

8. EEOC conducted an investigation into Dr. Davidson-Schmich's Charge, including receiving a written position statement from Defendant, a written rebuttal to the position statement from Dr. Davidson-Schmich, making requests for information ("RFIs"), and conducting interviews. ECF No. 78-6, Latasha Shamese Nelson Dep. ("*Nelson*") 58:12-59:12.

9. EEOC conducted a pre-determination interview ("PDI") with Defendant on March 4, 2019. ECF No. 78-7, at EEOC0002803.

10. In general, a pre-determination interview is a telephone interview that occurs before there is a finding against a party, whether the finding is of no cause for the charging party or a finding of reasonable cause against the employer. ECF No. 78-8, Brandi Meredith Dep. ("*Meredith*") 132:7-18. During this interview, the EEOC investigator generally explains the finding and recommendation that will be made and offers the party the chance to provide additional information, if they so desire. *Id.*

11. Following EEOC's administrative investigation, EEOC issued a Letter of Determination on March 5, 2019. ECF No. 78-9, at EEOC0002814. EEOC found reasonable cause to believe that Defendant violated Title VII of the Civil Rights Act of 1964 and the Equal Pay Act of 1963 by paying her less than male co-workers who performed substantially similar work. *Id.* In the Letter of Determination, EEOC invited the parties to engage in a conciliation process to voluntarily remedy the violations at issue. *Id.*

12. Defendant admits in its Answer to EEOC's Complaint that it received the March 5, 2019 Letter of Determination and that it provided a written response to EEOC dated March 20, 2019. ECF No. 28, at 2-3, ¶¶ 14-16, and at 7, Aff. Def. ¶1. Defendant's Answer also stated that there was "overwhelming and unrebutted documentary evidence demonstrating that no violations of

the Equal Pay Act or Title VII ever occurred" and calls the EEOC's findings "inaccurate, flawed and biased." *Id.*

13. Prior to the March 20 response, Defendant had also exchanged emails with EEOC on March 19, 2019 concerning conciliation. ECF No. 78-10, Declaration of Latasha Shamese Nelson, ¶¶ 4-6; ECF No. 78-11, EEOC Privilege Log, at 8.

14. The invitation to conciliate that was included in the Letter of Determination, and the communications exchanged with Defendant about conciliation on March 19 and March 20, 2019, constituted the EEOC's efforts to attempt to engage in discussions with Defendant about conciliating the claims described in the Letter of Determination. ECF No. 78-10, Nelson Decl., ¶7.

15. Following Defendant's March 20, 2019 letter to EEOC, EEOC determined that efforts to conciliate the Charge were unsuccessful and notified the parties that conciliation had failed pursuant to 29 C.F.R. § 1601.25. ECF No. 78-12, at EEOC0002807; ECF No. 78-10, Nelson Decl., ¶8.

16. On July 29, 2019, EEOC initiated this action under Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991, and the Equal Pay Act of 1963. ECF No. 1. EEOC alleged that Defendant discriminated against Davidson-Schmich by paying her less than a male counterpart for performing equal and/or similar work. *Id.*

17. EEOC's allegations in this suit mirror those included in the Letter of Determination. ECF No. 1; ECF No. 78-9, at EEOC0002814.

18. Davidson-Schmich intervened in this action on October 2, 2019 and filed a Complaint bringing the same allegations as EEOC's Complaint. ECF No. 13.

19. Defendant filed an Answer and Affirmative Defenses in response to EEOC's Complaint and to Plaintiff-Intervenor's Complaint. ECF Nos. 28, 29.

20. Davidson-Schmich has been continuously employed by Defendant since 2000 and continues to be employed by Defendant. ECF No. 78-13, Davidson-Schmich CV, at DAVIDSON-SCHMICH00274.

21. Since 2018, Davidson-Schmich submitted six applications to other universities for positions as a Professor of Political Science in the United States (and its equivalent position in German universities). ECF No. 78-14, Davidson-Schmich Interrog. Resp. April 6, 2021, at 3.

Dated: April 19, 2021

Respectfully submitted,

<u>*s/ Ana Consuelo Martinez*</u>
ANA CONSUELO MARTINEZ
Trial Attorney
Florida Bar No. 110394

U.S. Equal Employment Opportunity Commission
Miami District Office
Miami Tower
100 SE 2nd Street
Miami, Florida 33131
Tel: (786) 648-5791
Fax: (305) 808-1835
ana.martinez@eeoc.gov
*Attorneys for Plaintiff*