*EXHIBIT "A"*

Equal Employment Opportunity Commission

vs.

University of Miami

---

Deposition of:

Louise Davidson-Schmich

January 29, 2021

*Vol 1*

---



Louise Davidson-Schmich
January 29, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-23131-SCOLA/LOUIS


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

and

LOUISE DAVIDSON-SCHMICH,

       Intervenor-Plaintiff,

v.

UNIVERSITY OF MIAMI,

              Defendant.
_____/



WEB CONFERENCE VIDEOTAPED DEPOSITION OF

LOUISE DAVIDSON-SCHMICH



Friday, January 29, 2021
10:14 a.m. -- 5:53 p.m.


LOCATION:  Via Web Conference



Stenographically Reported By:
CRAIG W. TAYLOR, STENOGRAPHER


Job No.:  173149

Louise Davidson-Schmich
January 29, 2021

Page 2

```
 1    APPEARANCES:   (All Appearing By Web Conference:)

 2

 3    On behalf of the Plaintiff:

 4         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
           100 Southeast 2nd Street, Suite 1500
 5         Miami, FL 33131
           (305) 808-1753
 6         BY: Ana C. Martinez, Esq.
           (ana.martinez@eeoc.gov)
 7                   and
           BY:  Beatriz B. Andre, Esq.
 8         (beatriz.andre@eeoc.gov)

 9

10    On behalf of the Intervenor/Plaintiff:

11         AMLONG & AMLONG, P.A.
           500 Northeast 4th Street
12         Fort Lauderdale, FL  33138
           (954) 462-1983
13         BY:  Karen C. Amlong, Esq.
           (kamlong@theamlongfirm.com)
14

15

16    On behalf of the Defendant:

17         ISICOFF RAGATZ
           601 Brickell Key Drive, Suite 750
18         Miami, FL  33131
           (305) 373-2232
19         BY:  Christopher M. Yannuzzi, Esq.
           (yannuzzi@irlaw.com)
20

21

22    ALSO PRESENT:  KRISTEN CALZADILLA (EEOC)
                      OLIVER LEE (Videographer)
23

24

25
```

Louise Davidson-Schmich
January 29, 2021

Page 3

```
 1
 2                         I N D E X
 3
     WITNESS                                          PAGE
 4
     TESTIMONY OF LOUISE DAVIDSON-SCHMICH
 5
           Direct Examination by Mr. Yannuzzi          9
 6
 7
 8   Certificate of Oath                             266
 9   Certificate of Reporter                         267
10   Read & Sign Letter                              268
11   Errata Sheet                                    269
12
13                        EXHIBITS
14
     DEFENDANT'S          DESCRIPTION                 PAGE
15
16   1   November, 2019 CV of Witness                 16
17   2   9/17/99 memo Re Job Description              22
18   3   2/4/00 letter from witness to Sugrue         24
19   4   8/25/00 letter from Glaser to Witness        31
20   5   10/19/00 Regular Tenure Track Appointment    33
21   6   5/14/01 Regular Tenure Track Appointment     34
22   7   5/23/02 Regular Tenure Track Appointment     36
23   8   Series of Documents Re Maternity Leave       37
24   9   1/4/03 Note from Sugrue to Witness           39
25
```

Louise Davidson-Schmich
January 29, 2021

| 1 | | EXHIBITS (Continued) | |
|---|---|---|---|
| 2 | **DEFENDANT'S** | **DESCRIPTION** | **PAGE** |
| 3 | 10 | 6/1/03 Regular Tenure Track Appointment | 40 |
| 4 | 11 | 6/1/04 Regular Tenure Track Appointment | 41 |
| 5 | 12 | 6/1/05 Regular Tenure Track Appointment | 43 |
| 6 | 13 | 6/16/05 letter from Witness to West | 44 |
| 7 | 14 | 6/22/14 letter from Tallman to Witness | 47 |
| 8 | 15 | 12/10/05 letter from Frohock to Sugrue | 49 |
| 9 | 16 | 3/30/06 letter from Sugrue to Witness | 53 |
| 10 | 17 | 8/4/06 letter from witness to Sugrue | 54 |
| 11 | 18 | Undated Career Assessment | 55 |
| 12 | 19 | 2/19/07 letter from LeBlanc to Witness | 60 |
| 13 | 20 | 4/24/17 letter from Sugrue to Witness | 61 |
| 14 | 21 | 9/19/07 Series of e-mails between Witness and Tallman and Frohock | 63 |
| 15 | | | |
| 16 | 22 | 12/12/07 Request for Secondary Appointment | 64 |
| 17 | 23 | 1/16/08 letter from Birnbach to Witness | 65 |
| 18 | 24 | 2/12/08 memo from Halleran to Witness | 66 |
| 19 | 25 | 5/1/08 letter from Frohock to Witness | 69 |
| 20 | 26 | 1/15/09 Summary of Activities Report | 70 |
| 21 | 27 | 7/20/08 letter from Frohock to Witness | 72 |
| 22 | 28 | 1/10 Summary of Activities Report | 75 |
| 23 | 29 | NOT MARKED | |
| 24 | 30 | 5/17/10 letter from Frohock to Witness | 76 |
| 25 | 31 | 1/24/11 Summary of Activities Report | 77 |

Louise Davidson-Schmich
January 29, 2021

Page 5

1

2                       EXHIBITS (Continued)

3    DEFENDANT'S                  DESCRIPTION                    PAGE

4    32   5/17/11 E-mail from Frohock to Witness        78

5    33   NOT MARKED

6    34   1/4/11 Summary of Activities Report           80

7    35   5/14/12 E-mail from West to Witness           82

8    36   10/23/12 E-mail from Bachas to Witness        88

9    37   1/7/13 Summary of Activities Report           90

10   38   5/15/13 E-mail from West to Witness           93

11   39   9/14 Summary of Activities Report             96

12   40   5/23/14 Letter from West to Witness           97

13   41   5/5/14 Letter from Bachas to Witness          102

14   42   6/8/14 Letter from West to Witness            106

15   43   1/13/15 Summary of Activities Report          106

16   44   3/25/18 Letter from Tallman to Witness        108

17   45   4/1/15 Request for Termination of
         Secondary Appointment                          112
18
     46   1/16 Summary of Activities Report             114
19
     47   4/16 Career Assessment                        116
20
     48   Articles & Books Cited Greater than 10 Times 118
21
     49   5/31/16 Letter from West to Witness           124
22
     50   1/11/17 Summary of Activities Report          125
23
     51   4/22/17 Letter from Birnbach to Witness       126
24

25

Louise Davidson-Schmich
January 29, 2021

Page 6

```
 1                       EXHIBITS (Continued)

 2    DEFENDANT'S              DESCRIPTION              PAGE

 3

 4    52   5/31/17 Letter from West to Witness          127

 5    53   1/4/18 Summary of Activities Report          128

 6    54   5/17/18 Letter from West to Witness          129

 7    55   1/8/19 Summary of Activities Report          130

 8    56   6/11/19 Letter from West to Witness          131

 9    57   4/20/10 Emails between Koger and Witness      137

10    58   NOT MARKED

11    59   3/30/17 E-mail from Jensen-Doss to Bachas    142

12    60   5/16/17 E-mail from Witness to Witness       147

13    61   5/12/14 to 5/17/17 E-mails between West
           and Witness                                  152
14
      62   5/23/17 E-mail from Witness to Bachas        159
15
      63   5/16/17 and 5/30/17 Various E-mails          165
16
      64   Late May, Early June, 2017 Various E-mails   177
17
      65   7/17 to 8/17 E-mails between Muschett and
18         Witness                                      183

19    66   8/17 to 11/17 E-mails between Muschett
           and Witness                                  187
20
      67   5/14/18 E-mail from Lucky to Wright
21         enclosing Faculty Salaries                   193

22    68   Mid to Late May, 2018 E-mails between
           Gleason and Witness                          202
23
      69   6/5/18 letter from Amlong to EEOC enclosing
24         Charge of Discrimination                     205

25
```

Louise Davidson-Schmich
January 29, 2021

Page 7

```
 1                          EXHIBITS (Continued)

 2    DEFENDANT'S                   DESCRIPTION              PAGE

 3

 4    70   Timetable of Events Prepared by Witness          213

 5    71   NOT MARKED

 6    72   Spreadsheet of Salary Information                219

 7    73   8/1/19 E-mails between Fink and Witness          226

 8    74   2 E-mails dated 8/20/19 and 8/21/19 between
           Feinstein and Witness                            228
 9
      75   Various EEOC Documents                           216
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Louise Davidson-Schmich
January 29, 2021

Page 8

1   Proceedings began at 10:14 a.m.:

2            THE VIDEOGRAPHER:  In the case styled

3       Louise Davidson-Schmich versus University of

4       Miami, Case Number 1:19-CV-23131-SCOLA/LOUIS,

5       this is the videotaped deposition of Louise

6       Davidson-Schmich.

7            This deposition is taking place via Zoom

8       on January 29th, 2021.  The time is now 10:14

9       a.m.  Our videographer is Oliver Lee.

10            Will counsel state their appearances for

11       the record, after which our court reporter,

12       Craig Taylor, will then swear in the witness.

13            MS. MARTINEZ:  For the EEOC, Ana Martinez,

14       and on behalf of the EEOC we also have Beatriz

15       Andre, trial attorney, and Kristen Calzadilla,

16       an EEOC intern.

17            MS. AMLONG:  Karen Coolman Amlong from the

18       Amlong firm, and I represent Dr. Davidson-

19       Schmich, individually as an intervenor.

20            MR. YANNUZZI:  Christopher Yannuzzi from

21       Isicoff Ragatz on behalf of the defendant,

22       University of Miami.

23            STENOGRAPHER:  Please raise your right

24       hand.

25            Do you solemnly swear to tell the truth,

Louise Davidson-Schmich
January 29, 2021

Page 9

```
 1          the whole truth, and nothing but the truth, so
 2          help you God?
 3                THE WITNESS:  I do.
 4     Thereupon:
 5                     LOUISE DAVIDSON-SCHMICH
 6     a witness named in the notice heretofore filed,
 7     being of lawful age and having been first duly
 8     sworn, testified under oath as follows:
 9                     DIRECT EXAMINATION
10     BY MR. YANNUZZI:
11          Q.   Good morning, Dr. Davidson.  How are you?
12          A.   I'm fine.  Thanks.  How are you today?
13          Q.   I'm fine.  Thank you.
14               Could you please state and spell your full
15     legal name for the record?
16          A.   Sure.  My first name is Louise,
17     L-O-U-I-S-E.  My middle name is Karen, K-A-R-E-N,
18     and my last name is hyphenated.  The first name is
19     Davidson, D-A-V-I-D-S-O-N, and the second part is
20     Schmich, S-C-H-M-I-C-H.
21          Q.   Have you ever gone by any other name?
22          A.   When I was born, my maiden name was Louise
23     Karen Davidson.  When I got married, I added the
24     Schmich part.
25          Q.   You are married to Michael Davidson-
```

Louise Davidson-Schmich
January 29, 2021

Page 10

1    Schmich?

2         A.   That is correct, although I believe that

3    his legal name is just simply Michael Schmich.  He's

4    a German National, and his German passport is just

5    Schmich.

6         **Q.   Does he occasionally use the hyphenated**

7    **Davidson-Schmich?**

8         A.   He always did between the time he got

9    married in 1993 and until the passage of the Real ID

10   Act, which made his name change invalid because his

11   German documents don't have that.

12        **Q.   I appreciate it.**

13             **Have you ever been married to anyone else?**

14        A.   No.

15        **Q.   What is your current home address?**

16        A.   6840 Southwest 64th Court, South Miami,

17   Florida, 33143.

18        **Q.   How long have you lived at that address?**

19        A.   Since October of 2000.

20        **Q.   Whom do you live with at that address?**

21        A.   My husband, Michael, either Schmich or

22   Davidson-Schmich, and my two children, Clara Marie

23   Davidson-Schmich, who was born June 12, 2003, and my

24   son, Nathan Davidson-Schmich, who was born

25   January 28, 2007, and my cat.

Louise Davidson-Schmich
January 29, 2021

Page 11

```
1        Q.    Have you ever been deposed before?

2        A.    No.

3        Q.    I'm sure your lawyers have gone over some

4    of the basics, but just to make sure we are

5    operating on the same page, I will go over a few of

6    the ground rules with you.

7              You understand that at the start of the

8    deposition you took an oath and you are testifying

9    under penalty of perjury?

10       A.    Yes.

11       Q.    Even though we are on video and we can see

12   what everyone is doing, we have a court reporter

13   here and his job is to transcribe everything that we

14   say.  So, it's very important that you verbalize all

15   your answers and don't just shake your head yes or

16   no, but actually say yes or no, okay?

17       A.    Okay.

18       Q.    If at any time you don't understand one of

19   my questions or you need clarification or we have a

20   technical issue and we cut out briefly, let me know

21   and I will be happy to repeat the question or

22   rephrase it.  If you give me an answer to a

23   question, I'm going to assume that you understood

24   it.  Is that fair?

25       A.    That sounds fair.
```

Louise Davidson-Schmich
January 29, 2021

Page 12

1      Q.   Your deposition is going to last a few

2    hours.  We have a number of documents to go through.

3    I generally like to break about once an hour to give

4    everybody a chance to stretch their legs, especially

5    in the current Zoom environment, because inevitably

6    the phone will ring, the doorbell will ring, et

7    cetera.  So, I'm happy to take a break at any time.

8    If you feed one, just let me know.  I would just ask

9    that, if we are in the middle of a question, you

10   give an answer, and then we can take a break for as

11   long as you like, okay?

12     A.   Okay.

13     Q.   You were provided a Zoom link for your

14   deposition today, correct?

15     A.   That is correct.

16     Q.   Are you accessing the Zoom depo through a

17   computer?

18     A.   Yes, a laptop.

19     Q.   I'm sorry.  I didn't mean to cut you off.

20     A.   I'm on a laptop.  No, I have no other

21   programs open.  I opened the Zoom link through

22   Gmail, and then I closed out my Gmail.

23     Q.   Where are you currently?

24     A.   I'm in my office at 1300 Campo Sano

25   Avenue, Suite 160 -- I think my Suite is 160H.

Louise Davidson-Schmich
January 29, 2021

Page 13

1      Q.    You are at the University of Miami campus?

2      A.    That is correct.

3      Q.    Is there anybody in the office with you?

4      A.    No.

5      Q.    Are you taking any medication that would

6   prevent your ability to understand and answer my

7   questions?

8      A.    I don't think so.  I take Claritin for

9   allergies, but I don't think that will do it.

10      Q.    Have you had an issue with Claritin

11   affecting your ability to understand or speak?

12      A.    No.

13      Q.    What, if anything, did you do to prepare

14   for your deposition today?

15      A.    I met with the EEOC attorneys, Ana

16   Martinez and Beatriz Andre, and with Karen from the

17   Amlong firm and with Patti Lewis from the Amlong

18   firm about a year ago to prepare.  Then, of course,

19   we postponed this until today.  And more recently I

20   met with Ana and Karen.

21      Q.    The meeting that you mentioned about a

22   year ago, was that in person?

23      A.    Yes.

24      Q.    How long did that last?

25      A.    Oh, my goodness.  I'm very sorry.  I have

Louise Davidson-Schmich
January 29, 2021

Page 14

1    no recollection.

2         Q.   The meeting more recently that you had

3    about a week ago, how long did that meeting last?

4         A.   We met for two hours last week, I think,

5    and two hours earlier this week.

6         Q.   When you say you met, did you meet in

7    person or was it via Zoom?

8         A.   No.  On Zoom.

9         Q.   Was anybody else present other than your

10   attorneys?

11        A.   I don't recall.  No, I don't think so.

12        Q.   Were you at home when you had these

13   meetings, the two recent ones, in preparation for

14   your deposition?

15        A.   The one last week, I was at home.  The one

16   this week, I was here in the office.

17        Q.   Did you review any documents in

18   preparation for your deposition?

19        A.   Yes, we looked at some documents.

20        Q.   What did you review?

21        A.   My CV, Dr. Koger's CV and the CV of Dr.

22   Gonzalez.

23        Q.   Any other documents?

24        A.   Not in the last two weeks.  I honestly

25   cannot remember.  I believe last year when we met

Louise Davidson-Schmich
January 29, 2021

Page 15

1   over a year ago we looked at the -- I don't know

2   what it's called, but I wrote -- I wrote a note to

3   the dean, and then the dean forwarded it to Bonnie

4   Muschett.  I don't know what you would call that

5   document, but we looked at that document and tried

6   to go over it.

7          MS. MARTINEZ:  Louise, I will instruct you

8       not to disclose what we did.  You can only talk

9       about what documents you looked at.

10  BY MR. YANNUZZI:

11      **Q.   Yes.  I wasn't sure where you were going.**

12  **I don't want to know what you spoke about with your**

13  **attorneys.  That's privileged.  I don't want to pry**

14  **into that.**

15      A.   Okay.

16      **Q.   Dr. Davidson-Schmich, what is your date of**

17  **birth?**

18      A.   It's February 11th, 1968.

19      **Q.   Do you hold any licenses or certifications**

20  **currently?**

21      A.   Like a driver's license?

22      **Q.   That would be an example of one.  Other**

23  **than a driver's license, any other licenses or**

24  **certifications?**

25      A.   I don't think so, no.

Louise Davidson-Schmich
January 29, 2021

Page 16

1      Q.    Dr. Davidson-Schmich, you got your

2   undergraduate degree from Brown University?

3      A.    That's correct.

4      Q.    That was in 1990?

5      A.    Yes.

6      Q.    You got your Master's from Duke in 1995?

7      A.    That's correct.

8      Q.    You received your Ph.D. from Duke in 1999?

9      A.    That is correct.

10     Q.    What was your Ph.D. in?

11     A.    Political science.

12     Q.    And your Master's?

13     A.    Political science.

14     Q.    And your undergraduate?

15     A.    International relations.

16     Q.    Now, Dr. Davidson-Schmich, I'm going to

17  show you a series of documents with the Share Screen

18  function during the course of your deposition.  I am

19  going to pull one up now.  Let me know if you have

20  any trouble seeing it.

21          Dr. Davidson-Schmich, I am going to mark

22  as Exhibit 1 to your deposition a copy of your CV

23  dated November of 2019.

24     A.    Okay.

25          (The CV referred to was marked for

Louise Davidson-Schmich
January 29, 2021

Page 17

```
 1        identification as Defendant's Composite Exhibit
 2        No. 1.)
 3     BY MR. YANNUZZI:
 4        Q.   Dr. Davidson-Schmich, are you able to see
 5     that?
 6        A.   I am.  Hold on a second.  I'm going to --
 7     that's better.  Then I can see you and the document.
 8        Q.   I will try to minimize it a little bit.
 9             Now I think the full document is on there.
10        A.   Yes.
11             MS. MARTINEZ:  Christopher, can you
12        identify the Bates stamp, please?
13             MR. YANNUZZI:  I will do that, yes.
14             For the record, the Bates stamp is
15        DAVIDSON-SCHMICH 274 through 283.
16     BY MR. YANNUZZI:
17        Q.   This is a document, Dr. Davidson-Schmich,
18     that you and your lawyers produced to us.
19        A.   Okay.
20        Q.   My first question to you is, have you seen
21     this document before?
22        A.   Yes.  I wrote it myself.
23        Q.   Did anybody else help you write it?
24        A.   No.
25        Q.   I realize it is a ten-page document.  I'm
```

Louise Davidson-Schmich
January 29, 2021

Page 18

1   happy to scroll through it with you.  I just have a
2   couple of general questions about it.  So, let me
3   know if you need me to scroll through it
4   specifically.  But my general question is, is the
5   content on your CV dated November, 2019 accurate?
6        A.   It was accurate in November, 2019, yes.
7        Q.   Do you periodically update your CV?
8        A.   Yes.
9        Q.   When was the last time you updated it?
10       A.   I believe it was this December.  Every
11  January we have to file what's called an Activity
12  Report, and that Activity Report has to include the
13  most up-to-date version of the CV.  This year for
14  some reason, probably because -- well, I don't know
15  why, but we were asked to produce that document in
16  December.  So, I updated the CV in December, 2020.
17       Q.   Other than for these Activity Reports, are
18  there other reasons in the last few years that you
19  updated your CV?
20       A.   Certainly.  Usually, if I have published
21  something or given a talk or have done something to
22  add to the CV, I try to deep it updated on a running
23  basis so I don't forget things.
24       Q.   In the course of updating your CV, do you
25  ever delete older entries or do you just constantly

Louise Davidson-Schmich
January 29, 2021

Page 19

1   add to it?

2       A.   I do delete older entries.  For example, I

3   probably no longer -- if you scroll down, later in

4   the document it will say something like conference

5   participation in the last five years maybe.  Yes.

6   If you keep going, it says Conference Participation

7   Since 2014.  So, generally I try to keep that for

8   five years.

9       Q.   Understood.

10           Dr. Davidson-Schmich, while you were

11  getting your Ph.D. at Duke, you began to look for

12  jobs after you graduated; is that correct?

13      A.   That is correct.

14      Q.   And you were looking for a job in

15  academia?

16      A.   Yes.

17      Q.   One of the institutions you applied was

18  the University of Miami?

19      A.   Yes.

20      Q.   Did you apply to any other institutions?

21      A.   Yes.

22      Q.   Which ones?

23      A.   The academic job market is very tough.  I

24  probably applied to every single job opening in the

25  field where I felt my qualifications were matched in

Louise Davidson-Schmich
January 29, 2021

Page 20

```
 1   terms of looking at an assistant professorship in at

 2   least a Research 1 university and a quality liberal

 3   arts college.  But honestly that was over 20 years

 4   ago.  I can't tell you all the places that I

 5   applied.  I know that I applied to Lehigh University

 6   because I also had a job interview scheduled at

 7   Lehigh University, which is in eastern Pennsylvania.

 8   That would be L-E-H-I-G-H, I think, is the way you

 9   spell it.

10        Q.   Did you end up attending that interview?

11        A.   I did not.

12        Q.   Why not?

13        A.   Because I received a job at the University

14   of Miami.

15        Q.   I'm sorry.  I didn't mean to interrupt

16   you.

17        A.   No.  That's okay.

18             Because I took the job at UM.  So, I was

19   not looking for a job anymore.

20        Q.   Other than the interview offer that you

21   received from Lehigh University, did you receive any

22   other interview offers?

23        A.   To be quite honest, that was so long ago.

24   I had on-campus interviews at the University of

25   Pittsburgh, at the University of Denver and at a
```

Louise Davidson-Schmich
January 29, 2021

Page 21

1  university in Pennsylvania -- not a university, but

2  a liberal arts college in Pennsylvania, whose name I

3  do not recall.  I can't say.  I believe that the

4  University of Pittsburgh interview was a year prior

5  to that.  So, it might have taken place in 1998.

6      **Q.   Other than those three universities you**

7  **just identified, did you interview anywhere else**

8  **that you can recall?**

9      A.   Not that I can recall.

10     **Q.   Did you receive any written offers from**

11 **any of those institutions?**

12     A.   No.  Well, the University of Miami.

13     **Q.   Other than the University of Miami, did**

14 **you receive any other offers?**

15     A.   No.  Well, to the best of my knowledge,

16 no.  The college of Pennsylvania, whose name I'm

17 blanking on, I had a terrible experience there.  If

18 they had offered me the job, I would have said no.

19 I honestly don't remember what became of that.

20     **Q.   Did you receive rejection or declination**

21 **offers from any of the institutions that you**

22 **interviewed with?**

23     A.   I'm not sure what a rejection or a

24 declination offer is.  I did not receive the job.

25     **Q.   Were you ever told why?**

Louise Davidson-Schmich
January 29, 2021

Page 22

```
 1      A.    No.
 2      Q.    How did you know that there was a job
 3   opening at the University of Miami?
 4      A.    Generally in the field of political
 5   science jobs are posted with the American Political
 6   Science Association.  At the time I believe that was
 7   a paper -- a paper document where the jobs were
 8   written down on paper.  Nowadays there's a system
 9   that's called APSA E-Jobs, and those are listed
10   electronically.  At the time I applied, I honestly
11   don't remember whether I got that on the paper or
12   from the internet, but it's definitely the American
13   Political Science Association job listing.
14      Q.    I show you a document that we are going to
15   mark as Exhibit 2 to your deposition, which is a job
16   description, which I'm going to ask if you have ever
17   seen before.
18           (The two-page document referred to was
19        marked for identification as Defendant's
20        Composite Exhibit No. 2.)
21   BY MR. YANNUZZI:
22      Q.    Dr. Davidson-Schmich, what I marked as
23   Exhibit 2 to your deposition is a memorandum dated
24   September 17, 1999 with a Bates Number 3288, and a
25   job description, Bates Number 3289.  Let me give you
```

Louise Davidson-Schmich
January 29, 2021

Page 23

1   a moment to take a look at these two documents.  Are

2   you able to see them?

3        A.   I can see them.  I have never seen them

4   before.  At least in this version I have never seen

5   them before.  So, I can see it, but I can't read it.

6        Q.   Okay.  I'm sorry.  So, let me start again.

7             You say you have never seen Page 1 of the

8   document before?

9        A.   No.

10            Okay.  If you scroll down, I can keep

11   reading.

12            Okay.

13        Q.   What about this job description?  Have you

14   seen this before?

15        A.   I believe that this was the job

16   description that appeared with the American

17   Political Science Association, and it probably is

18   what I saw, but honestly again that was so many

19   years ago.  I can't swear to it under oath.

20        Q.   Understood.

21             Was the position that you were seeking in

22   the particular area of Comparative Politics/

23   International Relations?

24        A.   Yes.

25        Q.   You, in fact, received an offer from the

Louise Davidson-Schmich
January 29, 2021

Page 24

1    University of Miami; is that correct?

2        A.   That is correct.

3            MR. YANNUZZI:  I am going to mark a copy

4        of that as Exhibit 3.

5            For the record, Exhibit 3 are documents

6        Bates stamped 2857, 2855 and 2856.

7            (The documents referred to were marked for

8        identification as Defendant's Composite Exhibit

9        No. 3.)

10   BY MR. YANNUZZI:

11       Q.   Dr. Davidson-Schmich, I will scroll back

12   to the top of the document and give you a chance to

13   look these over.

14       A.   Okay.

15            You can keep scrolling down.

16            Okay.

17            Okay.

18       Q.   Dr. Davidson-Schmich, now that you have

19   had an opportunity to look at this document, I have

20   a couple of questions for you.

21            First of all, starting on Page 1, is this

22   a letter that you sent to Dean Sugrue dated

23   February 14, 2000?

24       A.   Yes.

25       Q.   That's your signature at the bottom of the

Louise Davidson-Schmich
January 29, 2021

Page 25

1    page?

2         A.   It appears to be, yes.

3         Q.   **With your letter dated February 14th, you**

4    **are returning your signed acceptance of the offer**

5    **letter that you received on February 2nd, 2000; is**

6    **that correct?**

7         A.   It appears to be, yes.

8         Q.   **I will scroll to the bottom of that**

9    **document, which is Page 3 of the exhibit.  Is that**

10   **your signature on the bottom?**

11        A.   Yes, that's mine.

12        Q.   **Now, you were offered $50,000 as your**

13   **starting salary; is that correct?**

14        A.   That is correct.

15        Q.   **Was that number a number that was provided**

16   **to you by the University of Miami or did you**

17   **negotiate that?**

18        A.   That number was the offer that they -- or

19   the number that they gave me.

20        Q.   **Did you counter-propose a salary?**

21        A.   Not a salary, no.

22        Q.   **Did you make some other counter-proposal?**

23        A.   Yes.  I had two things that I was

24   interested in.  One thing was that, as I stated

25   before, I had a job interview scheduled at Lehigh

Louise Davidson-Schmich
January 29, 2021

Page 26

1    University.  That interview was to take place -- I
2    don't recall the date, but at any rate it was
3    scheduled after the time by which the University of
4    Miami wanted an answer on their offer.  I tried to
5    negotiate an extension of the deadline to give them
6    an answer so that I would have a chance to take that
7    -- to attend that interview and see if I got the job
8    at Lehigh University.  But they refused that
9    extension.  So, I had a discussion with my husband
10   and we decided a bird in the hand was worth two in
11   the bush.  But I did negotiate, if you see below,
12   there's a line item on the second page of the
13   contract that talks about a $5,000 moving allowance.
14   I did negotiate some of that moving allowance.
15        Q.   Did the university originally offer you
16   less than $5,000?
17        A.   I think they must have because I recall a
18   discussion about that.
19        Q.   And was -- I'm sorry.  I didn't mean to
20   cut you off.
21        A.   But, again, that was so long ago.  I can't
22   state for certain.
23        Q.   With whom did you have this discussion?
24        A.   Dr. West, the chair of the Political
25   Science Department.

Louise Davidson-Schmich
January 29, 2021

Page 27

1        Q.    Was Dean Sugrue involved at all in

2    discussing the terms of your contract?

3        A.    I don't recall speaking to him personally,

4    no.

5        Q.    When you came to the university to

6    interview, whom did you interview with?

7        A.    That was the faculty of the Department of

8    Political Science, and I honestly -- again, that's

9    so long ago.  I don't remember.  It's customary on

10   job interviews that one meet with someone from the

11   dean's office.  So, I might have met with Dean

12   Sugrue, or I might have met with a representative of

13   the dean's office.  But that was so long ago.  I

14   don't recall.

15       Q.    Ultimately, notwithstanding the

16   university's rejection of your counter-proposal of

17   an extension of time, you returned the signed copy

18   of the offer letter, correct?

19       A.    That is correct.

20       Q.    And your transmittal letter indicated, and

21   I'm quoting here and I'll highlight it on the

22   screen, "I am happy to accept the offer and am

23   enclosing my signed contract"; is that correct?

24       A.    That is correct.

25       Q.    Did anybody else draft this letter?

Louise Davidson-Schmich
January 29, 2021

Page 28

```
 1        A.    No.
 2        Q.    Are you aware that two other professors
 3   were hired in the Political Science Department
 4   within a few months of your hire in 2000?
 5        A.    Yes.
 6        Q.    Those professors were Andrew Schrank,
 7   S-C-H-R-A-N-K, and Kenneth Shadlen, S-H-A-D-L-E-N?
 8        A.    Yes.
 9        Q.    Had you met either of them prior to you-
10   all being hired at the university?
11        A.    No.
12        Q.    Did you ultimately meet both of them after
13   you-all were working at the university?
14        A.    I'm sorry.  I didn't understand.
15        Q.    Sure.  Did you ultimately meet both of
16   them when you were at the university?
17        A.    Yes, I ultimately met them.
18        Q.    Going back to 2000 at the time you were
19   all working at the University of Miami, what, if
20   anything, did you know about Professor Shrank's
21   educational background?
22        A.    I knew that he was a sociologist, that his
23   degree was in sociology and not political science.
24   At the time I probably knew where he received his
25   Ph.D. from.
```

Louise Davidson-Schmich
January 29, 2021

Page 29

1       Q.    What about Professor Shadlen, what, if
2   anything, did you know about his educational
3   background at the time you-all were working together
4   at the university in 2000?
5       A.    He went to Brown University, too, as an
6   undergraduate, I believe.  So, I think I knew that.
7   Again, I probably knew where he received his Ph.D.
8   from.
9       Q.    Do you know what his specialty was?
10      A.    I would classify both of them as Latin
11  American.  The people who study comparative
12  politics, their geographic area is Latin America and
13  not Western Europe.
14      Q.    And your specialty is Western Europe?
15      A.    Correct.
16      Q.    Going back to the year 2000 when you were
17  all working together at the University of Miami,
18  what, if anything, did you know about Professor
19  Schrank's prior teaching experience?
20      A.    Obviously I can't give you an answer.  I
21  don't have -- I might have known something, but I
22  don't know what I would have known 20 years ago.
23      Q.    The same question for Professor Shadlen.
24  Do you recall what, if anything, you knew about his
25  prior teaching experience when you were all working

Louise Davidson-Schmich
January 29, 2021

Page 30

1    together at the university?

2         A.    No, I don't recall.

3         Q.    Are you aware that all three of you were

4    hired at the same starting salary of $50,000?

5         A.    I am now aware of that, yes.

6         Q.    You say you are now.  When did you come to

7    learn that?

8         A.    I believe this week.

9         Q.    Other than discussions with your

10   attorneys -- strike that.

11              Are you aware of what other universities

12   were paying first-year political science professors

13   in the year 2000?

14        A.    No.

15        Q.    The other universities you were dealing

16   with, did they have salary bands or salary ranges as

17   part of their job hosting?

18        A.    Not to my recollection.  But, again, at

19   the time I don't -- I'm sorry.  I just have no

20   recollection.  I don't know.

21        Q.    I understand.  I realize we are going back

22   in time.  I'm just asking what you recall.  I'm not

23   trying to trick you or make you guess.

24              Prior to starting at the university, you

25   received a letter from the executive vice president

Louise Davidson-Schmich
January 29, 2021

Page 31

1    and provost, Luis Glaser.  Do you remember that?

2        A.   I do not.

3        Q.   I will show you a copy of that letter.

4    That will be Exhibit Number 4.

5             (The document referred to was marked for

6             identification as Defendant's Exhibit No. 4.)

7    BY MR. YANNUZZI:

8        Q.   Dr. Davidson-Schmich, what we have marked

9    as Exhibit 4 to your deposition is a letter to you

10   dated August 25th, 2000.  I will give you an

11   opportunity to read it, but I just want to call out

12   the Bates numbers for the record for the benefit of

13   counsel.  It's 3875, 3876 and 3877.

14             Dr. Davidson-Schmich, I will give you an

15   opportunity to take a look at this letter.

16       A.   Okay.  If you scroll down, I can keep

17   reading.

18             Okay.  You can keep scrolling down.

19             Okay.  Okay.

20       Q.   Dr. Davidson-Schmich, do you recall

21   receiving this letter on or about August 25th, 2000?

22       A.   I do not.

23       Q.   Do you have any reason to doubt that you

24   received this letter on or about that date?

25       A.   No.  It seems highly likely it would have

Louise Davidson-Schmich
January 29, 2021

Page 32

1   been something that I might have received.

2       Q.   Looking at the second paragraph, the

3   letter references a faculty manual.  Do you see

4   that?

5       A.   Yes.

6       Q.   You are familiar that the University of

7   Miami publishes a faculty manual?

8       A.   Yes.

9       Q.   That document sets forth the general terms

10  and conditions applicable to the faculty at the

11  university?

12      A.   Yes.

13      Q.   The faculty manual is updated generally

14  every year?

15      A.   I'm not certain about that, but I know

16  it's regularly updated.

17      Q.   Have you reviewed the faculty manual over

18  the course of your time at the university?

19      A.   Parts of it that I felt were relevant to

20  my situation, yes.

21      Q.   When you started at the University of

22  Miami, you were on the tenure track; is that

23  correct?

24      A.   Yes.  That's what an assistant

25  professorship is.

Louise Davidson-Schmich
January 29, 2021

1    Q.   You were on a probationary track subject

2    to reappointment each year?

3    A.   Initially, yes.

4    Q.   Let me show you a document which I will

5    mark as Exhibit 5.

6         (The document referred to was marked for

7         identification as Defendant's Exhibit No. 5.)

8    BY MR. YANNUZZI:

9    Q.   Dr. Davidson-Schmich, what I have marked

10   as Exhibit 5 to your deposition is a document called

11   Regular Tenure Track Appointment - Probationary

12   dated October 19, 2000.  The Bates number is 3874.

13   I will scroll to the top and give you a chance to

14   take a look at it.

15   A.   Yes.

16   Q.   I will scroll down.

17   A.   Yes.

18   Q.   Dr. Davidson-Schmich, is that your

19   signature at the bottom of the document?

20   A.   It is.

21   Q.   You signed it on October 30, 2000?

22   A.   That's the date it appears, yes.

23   Q.   Scrolling to the top, do you understand

24   that again this is confirming your salary for your

25   initial year at the university at $50,000?

Louise Davidson-Schmich
January 29, 2021

Page 34

1    A.    Yes.

2    Q.    **This is the first year of your**

3    **probationary appointment?**

4    A.    Yes.

5    Q.    **You received the following year another**

6    **letter from the university after you were**

7    **reappointed.  I will mark that as Exhibit 6.**

8         (The document referred to was marked for

9         identification as Defendant's Exhibit No. 6.)

10    BY MR. YANNUZZI:

11    Q.    **This is a document called Regular Tenure**

12    **Track Appointment - Probationary dated May 14, 2001.**

13    **The Bates number is 3873.**

14         **Dr. Davidson-Schmich, I'll give you an**

15    **opportunity to take a look at this.**

16    A.    Yes, that's the annual contract.

17    Q.    **I am going to go through a series of**

18    **these, which I'm happy to give you as much time to**

19    **look at them, but I just have a couple of very**

20    **simple questions on them.**

21    A.    Okay.

22    Q.    **Dr. Davidson-Schmich, have you seen this**

23    **document before?**

24    A.    Yes.  I must have obviously because I

25    signed it.

Louise Davidson-Schmich
January 29, 2021

Page 35

1      Q.   That's your signature at the bottom of the

2   page --

3      A.   Yes.

4      Q.   -- with a date of May 23rd, 2001?

5      A.   Correct.

6      Q.   Now, this would be following the

7   reappointment to your second year at the university?

8      A.   Yes.

9      Q.   Your salary for that year was $54,250; is

10  that correct?

11     A.   That is correct.  Well, it says it here.

12  So, that must be correct.

13     Q.   Do you have any reason to doubt that

14  salary?

15     A.   No, but if you asked me, I couldn't recall

16  it.

17     Q.   Does that represent a $4,000 increase over

18  the prior year or -- excuse me -- a $4,250 increase

19  over the prior year?

20     A.   4,250, yes.

21     Q.   You were reappointed the following year,

22  correct?

23     A.   I mean I obviously must have been since

24  I'm still here.  So, yes.

25     Q.   Dr. Davidson-Schmich, what I will mark as

Louise Davidson-Schmich
January 29, 2021

Page 36

1    Exhibit 7 to your deposition is another Regular

2    Tenure Track Appointment - Probationary form dated

3    May 23rd, 2002.

4              (The document referred to was marked for

5         identification as Defendant's Exhibit No. 7.)

6    BY MR. YANNUZZI:

7         Q.    The Bates number on this page is 3872.  I

8    will give you an opportunity to take a look at it.

9         A.    Yes.  It appears to be similar in form to

10   the previous two.

11        Q.    Correct.

12              Is that your signature at the bottom of

13   the page?

14        A.    It is.

15        Q.    Now, for that year your new annual salary

16   was going to be $56,149.

17        A.    Yes, that's what it states.

18        Q.    Do you have any reason to doubt that

19   number?

20        A.    No.

21        Q.    This is for the academic year August 15,

22   2002, through May 15, 2003.  Do you see that?

23        A.    Yes.

24        Q.    In the middle of that year you requested

25   maternity leave.  Do you recall that?

Louise Davidson-Schmich
January 29, 2021

Page 37

```
 1      A.   I do.

 2      Q.   Was your request granted?

 3      A.   Yes.

 4           MR. YANNUZZI:  I will mark this letter as

 5      Exhibit 8.

 6           (The documents referred to were marked for

 7      identification as Defendant's Composite Exhibit

 8      No. 8.)

 9   BY MR. YANNUZZI:

10      Q.   What I have marked as Exhibit 8 to your

11   deposition are a series of documents regarding your

12   request for maternity leave in 2003.  The Bates

13   numbers are 3869, 3870 and 3871.  I will scroll to

14   the top to give you an opportunity to review it.

15      A.   Okay.

16           Okay.

17           Okay.

18           Okay.

19      Q.   Dr. Davidson-Schmich, my first question to

20   you is, do you recognize the three documents that

21   comprise what we marked as Exhibit 8 to your

22   deposition?

23      A.   Yes.

24      Q.   Just turning to the last page here, which

25   is the Faculty Leave of Absence Request form, at the
```

Louise Davidson-Schmich
January 29, 2021

Page 38

1    bottom it notes there, "One course per semester will

2    be reassigned to another faculty member."  Do you

3    see that?

4         A.   Yes.

5         Q.   Do you know which faculty member -- well,

6    first of all, do you know which course is being

7    referred to here?

8         A.   No.  I cannot recall that anymore.  I

9    don't know what course that would have been.

10        Q.   Do you recall which faculty member would

11   have been reassigned the course that you were

12   teaching?

13        A.   No.  Since I don't know what courses they

14   are, I don't know what faculty member would have

15   been qualified to teach them.

16        Q.   So, the specific faculty member would have

17   had to have been qualified to teach whatever course

18   you were not going to be able to teach that

19   semester?

20             MS. MARTINEZ:  Objection to the form.

21   BY MR. YANNUZZI:

22        Q.   You can answer.

23        A.   I beg your pardon?

24        Q.   You can answer.

25        A.   Okay.  My best guess is that, depending on

Louise Davidson-Schmich
January 29, 2021

Page 39

1    the course, it may or may not have actually been

2    offered.  So, for example, if I had been scheduled

3    to teach Western Europe, there wasn't anybody who

4    could have taught that class.  So, I think it

5    probably just wouldn't have been offered.

6              If I had been scheduled to teach what was

7    then called Political Science 212, which was called

8    World Politics, that was something -- I don't know

9    if Professor Shrank or Professor Shadlen were still

10   there, but a person whose background was in

11   metapolitics or international relations could have

12   taught Political Science 212 and probably would

13   have.

14        **Q.   You said -- I'm sorry.  Go ahead.**

15        A.   That's okay.

16             I have no -- I don't know.  I was giving

17   birth.  So, I wasn't keeping tabs on those things.

18        **Q.   Understood.**

19             **The companion document to what we were**

20   **just looking at as Exhibit 8, this is a document I**

21   **am going to mark as Exhibit Number 9.**

22             (The document referred to was marked for

23             identification as Defendant's Exhibit No. 9.)

24   BY MR. YANNUZZI:

25        **Q.   What has been marked as Exhibit 9 to your**

Louise Davidson-Schmich
January 29, 2021

Page 40

1    deposition is a note to you dated January 14th,

2    2003, from Paul Sugrue regarding your request for

3    maternity leave.  Do you see that?

4        A.    Yes.

5        Q.    You were advised that your request was

6    being approved, correct?

7        A.    Yes.

8        Q.    Now, following the conclusion of your

9    maternity leave, you were reappointed to your

10   position at the university; is that correct?

11       A.    That is correct.

12             (A document was marked for identification

13        as Defendant's Exhibit No. 10.)

14   BY MR. YANNUZZI:

15       Q.    Dr. Davidson-Schmich, what I have marked

16   as Exhibit 10 to your deposition is another Regular

17   Tenure Track Appointment - Probationary form.  This

18   one is dated June 1st, 2003.  The Bates number is

19   3852.

20             This looks like the others we looked at

21   earlier in your deposition, but I want to give you

22   an opportunity to review it.

23       A.    Yes.  I very clearly remember signing that

24   piece of paper.  It's when I went into labor with my

25   daughter.  So, about when I put pen to paper is when

Louise Davidson-Schmich
January 29, 2021

Page 41

1    the contractions started.  She was born the next

2    day.

3         Q.   Very good.

4              So, that is your signature on that

5    document.

6         A.   Yes.  I do remember this one.

7         Q.   Now, with this letter your salary was in

8    increased to $58,114?

9         A.   That is correct.

10        Q.   And you were reappointed the following

11   year, correct?

12        A.   I'm still here.  So, I believe so.

13        Q.   What I am going to marked as Exhibit 11 to

14   your deposition is another Regular Tenure Track

15   Appointment - Probationary form.  This one is dated

16   June 1st, 2004.  The Bates number is 3849.

17             (The document referred to was marked for

18             identification as Defendant's Exhibit No. 11.)

19   BY MR. YANNUZZI:

20        Q.   Dr. Davidson-Schmich, like the others,

21   take your time.  Let me know when you are ready.

22        A.   Yes.  That's clearly my signature.

23        Q.   This is your signature on or about May

24   14th, 2004?

25        A.   Correct.

Louise Davidson-Schmich
January 29, 2021

Page 42

1    Q.   In this letter you were advised that your

2    salary has been increased to $58,936.  Do you see

3    that?

4    A.   I can't read the third digit.

5    Q.   Let me zoom in.

6    A.   It looks close to being a nine.  I'm not

7    sure if that's an increase or not because I don't

8    recall what the salary was from the year before.

9    It's close.

10   Q.   Let me just go back to the prior exhibit

11   then.

12        This is Exhibit 10.  This is for the

13   academic year starting in August.

14   A.   So, it's a very small raise, yes.

15   Q.   So, your salary did go up year over year

16   between 2000 and 2004, correct?

17   A.   Yes.

18   Q.   And, again, now that we are sort of

19   zooming in, can you confirm for me that your salary

20   for the 2004/2005 academic year was $58,986?

21   A.   Yes.

22   Q.   You were reappointed the following year,

23   correct?

24   A.   Yes.

25   Q.   What I am going to mark as Exhibit 12 to

Louise Davidson-Schmich
January 29, 2021

Page 43

1    your deposition is another Regular Tenure Track

2    Appointment - Probationary form.  This one is dated

3    June 1, 2005.  The Bates number is 2869.

4              (The document referred to was marked for

5         identification as Defendant's Exhibit No. 12.)

6    BY MR. YANNUZZI:

7         Q.   This copy is much clearer.  I think the

8    form --

9         A.   I think they stopped using little carbon

10   copies.

11        Q.   Exactly.  We can all appreciate the

12   benefit of that now.  We don't have to work as hard

13   to read it.  But I believe the content is the same.

14             Dr. Davidson-Schmich, take your time and

15   look over this document.

16        A.   Yes.  That's my contract for that year.

17        Q.   And that's your signature at the bottom?

18        A.   Yes.

19        Q.   For this academic year your salary was

20   increased to $62,051; is that correct?

21        A.   That's correct.

22        Q.   Now, shortly after receiving this letter,

23   you requested an extension of your probationary

24   period.  Do you recall that?

25        A.   Yes.

Louise Davidson-Schmich
January 29, 2021

Page 44

1         Q.    You submitted a letter to make that

2    request?

3         A.    Yes.

4         Q.    I will go ahead and show you what we will

5    mark as Exhibit 13 to your deposition, which is a

6    letter from you to Dr. Jonathan West, Interim Chair

7    of the Department of Political Science, dated

8    June 16, 2005.  The Bates number on that page or on

9    this document is 2945.

10             (The document referred to was marked for

11             identification as Defendant's Exhibit No. 13.)

12   BY MR. YANNUZZI:

13        Q.    Dr. Davidson-Schmich, I will give a chance

14   to look at this letter.  Let me know when you are

15   ready.

16        A.    Okay.

17        Q.    Dr. Davidson-Schmich, is what we marked as

18   Exhibit 13 a copy of a letter that you sent to Dr.

19   West on or about June 16, 2005?

20        A.    Yes.

21        Q.    That's your signature at the bottom?

22        A.    That is.

23        Q.    By this letter you were requesting,

24   pursuant to Section C-5.5d of the faculty manual, an

25   extension of your probationary period; is that

Louise Davidson-Schmich
January 29, 2021

Page 45

1   correct?

2        A.   That's correct.

3        Q.   And this request was granted; is that

4   correct?

5        A.   That is correct.  You can see that

6   reflected in the contract.

7        Q.   Dr. Davidson-Schmich, your letter that we

8   are looking at marked as Exhibit 13 mentions your

9   husband being employed as a lecturer in the

10  Department of Foreign Languages.  Do you see that

11  here in the second paragraph?

12       A.   I do.

13       Q.   When was your husband hired at the

14  University of Miami?

15       A.   When was he hired?

16       Q.   Correct.

17       A.   I believe it would have been in the fall

18  of 2001.

19       Q.   So, it was shortly after you completed

20  your first year as assistant professor?

21       A.   That is correct.  He was initially hired

22  in a part-time position, I believe, and then later a

23  full-time position.

24       Q.   Has he been employed consistently at the

25  University of Miami since he was hired in

Louise Davidson-Schmich
January 29, 2021

Page 46

1    approximately August of 2001?

2         A.   Yes.

3         Q.   **Is he still a lecturer?**

4         A.   He is still, I believe, formally employed

5    at the university.  He is currently on unpaid

6    medical leave.

7         Q.   **How long has he been on unpaid medical**

8    **leave?**

9         A.   Since -- it would have been for a year.

10   So, I believe since this time last year.

11             I should also add that he -- in the spring

12   of 2016 I had a sabbatical, and we went to New

13   Zealand for six months.  So, during that spring,

14   2016 semester he was also on an unpaid leave to

15   accompany our family to New Zealand.

16        Q.   **Other than that sabbatical period to New**

17   **Zealand and the one year of medical leave he's on**

18   **right now, he's been employed at the University of**

19   **Miami since approximately August of 2001?**

20        A.   Yes.

21        Q.   **Other than working for the University of**

22   **Miami, has he held any other employment during that**

23   **approximately 20-year time frame?**

24        A.   No.

25        Q.   **Other than your work at the University of**

Louise Davidson-Schmich
January 29, 2021

Page 47

1    Miami during the last 21 years since you started,

2    have you had any other employment other than your

3    employment at the university?

4         A.   No.  I have received research grants from

5    institutions, but I would do that in conjunction

6    with my position.  I also edit an academic journal,

7    and I receive an honorarium for that, but it's not a

8    full-time job.

9         Q.   The last exhibit we looked at, Dr.

10   Davidson-Schmich, was your request for an extension

11   of the probationary period.  I believe you confirmed

12   for me that that request was, in fact, granted.  Is

13   that true?

14        A.   Yes.

15        Q.   I will show he what we will mark as

16   Exhibit 14.  I will share the screen again.

17             (The document referred to was marked for

18             identification as Defendant's Exhibit No. 14.)

19   BY MR. YANNUZZI:

20        Q.   Dr. Davidson-Schmich, what I marked as

21   Exhibit 14 to your deposition is a letter to you

22   from Bill Tallman, Director of Faculty Affairs, with

23   a copy to Dean Sugrue.  The Bates number is 2943.

24   Please read this.

25        A.   Yes, I've read it.

Louise Davidson-Schmich
January 29, 2021

Page 48

1      Q.    Is this a copy of a letter that you

2  received on or about June 22nd, 2004?

3      A.    It must be, yes.

4      Q.    By this letter you were advised that your

5  extension request for your probationary period was

6  granted, correct?

7      A.    Yes.

8      Q.    Now, in the prior exhibit -- let me pull

9  that up for you, Exhibit 13 -- you note that Dr.

10  Jonathan West was the Interim Chair of the

11  Department of Political Science.  Do you see that?

12      A.    Yes.

13      Q.    Who was the chair prior to him at that

14  time?

15      A.    Dr. June Dreyer.

16      Q.    Was Dr. Dreyer the chair since you started

17  at the university?

18      A.    No.  I can't recall the specific date.

19  Dr. West was the chair, and his term ended.  Dr.

20  Dreyer became the chair.  She was then removed from

21  that position, and Dr. West took over.  I'm not sure

22  of the specific chronology, but at some point, at

23  the time that I was writing this letter, I believe

24  that Fred Frohock had been hired from Syracuse

25  University to come to the university and serve as

Louise Davidson-Schmich
January 29, 2021

Page 49

1    the chair of the department.  I believe that

2    Jonathan was kind of the interim during the time it

3    took Fred to arrive, if I'm not mistaken.

4         Q.   Now, in 2005 your performance was reviewed

5    as part of the reappointment process --

6         A.   Yes.

7         Q.   -- is that correct?

8         A.   Yes.

9         Q.   Are you aware of the assessment of your

10   performance by those involved in December of 2005?

11        A.   I'm sure that I was at the time.  I would

12   have to -- I don't know what December of 2005 looked

13   like compared to 2004 or 2006.

14        Q.   That's fair.  I will show you a document

15   that may help refresh your recollection.

16             (The document referred to was marked for

17             identification as Defendant's Exhibit No. 15.)

18   BY MR. YANNUZZI:

19        Q.   Dr. Davidson-Schmich, I marked as Exhibit

20   15 to your deposition a letter dated December 10,

21   2005, to Dean Sugrue from Fred Frohock.  It's Bates

22   Number 3109.  I will give you an opportunity to

23   review it.

24        A.   I see it.

25        Q.   This is a document you have seen before?

Louise Davidson-Schmich
January 29, 2021

```
 1        A.    No.   I have never seen this document.   I'm
 2   sorry.   What I meant was I just read it.
 3        Q.    Okay.
 4        A.    No, I've never seen this document before.
 5   At the bottom of the document it says there was a
 6   vote that was 3-2, and I was not aware of that 3-2
 7   vote.
 8        Q.    Dr. Davidson-Schmich, I understand you
 9   haven't seen this document before, but there was a
10   comment in here that I wanted to ask you about, and
11   I thought this document may help orient you in time.
12             So, with that in mind, looking at the
13   December, 2005 time frame, this memorandum notes
14   that you had a book that was turned down earlier at
15   a university press.  Do you see that?
16        A.    I do see that.
17        Q.    Do you know what book is being referred to
18   here?
19        A.    What I believe this is trying to say --
20   well, I don't know.  I only -- at that point in time
21   I had only written one book or a book manuscript.  I
22   don't know what the phrase "was turned down earlier
23   at a university press" means.
24        Q.    What book or book manuscript had you
25   completed as of December of 2005?
```

Louise Davidson-Schmich
January 29, 2021

Page 51

1    A.    That book manuscript is the one that

2  became Becoming Party Politicians at Notre Dame

3  Press.

4    **Q.    Prior to December of 2005, had you shopped**

5  **that book around to various publishers?**

6    A.    I completed the manuscript in 2003 shortly

7  before my daughter was born, and at that time I sent

8  the manuscript to a number of university presses, at

9  which point Notre Dame said that they were

10 interested in what they referred to as an exclusive

11 review of the transcript.  So, at that point in time

12 I told Notre Dame they could have the exclusive

13 rights to review that manuscript.  I did not pursue

14 anything else with any other press.

15   **Q.    Prior -- I'm sorry.  Go ahead.**

16   A.    That's why I don't understand or I'm not

17 sure what it means when it says "turned down earlier

18 at a university press."

19   **Q.    Had you received any publication rejection**

20 **letter from any university press as of December,**

21 **2005?**

22   A.    Generally what happens is you just hear

23 nothing.  So, I sent letters that did not merit a

24 response.  I received, I do remember, from some

25 university press, which may or may not have been the

Louise Davidson-Schmich
January 29, 2021

Page 52

1    University of Michigan press, a very nice rejection

2    that said basically they really wanted to publish

3    the book, but they had no money to do so.  But

4    mostly what happens is nothing.

5        Q.   **This document also references the Notre**

6    **Dame offer that you were just referring to.  It**

7    **notes that Notre Dame is not a major university**

8    **press.  Do you see that?**

9        A.   I do see that.

10       Q.   **Do you have any understanding of what that**

11   **phrase means, "not a major university press"?**

12       A.   I do not.

13       Q.   **Are you aware that different publishers**

14   **have different standards in the academic community**

15   **in terms of prestige or impact?**

16       A.   Yes.

17            MS. MARTINEZ:  Object to the form.

18       A.   I would say yes.  Not all presses are

19   created equal.

20       Q.   **Dr. Davidson-Schmich, notwithstanding the**

21   **3-2 vote that you referenced earlier -- actually,**

22   **let me start over.**

23            **Dr. Davidson-Schmich, you also were**

24   **reappointed the following year, correct?**

25       A.   That is correct.

Louise Davidson-Schmich
January 29, 2021

Page 53

1          Q.    Let me show you what we will mark as

2    Exhibit 16 to your deposition, which is a letter to

3    you dated March 30, 2006.  The Bates number is

4    38448.

5                (The document referred to was marked for

6          identification as Defendant's Exhibit No. 16.)

7          Q.    Let me give you an opportunity to review

8    that.

9          A.    Yes, I see it.

10         Q.    You received this letter on or about March

11   30, 2006?

12         A.    Yes.

13         Q.    You were advised that you were reappointed

14   at a new salary of $65,413.  Do you see that?

15         A.    Yes.

16         Q.    This letter is reminding you that your

17   pre-tenure probationary period would end on June 1,

18   2007.  Do you see that?

19         A.    Yes.

20         Q.    Shortly after receiving this reappointment

21   letter, you requested medical leave; is that

22   correct?

23         A.    I would have requested maternity leave for

24   the spring semester of 2007.  So, yes, probably

25   shortly thereafter that would have been when I

Louise Davidson-Schmich
January 29, 2021

Page 54

1    requested that.

2        Q.    Let me show you a copy of a letter that

3    we'll mark as Exhibit 17, which is Bates stamped

4    3840 and 3841.

5            (The documents referred to were marked for

6        identification as Defendant's Composite Exhibit

7        No. 17.)

8    BY MR. YANNUZZI:

9        Q.    I will give you an the opportunity to

10   review that.

11       A.    Yes, I've seen it.

12       Q.    Dr. Davidson-Schmich, what we have marked

13   as Exhibit 17 is a letter with an enclosed form from

14   you to Dean Sugrue dated August 4, 2006, requesting

15   maternity leave for the birth of your second child;

16   is that correct?

17       A.    That is correct.

18       Q.    Is that your signature at the bottom of

19   the first page?

20       A.    It is.

21       Q.    Was this request granted?

22       A.    It was.

23       Q.    In the spring of 2007 you began the

24   process of submitting paperwork for the probationary

25   review; is that correct?

Louise Davidson-Schmich
January 29, 2021

Page 55

1        A.    In the spring of 2007, no.  I would have

2    submitted that paperwork in the spring of 2006

3    because it goes to outside reviewers over the

4    summer, and then in the fall it goes through the

5    university process.  I received -- I received word

6    of a positive decision in January, 2007.

7        **Q.    In connection with this review process,**

8    **did you complete a document called a Career**

9    **Assessment?**

10       A.    I assume that's what -- I think so, yes.

11   If you show it to me, I can confirm that.  We do

12   have to write up something when we go out for

13   tenure.

14       **Q.    I will show you this document, which we**

15   **are going to mark as Exhibit 18.**

16            (The documents referred to were marked for

17            identification as Defendant's Composite Exhibit

18            No. 18.)

19       A.    Yes.  Okay.  It's a called a Career

20   Assessment.

21       **Q.    I'm sorry.  I didn't mean to cut you off.**

22       A.    No.  In answer to your question, yes, I

23   did submit a Career Assessment.  I wasn't sure

24   that's what it was called.

25       **Q.    Sure.  The reason I wanted to get a little**

Louise Davidson-Schmich
January 29, 2021

Page 56

1    bit of background is because this document appears

2    to be undated.

3         A.    Right.

4         Q.    Based on the record section of the faculty

5    manual, I believe that this was submitted by you in

6    connection with your probationary review process for

7    purposes of receiving tenure, but I wanted to get

8    confirmation from you.  Am I correct?

9         A.    That is correct, yes.  This document, I

10   believe, would have been submitted either in the

11   spring of 2006 or possibly the fall of 2006.

12              MR. YANNUZZI:  For the record, let me just

13        give the Bates number.  It's 3061 through 3070.

14   BY MR. YANNUZZI:

15        Q.    Dr. Davidson-Schmich, in reviewing this

16   Career Assessment, I notice that there are several

17   references to German politics, which I'm happy to

18   give you an opportunity to review, but I had a more

19   general question.  What sort of drives your interest

20   in German politics in particular?

21        A.    That's an interesting question.  I would

22   say there's probably personal and also intellectual

23   reasons.  So, personally I'm of German descent.  I

24   lived in Germany for a while.  I married a German.

25   So, I guess those are all things that make me

interested in that country per se.

As a scholar of politics, Germany is a really interesting case study. If you think about political institutions, it's an economic institution. It's a country in many ways that's like the United States. It's a long-term democracy. It has a stable economy. But the route that Germany has taken or the form of its democracy and the form of its economy are actually quite different in terms of the institutional structure of that in the United States. So, one of the things that interests me is simply what can we, as Americans, learn from a country that does things very differently.

I think also broadly, as an undergraduate, I studied in East Germany when it was a Communist country. Then very shortly thereafter the wall fell and Germany was united. So, I'm also very intellectually interested in that process of how do you take two countries that were divided so long and have such different political systems and move them together in a way that worked out pretty well.

So, those are some of the more theoretical political science questions that I have that kind of merge my personal and intellectual interests.

**Q. Now, during your tenure at the university**

Louise Davidson-Schmich
January 29, 2021

Page 58

1    in the Political Science Department, have there been

2    other professors who have similarly focused on

3    German history and German politics?

4         A.   I'm sorry.  Can you repeat your question?

5         Q.   Sure.  During your time at the university,

6    and I realize we are spanning 20 years, but are you

7    aware of any other professors in the Political

8    Science Department who like you have had a focus on

9    German history and politics?

10        A.   Generally political scientists don't deal

11   with history.  That's why I wanted to check what

12   your question was.  There are historians at the

13   university that study German history.  But if we

14   look at politics, no.  Political Science is a

15   relatively small department, and we don't have a lot

16   of people doing a lot of overlapping things.

17        Q.   Understood.

18             Now, I want to go back to what we were

19   just looking at as Exhibit 18.

20             There's a table on Page 8 of the exhibit.

21   Dr. Davidson-Schmich, I just had a question about

22   this table, which appears to be an attachment to

23   your Career Assessment.  Do you see that?

24        A.   Yes.

25        Q.   Here your name is listed among a series of

Louise Davidson-Schmich
January 29, 2021

Page 59

1    other professors.  Do you see that?

2        A.   Yes.

3        Q.   Do you know who these other professors

4    are?

5        A.   I do.

6        Q.   Is it a table that you created?

7        A.   It is.

8        Q.   What does the Department Rank category

9    indicate?

10       A.   So, if you look at the source there where

11   it says, "All department rankings from Hix (2004),"

12   Simon Hix is a political scientist who at one point

13   in time developed or in 2004 developed a way that he

14   was ranking Political Science Departments around the

15   word.  So, the Number 1 ranked Political Scientist

16   Department obviously is not Harvard because that's

17   Number 2.  But it's whatever, according to his

18   ranking, are the best Political Science Departments

19   in the world, and then the list goes down.  I don't

20   know how far.  Clearly the University of Miami is

21   coming up in its ranking as Number 294.

22       Q.   I see.  Just to direct your attention

23   here, it says, "Department Rank 1-400."

24       A.   There we go.  All right.  Perfect.  So,

25   400 is the lowest range.

Louise Davidson-Schmich
January 29, 2021

Page 60

```
 1        Q.    Again, I appreciate the clarification.  I
 2   did not understand that.
 3        A.    Yes.  So, basically here one would be the
 4   best.
 5        Q.    Now, we referenced this before, but just
 6   for the purposes of the record, you ultimately were
 7   successful in your probationary review, and you were
 8   awarded tenure and promoted to associate professor
 9   in February of 2007; is that correct?
10        A.    I believe the year is correct.  2007 is
11   correct.  I believe that technically I became an
12   associate professor as of August 15th of that year,
13   but I'm not positive.  I think that's the way that
14   worked.
15        Q.    Let me show you a document that might help
16   us get clarification.
17              (The document referred to was marked for
18        identification as Defendant's Exhibit No. 19.)
19   BY MR. YANNUZZI:
20        Q.    Dr. Davidson-Schmich, what I marked as
21   Exhibit 19 to your deposition is a letter to you
22   from Thomas LeBlanc, Executive Vice President and
23   Provost of the university.  The Bates number is
24   2854.  Let me give you a moment to review it.
25        A.    Right.  So, that answers the question.  I
```

Louise Davidson-Schmich
January 29, 2021

Page 61

1    became an associate professor on June 1st, not

2    February, but the letter came in February.

3         Q.   This is a letter you received on or about

4    that date?

5         A.   Yes.

6         Q.   Shortly after receiving this letter, you

7    received another letter from the university

8    regarding your promotion.  Do you recall that?

9         A.   I do not.

10        Q.   Let me show you what we'll mark as Exhibit

11   20, which is another letter to you.  This one is

12   dated April 24, 2007.  The Bates number is 2865.

13             (The document referred to was marked for

14             identification as Defendant's Exhibit No. 20.)

15   BY MR. YANNUZZI:

16        Q.   Dr. Davidson-Schmich, take a look at that.

17        A.   Yes.  That's what went on to replace those

18   carbon-copy contracts.

19        Q.   Exactly.  We progressed with the times.

20   Thank God for the benefit of all of us.

21             Dr. Davidson-Schmich, is this a letter

22   that you received on or about April 24, 2007?

23        A.   Yes.

24        Q.   In this letter you were congratulated on

25   your recent tenure and promotion to assistant

Louise Davidson-Schmich
January 29, 2021

Page 62

1    professor and also advised that your new salary
2    would be $72,504.  Do you see that?
3        A.   Yes.
4        Q.   This letter reminds you that your rights,
5    duties and benefits as a faculty member are set
6    forth in the current edition of the faculty manual.
7    Do you see that?
8        A.   Yes.
9            MR. YANNUZZI:  We have been going for a
10           little more than an hour.  I'm at a good point
11           to take a break.  So, why don't we go off the
12           record for a few moments and let everybody
13           stretch their legs and take care of whatever
14           you need to take care of.  Then we'll hop on in
15           five minutes or so.
16           THE VIDEOGRAPHER:  We are off the record
17           at 11:33 a.m.
18           (Recess 11:33 a.m. until 11:43 a.m.)
19           THE VIDEOGRAPHER:  We are back on the
20           record at 11:43 a.m.
21   BY MR. YANNUZZI:
22       Q.   Dr. Davidson-Schmich, before we went on
23   the break, we were just going through the timeline
24   of your promotion to associate professor.  Do you
25   recall that shortly after your promotion you

Louise Davidson-Schmich
January 29, 2021

Page 63

```
1    inquired about the process for obtaining a
2    sabbatical?
3         A.    That sounds about right.
4         Q.    Let me show you an e-mail that we'll mark
5    as Exhibit 21.  This one is Bates stamped 2853.
6              (The document referred to was marked for
7              identification as Defendant's Exhibit No. 21.)
8    BY MR. YANNUZZI:
9         Q.    Dr. Davidson-Schmich, what I marked as
10   Exhibit 21 to your deposition is a series of e-mails
11   among you and Bill Tallman and Fred Frohock dated
12   September 19, 2007.  Have you seen these e-mails
13   before?
14        A.    Yes.  I obviously wrote some of them.
15        Q.    Right.  They are in reverse chronological
16   order, but as I understand it, and correct me if I
17   am wrong, you wrote to Bill Tallman and Fred Frohock
18   to inquire about your sabbatical eligibility, and he
19   responded, Mr. Tallman, advising that you are
20   eligible for a sabbatical; is that correct?
21        A.    That's correct.
22        Q.    How, around this same time did you request
23   a secondary appointment within the Department of
24   Political Science?
25        A.    My main appointment was in the Department
```

Louise Davidson-Schmich
January 29, 2021

Page 64

1   of Political Science.

2       **Q.   Did you seek a secondary appointment in a**

3   **different department?**

4       A.   I believe that there was a plan at that

5   time ultimately to merge the Department of Political

6   Science and the Department of International Studies.

7   So, either -- I'm not sure whether I initiated it or

8   the Department of International Studies initiated

9   it, but the idea was that a number of professors in

10  Political Science would request a secondary

11  appointment in International Studies as part of the

12  process toward merging those two departments.

13      **Q.   Did you, in fact, complete that process?**

14      A.   It's not exactly -- I'm sorry.  Which

15  process?

16      **Q.   The process of obtaining a secondary**

17  **appointment within the Department of International**

18  **Studies.**

19      A.   I believe, yes, that secondary appointment

20  was granted.

21      **Q.   Let me show you what we'll mark as Exhibit**

22  **22, which is a Request for Secondary Appointment**

23  **form dated December 12, 2007.  The Bates number is**

24  **2933.**

25              (The document referred to was marked for

Louise Davidson-Schmich
January 29, 2021

Page 65

```
 1          identification as Defendant's Exhibit No. 22.)
 2     BY MR. YANNUZZI:
 3          Q.    Dr. Davidson-Schmich, have you seen this
 4     document before?
 5          A.    I don't believe I've ever seen this
 6     document before.  If I signed it, I have, but I
 7     certainly have no recollection of this document.
 8          Q.    Let me show you then another document that
 9     we'll mark as Exhibit 23, which is a letter to you
10     dated January 16, 2008.  The Bates number is 3829.
11               (The document referred to was marked for
12               identification as Defendant's Exhibit No. 23.)
13     BY MR. YANNUZZI:
14          Q.    Let me ask you if you recall receiving
15     this letter on or about January 16, 2008.
16          A.    I don't recall receiving it, but I believe
17     that I did.
18          Q.    In this letter you were advised by Dr.
19     Birnbach that you have been granted a secondary
20     appointment in International Studies?
21          A.    Yes.
22          Q.    Your primary appointment remained in the
23     Department of Political Science; is that correct?
24          A.    That's correct.
25          Q.    Do you recall a few moments ago you asking
```

Louise Davidson-Schmich
January 29, 2021

Page 66

1    Bill Tallman about your eligibility for a

2    sabbatical?  Do you recall that?

3         A.    Yes.

4         Q.    In February of 2008 you, in fact,

5    submitted a request to take a sabbatical; is that

6    correct?

7         A.    I don't recall the date, but I certainly

8    did submit a request to take a sabbatical at some

9    point.

10        Q.    Let me show you what we'll mark as Exhibit

11   24 to your deposition, which is Bates stamp 3962.

12             (The document referred to was marked for

13             identification as Defendant's Exhibit No. 24.)

14   BY MR. YANNUZZI:

15        Q.    Dr. Davidson-Schmich, is this a memorandum

16   that you drafted on or about February 12, 2008, and

17   sent to Michael Halleran, the dean of the College of

18   Arts and Sciences at that time?

19        A.    No.  It's the other way around.  The memo

20   is from Michael Halleran to me.  I didn't draft it.

21   I received it.

22        Q.    I apologize for that.  Thank you for that

23   clarification.

24             So, just to be clear, is what we marked as

25   Exhibit 24 a copy of a memo that you received from

Louise Davidson-Schmich
January 29, 2021

Page 67

1    Dean Halleran on or about February 12, 2008?

2          A.   Yes.

3          Q.   You were advised that your request for a

4    sabbatical had been granted; is that correct?

5          A.   Yes.

6          Q.   What did you do during that sabbatical

7    period?

8          A.   That was a long time ago.  When I was

9    finished, I wrote a report which would detail

10   everything in general.  If I recall correctly --

11   actually we would have to look at that report.

12         Q.   Do you recall how long that sabbatical

13   was?

14         A.   Yes.  I believe I received sabbatical for

15   an academic year.

16         Q.   After you received tenure, you were no

17   longer subject to an annual probationary review

18   process; is that correct?

19         A.   That is correct.

20         Q.   But every year your performance was still

21   assessed, and you were eligible to receive merit

22   increases to your salary?

23         A.   That's a multiple-pronged question.  So,

24   I'll take the first part.  The first part is I

25   believe that the process for untenured or at least

Louise Davidson-Schmich
January 29, 2021

Page 68

1    the time that I was an untenured faculty member,

2    each fall we had to submit some type of a report

3    that would be used to assess whether or not we would

4    be retained the next year.  That process went way

5    with tenure because you are going to be retained.

6            Every January or approximately in January

7    the faculty file what is called a Faculty Activity

8    Report.  The Activity Report documents the

9    activities for the prior calendar year, I believe.

10   Those reports are used in years when the university

11   has the resources to provide faculty with a raise.

12   They are somehow -- I don't understand how -- used

13   in conjunction with that process of determining

14   salary, but not every year there are funds available

15   to offer faculty raises.  So, that's not always the

16   case.

17        Q.   **During your tenure at the University of**

18   **Miami, have you ever been involved in the process of**

19   **making or assessing merit pay increases?**

20        A.   No.  I've never been involved in any pay

21   increase or discussions about pay of any kind.

22        Q.   **Dr. Davidson-Schmich, in May of 2008 do**

23   **you recall being advised of your annual salary for**

24   **the 2008/2009 academic year?**

25        A.   I'm sorry.  What was the question?

Louise Davidson-Schmich
January 29, 2021

Page 69

1      Q.   Do you recall that in May of 2008 you

2   received a letter advising you of what your annual

3   salary would be for the following year?

4      A.   I don't recall that, but I assume it

5   happened because we do receive annual letters around

6   that time of year.

7      Q.   Let me show you what we'll mark as Exhibit

8   25, which is a copy of a letter to you dated May 1,

9   2008.  The Bates number is 286.

10           (The document referred to was marked for

11           identification as Defendant's Exhibit No. 25.)

12   BY MR. YANNUZZI:

13      A.   This is a document produced by you with

14   the Bates number 286.

15      Q.   Dr. Davidson-Schmich, my first question to

16   you is, did you receive this letter on or about

17   May 1st, 2008?

18      A.   Yes.

19      Q.   In this letter you were advised that your

20   annual salary for the upcoming academic year would

21   be $78,183; is that correct?

22      A.   Yes.  That's correct.

23      Q.   Now, you testified about this earlier, but

24   I believe you said around January of each year after

25   you received tenure you began submitting a Summary

Louise Davidson-Schmich
January 29, 2021

Page 70

1    of Activities report for the prior calendar year; is

2    that correct?

3         A.   I didn't begin that process.  That

4    process, I believe, has been in place as long as I

5    can recall.  But certainly after I received tenure,

6    I certainly did that in January, yes.

7         Q.   My question was a bad one.  I apologize

8    for that.  I appreciate that clarification.  But

9    beginning in January of the years after you received

10   tenure, you began submitting your own separate

11   Summary of Activities report; is that correct?

12        A.   I don't know if it was new that I began

13   that, but I did that as part of my annual evaluation

14   process, yes.

15        Q.   I don't mean that you started the process.

16   I mean that you participated in the process; is that

17   correct?

18        A.   Yes.

19        Q.   Let me show you what we'll mark as Exhibit

20   26 to your deposition, which is a Summary of

21   Activities report for the 2008 calendar year dated

22   January 15th, 2009.  It's a multipage document Bates

23   numbered -- now we are back on mine -- 4024 to 4029.

24             (The documents referred to were marked for

25             identification as Defendant's Composite Exhibit

Louise Davidson-Schmich
January 29, 2021

Page 71

 1        No. 26.)

 2     BY MR. YANNUZZI:

 3        Q.   Dr. Davidson-Schmich, I realize it's a

 4   lengthy document.  I'm happy to give you as much

 5   time as you need to review it.  I just have a couple

 6   of general questions about it whenever you are

 7   ready.

 8        A.   All right.

 9        Q.   My first question to you is, is this a

10   copy of the Summary of Activities for 2008 that you

11   submitted?

12        A.   It looks like it, yes.

13        Q.   To whom would you make this -- let me

14   strike that.

15             To whom did you make this submission?

16        A.   That report always goes to the chair of

17   the department.  I don't recall who was the chair of

18   the department at that time.

19        Q.   Do you know what in turn the chair does

20   with your summary?

21        A.   I do not.

22        Q.   In connection with the salary merit

23   increase process each year, do you meet with your

24   chair and discuss the ultimate increase you are

25   going to receive?

Louise Davidson-Schmich
January 29, 2021

Page 72

1      A.    No.

2      Q.    So, you submit this form, and a few months

3  later you receive a letter advising you of what your

4  new salary will be for the following year?

5      A.    That's correct.

6      Q.    Was that the case for your entire tenure

7  at the university?

8      A.    To the best of my recollection.

9      Q.    Dr. Davidson-Schmich, I am going to mark

10  as Exhibit 27 to your deposition a letter to you

11  dated July 20, 2009.  I will give you an opportunity

12  to review it while I identify the Bates number as

13  290, which is a document that you produced to us.

14      A.    Yes.  This looks like the letter that I

15  would have received.

16            (The document referred to was marked for

17            identification as Defendant's Exhibit No. 27.)

18  BY MR. YANNUZZI:

19      Q.    It's a letter you would have received on

20  or about July 20, 2009?

21      A.    That's correct.

22      Q.    Do you recall that in this particular year

23  there was a university-wide salary freeze?

24      A.    Yes.  That's why I said in answer to your

25  earlier question that you don't always apply for a

Louise Davidson-Schmich
January 29, 2021

Page 73

1   raise because in some years there are no raises.

2      Q.   Do you know the circumstances behind the

3   salary freeze in 2009?

4      A.   It's my understanding that a lot of the

5   University of Miami's endowment was tied up in the

6   Florida real estate market, and following the 2008

7   financial crash a lot of that -- there was a lot of

8   depreciation and the university had fewer assets.

9   We may also, but I do not know this, may have lost

10  tuition-paying students as well.

11     Q.   You said that was your understanding.

12  Where does that understanding come from?  Did

13  somebody at the university tell you that, for

14  example, or are you just surmising it?

15     A.   I believe that the university

16  administration is responsible for reporting these

17  things to the Faculty Senate, and then the Faculty

18  Senate representatives oftentimes report back to the

19  department.  So, my best guess is that that's what

20  we were told by our Faculty Senate representative at

21  a faculty meeting.  But, again, this was over a

22  decade ago.  So, I can't really recall.

23     Q.   That's fair.

24          At that time you were a member of the

25  Faculty Senate; is that correct?

Louise Davidson-Schmich
January 29, 2021

Page 74

1       A.   No.  I have never been a member of the

2  Faculty Senate.  Well, at least I have never been my

3  department's representative to that.

4       Q.   **Have you been a member of the Faculty**

5  **Senate in some other capacity?**

6       A.   I don't understand or I don't know how to

7  answer your question about how one becomes a member

8  of the Faculty Senate.  The Faculty Senate

9  represents the faculty.  So, I guess perhaps I'm

10  indirectly a member because I'm a faculty.

11       Q.   **You never --**

12       A.   I have served on Faculty Senate committees

13  before, but they are not like a card-carrying

14  membership process.

15       Q.   **Understood, and I apologize.  I think that**

16  **we are having a cutting in and out issue.  So, I**

17  **apologize for talking over you.**

18            **So, you have never been a representative**

19  **of the Department of Political Science before the**

20  **Faculty Senate; is that correct?**

21       A.   No.  That is correct.

22       Q.   **Is there somebody who is assigned to that**

23  **particular role?**

24       A.   Yes.

25       Q.   **Do you know who that was in 2009?**

Louise Davidson-Schmich
January 29, 2021

Page 75

```
 1        A.    I have absolutely no idea.
 2        Q.    Do you know who that is currently?
 3        A.    I believe -- I mean it is George Gonzalez.
 4   He sent us, the faculty, an update just yesterday or
 5   the day before.
 6        Q.    Do you know how long Dr. Gonzalez has
 7   served as the representative for this department
 8   before the Faculty Senate?
 9        A.    No.
10        Q.    Dr. Davidson-Schmich, the following year,
11   January of 2010, do you recall submitting another
12   Summary of Activities report?
13        A.    I mean I do every year.  So, in general,
14   yes.  In that particular year, I don't have a
15   specific memory.
16        Q.    Let me show you what we'll mark as Exhibit
17   28, which are documents Bates stamped 4017 through
18   4022.  It's document that the university produced in
19   this case.
20              (The documents referred to were marked for
21              identification as Defendant's Composite Exhibit
22              No. 28.)
23   BY MR. YANNUZZI:
24        Q.    My first question to you is, is this a
25   copy of the Summary of Activities report for the
```

Louise Davidson-Schmich
January 29, 2021

Page 76

1    2009 calendar year that you submitted in January of

2    2010?

3         A.    It appears to be, yes.

4         Q.    Do you recall that a few months later you

5    received a letter regarding what your new salary

6    would be for the following academic year?

7         A.    Yes.   That's the annual process.

8         Q.    Dr. Davidson-Schmich, we are going to mark

9    as Exhibit 30 to your deposition this letter.   I

10   realize I skipped over Exhibit 29, but it's not a

11   document that I am going to use, but because of the

12   pre-numbering error, rather than going through and

13   trying to read you all the numbers, we'll just mark

14   this as Exhibit 30 and disregard Exhibit 29.   This

15   letter is Bates numbered 292.   It's a letter that

16   you produced to us.

17              (The document referred to was marked for

18         identification as Defendant's Exhibit No. 30.)

19   BY MR. YANNUZZI:

20        Q.    Dr. Davidson-Schmich, have you seen this

21   letter before?

22        A.    I have.

23        Q.    You were advised that your salary for the

24   2010/2011 academic year would be $79,981.   Do you

25   see that?

Louise Davidson-Schmich
January 29, 2021

Page 77

```
 1        A.   Yes.
 2        Q.   Now, in this letter Professor Frohock, who
 3   was then the chair of the department, advises you
 4   that this is one of the leaner years he can remember
 5   of the merit pool being this small.  Do you see
 6   that?
 7        A.   I do see that.
 8        Q.   Do you remember the circumstances in May
 9   of 2010 regarding the size of the merit pool?
10        A.   I do not.  My assumption would be that it
11   was still the fallout from the 2008 financial
12   crisis.
13        Q.   Dr. Davidson-Schmich, in January of 2011
14   you submitted another Summary of Activities report.
15   Do you recall that?
16        A.   I do recall that.  I mean generally;
17   again, not specifically this one.
18        Q.   Let me show you what we'll mark as Exhibit
19   31, which is a Summary of Activities for the 2010
20   calendar year dated January 24, 2011.  It's Bates
21   stamped 4008 through 4014.  It was produced by the
22   university in this case.
23             (The documents referred to were marked for
24             identification as Defendant's Composite Exhibit
25             No. 31.)
```

Page 78

1      BY MR. YANNUZZI:

2          Q.   Dr. Davidson-Schmich, is this a copy of

3      the Summary of Activities that you submitted on or

4      about January 24, 2011?

5          A.   It appears to be, yes.

6          Q.   A few months later you received a letter

7      advising you what your salary would be for the

8      following academic year; is that correct?

9          A.   Yes.

10             MR. YANNUZZI:   We'll mark a copy of that

11         letter as Exhibit 32.

12             (The documents referred to were marked for

13         identification as Defendant's Composite Exhibit

14         No. 32.)

15     BY MR. YANNUZZI:

16         Q.   Dr. Davidson-Schmich, what I have marked

17     as Exhibit 32 is an e-mail and an attachment Bates

18     numbered 294 from you and 3827 from the university,

19     which appears to be both an e-mail and a letter on

20     the university letterhead that appears to contain

21     the same information.  I will give you a chance to

22     review both so you can confirm that for me.

23         A.   Yes.  They appear to be the same document

24     or the same text in two different formats.

25         Q.   Correct.

Louise Davidson-Schmich
January 29, 2021

Page 79

1              So, this is a copy of a communication that

2      you received on or about May 17, 2011?

3          A.    Yes.

4          Q.    You were advised that your salary for the

5      following year would be $84,000; is that correct?

6          A.    That is correct.

7          Q.    Let me show you what we are going to mark

8      as Exhibit 33 to your deposition, which is a Summary

9      of Activities -- hold on one second.

10         A.    I think you might have had them on two

11     separate exhibits because they were two separate

12     letters.

13         Q.    I apologize.  I think we have another

14     scanning issue, but I think I'm ready to go.

15         A.    I appreciate there's a lot of paperwork.

16         Q.    Yes.  Let me tell you, this process is

17     much easier in person.  I appreciate you bearing

18     with me.  I'm sure your lawyers have explained the

19     circumstances we are operating under right now.  I'm

20     sure you are very much aware in your line of work as

21     well.

22              Dr. Davidson-Schmich, as is typical each

23     year, in January of 2012 you submitted a Summary of

24     Activities report for the prior year, 2011; is that

25     correct?

Louise Davidson-Schmich
January 29, 2021

Page 80

```
 1      A.    That is very likely correct, yes.
 2      Q.    Let me show you what we'll mark as Exhibit
 3  34 now, again, to correct for a duplication error in
 4  the scanning.
 5            (The documents referred to were marked for
 6            identification as Defendant's Composite Exhibit
 7            No. 34.)
 8  BY MR. YANNUZZI:
 9      Q.    Dr. Davidson-Schmich, what we marked as
10  Exhibit 34 to your deposition is your Summary of
11  Activities for 2011 -- the calendar year dated
12  January 4, 2011.  This one is Bates stamped 3989
13  through 4006.
14            So, again, I realize it's a lengthy
15  document.  I'm happy to give you time to review it.
16  But my question to you is a very simple one.  Is
17  this a copy of the Summary of Activities form that
18  you submitted in January of 2012?
19      A.    It appears to be.
20      Q.    Now, I understand you say it appears to
21  be.  Is your hesitation the fact that I was sort of
22  scrolling very quickly through it?
23      A.    No.  Simply I don't have the physical
24  report that I turned in.  So, I can't -- you know, I
25  don't have my copy to check it against.  So, I
```

Louise Davidson-Schmich
January 29, 2021

Page 81

1  assume there was never anyone's interest to

2  manipulate any of these documents and that is the

3  correct one.  But since I don't have my own copy of

4  what I turned in, I can't swear under oath that it's

5  identical.

6       Q.   Okay.  But at least as you sit here today,

7  this appears to be a copy of the Summary of

8  Activities report?

9       A.   Yes.  It looks like things I would have

10  done.

11       Q.   Now, when you submit these to your chair,

12  do you do that in writing or -- I mean in paper form

13  or electronically?  I'm specifically asking about

14  the 2012 Summary of Activities.

15       A.   I think -- well, I don't know.  The years

16  kind of blur together.  But as far as what I recall,

17  this is just simply a computer document you fill out

18  and you e-mail it to them.

19       Q.   Are you provided a copy of the basic

20  template and you just store it with your personal

21  information?

22       A.   That is correct, yes.  Every year in

23  December the chair sends you the form, and then we

24  fill it out and send it back to the chair.

25       Q.   I understand.  So, after submitting this

Louise Davidson-Schmich
January 29, 2021

Page 82

1    form to your chair in January of 2012, you were

2    advised a few months later of what your new salary

3    would be; is that correct?

4         A.   That is correct.

5         Q.   I'll show you a copy of that notation,

6    which we will mark as Exhibit 35.  It's an e-mail to

7    you from Jonathan West dated May 14, 2012.  The

8    Bates Numbers are 296 and 298.

9              (The documents referred to were marked for

10             identification as Defendant's Composite Exhibit

11             No. 35.)

12   BY MR. YANNUZZI:

13        Q.   Dr. Davidson-Schmich, the first question

14   to you is, have you seen this document before?

15        A.   I have.

16        Q.   It's a copy of an e-mail you received on

17   or about May 14, 2012?

18        A.   I don't see the -- oh, yes, it is.

19        Q.   Who is Pamela Ann Salemi?

20        A.   You know, Pam worked, I think, in an

21   administrative capacity at the university over the

22   years.  I don't know what capacity she was serving

23   in at this time.  I think she started out in

24   Benefits Administration.  Maybe she was somehow -- I

25   don't know.  I don't know why she's CC'd on this.

Louise Davidson-Schmich
January 29, 2021

Page 83

1        Q.    Now, in this document you are being

2    advised of your new salary by Jonathan West.  Do you

3    see that?

4        A.    I do see that.

5        Q.    So, at this time would he have been the

6    chair of the Department of Political Science?

7        A.    Yes.  These communications always come

8    from the chair.

9        Q.    Unlike prior years, this notification to

10   you regarding your salary also includes a summary of

11   your performance in the prior years.  Do you see

12   that?

13       A.    I do.  That's the second page of the

14   document, yes.

15       Q.    Now, is this year, 2012, the first year

16   when you received such a summary in connection with

17   your annual salary review process?

18       A.    I can't swear to it.  You seem to have a

19   better collection of these documents than do I.  So,

20   in this series of communications we have been going

21   through, this is the first time it shows up.  So,

22   I'm going to say, based on the documents that you

23   showed me, the answer to that question is yes.

24       Q.    That's fair.  I'm not trying to trick you

25   or put words in your mouth.  So, I appreciate your

Louise Davidson-Schmich
January 29, 2021

Page 84

1    hesitation to answer.

2            Let me ask it a different way.  Do you

3    recall whether this process of including a summary

4    or assessment of your performance started with

5    Jonathan West when he was chair?

6        A.   Well, he had been chair before and I had

7    not received those.  So, I don't think so.  I don't

8    know for sure.  This could have been a change that

9    was triggered by the arrival of the new dean.  The

10   College of Arts and Sciences had a number of

11   different deans over the years.  I don't know why

12   suddenly this process suddenly began.

13       Q.   Prior to your receipt of this

14   communication on May 14, 2012, did you know that you

15   would be receiving an assessment of your

16   performance?

17       A.   That was a decade ago.  I have no idea.

18       Q.   Now, in this -- I'm sorry.  Go ahead.

19       A.   I was going to say in a sense I always

20   believed that my performance was going to be

21   assessed because I filled out these annual

22   evaluation forms.  But I have no idea whether I was

23   aware that the chair was going to write me a note

24   like we see here with specific summaries.

25       Q.   Dr. Davidson-Schmich, looking at what we

Louise Davidson-Schmich
January 29, 2021

Page 85

1    marked as Exhibit 35, you were advised that your

2    salary for the 2012/2013 academic year would be

3    $90,000.  Do you see that?

4         A.   I do see that.

5         Q.   This letter provides a little bit more

6    explanation behind the merit pool process than we

7    have seen in the past.  Do you see that?

8         A.   I do see that.

9         Q.   Now, there is a reference here to cases of

10   inexplicable compression and/or inversion.  Do you

11   see that reference?

12        A.   I do see that.

13        Q.   Do you know what the term compression

14   means when we are talking about university salaries?

15        A.   My assumption is -- actually, no, I don't

16   know.  I would say, no, I don't know what the

17   official definition is.

18        Q.   Do you have any understanding as you sit

19   here today about what is meant by the term

20   compression used in connection with university

21   salaries?

22        A.   My guess is when things are compressed

23   they are pushed together too much.  So, they would

24   be things that are too close together, inexplicably

25   so.

Louise Davidson-Schmich
January 29, 2021

Page 86

1      Q.    What about the term inversion?  Do you
2   have any understanding of what that term means when
3   used in connection with university salaries?
4      A.    No.
5      Q.    Until your deposition today, had you even
6   encountered those terms before with respect to
7   university salaries?
8      A.    I obviously must have received this
9   letter.  So, in that sense I must have encountered
10   those terms at that time.
11      Q.    But I guess between -- well, let me ask it
12   a different way.  Between receiving this e-mail and
13   today, have you done any research into what either
14   of those terms, compression or inversion, mean in
15   connection with university salaries?
16      A.    No.
17      Q.    I'm sorry.  Just for the record, we can't
18   have talking over each other.  So, I will ask the
19   question again, and then you can give your answer,
20   okay?
21      A.    Okay.
22      Q.    So, between May 14, 2012 when you received
23   this e-mail and today, you have never done any
24   research into what the term compression or inversion
25   means when used in connection with university

Louise Davidson-Schmich
January 29, 2021

Page 87

1   salaries; is that correct?

2        A.   That is correct.

3        **Q.   In the fall of 2012, do you recall**

4   **receiving a reduction in your teaching requirements**

5   **because of working on that manuscript?**

6        A.   If that was my associate professor leave,

7   yes.

8             MR. YANNUZZI:  I show you a copy of this

9        e-mail, which we'll mark as Exhibit 36.

10            I'm not really sure what has happened here

11       on the exhibit numbering.  So, why don't we

12       take a break and let me see if I can sort this

13       out because it looks like they started over

14       again for some reason.  I'm not sure why that

15       happened.

16            Given the time at 12:15, this is probably

17       a good time to break for lunch.  We can come

18       back, and I will skip lunch and figure out what

19       the issue is so that we can all come back and

20       get started.  Do you want to take like 45

21       minutes and we'll come back at like 1:00?

22            THE VIDEOGRAPHER:  We are off the record

23       at 12:19 p.m.

24            (Thereupon, a lunch recess was taken from

25       12:19 p.m. until 1:03 p.m., after which the

Louise Davidson-Schmich
January 29, 2021

Page 88

1           following proceedings were held:)

2               THE VIDEOGRAPHER:  We are back on the

3           record at 1:03 p.m.

4               MR. YANNUZZI:  Welcome back, everybody.

5               I sorted out on the break what the

6           scanning issue was.  Apparently we were getting

7           duplicates scanned in and they were being

8           renumbered the wrong way.  So, we have broken a

9           good time for lunch to get everybody rested and

10          ready to go.  I think I sorted out the

11          numbering on my end.  So, we can jump back in

12          and hopefully not have any more issues.

13              DIRECT EXAMINATION (Continued)

14     BY MR. YANNUZZI:

15          **Q.   Dr. Davidson-Schmich, before the break we**

16     **were talking about a reduction in your teaching load**

17     **that you received in 2012/2013 to work on a**

18     **manuscript.  Do you recall that?**

19          A.   I think so, yes.

20          **Q.   Let me show you now the document that I**

21     **wanted to pull up before.  I will mark this as**

22     **Exhibit 36.  It's Bates stamped 3961 from the**

23     **university.**

24              (The document referred to was marked for

25          identification as Defendant's Exhibit No. 36.)

Louise Davidson-Schmich
January 29, 2021

Page 89

1      BY MR. YANNUZZI:

2          Q.   Dr. Davidson-Schmich, have you seen this

3      e-mail before?

4          A.   Yes.

5          Q.   It's a copy of an e-mail you received on

6      or about October 23rd, 2012?

7          A.   Yes.

8          Q.   In this e-mail you were advised that the

9      dean of the College of Arts and Science, Dean

10     Bachas, awarded you a two-course teaching load

11     reduction for the upcoming spring semester to work

12     on your manuscript.  Do you see that?

13         A.   Yes.

14         Q.   The next line says, "Please work with your

15     department chair to facilitate coverage of your

16     course reduction."  Do you see that?

17         A.   Yes.

18         Q.   Now, do you know what, if anything,

19     happened with the courses that you were scheduled to

20     teach in the spring of 2013?

21         A.   I do not recall.

22         Q.   What manuscript were you working on at

23     this time?

24         A.   It's a book that is now called Gender

25     Quotas and Democratic Participation.

Louise Davidson-Schmich
January 29, 2021

Page 90

1      Q.    And that book ultimately was published?

2      A.    It was.

3      Q.    When?

4      A.    The publication date is 2016.

5      Q.    Who was the publisher?

6      A.    The University of Michigan Press.

7      Q.    Dr. Davidson-Schmich, a couple of months

8   after receiving this reduction in your teaching

9   load, the new year happened and you submitted

10   another Summary of Activities for the 2012 calendar

11   year.  Do you recall that?

12      A.    In general, yes.

13      Q.    Let me show you what we will mark as

14   Exhibit 37.  This is a document Bates stamped 3540

15   through 3557.

16          (The documents referred to were marked for

17          identification as Defendant's Composite Exhibit

18          No. 37.)

19   BY MR. YANNUZZI:

20      Q.    I will scroll back to the top, Dr.

21   Davidson-Schmich, to give you an opportunity to

22   review it.

23      A.    Yes.  That looks exactly like what I would

24   have filed as an activity report.

25      Q.    So, this is the report that you submitted

Louise Davidson-Schmich
January 29, 2021

Page 91

```
 1    on or about January 7th, 2013?

 2         A.   Yes, to the best of my knowledge.

 3         Q.   At the time this would have been submitted

 4    to Jonathan West?

 5         A.   To be quite honest, I don't recall the

 6    sequence of chairs.  If Dr. Frohock was no longer

 7    the chair, then it would have gone to Dr. West.

 8         Q.   Have you ever seen Summary of Activities

 9    for anyone else within the department?

10         A.   No.

11         Q.   Do you know what other folks within the

12    department submitted on any given year?

13         A.   No.

14         Q.   Dr. Davidson-Schmich, you are aware that

15    for most years there is a set amount of money in the

16    pool that has been allocated among the various

17    professors in a department, correct?

18         A.   Yes.

19              MR. MARTINEZ:  Object to the form.

20              Go ahead.

21         A.   That is my understanding, yes.

22    BY MR. YANNUZZI:

23         Q.   So, is it your understanding that those

24    funds are allocated to different professors within

25    the department?
```

Page 92

1    A.   Yes.

2    **Q.   And the pool itself is finite, meaning**

3    **that once the funds run out, there's no more money**

4    **to divvy up.  Do you understand that?**

5         MR. MARTINEZ:  Objection to the form.

6    BY MR. YANNUZZI:

7    **Q.   You can answer.**

8    A.   That's what I was told.  That's what I

9    have been told.  But since I'm not responsible and

10   have never been responsible for wage spending, I

11   don't know that for a fact.

12   **Q.   When you say that's what you have been**

13   **told, told by whom?**

14   A.   For example, when I inquired with Dr.

15   West, I believe it was in -- it must have been in

16   2017 after I was promoted to full professor, and I

17   asked how the -- how my salary had been calculated.

18   He told had me that he had a pool of money from the

19   dean that he could use and that there were different

20   requirements as to what percentages people could

21   get, and he did not in the course of that discussion

22   say I can ask for more money from the dean and get

23   more money from the dean.

24   **Q.   Prior to 2017 and the discussion that you**

25   **had with Jonathan West, had you ever had any other**

Louise Davidson-Schmich
January 29, 2021

Page 93

1   discussions with anybody at the university regarding

2   the pool of funds that are distributed among the

3   faculty for salary increases?

4       A.   No.

5       Q.   Dr. Davidson-Schmich, after you submitted

6   the activity report that we were just looking at as

7   Exhibit 37, you received an e-mail from Jonathan

8   West regarding your salary for the upcoming academic

9   year.  Do you recall that?

10      A.   Not specifically, but it sounds like

11  something that would have happened.

12      Q.   Let me show you a copy of that, which

13  we'll mark as Exhibit 38.  This is an e-mail to you

14  from Jonathan West dated May 15, 2013.  It's Bates

15  numbered 300 to 303.

16           (The documents referred to were marked for

17           identification as Defendant's Composite Exhibit

18           No. 38.)

19  BY MR. YANNUZZI:

20      Q.   Have you seen this e-mail before?

21      A.   Yes.

22      Q.   You were advised that your salary for the

23  2013/2014 year would be $94,000?

24      A.   Yes, in the last paragraph.

25      Q.   In the last paragraph Professor West says,

Louise Davidson-Schmich
January 29, 2021

Page 94

1    "If you wish to discuss a salary, summary evaluation
2    or department performance summary, please drop by
3    the office."  Do you see that?
4         A.   I do.
5         Q.   Did you take Professor West up on his
6    offer?
7         A.   Not to my recollection, no.
8         Q.   Were you satisfied with the salary that
9    you were provided in May of 2013 for the upcoming
10   academic year?
11             MR. MARTINEZ:  Objection to the form.
12        A.   I don't recall what my prior letter said
13   in it, but my recollection of the state of affairs
14   was that I had received a salary increase.  So, I
15   believed that I was -- I had no reason to go see Dr.
16   West about anything.
17   BY MR. YANNUZZI:
18        Q.   Let me show you the last letter you
19   received or we looked at, which was Exhibit 35.
20             Dr. Davidson-Schmich, what I pulled up on
21   the screen here is an e-mail to you from Jonathan
22   West dated May 14, 2012, which was previously marked
23   as Exhibit 35.  I just want to point out that your
24   salary for the 2012/2013 academic year was $90,000.
25   Do you see that?

Louise Davidson-Schmich
January 29, 2021

Page 95

```
1        A.    I do see that.
2        Q.    One year later your salary was increased
3    $4,000 to $94,000.  Do you see that?
4        A.    I do see that.
5        Q.    Did I understand you correctly before that
6    the reason you didn't go see Jonathan West, despite
7    his invitation to do so, was that you were satisfied
8    with having received a $4,000 raise year over year
9    from the 2012/2013 year to the 2013/2014 year?
10            MR. MARTINEZ:  Objection to the form.
11    BY MR. YANNUZZI:
12        Q.    You can answer.
13        A.    Based on what I see in this letter, it
14    looked like the biggest raise you could get would be
15    four percent, and that was roughly what my raise
16    was.  So, I saw no reason to go speak with the
17    chair.
18        Q.    Now, in May of 2013 had you ever discussed
19    your salary with anyone else within the Department
20    of Political Science?
21        A.    No.
22        Q.    Is there a particular reason why you had
23    not?
24        A.    My understanding is that at universities
25    salaries are not a matter of public record and it's
```

Louise Davidson-Schmich
January 29, 2021

Page 96

1    not something that is appropriate to discuss with

2    other people.

3        Q.   **Where does that understanding come from?**

4        A.   I can't answer that question specifically.

5        Q.   **Can you answer it generally?**

6        A.   No one had ever spoken to me about my

7    salary.  No one had ever encouraged me to enter into

8    such a conversation.  I guess I was -- you know, you

9    can think of academia as a higher up school setup.

10   So, the people above me never did that.  No one -- I

11   had never -- no one ever told me to do it.  So, I

12   guess it was my understanding that it was not done.

13       Q.   **In January of 2014 do you recall**

14   **submitting your Summary of Activities for the prior**

15   **year?**

16       A.   Again, not specifically, but I'm sure I

17   did it because I do it every year.

18       Q.   **Let me show you what we'll mark as Exhibit**

19   **39 to your deposition, which is a Summary of**

20   **Activities for the 2013 calendar year dated January,**

21   **2014.  It's Bates stamped 3560 through 3574.**

22            (The documents referred to were marked for

23            identification as Defendant's Composite Exhibit

24            No. 39.)

25   BY MR. YANNUZZI:

Louise Davidson-Schmich
January 29, 2021

Page 97

1        Q.   I'll scroll through it very quickly.  Stop

2   me if you see something you want me to look at in

3   more detail.

4        A.   No.  It looks like the annual activity

5   report that I would file every year.

6        Q.   This is a copy of the report that you

7   submitted in January, 2014?

8        A.   As far as I know, it is, yes.

9        Q.   A few months later you received your

10  annual letter regarding your salary.  Do you recall

11  that?

12       A.   Not specifically but, again, that happened

13  every year.  So, I assume that I did.

14       Q.   Let me show you what we'll mark as Exhibit

15  40, which is a letter to you dated May 23, 2014,

16  from Jonathan West, Chair.  That's Bates stamped 304

17  to 306.  It's a document produced by you to us

18  eventually.

19       A.   So many documents.

20            (The documents referred to were marked for

21            identification as Defendant's Composite Exhibit

22            No. 40.)

23  BY MR. YANNUZZI:

24       Q.   My first question for you is, is this a

25  copy of the letter and enclosure that you received

Louise Davidson-Schmich
January 29, 2021

Page 98

1    on or about May 23rd, 2014?

2         A.   Yes.

3         Q.   You were advised that your salary for the

4    following academic year, 2014/2015, would be

5    $95,692.  Do you see that?

6         A.   Yes.

7         Q.   This letter also enclosed an evaluation of

8    your performance by your chair for that particular

9    year.  Do you see that?

10        A.   I do see that.

11        Q.   Have you ever seen these Tenured and

12   Tenure-Track Faculty Annual Evaluation Forms for any

13   other faculty members within the Department of

14   Political Science?

15        A.   No.

16        Q.   What about CVs?  Have you seen CVs for

17   other members of the faculty within the Department

18   of Political Science?

19        A.   I would have seen the CVs of faculty

20   members who are junior to me who have come up for

21   tenure or for promotion or who were hired while I

22   was a professor.  So, when someone applies for the

23   job, we see their CV.  If someone applies for

24   tenure, we review their CV.  Once I was promoted, if

25   people -- if there were reviews for promotion, I

Louise Davidson-Schmich
January 29, 2021

Page 99

 1   would have seen their CVs.

 2       Q.   Focusing just a moment on January of

 3   2014 -- excuse me -- May of 2014, do you have a

 4   general understanding of what other members of the

 5   department were working on at any given time?

 6       A.   Some members -- we have a faculty

 7   colloquium that meets on Friday afternoon, and

 8   professors produce or present work that's in

 9   progress.  So, faculty members who contribute to

10   that colloqium, which is, you know, an optional

11   activity, I would have seen or I would have heard

12   what they were working on in the course of those

13   faculty workshops.

14       Q.   Do you ever attend other professors'

15   classes?

16       A.   I have done so on a few occasions.  When

17   people come up for tenure or people come up for

18   promotion, it's the university policy that a faculty

19   member from the department needs to observe and

20   evaluate their teaching.  So, over the years I have

21   occasionally been called upon to attend someone's

22   class in the process of either their promotion or

23   their tenure.

24       Q.   Have you ever attended a class taught by

25   John Gregory Koger?

Louise Davidson-Schmich
January 29, 2021

Page 100

```
 1      A.    No.
 2      Q.    Have you ever attended a class taught by
 3  George Gonzalez?
 4      A.    No.
 5      Q.    Have you ever reviewed any publication of
 6  John Gregory Koger?
 7      A.    I must have reviewed -- when he came up
 8  for tenure, I must have reviewed his tenure file,
 9  which would include publications and the CV and
10  their outside letter.
11      Q.    What about George Gonzalez, have you ever
12  reviewed any of his publications?
13      A.    No.  He was tenured earlier than I was.
14  So, I didn't get to weigh in on that case.  Then we
15  were ultimately promoted in the same year.  So, I
16  was not involved in that case either.
17      Q.    Professor Gonzalez started a year before
18  you; is that correct?
19      A.    That's correct, to the best of my
20  knowledge.  When I came, he was here.
21      Q.    And he's been there ever since; is that
22  correct?
23      A.    Yes.
24      Q.    And Professor Koger arrived in 2007; is
25  that correct?
```

Louise Davidson-Schmich
January 29, 2021

Page 101

1    A.   I believe that to be true, yes.  I'm not
2  100 percent sure if that was the year I was on
3  parental -- I was on parental leave.  So, I'm not
4  entirely sure what happened for 2007.
5    **Q.   Were you involved at all in the**
6  **recruitment or solicitation of Professor Koger?**
7    A.   I'm not sure.  I think I must have been
8  for that time, unless I was on parental leave at the
9  point he was hired.  Again, it was over a decade
10  ago.  So, it's a little lazy.
11    **Q.   As you sit here today, you are not sure**
12  **what role, if any, you played in his hiring at the**
13  **university?**
14    A.   That is correct.  If I was not on
15  maternity leave and he was interviewing, then I
16  would have watched his job talk and made the
17  decision to hire him.  If I had been on parental
18  leave, I would not have been involved in the job
19  talk or the hiring decision.
20    **Q.   Do you recall the specific dates you were**
21  **on maternity leave in the 2007 time frame?**
22    A.   Yes.  In 2007 it would have been the
23  spring semester.  So, it was between January and
24  like May.
25    **Q.   Shortly after receiving the letter we were**

Louise Davidson-Schmich
January 29, 2021

Page 102

1    just looking at as Exhibit 38, do you recall that

2    you were offered an appointment as the Director of

3    the Women's and Gender Studies Program?

4         A.   I do.

5              MR. YANNUZZI:  I will pull up a copy of

6         that letter, which we will mark as Exhibit

7         Number 41.

8              (The document referred to was marked for

9         identification as Defendant's Exhibit No. 41.)

10   BY MR. YANNUZZI:

11        Q.   Dr. Davidson-Schmich, what I marked as

12   Exhibit 41 is a letter to you or a memorandum to you

13   from Dean Bachas dated May 5th, 2014.  The subject

14   is Appointment as Director of Women's and Gender

15   Studies Program.  The Bates number is -- it's not

16   cooperating right now because the PDF is frozen.

17   Let's give it a minute.

18             Actually, the Bates number is 3707.  I

19   have a hard copy here.  It's a document that we

20   produced.  I'm just shutting it down to reopen it

21   and take a look.

22             While I'm waiting for my computer to

23   cooperate, can you tell me a little bit about the

24   Women's and Gender Studies Program?  Is it something

25   that you started?

Louise Davidson-Schmich
January 29, 2021

Page 103

1        A.    No.   So, the University of Miami has

2    academic departments that tend to be mono-

3    disciplinary, so one discipline.  So, for example,

4    the Political Science Department contains political

5    scientists.  The Economics Department contains

6    economists.  So, there are departments, and above

7    departments at the university there are programs.

8    Programs are interdisciplinary.  So, they take

9    people who are working from the perspective of one

10   discipline on a particular issue.  So, for example,

11   we have an Africana Studies Program.  So, people

12   working on Africana studies from different

13   disciplines are involved with that.  And the Women's

14   and Gender Studies Program, which actually has now

15   changed its name to Gender and Sexuality Studies, is

16   a program that involves faculty members from a host

17   of different disciplines who are all interested in

18   some way or another in the study of gender and

19   sexuality.

20        **Q.    Prior to your appointment as the director**

21   **of the Women's and Gender Studies Program, were you**

22   **involved in a lesser capacity in that program?**

23        A.    Yes.  The program has what's called a

24   Steering Committee of faculty from different

25   departments who work with the director to basically

Louise Davidson-Schmich
January 29, 2021

Page 104

1    steer the direction of the program.  So, I had

2    served on the Steering Committee for several years

3    prior to becoming director of the program.

4         Q.    Approximately how many faculty members are

5    a part of this program?

6         A.    I think the number would vary over time.

7    Off the top of my head, I couldn't say.  I will say

8    maybe between one and two dozen people at any given

9    time.

10        Q.    Is participation on a voluntary basis?

11        A.    Yes.  I don't think anyone could be

12   coerced to be involved with the program.

13        Q.    Has Professor Koger ever participated in

14   the Women's and Gender Studies Program?

15        A.    No.  I don't believe that any of his work

16   involved gender or sexuality.  He may possibly have

17   been a member of the American Studies Program, which

18   is a similar interdisciplinary program that looks at

19   the study of the United States from different

20   disciplinary perspectives.

21        Q.    Thank you.

22              Have you ever been involved in the

23   American Studies interdisciplinary program?

24        A.    No.

25        Q.    Switching now over to Professor Gonzalez,

Louise Davidson-Schmich
January 29, 2021

Page 105

1    has Professor Gonzalez ever been involved in the

2    Women's and Gender Studies Program?

3        A.    Not to my knowledge.

4        Q.    Now that I have the document back up, let

5    me try to share my screen.

6             Dr. Davidson-Schmich, what I hope you are

7    able to see now is the document that I started

8    showing you earlier, which we have marked as Exhibit

9    41.  The Bates number is 3707.  It's a memorandum to

10   you from Dean Bachas dated May 5, 2014.  Do you see

11   that?

12       A.    I do see that.

13       Q.    Is that your signature at the bottom of

14   the page?

15       A.    It is.

16       Q.    A few minutes ago, Dr. Davidson-Schmich,

17   we were looking at your activity report that you

18   submitted in January of 2014.  Now I'm going to show

19   you the salary letter that you typically get a few

20   months afterwards.

21            What I am going to mark as Exhibit 42 is a

22   letter to you dated June 8, 2014 regarding your

23   salary for the 2015/2016 academic year.  Do you see

24   that?

25       A.    I do see that.

Louise Davidson-Schmich
January 29, 2021

Page 106

```
 1              (The document referred to was marked for

 2         identification as Defendant's Exhibit No. 42.)

 3    BY MR. YANNUZZI:

 4         Q.    You were advised that your salary would be

 5    $99,041?

 6         A.    Yes.

 7         Q.    You received this letter on or about

 8    June 8, 2014?

 9         A.    That's what it says, yes.

10         Q.    Again, this is a document you produced to

11    us, Bates 308 through 310.  Like the last couple of

12    these letters, it includes the transmittal from your

13    department chair, Jonathan West, and then his

14    summary of your performance.  Do you see that?

15         A.    Yes.

16         Q.    In January, 2015 you submitted your annual

17    Summary of Activities report for the prior year.  Do

18    you recall that?

19         A.    Not specifically but, again, I do it every

20    year.  So --

21         Q.    What I am going to mark as Exhibit 43 to

22    your deposition is a Summary of Activities for the

23    2014 calendar year dated January 13, 2015.  It's

24    Bates stamped 3577 through 3593.

25              (The documents referred to were marked for
```

Louise Davidson-Schmich
January 29, 2021

```
 1        identification as Defendant's Composite Exhibit
 2        No. 43.)
 3     BY MR. YANNUZZI:
 4        Q.   Dr. Davidson-Schmich, my first question to
 5     you is, do you recognize this as a copy of the
 6     activities report that you submitted on or about
 7     January 13, 2015?
 8        A.   It looks like it, yes.
 9        Q.   A few months after submitting this report
10     you requested a second sabbatical.  Do you recall
11     that?
12        A.   I do.
13        Q.   Do you recall what the purpose of that
14     sabbatical was?
15        A.   At the time I applied for it, I wrote a
16     report or a request, and what was stated in that
17     request was the purpose for which I requested the
18     sabbatical.
19        Q.   Putting aside what is in the report, do
20     you have any recollection as you sit here today of
21     what the purpose of that sabbatical was?
22        A.   At the time I applied for it, my hope was
23     that I would receive a Fulbright Grant to go to New
24     Zealand and work on a project about gender and
25     politics in New Zealand.  But I think I also hedged
```

Louise Davidson-Schmich
January 29, 2021

Page 108

1   my bets at the time because I wasn't sure that I

2   would receive that scholarship.  Fulbright

3   scholarships are very competitive, and just applying

4   for one is certainly no guaranty that you will

5   receive it.  So, the request might have contained

6   some Plan B.

7        **Q.   Do you know what course of action your**

8   **sabbatical ultimately took?**

9        A.   Yes.  I did receive the Fulbright, and I

10  did go to New Zealand.  So, that part of the plan

11  was materialized.

12       **Q.   Let me show you a letter authorizing your**

13  **request for sabbatical leave.  I will ask you some**

14  **questions about that.**

15            (The document referred to was marked for

16            identification as Defendant's Exhibit No. 44.)

17  BY MR. YANNUZZI:

18       **Q.   Dr. Davidson-Schmich, what I marked as**

19  **Exhibit 44 to your deposition is a letter to you**

20  **dated March 25, 2018 from Bill Tallman, Director of**

21  **Faculty Affairs.  It's Bates stamped 3679.**

22            **Have you seen this letter before?**

23       A.   I'm sure I have, yes.

24       **Q.   In this letter you were advised that you**

25  **were going to be on sabbatical for the entire 2015/**

Louise Davidson-Schmich
January 29, 2021

Page 109

1    2016 academic year.  Do you see that?

2         A.    Yes.

3         Q.    Your rate of pay was at two-thirds pay.

4    Do you see that?

5         A.    Yes.

6         Q.    Do you know how that number was arrived

7    at?

8         A.    Yes.  The policy of the university is a

9    standard one.  If you take a one-semester

10   sabbatical, you take one semester at full pay.  If

11   you take a two-semester sabbatical, you get two

12   semesters for two-thirds pay.  And for both of my

13   sabbaticals I opted for that latter option.

14        Q.    Did you personally from the fellowship

15   that you received draw, I guess, what would be the

16   equivalent of salary funds from that?

17        A.    Yes.

18        Q.    So, ultimately were your earnings in that

19   year of your sabbatical greater than they would have

20   been at just what your salary would have been for

21   that year at the university?

22        A.    We would have to go back and do the math.

23   I can't tell you that.

24        Q.    Before taking your sabbatical, do you

25   recall submitting a request for the termination of

**your secondary appointment?**

A. Possibly. I believe -- maybe, yes. I don't recall doing it, but that it happened, I think, must have come from somewhere.

**Q. Was there a period of time where you no longer had a secondary appointment in International -- was it International Studies?**

A. That's what it's called, yes.

**Q. At a certain point in time you no longer had that secondary appointment?**

A. This was a long and complicated process that I cannot recall. The request for the secondary appointment came from the International Studies Program. This is a Ph.D. program at the university that is required to go through an outside accreditation. I think there was some concern on the part of the university or the people involved with that program that, if they did not have additional faculty members with certain qualifications, they would not be accredited or not -- it would be detrimental to the program. So, for a period of time people in Political Science were asked to lend their -- basically to lend their credentials to that program so that it could be accredited by an outside body. Then at some point I

Louise Davidson-Schmich
January 29, 2021

Page 111

1  believe what happened was the university decided to

2  suspend admissions to that program or maybe the

3  accreditation was finished.  I'm not sure.  I can't

4  testify as to what happened.  But at any rate, the

5  utility that they received from having our CVs

6  affiliated with the program, I guess, was no longer

7  in place.  So, that's when the secondary appointment

8  ended.

9      Q.   Understood.

10         Do you know whether Professor Koger ever

11  had a secondary appointment in International

12  Studies?

13      A.   I'm not sure.  That could definitely be

14  the case, but I'm not -- I don't recall specifically

15  how that all works.

16      Q.   Do you know whether George Gonzalez ever

17  had a secondary appointment in International

18  Studies?

19      A.   I do not.  I know that some people from

20  Political Science did, but specifically who they

21  are, I'm not sure.

22      Q.   Let me show you a document that we'll mark

23  as Exhibit 44, I believe.  Excuse me.  What I am

24  going to mark as Exhibit 45 is a Request for

25  Termination of Secondary Appointment Dated April 1,

Louise Davidson-Schmich
January 29, 2021

Page 112

1    received April 15, 2015.  It's Bates stamped 2932.

2              (The document referred to was marked for

3         identification as Defendant's Exhibit No. 45.)

4    BY MR. YANNUZZI:

5         Q.    The first question for you is, Dr.

6    Davidson-Schmich, have you seen this document

7    before?

8         A.    I have never seen this document, no.

9         Q.    Looking at the middle top of the document,

10   it references, "The appointment was made in 2007.

11   Its termination in 2015 was made by a vote of the

12   INS faculty."  Do you see that?

13        A.    I do see that.

14        Q.    Do you know from looking at this document

15   if INS is the acronym for International Studies?

16        A.    It is.

17        Q.    So, does this document comport with the

18   understanding that you shared with us a few minutes

19   ago regarding the --

20        A.    No.  This is a different -- okay.  I can

21   see that this is a different dynamics at work here.

22              Essentially part of that -- part of the --

23   one of the ways in which the university wanted to

24   bolster the International Studies Ph.D. program was

25   to merge the Political Science Department with the

Louise Davidson-Schmich
January 29, 2021

Page 113

1    International Studies Department.  So, there was a

2    protracted process of trying to merge the two

3    departments.  There was an agreement that was

4    reached to have the two departments merge, and then

5    in the context of that merger we were authorized to

6    hire an outside chair for the newly merged

7    department.

8              In the course of interviewing candidates

9    for the merged departments, it became clear that the

10   overarching vision of the merged departments and of

11   the people who were brought in to chair the

12   department was that the department would become --

13   basically, I think, the idea was that the department

14   would become more Political Science oriented and

15   less International Studies oriented, at which point

16   the faculty of the International Studies Program

17   decided they no longer wanted to merge with

18   Political Science.

19             So, the merger of the two departments

20   failed.  The external chair search failed.  We

21   became two -- not became, but we remained two

22   separate departments, at which point some people

23   from International Studies who had a political

24   science disciplinary background had the opportunity

25   to join the Political Science Department.  So,

Louise Davidson-Schmich
January 29, 2021

Page 114

 1   basically what happened is that parts of the

 2   International Studies became Political Science and

 3   the two departments didn't merge.  I guess maybe

 4   that was the point at which -- but, again, I'm not

 5   sure of this, but at some point admissions to the

 6   Ph.D. program were suspended, and that might have

 7   been the particular point at which the International

 8   Studies Program froze admissions, and at that point

 9   I don't believe they needed the credentials of other

10   faculty members because they weren't going to be --

11   their program wouldn't be up for accreditation.

12        Q.   Dr. Davidson-Schmich, I'm going to show

13   you your January, 2016 Summary of Activities.  I

14   have a couple of questions about that.

15             (The documents referred to were marked for

16        identification as Defendant's Composite Exhibit

17        No. 46.)

18   BY MR. YANNUZZI:

19        Q.   Dr. Davidson-Schmich, what I have marked

20   as Exhibit 46 is a copy of your Summary of

21   Activities for the 2015 calendar year dated January,

22   2016.  It's Bates stamped 3596 through 3612.  I will

23   scroll back up so you can take a quick look at this

24   exhibit.

25             Dr. Davidson-Schmich, is this a copy of

Louise Davidson-Schmich
January 29, 2021

Page 115

```
 1    the Summary of Activities report that you submitted
 2    in January of 2016?
 3        A.    It looks like it, yes.
 4        Q.    Now, at this particular period of time,
 5    focusing on January of 2016, were you submitting
 6    materials for promotion to full professor?
 7        A.    Yes, I would have.  Probably not in
 8    January but later that spring.
 9        Q.    In connection with that application for
10    the full professor position, did you have to submit
11    a Career Assessment?
12        A.    Yes.
13        Q.    At the time that you were applying for the
14    full professor position, were there other members of
15    the Political Science Department who also were
16    applying for a promotion to full professor?
17        A.    Yes.
18        Q.    Who was that?
19        A.    It would be Dr. Koger and Dr. Gonzalez.
20        Q.    Now, let me show you a copy of the Career
21    Assessment.
22              What I am going to mark as Exhibit 47 is a
23    document called Louise K. Davidson-Schmich:  Career
24    Assessment April 2016.  It's Bates stamped 2975
25    through 2986.  It's a 12-page document.  I will
```

Louise Davidson-Schmich
January 29, 2021

1    scroll back up now.

2           (The documents referred to were marked for

3        identification as Defendant's Composite Exhibit

4        No. 47.)

5    BY MR. YANNUZZI:

6        Q.   My first question for you is, Dr.

7    Davidson-Schmich, is this a copy of the Career

8    Assessment that you submitted in April of 2016?

9        A.   It appears to be, yes.

10       Q.   Aside from the Career Assessment, did you

11   have to submit any other documents as part of the

12   promotion to full professor position?

13       A.   Yes.

14       Q.   What else did you submit?

15       A.   We have to go back and look at the faculty

16   manual.  The faculty manual outlines all the

17   documents that need to be submitted.  To the best of

18   my recollection, that would involve, for example, a

19   CV.  It would involve the publications that I had

20   written, potentially -- I don't remember, but we

21   could go back and look because that should all be

22   included, the publications that I was working on.

23   It should include, I think, a letter of potential

24   external reviewers for that file.  That's all that I

25   can think of off the top of my head.  Again, those

Louise Davidson-Schmich
January 29, 2021

Page 117

1    documents -- it's a formal process.  Those documents

2    are clearly outlined in the faculty manual.

3         **Q.   Did you review any of the materials that**

4    **were submitted by Professor Gonzalez or Professor**

5    **Koger in connection with their application for**

6    **promotion to full professor?**

7         A.   No.  That's not allowed.  That's not --

8    only the people who are at a higher rank are allowed

9    access to those materials.

10        **Q.   Is the promotion to full professor process**

11   **limited to only one candidate?  By that I mean were**

12   **the three of you applying for a single spot, meaning**

13   **that you were competing against each other, or could**

14   **all three of you receive a promotion at that**

15   **particular time?**

16        A.   Yes.  All three of us could receive the

17   promotion at that time.

18        **Q.   Did all three of you ultimately receive**

19   **the promotion to full professor?**

20        A.   Yes.

21        **Q.   At the same period of time?**

22        A.   We all -- yes.  The decision was reached

23   at the same cycle.

24        **Q.   There was one document in the file that I**

25   **was not sure about and I wanted to get your input**

Louise Davidson-Schmich
January 29, 2021

Page 118

1    on.

2              What I am going to mark as Exhibit 48 is a

3    copy of a document Bates stamped 3751.  It's has

4    Articles & Books Cited Greater than 10 times, Total

5    Citations:  255 Cites.  Do you see that?

6         A.   I do see that.

7              (The document referred to was marked for

8         identification as Defendant's Exhibit No. 48.)

9    BY MR. YANNUZZI:

10        Q.   Is this a document that you prepared?

11        A.   Actually I have no idea.  I don't recall.

12   If it was part of that Career Assessment, it would

13   be a document I prepared.  If it was not part of

14   that Career Assessment, I'm not sure where it would

15   have come from.

16        Q.   Do you know where or how, I guess, one

17   would track the number of times a publication of

18   yours has been cited?

19        A.   One way you could do that would be by

20   using what's called Google Scholar.

21        Q.   Are you aware of any other ways to track

22   the number of citations that your papers have

23   received?

24        A.   I believe when the University of Miami

25   created some document in the course of this case,

Louise Davidson-Schmich
January 29, 2021

Page 119

1    they tried to use something that was called a

2    Meltwater Media Analysis, which I understand is a

3    method of brand management.  A scholar or academic

4    would never use such a metric.  I don't know of

5    other ways of tracking academic citations that are

6    recognized by scholars other than Google Scholar.

7         **Q.   That was going to be my next question.**

8    **Other than Google Scholar, is there no other source**

9    **that you would rely on for tracking the number of**

10   **times your publications have been cited?**

11        A.   I would not know.

12        **Q.   What was the name of the other source**

13   **stores that you referenced?**

14        A.   You can find it in the University of Miami

15   produced documents.  They cited something called a

16   Meltwater Media Analysis.  I believe it's something

17   they use to monitor their brand in social media or

18   something like that.  It's not a scholarly source.

19   I don't know what sort of source it is, but it's not

20   an academic one.

21        **Q.   Do you know whether the university has**

22   **used the source you just described and Google**

23   **Scholar in tracking the number of times a**

24   **professor's publications have been cited?**

25        A.   To my knowledge, there is no formal

Louise Davidson-Schmich
January 29, 2021

Page 120

1    process that the university uses to track the number

2    of times a scholar has been cited.  If you think

3    about that annual report form, there's no place on

4    there to list citation counts.  If you look at the

5    documents required by the faculty manual for

6    promotion or for tenure, it does not list citation

7    counts.  As far as I know, there is no formal

8    process at the university for citation counts.

9         **Q.   Do you agree that one of your job duties**

10   **and the job duties of most faculty nationwide is to**

11   **public papers or manuscripts?**

12            MR. MARTINEZ:  Objection to the form.

13        A.   Faculty nationwide have a variety of

14   duties.  Faculty at a Research 1 university, such as

15   the University of Miami, yes, part of our job is to

16   publish peer-reviewed research.

17        **Q.   Are you familiar with the colloquialism**

18   **Publish or Perish?**

19        A.   I am.

20        **Q.   Can you explain to me what your**

21   **understanding of that term is?**

22        A.   Certainly.  The requirement for promotion

23   or for tenure -- I mean this phrase refers to

24   tenure, right?  That initial appointment that we

25   went over, the appointment that I had between 2000

Louise Davidson-Schmich
January 29, 2021

Page 121

1   and 2007 as an assistant professor on a probationary

2   period, means that it is basically at-will

3   employment, just like most other Americans

4   experience.  During that period of time at a

5   research university, like the University of Miami,

6   the expectation is that a faculty member will

7   publish.  Again, it was outlined in that earlier

8   document that Professor Glaser wrote.  Each

9   department has its own expectation, but broadly the

10   expectation is that at a research university you

11   will publish your research.  If you do and you go

12   through the external review -- peer-review process

13   to be tenured, you have a lifetime employment.  If

14   not, you perish and your contract is not renewed and

15   you do not stay at the university and you need to

16   look for other employment.

17       **Q.   Now, as part of that Publish or Perish**

18   **paradigm, for lack of a better term, do you know**

19   **whether at the University of Miami there is a**

20   **difference in terms of the publishers or the**

21   **publications in which certain articles or**

22   **manuscripts are published?**

23       A.   At the University of Miami?

24       **Q.   Yes.**

25       A.   I can't speak for the University of Miami

Louise Davidson-Schmich
January 29, 2021

Page 122

1    as a whole.

2        Q.    Do you know in terms of the Department of

3    Political Science whether certain publications or

4    certain publishers are viewed more highly than other

5    publishers?

6        A.    Yes.  Yes, they are.  There's a difference

7    in outlook.  But I can only speak for the field of

8    political science.  I'm not familiar with other

9    fields.

10       Q.    That's fair.  I appreciate the

11   clarification.  I wasn't trying to go beyond your

12   knowledge base.

13             Is one of the goals after publishing a

14   paper, limited just now to political science and

15   your experience, to have future scholars, other

16   professors, other researchers study your work?

17       A.    Yes.  Well, to engage with your work, yes.

18       Q.    Is the number of citations a metric that

19   the Department of Political Science uses to measure

20   a particular professor's impact in the field?

21             MR. MARTINEZ:  Objection to the form.

22   BY MR. YANNUZZI:

23       Q.    You can answer.

24       A.    In all of the years that I have worked

25   here, no one in any official capacity has asked me

Louise Davidson-Schmich
January 29, 2021

Page 123

1    in any form to report citation counts.

2         Q.   You mentioned in an official capacity.

3    What about in an unofficial capacity?

4         A.   No one has asked me in an unofficial

5    capacity to provide my citation counts.

6         Q.   Is the citation count something that a

7    third party could determine without relying on you

8    to provide that information, meaning they wouldn't

9    need you to tell them if --

10        A.   Oh, I see what you are saying.  Anyone who

11   has access to the internet can use Google Scholar.

12        Q.   I'm sorry.  I could tell by the expression

13   on your face that I was not being very clear.

14        A.   I'm not sure if there are third parties

15   that go around creating citation counts, but maybe

16   there are.

17        Q.   Now, a few minutes ago we were looking at

18   your Summary of Activities that you submitted in

19   January of 2016.  And, again, as the years passed,

20   you received a letter outlining what your salary

21   would be for the following academic year.  Do you

22   see that?

23        A.   Again, not specifically, but I'm sure I

24   received it.

25        Q.   Dr. Davidson-Schmich, what I am going to

Louise Davidson-Schmich
January 29, 2021

Page 124

1    mark as Exhibit 49 to your deposition is a letter to

2    you from Jonathan West dated May 31, 2016.  It's

3    Bates stamped 312, 314 and 315.  It's a document

4    produced by you in this case.

5              (The documents referred to were marked for

6         identification as Defendant's Composite Exhibit

7         No. 49.)

8    BY MR. YANNUZZI:

9         Q.   My first question to you is, do you

10   recognize this document?

11        A.   Yes.

12        Q.   Is this a copy of a letter you received on

13   or about May 31, 2016 regarding your upcoming salary

14   for the 2016/2017 academic year?

15        A.   Yes.

16        Q.   You were advised that you would receive a

17   salary of $102,300; is that correct?

18        A.   Yes.

19        Q.   To that letter was attached the chair's

20   assessment of your performance for the prior year;

21   is that correct?

22        A.   Yes.

23        Q.   The following year in January, 2017, you

24   again submitted your Summary of Activities; is that

25   correct?

Louise Davidson-Schmich
January 29, 2021

Page 125

```
 1        A.   Yes.
 2        Q.   I show you what we are going to mark as
 3   Exhibit 50.  It's the Summary of Activities for the
 4   2016 calendar year dated January 11, 2017.  It's
 5   Bates stamped 3615 to 3632.  It's a document we
 6   produced in this case.
 7             (The documents referred to were marked for
 8        identification as Defendant's Composite Exhibit
 9        No. 50.)
10   BY MR. YANNUZZI:
11        Q.   I scrolled quickly.  I apologize.  If you
12   need me to go back to anything, I will be happy to
13   do that.
14             My question to you is, is this a copy of
15   the Summary of Activities that you submitted on or
16   about January 11, 2017?
17        A.   It looks like it, yes.
18        Q.   A few months after submitting this, you
19   were advised that you had, in fact, been promoted to
20   full professor.  Do you recall that?
21        A.   I certainly do, yes.
22        Q.   I'm sure it was a very exciting day or
23   period of time.
24             Let me show you a copy of that letter.
25   It's a letter to you from Dr. Birnbach dated
```

Louise Davidson-Schmich
January 29, 2021

1    April 22nd, 2017.  It's Bates stamp 2848.

2              (The document referred to was marked for

3         identification as Defendant's Exhibit No. 51.)

4    BY MR. YANNUZZI:

5         Q.    Dr. Davidson-Schmich, have you seen this

6    letter before?

7         A.    I'm sure I have, yes.

8         Q.    This letter advises that you have been

9    promoted to full professor of political science

10   effective June 1, 2017; is that correct?

11        A.    That is correct.

12        Q.    Prior to receiving this letter on

13   April 22nd, 2017, had you been advised that your

14   promotion had been processed and you were, in fact,

15   going to be promoted to full professor?

16        A.    You know, I can't remember the exact

17   sequence of events, but I think that's highly

18   likely, yes.

19        Q.    Meaning that this letter confirmed in

20   writing something that you had already believed

21   formerly?

22        A.    I think so, yes.  Another thing that

23   happens is that these appointments are announced via

24   e-mail to the entire faculty, and I believe also

25   that this decision was communicated to the dean and

Louise Davidson-Schmich
January 29, 2021

Page 127

```
 1   the chair.  I'm pretty confident either my dean or
 2   my chair let me know this before the letter arrived
 3   in my mailbox.
 4        Q.   Now, that E-mail that you were just
 5   describing alerting other faculty members to the
 6   promotion, did that also mention that both
 7   Professors Gonzalez and Koger had been promoted to
 8   full professor at that time, also?
 9        A.   I'm sure it did.
10        Q.   After you were promoted, you received your
11   annual letter advising you of what your salary would
12   be for the upcoming year.  Do you recall that?
13        A.   I do recall that.
14        Q.   I'm going to mark as Exhibit 52 a letter
15   to you from Jonathan West dated May 31, 2017, Bates
16   stamped by you 316, 320 and 321.
17             (The documents referred to were marked for
18             identification as Defendant's Composite Exhibit
19             No. 52.)
20   BY MR. YANNUZZI:
21        Q.   My first question to you is, is this a
22   copy of a letter you received on or about May 31,
23   2017 regarding your salary for the 2017/2018
24   academic year?
25        A.   Yes.
```

Louise Davidson-Schmich
January 29, 2021

Page 128

1      Q.   You were advised that you would be making

2   $109,359?

3      A.   That's what it says, yes.

4      Q.   Do you have any reason to doubt that

5   number?

6      A.   No.

7      Q.   To this letter was attached the evaluation

8   of your performance by your chair, Professor West;

9   is that correct?

10      A.   That is correct.

11      Q.   In January of 2018 you submitted your

12   annual report.  Do you recall that?

13      A.   Again, not specifically, but I'm sure I

14   did.

15      Q.   I am going to show you a copy of that,

16   which we'll mark as Exhibit 53.  It's a Summary of

17   Activities for the calendar year 2017 dated

18   January 4, 2018.  It's Bates stamped 3635 to 3652.

19   It's a document that was produced by the university.

20           (The documents referred to were marked for

21           identification as Defendant's Composite Exhibit

22           No. 53.)

23   BY MR. YANNUZZI:

24      Q.   I'm scrolling through the document for

25   you.

Louise Davidson-Schmich
January 29, 2021

Page 129

1              Is this a copy of the Summary of

2     Activities that you submitted on or about January 4,

3     2018?

4         A.    It appears to be, yes.

5         Q.    A few months later you received your

6     annual letter regarding your salary.  Do you recall

7     that?

8         A.    I do recall that.

9         Q.    We'll mark as Exhibit 54 a copy of a

10    letter to you from Jonathan West dated May 17, 2018,

11    advising you of your salary for the upcoming year.

12             (The documents referred to were marked for

13             identification as Defendant's Composite Exhibit

14             No. 54.)

15    BY MR. YANNUZZI:

16        Q.    Do you recall receiving this letter on or

17    about that date?

18        A.    Yes.

19        Q.    For the record, that is Bates stamped 322,

20    324 and 325.  It's a document you produced to us.

21             Dr. Davidson-Schmich, you were advised

22    that your salary for the 2018/2019 academic year

23    would be $112,400; is that correct?

24        A.    That's what it states, yes.

25        Q.    I have a couple of more to show you on

Louise Davidson-Schmich
January 29, 2021

Page 130

1   this topic.

2            In January of 2019 do you recall

3   submitting another Summary of Activities?

4        A.   I do.

5        Q.   What I pulled up on the screen as Exhibit

6   55 is a copy of that document, Bates stamped 3655

7   through 3678.

8            (The documents referred to were marked for

9        identification as Defendant's Composite Exhibit

10       No. 55.)

11   BY MR. YANNUZZI:

12       Q.   Dr. Davidson-Schmich, is this a copy of

13   the Summary of Activities that you submitted on or

14   about January 8, 2019?

15       A.   It looks like it, yes.

16       Q.   Finally a couple of months after that you

17   received your salary letter from the chair.  Do you

18   recall that?

19       A.   Yes.  I mean it comes every year.  So, I'm

20   sure I did.

21       Q.   I know it's very mechanical, but it's the

22   hoops we have to jump through.

23       A.   Right.

24       Q.   So, I know you know what's coming.  I'm

25   sure everybody does.  But we have got to go through

Louise Davidson-Schmich
January 29, 2021

Page 131

1    it unfortunately.

2            What I will mark as Exhibit 56 to your

3    deposition is a copy of an e-mail to you from

4    Jonathan West dated June 11, 2019, advising you of

5    your upcoming salary for 2019/2020.  Do you see

6    that?

7        A.   Yes.

8            (The documents referred to were marked for

9        identification as Defendant's Composite Exhibit

10       No. 56.)

11   BY MR. YANNUZZI:

12       Q.   You received this e-mail on or about that

13   date?

14       A.   Yes.

15       Q.   The e-mail references an attached letter,

16   which is also part of this exhibit, Bates stamped

17   326 and 328.  The attachment actually identifies

18   what your salary will be for the upcoming academic

19   year as $118,000; is that correct?

20       A.   That is correct.

21       Q.   Did you submit a Summary of Activities in

22   2020 for what happened in 2019 or not?

23       A.   Yes.  We do it every year.

24       Q.   Has your salary changed since June of

25   2019?

Louise Davidson-Schmich
January 29, 2021

Page 132

```
 1        A.   You know, 2020 was such an unusual year.
 2   It started off normally.  I'm sure I submitted an
 3   activity report.  Honestly I would have to go back
 4   and look.  I don't even know if this is something I
 5   thought about, given all the other things that
 6   happened with the pandemic.  I do know that the
 7   University of Miami froze retirement contributions.
 8   So, I know I'm not getting any retirement
 9   contributions for this year.  But honestly I
10   don't -- I can't even remember whether I got a
11   salary letter last year.
12        Q.   That was going to be my next question for
13   you, which is whether, unlike all of the previous
14   years we looked at, this last year you did not get a
15   letter, and you are saying you don't recall one way
16   or the other?
17        A.   Yes.  I don't recall.  That's one of the
18   first things I'm going to check when we get off of
19   this call.
20        Q.   Now, some of the salary letters that we
21   have looked at over the last several minutes
22   included assessments of your performance by your
23   chairs.  Do you recall that?
24        A.   Yes.
25        Q.   When you received those, I assume you read
```

Louise Davidson-Schmich
January 29, 2021

Page 133

```
 1    through all of those assessments.  Is that fair?
 2         A.   Yes.
 3         Q.   Was there anything in any of the
 4    assessments that you took issue with or disagreed
 5    with?
 6         A.   No, as far as I can recall.  Generally it
 7    was my impression that the chair would more or less
 8    cut and paste what I had written in my activities
 9    report into the summary section.
10         Q.   When you submitted your summary section,
11    did you submit it in a Word format so it could be
12    copied and pasted?
13         A.   Yes.  Well, it might have been a PDF.  You
14    can cut and paste a PDF as well.
15              MR. YANNUZZI:  All right.  I'm at a good
16         stopping point.  We have been going for about
17         an hour-and-a-half.  So, I think now is
18         probably a good time to take a break, and we'll
19         hop on in a few minutes.
20              THE VIDEOGRAPHER:  We are off the record
21         at 2:09.
22              (Recess 2:09 p.m. until 2:21 p.m.)
23    BY MR. YANNUZZI:
24         Q.   Dr. Davidson-Schmich, before the break we
25    went through a series of communications that you
```

Louise Davidson-Schmich
January 29, 2021

1     received over the years regarding your salary at the

2     University of Miami.  Do you recall that?

3          A.   Yes.

4          Q.   During the course of that discussion, I

5     asked you about your knowledge of other faculty

6     members' salaries in the department, and you

7     testified that you were not aware of what other

8     people were making because at the university it's

9     just not kind of something you ever heard talked

10    about.  So, you kept all that information

11    confidential.  Is that fair?

12             MS. MARTINEZ:  Objection to the form.

13    BY MR. YANNUZZI:

14         Q.   I'm sorry.  What was your answer?

15         A.   My answer was that I did not discuss

16    salary for almost all of the time that I was at the

17    university.

18         Q.   Now, was there a point in time where you

19    learned what Dr. Koger was making?

20         A.   Yes.

21         Q.   When was that?

22         A.   I can't tell you the exact date, although

23    the documents have been submitted.  But at some

24    point our chair, Jonathan West, sent around a note

25    regarding summer courses, and attached to that note

Louise Davidson-Schmich
January 29, 2021

Page 135

1    was, I believe, an Excel spreadsheet or some sort of

2    a table that listed salaries for people in the

3    department.  So, that was the first time I had ever

4    seen written down what other peers of mine were

5    earning.

6         Q.    And that was in 2017?

7         A.    I will defer to the documents that I

8    submitted for that date.  I think that it was 2018,

9    but we would need to look at those documents.

10        Q.    Prior to the receipt of that e-mail, did

11   you have any indication about what Dr. Koger was

12   making?

13        A.    Dr. Koger specifically, no.

14        Q.    Was there somebody else that you had an

15   idea of their salary?

16        A.    I had no names.  Again, I'm sorry about

17   the years, but I think that it would have been the

18   fall of 2016 I received a copy of a report that Dean

19   Bachas had commissioned for the College of Arts and

20   Sciences.  It was -- he put together an ad hoc

21   committee to look for gender differences in salaries

22   in the College of Arts and Sciences.  That report

23   was the first time in the entire history of my

24   career at the University of Miami that I had seen

25   any sort of numbers documenting any sort of salary

Louise Davidson-Schmich
January 29, 2021

1    range.  In that document I saw -- I could see what

2    other social science associate professors in the

3    College of Arts and Sciences were making.  It did

4    not include names.  So, I did not know who those

5    people were.

6         Q.   I didn't mean to cut you off, but you

7    actually answered my next question.  That document

8    you are referring to didn't identify who

9    specifically was making what, correct?

10        A.   No.  I understood, again, that information

11   was supposed to be confidential information.

12        Q.   Other than that report that you saw and

13   the e-mail that you were copied on a year or two

14   later, did you have any knowledge about what another

15   faculty member in the Department of Political

16   Science was making prior to that?

17        A.   No.  Not in terms of concrete numbers, no.

18        Q.   Do you recall ever discussing your salary

19   and that of Dr. Koger's with Dr. Koger?

20        A.   No.

21        Q.   At any time?

22        A.   No.  Dr. Koger and I have never discussed

23   our salaries with each other.

24        Q.   I'm going to show you what we'll mark as

25   Exhibit 57.  I will ask you to identify this e-mail.

Louise Davidson-Schmich
January 29, 2021

Page 137

```
 1              (The document referred to was marked for
 2         identification as Defendant's Exhibit No. 57.)
 3    BY MR. YANNUZZI:
 4         Q.    Dr. Davidson-Schmich, what I have marked
 5    as Exhibit 57 to your deposition are two e-mails
 6    between you and Greg Koger dated April 20, 2010, and
 7    the Bates numbers are -- they got cut off on this
 8    version.  I will fix that.  They are 8654 and 8655
 9    of the documents that we produced to you in this
10    case.
11              Let me give you a chance to read these
12    documents.  They are now different from the series
13    that we were looking at before.  They are not as --
14         A.    Right.  Can we go to the bottom and I can
15    read up?  I think it goes chronologically that way.
16         Q.    It does.  I'm happy to do that, whatever
17    you prefer.  The bottom page doesn't have much, but
18    here it is.
19         A.    Okay.
20              Okay.  I think we can now look at the
21    whole document.
22              Yes.
23         Q.    My first question to you is, do you
24    recognize these e-mails between you and Greg Koger
25    dated April 20, 2010?
```

Louise Davidson-Schmich
January 29, 2021

Page 138

1      A.    I have absolutely no recollection of this,

2   but I recognize that's a conversation that we could

3   have had.

4      Q.    So, these are e-mails that you sent and

5   received on or about April 20, 2010?

6      A.    Yes.

7      Q.    It looks like, based on these e-mails, you

8   are discussing the salary pool for this particular

9   year; is that correct?

10     A.    Yes.

11     Q.    And then in your last e-mail to him you

12  say, "Not every department will have promotions, but

13  they all have to pay to finance yours."  Do you see

14  that?

15     A.    Yes.

16     Q.    Does that refresh your recollection

17  whether in April of 2010 you had some knowledge

18  about what Professor Koger was making?

19     A.    No.  I mean yes in the sense that I had no

20  idea what he was making.

21           The College Council, you know, is

22  basically like kind of the Student Council for the

23  College of Arts and Sciences.  So, I was the

24  faculty -- I was elected to be our representative to

25  that body.  That's the kind of body where we get

Louise Davidson-Schmich
January 29, 2021

Page 139

1   messages from the dean and we relay them to the

2   faculty.  So, I think that this was a generic

3   message that we received from the dean about what

4   the -- obviously what it says here, the way that --

5   well, if you scroll down, you can read what it

6   exactly, specifically says.  So, it was how the

7   provost mandated that each school or college was to

8   give salary raises for promotion, and then I

9   think -- I guess this must have been the year that

10  Professor Koger was promoted to associate professor.

11  So, it looks like he's inquiring about the sources

12  of the money for where his salary would be.  So, I

13  think this is a discussion of what his salary was

14  and what the university policy was for wage setting

15  in that year.

16       **Q.   Do you have any recollection why in**

17  **April of 2010 you would have been sharing the**

18  **College Council information with a group of people**

19  **that you termed your colleagues?  I will just**

20  **highlight it there.**

21       A.   Yes.  That's the job of the College

22  Council representative.  They are the representative

23  of the department.  They go to these College Council

24  meetings that happen routinely, but I couldn't

25  specifically say how often.  The job -- our job at

Louise Davidson-Schmich
January 29, 2021

Page 140

1    that meeting is to listen what the dean tells us and

2    to go back and report to our colleagues.  So, every

3    time I attended those meetings I wrote a note, "Dear

4    Colleague, this is what the dean said at our

5    meeting."  So, this was basically like a routine

6    communication, like the other ones we have been

7    looking at.

8         Q.   So, you had a role as a College Council

9    representative for the Department of Political

10   Science; is that correct?

11        A.   That is correct.

12        Q.   How long did you have that position, from

13   when to when?

14        A.   Oh, my goodness.  We have to go back to

15   all those CVs that we just went through and look at

16   the dates on them.  I'm very sorry, but I can't --

17   it was a number of years, but how many years, I

18   can't tell you.

19        Q.   Do you have any understanding of when you

20   stopped being the representative for the department?

21        A.   I believe that this is like kind of a

22   term-limited position.  So, you are elected for a

23   particular term, and then when that term is up, I

24   think maybe you could renew the term, but then after

25   a certain point you have to rotate off and somebody

Louise Davidson-Schmich
January 29, 2021

1   else does it.

2       Q.   Do you know who became the representative

3   after you?

4       A.   No, because I can't even remember when I

5   left.

6       Q.   Do you have any recollection of who the

7   representative was immediately before you?

8       A.   No.  I'm sorry.

9       Q.   Do you know whether Professor Koger has

10  ever served as the representative for the department

11  at the College Council?

12      A.   I have no idea.

13      Q.   What about George Gonzalez, do you know

14  whether he has ever served as the representative for

15  the Department of Political Science before the

16  College Council?

17      A.   Again, I'm sorry.  I don't know.  You

18  would have to look -- that information would be

19  reported in their CVs under Service or in their, you

20  know, performance evaluation or their activity

21  report.  That's the January document.

22      Q.   Now, I believe a few moments ago you

23  referenced an ad hoc committee that Dean Bachas

24  convened for the College of Arts and Sciences to

25  look at pay issues within the College of Arts and

Louise Davidson-Schmich
January 29, 2021

Page 142

1    Sciences; is that correct?

2         A.    That is correct.

3         Q.    Were you a member of that committee?

4         A.    No.

5         Q.    Did you have any involvement with the

6    analysis or the recommendations that ultimately were

7    made?

8         A.    No.

9         Q.    Let me show you what we'll mark as Exhibit

10   59.  I realize I skipped 58.  Again, because of the

11   pre-marketing, it's easier just to go with the

12   numbers of the ones that I will actually be using.

13              (The documents referred to were marked for

14              identification as Defendant's Composite Exhibit

15              No. 59.)

16   BY MR. YANNUZZI:

17        Q.    Dr. Davidson-Schmich, what I marked as

18   Exhibit 59 to your deposition is an e-mail from

19   Amanda Jensen-Doss to Dean Bachas and Maria Stampino

20   with copies to a number of people, referring to the

21   Ad Hoc Committee on Women Faculty report.  Do you

22   see that?

23        A.    I do see that.

24        Q.    For the record, this document is Bates

25   stamped -- it got cut off a little bit -- 78275

Louise Davidson-Schmich
January 29, 2021

Page 143

1    through 78289.  I'll scroll down so everybody can

2    see it.

3            Dr. Davidson-Schmich, have you ever seen

4    this e-mail before?

5        A.   That e-mail, no.

6        Q.   But you have seen the attached report

7    before, correct?

8        A.   That's correct.

9        Q.   How did you come to see this report?

10       A.   One of my colleagues in the department,

11   Merike Blofield, after I was the head of the Women's

12   and Gender Studies -- I don't know if it was

13   directly after, but eventually she became the head

14   of the Women's and Gender Studies.

15           As head of the program, just like there's

16   routine meetings of the College Council, there's

17   routine meetings of chairs and program heads.  So,

18   she went to a meeting of chairs and program heads in

19   the College of Arts and Sciences, at which point

20   this report, I guess, was presented to that

21   committee.  And just like the College Council is

22   supposed to report back to the department about what

23   happened in the College -- the dean speaks to the

24   Council and the Council speaks to the faculty, the

25   same communication channel is with chairs and

Louise Davidson-Schmich
January 29, 2021

Page 144

1    program directors.  So, the dean gives information

2    to the chairs and program directors, and the chairs

3    and program directors are in turn responsible for

4    communicating that information to the departments.

5              So, the dean gave that report to the

6    chairs -- the department chairs and program

7    directors, and Dr. West did not share that document

8    with the Department of Political Science, but

9    because Dr. Blofield was there in her capacity as

10   head of the Women's and Gender Studies Program, she

11   shared that report with the faculty.

12   **Q.   Do you know how soon after -- well, let me**

13   **back up.  Do you know when you first saw the**

14   **recommendation?**

15   A.   I couldn't tell you now, but that e-mail

16   chain I have submitted as part of the request for

17   production, I think it's called.  So, the e-mail

18   that Dr. Blofield sent, I would have been aware of

19   it, in your terms, on or round that date, whenever I

20   opened the e-mail.

21   **Q.   Now, in looking at the report, do you know**

22   **or did you conduct your own analysis of the data**

23   **that underlines it?**

24   A.   Do you mean the original data that was

25   provided by the University of Miami?

Louise Davidson-Schmich
January 29, 2021

Page 145

1          Q.    Correct.

2          A.    No.  I don't have access to that data.

3          Q.    So, what you know about this document

4    comes from the document itself and your

5    conversations with the folks involved in drafting

6    it.  Is that fair?

7          A.    That is correct.

8          Q.    One of the conclusions -- in fact, the

9    first conclusion here mentions that, "While salaries

10   within the College of Arts and Sciences do differ by

11   gender, this seems primarily attributable to the low

12   salaries of lecturers, most of whom are women."  Do

13   you see that?

14         A.    I do.

15         Q.    Is it your understanding that one of the

16   reasons that there appears to be a gender difference

17   in salary is because of the ranks held by women

18   versus men across the College of Arts and Sciences?

19         A.    Yes.  Women tend to be in the lower ranked

20   positions.  The higher up you go, the fewer women

21   there are.

22         Q.    Now, your husband at this time, he was a

23   lecturer at the university; is that correct?

24         A.    I believe at that time he was a senior

25   lecturer.

Louise Davidson-Schmich
January 29, 2021

Page 146

1      Q.    And is that one step up the chain from
2   lecturer?
3      A.    That is correct.
4      Q.    And was he within the College of Arts and
5   Sciences?
6      A.    Yes.
7      Q.    Do you know if he had any involvement in
8   this recommendation?
9      A.    I am confident he had no role whatsoever.
10     Q.    Does he hold a Ph.D.?
11     A.    No.
12     Q.    What is the highest level of education
13  that he has?
14     A.    He has a -- I think it's called a Master
15  of Foreign Language Teaching.  It's a terminal
16  degree.  So, in the teaching of a language, it's the
17  highest degree that you can get in teaching
18  languages.
19     Q.    From what institution?
20     A.    The University of West Virginia.
21     Q.    Do you know when he obtained that degree?
22     A.    You would have to look at his CV, but it
23  was in the 1980s.
24     Q.    Do you know whether lecturers have
25  publication requirements at the university?

Louise Davidson-Schmich
January 29, 2021

Page 147

1      A.    I believe that each department has its own

2   requirements for -- actually I'm not sure whether --

3   there has been some change to the university's

4   policies.  But essentially I believe a lot of this

5   is regulated at the department level.  There is

6   certainly no expectation, and my husband publishes

7   moderately.  His department is modern languages, and

8   in the Modern Language Department he was not under

9   any expectation of publication.  His position is a

10  teaching position.

11     **Q.    Now, shortly after receiving this report,**

12  **going off of the date here, March 30, 2017, you sent**

13  **an e-mail to your chair, Jonathan West, with a**

14  **question about your merit increase for your salary**

15  **going forward to the 2017/2018 academic year.  Do**

16  **you recall that?**

17     A.    I do.

18     **Q.    First let me show you what we are going to**

19  **mark as Exhibit 60 to your deposition, which is an**

20  **e-mail to you from you with the subject line, "Note**

21  **to Jonathan," dated May 16, 2017.  The Bates**

22  **numbers, which are slightly cut off, are 81190 and**

23  **81191.**

24          (The documents referred to were marked for

25          identification as Defendant's Composite Exhibit

Louise Davidson-Schmich
January 29, 2021

1       No. 60.)

2     BY MR. YANNUZZI:

3       **Q.   So, my first question to you is, Dr.**

4     **Davidson-Schmich, do you recognize this e-mail and**

5     **attachment?**

6       A.   Yes.  It looks like something I wrote.

7       **Q.   And here's the e-mail, which contains**

8     **nothing in the body, but it just has the attachment**

9     **to yourself; is that correct?**

10      A.   That's correct.

11      **Q.   Is there any reason why you were sending**

12    **the attachment to yourself and not directly to**

13    **Professor West at this point?**

14      A.   I'm sure that means it was a draft.  I had

15    probably drafted it on -- so, the way my files are

16    stored here at the University of Miami, they are on

17    a drive that I can only access them on campus.  So,

18    I probably composed this on the drive at the

19    university, and then I thought I'll go home and work

20    on it.  And since I couldn't access the file from

21    home, I would send myself a draft.  That's often the

22    way I would do it.  But now it's different.  We have

23    a cloud-based system, but in the past I couldn't

24    access that at home.

25      **Q.   Now, in reviewing the draft of the note**

Louise Davidson-Schmich
January 29, 2021

Page 149

1    that you were going to send to Jonathan West, was

2    there a particular event that prompted your decision

3    to reach out to him to get clarification on how your

4    salary increase would be computed?

5         A.   I'm sorry.  I was reading the note.  Could

6    you repeat the question?

7         Q.   Sure.  No problem.

8              I said, was there a particular event or

9    occurrence that prompted you to reach out to

10   Professor West at this particular time with a

11   question about your salary?

12        A.   I expect that the event was that I

13   received the notification as to what my salary was

14   going to be for the coming year, and I had by that

15   point seen the other document that you referenced

16   that gave me a frame of reference to see what others

17   who were engaged in the social sciences at the

18   associate professor level at the College of Arts and

19   Sciences earned, and I expect or my best guess is

20   that I noticed on that document that there were a

21   number of men in social sciences at the associate

22   professor level who had earned not just the previous

23   year but in years prior to that more than I was

24   being offered as a full professor.  So, my concern

25   was that I had been promoted to full professor, but

Louise Davidson-Schmich
January 29, 2021

1    I was still earning less than men who were lower

2    ranked professors.

3        **Q.   That document that you were just referring**

4    **to, was that the e-mail that you and others were**

5    **essentially mistakenly replied all to that included**

6    **the salary information for certain professors**

7    **teaching summer session?**

8        A.   No.  You just showed me a document -- I'm

9    sorry, but I haven't been keeping track of the

10   numbers -- that is titled Report of Ad Hoc Committee

11   or something along those lines.  In that report one

12   of the pages that you scrolled through lists salary

13   broken down by sex, by rank and by area of inquiry.

14   So, if we keep scrolling down, you will see a page

15   that reports -- let's see.  What are we looking at

16   here?  Okay.  These are associates.  So, I was

17   looking here at information about -- you can't see

18   obviously because I'm pointing at my screen.  But in

19   the top graph in the middle it says Associate

20   Professor, Social Science, Male and Female.  If you

21   look across, you can see data points and what

22   particular people -- we don't know who those people

23   are, but we can see dots that there are folks that

24   are earning those salaries.

25              So, when I was promoted to full professor,

Louise Davidson-Schmich
January 29, 2021

Page 151

1    I was comparing the salary that Dr. West had offered

2    me to those data points on that chart.  I was trying

3    to figure out why I would be earning as a full

4    professor, a higher ranked person, less than the

5    individuals on that chart there.  So, that's the

6    information that led me to draft that message.

7         **Q.   Do you know the year from which this**

8    **salary data was pulled, meaning do you know -- does**

9    **this data point here, and I'm highlighting one at**

10   **random --**

11        A.   Right.  Those are the ones that I was

12   looking at.

13        **Q.   Right.  They represent the salary for what**

14   **year; do you know?**

15        A.   If you go back to that request for

16   production and those documents that I submitted, one

17   of the things that I did upon receiving that report

18   was I wrote to Dr. Blofield, I think, who is the one

19   that sent me that report; and I said, "Do you know

20   what year that is?"

21             She did not, and I think she forwarded my

22   inquiry to one of the people or some of the people

23   who had authored that report.  I believe that then

24   there was a subsequent e-mail that stated what that

25   year was.  But off the top of my head I can't tell

Louise Davidson-Schmich
January 29, 2021

Page 152

1  you.  But the upshot of it was that it was for the

2  past.  So, if those people were routinely receiving

3  raises, their salary would have been even higher at

4  the time I drafted my memo.  But what the specific

5  year was, I don't recall off the top of my head.

6       **Q.   Did you come to send some version of what**

7  **we were looking at in Exhibit 60 to Dr. West?**

8       A.   I did send him some note, I believe, or

9  perhaps at least, if I didn't send him a note, maybe

10  I sent him a request for a meeting.

11      **Q.   Let me show you what we'll mark as Exhibit**

12  **61, which is a two page e-mail chain between you and**

13  **Dr. West, starting May 17th and running backwards to**

14  **May 12th.  I'll give you a chance to read it, but I**

15  **just want to call up the Bates numbers to everybody.**

16  **It's a document that we produced.  It's Bates**

17  **numbers 00037 and 00038.**

18           (The documents referred to were marked for

19           identification as Defendant's Composite Exhibit

20           No. 61.)

21  BY MR. YANNUZZI:

22      **Q.   Dr. Davidson-Schmich, we will start at the**

23  **bottom and work our way up.  So, let me know when**

24  **you are ready for me to scroll.**

25      A.   Right.  So, here he says, "If you have

Louise Davidson-Schmich
January 29, 2021

Page 153

1    questions, let's chat."

2              So, I asked him questions, which I believe

3    are probably quite similar to the ones that were in

4    that draft letter that I sent to myself.

5         Q.   Would you like me to scroll up?

6         A.   That's fine.

7              Then that's the chair's response.

8         Q.   After receiving this -- let me go back up

9    a little bit.

10             Do you recall sending or receiving these

11   e-mails on or about the dates indicated?

12        A.   Yes.

13        Q.   After receiving this response from Dr.

14   West, did you have any further discussions with him

15   about the computation of your salary increase for

16   the 2017/2018 academic year?

17        A.   I believe I might have stopped by his

18   office to discuss the note.  But, again, this was

19   four years ago.  So, I'm not a hundred percent

20   confident.

21        Q.   Are you confident that such a conversation

22   took place or are you not even sure about that?

23        A.   No.  I think the conversation did take

24   place.

25        Q.   It would have been shortly after May 17,

Louise Davidson-Schmich
January 29, 2021

1   2017?

2       A.   Yes.

3       **Q.   What can you tell me about that**

4   **conversation?**

5       A.   To the best of my recollection, the upshot

6   of the conversation was that Dr. West was

7   constrained by what the dean gave him in terms of

8   the five percent increase for a promotion was not

9   his idea.  That was told to him by the dean.  And

10  that the merit pool and the market pool was again

11  set by the dean, and he had no -- he did the best he

12  could with the constraints that he had and that he

13  really had no discretion over -- you know, this was

14  the best he could do basically, that his hands were

15  tied and this is what he had to work with.

16      **Q.   Now, the letter or his response to you in**

17  **the middle of the page references the three**

18  **promotions to full professor.  Do you see that here?**

19      A.   Yes.

20      **Q.   I assume, and correct me if I am wrong,**

21  **that this is referring to the promotions of you, Dr.**

22  **Gonzalez and Dr. Kroger to the full professor**

23  **position around this time.**

24      A.   Yes.  There was no other person promoted

25  then.

Louise Davidson-Schmich
January 29, 2021

1      Q.   And you understand that the promotion
2   causes an automatic five percent increase in your
3   salary?
4      A.   I did not know that prior to this
5   conversation, but after this conversation, that was
6   what I took away from it, yes.
7      Q.   I'm sorry.  I didn't mean to cut you off.
8           You understood that in addition to the
9   five percent increase in the promotion, you also got
10  an additional merit increase based on your
11  performance over the prior year, correct?
12     A.   Yes.
13     Q.   Now, in your discussion with Dr. West, did
14  you discuss how other members of the department were
15  compensated in this particular year?
16     A.   No.
17     Q.   Did you ask?
18     A.   No.
19     Q.   Do you have any reason to doubt his
20  statement here that your 1.9 percent increase was
21  with one exception the highest in the merit raises?
22     A.   My assumption is that he would be telling
23  me the truth.  I don't expect that Dr. West would
24  lie to me.
25     Q.   When he referenced this one exception, do

Louise Davidson-Schmich
January 29, 2021

1    you know the person to whom he's referring?

2         A.    Certainly not, no.  Again, you know,

3    salaries were confidential.  I mean there's no way

4    that I could have had -- that I could have known

5    that.

6         Q.    I'm sorry.  I just don't know if perhaps

7    it came up in the conversation.  I realize the

8    conversation happened a while ago.  So, these are

9    just triggering questions to see if perhaps they

10   ring a bell.

11        A.    No.

12        Q.    Now, around the time of this e-mail chain

13   with Dr. West, do you recall joining a group of

14   three other female faculty members in writing to

15   Dean Bachas about questions you had regarding

16   compensation in the College of Arts and Sciences?

17        A.    I do.

18        Q.    And those other three professors were

19   Laura Gomez-Mera, Jennifer Connolly and Rose --

20             THE STENOGRAPHER:  I'm sorry.  The last

21        name of Rose?

22        A.    Rose's last name is Glenaud,

23   G-L-E-N-A-U-D.  But she's a secretary or the

24   administrative assistant to Dean Bachas.

25        Q.    Oh, She's a Senior Executive Assistant.

Louise Davidson-Schmich
January 29, 2021

Page 157

1      A.   Yes.  That is correct.

**2      Q.   I apologize.**

**3           I assume this is not the actress Jennifer**

**4  Connolly.**

5      A.   No.

**6      Q.   Now, was pay within the college something**

**7  you would discuss with these three female professors**

**8  before your group e-mailed Dean Bachas?**

9      A.   With Jennifer Connolly and Laura

10 Gomez-Mera, probably not.

11          Merike Blofield was the one that had

12 originally sent that report of the Ad Hoc Faculty.

13 So, in that sense I think, you know, we had

14 discussed that there was this report that had been

15 sent around.

**16     Q.   Based on the dates of the e-mails you**

**17 looked at previously, that would have been sometime**

**18 between March and May of 2017?**

19     A.   Again, I would defer to the request for

20 production and the specific dates of those

21 documents.  I'm sorry.  I don't recall the exact

22 chain of events.  But it would have been between the

23 time I received the report from Merike and the time

24 that we went to go see the dean.

**25     Q.   Prior to these discussions about salary,**

Louise Davidson-Schmich
January 29, 2021

Page 158

1    did you know either Laura Gomez-Mera or Jennifer

2    Connolly?

3         A.    Did I know them?  Yes.

4         Q.    What department are they in?

5         A.    Political Science.  Well, Laura Gomez-

6    Mera, she began as part of the International

7    Studies, and then we had that discussion about how

8    some political scientists from International Studies

9    could switch into Political Science.  So, Laura was

10   one of the people who moved from the one department

11   to the other.  But, yes, I do know them.

12        Q.    Are you aware of whether there were

13   faculty outside of the Political Science Department

14   who also reached out to Dean Bachas after seeing the

15   recommendations of the Ad Hoc Committee report?

16        A.    I'm not aware of any, no.

17        Q.    At this time in May of 2017, did you have

18   any idea of what you were making as compared to

19   Merike Blofield, Laura Gomez-Mera or Jennifer

20   Connolly?

21        A.    No, I don't think so.

22        Q.    Do you know what their ranks were at that

23   particular time in May of 2017?

24        A.    I'm fairly confident -- in fact, I'm sure

25   that Jennifer Connolly was an assistant professor,

Louise Davidson-Schmich
January 29, 2021

Page 159

1   and I'm fairly confident that both Merike Blofield

2   and Laura Gomez-Mera were associate professors.

3        Q.   I'm going to show you what we'll mark as

4   Exhibit 62 to your deposition, which is a series of

5   e-mails between you and Dean Bachas and a few other

6   folks as we work our way through the chain.

7             I will give you an opportunity to read

8   everything, but I want to scroll down and show the

9   Bates numbers.  Again, this was cut off slightly on

10  the screen.  I will fix that later.  But it's Bates

11  81793 through 81799.

12            (The documents referred to were marked for

13        identification as Defendant's Composite Exhibit

14        No. 62.)

15  BY MR. YANNUZZI:

16        Q.   I will scroll through this very quickly.

17            Dr. Davidson-Schmich, this is an

18  attachment that you added to the very last e-mail,

19  and I'll come back to that in a second, but I just

20  wanted to start here on the page of this e-mail and

21  give you an opportunity to read them chronologically

22  to orient you in time, okay?

23        A.   Am I supposed to be answering a question

24  or just reading?

25        Q.   Oh, just reading.  I just wanted to give

Louise Davidson-Schmich
January 29, 2021

Page 160

1    you a chance to look at them.  I'm sorry.

2         A.   Yes.  I have seen that screen.

3         Q.   All right.

4         A.   Okay.

5         Q.   Dr. Davidson-Schmich, my first question

6    for you is, are these copies of e-mails that you

7    sent or received on or about the dates indicated?

8         A.   Yes.

9         Q.   As I understand the e-mails, you and these

10   three other political science faculty scheduled a

11   meeting with Dean Bachas to discuss salary issues in

12   Political Science; is that correct?

13        A.   I'm not sure that the only -- I think it

14   was salary and more broadly the conditions -- salary

15   and other issues, I would say.  I can't speak

16   specifically for all of the other people, but

17   certainly for me salary was a big concern.

18        Q.   What other issues were in play for this

19   particular meeting with Dean Bachas on March 23rd,

20   2017?

21        A.   I think that some of the other faculty

22   members who were attending, including Professor

23   Blofield and Professor Gomez-Mera, were both

24   concerned also about the way in which faculty

25   service to interdisciplinary programs, such as

Louise Davidson-Schmich
January 29, 2021

Page 161

1   programs outside of the department, were recognized.

2   I guess compensated as well.  So, I think it was

3   just the relationship between their service to other

4   programs and the way that was taken into account by

5   Political Science.

6        Q.   Did you, in fact, meet with Dean Bachas

7   along with your three colleagues on May 23rd, 2017?

8        A.   That is correct.  I assume that's when the

9   meeting was, yes.

10            No.  It says -- the meeting must have been

11   the 24th if I say we are meeting tomorrow afternoon.

12   The other e-mail says the 23rd.  So, whatever, it

13   was one of those days or one of those dates, yes.

14       Q.   I realize that it's a little confusing.

15   I'm suggesting, and correct me if I am wrong, that

16   perhaps when you said tomorrow it was the next day,

17   but you sent the e-mail in the middle of the night.

18   So, it could have been later that day.  Do you have

19   any recollection of that?

20       A.   Yes.  I don't know what UTC stands for.  I

21   send my e-mails EST, Eastern Standard Time.  I don't

22   know what time that is.  But I'm not in the habit of

23   sending 2:30 a.m. e-mails.  So, I don't think I sent

24   that e-mail at that time.  At that time I was on

25   Eastern Standard Time.

Louise Davidson-Schmich
January 29, 2021

1      Q.   Prior to meeting with Dean Bachas, and now
2   I'm focusing on the very top e-mail that references
3   the attachment, you sent the dean a letter with
4   issues that you had personally that you wanted to
5   express to him; is that correct?
6      A.   That is correct.
7      Q.   Now I'll scroll down to the attachment,
8   which is the last five pages of this document.
9           Could you confirm for me that this is the
10  letter you attached to your e-mail to the dean?
11     A.   Yes, it looks like it.
12     Q.   Did you discuss with your three colleagues
13  the fact that you were going to be sending your own
14  letter to the dean?
15     A.   To be honest, that was so long ago.  I
16  can't recall.  I know that I took pains in the
17  letter to say that this was my e-mail that I was
18  sending on my behalf and I wasn't trying to
19  represent the other colleagues.  But whether I told
20  them I was going to send that letter or not, I don't
21  know.
22     Q.   Do you know whether any of the three of
23  them sent their own letter to the dean in advance of
24  the meeting?
25     A.   I do not know that one way or the other.

Louise Davidson-Schmich
January 29, 2021

Page 163

1      Q.    Did you circulate your letter to anyone
2  for comments before sending it to the dean?
3      A.    Again, that was so long ago.  I don't
4  recall.  I might have sent it to Professor Blofield
5  either before or after, but I do not recall.
6      Q.    Did you draft this letter yourself?
7      A.    Yes.
8      Q.    Now, ultimately, I think, we established
9  that you met with the dean along with your three
10  colleagues; is that correct?
11      A.    That is correct.
12      Q.    What do you recall about that
13  conversation?
14      A.    I recall that we brought up a host of
15  issues that we were concerned about and that the
16  dean took those concerns under advisement and that
17  the gist of the meeting was, to the best of my
18  recollection, that he said something like he would
19  take care of us next year or something along those
20  lines.  So, ultimately we each had different
21  concerns that we were interested in having
22  addressed, and there was no concrete promise or
23  action or change that came out of that meeting.
24      Q.    Did you ask him for clarification on what
25  he meant by he would take care of the issues that

Louise Davidson-Schmich
January 29, 2021

1    you presented?

2         A.   If you again refer to the documents that I

3    submitted in the request for production, we did send

4    a follow-up e-mail to him saying something along the

5    lines of, "We presented these concerns, and you said

6    you would take care of us next year."  Then that was

7    our way of following up.  So, no, there were no --

8    he provided no specifics.

9              Then in response to that e-mail he sent, I

10   think, perhaps like a one or two-sentence response

11   addressing some issues but not the issues that I had

12   raised.

13        Q.   Was there anybody present at the meeting

14   other than you, your three colleagues and the dean?

15        A.   No.  Rose might have been there, you know,

16   to bring us coffee or open the door or close the

17   door, but she did not attend the meeting.

18        Q.   Did you take any notes at the meeting?

19        A.   Again, I'm sorry.  This was so long ago.

20   If I did, I don't have them anymore.  I don't know.

21   I don't have any recollection one way or the other.

22        Q.   Do you have a practice of taking notes at

23   meetings?

24        A.   Yes.  I often write things down on a piece

25   of paper and the paper winds up ultimately in the

Louise Davidson-Schmich
January 29, 2021

Page 165

1    trash.

2         Q.    Do you know whether any of your colleagues

3    took any notes from that meeting?

4         A.    I'm sorry.  You would have to ask them.  I

5    don't recall that or remember.

6         Q.    I was just curious if you saw any of them

7    or if you recall seeing any of them taking notes.

8         A.    I'm sorry.  That was several years ago.

9         Q.    Do you know whether the dean took any

10   notes at that meeting?

11        A.    Again, I don't recall.  You could ask him.

12        Q.    Now, a few minutes ago you referenced that

13   you and your colleagues sent a follow-up e-mail to

14   the dean after your meeting.  Do you recall that?

15        A.    I do recall that, yes.

16        Q.    I think this is the document that you were

17   referring to, which we'll mark as Exhibit 63.

18             (The document referred to was marked for

19             identification as Defendant's Exhibit No. 63.)

20   BY MR. YANNUZZI:

21        Q.    Dr. Davidson-Schmich, what I marked as

22   Exhibit 63 are a series of e-mails among you, Dean

23   Bachas and several of your Political Science

24   colleagues, which are Bates stamped 0006 to 0007.

25   They are documents that you produced to us in this

Louise Davidson-Schmich
January 29, 2021

1    case.

2            Can you confirm for me first of all that

3    you sent these e-mails on or about the dates

4    indicated?

5        A.    Yes.

6        Q.    So, the e-mail starting here on the first

7    page, there's an e-mail from you, Merike Blofield

8    and Laura Gomez-Mera dated May 30, 2017.  Do you see

9    that?

10       A.    Yes.

11       Q.    It's signed from the three of you, but it

12   was sent from Merike Blofield's e-mail address; is

13   that correct?

14       A.    That is correct.

15       Q.    Is there a reason why Jennifer Connolly

16   didn't join in this communication to the dean?

17       A.    I believe that we did not include her in

18   that because at the time she was not a tenured

19   faculty member.  That meant she was an at-will

20   employee and could be terminated.  We did not want

21   her -- we did not want -- we were concerned about

22   her employment status, and we did not want the

23   university to -- we didn't want to put her

24   employment in jeopardy basically.  You know, if we

25   were going to be heckling -- maybe not heckling, but

Louise Davidson-Schmich
January 29, 2021

Page 167

1   if we were going to be communicating with the dean

2   and trying to press him on issues, we didn't want to

3   jeopardize her employment status.

4        Q.   Did something happen at your meeting with

5   the dean to cause you to believe that her employment

6   status would be in jeopardy?

7        A.   Nothing specific, but I think in academia

8   people who have tenure are very cognizant that not

9   all our colleagues enjoy the same employment

10  protections as we do and that there's some moral

11  responsibility to look after those people.

12       Q.   Aside from the general tenure principle

13  that sort of keeps your position safe, did Dean

14  Bachas say or do anything in the meeting to suggest

15  that Professor Connolly's employment status could be

16  in jeopardy?

17       A.   No.

18       Q.   So, directing you attention to this e-mail

19  that is part of Exhibit 63, did you draft it in

20  conjunction with Professor Blofield and Professor

21  Gomez-Mera?

22       A.   My best recollection is that Merike wrote

23  the letter and Laura and looked at it and said we

24  agree that that's our recollection, too, and then

25  she sent the letter.

Louise Davidson-Schmich
January 29, 2021

Page 168

1    Q.    Later that day you received your response
2    from the dean; is that correct?
3    A.    Yes.
4    Q.    Now, I guess, going back to your letter,
5    this letter purports to summarize your meeting with
6    the dean the week prior; is that correct?
7    A.    That is correct.
8    Q.    Is there anything that was said or done in
9    the meeting, at least from your perspective, that is
10   not reflected in this e-mail?
11   A.    Let me think about that question and read
12   the note again.
13   Q.    Sure.  Take your time.
14   A.    So, could you repeat your question again?
15   Q.    Sure.  My question is, was there anything
16   -- let me back up.  I will start again.
17         This e-mail purports to summarize the
18   meeting that you had with the dean the week prior.
19   My question to you is, is there anything that
20   happened at that meeting, at least from your
21   perspective, that is not summarized in this e-mail?
22   A.    Yes.  So, this e-mail addresses primarily
23   some of the concerns that Dr. Blofield and Dr.
24   Gomez-Mera had regarding the compensation for
25   service to programs outside of the department.

Louise Davidson-Schmich
January 29, 2021

Page 169

1          The concern that I brought to the dean was
2    the concern about the way in which promotions to
3    full professor were compensated, and you can in that
4    -- I don't know if it's in this exhibit, but in one
5    of the exhibits there's a longer list that I wrote
6    to the dean.  And my concern was that, if there was
7    a gender salary gap among associate professors, that
8    compensating promotions to full professor with a
9    five percent increase would simply perpetuate those
10   gender inequities.  I expressed concern to him about
11   the practice of compensating promotions in that way.
12          During the meeting, one of the things that
13   he noted was that maybe a fairer way to do that sort
14   of compensation would be to take five percent of the
15   average salary of an associate professor rather than
16   five percent of a specific person's salary.  That is
17   something that could have been -- the way he
18   presented it, it sounded like it could be something
19   that could be done in the future, but it did not
20   retrospectively address my own concerns about my own
21   salary.
22          So, that part of the meeting is not
23   summarized in this letter because, of course --
24   well, not of course, but Dr. Blofield and Dr. Gomez-
25   Mera were associate professors at the time.  So,

Louise Davidson-Schmich
January 29, 2021

Page 170

1    that was not -- that was not their primary concern

2    for attending that meeting.

3        **Q.   Did you send your own follow-up e-mail to**

4    **the dean regarding the issues that were more**

5    **particularized to you?**

6        A.   I don't believe I did.  I don't believe it

7    comes up in any of these successive searches.

8        **Q.   So, after the meeting that you had with**

9    **Dean Bachas on or about May 23rd, 2017, did you have**

10   **any follow-up discussions with him regarding the**

11   **concerns you had expressed about your salary?**

12       A.   No, I did not.  I trusted that he would

13   take care of me, to use what I recall being his

14   words, in the following year.  So, I did nothing

15   else.

16       **Q.   What exactly did you expect, based on what**

17   **you contend Dean Bachas said to you, what actions**

18   **did you expect him to take specifically?**

19       A.   My goal was that he would give me a more

20   generous raise in the following year.

21            I mentioned, if you read that letter or

22   the longer report that I wrote, I gave some numbers

23   about what I thought would have been the discrepancy

24   or the amount of money, which at that time was my

25   best guess, of how much more an associate professor

Louise Davidson-Schmich
January 29, 2021

Page 171

```
 1   would have been compensated for a promotion.  So, my
 2   hope was that some small figure in that range would
 3   be given to me so that my salary would be more equal
 4   to what I suspected or what I thought other
 5   professors of the same rank as I earned.
 6        Q.   But as of that time, you didn't know which
 7   full professors were making what salary; is that
 8   true?
 9        A.   That is true.
10        Q.   I'm scrolling back up on Exhibit 63 to the
11   dean's response to the e-mail that you coauthored
12   with your two colleagues.
13             Are you aware of any other response from
14   the dean other than what we are looking at here in
15   Exhibit 63?
16        A.   In terms of a response to me, no.  I don't
17   think there was any.  In terms of Dean Bachas'
18   response to the other faculty, I'm not aware of what
19   might have transpired among them.  That's something
20   you would have to ask them.
21        Q.   After you received this e-mail from the
22   dean, did you have any discussions with either
23   Merike Blofield or Laura Gomez-Mera or both of them
24   together about another response to this e-mail?
25        A.   Not to my recollection, no.
```

Louise Davidson-Schmich
January 29, 2021

Page 172

```
 1        Q.   In his response to the three of you, he
 2   notes that, "The three of you have received five
 3   percent higher increases than the males in your
 4   department between 2011 and today," which at that
 5   time was 2017.  Do you see that?
 6        A.   I do.
 7        Q.   Do you have any reason to doubt the
 8   accuracy of that statement?
 9        A.   I don't think that Dean Bachas would be
10   deliberately lying, no.
11        Q.   What about his statement that there were
12   several males with lower salary increases in your
13   department during this particular year?  Do you see
14   that?
15        A.   Yes.
16        Q.   Do you have any reason to doubt the
17   accuracy of that statement?
18        A.   I don't think that he would lie about it
19   if he had information to the contrary.
20        Q.   Prior to your meeting the dean in mid to
21   late May of 2017, had you had any other private,
22   one-on-one meetings with the dean before?
23        A.   I'm sure I had, at least with the group.
24        Q.   Anything about salary?
25        A.   No.  Well, not to my recollection.
```

Louise Davidson-Schmich
January 29, 2021

Page 173

1      Q.   Do you have any recollection about what
2   subjects you did discuss with him?
3      A.   Over the course of -- I don't know how
4   many years Dean Bachas has been dean.  We have had
5   many conversations on many subjects.  So, we would
6   have probably -- we would have talked about issues
7   relating to Political Science, to International
8   studies, to Women's and Gender Studies.  Like I
9   said, I was on the College Council.  So, the College
10  Council meets with the dean.  We have had many
11  conversations on many topics.
12     Q.   But none about the particular issue that
13  you had recently expressed to him regarding your own
14  salary; is that fair?
15     A.   Right.  We never discussed my own
16  promotion.  The only time we discussed my salary or
17  my promotion was at this particular meeting.
18     Q.   Now, at this particular time in May of
19  2017, were you working on a paper regarding salary
20  rates for male and female professors?
21     A.   Yes.
22     Q.   When did you start that paper?
23     A.   Probably in advance of this meeting.  So,
24  I became concerned about the issue, and I assumed,
25  just like a lawyer who wants to make his case, if

Louise Davidson-Schmich
January 29, 2021

1  you are going to make a case, you look at the case

2  law.  So, I was concerned about my salary.  So, I

3  thought, well, what can I learn from the social

4  science literature about gender differences and

5  compensation.  So, that's when I began researching

6  this particular topic.

7       Q.   So, that would have been in May of 2017?

8       A.   Yes.

9       Q.   **Prior to your starting work on this paper,**

10  **were you familiar with any of the literature on pay**

11  **at the university level as between male and female**

12  **faculty members?**

13       A.   That's a little difficult to say with any

14  certainty from the point of 2021.  I teach gender

15  and politics, and one subject with which I was

16  familiar was the broad existence of a gender pay

17  gap.  I don't think I have particularly thought

18  about it in the context of universities up until

19  that point.  I mean I might have started thinking

20  about it when I read the report that I received, the

21  aforementioned Ad Hoc Committee report, but it

22  wasn't something that I had studied in detail or

23  thought about prior to that time.

24       Q.   **You mentioned the broad existence of**

25  **gender pay discrepancies.  Are you referring to like**

Louise Davidson-Schmich
January 29, 2021

1    the oft-quoted statistic that women make

2    considerably less than a man on average?

3         A.    Yes.

4         Q.    So, you didn't have any university-

5    specific research that you were familiar with at the

6    time when you started your paper in May of 2017.  Is

7    that fair?

8         A.    That's fair, yes.  I think I was quite

9    naive that I never considered the relationship

10    between a broader societal pattern in my own

11    specific case.

12        Q.    Now, in 2017 how many women full

13    professors were there in the Department of Political

14    Science?

15        A.    In the Department of Political Science,

16    there were two -- excluding myself, there were two,

17    Dr. June Dreyer and Dr Donna Shalala.

18        Q.    Did you ever discuss with either of them

19    any concern you had about compensation for female

20    faculty within the Department of Political Science?

21        A.    No.  Dr. Shalala was -- I'm not entirely

22    confident, but I believe at the time she was the

23    president of the university.  So, her office when

24    she was president was not in this building.  She

25    was, you know, serving as the president of the

Louise Davidson-Schmich
January 29, 2021

Page 176

1    University of Miami rather than a normal

2    departmental colleague.

3         Q.   What about June Dreyer, was she in your

4    building?

5         A.   Yes.

6         Q.   You never had a discussion with her about

7    salary issues in the department?

8         A.   No.

9         Q.   Is there any particular reason why?

10        A.   I would consider the other people with

11   whom I spoke to be personal friends.  I would

12   consider her more an arm's-length colleague.  So,

13   you know, she's, I think, probably 20 years older

14   than I am or approximately.  We are just not -- you

15   know, I don't -- some people you work with are your

16   friends, and some people you work with are your

17   colleagues.

18        Q.   Understood.

19             Do you know whether she's ever expressed

20   any concerns about gender pay matters at the

21   Department of Political Science?

22        A.   I do not.

23        Q.   Now, a few minutes ago we were talking

24   about a paper you are working on.  I want to show

25   you another exhibit, which we'll mark as Exhibit 64.

Louise Davidson-Schmich
January 29, 2021

                                                    Page 177
 1              (The documents referred to were marked for

 2         identification as Defendant's Composite Exhibit

 3         No. 64.)

 4    BY MR. YANNUZZI:

 5         Q.   Dr. Davidson-Schmich, what I have marked

 6    as Exhibit 64 are a series of e-mails and

 7    attachments, which I'm going to scroll through in a

 8    second.  The Bates numbers are 82246 through 82260.

 9    I'll scroll back up now for your benefit.

10              This might be the part, Dr. Davidson-

11    Schmich, that you might want to look at a little

12    more closely here because it concerns your paper.

13    So, I start at the bottom and just let me know when

14    to scroll up, okay?

15         A.   Okay.

16              Okay.

17         Q.   Dr. Davidson-Schmich, do you see what I

18    marked as Exhibit 64 to your deposition, which are a

19    series of e-mails dated late May and early June,

20    2017 among you and a number of who I presume to be

21    professors in other institutions; is that correct?

22         A.   That is correct, yes.

23         Q.   These are e-mails that you sent to these

24    people on the dates indicated?

25         A.   Yes.

Louise Davidson-Schmich
January 29, 2021

1      Q.    Attached to your last e-mail is the paper
2    we discussed before entitled Institutionalizing Pay
3    Inequity:  Causes of the Gender Pay Gap in US-Based
4    Private Research Universities; is that correct?
5      A.    That is correct.
6      Q.    Before turning to the paper, I just wanted
7    to ask a question about an e-mail from you in the
8    middle of the first page of this exhibit where you
9    say, "As you will see, it is not the paper I
10   originally proposed focusing on female prime
11   ministers' leadership, and I apologize for not
12   delivering on this commitment."  Do you see that?
13     A.    Yes.
14     Q.    When you say "this commitment," can you
15   describe a little bit about this conference that you
16   were going to?  Were you supposed to present on a
17   particular paper?
18     A.    Yes.  So, I don't recall the specific
19   details.  The conference that I was going to was
20   called the European Conference on Politics and
21   Gender.  My best guess is, but I would have to
22   confirm this by looking at the conference program,
23   that I was scheduled to present my research about
24   some of New Zealand's prime ministers and some of
25   the work that came out of that Fulbright Grant in

Louise Davidson-Schmich
January 29, 2021

1  New Zealand looking at female prime ministers'

2  leadership.  But because I was distraught over what

3  I perceived to be unjust compensation for my

4  promotion, I did not finish the paper on whatever --

5  I guess my topic was female prime ministers'

6  leadership.  That's probably something, if you look

7  at my CV, I wound up presenting in September at a

8  different conference.

9           So, since I had been busy researching the

10  question of gender pay inequality, I basically put a

11  title on my letter to Dean Bachas and submitted it

12  to the conference to present there instead of what I

13  was on the program for.  But I was on a panel with

14  other people who were probably talking about female

15  prime ministers.

16      Q.   The attachment is a copy of the paper or,

17  I guess, a version of the paper -- would that be a

18  better way to say it -- of what you actually

19  presented at that conference a few weeks later?

20      A.   Yes.

21      Q.   After speaking at the conference, do you

22  recall later that summer reaching out to Bonnie

23  Muschett regarding your concerns over your salary at

24  the university?

25      A.   I can't tell you if it was before or after

Louise Davidson-Schmich
January 29, 2021

Page 180

 1    that conference or when it was, but at some point I
 2    did reach out to Bonnie, yes.
 3         Q.   Prior to your reaching out to Ms.
 4    Muschett, had you ever spoken with her before?
 5         A.   No.
 6         Q.   How did you decide to contact her
 7    specifically?
 8         A.   To the best of my knowledge at the time
 9    and at least today, the person or the program at
10    universities that is responsible for gender
11    inequities in education is the Title IX office.  So,
12    I think I -- so, what was your question, why I
13    reached out to her?
14         Q.   Not specifically.  I'm just curious what
15    caused you to direct any communications to her,
16    given that you had no prior conversation with her?
17         A.   What caused me to reach out to her was
18    that I had gone to my chair and expressed concern
19    about my conversations for promotion, and he said
20    his hands were tied by the dean because the dean had
21    a policy of granting a five percent raise for
22    promotions.
23              So, I went to go see the dean, and I
24    raised my concern about that policy of giving a
25    five percent raise for promotions and, again, to my

Louise Davidson-Schmich
January 29, 2021

Page 181

1    recollection he gave an abstract answer that in the

2    future one could do things differently, but he did

3    not -- he did not address my situation.

4            So, I went to go -- so, I thought, well,

5    at the university, you know, this is a college

6    policy.  It's the dean's policy.  The buck kind of

7    stops with the dean.  So, who else might be there at

8    the university that could respond or help me address

9    a concern that I thought was related to gender?

10           So, Title IX to my understanding is the

11   program that deals with these type of issues, and so

12   I went to go see the person who I could identify as

13   the Title IX person at the University of Miami.

14        Q.   Did you ever raise your concern to the

15   Faculty Senate?

16        A.   I did not.

17        Q.   I believe you testified earlier, and

18   correct me if I am wrong, that Dean Bachas said that

19   your concerns would be taken care of at some point

20   in the future in the next set of raises; is that

21   correct?

22        A.   That is correct.

23        Q.   Now, at this point another set of raises

24   hasn't happened yet, right?  You already know what

25   your salary is.  So, my question to you is, is there

Louise Davidson-Schmich
January 29, 2021

Page 182

1    a reason why you didn't wait and see what would have

2    happened the following year before raising the issue

3    with another department?

4         A.    I guess because I lacked some confidence

5    that Dean Bachas would take care of the issue, and I

6    wanted to see -- well, two things.  One is that I

7    was not certain that -- because he was very vague

8    about what "take care of me" meant, I wasn't

9    confident that a lot of change would be forthcoming.

10   Two, once I had done that research and started

11   thinking about the issue, I was also concerned about

12   this practice as a general practice.

13        So, I went to go see Ms. Muschett to see

14   what possible action there might be for me to pursue

15   at the university.  I would say it was an

16   informational -- I went to go see her as kind of an

17   informational sort of fact-finding mission.

18        Q.    Is there a reason why you didn't follow up

19   with Dean Bachas and get clarification if you were

20   unsure or unclear as to what he intended to do with

21   respect to you?

22        A.    Well, he had indicated that he would

23   follow up next year.  So, I guess in a sense the

24   reason why I didn't go back to Dean Bachas was that

25   I was waiting to see what would happen the next

Louise Davidson-Schmich
January 29, 2021

Page 183

1   year.

2       Q.   And in the meantime, without knowing what

3   was going to happen, you went to see Ms. Muschett;

4   is that correct?

5       A.   That is correct.

6       Q.   And I believe you exchanged a series of

7   e-mails with her.  Is that true?

8       A.   Yes.

9       Q.   Let me show you what we'll mark as Exhibit

10  65, which is a two-page document Bates stamped 00043

11  to 00042.

12          (The documents referred to were marked for

13          identification as Defendant's Composite Exhibit

14          No. 65.)

15  BY MR. YANNUZZI:

16      Q.   Again, they are in reverse chronological

17  order.  So, I will start at the bottom and let you

18  read and just tell me when to scroll.

19      A.   Yes.  You can scroll.  I'm familiar with

20  these e-mails.

21      Q.   May I scroll further up?

22      A.   Oh, yes.  I'm familiar with these e-mails.

23  So, that's fine.

24      Q.   Oh, all right.  I apologize for that.

25          As you see, we have marked as Exhibit 65 a

Louise Davidson-Schmich
January 29, 2021

Page 184

1    series of e-mails between you and Bonnie Muschett

2    dated July and August, 2017.  Have you seen these

3    e-mails before?

4        A.   Yes.  I wrote them.

5        Q.   You either wrote them or you received them

6    on or about those dates?

7        A.   Yes.

8        Q.   So, starting from the bottom here, you

9    reached out to Bonnie Muschett on July 3rd, 2017 to

10   attempt to schedule a meeting; is that correct?

11       A.   That is correct.

12       Q.   Was this the first e-mail that you ever

13   sent to her?

14       A.   I believe so because I was introducing

15   myself here.  I if I had written her before, I

16   wouldn't have needed to do that.

17       Q.   You ultimately worked to set up a meeting,

18   it looks like, in September of 2017; is that

19   correct?

20       A.   That is correct.  I'm not sure when the

21   meeting was but yes.

22       Q.   And you ultimately met with her, correct?

23       A.   That is correct.

24       Q.   Tell me about your initial meeting.  What

25   did you say to her, and what did she say to you?

Louise Davidson-Schmich
January 29, 2021

Page 185

```
 1        A.    To the best of my recollection, I told her
 2   roughly what I had told to Dean Bachas.  Well, I
 3   told her -- I guess I told her about two things.
 4   The one thing I told her about was that I had read
 5   the College of Arts and Sciences' ad hoc report on
 6   compensation of the female faculty, and I had seen
 7   what male associate professors in the social
 8   sciences had been earning.
 9             Then I told her that -- excuse me -- I had
10   been promoted to professor in 2017 and that I had
11   received a five percent raise that was five percent
12   of my base salary prior to promotion and that I had
13   inquired with my chair and with the dean and had
14   determined that that compensating promotion with a
15   five percent of the associate professor salary was
16   the standard practice in the College of Arts and
17   Sciences.  I told her that I didn't think that that
18   was fair, given that there was a gender salary gap
19   among associate professors.
20             So, basically, again, I was kind of
21   reiterating what is in the letter that I wrote to
22   the dean and also the subsequent letter that I wrote
23   to her saying that, if you have a gender salary gap
24   at the associate level and you promote people with
25   five percent of that previous salary, you are going
```

Louise Davidson-Schmich
January 29, 2021

Page 186

```
 1   to perpetuate those differences, and I thought that
 2   that was not a fair policy and that I was concerned
 3   about my compensation vis-a-vis at that time unknown
 4   male comparators.  I said I had seen that report and
 5   that there were unspecified male associate
 6   professors in the social sciences who had been
 7   earning more in years prior as associates than I was
 8   earning as a full professor, and I was concerned
 9   about that and I wanted to know whether or not there
10   was anything that the Title IX office could do to
11   allay or to address my concerns.
12        Q.   How did she respond?
13        A.   She told me that there were -- I don't
14   recall all of the options that she laid out for me,
15   but the option that I found to be the most -- the
16   best way to proceed was that it would be possible
17   for her to keep my name confidential and not say who
18   I was but to say that there was a concern with a
19   professor, I believe, in the Political Science
20   Department or -- obviously at this point I don't
21   remember exactly what she said, but basically that
22   she could go to the university administration, the
23   people higher than Dean Bachas, and say that there
24   was a person who was concerned about salary and they
25   could, you know -- they could look into it and see
```

Louise Davidson-Schmich
January 29, 2021

1   if there were grounds for concern.  Then she said --

2   to the best of my recollection, she told me that's

3   the way she wanted to proceed and then, you know,

4   basically like give me that in writing.

5           So, we had that meeting, and then quite

6   shortly thereafter is when, I believe, Hurricane

7   Irma came.  If it was not Irma, it was a big storm.

8       Q.   Did you eventually -- well, again, let me

9   back up for a second.

10          Correct me if I am wrong, but she provided

11  you a series of options, some of them which you

12  don't remember, but the option you remember agreeing

13  to or the one that was appealing to you was

14  submitting or allowing an anonymous complaint to be

15  submitted regarding the concerns you raised.  Is

16  that fair?

17      A.   Yes.

18      Q.   After the hurricane hit, which I believe

19  was Hurricane Irma, did you eventually follow up

20  with her to submit that anonymous complaint in

21  writing?

22      A.   Yes.

23      Q.   Let me show you what we will mark as

24  Exhibit 66.

25          (The documents referred to were marked for

Louise Davidson-Schmich
January 29, 2021

Page 188

```
 1          identification as Defendant's Composite Exhibit
 2          No. 66.)
 3       BY MR. YANNUZZI:
 4          Q.   Dr. Davidson-Schmich, we have marked as
 5       Exhibit 66 a series of e-mails between you and
 6       Bonnie Muschett that range in dates from August to
 7       November, 2017.  The first two pages are e-mails and
 8       those are Bates stamped 85400 to 85401.  Then there
 9       are a series of attachments that go from 85402 to
10       85425.
11               Have you seen this e-mail or these e-mails
12       and the attachments before?
13          A.   Yes.  I wrote them or received them from
14       Bonnie.
15          Q.   Correct me if I am wrong, but the
16       attachments consist of the letter or a letter that
17       you are submitting to Bonnie Muschett --
18          A.   Yes.
19          Q.   -- and your paper on gender pay at the
20       university level; is that correct?
21          A.   That's correct.
22          Q.   And then your letter to Dean Bachas that
23       you submitted before you met with him back in May;
24       is that correct?
25          A.   That is correct.
```

Louise Davidson-Schmich
January 29, 2021

Page 189

```
 1        Q.    These are e-mails that you sent or
 2   received on the dates indicated?
 3        A.    Yes.
 4        Q.    Starting here at the very first -- it's
 5   the first e-mail on the page, but it's the last
 6   e-mail in time.
 7        A.    Yes.
 8        Q.    You are following up with Bonnie Muschett
 9   and providing her additional information regarding
10   what you previously spoke with her about in August
11   of 2017; is that correct?
12        A.    Yes.  This was the follow-up to that
13   meeting.
14        Q.    Did you meet with her again after
15   submitting these materials to her?
16        A.    I don't believe so, no.
17        Q.    Did you have any telephone conversations
18   with her after submitting these materials?
19        A.    Yes.
20        Q.    Tell me about those conversations.
21        A.    Again, I would refer you to the request
22   for production for a specific list of the dates and
23   the times of those calls, but essentially between
24   the time that I submitted that document and the time
25   that I received the e-mail from my chair about my
```

Louise Davidson-Schmich
January 29, 2021

Page 190

1    salary, I checked in with her at a couple of points

2    to see how this anonymous investigation was

3    progressing.

4         Q.   **What did she tell you?**

5         A.   She told me, I believe, at some point

6    before Christmas that some people at the highest --

7    I'm not sure.  I watched her deposition, and she was

8    talking about some names.  I at the time was not

9    sure who she was referring to.  But she said that

10   the university administration at the university

11   level, so above the college level, at higher levels,

12   it turned out they were already undertaking some

13   sort of gender pay analysis anyway -- so, that had

14   already been planned -- and that my specific

15   investigation would be basically rolled into that.

16   So, as part of this larger investigation that was

17   going on about salary across the university, my

18   comparative salary would be, you know, essentially

19   analyzed as well with the rest of that data.

20        She told me before Christmas that this --

21   I'm not exactly sure whether she said the analysis

22   was going to be done over Christmas or she was going

23   to meet with the administrative people over the

24   holidays, but basically like, "I can't tell you

25   anything now, but after the holidays we should know

Louise Davidson-Schmich
January 29, 2021

1    more."

2              So, at some point in January, I believe,

3    after the break was over, I contacted her again and

4    I said, you know, "Do you have any news," and she

5    said, "Oh, I'm not exactly sure."  Basically she

6    told me verbally no, that this analysis is still

7    going on or the research is still being done, or we

8    don't know anything yet.

9              Then, again, I would refer you to the

10   request for production.  I think I might have tried

11   again via e-mail and then phone to follow up with

12   her to see if there was a result of this anonymous

13   investigation.

14       **Q.   Until Bonnie Muschett shared with you the**

15   **fact that a university-wide salary analysis was**

16   **being undertaken, were you aware of that fact?**

17       A.   No.

18       **Q.   Now, eventually did you receive a copy of**

19   **the result of that analysis?**

20       A.   In the fall of -- I'm not sure when it

21   was.  In the fall after I had approached outside

22   legal counsel, that fall semester, which I guess

23   would have been the fall semester of 2019, if I'm

24   not mistaken, I became a member of the Faculty

25   Senate Equity and Inclusion Committee, which is a

Louise Davidson-Schmich
January 29, 2021

Page 192

1  committee that is focused on equity and inclusion

2  issues at the university.  As part of that

3  committee, we either -- I mean eventually we saw

4  that report.  I wrote of that report in the context

5  of that committee after I had sought outside

6  counsel.

7      Q.  So, between the moment in time that you

8  were just describing on the Equity Committee and --

9  well, let me strike that.

10          That period of time was the first time you

11  actually got a copy of the report?

12      A.  That was the first time I got -- actually

13  I don't know.  I cannot state with any certainty

14  when I actually first saw that report, but certainly

15  in the context of that committee, that was the first

16  time that I had heard that there had been a report.

17  Then at some point in the course of that committee

18  work I ultimately did see the report.

19      Q.  Before you received a copy of the report,

20  had you been told about what the statistical

21  analysis showed?

22      A.  No.  I didn't even know that it had been

23  done.

24      Q.  Now, I believe I referenced this earlier

25  because I mistook one of your answers.  At some

Louise Davidson-Schmich
January 29, 2021

Page 193

1    point in May of 2018, did you receive, because of a

2    Reply All, a copy of a spreadsheet that revealed

3    salary information for other members of your

4    department?

5         A.   Yes.

6         Q.   Was that the first time you learned what

7    specific people in your department were making as

8    compared to you?

9         A.   Yes.

10             MR. YANNUZZI:   Let me mark a copy of this

11        as Exhibit 67.

12             (The documents referred to were marked for

13        identification as Defendant's Composite Exhibit

14        No. 67.)

15    BY MR. YANNUZZI:

16        Q.   Dr. Davidson-Schmich, what I marked as

17    Exhibit 67 to your deposition are a series of

18    e-mails with an attachment that are Bates stamped

19    and produced by you as 64 through 67.

20             Confirm for me, if you would, whether this

21    is a copy of an e-mail and attachment that you

22    received on or about the date indicated.

23        A.   Yes.

24        Q.   It's a little bit easier to work off this

25    one.  I can blow it up.

Louise Davidson-Schmich
January 29, 2021

Page 194

1      A.   Oh, there we go.

2      Q.   Are you with me now?  I just pulled up

3   Page 4 of the document.

4      A.   Yes.

5      Q.   So, Dr. Davidson-Schmich, is this the

6   attachment where you learned what your colleagues

7   were making?

8      A.   Yes.

9      Q.   Was there a particular person or salary

10  that concerned you as compared to your salary?

11     A.   Yes.

12     Q.   Who was that?

13     A.   Well, there were two that were concerning

14  to me.  One was Dr. Koger, and one was Dr. Klofstad.

15     Q.   Starting with Casey Klofstad, can you

16  explain to me what caused you concern?

17     A.   Yes.  I was a full professor.  That's a

18  different job at a higher rank.  I was being

19  compensated less than he was, who was an associate

20  professor doing a different job at a lower rank.

21     Q.   Do you know when Professor Klofstad was

22  hired?

23     A.   Not off the top of my head.

24     Q.   Were you involved at all in the

25  recruitment and hiring process for him?

Louise Davidson-Schmich
January 29, 2021

1       A.   If I was not on sabbatical or parental

2    leave, then I would have been.  We do many job

3    searches almost every year, and it's been a long

4    time.  So, it's hard to keep them straight.

5       **Q.   Do you know what experience Professor**

6    **Klofstad had before he came to the university?**

7       A.   Off the top of my head, no.

8       **Q.   Do you know what his research area or**

9    **specialty is?**

10       A.   At the time when he was hired, he did a

11    lot of work on networks and political participation

12    and the role that your peers have in getting you to

13    participate politically.

14       **Q.   Based on your answer, did his research**

15    **focus change at some point in time?**

16       A.   His more recent work has looked at

17    biological influences on political behavior.  So, I

18    guess broadly his work is about political behavior.

19       **Q.   That is a different specialty than the one**

20    **that you focus on.  Is that fair?**

21       A.   Yes.  He's probably more concerned with

22    mass participation, and I'm more concerned with

23    elite participation.  So, he studies like ordinary

24    folks, and I study politicians.

25       **Q.   I think some people might disagree with**

Louise Davidson-Schmich
January 29, 2021

1    your classification of them as elite, but that's a

2    story for another day.

3        A.   That's jargon.

4        Q.   I know.  I'm just making a joke.

5             Now, switching off of Professor Klofstad

6    to Professor Koger, what, if anything, concerns you

7    about the salary that you saw for him?

8        A.   What concerned me was that it was

9    considerably higher than my own, although we were

10   promoted to the same job on the same day.

11       Q.   Now, looking at this document, we also

12   have June Dreyer, the person we spoke about earlier,

13   correct?

14       A.   Yes.

15       Q.   She has the rank of full professor?

16       A.   That's correct.

17       Q.   Do you know when she obtained that rank?

18       A.   My best guess is in the 1980s when I was

19   in high school.

20       Q.   You see here that her salary on an annual

21   basis, at least according to this document, is

22   $185,130, correct?

23       A.   Yes.

24       Q.   So, that is significantly higher than

25   Professor Koger's salary; is that correct?

Louise Davidson-Schmich
January 29, 2021

Page 197

1      A.    That is correct.

2      **Q.    I think it's safe to say but just to be**

3   **clear, June Dreyer is a woman, correct?**

4      A.    That is correct.

5      **Q.    Now, when you received this e-mail, I**

6   **assume that you were surprised because you were not**

7   **the intended recipient.  Is that fair?**

8      A.    I was surprised that my -- that salary

9   information had been given to me of most of the

10  department, yes.

11     **Q.    What, if anything, did you do after**

12  **receiving the e-mail that we have marked as Exhibit**

13  **67?**

14     A.    I called Bonnie Muschett, I believe, or I

15  might have e-mailed her, but she really doesn't

16  respond to e-mails.  So, she was much easier to

17  reach by phone.  I called her because, again, she

18  had not gotten back to me with the results of any

19  salary analysis.  I told her -- I told her basically

20  that this e-mail had been disseminated and now it

21  was very clear to me that the small salary

22  discrepancy that I thought perhaps was present was

23  present at a much larger order of magnitude than I

24  had suspected, and I wanted to know what the

25  university's response to my complaint was.

Louise Davidson-Schmich
January 29, 2021

Page 198

1       Q.      What did she tell you?

2       A.      She said she would get back to me.

3       Q.      Did you have any more discussions after

4    this conversation that you just described?

5       A.      No.

6       Q.      Aside from reaching out to Bonnie

7    Muschett, was there anybody else at the university

8    that you expressed your concerns to?

9       A.      In terms of people who were -- I might

10   have expressed concern to the other female faculty

11   members with whom I went to go see the dean, but

12   other than that, no.

13      Q.      I appreciate your clarification, but to be

14   clear, aside from speaking to your colleagues, was

15   there anybody at a more senior or administrative

16   level that you spoke to regarding your concerns

17   other than the chair, the dean and Bonnie Muschett?

18      A.      No.  I did not speak to the chair.  I did

19   not speak to the dean.  I only spoke to Bonnie

20   Muschett.

21      Q.      Did you forward this e-mail that we have

22   looked at as Exhibit 67, the e-mail with the other

23   folks' salary information, to anybody else at the

24   university?

25      A.      Not to my recollection, but I know that

Louise Davidson-Schmich
January 29, 2021

Page 199

 1   there's been kind of collective analysis of the

 2   e-mails.  So, if I had, that would show up there.

 3          MR. YANNUZZI:  This is a perfect time to

 4      take a break.  This is like the last session.

 5      So, we are getting there.  I know it's a bit of

 6      a trudge, Doctor, but it's the nature of

 7      litigation.  I'm sorry.

 8          THE WITNESS:  That's all right.

 9          MS. MARTINEZ:  Could you estimate about

10      how much time you have left, if you can?

11          MR. YANNUZZI:  Sure.  I would say we have

12      got -- we should be done by 5:00, you know,

13      barring any unforeseen issues.  I think you can

14      see on the list there are only a few more

15      exhibits.  I have got some follow-up questions.

16      I will look over my notes.  I hope we will be

17      done around 5:00.

18          MS. AMLONG:  It's 4:01 now.  What time do

19      you want us to come back on Zoom?

20          MR. YANNUZZI:  You want to take like a

21      ten-minute break?  Is that good?

22          MS. AMLONG:  That's fine.

23          THE VIDEOGRAPHER:  That sounds good.

24      We are off the record at 4:01 p.m.

25          (Recess 4:01 p.m. until 4:13 p.m.)

Louise Davidson-Schmich
January 29, 2021

Page 200

1      BY MR. YANNUZZI:

2          Q.   Dr. Davidson-Schmich, before the break we

3      were discussing an e-mail you received in mid-May,

4      2018 showing the salary information for other folks

5      in your department.  Do you recall that?

6          A.   I certainly do.

7          Q.   Now, shortly thereafter you reached out to

8      an organization called AAUP asking for attorney

9      referrals; is that correct?

10         A.   That is correct.

11         Q.   What is -- or excuse me.  Is the AAUP the

12     American Association of University Professors?

13         A.   It is.

14         Q.   How did you come to be associated with

15     that organization?

16         A.   I guess it's a national organization that

17     represents faculty and their concerns.  So, I guess,

18     because I'm a faculty member, I was aware of that

19     organization.

20         Q.   Is that an organization that you pay

21     membership dues to?

22         A.   Yes.

23         Q.   In May of 2018 approximately how long had

24     you been a member of that organization?

25         A.   I don't think I had been -- I had never

Louise Davidson-Schmich
January 29, 2021

Page 201

1    paid them money before.

2        Q.    Oh, did you join the organization when you

3    began looking for an attorney?

4        A.    I believe so.  I believe -- yes.  I'm not

5    sure of the exact sequence of events.  They issue

6    reports and pronouncements and stuff that you don't

7    have to be a member to read.  But I think, if you do

8    avail yourself of their services, you have to become

9    a member.

10        Q.    Did you discuss with anyone at the AAUP

11    your concerns about your salary at the University of

12    Miami?

13        A.    I believe all I did was they have an

14    attorney referral service, and I believe that I

15    contacted them and said in general terms I was

16    interested in an attorney who might be able to take

17    a certain type of case.  But the specific details of

18    my case certainly I don't believe so, no.

19        Q.    Did you ever ask anyone at the AAUP

20    whether they had any literature or resources

21    regarding salaries at universities?

22        A.    I don't believe I asked a person.  They

23    have a website where, if you wanted to know that

24    information, you could look it up.

25        Q.    Did you avail yourself of their services?

Louise Davidson-Schmich
January 29, 2021

Page 202

1      A.   I did look at their -- at some point I did

2  look at their services or their -- they issue -- I

3  think every year they issue a report about faculty

4  salaries.  They might have done some studies about

5  gender differences.  If you read the academic case

6  report that I wrote for the conference in

7  Switzerland, AAUP data might be cited in that

8  report.  If I had looked at it, I would have

9  probably cited it in that paper, I suspect.

10     **Q.   Let me show you an exhibit that we'll mark**

11  **as Exhibit 68.**

12         (The documents referred to were marked for

13         identification as Defendant's Composite Exhibit

14         No. 68.)

15  BY MR. YANNUZZI:

16     **Q.   Dr. Davidson-Schmich, what I have got here**

17  **are a series of e-mails between you and a Kristopher**

18  **Gleason, the nontraditional spelling of Kristopher,**

19  **in mid to late May of 2018, which are Bates stamped**

20  **91913 and 91914.  I will start at the bottom and**

21  **give you an opportunity to read it.  Let me know**

22  **when to scroll up.**

23     A.   Okay.

24         Okay.  Yes.

25     **Q.   Are these e-mails that you sent or**

Louise Davidson-Schmich
January 29, 2021

Page 203

1    received on or about the dates indicated?

2         A.    Yes.

3         Q.    Starting from the bottom, you reached out

4    to the attorney referral service at the AAUP on May

5    15th, 2018.  Does that sound about right?

6         A.    Yes.

7         Q.    And they provided you three potential

8    attorneys, based on the inquiry that you provided?

9         A.    That is correct.

10        Q.    One of the things that they mentioned at

11   the bottom of their message to you was a suggestion

12   that you contact colleagues in the Department of

13   Academic Freedom, Tenure and Governance.  Do you see

14   that here?

15        A.    I do see that.

16        Q.    Did you speak to anybody in that

17   particular department?

18        A.    No.

19        Q.    Now, in looking at the three e-mails that

20   they recommended to you, I notice that none of them

21   are in the South Florida area.  Do you see that?

22        A.    I certainly did see that when they sent

23   the e-mail, yes.

24        Q.    Did you ultimately contact any of the

25   three attorneys referenced on Exhibit 68?

Louise Davidson-Schmich
January 29, 2021

Page 204

1      A.   No.  In my estimation they were -- I mean

2  you know how far away Tallahassee is.  That was

3  not -- it didn't appear to me to be a local attorney

4  that I could speak with.

5      Q.   Ultimately you retained Karen Amlong and

6  the Amlong firm to represent you; is that correct?

7      A.   That is correct.

8      Q.   Do you recall approximately when that was?

9      A.   It must have been sometime following this

10  date.  So, my guess would be maybe in June of 2018,

11  but I don't recall specifically.  Well, I don't

12  recall if I was asked to produce the specific date

13  in the request for production, but if I was, the

14  specific date I contacted Ms. Amlong would be in

15  that document.

16      Q.   How did you locate Ms. Amlong?

17      A.   I did two things.  I wrote to a colleague

18  who I know at Florida International University who I

19  thought -- he would have been active in faculty

20  governance at FIU, who I thought might be able to

21  make a recommendation.  Then I did my own kind of

22  Google search, just like, you know, most ordinary

23  people do if they need something.  Basically Karen's

24  name was a hit in both of those chats.

25      Q.   What is the name of the professor friend

Louise Davidson-Schmich
January 29, 2021

Page 205

1    of yours at FIU?

2         A.    His name is Dr. Philip Stoddard.

3         Q.    **Is he a political science professor?**

4         A.    He is not.  He's a biologist.

5         Q.    **Now, at some point after retaining Ms.**

6    **Amlong, you filed a Charge of Discrimination with**

7    **the EEOC.  Do you recall that?**

8         A.    I do recall that.

9         Q.    **Let me show you what we'll mark as Exhibit**

10   **69.**

11            (The documents referred to were marked for

12            identification as Defendant's Composite Exhibit

13            No. 69.)

14   BY MR. YANNUZZI:

15        Q.    **Dr. Davidson-Schmich, what I put on the**

16   **screen is a copy of a letter from Karen Amlong to**

17   **the EEOC enclosing your Charge of Discrimination,**

18   **and these are Bates stamped and produced by you as**

19   **209 and 210.  Let me give you a minute to review**

20   **that.**

21        A.    Okay.

22        Q.    **My first question to you is, have you seen**

23   **both this letter and your Charge of Discrimination**

24   **before?**

25        A.    Yes.

Louise Davidson-Schmich
January 29, 2021

1      Q.    I see here that you were copied on the

2    transmittal letter to the EEOC; is that correct?

3      A.    If it says that, then, yes, that's

4    correct.

5      Q.    This charge was filed on June 5th, 2018?

6      A.    Yes.

7      Q.    Scrolling to the second page of the

8    document, which is the actual Charge of

9    Discrimination, there's a signature for you dated

10   June 4th, 2018 at the bottom left-hand corner; is

11   that correct?

12     A.    That is correct.

13     Q.    I said signature, but it's a

14   DocuSignature.  But this, I guess, is your actual

15   signature.

16     A.    It's my DocuSign, I guess, yes.

17     Q.    You signed this under penalty of perjury,

18   attesting to the facts contained above; is that

19   correct?

20     A.    Exactly, yes.  It's my -- I guess you call

21   it an electronic signature.

22     Q.    Now, focusing on the body of the charge,

23   sort of in the middle of the page, who drafted this

24   content here in the middle that I have highlighted?

25     A.    Karen Amlong.

Louise Davidson-Schmich
January 29, 2021

Page 207

1       Q.    Did you make any edits?

2             MS. MARTINEZ:  Excuse me.  I'm going to

3       instruct you not to answer.  I think this is

4       starting to cross over into attorney/client

5       privilege.

6    BY MR. YANNUZZI:

7       Q.    Well, prior to meeting with Ms. Amlong,

8    had you prepared your own Charge of Discrimination?

9       A.    No.  I did not know that that was a thing.

10      Q.    That was my next question.

11            But you certainly by signing indicated

12   that you agreed with the content; is that fair?

13      A.    Yes, that is fair.

14            MR. YANNUZZI:  I'm going to stop sharing

15      my screen for one minute because we have got an

16      order issue with the last couple of exhibits,

17      and I want to make sure I have them right.

18            I apologize for that.  They are slightly

19      out of order.  So, I will just call them out

20      based on the numbers that I have.

21   BY MR. YANNUZZI:

22      Q.    Dr. Davidson-Schmich, after your Charge of

23   Discrimination was filed with the EEOC, do you

24   recall speaking with the investigator who was

25   assigned to the charge, Latasha Nelson?

Louise Davidson-Schmich
January 29, 2021

Page 208

1      A.   I don't recall.  I don't believe that I
2  ever spoke with her personally.
3      **Q.   Did you ever speak with anybody else at**
4  **the EEOC personally?**
5      A.   In terms of the investigation?
6      **Q.   Correct.  I'm excluding the conversation**
7  **you had more recently with Ms. Martinez.**
8      A.   No, I did not.  There was some back and
9  forth about meeting Ms. Nelson.  It was during the
10  summer.  Usually I go and I do research in Europe
11  and spend the summer in Germany usually.  So, I was
12  not in the country.
13           Then I believe that we tried to set a date
14  to meet when I returned to the country in the fall.
15  Then once we set up that date, then it turned out
16  actually that she wanted to meet with somebody or
17  wanted to meet with another one of Ms. Amlong's
18  clients and not me.  So, we never -- so, that
19  meeting that was scheduled was canceled and there
20  never was a meeting.
21      **Q.   Did you ever provide a written or verbal**
22  **statement to anyone at the EEOC during the**
23  **investigative process?**
24      A.   I don't -- a verbal statement, no.  A
25  written statement, if I did, it would be, I believe,

Louise Davidson-Schmich
January 29, 2021

Page 209

1    in the documents that the EEOC has.  But to the best

2    of my knowledge, no.  All correspondence would have

3    gone through my attorney, I think.

4         Q.   Let me show you something that we'll mark

5    as Exhibit 75, because of the numbering issue that I

6    mentioned before.  I will ask you to take a look at

7    this.

8              (The documents referred to were marked for

9         identification as Defendant's Composite Exhibit

10        No. 75.)

11   BY MR. YANNUZZI:

12        Q.   Dr. Davidson-Schmich, what I marked as

13   Exhibit 75 to your deposition is a series of

14   documents produced by the EEOC Bates stamped 591 to

15   597.

16             Let me give you a moment to read these

17   because you may or may not have seen them before.

18   So, I'll start from the bottom and work our way up.

19        A.   Okay.

20             Okay.  You can move up.

21             All right.

22             Okay.

23             Okay.

24             Okay.

25             Okay.

Louise Davidson-Schmich
January 29, 2021

Page 210

 1            All right.

 2       Q.    So, what we marked as Exhibit 75 are a

 3   series of e-mails, some of which you were copied on

 4   and some which you were not, but you are on the last

 5   e-mail in the chain, which includes all the others.

 6   So, I think by default you ended up getting copies

 7   of these.

 8            My first question to you is, do you recall

 9   receiving what we marked as Exhibit 75, these series

10   of e-mails, on or about the dates indicated?

11       A.    I must have received them, but

12   specifically this particular e-mail or this

13   particular thread I don't have a concrete memory of.

14       Q.    Focusing on the first e-mail on the first

15   page, you are copied on an e-mail from Latasha

16   Nelson at the EEOC.  Do you see that?

17       A.    Yes.

18       Q.    You understood that Latasha Nelson was the

19   investigator at the EEOC who was assigned to your

20   charge?

21       A.    Yes.

22       Q.    Here she writes, "Just in case you are

23   unable to speak with me, I wanted to inform you that

24   the investigation has concluded, and I am

25   recommending a cause finding based upon the evidence

Louise Davidson-Schmich
January 29, 2021

Page 211

1    on hand."  Do you see that?

2        A.    I do.

3        Q.    Now, just to be clear, as of this date or,

4    I guess, any date, you yourself had never spoken

5    with Latasha Nelson about your Charge of

6    Discrimination?

7        A.    To the best of my recollection, no, I

8    never spoke with her.

9        Q.    Now, scrolling a little bit further into

10   the chain, there is a reference here in an e-mail on

11   which you were copied dated October 25th, 2018,

12   where dates for a fact-finding conference are being

13   proposed.  Do you see that?

14       A.    I do see that.

15       Q.    Do you recall ever speaking with Latasha

16   Nelson or anybody at the EEOC regarding a fact-

17   finding conference?

18       A.    Can you excuse me for one second?  My

19   daughter is on emergency override.  Can I talk to

20   her?

21       Q.    Yes, absolutely.

22       A.    Thank you.

23             (Discussion off the record.)

24       A.    I'm sorry.  It was not an emergency, but

25   you never know with kids.  That's why I put her on

Louise Davidson-Schmich
January 29, 2021

Page 212

1    override.

2      BY MR. YANNUZZI:

3      **Q.    No.   Of course.   I'm glad everything is**

4    **okay.   Do you need a minute, or are you ready to hop**

5    **back on?**

6      A.   I'm fine.

7           I do not remember -- I remember many times

8    in this case I thought something was going to

9    happen.   Like, for example, a year ago we prepared

10   for this deposition, and then it didn't take place

11   until today.   So, to the best of my recollection,

12   this is another one of those series of events where

13   I thought something was going to happen and got all

14   nervous and got all prepared and then nothing ever

15   took place.

16     **Q.   Now, there are a couple of questions about**

17   **some documents that were produced to us in this case**

18   **by you and your lawyer.   I just want to ask you a**

19   **few questions about them, okay?**

20     A.   Okay.

21     **Q.   So, what I will mark as Exhibit 70 is a**

22   **document called Timetable (Documentation Attached),**

23   **which is a two-page document from you Bates stamped**

24   **134 and 135, and then a series of attachments that**

25   **are very lengthy that go all the way to 208.**

Louise Davidson-Schmich
January 29, 2021

Page 213

```
 1              (The documents referred to were marked for
 2         identification as Defendant's Composite Exhibit
 3         No. 70.)
 4    BY MR. YANNUZZI:
 5         Q.   I'm happy to scroll through the
 6    attachments more slowly, but my question focuses on
 7    the first two pages, which may illuminate the
 8    attachments.  So, unless you have any objection,
 9    I'll start there.  If you want to look at something
10    in the back, I'm happy to talk to you about it,
11    okay?
12         A.   Thanks.  That's fine.
13         Q.   So, let's go to the first two pages of
14    Exhibit 70, which appear to be a timeline of sorts.
15    I'm going to give you a chance to review it.
16         A.   I think all of this confirms what we have
17    gone over today.
18         Q.   May I go to the next page?
19         A.   Yes.
20              Okay.  You can scroll down.
21              Okay.
22         Q.   Dr. Davidson-Schmich, my first question to
23    you is, do you recognize the document we have marked
24    as Exhibit 70?
25         A.   Yes.
```

Louise Davidson-Schmich
January 29, 2021

Page 214

1        Q.    Is this a document you prepared?

2        A.    Yes.

3        Q.    This is a timeline that you drafted

4    regarding the events that you thought were important

5    for your salary concerns; is that fair?

6        A.    Yes.

7              MS. MARTINEZ:  Objection to the form.

8    BY MR. YANNUZZI:

9        Q.    You can answer, Doctor.  What was the

10   answer?

11       A.    Could you repeat the question?  I'm sorry.

12       Q.    Sure.  No problem.  I said, is this a

13   timeline of the events you considered significant

14   with respect to your concerns about your salary at

15   the university?

16             MS. MARTINEZ:  Objection to the form.

17             You can answer.

18       A.    Okay.  I guess, I believe, that this was

19   produced perhaps in request for my recollection of

20   steps that I took or events that led me to file a

21   Charge of Discrimination.  So these were the, I

22   guess, events that I produced in -- I'm not sure who

23   asked me to prepare this document or what the

24   context was.  So, I'm not sure exactly why I chose

25   to include those events, but it's my recollection of

Louise Davidson-Schmich
January 29, 2021

Page 215

 1    some of the things that we have been discussing here

 2    today.

 3        Q.    I remember that a lot of these dates and

 4    events are things we discussed previously.  Do you

 5    have any -- I know you just testified that you don't

 6    know why or for whom you created this document.  But

 7    looking at the very last page of September 28th --

 8    excuse me -- September 25th, 2018, do you have any

 9    concept of when in relation to that date you

10    prepared this document?

11        A.    Well, it must have been afterwards, not

12    before.  But, you know, no.  I mean obviously it was

13    after September 25th, 2018.  That's all I can attest

14    to right now.

15        Q.    Do you recall whether you made this

16    document all at one time or whether you started it

17    back in the fall of 2016 and then just were updating

18    it along the way?

19        A.    No.  I believe -- I think this must have

20    happened in response to some sort of request for

21    production from somebody where I was trying to go

22    back and kind of from memory find a trail of things

23    that I could document.  So, a lot of the e-mails and

24    things that I produced may be as a response to the

25    request for production or maybe a request from Karen

Louise Davidson-Schmich
January 29, 2021

Page 217

1  director.  They have a permanent director of the

2  Title IX office.  Whether or not it's Ms. Pruitt or

3  somebody else, I can't tell you as of today.

4      **Q.   Now, you state here that Ms. Pruitt is not**

5  **trained in this area.  What is your basis for that**

6  **statement?**

7      A.   Again, if you look up at the top there,

8  I'm on the Faculty Senate Committee.  I believe -- I

9  think it's called Equity and Inclusion, but here

10  it's called Diversity and Inclusion.  But at any

11  rate, this committee, one of the things that this

12  committee has been concerned about was that the

13  university has had a Title IX coordinator position,

14  I believe, when Ms. Muschett had it, and when she

15  left, I believe Ms. Pruitt, who had a full-time job

16  at the university doing -- I'm not exactly sure what

17  but something else, in addition to her already

18  full-time responsibilities, she was given this

19  additional title of interim Title IX director.

20          The university did, I believe, a national

21  search or at least an outside search for a director

22  of the Title IX office, and as far as I understand

23  from my work on this committee, they failed to fill

24  the position, and so Ms. Pruitt remained an interim

25  director.  Then ultimately, I'm not exactly sure,

Louise Davidson-Schmich
January 29, 2021

1    but finally someone was -- it wasn't an interim.  It

2    was a full-time position.

3            But I think the concern of our committee

4    was, and that's not necessarily in the context of

5    this particular case but more broadly, it's

6    difficult to be the director of the Title IX office

7    as a full-time position while simultaneously doing

8    another full-time position.  So, the concern of the

9    committee was that the university needed to find

10   someone who could devote, you know, the full-time

11   job to this full-time position.

12       **Q.   Do you know what training Ms. Pruitt has**

13   **received on Title IX issues?**

14       A.   Actually I do not know that.  I do not

15   know that.

16       **Q.   So, your statement here --**

17       A.   She was not --

18       **Q.   I'm sorry.**

19       A.   As far as I know, she was not a candidate

20   for the Title IX directorship position and that she

21   was given it in addition to other duties that she

22   was doing.

23       **Q.   But your statement here that she is not**

24   **trained in this area at best is inaccurate, correct,**

25   **because you have no way of knowing what training**

Louise Davidson-Schmich
January 29, 2021

Page 219

1   she's received?

2           MS. MARTINEZ:  Objection to the form.

3           You can answer.

4      A.   Okay.  Your question was if my statement

5   is inaccurate.  I don't know if it's inaccurate or

6   not because I do not have her -- Ms. Pruitt's CV.

7      Q.   All right.

8      A.   So, it would be correct to say that,

9   because I do not have her resume in front of me, I

10  cannot objectively state her qualifications for the

11  position.

12     Q.   All right.

13          Now, there was another document among the

14  materials that you produced.  Let me make sure I

15  pull up the right one here.

16          We'll mark this as Exhibit 72.  Again, I

17  realize I'm going slightly out of order, but it is

18  what it is.

19          (The document referred to was marked for

20          identification as Defendant's Exhibit No. 72.)

21  BY MR. YANNUZZI:

22     Q.   Dr. Davidson-Schmich, what I marked as

23  Exhibit 72 is a document that you produced to us

24  Bates stamped 330.  It appears to be a spreadsheet

25  with some salary information.

Louise Davidson-Schmich
January 29, 2021

Page 220

1          My first question to you is, have you seen

2     this document before?

3          A.   I believe I created it.  So, yes, I have

4     seen it before.

5          Q.   Do you know when it was created?

6          A.   Sometime after the salaries for the 2019/

7     2020 year were announced.

8          Q.   That was going to be my guess.

9               Do you know why it was created?

10         A.   I think I was trying to do kind of a

11    forensic analysis of my own salary to find out what

12    happened.

13         Q.   Now, I notice that some of these boxes

14    have question marks.  Do you see that?

15         A.   I do see that.

16         Q.   I assume, and correct me if I am wrong,

17    that's because you just didn't have that

18    information.

19         A.   That's correct.

20         Q.   Now, for the year 2012/2013, there's an

21    indication that you received a raise of

22    7.14 percent; is that correct?

23         A.   According to this chart, yes.

24         Q.   Well, do you know where you got the

25    numbers that you used to complete the chart?

Louise Davidson-Schmich
January 29, 2021

Page 221

```
 1        A.   I believe they must have come from those
 2   letters that we went through.  Where I had retained
 3   those letters in my records, I had a copy of what I
 4   received.  You know, annually you receive a note
 5   from the chair in the spring that says your salary
 6   for the next year is going to be X.  As you saw,
 7   sometimes there's information in those letters
 8   regarding what parameters the chair had to work with
 9   and sometimes there's not.  So, where there are
10   numbers on this chart, those were numbers that I
11   could draw from those letters that I had retained
12   myself.  So, as you can see, some years I just
13   didn't keep that paperwork.
14        Q.   Is there a reason -- let me start over.
15             Is that the reason why the chart starts in
16   2008 and 2009 rather than when you were hired in
17   2000?
18        A.   Yes.  I suspect what happened was that
19   when I got tenure I threw away all sorts of stuff.
20        Q.   Shifting to or going back to the 2012/2013
21   year where you indicate that you received a
22   7.14 percent raise, in the Analysis section of the
23   document you wrote, "Above 4 percent maximum."  Do
24   you see that?
25        A.   I do see that.
```

Louise Davidson-Schmich
January 29, 2021

1      Q.    Do you know what that is referring to?

2      A.    I think, but I wouldn't swear to it, but I

3  think that this chart was compiled after I had

4  received the university's answer to my Charge of

5  Discrimination.  In that answer from the university

6  there were -- my interpretation of the university's

7  position was that I had -- my salary difference or

8  the salary that I received was due to poor

9  performance as a professor.  So, one of the things

10 that I was trying to do in this chart was to go back

11 and to see -- look at what had happened to my salary

12 in terms of what the university said was available

13 that year.

14            So, if we look at that particular year

15 that you are talking about, my salary letter, my

16 guess is the salary letter had said that there's a

17 merit pool of 2.67 and there's a market pool of

18 1.33, and if you add those two numbers together, it

19 would mean that the biggest -- the person who was

20 the most meritorious and the person who was

21 compensated the most from the market pool would have

22 received a four percent salary increase.  But as you

23 can see from the other column, it appears that I got

24 a 7.14 percent salary increase, which I think when I

25 put this chart together was to kind of show that, if

Louise Davidson-Schmich
January 29, 2021

Page 223

1   I had been really a poorly performing professor that

2   the university was alleging in its response to my

3   complaint, it was very odd that they would have

4   given me a salary increase over the maximum that

5   they said that people could receive.

6          So, I think that this was basically an

7   effort to compile some evidence that would indicate

8   that I don't have a record of poor performance at

9   the university from the point of view of the people

10  doing the compensations.

11      Q.   I apologize for speaking over you there at

12  the end.

13          Did you ever give this document to the

14  EEOC?

15      A.   I do not recall.  I do not know.  If you

16  received it from them, then I guess the answer would

17  be yes.  If you received it from a forensic analysis

18  of my computer files at work, I don't know.

19      Q.   Just for your edification, we received

20  this one directly from you based on the Bates number

21  on the bottom here, but that's neither here nor

22  there.

23          Looking at the next year, 2013/2014, you

24  have a note here in the Analysis section that says,

25  "Best possible outcome."  Do you see that?

Louise Davidson-Schmich
January 29, 2021

Page 224

```
 1        A.   I do see that.
 2        Q.   Can you explain to me what you meant by
 3   that note?
 4        A.   Yes.  The market pool was a 1.33 percent
 5   raise, and the merit pool was a 2.67 percent raise.
 6   If you add those together, my guess is -- I would
 7   have to get a calculator to confirm.  I can't do
 8   math under pressure.  But those two numbers added
 9   together would be 4.4 percent, which again would
10   indicate that I got the best possible raise that the
11   university claimed that it was giving during that
12   particular year.
13        Q.   That is where I lost you a little bit
14   because --
15        A.   Okay.
16        Q.   -- two and two-thirds and one and
17   one-third equal four, not 4.4.  So, I'm trying to
18   understand the discrepancy, especially in light of
19   your explanation for the prior year and what the
20   boxes mean.  Do you have any understanding as to why
21   you have 4.4 percent and the two numbers next to it
22   don't add up to that?
23        A.   It could be that I'm not particularly good
24   at math.  It could also be that I anticipated, if
25   you had given me a four percent raise, it would have
```

Louise Davidson-Schmich
January 29, 2021

Page 225

1  come out to some number that is not rounded; and as
2  you can see, for several years in a row all of my
3  salary numbers were kind of round numbers at the
4  end.
5      Q.  Now, do you recall at some point a lawsuit
6  was filed against the university by the EEOC that
7  you later joined in as an intervenor plaintiff?
8      A.  If you are referring to the matter that we
9  have at hand today, yes, I was aware of that.
10     Q.  I mean you understand that the EEOC has
11  filed a Complaint in Federal Court against the
12  University of Miami.
13     A.  Yes.  I don't know if that's happened more
14  than once, but I know that it's happened in relation
15  to this particular case.
16     Q.  Right.  I'm limiting my question here just
17  to this particular case.
18     A.  Okay.  So, yes, I'm aware of that.
19     Q.  And you understand that you, through your
20  lawyer, have filed your own intervenor Complaint
21  based on the same facts and circumstances as the
22  EEOC's Complaint.
23     A.  Yes.
24     Q.  Since your lawsuit was filed, have you
25  given any statements to the press about your lawsuit

Louise Davidson-Schmich
January 29, 2021

Page 226

1    against the university?

2         A.   No.  I have given statements to the press

3    in the sense that when I have been asked for comment

4    I have told them that I'm not supposed to comment on

5    this matter and that they should contact the EEOC.

6         Q.   Let me show you then what we will mark as

7    Exhibit 73, which are two e-mails with you dated

8    August 1, 2019.

9              (The document referred to was marked for

10             identification as Defendant's Exhibit No. 73.)

11   BY MR. YANNUZZI:

12        Q.   So, what we have marked as Exhibit 73 is a

13   document you produced to us Bates stamped 333.  It's

14   two e-mails between you and a Jennifer Fink.  Do you

15   see that?

16        A.   I see one e-mail from her and one e-mail

17   from me, yes.

18        Q.   And these are e-mails that were sent and

19   received on August 1, 2019?

20        A.   Yes.

21        Q.   Starting at the bottom, which is the first

22   e-mail chronologically, Ms. Fink, who appears to be

23   a writer for Newsweek, is reaching out to you for a

24   comment about the EEOC's lawsuit against the

25   University of Miami; is that correct?

Louise Davidson-Schmich
January 29, 2021

Page 227

1      A.    That is correct.

2      Q.    And you responded on the e-mail above?

3      A.    Yes.

4      Q.    And rather than a no comment, you provide

5  your comments about the case and what you perceive

6  to be a broader issue with respect to salary; is

7  that correct?

8      A.    She asked me two questions.  If you go to

9  the -- if you scroll down the page, she asked, "Do

10  you have any comment on the case?"  I do not comment

11  on my case.

12            Then she says, "Do you think this is a

13  University of Miami-specific problem, or do you

14  think your experience speaks to a broader issue,"

15  and then I gave her some information about a broader

16  issue.

17      Q.    And this link is to a document from the

18  AAUP website that we spoke about earlier?

19      A.    Yes.

20      Q.    Is there a reason why you didn't send her

21  a link or a copy of the paper that you prepared and

22  presented in Switzerland?

23      A.    I don't have much experience with

24  journalists, but in my experience I don't anticipate

25  that journalists of popular magazines read academic

Louise Davidson-Schmich
January 29, 2021

1    papers.

2         Q.   So, this link doesn't take you to an

3    academic paper.  It's more easily accessible

4    information?  Is that the concept?

5         A.   It's a news article, yes.

6         Q.   You were also contacted by the University

7    of Miami student newspaper about your lawsuit.  Do

8    you recall that?

9         A.   I do recall that.

10         Q.   We'll go ahead and mark a copy of that as

11    Exhibit 74, which is two e-mails dated August 20 and

12    21, 2019.

13              (The documents referred to were marked for

14              identification as Defendant's Composite Exhibit

15              No. 74.)

16    BY MR. YANNUZZI:

17         Q.   Do you see that?

18         A.   I do see that.

19         Q.   These are e-mails that you sent and

20    received on the dates indicated?

21         A.   Yes.

22         Q.   You were asked for a comment by a writer

23    for The Miami Hurricane newspaper?

24         A.   Yes.  That's the student newspaper.

25         Q.   Right.  You responded and said that you

Louise Davidson-Schmich
January 29, 2021

Page 229

1    were unable to provide comments on this issue at
2    this time; is that correct?
3        A.    That is correct.
4        Q.    Was there any other conversation with
5    Naomi Feinstein after your e-mail on October 21,
6    2019?
7        A.    No.
8        Q.    Other than the two e-mails we just looked
9    at or the two series of e-mails we just looked at,
10   have you had any another inquiries from the press
11   regarding your lawsuit?
12       A.    I can't recall that.  That might have also
13   been part of the request for production, but I don't
14   recall.
15       Q.    Now, Dr. Davidson-Schmich, sitting here
16   today now in January of 2021, you discovered,
17   according to you, a few years ago what you perceive
18   to be a gender pay differential at the University of
19   Miami.  Is that fair?
20       A.    Yes.
21       Q.    You brought claims under Title VII and the
22   Equal Pay Act based on that premise.  Are you aware
23   of that?
24       A.    Yes.
25       Q.    Can you give me the factual basis for your

Louise Davidson-Schmich
January 29, 2021

Page 230

1    claim that you are paid less at the University of

2    Miami because you are a woman?

3              MS. MARTINEZ:  Objection to the form of

4         the question.

5              You can answer.

6         A.   I believe the factual basis is apparent in

7    the salary disclosure that my chair made to the

8    entire department, showing that the person who was

9    my colleague, with whom I was promoted in the same

10   promotion process, considerably outearned me, and

11   I'm female and he is male.  I have gone through many

12   attempts to get the university to tell me otherwise,

13   to show me what else could account for this, and I

14   received over and over again no response to my

15   discussion of gender issues.  So, from this lack of

16   response and the inability to respond to my concern,

17   I assume that there's a problem.

18        Q.   So, other than -- I'm sorry.  I didn't

19   mean to cut you off.

20        A.   So, those are the -- I mean the facts that

21   I have outlined today, I think, are all factual

22   bases for a claim.

23        Q.   Other than the fact that Professor Koger

24   is a man and you are a woman and you were both

25   promoted to professor at the same time and he earns

Louise Davidson-Schmich
January 29, 2021

Page 231

1    more than you do, are there any other facts that you

2    contend support your claim for gender pay

3    discrimination at the university?

4              MS. MARTINEZ:  Objection to the form of

5         the question.

6              You can answer.

7         A.   I would refer you to the request for

8    production and the myriad of documents that we have

9    talked about today about my concern about the

10   process through which promotion at the university is

11   compensated, and I don't think that that's an

12   equitable promotion process.

13        Q.   I have gone through all the documents, but

14   what I am asking you is your factual basis for your

15   claim that the equity problem, as you described, is

16   based on gender as opposed to some other factor.

17             MS. MARTINEZ:  Objection to the form.

18             You can answer.

19        A.   I'm sorry.  Was that a question?  It

20   sounded like a statement.  I'm not sure what the

21   question was.

22        Q.   Sure.  Let me rephrase that.

23             So, I understand that you believe, for

24   example, with promotion, that the five percent bump

25   when someone gets promoted to full professor creates

Louise Davidson-Schmich
January 29, 2021

Page 232

1    an inequity.  Are you with me so far?

2         A.   Yes, five percent as a basis of a prior

3    salary.

4         Q.   Correct.

5              Can you explain to me your factual basis

6    for why you believe that that practice is based on

7    gender or is a result of gender discrimination?

8              MS. MARTINEZ:  Objection to the form.

9              You can answer.

10         A.   I think -- I think what you just asked is

11    if that process was based on gender discrimination.

12    I don't think the basis for the process is an intent

13    to discriminate on the basis of gender, but I think

14    that that outcome of having that as a process leads

15    to gender discrimination.  So, if you are paying men

16    more at one rank than you are paying women at that

17    rank and then you say, "I'm going to promote you to

18    a new position, a higher level position, a different

19    job, a higher job and I'm going to base your pay on

20    what you were earning before," and the woman is

21    earning less and the man is earning more, then the

22    process of promotion widens that gap in dollar terms

23    and perpetuates those inequities.  So, I would say,

24    while the intent or the method is not designed to be

25    discriminatory, the outcome of that method is

Louise Davidson-Schmich
January 29, 2021

Page 233

1    discriminatory.

2         Q.   Based on your answer that you just gave,
3    wouldn't the most determinative factor for any pay
4    differential be the starting salary insofar as that
5    sets the initial number which gets compounded year
6    over year based on percentage increases?

7         A.   That is part of the issue, yes, because if
8    you are moving through the ranks with a percentage
9    salary that starts from an initial point, that has a
10   tendency to compound.

11        Q.   Well, we discussed early on in your
12   deposition that you and two men were hired at the
13   same time at the university in 2000 in the
14   Department of Political Science; is that correct?

15        A.   That is correct.

16        Q.   You all started at the same salary of
17   $50,000, correct?

18        A.   That is correct.

19        Q.   Do you contend that there was any aspect
20   of the salary you were paid initially as being a
21   product of gender discrimination?

22             MS. MARTINEZ:  Objection to the form.
23             You can answer.

24        A.   I'm sorry.  I lost track of what the
25   question was.

Louise Davidson-Schmich
January 29, 2021

1      Q.    No problem.

2            So, just to recap, we discussed earlier in

3    the deposition that you were hired at the same time

4    as two other males in the Department of Political

5    Science, and you were all hired at the exact same

6    salary of $50,000, correct?

7      A.    That is correct.

8      Q.    Given that, do you contend that your

9    initial starting salary was a product of gender

10   discrimination?

11           MS. MARTINEZ:  Objection to the form.

12           You can answer.

13     A.    I do not know what in your terminology

14   produced my starting salary.  What I can say is that

15   my starting salary was the same as the two other men

16   that were hired the same year that I was.  But what

17   it was a product of, I cannot say.

18     Q.    Well, putting that to the side, do you

19   believe as you sit here today that your starting

20   salary was a product of gender discrimination?

21           MS. MARTINEZ:  Objection to the form.

22           You can answer.

23     A.    Since I received the same salary, I do not

24   see in that particular instance that there was a

25   difference between me and the two people that were

Louise Davidson-Schmich
January 29, 2021

Page 235

1   hired in the same year.  So, in that sense the

2   salaries were equal.  There was gender equality

3   across the three of us in terms of the starting

4   salary that we were offered.

5       **Q.   Now, going from there, is there a**

6   **particular moment in time where you believe that**

7   **your salary became the product of gender**

8   **discrimination?**

9               MS. MARTINEZ:  Objection to the form.

10              You can answer.

11      A.   So, it's not really clear to me what

12  produces salaries at the University of Miami.  I

13  only have what you saw.  I submitted a report of my

14  activities.  Then some months later I received a

15  different salary.  So, I'm not the one that made

16  those decisions.  So, I can't say what logic, if

17  any, went into those decisions.

18              I can see that I took an additional year

19  on my tenure clock for parental leave because I gave

20  birth to a baby and I breastfed a baby.  So, that

21  gave me an additional year at the assistant

22  professor rank that most men, because most men do

23  not give birth and breastfeed babies, do not take.

24  So, I spent an additional year before I got the bump

25  to associate professor.  Again, I served as an

Louise Davidson-Schmich
January 29, 2021

Page 236

1    associate professor for a number of years.  Again, I
2    had a child.  Again, I took parental leave,
3    something that not necessarily all male professors
4    would do.  So, that again took me more years to
5    reach the full professor rank than most men would
6    have because most men don't take time off to give
7    birth and do breastfeeding.  So, I progressed
8    through the ranks more slowly.
9              I cannot say what goes into creating the
10   salaries at the associate professor level at the
11   College of Arts and Sciences in the field of social
12   sciences because I do not set those salaries.  But
13   what I can see from the ad hoc report that we
14   reviewed is that there are differences between male
15   and female salaries within the college, and I can
16   see that when I was promoted to a full professor, my
17   promotion to a new job starting with zero years of
18   experience, I had never been a full professor before
19   and then I became a full professor, and the salary
20   that I received to pursue that particular position
21   was a percentage of the salary that I received
22   before, and the salary that I received before was
23   produced by a system that compensates men and women
24   differently at the assistant -- excuse me -- at the
25   associate professor level.  So, there was a

Louise Davidson-Schmich
January 29, 2021

Page 237

1  gender -- you know, if we think about a raise, women

2  start here and men start here.  So, when people are

3  compensated based on having five percent of that

4  salary, that perpetuates that difference, even

5  though a faculty member is starting a new position.

6      **Q.   But what is the factual basis for your**

7  **contention that men and women are not starting at**

8  **the same place?  I guess I'm not understanding how,**

9  **if your initial salary was not a product of gender**

10  **discrimination, how it becomes gender discrimination**

11  **at some point down the line.**

12      A.   Isn't that interesting?  I mean I think

13  that's the --

14          MS. MARTINEZ:  Let me object to the form

15      of the question first, and then you can

16      continue to answer.

17      A.   The factual basis for that would be,

18  again, as we discussed before, the ad hoc committee

19  report that shows the salaries of men and women

20  associate professors in the College of Arts and

21  Sciences at -- I'm sorry.  I don't know the date of

22  that report, the date from which that salary

23  information was drawn from.

24  BY MR. YANNUZZI:

25      **Q.   So, other than the analysis in that**

Louise Davidson-Schmich
January 29, 2021

Page 238

```
 1    report, is there any other source that you are
 2    relying on when you claim that over time there
 3    becomes a gender-based difference in salary in the
 4    College of Arts and Sciences?
 5              MS. MARTINEZ:  Objection to the form.
 6              You can answer.
 7         A.    Again, I would refer you to the research
 8    that has been done on the subject as a source for my
 9    claim.  The other source of information is the
10    information that I am privy to, which is, of course,
11    extremely limited, but I can watch what happened to
12    my salary and I can watch what the outcome was when
13    the salaries for me and my male colleagues were
14    released by the chair in violation of what otherwise
15    was supposed to be confidential information.
16         Q.    None of the other sources that you relied
17    upon -- for example, the sources that you cited in
18    your paper -- were analyses at the University of
19    Miami specifically; is that correct?
20         A.    That is correct.  I'm not privy to that
21    information.  I've never been a decision maker
22    regarding salaries at the university.
23         Q.    So, then is the only Miami-specific
24    information that you are relying on the information
25    from the ad hoc committee report that we discussed
```

Louise Davidson-Schmich
January 29, 2021

Page 239

1    before?

2         A.    At this point in time, I'm relying on the

3    fact that the EEOC decided to take my case among

4    many that I am sure that they have to choose from.

5    So, I'm relying on the results of professionally

6    trained investigators who on behalf of our

7    government are looking into this issue.

8         **Q.    Dr. Davidson-Schmich, I'm not trying to**

9    **upset you.  I hope that that is clear.  Do you want**

10   **to maybe -- we can take a minute.  Is this a good**

11   **time for everybody to stop and take a break?  I**

12   **don't want to --**

13        A.    No.  That's fine.  You can continue.

14             MR. YANNUZZI:  Are you sure?

15             I mean, Ana or Karen, I will defer to you,

16        if you want to take a minute.  I mean I don't

17        have a lot more, but I'm happy to take a break

18        right now.

19             MS. MARTINEZ:  No.  If you are fine

20        continuing, we can continue.

21             THE WITNESS:  That's fine.  Let's keep

22        going.

23   BY MR. YANNUZZI:

24        **Q.    Dr. Davidson-Schmich, of course, let me**

25   **know if you want to take break.  You know, the same**

Louise Davidson-Schmich
January 29, 2021

Page 240

1    rules apply now.

2              Putting aside, I guess, the fact that the

3    EEOC has intervened, are you yourself aware of any

4    other facts to support a claim of gender pay

5    discrimination with respect to your salary at the

6    University of Miami?

7              MS. MARTINEZ:  Objection to the form.

8              You can answer.

9    A.    All of the facts of which I'm aware I have

10   reported in the multitude of documents that I have

11   been requested to produce.  So, there's no

12   outstanding smoking gun that I am going to pull out

13   of my pocket at a late date, at least not as of

14   today.

15   Q.    My question is a little bit more narrow,

16   though.  Of all the documents you produced and

17   everything you have said to me today, can you tell

18   me what makes you believe that gender, as opposed to

19   some other factor, explains the salary differential

20   between you and Dr. Koger?

21             MS. MARTINEZ:  Objection to the form.

22             Christopher, I think you have asked this

23             question lots of times in the same way.  She's

24             answered.  I'm not sure where you are going in

25             repeating the same question over and over

Louise Davidson-Schmich
January 29, 2021

Page 241

1        again.

2               MR. YANNUZZI:  I don't think I got an

3        answer to the question.  So, that's why I'm

4        asking it again.

5    BY MR. YANNUZZI:

6        **Q.   Dr. Davidson-Schmich, if you could, you**

7    **know, give me your answer.**

8        A.   Well, I guess one thing that we could do

9    would be to think about what the literature in

10   general on gender and pay indicates.  There are two

11   variables that are strongly associated with

12   producing gender pay equality.  One of those

13   variables is transparency.  So, where salary bands

14   and salaries are visible and transparent, it makes

15   it easier for women who have been compensated

16   differently than their male colleagues to identify

17   that information and to act on it.

18              So, the University of Miami's procedures

19   for pay are, as we discussed, exceedingly

20   untransparent, right?  The only time in my 21 years

21   that I have been here that I have been able to see

22   the pay of a colleague was when this memo was

23   accidently forwarded to me.

24              The second thing or a second variable that

25   is also very closely correlated with gender pay

Louise Davidson-Schmich
January 29, 2021

Page 242

1    equity is very clear and not only transparency in

2    salary but transparency about criteria for pay and

3    basically not only transparency about what people

4    earn but about how salaries are calculated.

5            So, again, if we look at the University of

6    Miami's process, there's a document that is

7    submitted in January, and there's a salary that is

8    spit out in the end of the spring semester.  You

9    indicated to me today that you thought perhaps a

10   citation count could be produced by a third party

11   and used in that evaluation.  If that's the case,

12   that's the first time, you know, that that process

13   of salary setting had been communicated to me in my

14   21 years at the university.

15           So, the criteria for the way in which

16   salary decisions are reached is also extremely

17   untransparent.  And since those two factors, which

18   have been shown more broadly to lead to gender pay

19   gaps, are present at the University of Miami, I

20   think that the structure of compensation and the

21   process for compensating people at the university is

22   one that is at least correlated with gender gaps in

23   salary in other contexts.  So, I don't have any

24   reason to expect that the University of Miami is

25   somehow different or exceptional or special in this

Louise Davidson-Schmich
January 29, 2021

Page 243

1   regard.

2       Q.   So, you are taking what you believe to be

3   a more global trend as also being applicable at the

4   University of Miami.  Is that fair?

5       A.   I think that's fair to say, yes.  I'm not

6   sure what -- I don't know what my legal defense team

7   strategy is, but certainly as a social scientist

8   that's how I view the situation.

9       Q.   You mentioned a lack of transparency with

10  salaries at the university.  Are you aware of how

11  salaries are handled at other universities?  I'm

12  specifically focusing on private universities.

13      A.   I believe the process is endemic at U.S.

14  private universities.

15      Q.   Now, I understand that you believe that

16  there is a gender-base explanation for the

17  difference in pay between you and Dr. Koger, but do

18  you have any explanation as to why June Dreyer, who

19  is a woman, makes significantly more than Dr. Koger,

20  who is a man?

21          MS. MARTINEZ:  Objection to the form.

22          You can answer.

23      A.   My guess is that she is 20 years senior to

24  us.  So, she has been at the university for an

25  additional two decades.

Louise Davidson-Schmich
January 29, 2021

Page 244

1      Q.    So, is it your position that longevity or

2   years of service is a factor not based on gender

3   that would explain any salary differences between

4   two professors?

5            MS. MARTINEZ:  Objection to the form.

6            You can answer.

7      A.    Longevity of service at the university is

8   probably -- not probably -- I mean it's certainly

9   one variable that could account for the component of

10  someone's salary, again, because the University of

11  Miami doesn't have clear, transparent explanations

12  for these sorts of things.  I can't say specifically

13  at our university -- you know, if you ask me to give

14  a mathematical formula, I couldn't say what

15  percentage that could account for.

16     Q.    I understand.

17           Since you started working at the

18  university back in 2000, have you ever attempted to

19  find employment at another university?

20     A.    I have on occasion.

21     Q.    When was the last time?

22     A.    About a year ago.

23     Q.    Did you apply for a particular job

24  posting?

25     A.    I did.

Louise Davidson-Schmich
January 29, 2021

Page 245

1      Q.   Where?

2      A.   At Wake Forest University.

3      Q.   What was the position that you were

4   applying for at Wake Forest?

5      A.   It was called the Worrell Chair of

6   Political Science.

7      Q.   What was the result of that application?

8      A.   I was not hired as the Worrell Chair.

9      Q.   Do you know what salary was being offered

10   for that particular position?

11      A.   I do not.

12      Q.   Do you know the person who ultimately

13   obtained the position?

14      A.   I just found that out this week, yes.

15      Q.   Who was that?

16      A.   His name is Mark Vail, and that's V-A-I-L,

17   like the ski resort.

18      Q.   Did you know Mr. Vail prior to learning

19   that he became the Worrell Chair?

20      A.   I did.

21      Q.   Just from the political science community?

22      A.   Exactly.  He studies German -- he's

23   written about the German economic system.

24      Q.   Other than the position at Wake Forest,

25   what was the last position you applied for outside

Louise Davidson-Schmich
January 29, 2021

1    of the University of Miami?

2         A.    That I applied for?

3         Q.    Yes.

4         A.    At the same time, which would have been, I

5    believe, the fall of 2019, I applied -- I believe

6    there was a position maybe -- I would have to go

7    back and look, but there were maybe -- not maybe --

8    there were like one or two other positions in

9    addition to the one at Wake Forest that I applied

10   for.

11        Q.    Do you recall what universities those

12   positions were at?

13        A.    I would have to go back.  They were

14   probably -- my guess is they were at Yale and the

15   University of Chicago but, again, I would have to go

16   back to my records and look.

17        Q.    Did you receive any --

18        A.    I remember Wake Forest because I was a

19   finalist for the position.  I was invited to the

20   university.  It was the last place I went before

21   COVID.

22        Q.    Did you receive an offer from either of

23   the two universities you were just referring to, not

24   Wake Forest?

25        A.    An offer, no.

Louise Davidson-Schmich
January 29, 2021

1      Q.    Other than the batch of applications in
2    the fall of 2019, have you applied for any other
3    jobs in the last five years?
4      A.    In the last five years, I applied for a
5    position, but I can't tell you which year, in
6    Germany.
7      Q.    That was a professor position at a German
8    university?
9      A.    It was.
10     Q.    What happened with that application?
11     A.    The university was Luneburg, which is
12   spelled L-U, and there are two dots on top of the U,
13   N-E-B-U-R-G, I think, but it might be B-E-R-G.  I
14   would have to look it up.  I was invited to an
15   interview on campus.  I went to Germany, and I gave
16   my talk and I discussed the position, and I was not
17   offered the position.
18     Q.    Do you know what that position was going
19   to pay?
20     A.    German universities are public.  So, I
21   believe that there are some salary bands that are
22   available.  Off the top of my head, I cannot say
23   what the compensation would have been.  A lot of the
24   way these positions work is that something has to do
25   with what salary you can negotiate as part of the

Louise Davidson-Schmich
January 29, 2021

Page 248

1   salary negotiation.  So, German universities, I'm

2   not entirely competent how their process works since

3   I did not -- I wasn't offered the job.  So, I

4   couldn't find out how it works.

5        Q.   Understood.

6             At any point during your 21 years at the

7   university, have you ever attempted to negotiate

8   your salary?

9        A.   No.  Well, other than my attempt to

10  express concern about my promotion raise.

11       Q.   I appreciate that qualification.

12            Have you ever brought another employment

13  offer to the university and asked that it be matched

14  under threat of your departure?

15       A.   No.

16       Q.   Now, during your tenure at the university,

17  have you ever been on a selection or recruitment

18  committee for an open position in the Department of

19  Political Science?

20       A.   Yes, on multiple occasions.

21       Q.   When was the last time?

22       A.   A couple of weeks ago.  I mean I'm

23  currently -- the offer is not closed.  So, I'm

24  currently, I guess, still on the -- I'm the chair of

25  it.

Louise Davidson-Schmich
January 29, 2021

Page 249

1    Q.   I'm sorry.  I didn't mean to cut you off.

2         What position are you looking to fill, not

3    you specifically but the department?

4    A.   Right.  There was an alumna of the

5    university.  Her name was Elizabeth B. White.  She

6    passed away.  Her dying wish was that she wanted to

7    endow a professorship at the University of Miami.

8    So, it's called the Elizabeth B. White

9    professorship.  This year we are looking for someone

10   who specializes in the study of race and ethnicity.

11   So, we have made an offer to a candidate who

12   specializes in that area.

13   Q.   And what is the position, a full professor

14   position?

15   A.   The way the position was advertised was

16   open rank, which means that it could be an

17   assistant, an associate or a full professor.

18        That particular candidate we made the

19   offer to is currently an associate professor.  So,

20   we are offering her a position as an associate

21   professor.

22   Q.   Do you recall what salary you are

23   offering?

24   A.   In general, salaries are -- the people on

25   the search committee do not negotiate that salary.

Louise Davidson-Schmich
January 29, 2021

Page 250

1   So, we are not supposed to be aware of that

2   information.

3           Dr. Koger CC'd me on an e-mail to the

4   dean's office just a week or so ago, talking about

5   the verbal negotiations that he had had with the

6   candidate.  But as far as I know, the offer letter

7   has not gone out, or if it has, I have not seen the

8   offer letter.  So, I don't know the final details of

9   what the offer contains.

10      Q.    Is the candidate a man or a woman?

11      A.    It is a woman.

12      Q.    Do you have any idea what the negotiations

13  stopped at or the last set of numbers that you are

14  privy to?

15      A.    The last salary that I saw for her was

16  $125,000.

17      Q.    Now, you understand that over time, just

18  because of the function of the market and inflation,

19  that salaries go up as a general trend; is that

20  correct?

21      A.    Yes, generally.  I'm not sure what's going

22  to be happening as a result of the pandemic.

23      Q.    That's fair.  But I mean, you know,

24  generally or generationally people earn more than

25  the prior generation.  Would you agree with me

Louise Davidson-Schmich
January 29, 2021

Page 251

1    there?

2        A.    I'm not sure that that's true in the

3    United States, but as a matter of course, it's

4    oftentimes the case that salaries increase over

5    time, yes.

6        **Q.    For example, do you know what a starting**

7    **professor in political science at the university**

8    **would make today?**

9        A.    I do not.  As I stated on more than one

10   occasion, salaries are confidential information.

11       **Q.    Aside from conversations with your lawyers**

12   **or with the folks at the EEOC, have you discussed**

13   **your lawsuit with anybody else?**

14       A.    My family.

15       **Q.    Other than your family, anyone else?**

16       A.    Recently I have been appointed to the

17   board of the --

18            THE STENOGRAPHER:  I'm sorry, ma'am.  I

19       couldn't understand you.

20       A.    Recently, I think, last summer maybe, I

21   was appointed to the board of a group that's a

22   national organization.  It's a nonprofit.  It's

23   called the American Friends of the Alexander Von,

24   V-O-N, Humboldt, H-U-M-B-O-L-D-T, Foundation.

25            Basically I have a role with the

Louise Davidson-Schmich
January 29, 2021

1  nonprofit, and they asked me this year recently,

2  like last week, I think, "Would you be willing to

3  basically take on an additional role?"

4          So, I disclosed to them in broad terms, I

5  said, "I don't know if you read about it in the

6  national news media, but basically I'm involved in a

7  lawsuit with the EEOC against the University of

8  Miami, and it's taking up a lot of time."  I had

9  been practicing for the deposition with my lawyers

10  for a long time, and I was very exhausted.

11          So, I said, "Because of this -- because

12  I'm involved with this lawsuit, I can't serve on

13  your committee."

14          So, I told them that.  But other than that

15  and talking to my family, I don't believe I have

16  talked to anyone.

17      Q.   I only have a few more questions, but if

18  you want to take a break -- if you need to take a

19  break, you know, please let me know.  Again, I'm not

20  trying --

21      A.   No.  That's okay.

22      Q.   One question I had, to go back to a topic

23  we were discussing a few minutes ago, do you know or

24  are you aware that you make more money than George

25  Gonzalez?

Louise Davidson-Schmich
January 29, 2021

Page 253

```
 1       A.   I believe I have become aware of that in
 2  the course of this lawsuit, yes.  I did not know
 3  that prior to filing the lawsuit.  That's why I did
 4  not mention his name in any of the documents because
 5  he was not on that memo.
 6       Q.   Do you know or do you have any
 7  understanding as to why you make more money than he
 8  does, even though you both were promoted to
 9  professor at the same time?
10            MS. MARTINEZ:  Objection to the form.
11            You can answer.
12       A.   The reason why I did not identify Dr.
13  Gonzalez as a comparator in my Charge of
14  Discrimination and why I think our cases are not
15  entirely comparable is that -- or not comparable is
16  that, I think, as you are aware, there's a process
17  through which one has to go to be promoted to full
18  professor.  It involves an application and an
19  extensive vetting of the application to people
20  inside and outside the university.
21            It was and is my understanding that Dr.
22  Gonzalez tried on more than one occasion to be
23  promoted to full professor, and he was unsuccessful
24  in that regard, again, on more than one occasion.
25  And it was only in the year that Dr. Koger and I
```

Louise Davidson-Schmich
January 29, 2021

Page 254

1   also applied for promotion that the university then

2   promoted him.

3            So, I think that there is perhaps reason

4   to think his qualifications aren't as strong as Dr.

5   Koger's -- not as strong as Dr. Koger's or my own

6   because, again, we were promoted on the first

7   attempt.

8       **Q.   So, is it your position that your**

9   **qualifications, as compared to Dr. Gonzalez's,**

10  **entitle you to a higher salary?**

11           MS. MARTINEZ:  Objection to the form.

12           You can answer.

13      A.   My contention is that we are not similarly

14  situated.

15      **Q.   Do you contend that you and he perform the**

16  **same job?**

17      A.   Yes.

18      **Q.   Yet even though you believe you perform**

19  **the same job, you believe it's okay that you are**

20  **paid more than Dr. Gonzalez?**

21           MS. MARTINEZ:  Objection to the form.

22           You can answer.

23      A.   My concern in filing this lawsuit has

24  nothing to do with Dr. Gonzalez.  I'm concerned

25  about my own pay.

Louise Davidson-Schmich
January 29, 2021

Page 255

1          Q.    I appreciate that, but my question was

2     very different.  That is, if you and Dr. Gonzalez

3     perform the same job, why do you believe it's okay

4     for you to make more than he does?

5          A.    If I were George Gonzalez and I had seen

6     that memo, I probably would have complained about

7     it, too.

8          Q.    Again, I need you to listen to the

9     question because you haven't quite answered it yet.

10    That is, if you and Dr. Gonzalez perform the same

11    job, why is it okay for you to make more than he

12    does?

13               MS. MARTINEZ:  Objection to the form.

14               You can answer.

15          Q.    Remember that you said that you believe

16    you are more qualified because you made professor on

17    your first attempt whereas he did not.  Is that a

18    reason, or is there some other reason?  I'm just

19    trying to understand why you believe it's acceptable

20    for you to make more money than he does.

21          A.    My contention is that people who do the

22    same job with the same number of years of experience

23    should be compensated similarly.  So, in that sense,

24    I guess, I think perhaps his salary is too low and

25    that he would be well advised to contest the

Louise Davidson-Schmich
January 29, 2021

Page 256

1    compensation that he receives.

2         Q.   Well, do you believe that he is paid less

3    because he's a man?

4         A.   I have never set salaries at the

5    University of Miami.  I do not know what goes into

6    the minds of the people who compensate Dr. Gonzalez.

7    So, I do not know why he's paid the amount that he

8    is paid.

9         Q.   Well, the same people who were in charge

10   of setting Dr. Gonzalez's compensation are in charge

11   of setting your compensation; isn't that true?

12        A.   To the best of my knowledge but, again, I

13   don't know what goes on behind the scenes because

14   I'm not the one making those decisions.

15        Q.   Going back to something you said earlier,

16   do you believe that you deserve a higher salary than

17   Dr. Gonzalez because you made full professor on your

18   first attempt whereas he did not?

19        A.   Can you repeat the question?  I'm sorry.

20   Do I believe that I deserve a higher salary than he

21   does?

22        Q.   Correct.  Do you believe that you deserve

23   a higher salary than Dr. Gonzalez at least in part

24   because you made professor on your first attempt

25   whereas he did not?

Louise Davidson-Schmich
January 29, 2021

Page 257

1        A.    Ideally I would like to see people paid
2    similarly.  So, in that sense I think that we
3    should, because we are at a similar rank, we should
4    be compensated similarly.  I don't have -- because I
5    did not sit on Dr. Gonzalez's promotion committee, I
6    have not reviewed his materials.  I have not read
7    his outside letters.  I don't know the facts of his
8    case.
9            My suspicion is that, if he applied for
10   promotion over and over again -- I'm not sure how
11   often, but I believe more than once, more than
12   twice -- and he was not promoted, there are some
13   issues with his academic record that raise some red
14   flags.  So, I don't have full information.  I don't
15   know -- perhaps something changed in 2017 that made
16   his record suddenly different than the way it was
17   before.  But because I haven't seen his materials, I
18   can't -- I can't really answer that question based
19   on any sort of facts.  I could speculate about
20   things, if you want, but I don't feel -- I don't
21   feel that I can give you a clear answer.
22       **Q.    Well, are there any factors in the**
23   **abstract that you believe would justify you earning**
24   **a higher salary than Dr. Gonzalez?**
25            MS. MARTINEZ:  Objection to the form.

Louise Davidson-Schmich
January 29, 2021

Page 258

```
 1            You can answer.
 2      A.   If, for example, he had not been promoted
 3   and he were an associate professor and I were a full
 4   professor, I would think that I should earn more
 5   than he does because I outrank him.
 6      Q.   Other than rank, do you have any other
 7   explanation for a difference in salary among
 8   professors?
 9      A.   Again, because I don't set salaries at the
10   University of Miami, I can't tell you.  I don't know
11   how those salaries are calculated.
12      Q.   Well, Professor Dreyer is also a full
13   professor in the Political Science Department,
14   correct?
15      A.   That is correct.
16      Q.   She outearns you and Dr. Koger and Dr.
17   Gonzalez, correct?
18      A.   I believe so, yes.  That is correct.
19      Q.   And do you believe that there's something
20   wrong, illegal, unlawful, inequitable with her out-
21   earning all of you, even though you are all full
22   professors?
23            MS. MARTINEZ:  Objection to the form.
24            You can answer.
25      A.   My guess or my -- I was less bothered by
```

Louise Davidson-Schmich
January 29, 2021

Page 259

1   her salary differential because, again, she's 20

2   years my senior.  So, she's been at the full

3   professor rank for 20 years.  That's quite a long

4   time.

5       Q.   Have you and Dr. Koger ever taught the

6   same classes?

7       A.   Not to my knowledge, but I'm not

8   completely familiar with his resume.

9       Q.   Have you and Dr. Gonzalez ever taught the

10  same classes?

11      A.   Again, I don't believe so, but I'm not

12  familiar a hundred percent.  I have never actually

13  looked at his teaching record.

14      Q.   Have you ever been disciplined during your

15  time at the university?

16      A.   I don't know what would constitute

17  discipline, but as far as my knowledge, no.

18      Q.   Are you aware of any complaints that have

19  been filed against you by anyone affiliated with the

20  university?

21      A.   I don't believe so.

22      Q.   These last few are standard questions from

23  an evidentiary standpoint.  So, I don't mean to

24  offend.

25           Have you ever been convicted of any crime

Louise Davidson-Schmich
January 29, 2021

Page 260

1   punishable by death or by imprisonment for more than

2   one year?

3       A.   No.

4       Q.   Have you ever been convicted of any crime

5   involving fraud?

6       A.   No.

7       Q.   Have you ever been convicted of any crime

8   involving the commission of any dishonest acts or

9   the making of a false statement?

10      A.   No.

11           MR. YANNUZZI:  Let's go off the record.  I

12      think I'm done, but I just want to look over my

13      notes real quick.

14           THE VIDEOGRAPHER:  We are going off the

15      record at 5:43 p.m.

16           (Recess 5:43 p.m. until 5:47 p.m.)

17           THE VIDEOGRAPHER:  We are back on the

18      record at 5:47 p.m.

19   BY MR. YANNUZZI:

20      Q.   Dr. Davidson-Schmich, I just have one

21   quick question.

22           Earlier you mentioned the word comparator.

23   I just want you to confirm for me, is the only

24   comparator that you are focusing on in your lawsuit

25   John Gregory Koger?

Louise Davidson-Schmich
January 29, 2021

Page 261

```
 1                  MS. MARTINEZ:  Objection to the form.
 2             You can answer.
 3        A.   I'm not sure how to answer that question
 4   because I think that's a question for lawyers.
 5             It's also concerning to me that Casey
 6   Klofstad, who is a lower ranked professor, outearns
 7   me, but I don't know the -- I don't know how to
 8   answer that.  That's a legal question that I don't
 9   know how to answer.
10        Q.   Do you believe that Professor Klofstad
11   performs the same job as you?
12        A.   No.  Well, perhaps now he does because he
13   was ultimately promoted to full professor.  I have
14   no information about his current salary, but at the
15   time when the salaries were revealed, he was an
16   associate professor and I was a full professor.  So,
17   we were at a different rank.
18        Q.   As you sit here today, is it your
19   understanding that the only -- your claims are based
20   on Dr. Koger as a comparator?
21                  MS. MARTINEZ:  Objection to the form.
22             You can answer.
23        A.   I don't know how to answer that question
24   because I don't -- that seems to me to be a legal
25   question that I'm not qualified to answer.  If you
```

Louise Davidson-Schmich
January 29, 2021

Page 262

1    were to ask me do I think that it's a problem that a

2    male associate professor outearns a female full

3    professor, I would answer yes.  That was initially

4    why I went to go see the dean or why I went to see

5    my chair first, why I went to see my dean and why I

6    went to see Ms. Muschett.  At the time that I did

7    that, I did not have any names to put with that, as

8    we already discussed.

9           Now -- well, not now, but when that salary

10   information that I received from Dr. West was

11   communicated to me, that was a particular point in

12   time where Dr. Klofstad was a lower ranked associate

13   professor and I was a full professor.  So, if that

14   -- if that falls under the rubric of what you are

15   asking about, then the answer is yes.  If what you

16   are asking about is something different, then I'm

17   not sure what you are asking about.

18        **Q.    My question is, have you looked at the**

19   **Complaint that has been filed on your behalf in this**

20   **lawsuit?**

21        A.    Yes.

22        **Q.    Are you aware of any allegations regarding**

23   **Professor Klofstad?**

24        A.    Not in that one-page document that you

25   showed me.

Louise Davidson-Schmich
January 29, 2021

Page 263

 1      Q.    You are referring to the Charge of
 2  Discrimination.
 3      A.    I believe so, yes.
 4      Q.    Right.  The only person that you referred
 5  to there was Greg Koger; is that correct?
 6      A.    I would have to see that document again to
 7  confirm that, but that's my recollection of what we
 8  just discussed.
 9          MS. MARTINEZ:  Christopher, also, from my
10      count, I think the time is up by six.
11          MR. YANNUZZI:  Yes.  I appreciate that.
12  BY MR. YANNUZZI:
13      Q.    Let me just pull this up one more time for
14  you, Dr. Davidson-Schmich.
15          This is Exhibit 69, the Charge of
16  Discrimination.  Looking at this document, is the
17  person you are referring to as your comparator Greg
18  Koger?
19          MS. MARTINEZ:  Objection to the form.
20          You can answer.
21      A.    Yes.  That salary number there is his
22  salary.
23      Q.    All right.  That is it for me, Dr.
24  Davidson-Schmich.  Thank you so much for your time.
25  I apologize for the rescheduling, but the

Louise Davidson-Schmich
January 29, 2021

Page 264

1   depositions got moved from the original set back

2   last year until now --

3       A.   Right.

4       Q.   -- a bunch of them, as I'm sure you are

5   very much aware.  So, I apologize for that, but such

6   is the nature of our business.

7       A.   Right.  I guess everybody's -- these are

8   not normal circumstances.

9            MR. YANNUZZI:  In particular, yes.

10           So, I have nothing further.  Ana or Karen,

11       I don't know if you have any questions for Dr.

12       Davidson-Schmich, but if not, we are good to

13       go.

14           MS. MARTINEZ:  No.  I don't have any

15       further questions.

16           MS. AMLONG:  Nor do I.

17           MR. YANNUZZI:  Dr. Davidson-Schmich, your

18       lawyers may have told you that you have the

19       right to read your transcript which will be

20       prepared to verify that the information is

21       correct, and they will talk to you about that.

22           THE WITNESS:  Okay.

23           MR. YANNUZZI:  You can read or waive.

24       It's up to you.

25           We will order it regular.

Louise Davidson-Schmich
January 29, 2021

Page 265

1       I will circulate an e-mail with all of the

2    exhibits so that everybody has copies of what

3    we looked at today.

4       THE VIDEOGRAPHER:  We are off the record

5    at 5:53 p.m.

6       THE STENOGRAPHER:  Ms. Martinez, waive or

7    read?

8       MS. MARTINEZ:  We will read.

9       THE STENOGRAPHER:  Would you like a copy

10   of the deposition?

11      MS. MARTINEZ:  I am not going to order it

12   yet, but I'll let you know.

13      (Examination was concluded at 5:53 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Louise Davidson-Schmich
January 29, 2021

Page 266

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, the undersigned authority, certify that LOUISE DAVIDSON-SCHMICH remotely appeared before me and was duly sworn on the 29th day of January, 2021.

Signed this 11th day of February 2021.

_____
CRAIG W. TAYLOR, STENOGRAPHER
Notary Public, State of Florida
My Commission No. GG 64324
Expires: 3/28/21

Louise Davidson-Schmich
January 29, 2021

Page 267

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE


        I, CRAIG W. TAYLOR, Registered

Professional Reporter, do hereby certify that I

was authorized to and did stenographically report

the foregoing web conference deposition of LOUISE

DAVIDSON-SCHMICH, Pages 1 through 276; that a

review of the transcript was requested; and that

the transcript is a true record of my

stenographic notes.

        I FURTHER CERTIFY that I am not a

relative, employee, attorney, or counsel of any

of the parties, nor am I a relative or employee

of any of the parties' attorneys or counsel

connected with the action, nor am I financially

interested in the action.

        Dated this 11th day of February, 2021.


        _____

        CRAIG W. TAYLOR, STENOGRAPHER

Louise Davidson-Schmich
January 29, 2021

Page 268

February 11, 2021

LOUISE DAVIDSON-SCHMICH
C/O Ana C. Martinez, Esq.
(ana.martinez@eeoc.gov)

Re:  LOUISE DAVIDSON-SCHMICH V. UNIVERSITY OF MIAMI
Case No.:  1:19-CV-23131-SCOLA/LOUIS

Please take notice that on the 29th day of January,
2021, you gave your deposition via web conference in
the above cause.  At that time, you did not waive
your signature.  The transcript is now available for
your review.

Please call (888)811-3408 or e-mail
production@phippsreporting.com between the hours of
9:00 a.m. and 4:00 p.m., Monday through Friday, for
access to a read-only PDF transcript via computer.

Please execute the PDF-fillable Errata Sheet which
will be forwarded to you by Phipps Reporting.  The
Errata Sheet can also be downloaded from
www.phippsreporting.com.  Once completed, please
print, sign, and return to us for distribution to
all parties.

If you do not read and sign the deposition within 30
days, the original, which has already been forwarded
to the ordering attorney, may be filed with the
Clerk of the Court.

If you wish to waive your signature now, please sign
your name in the blank at the bottom of this letter
and return to the address listed below.

Very truly yours,

_____
CRAIG W. TAYLOR, STENOGRAPHER
Phipps Reporting, Inc.
1515 Forum Place, Suite 200-E
West Palm Beach, Florida 33401

I do hereby waive my signature.

_____
LOUISE DAVIDSON-SCHMICH

Louise Davidson-Schmich
January 29, 2021

Page 269

ERRATA SHEET

DO NOT WRITE ON THE TRANSCRIPT
ENTER CHANGES ON THIS SHEET


Re:  LOUISE DAVIDSON-SCHMICH V. UNIVERSITY OF MIAMI
Deponent:  LOUISE DAVIDSON-SCHMICH
Date of Deposition:  January 29, 2021
Case No.:  1:19-CV-23131-SCOLA/LOUIS


PAGE    LINE          REMARKS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Under penalties of perjury, I declare that I have
read the foregoing document and that the facts
stated in it are true.

Signature of Witness _____

Dated this _____ day of _____, _____.


Job No.: 173149

Louise Davidson-Schmich
January 29, 2021                                                                                      1

---

**Exhibits**

Exhibit 001 Sch
mich
  3:16 16:22
  17:1,2

Exhibit 002 Sch
mich
  3:17 22:15,
  20,23

Exhibit 003 Sch
mich
  3:18 24:4,5,
  8,9

Exhibit 004 Sch
mich
  3:19 31:4,6,9

Exhibit 005 Sch
mich
  3:20 33:5,7,
  10

Exhibit 006 Sch
mich
  3:21 34:7,9

Exhibit 007 Sch
mich
  3:22 36:1,5

Exhibit 008 Sch
mich
  3:23 37:5,7,
  8,10,21 39:20

Exhibit 009 Sch
mich
  3:24 39:21,
  23,25

Exhibit 010 Sch
mich
  4:3 40:13,16
  42:12

Exhibit 011 Sch
mich
  4:4 41:13,18

Exhibit 012 Sch
mich
  4:5 42:25
  43:5

Exhibit 013 Sch
mich
  4:6 44:5,11,
  18 45:8 48:9

Exhibit 014 Sch
mich
  4:7 47:16,18,
  21

Exhibit 015 Sch
mich
  4:8 49:17,19,
  20

Exhibit 016 Sch
mich
  4:9 53:2,6

Exhibit 017 Sch
mich
  4:10,11 54:3,
  6,7,13

Exhibit 018 Sch
mich
  4:11 55:15,
  17,18 58:19

Exhibit 019 Sch
mich
  4:12 60:18,21

Exhibit 020 Sch
mich
  4:13 61:10,
  11,14

Exhibit 021 Sch
mich

Exhibit 022 Sch
mich
  4:15 64:21,22
  65:1

Exhibit 023 Sch
mich
  4:16 65:9,12

Exhibit 024 Sch
mich
  4:17 66:10,
  11,13,25

Exhibit 025 Sch
mich
  4:18 69:7,8,
  11

Exhibit 026 Sch
mich
  4:19,20
  70:19,20,25
  71:1

Exhibit 027 Sch
mich
  4:20 72:10,17

Exhibit 028 Sch
mich
  4:21 75:16,
  17,21,22

Exhibit 030 Sch
mich
  4:23 76:9,14,
  18

Exhibit 031 Sch
mich
  4:24 77:18,
  19,24,25

Exhibit 032 Sch
mich

4:14 63:5,7,
10

Exhibit 022 Sch
mich

5:4 78:11,13,
14,17

Exhibit 034 Sch
mich
  5:6 80:2,3,6,
  7,10

Exhibit 035 Sch
mich
  5:7 82:6,10,
  11 85:1
  94:19,23

Exhibit 036 Sch
mich
  5:8,9 87:9
  88:22,25

Exhibit 037 Sch
mich
  90:14,17,18
  93:7

Exhibit 038 Sch
mich
  5:10 93:13,
  17,18 102:1

Exhibit 039 Sch
mich
  5:11 96:18,
  19,23,24

Exhibit 040 Sch
mich
  5:12 97:14,
  15,21,22

Exhibit 041 Sch
mich
  5:13 102:6,7,
  9,12 105:8,9

Exhibit 042 Sch
mich
  5:14 105:21
  106:2

Louise Davidson-Schmich
January 29, 2021

2

**Exhibit 043 Sch**
**mich**
  5:15 106:21
  107:1,2

**Exhibit 044 Sch**
**mich**
  5:16 108:16,
  19 111:23

**Exhibit 045 Sch**
**mich**
  5:17 111:24
  112:3

**Exhibit 046 Sch**
**mich**
  5:18 114:16,
  17,20

**Exhibit 047 Sch**
**mich**
  5:19 115:22
  116:3,4

**Exhibit 048 Sch**
**mich**
  5:20 118:2,8

**Exhibit 049 Sch**
**mich**
  5:21 124:1,6,
  7

**Exhibit 050 Sch**
**mich**
  5:22 125:3,8,
  9

**Exhibit 051 Sch**
**mich**
  5:23 126:3

**Exhibit 052 Sch**
**mich**
  6:4 127:14,
  18,19

**Exhibit 053 Sch**
**mich**
  6:5 128:16,
  21,22

**Exhibit 054 Sch**
**mich**
  6:6 129:9,13,
  14

**Exhibit 055 Sch**
**mich**
  6:7 130:5,6,
  9,10

**Exhibit 056 Sch**
**mich**
  6:8 131:2,9,
  10

**Exhibit 057 Sch**
**mich**
  6:9 136:25
  137:2,5

**Exhibit 059 Sch**
**mich**
  6:11 142:9,
  10,14,15,18

**Exhibit 060 Sch**
**mich**
  6:12 147:19,
  25 148:1
  152:7

**Exhibit 061 Sch**
**mich**
  6:13 152:11,
  12,19,20

**Exhibit 062 Sch**
**mich**
  6:14 159:4,
  13,14

**Exhibit 063 Sch**
**mich**
  6:15 165:17,

19,22 167:19
171:10,15

**Exhibit 064 Sch**
**mich**
  6:16 176:25
  177:2,3,6,18

**Exhibit 065 Sch**
**mich**
  6:17 183:9,
  10,13,14,25

**Exhibit 066 Sch**
**mich**
  6:19 187:24
  188:1,2,5

**Exhibit 067 Sch**
**mich**
  6:20 193:11,
  13,14,17
  197:12,13
  198:22

**Exhibit 068 Sch**
**mich**
  6:22 202:11,
  13,14 203:25

**Exhibit 069 Sch**
**mich**
  6:23 205:9,
  10,12,13
  263:15

**Exhibit 070 Sch**
**mich**
  7:4 212:21
  213:2,3,14,24

**Exhibit 072 Sch**
**mich**
  7:6 219:16,
  20,23

**Exhibit 073 Sch**
**mich**
  7:7 226:7,10,

12

**Exhibit 074 Sch**
**mich**
  7:8 228:11,
  14,15

**Exhibit 075 Sch**
**mich**
  7:9 209:5,9,
  10,13 210:2,9

—————————

**$**
—————————

**$102,300**
  124:17

**$109,359**
  128:2

**$112,400**
  129:23

**$118,000**
  131:19

**$125,000**
  250:16

**$185,130**
  196:22

**$4,000**
  35:17 95:3,8

**$4,250**
  35:18

**$5,000**
  26:13,16

**$50,000**
  25:12 30:4
  33:25 233:17
  234:6

**$54,250**
  35:9

**$56,149**
  36:16

Louise Davidson-Schmich
January 29, 2021

3

**$58,114**
    41:8

**$58,936**
    42:2

**$58,986**
    42:20

**$62,051**
    43:20

**$65,413**
    53:14

**$72,504**
    62:2

**$78,183**
    69:21

**$79,981**
    76:24

**$84,000**
    79:5

**$90,000**
    85:3 94:24

**$94,000**
    93:23 95:3

**$95,692**
    98:5

**$99,041**
    106:5

---
**(**
---

**(2004)**
    59:11

---
**0**
---

**00037**
    152:17

**00038**
    152:17

**00042**
    183:11

**00043**
    183:10

**0006**
    165:24

**0007**
    165:24

---
**1**
---

**1**
    16:22 17:2
    20:2 23:7
    24:21 43:3
    53:17 59:15
    69:8 111:25
    120:14 126:10
    226:8,19

**1-400**
    59:23

**1.33**
    222:18 224:4

**1.9**
    155:20

**10**
    40:13,16
    42:12 49:20
    118:4

**100**
    101:2

**10:14**
    8:1,8

**11**
    41:13,18
    125:4,16
    131:4

**11:33**
    62:17,18

**11:43**
    62:18,20

**11th**
    15:18

**12**
    10:23 42:25
    43:5 64:23
    66:16 67:1

**12-page**
    115:25

**12:15**
    87:16

**12:19**
    87:23,25

**12th**
    152:14

**13**
    44:5,11,18
    45:8 48:9
    106:23 107:7

**1300**
    12:24

**134**
    212:24

**135**
    212:24

**14**
    24:23 34:12
    47:16,18,21
    82:7,17 84:14
    86:22 94:22

**14th**
    25:3 40:1
    41:24

**15**
    36:21,22
    49:17,20
    93:14 112:1

**15th**
    60:12 70:22
    203:5

**16**
    44:8,19 53:2,
    6 65:10,15
    147:21

**160**
    12:25

**160H**
    12:25

**17**
    22:24 54:3,7,
    13 79:2
    129:10 153:25

**17th**
    152:13

**18**
    55:15,18
    58:19

**19**
    33:12 60:18,
    21 63:12

**1968**
    15:18

**1980s**
    146:23 196:18

**1990**
    16:4

**1993**
    10:9

**1995**
    16:6

**1998**
    21:5

**1999**
    16:8 22:24

**1:00**

Louise Davidson-Schmich
January 29, 2021                                                                                        4

87:21

**1:03**
  87:25 88:3

**1:19-CV-23131-**
  **SCOLA/LOUIS**
  8:4

**1st**
  40:18 41:16
  61:1 69:17

---

**2**

---

**2**
  22:15,20,23
  59:17

**2.67**
  222:17 224:5

**20**
  20:3 29:22
  58:6 61:11,14
  72:11,20
  137:6,25
  138:5 176:13
  228:11 243:23
  259:1,3

**20-year**
  46:23

**2000**
  10:19 24:23
  25:5 28:4,18
  29:4,16 30:13
  31:10,21
  33:12,21
  42:16 120:25
  221:17 233:13
  244:18

**2001**
  34:12 35:4
  45:18 46:1,19

**2002**
  36:3,22

**2003**
  10:23 36:22
  37:12 40:2,18
  51:6

**2004**
  41:16,24
  42:16 48:2
  49:13 59:13

**2004/2005**
  42:20

**2005**
  43:3 44:8,19
  49:4,10,12,21
  50:13,25
  51:4,21

**2006**
  49:13 53:3,11
  54:14 55:2
  56:11

**2007**
  10:25 53:18,
  24 54:23
  55:1,6 60:9,
  10 61:12,22
  63:12 64:23
  100:24 101:4,
  21,22 112:10
  121:1

**2008**
  65:10,15
  66:4,16 67:1
  68:22 69:1,9,
  17 70:21
  71:10 73:6
  77:11 221:16

**2008/2009**
  68:24

**2009**
  70:22 72:11,
  20 73:3 74:25
  76:1 221:16

**2010**
  75:11 76:2
  77:9,19
  137:6,25
  138:5,17
  139:17

**2010/2011**
  76:24

**2011**
  77:13,20 78:4
  79:2,24
  80:11,12
  172:4

**2012**
  79:23 80:18
  81:14 82:1,7,
  17 83:15
  84:14 86:22
  87:3 89:6
  90:10 94:22

**2012/2013**
  85:2 88:17
  94:24 95:9
  220:20 221:20

**2013**
  89:20 91:1
  93:14 94:9
  95:18 96:20

**2013/2014**
  93:23 95:9
  223:23

**2014**
  19:7 96:13,21
  97:7,15 98:1
  99:3 102:13
  105:10,18,22

**106:8,23**

**2014/2015**
  98:4

**2015**
  106:16,23
  107:7 108:25
  112:1,11
  114:21

**2015/2016**
  105:23

**2016**
  46:12,14 90:4
  109:1 114:13,
  22 115:2,5,24
  116:8 123:19
  124:2,13
  125:4 135:18
  215:17

**2016/2017**
  124:14

**2017**
  92:16,24
  124:23 125:4,
  16 126:1,10,
  13 127:15,23
  128:17 135:6
  147:12,21
  154:1 157:18
  158:17,23
  160:20 161:7
  166:8 170:9
  172:5,21
  173:19 174:7
  175:6,12
  177:20 184:2,
  9,18 185:10
  188:7 189:11
  257:15

**2017/2018**
  127:23 147:15

Louise Davidson-Schmich
January 29, 2021

5

153:16

**2018**
108:20
128:11,18
129:3,10
135:8 193:1
200:4,23
202:19 203:5
204:10 206:5,
10 211:11
215:8,13
216:9

**2018/2019**
129:22

**2019**
16:23 18:5,6
130:2,14
131:4,22,25
191:23
216:10,15
220:6 226:8,
19 228:12
229:6 246:5
247:2

**2019/2020**
131:5

**2020**
18:16 131:22
132:1 220:7

**2021**
8:8 174:14
229:16

**208**
212:25

**209**
205:19

**21**
47:1 63:5,7,
10 228:12
229:5 241:20

242:14 248:6

**210**
205:19

**212**
39:7,12

**22**
64:22 65:1
216:10

**22nd**
48:2 126:1,13
216:15

**23**
65:9,12 97:15

**23rd**
35:4 36:3
89:6 98:1
160:19 161:7,
12 170:9

**24**
61:12,22
66:11,13,25
77:20 78:4

**24th**
161:11

**25**
69:8,11
108:20

**255**
118:5

**25th**
31:10,21
211:11 215:8,
13

**26**
70:20 71:1

**27**
72:10,17

**274**

17:15

**28**
10:25 75:17,
22

**283**
17:15

**2848**
126:1

**2853**
63:5

**2854**
60:24

**2855**
24:6

**2856**
24:6

**2857**
24:6

**286**
69:9,14

**2865**
61:12

**2869**
43:3

**28th**
215:7

**29**
76:10,14

**290**
72:13

**292**
76:15

**2932**
112:1

**2933**
64:24

**294**

59:21 78:18

**2943**
47:23

**2945**
44:9

**296**
82:8

**2975**
115:24

**298**
82:8

**2986**
115:25

**29th**
8:8

**2:09**
133:21,22

**2:21**
133:22

**2:30**
161:23

**2nd**
25:5

---

**3**

**3**
24:4,5,9 25:9

**3-2**
50:6 52:21

**30**
33:21 53:3,11
76:9,14,18
147:12 166:8

**300**
93:15

**303**
93:15

Louise Davidson-Schmich
January 29, 2021

6

**304**
  97:16

**306**
  97:17

**3061**
  56:13

**3070**
  56:13

**308**
  106:11

**31**
  77:19,25
  124:2,13
  127:15,22

**310**
  106:11

**3109**
  49:22

**312**
  124:3

**314**
  124:3

**315**
  124:3

**316**
  127:16

**32**
  78:11,14,17

**320**
  127:16

**321**
  127:16

**322**
  129:19

**324**
  129:20

**325**
  129:20

**326**
  131:17

**328**
  131:17

**3288**
  22:24

**3289**
  22:25

**33**
  79:8

**330**
  219:24

**33143**
  10:17

**333**
  226:13

**34**
  80:3,7,10

**35**
  82:6,11 85:1
  94:19,23

**3540**
  90:14

**3557**
  90:15

**3560**
  96:21

**3574**
  96:21

**3577**
  106:24

**3593**
  106:24

**3596**
  114:22

**36**
  87:9 88:22,25

**3612**
  114:22

**3615**
  125:5

**3632**
  125:5

**3635**
  128:18

**3652**
  128:18

**3655**
  130:6

**3678**
  130:7

**3679**
  108:21

**37**
  90:14,18 93:7

**3707**
  102:18 105:9

**3751**
  118:3

**38**
  93:13,18
  102:1

**3827**
  78:18

**3829**
  65:10

**3840**
  54:4

**3841**
  54:4

**38448**
  53:4

**3849**
  41:16

**3852**
  40:19

**3869**
  37:13

**3870**
  37:13

**3871**
  37:13

**3872**
  36:7

**3873**
  34:13

**3874**
  33:12

**3875**
  31:13

**3876**
  31:13

**3877**
  31:13

**39**
  96:19,24

**3961**
  88:22

**3962**
  66:11

**3989**
  80:12

**3rd**
  184:9

---

**4**

**4**
  31:4,6,9
  54:14 80:12
  128:18 129:2
  194:3 221:23

Louise Davidson-Schmich
January 29, 2021

7

**4,250**
  35:20

**4.4**
  224:9,17,21

**40**
  97:15,22

**400**
  59:25

**4006**
  80:13

**4008**
  77:21

**4014**
  77:21

**4017**
  75:17

**4022**
  75:18

**4024**
  70:23

**4029**
  70:23

**41**
  102:7,9,12
  105:9

**42**
  105:21 106:2

**43**
  106:21 107:2

**44**
  108:16,19
  111:23

**45**
  87:20 111:24
  112:3

**46**
  114:17,20

**47**
  115:22 116:4

**48**
  118:2,8

**49**
  124:1,7

**4:01**
  199:18,24,25

**4:13**
  199:25

**4th**
  206:10

---

**5**

**5**
  33:5,7,10
  105:10

**50**
  125:3,9

**51**
  126:3

**52**
  127:14,19

**53**
  128:16,22

**54**
  129:9,14

**55**
  130:6,10

**56**
  131:2,10

**57**
  136:25 137:2,
  5

**58**
  142:10

**59**

  142:10,15,18

**591**
  209:14

**597**
  209:15

**5:00**
  199:12,17

**5:43**
  260:15,16

**5:47**
  260:16,18

**5:53**
  265:5,13

**5th**
  102:13 206:5

---

**6**

**6**
  34:7,9

**60**
  147:19 148:1
  152:7

**61**
  152:12,20

**62**
  159:4,14

**63**
  165:17,19,22
  167:19
  171:10,15

**64**
  176:25 177:3,
  6,18 193:19

**64th**
  10:16

**65**
  183:10,14,25

**66**
  187:24 188:2,
  5

**67**
  193:11,14,17,
  19 197:13
  198:22

**68**
  202:11,14
  203:25

**6840**
  10:16

**69**
  205:10,13
  263:15

---

**7**

**7**
  36:1,5

**7.14**
  220:22 221:22
  222:24

**70**
  212:21 213:3,
  14,24

**72**
  219:16,20,23

**73**
  226:7,10,12

**74**
  228:11,15

**75**
  209:5,10,13
  210:2,9

**78275**
  142:25

**78289**
  143:1

Louise Davidson-Schmich
January 29, 2021

8

**7th**
91:1

**8**

**8**
37:5,8,10,21
39:20 58:20
105:22 106:8
130:14

**81190**
147:22

**81191**
147:23

**81793**
159:11

**81799**
159:11

**82246**
177:8

**82260**
177:8

**85400**
188:8

**85401**
188:8

**85402**
188:9

**85425**
188:10

**8654**
137:8

**8655**
137:8

**9**

**9**
39:21,23,25

**91913**
202:20

**91914**
202:20

**A**

**a.m.**
8:1,9 62:17,
18,20 161:23

**AAUP**
200:8,11
201:10,19
202:7 203:4
227:18

**ability**
13:6,11

**Absence**
37:25

**absolutely**
75:1 138:1
211:21

**abstract**
181:1 257:23

**academia**
19:15 96:9
167:7

**academic**
19:23 36:21
42:13,20
43:19 47:6
52:14 67:15
68:24 69:20
76:6,24 78:8
85:2 93:8
94:10,24 98:4
103:2 105:23
109:1 119:3,
5,20 123:21
124:14 127:24

129:22 131:18
147:15 153:16
202:5 203:13
227:25 228:3
257:13

**accept**
27:22

**acceptable**
255:19

**acceptance**
25:4

**access**
117:9 123:11
145:2 148:17,
20,24

**accessible**
228:3

**accessing**
12:16

**accidently**
241:23

**accompany**
46:15

**account**
161:4 230:13
244:9,15

**accreditation**
110:16 111:3
114:11

**accredited**
110:20,25

**accuracy**
172:8,17

**accurate**
18:5,6

**acronym**
112:15

**act**

10:10 229:22
241:17

**action**
108:7 163:23
182:14

**actions**
170:17

**active**
204:19

**activities**
68:9 70:1,11,
21 71:10
75:12,25
77:14,19 78:3
79:9,24
80:11,17
81:8,14 90:10
91:8 96:14,20
106:17,22
107:6 114:13,
21 115:1
123:18 124:24
125:3,15
128:17 129:2
130:3,13
131:21 133:8
235:14

**activity**
18:11,12,17
68:7,8 90:24
93:6 97:4
99:11 105:17
132:3 141:20

**actress**
157:3

**acts**
260:8

**actual**
206:8,14

Louise Davidson-Schmich
January 29, 2021

9

**ad**
135:20 141:23
142:21 150:10
157:12 158:15
174:21 185:5
236:13 237:18
238:25
**add**
18:22 19:1
46:11 222:18
224:6,22
**added**
9:23 159:18
224:8
**addition**
155:8 217:17
218:21 246:9
**additional**
110:19 155:10
189:9 217:19
235:18,21,24
243:25 252:3
**address**
10:15,18,20
166:12 169:20
181:3,8
186:11
**addressed**
163:22
**addresses**
168:22
**addressing**
164:11
**administration**
73:16 82:24
186:22 190:10
**administrative**
82:21 156:24
190:23 198:15

**admissions**
111:2 114:5,8
**advance**
162:23 173:23
**advertised**
249:15
**advised**
40:5 42:1
48:4 53:13
62:1 65:18
67:3 68:23
69:19 76:23
79:4 82:2
83:2 85:1
89:8 93:22
98:3 106:4
108:24 124:16
125:19 126:13
128:1 129:21
255:25
**advisement**
163:16
**advises**
77:3 126:8
**advising**
63:19 69:2
72:3 78:7
127:11 129:11
131:4
**affairs**
47:22 94:13
108:21
**affecting**
13:11
**affiliated**
111:6 259:19
**aforementioned**
174:21
**Africana**

103:11,12
**afternoon**
99:7 161:11
**age**
9:7
**agree**
120:9 167:24
250:25
**agreed**
207:12
**agreeing**
187:12
**agreement**
113:3
**ahead**
39:14 44:4
51:15 84:18
91:20 228:10
**alerting**
127:5
**Alexander**
251:23
**allay**
186:11
**allegations**
262:22
**alleging**
223:2
**allergies**
13:9
**allocated**
91:16,24
**allowance**
26:13,14
**allowed**
117:7,8
**allowing**
187:14

**alumna**
249:4
**Amanda**
142:19
**America**
29:12
**American**
22:5,12 23:16
29:11 104:17,
23 200:12
251:23
**Americans**
57:12 121:3
**Amlong**
8:17,18 13:17
199:18,22
204:5,6,14,16
205:6,16
206:25 207:7
264:16
**Amlong's**
208:17
**amount**
91:15 170:24
256:7
**Ana**
8:13 13:15,20
216:1 239:15
264:10
**analyses**
238:18
**analysis**
119:2,16
142:6 144:22
190:13,21
191:6,15,19
192:21 197:19
199:1 220:11
221:22

Louise Davidson-Schmich
January 29, 2021

10

223:17,24
237:25

**analyzed**
190:19

**and/or**
85:10

**Andre**
8:15 13:16

**Andrew**
28:6

**Ann**
82:19

**announced**
126:23 220:7

**annual**
34:16 36:15
67:17 68:23
69:2,5,20
70:13 76:7
83:17 84:21
97:4,10 98:12
106:16 120:3
127:11 128:12
129:6 196:20

**annually**
221:4

**anonymous**
187:14,20
190:2 191:12

**answering**
159:23

**answers**
11:15 60:25
192:25

**anticipate**
227:24

**anticipated**
224:24

**anymore**
20:19 38:8
164:20

**anyone's**
81:1

**apologize**
66:22 70:7
74:15,17
79:13 125:11
157:2 178:11
183:24 207:18
223:11 263:25
264:5

**apparent**
230:6

**Apparently**
88:6

**appealing**
187:13

**appearances**
8:10

**appeared**
23:16

**appears**
25:2,7 33:22
36:9 56:1
58:22 76:3
78:5,19,20
80:19,20 81:7
116:9 129:4
145:16 219:24
222:23 226:22

**applicable**
32:10 243:3

**application**
115:9 117:5
245:7 247:10
253:18,19

**applications**

247:1

**applied**
19:17,24 20:5
22:10 107:15,
22 245:25
246:2,5,9
247:2,4 254:1
257:9

**applies**
98:22,23

**apply**
19:20 72:25
240:1 244:23

**applying**
108:3 115:13,
16 117:12
245:4

**appointed**
251:16,21

**appointment**
33:11 34:3,12
36:2 40:17
41:15 43:2
63:23,25
64:2,11,17,
19,22 65:20,
22 102:2,14
103:20 110:1,
6,10,13
111:7,11,17,
25 112:10
120:24,25

**appointments**
126:23

**approached**
191:21

**approved**
40:6

**approximately**

46:1,19,23
68:6 104:4
176:14 200:23
204:8

**April**
61:12,22
111:25 112:1
115:24 116:8
126:1,13
137:6,25
138:5,17
139:17

**APSA**
22:9

**area**
23:22 29:12
150:13 195:8
203:21 216:13
217:5 218:24
249:12

**arm's-length**
176:12

**arrival**
84:9

**arrive**
49:3

**arrived**
100:24 109:6
127:2

**article**
228:5

**articles**
118:4 121:21

**arts**
20:3 21:2
66:18 84:10
89:9 135:19,
22 136:3
138:23

Louise Davidson-Schmich
January 29, 2021

11

141:24,25
143:19
145:10,18
146:4 149:18
156:16 185:5,
16 236:11
237:20 238:4

**aspect**
233:19

**assess**
68:3

**assessed**
67:21 84:21

**assessing**
68:19

**assessment**
49:9 55:9,20,
23 56:16
58:23 84:4,15
115:11,21,24
116:8,10
118:12,14
124:20

**assessments**
132:22 133:1,
4

**assets**
73:8

**assigned**
74:22 207:25
210:19

**assistant**
20:1 32:24
45:20 61:25
121:1 156:24,
25 158:25
235:21 236:24
249:17

**associate**

60:8,12 61:1
62:24 87:6
136:2 139:10
149:18,21
150:19 159:2
169:7,15,25
170:25 185:7,
15,19,24
186:5 194:19
235:25 236:1,
10,25 237:20
249:17,19,20
258:3 261:16
262:2,12

**associates**
150:16 186:7

**Association**
22:6,13 23:17
200:12

**assume**
11:23 55:10
69:4 81:1
97:13 132:25
154:20 157:3
161:8 197:6
220:16 230:17

**assumed**
173:24

**assumption**
77:10 85:15
155:22

**at-will**
121:2 166:19

**attached**
124:19 128:7
131:15 134:25
143:6 162:10
178:1 212:22

**attachment**
58:22 78:17

131:17 148:5,
8,12 159:18
162:3,7
179:16
193:18,21
194:6

**attachments**
177:7 188:9,
12,16 212:24
213:6,8

**attempt**
184:10 248:9
254:7 255:17
256:18,24

**attempted**
244:18 248:7

**attempts**
230:12

**attend**
26:7 99:14,21
164:17

**attended**
99:24 100:2
140:3

**attending**
20:10 160:22
170:2

**attention**
59:22 167:18

**attest**
215:13

**attesting**
206:18

**attorney**
8:15 200:8
201:3,14,16
203:4 204:3
209:3

**attorney/client**
207:4

**attorneys**
13:15 14:10
15:13 30:10
203:8,25

**attributable**
145:11

**August**
31:10,21
36:21 42:13
46:1,19 54:14
60:12 184:2
188:6 189:10
226:8,19
228:11

**authored**
151:23

**authorized**
113:5

**authorizing**
108:12

**automatic**
155:2

**avail**
201:8,25

**Avenue**
12:25

**average**
169:15 175:2

**awarded**
60:8 89:10

**aware**
28:2 30:3,5,
11 49:9 50:6
52:13 58:7
79:20 84:23
91:14 118:21
134:7 144:18

Louise Davidson-Schmich
January 29, 2021

12

158:12,16
171:13,18
191:16 200:18
225:9,18
229:22 240:3,
9 243:10
250:1 252:24
253:1,16
259:18 262:22
264:5

—————————

**B**

—————————

**B-E-R-G**
247:13

**babies**
235:23

**baby**
235:20

**Bachas**
89:10 102:13
105:10 135:19
141:23 142:19
156:15,24
157:8 158:14
159:5 160:11,
19 161:6
162:1 165:23
167:14 170:9,
17 172:9
173:4 179:11
181:18 182:5,
19,24 185:2
186:23 188:22

**Bachas'**
171:17

**back**
24:11 28:18
29:16 30:21
42:10 58:18
62:19 70:23

73:18 81:24
87:18,19,21
88:2,4,11
90:20 105:4
109:22 114:23
116:1,15,21
125:12 132:3
140:2,14
143:22 144:13
151:15 153:8
159:19 168:4,
16 171:10
177:9 182:24
187:9 188:23
197:18 198:2
199:19 208:8
212:5 213:10
215:17,22
221:20 222:10
244:18 246:7,
13,16 252:22
256:15 260:17
264:1

**background**
28:21 29:3
39:10 56:1
113:24

**backwards**
152:13

**bad**
70:7

**bands**
30:16 241:13
247:21

**barring**
199:13

**base**
122:12 185:12
232:19

**based**

56:4 83:22
95:13 138:7
155:10 157:16
170:16 195:14
203:8 207:20
210:25 223:20
225:21 229:22
231:16 232:6,
11 233:2,6
237:3 244:2
257:18 261:19

**bases**
230:22

**basic**
81:19

**basically**
52:2 60:3
103:25 110:23
113:13 114:1
121:2 138:22
140:5 154:14
166:24 179:10
185:20 186:21
187:4 190:15,
24 191:5
197:19 204:23
223:6 242:3
251:25 252:3,
6

**basics**
11:4

**basis**
18:23 104:10
196:21 217:5
229:25 230:6
231:14 232:2,
5,12,13
237:6,17

**batch**
247:1

**Bates**
17:12,14
22:24,25 24:6
31:12 33:12
34:13 36:7
37:12 40:18
41:16 43:3
44:8 47:23
49:21 53:3
54:3 56:13
60:23 61:12
63:5 64:23
65:10 66:11
69:9,14 70:22
72:12 75:17
76:15 77:20
78:17 80:12
82:8 88:22
90:14 93:14
96:21 97:16
102:15,18
105:9 106:11,
24 108:21
112:1 114:22
115:24 118:3
124:3 125:5
126:1 127:15
128:18 129:19
130:6 131:16
137:7 142:24
147:21
152:15,16
159:9,10
165:24 177:8
183:10 188:8
193:18 202:19
205:18 209:14
212:23 219:24
223:20 226:13

**bearing**
79:17

Louise Davidson-Schmich
January 29, 2021

13

Beatriz
   8:14 13:16
beg
   38:23
began
   8:1 19:11
   54:23 69:25
   70:10,12
   84:12 158:6
   174:5 201:3
begin
   70:3
beginning
   70:9
behalf
   8:14,21
   162:18 239:6
   262:19
behavior
   195:17,18
believed
   84:20 94:15
   126:20
bell
   156:10
benefit
   31:12 43:12
   61:20 177:9
benefits
   62:5 82:24
bets
   108:1
Beverly
   216:21
big
   160:17 187:7
biggest
   95:14 222:19

Bill
   47:22 63:11,
   17 66:1
   108:20
biological
   195:17
biologist
   205:4
bird
   26:10
Birnbach
   65:19 125:25
birth
   15:17 39:17
   54:15 235:20,
   23 236:7
bit
   17:8 56:1
   85:5 102:23
   142:25 153:9
   178:15 193:24
   199:5 211:9
   224:13 240:15
blanking
   21:17
Blofield
   143:11 144:9,
   18 151:18
   157:11 158:19
   159:1 160:23
   163:4 166:7
   167:20 168:23
   169:24 171:23
Blofield's
   166:12
blow
   193:25
blur
   81:16

board
   251:17,21
body
   110:25 138:25
   148:8 206:22
bolster
   112:24
Bonnie
   15:3 179:22
   180:2 184:1,9
   188:6,14,17
   189:8 191:14
   197:14 198:6,
   17,19
book
   50:14,17,21,
   24 51:1,5
   52:3 89:24
   90:1
Books
   118:4
born
   9:22 10:23,24
   41:1 51:7
bothered
   258:25
bottom
   24:25 25:8,10
   33:19 35:1
   36:12 38:1
   43:17 44:21
   50:5 54:18
   105:13
   137:14,17
   152:23 177:13
   183:17 184:8
   202:20 203:3,
   11 206:10
   209:18 223:21
   226:21

boxes
   220:13 224:20
brand
   119:3,17
break
   12:3,7,10
   62:11,23
   87:12,17
   88:5,15
   133:18,24
   191:3 199:4,
   21 200:2
   239:11,17,25
   252:18,19
breastfed
   235:20
breastfeed
   235:23
breastfeeding
   236:7
briefly
   11:20
bring
   164:16
broad
   174:16,24
   252:4
broader
   175:10 227:6,
   14,15
broadly
   57:14 121:9
   160:14 195:18
   218:5 242:18
broken
   88:8 150:13
brought
   113:11 163:14
   169:1 229:21

Louise Davidson-Schmich
January 29, 2021

14

248:12

**Brown**
16:2 29:5

**buck**
181:6

**building**
175:24 176:4

**bump**
231:24 235:24

**bunch**
264:4

**bush**
26:11

**business**
264:6

**busy**
179:9

---

C

---

**C-5.5D**
44:24

**calculated**
92:17 242:4
258:11

**calculator**
224:7

**calendar**
68:9 70:1,21
76:1 77:20
80:11 90:10
96:20 106:23
114:21 125:4
128:17

**call**
15:4 31:11
132:19 152:15
206:20 207:19

**called**
15:2 18:11
22:9 33:10
34:11 39:7
55:8,19,24
68:7 89:24
99:21 103:23
110:8 115:23
118:20 119:1,
15 144:17
146:14 178:20
197:14,17
200:8 212:22
217:9,10
245:5 249:8
251:23

**calls**
189:23

**Calzadilla**
8:15

**Campo**
12:24

**campus**
13:1 148:17
247:15

**canceled**
208:19

**candidate**
117:11 218:19
249:11,18
250:6,10

**candidates**
113:8

**capacity**
74:5 82:21,22
103:22 122:25
123:2,3,5
144:9

**carbon**
43:9

**carbon-copy**
61:18

**card-carrying**
74:13

**care**
62:13,14
163:19,25
164:6 170:13
181:19 182:5,
8

**career**
55:8,19,23
56:16 58:23
115:11,20,23
116:7,10
118:12,14
135:24

**case**
8:2,4 57:3
68:16 72:6
75:19 77:22
100:14,16
111:14 118:25
124:4 125:6
137:10 166:1
173:25 174:1
175:11
201:17,18
202:5 210:22
212:8,17
218:5 225:15,
17 227:5,10,
11 239:3
242:11 251:4
257:8

**cases**
85:9 253:14

**Casey**
194:15 261:5

**cat**

10:25

**category**
59:8

**caused**
180:15,17
194:16

**CC'D**
82:25 250:3

**certainty**
174:14 192:13

**certifications**
15:19,24

**cetera**
12:7

**chain**
144:16 146:1
152:12 156:12
157:22 159:6
210:5 211:10

**chair**
26:24 44:6
48:10,13,16,
19,20 49:1
71:16,17,19,
24 77:3
81:11,23,24
82:1 83:6,8
84:5,6,23
89:15 91:7
95:17 97:16
98:8 106:13
113:6,11,20
127:1,2 128:8
130:17 133:7
134:24 147:13
180:18 185:13
189:25
198:17,18
221:5,8 230:7
238:14 245:5,

Louise Davidson-Schmich
January 29, 2021

15

8,19 248:24
262:5

**chair's**
124:19 153:7

**chairs**
91:6 132:23
143:17,18,25
144:2,6

**chance**
12:4 24:12
26:6 33:13
44:13 78:21
137:11 152:14
160:1 213:15

**change**
10:10 84:8
147:3 163:23
182:9 195:15

**changed**
103:15 131:24
257:15

**channel**
143:25

**charge**
205:6,17,23
206:5,8,22
207:8,22,25
210:20 211:5
214:21 222:4
253:13 256:9,
10 263:1,15

**chart**
151:2,5
220:23,25
221:10,15
222:3,10,25

**chat**
153:1

**chats**

204:24

**check**
58:11 80:25
132:18

**checked**
190:1

**Chicago**
246:15

**child**
54:15 236:2

**children**
10:22

**choose**
239:4

**chose**
214:24

**Christmas**
190:6,20,22

**Christopher**
8:20 17:11
240:22 263:9

**chronological**
63:15 183:16

**chronologically**
137:15 159:21
226:22

**chronology**
48:22

**circulate**
163:1 265:1

**circumstances**
73:2 77:8
79:19 225:21
264:8

**citation**
120:4,6,8
123:1,5,6,15
242:10

**citations**
118:5,22
119:5 122:18

**cited**
118:4,18
119:10,15,24
120:2 202:7,9
238:17

**Cites**
118:5

**claim**
230:1,22
231:2,15
238:2,9 240:4

**claimed**
224:11

**claims**
229:21 261:19

**Clara**
10:22

**clarification**
11:19 60:1,16
66:23 70:8
122:11 149:3
163:24 182:19
198:13

**clarifying**
216:16

**Claritin**
13:8,10

**class**
39:4 99:22,24
100:2

**classes**
99:15 259:6,
10

**classification**
196:1

**classify**
29:10

**clear**
66:24 113:9
123:13 197:3,
21 198:14
211:3 216:4
235:11 239:9
242:1 244:11
257:21

**clearer**
43:7

**clients**
208:18

**clock**
235:19

**close**
42:6,9 85:24
164:16

**closed**
12:22 248:23

**closely**
177:12 241:25

**cloud-based**
148:23

**coauthored**
171:11

**coerced**
104:12

**coffee**
164:16

**cognizant**
167:8

**colleague**
140:4 176:2,
12 204:17
230:9 241:22

**colleagues**

Louise Davidson-Schmich
January 29, 2021

16

139:19 140:2
143:10 161:7
162:12,19
163:10 164:14
165:2,13,24
167:9 171:12
176:17 194:6
198:14 203:12
238:13 241:16

collection
83:19

collective
199:1

college
20:3 21:2,16
66:17 84:10
89:9 135:19,
22 136:3
138:21,23
139:7,18,21,
23 140:8
141:11,16,24,
25 143:16,19,
21,23 145:10,
18 146:4
149:18 156:16
157:6 173:9
181:5 185:5,
16 190:11
236:11,15
237:20 238:4

colloqium
99:10

colloquialism
120:17

colloquium
99:7

column
222:23

comment
50:10 226:3,
4,24 227:4,10
228:22

comments
163:2 227:5
229:1

commission
260:8

commissioned
135:19

commitment
178:12,14

committee
103:24 104:2
135:21 141:23
142:3,21
143:21 150:10
158:15 174:21
191:25 192:1,
3,5,8,15,17
217:8,11,12,
23 218:3,9
237:18 238:25
248:18 249:25
252:13 257:5

committees
74:12

communicated
126:25 242:13
262:11

communicating
144:4 167:1

communication
79:1 84:14
140:6 143:25
166:16

communications
83:7,20

133:25 180:15

Communist
57:15

community
52:14 245:21

companion
39:19

comparable
253:15

comparative
23:22 29:11
190:18

comparator
253:13
260:22,24
261:20 263:17

comparators
186:4

compared
49:13 158:18
193:8 194:10
254:9

comparing
151:1

compensate
256:6

compensated
155:15 161:2
169:3 171:1
194:19 222:21
231:11 237:3
241:15 255:23
257:4

compensates
236:23

compensating
169:8,11
185:14 242:21

compensation
156:16 168:24
169:14 174:5
175:19 179:3
185:6 186:3
242:20 247:23
256:1,10,11

compensations
223:10

competent
248:2

competing
117:13

competitive
108:3

compile
223:7

compiled
222:3

complained
255:6

complaint
187:14,20
197:25 223:3
225:11,20,22
262:19

complaints
259:18

complete
55:8 64:13
220:25

completed
45:19 50:25
51:6

completely
259:8

complicated
110:11

Louise Davidson-Schmich
January 29, 2021

17

component
 244:9

comport
 112:17

composed
 148:18

Composite
 17:1 22:20
 24:8 37:7
 54:6 55:17
 70:25 75:21
 77:24 78:13
 80:6 82:10
 90:17 93:17
 96:23 97:21
 107:1 114:16
 116:3 124:6
 125:8 127:18
 128:21 129:13
 130:9 131:9
 142:14 147:25
 152:19 159:13
 177:2 183:13
 188:1 193:13
 202:13 205:12
 209:9 213:2
 228:14

compound
 233:10

compounded
 233:5

compressed
 85:22

compression
 85:10,13,20
 86:14,24

comprise
 37:21

computation
 153:15

computed
 149:4

computer
 12:17 81:17
 102:22 223:18

concept
 215:9 228:4

concern
 110:16 149:24
 160:17 169:1,
 2,6,10 170:1
 175:19
 180:18,24
 181:9,14
 186:18 187:1
 194:16 198:10
 218:3,8
 230:16 231:9
 248:10 254:23

concerned
 160:24 163:15
 166:21 173:24
 174:2 182:11
 186:2,8,24
 194:10
 195:21,22
 196:8 217:12
 254:24

concerns
 163:16,21
 164:5 168:23
 169:20 170:11
 176:20 177:12
 179:23 181:19
 186:11 187:15
 196:6 198:8,
 16 200:17
 201:11 214:5,
 14

concluded

210:24 265:13

conclusion
 40:8 145:9

conclusions
 145:8

concrete
 136:17 163:22
 210:13

conditions
 32:10 160:14

conduct
 144:22

conference
 19:4,6
 178:15,19,20,
 22 179:8,12,
 19,21 180:1
 202:6 211:12,
 17

confidence
 182:4

confident
 127:1 146:9
 153:20,21
 158:24 159:1
 175:22 182:9

confidential
 134:11 136:11
 156:3 186:17
 238:15 251:10

confirm
 42:19 55:11
 78:22 162:9
 166:2 178:22
 193:20 224:7
 260:23 263:7

confirmation
 56:8

confirmed
 47:11 126:19

confirming
 33:24

confirms
 213:16

confusing
 161:14

congratulated
 61:24

conjunction
 47:5 68:13
 167:20

connection
 55:7 56:6
 71:22 83:16
 85:20 86:3,
 15,25 115:9
 117:5

Connolly
 156:19 157:4,
 9 158:2,20,25
 166:15

Connolly's
 167:15

considerably
 175:2 196:9
 230:10

considered
 175:9 214:13

consist
 188:16

consistently
 45:24

constantly
 18:25

constitute
 259:16

Louise Davidson-Schmich
January 29, 2021

18

constrained
  154:7

constraints
  154:12

contact
  180:6 203:12,
  24 226:5

contacted
  191:3 201:15
  204:14 228:6

contained
  108:5 206:18

contend
  170:17 231:2
  233:19 234:8
  254:15

content
  18:5 43:13
  206:24 207:12

contention
  237:7 254:13
  255:21

contest
  255:25

context
  113:5 174:18
  192:4,15
  214:24 218:4

contexts
  242:23

continue
  237:16
  239:13,20

Continued
  88:13

continuing
  239:20

contract

26:13 27:2,23
34:16 43:16
45:6 121:14

contractions
  41:1

contracts
  61:18

contrary
  172:19

contribute
  99:9

contributions
  132:7,9

convened
  141:24

conversation
  96:8 138:2
  153:21,23
  154:4,6 155:5
  156:7,8
  163:13 180:16
  198:4 208:6
  229:4

conversations
  145:5 173:5,
  11 180:19
  189:17,20
  251:11

convicted
  259:25 260:4,
  7

Coolman
  8:17

cooperate
  102:23

cooperating
  102:16

coordinator
  217:13

copied
  133:12 136:13
  206:1 210:3,
  15 211:11

copies
  43:10 142:20
  160:6 210:6
  265:2

copy
  16:22 24:3
  27:17 31:3
  43:7 44:18
  47:23 48:1
  54:2 66:25
  69:8 71:10
  75:25 78:2,10
  79:1 80:17,25
  81:3,7,19
  82:5,16 87:8
  89:5 93:12
  97:6,25
  102:5,19
  107:5 114:20,
  25 115:20
  116:7 118:3
  124:12
  125:14,24
  127:22 128:15
  129:1,9
  130:6,12
  131:3 135:18
  179:16 191:18
  192:11,19
  193:2,10,21
  205:16 221:3
  227:21 228:10
  265:9

corner
  206:10

correct
  10:2 12:14,15

13:2 16:3,7,9
19:12,13
24:1,2 25:6,
13,14 27:18,
19,23,24
29:15 32:23
35:5,10,11,
12,22 36:11
40:6,10,11
41:9,11,25
42:16,23
43:20,21
45:1,2,4,5,
16,21 48:6
49:7 52:24,25
53:22 54:16,
17,25 56:8,9
60:9,10,11
63:16,20,21
65:23,24 66:6
67:4,18,19
69:21,22
70:2,11,17
72:5,21 73:25
74:20,21
78:8,25 79:5,
6,25 80:1,3
81:3,22 82:3,
4 87:1,2
91:17 100:18,
19,22,25
101:14
124:17,21,25
126:10,11
128:9,10
129:23
131:19,20
136:9 138:9
140:10,11
142:1,2
143:7,8
145:1,7,23

Louise Davidson-Schmich
January 29, 2021

19

146:3 148:9,
10 154:20
155:11 157:1
160:12 161:8,
15 162:5,6
163:10,11
166:13,14
168:2,6,7
177:21,22
178:4,5
181:18,21,22
183:4,5
184:10,11,19,
20,22,23
187:10
188:15,20,21,
24,25 189:11
196:13,16,22,
25 197:1,3,4
200:9,10
203:9 204:6,7
206:2,4,11,
12,19 208:6
218:24 219:8
220:16,19,22
226:25 227:1,
7 229:2,3
232:4 233:14,
15,17,18
234:6,7
238:19,20
250:20 256:22
258:14,15,17,
18 263:5
264:21

**correctly**
67:10 95:5

**correlated**
241:25 242:22

**correspondence**
209:2

**Council**
138:21,22
139:18,22,23
140:8 141:11,
16 143:16,21,
24 173:9,10

**counsel**
8:10 31:13
191:22 192:6

**count**
123:6 242:10
263:10

**counter-
proposal**
25:22 27:16

**counter-propose**
25:20

**countries**
57:19

**country**
57:1,5,13,16
208:12,14

**counts**
120:4,7,8
123:1,5,15

**couple**
18:2 24:20
34:19 71:5
90:7 106:11
114:14 129:25
130:16 190:1
207:16 212:16
216:7 248:22

**courses**
38:13 89:19
134:25

**court**
8:11 10:16
11:12 225:11

**coverage**
89:15

**COVID**
246:21

**Craig**
8:12

**crash**
73:7

**created**
52:19 59:6
118:25 215:6
220:3,5,9

**creates**
231:25

**creating**
123:15 236:9

**credentials**
110:24 114:9

**crime**
259:25 260:4,
7

**crisis**
77:12

**criteria**
242:2,15

**cross**
207:4

**curious**
165:6 180:14

**current**
10:15 12:5
62:6 261:14

**customary**
27:9

**cut**
11:20 12:19
26:20 55:21
133:8,14

136:6 137:7
142:25 147:22
155:7 159:9
230:19 249:1

**cutting**
74:16

**CV**
14:21 16:22,
25 18:5,7,13,
16,19,22,24
98:23,24
100:9 116:19
146:22 179:7
219:6

**CVS**
98:16,19 99:1
111:5 140:15
141:19

**cycle**
117:23

---

**D**

**D-A-V-I-D-S-O-N**
9:19

**Dame**
51:2,9,12
52:6,7

**data**
144:22,24
145:2 150:21
151:2,8,9
190:19 202:7

**date**
15:16 26:2
31:24 33:22
35:4 48:18
61:4 66:7
90:4 129:17
131:13 134:22

Louise Davidson-Schmich
January 29, 2021

20

135:8 144:19
147:12 193:22
204:10,12,14
208:13,15
211:3,4 215:9
237:21,22
240:13

dated
16:23 18:5
22:23 24:22
25:3 31:10
33:12 34:12
36:2 40:1,18
41:15 43:2
44:7 49:20
53:3 54:14
61:12 63:11
64:23 65:10
69:8 70:21
72:11 77:20
80:11 82:7
93:14 94:22
96:20 97:15
102:13
105:10,22
106:23 108:20
111:25 114:21
124:2 125:4,
25 127:15
128:17 129:10
131:4 137:6,
25 147:21
166:8 177:19
184:2 206:9
211:11 226:7
228:11

dates
101:20 140:16
153:11
157:16,20
160:7 161:13

166:3 177:24
184:6 188:6
189:2,22
203:1 210:10
211:12 215:3
228:20

daughter
40:25 51:7
211:19

Davidson
9:11,19,23

Davidson-
8:18 9:25
177:10

Davidson-
schmich
8:3,6 9:5
10:7,22,23,24
15:16 16:1,
16,21 17:4,
15,17 19:10
22:22 24:11,
18 31:8,14,20
33:9,18
34:14,22
35:25 37:19
40:15 41:20
43:14 44:13,
17 45:7
47:10,20
49:19 50:8
52:20,23
54:12 56:15
58:21 60:20
61:16,21
62:22 63:9
65:3 66:15
68:22 69:15
71:3 72:9
75:10 76:8,20
77:13 78:2,16

79:22 80:9
82:13 84:25
88:15 89:2
90:7,21 91:14
93:5 94:20
102:11 105:6,
16 107:4
108:18 112:6
114:12,19,25
115:23 116:7
123:25 126:5
129:21 130:12
133:24 137:4
142:17 143:3
148:4 152:22
159:17 160:5
165:21 177:5,
17 188:4
193:16 194:5
200:2 202:16
205:15 207:22
209:12 213:22
219:22 229:15
239:8,24
241:6 260:20
263:14,24
264:12,17

day
41:2 75:5
125:22
161:16,18
168:1 196:2,
10

days
161:13

deadline
26:5

deal
58:10

dealing
30:15

deals
181:11

dean
15:3 24:22
27:1,11 47:23
49:21 54:14
66:17 67:1
84:9 89:9
92:19,22,23
102:13 105:10
126:25 127:1
135:18 139:1,
3 140:1,4
141:23 142:19
143:23 144:1,
5 154:7,9,11
156:15,24
157:8,24
158:14 159:5
160:11,19
161:6 162:1,
3,10,14,23
163:2,9,16
164:14 165:9,
14,22 166:16
167:1,5,13
168:2,6,18
169:1,6
170:4,9,17
171:14,17,22
172:9,20,22
173:4,10
179:11
180:20,23
181:7,18
182:5,19,24
185:2,13,22
186:23 188:22
198:11,17,19
262:4,5

dean's

Louise Davidson-Schmich
January 29, 2021

21

27:11,13
171:11 181:6
250:4

**deans**
84:11

**Dear**
140:3

**death**
260:1

**decade**
73:22 84:17
101:9

**decades**
243:25

**December**
18:10,16
49:10,12,20
50:13,25
51:4,20 64:23
81:23

**decide**
180:6

**decided**
26:10 111:1
113:17 239:3

**decision**
55:6 101:17,
19 117:22
126:25 149:2
238:21

**decisions**
235:16,17
242:16 256:14

**declination**
21:20,24

**deep**
18:22

**default**
210:6

**defendant**
8:21

**Defendant's**
17:1 22:19
24:8 31:6
33:7 34:9
36:5 37:7
39:23 40:13
41:18 43:5
44:11 47:18
49:17 53:6
54:6 55:17
60:18 61:14
63:7 65:1,12
66:13 69:11
70:25 72:17
75:21 76:18
77:24 78:13
80:6 82:10
88:25 90:17
93:17 96:23
97:21 102:9
106:2 107:1
108:16 112:3
114:16 116:3
118:8 124:6
125:8 126:3
127:18 128:21
129:13 130:9
131:9 137:2
142:14 147:25
152:19 159:13
165:19 177:2
183:13 188:1
193:13 202:13
205:12 209:9
213:2 219:20
226:10 228:14

**defense**
243:6

**defer**

135:7 157:19
239:15

**definition**
85:17

**degree**
16:2 28:23
146:16,17,21

**delete**
18:25 19:2

**deliberately**
172:10

**delivering**
178:12

**democracy**
57:6,8

**Democratic**
89:25

**Denver**
20:25

**department**
26:25 27:7
28:3 44:7
45:10 48:11
49:1 58:1,8,
15 59:8,11,
16,23 63:23,
25 64:3,5,6,
8,17 65:23
71:17,18
73:19 74:19
75:7 77:3
83:6 89:15
91:9,12,17,25
94:2 95:19
98:13,17
99:5,19
103:4,5
106:13 112:25
113:1,7,12,
13,25 115:15

121:9 122:2,
19 134:6
135:3 136:15
138:12 139:23
140:9,20
141:10,15
143:10,22
144:6,8
147:1,5,7,8
155:14 158:4,
10,13 161:1
168:25 172:4,
13 175:13,15,
20 176:7,21
182:3 186:20
193:4,7
197:10 200:5
203:12,17
230:8 233:14
234:4 248:18
249:3 258:13

**department's**
74:3

**departmental**
176:2

**departments**
59:14,18
64:12 103:2,
6,7,25 113:3,
4,9,10,19,22
114:3 144:4

**departure**
248:14

**depending**
38:25

**depo**
12:16

**deposed**
11:1

Louise Davidson-Schmich
January 29, 2021

deposition
  8:5,7 11:8
  12:1,14 13:14
  14:14,18
  16:18,22
  22:15,23 31:9
  33:10 36:1
  37:11,22
  40:1,16,21
  41:14 43:1
  44:5 47:21
  49:20 53:2
  60:21 63:10
  66:11 70:20
  72:10 76:9
  79:8 80:10
  86:5 96:19
  106:22 108:19
  124:1 131:3
  137:5 142:18
  147:19 159:4
  177:18 190:7
  193:17 209:13
  212:10 233:12
  234:3 252:9
  265:10

depositions
  264:1

depreciation
  73:8

descent
  56:23

describe
  178:15

describing
  127:5 192:8

description
  22:16,25
  23:13,16

deserve

  256:16,20,22

designed
  232:24

detail
  67:9 97:3
  174:22

details
  178:19 201:17
  250:8

determinative
  233:3

determine
  123:7

determined
  185:14

determining
  68:13

detrimental
  110:21

developed
  59:13

devote
  218:10

differ
  145:10

difference
  121:20 122:6
  145:16 222:7
  234:25 237:4
  238:3 243:17
  258:7

differences
  135:21 174:4
  186:1 202:5
  236:14 244:3

differential
  229:18 233:4
  240:19 259:1

differently
  57:13 181:2
  236:24 241:16

difficult
  174:13 218:6

digit
  42:4

direct
  9:9 59:22
  88:13 180:15

directing
  167:18

direction
  104:1

directly
  143:13 148:12
  223:20

director
  47:22 102:2,
  14 103:20,25
  104:3 108:20
  216:12,19,20
  217:1,19,21,
  25 218:6

directors
  144:1,2,3,7

directorship
  218:20

disagree
  195:25

disagreed
  133:4

disciplinary
  103:3 104:20
  113:24

discipline
  103:3,10
  259:17

disciplined
  259:14

disciplines
  103:13,17

disclose
  15:8

disclosed
  252:4

disclosure
  230:7

discovered
  229:16

discrepancies
  174:25

discrepancy
  170:23 197:22
  224:18

discretion
  154:13

discriminate
  232:13

discrimination
  205:6,17,23
  206:9 207:8,
  23 211:6
  214:21 222:5
  231:3 232:7,
  11,15 233:21
  234:10,20
  235:8 237:10
  240:5 253:14
  263:2,16

discriminatory
  232:25 233:1

discuss
  71:24 94:1
  96:1 134:15
  153:18 155:14
  157:7 160:11

Louise Davidson-Schmich
January 29, 2021

23

162:12 173:2
175:18 201:10

**discussed**
95:18 136:22
157:14
173:15,16
178:2 215:4
233:11 234:2
237:18 238:25
241:19 247:16
251:12 262:8
263:8

**discussing**
27:2 136:18
138:8 200:3
215:1 252:23

**discussion**
26:9,18,23
92:21,24
134:4 139:13
155:13 158:7
176:6 211:23
230:15

**discussions**
30:9 68:21
93:1 153:14
157:25 170:10
171:22 198:3

**dishonest**
260:8

**disregard**
76:14

**disseminated**
197:20

**distraught**
179:2

**distributed**
93:2

**Diversity**

217:10

**divided**
57:19

**divvy**
92:4

**Doctor**
199:6 214:9

**document**
15:5 17:7,9,
17,21,25
18:15 19:4
22:7,14,18
23:8 24:12,19
25:9 31:5
32:9 33:4,6,
10,19 34:8,
11,23 36:4
39:19,20,22
40:12 41:5,17
43:4,15 44:9,
10 47:17
49:14,16,25
50:1,4,5,9,11
52:5 53:5
55:8,14 56:1,
9 60:15,17
61:13 63:6
64:25 65:4,6,
7,8,11 66:12
69:10,13
70:22 71:4
72:13,16
75:18 76:11,
17 78:23
80:15 81:17
82:14 83:1,14
88:20,24
90:14 97:17
102:8,19
105:4,7
106:1,10

108:15 111:22
112:2,6,8,9,
14,17 115:23,
25 117:24
118:3,7,10,
13,25 121:8
124:3,10
125:5 126:2
128:19,24
129:20 130:6
136:1,7
137:1,21
141:21 142:24
144:7 145:3,4
149:15,20
150:3,8
152:16 162:8
165:16,18
183:10 189:24
194:3 196:11,
21 204:15
206:8 212:22,
23 213:23
214:1,23
215:6,10,16,
23 216:3,15
219:13,19,23
220:2 221:23
223:13 226:9,
13 227:17
242:6 262:24
263:6,16

**documentation**
212:22

**documenting**
135:25

**documents**
10:11 12:2
14:17,19,23
15:9 16:17
23:1 24:5,7

37:6,11,20
54:5 55:16
68:8 70:24
75:17,20
77:23 78:12
80:5 81:2
82:9 83:19,22
90:16 93:16
96:22 97:19,
20 106:25
114:15 116:2,
11,17 117:1
119:15 120:5
124:5 125:7
127:17 128:20
129:12 130:8
131:8 134:23
135:7,9
137:9,12
142:13 147:24
151:16 152:18
157:21 159:12
164:2 165:25
177:1 183:12
187:25 193:12
202:12 205:11
209:1,8,14
212:17 213:1
228:13 231:8,
13 240:10,16
253:4

**Docusign**
206:16

**Docusignature**
206:14

**dollar**
232:22

**Donna**
175:17

**door**
164:16,17

Louise Davidson-Schmich
January 29, 2021

24

doorbell
    12:6
dots
    150:23 247:12
doubt
    31:23 35:13
    36:18 128:4
    155:19 172:7,
    16
dozen
    104:8
draft
    27:25 66:20
    148:14,21,25
    151:6 153:4
    163:6 167:19
drafted
    66:16 148:15
    152:4 206:23
    214:3
drafting
    145:5
draw
    109:15 221:11
drawn
    237:23
Dreyer
    48:15,16,20
    175:17 176:3
    196:12 197:3
    243:18 258:12
drive
    148:17,18
driver's
    15:21,23
drives
    56:19
drop
    94:2

due
    222:8
dues
    200:21
Duke
    16:6,8 19:11
duly
    9:7
duplicates
    88:7
duplication
    80:3
duties
    62:5 120:9,
    10,14 218:21
dying
    249:6
dynamics
    112:21

─────────────
            E
─────────────

E-JOBS
    22:9
e-mail
    63:4 78:17,19
    81:18 82:6,16
    86:12,23 87:9
    89:3,5,8
    93:7,13,20
    94:21 126:24
    127:4 131:3,
    12,15 135:10
    136:13,25
    138:11 142:18
    143:4,5
    144:15,17,20
    147:13,20
    148:4,7 150:4
    151:24 152:12

156:12
159:18,20
161:12,17,24
162:2,10,17
164:4,9
165:13 166:6,
7,12 167:18
168:10,17,21,
22 170:3
171:11,21,24
178:1,7
184:12 188:11
189:5,6,25
191:11 193:21
197:5,12,20
198:21,22
200:3 203:23
210:5,12,14,
15 211:10
226:16,22
227:2 229:5
250:3 265:1
e-mailed
    157:8 197:15
e-mails
    63:10,12
    137:5,24
    138:4,7
    153:11 157:16
    159:5 160:6,9
    161:21,23
    165:22 166:3
    177:6,19,23
    183:7,20,22
    184:1,3
    188:5,7,11
    189:1 193:18
    197:16 199:2
    202:17,25
    203:19 210:3,
    10 215:23

226:7,14,18
228:11,19
229:8,9
earlier
    14:5 40:21
    50:14,22
    51:17 52:21
    69:23 72:25
    100:13 105:8
    121:7 181:17
    192:24 196:12
    227:18 234:2
    256:15 260:22
early
    177:19 233:11
earn
    242:4 250:24
    258:4
earned
    149:19,22
    171:5
earning
    135:5 150:1,
    24 151:3
    185:8 186:7,8
    232:20,21
    257:22 258:21
earnings
    109:18
earns
    230:25
easier
    79:17 142:11
    193:24 197:16
    241:15
easily
    228:3
East
    57:15

Louise Davidson-Schmich
January 29, 2021

25

eastern
20:7 161:21,
25
economic
57:4 245:23
Economics
103:5
economists
103:6
economy
57:7,9
edification
223:19
edit
47:6
edition
62:6
edits
207:1
education
146:12 180:11
educational
28:21 29:2
EEOC
8:13,14,16
13:15 205:7,
17 206:2
207:23 208:4,
22 209:1,14
210:16,19
211:16 223:14
225:6,10
226:5 239:3
240:3 251:12
252:7
EEOC's
225:22 226:24
effective
126:10

effort
223:7
elected
138:24 140:22
electronic
206:21
electronically
22:10 81:13
eligibility
63:18 66:1
eligible
63:20 67:21
elite
195:23 196:1
Elizabeth
249:5,8
emergency
211:19,24
employed
45:9,24 46:4,
18
employee
166:20
employment
46:22 47:2,3
121:3,13,16
166:22,24
167:3,5,9,15
244:19 248:12
enclosed
54:13 98:7
enclosing
27:23 205:17
enclosure
97:25
encountered
86:6,9

encouraged
96:7
end
20:10 53:17
88:11 223:12
225:4 242:8
ended
48:19 111:8
210:6
endemic
243:13
endow
249:7
endowment
73:5
engage
122:17
engaged
149:17
enjoy
167:9
enter
96:7
entire
72:6 108:25
126:24 135:23
230:8
entitle
254:10
entitled
178:2
entries
18:25 19:2
environment
12:5
equal
52:19 171:3
224:17 229:22

235:2
equality
235:2 241:12
equitable
231:12
equity
191:25 192:1,
8 217:9
231:15 242:1
equivalent
109:16
error
76:12 80:3
essentially
112:22 147:4
150:5 189:23
190:18
EST
161:21
established
163:8
estate
73:6
estimate
199:9
estimation
204:1
ethnicity
249:10
Europe
29:13,14 39:3
208:10
European
178:20
evaluate
99:20
evaluation
70:13 84:22

Louise Davidson-Schmich
January 29, 2021

26

94:1 98:7,12
128:7 141:20
242:11

**event**
149:2,8,12

**events**
126:17 157:22
201:5 212:12
214:4,13,20,
22,25 215:4

**eventually**
97:18 143:13
187:8,19
191:18 192:3

**everybody's**
264:7

**evidence**
210:25 223:7

**evidentiary**
259:23

**exact**
126:16 134:22
157:21 201:5
234:5

**examination**
9:9 88:13
265:13

**exceedingly**
241:19

**Excel**
135:1

**exception**
155:21,25

**exceptional**
242:25

**exchanged**
183:6

**exciting**

125:22

**excluding**
175:16 208:6

**exclusive**
51:10,12

**excuse**
35:18 99:3
111:23 185:9
200:11 207:2
211:18 215:8
236:24

**executive**
30:25 60:22
156:25

**exhausted**
252:10

**exhibit**
16:22 17:1
22:15,20,23
24:4,5,8 25:9
31:4,6,9
33:5,7,10
34:7,9 36:1,5
37:5,7,10,21
39:20,21,23,
25 40:13,16
41:13,18
42:10,12,25
43:5 44:5,11,
18 45:8 47:9,
16,18,21
48:8,9 49:17,
19 53:2,6
54:3,6,13
55:15,17
58:19,20
60:18,21
61:10,14
63:5,7,10
64:21 65:1,9,

12 66:10,13,
25 69:7,11
70:19,25
72:10,17
75:16,21
76:9,10,14,18
77:18,24
78:11,13,17
79:8 80:2,6,
10 82:6,10
85:1 87:9,11
88:22,25
90:14,17
93:7,13,17
94:19,23
96:18,23
97:14,21
102:1,6,9,12
105:8,21
106:2,21
107:1 108:16,
19 111:23,24
112:3 114:16,
20,24 115:22
116:3 118:2,8
124:1,6
125:3,8 126:3
127:14,18
128:16,21
129:9,13
130:5,9
131:2,9,16
136:25 137:2,
5 142:9,14,18
147:19,25
152:7,11,19
159:4,13
165:17,19,22
167:19 169:4
171:10,15
176:25 177:2,
6,18 178:8

183:9,13,25
187:24 188:1,
5 193:11,13,
17 197:12
198:22
202:10,11,13
203:25 205:9,
12 209:5,9,13
210:2,9
212:21 213:2,
14,24 219:16,
20,23 226:7,
10,12 228:11,
14 263:15

**exhibits**
79:11 169:5
199:15 207:16
265:2

**existence**
174:16,24

**expect**
149:12,19
155:23
170:16,18
242:24

**expectation**
121:6,9,10
147:6,9

**experience**
21:17 29:19,
25 121:4
122:15 195:5
227:14,23,24
236:18 255:22

**explain**
120:20 194:16
224:2 232:5
244:3

**explained**
79:18

Louise Davidson-Schmich
January 29, 2021

27

explains
240:19

explanation
85:6 224:19
243:16,18
258:7

explanations
244:11

express
162:5 248:10

expressed
169:10 170:11
173:13 176:19
180:18 198:8,
10

expression
123:12

extension
26:5,9 27:17
43:23 44:25
47:10 48:5

extensive
253:19

external
113:20 116:24
121:12

extremely
238:11 242:16

———————
F

face
123:13

facilitate
89:15

fact
23:25 47:12
64:13 66:4
80:21 92:11

125:19 126:14
145:8 158:24
161:6 162:13
191:15,16
230:23 239:3
240:2

fact-
211:16

fact-finding
182:17 211:12

factor
231:16 233:3
240:19 244:2

factors
242:17 257:22

facts
206:18 225:21
230:20 231:1
240:4,9
257:7,19

factual
229:25 230:6,
21 231:14
232:5 237:6,
17

faculty
27:7 32:3,7,
10,13,17
37:25 38:2,5,
10,14,16
44:24 47:22
56:4 62:5,6
68:1,7,11,15
73:17,20,21,
25 74:2,4,8,
9,10,12,20
75:4,8 93:3
98:12,13,17,
19 99:6,9,13,
18 103:16,24

104:4 108:21
110:19 112:12
113:16 114:10
116:15,16
117:2 120:5,
10,13,14
121:6 126:24
127:5 134:5
136:15 138:24
139:2 142:21
143:24 144:11
156:14 157:12
158:13
160:10,21,24
166:19 171:18
174:12 175:20
181:15 185:6
191:24 198:10
200:17,18
202:3 204:19
217:8 237:5

failed
113:20 217:23

fair
11:24,25
49:14 73:23
83:24 122:10
133:1 134:11
145:6 173:14
175:7,8
185:18 186:2
187:16 195:20
197:7 207:12,
13 214:5
229:19 243:4,
5 250:23

fairer
169:13

fairly
158:24 159:1

fall
45:17 55:4
56:11 68:2
87:3 135:18
191:20,21,22,
23 208:14
215:17 246:5
247:2

fallout
77:11

falls
262:14

false
260:9

familiar
32:6 120:17
122:8 174:10,
16 175:5
183:19,22
259:8,12

family
46:15 251:14,
15 252:15

February
15:18 24:23
25:3,5 60:9
61:2 66:4,16
67:1

Federal
225:11

feed
12:8

feel
257:20,21

Feinstein
229:5

fell
57:16

Louise Davidson-Schmich
January 29, 2021

28

fellowship
  109:14
felt
  19:25 32:19
female
  150:20 156:14
  157:7 173:20
  174:11 175:19
  178:10 179:1,
  5,14 185:6
  198:10 230:11
  236:15 262:2
fewer
  73:8 145:20
field
  19:25 22:4
  122:7,20
  236:11
fields
  122:9
figure
  87:18 151:3
  171:2
file
  18:11 68:7
  97:5 100:8
  116:24 117:24
  148:20 214:20
filed
  9:6 90:24
  205:6 206:5
  207:23 225:6,
  11,20,24
  259:19 262:19
files
  148:15 223:18
filing
  253:3 254:23
fill

81:17,24
217:23 249:2
filled
  84:21 216:11
final
  250:8
finalist
  246:19
finally
  130:16 218:1
finance
  138:13
financial
  73:7 77:11
find
  119:14 215:22
  218:9 220:11
  244:19 248:4
finding
  210:25 211:17
fine
  9:12,13 153:6
  183:23 199:22
  212:6 213:12
  239:13,19,21
finish
  179:4
finished
  67:9 111:3
finite
  92:2
Fink
  226:14,22
firm
  8:18 13:17,18
  204:6
first-year
  30:12

FIU
  204:20 205:1
fix
  137:8 159:10
flags
  257:14
Florida
  10:17 73:6
  203:21 204:18
focus
  58:8 195:15,
  20
focused
  58:2 192:1
focuses
  213:6
focusing
  99:2 115:5
  162:2 178:10
  206:22 210:14
  243:12 260:24
folks
  91:11 145:5
  150:23 159:6
  195:24 200:4
  251:12
folks'
  198:23
follow
  182:18,23
  187:19 191:11
follow-up
  164:4 165:13
  170:3,10
  189:12 199:15
Foreign
  45:10 146:15
forensic
  216:4 220:11

223:17
Forest
  245:2,4,24
  246:9,18,24
forget
  18:23
form
  36:2,9 37:25
  38:20 40:17
  41:15 43:2,8
  52:17 54:13
  57:8 64:23
  72:2 80:17
  81:12,23 82:1
  91:19 92:5
  94:11 95:10
  120:3,12
  122:21 123:1
  134:12 214:7,
  16 219:2
  230:3 231:4,
  17 232:8
  233:22
  234:11,21
  235:9 237:14
  238:5 240:7,
  21 243:21
  244:5 253:10
  254:11,21
  255:13 257:25
  258:23 261:1,
  21 263:19
formal
  117:1 119:25
  120:7
formally
  46:4
format
  133:11
formats

78:24

**forms**
84:22 98:12

**formula**
244:14

**forthcoming**
182:9

**forward**
147:15 198:21

**forwarded**
15:3 151:21
241:23

**found**
186:15 245:14

**Foundation**
251:24

**frame**
46:23 50:13
101:21 149:16

**fraud**
260:5

**Fred**
48:24 49:3,21
63:11,17

**Freedom**
203:13

**freeze**
72:23 73:3

**Friday**
99:7

**friend**
204:25

**friends**
176:11,16
251:23

**Frohock**
48:24 49:21
63:11,17 77:2

**91:6**

**front**
219:9

**froze**
114:8 132:7

**frozen**
102:16

**Fulbright**
107:23 108:2,
9 178:25

**full**
9:14 17:9
92:16 109:10
115:6,10,14,
16 116:12
117:6,10,19
125:20 126:9,
15 127:8
149:24,25
150:25 151:3
154:18,22
169:3,8 171:7
175:12 186:8
194:17 196:15
231:25 236:5,
16,18,19
249:13,17
253:17,23
256:17 257:14
258:3,12,21
259:2 261:13,
16 262:2,13

**full-time**
45:23 47:8
217:15,18
218:2,7,8,10,
11

**function**
16:18 250:18

**funds**
68:14 91:24
92:3 93:2
109:16

**future**
122:15 169:19
181:2,20

---
### G
---

**G-L-E-N-A-U-D**
156:23

**gap**
169:7 174:17
178:3 185:18,
23 232:22

**gaps**
242:19,22

**gave**
25:19 144:5
149:16 154:7
170:22 181:1
227:15 233:2
235:19,21
247:15

**gender**
89:24 102:3,
14,24 103:14,
15,18,21
104:14,16
105:2 107:24
135:21
143:12,14
144:10
145:11,16
169:7,10
173:8 174:4,
14,16,25
176:20 178:3,
21 179:10
180:10 181:9

185:18,23
188:19 190:13
202:5 229:18
230:15 231:2,
16 232:7,11,
13,15 233:21
234:9,20
235:2,7
237:1,9,10
240:4,18
241:10,12,25
242:18,22
244:2

**gender-base**
243:16

**gender-based**
238:3

**general**
18:2,4 32:9
56:19 67:10
71:6 75:13
90:12 99:4
167:12 182:12
201:15 241:10
249:24 250:19

**generally**
12:3 19:7
22:4 32:13
51:22 58:10
77:16 96:5
133:6 250:21,
24

**generation**
250:25

**generationally**
250:24

**generic**
139:2

**generous**
170:20

Louise Davidson-Schmich
January 29, 2021

30

geographic
29:12

George
75:3 100:3,11
111:16 141:13
252:24 255:5

German
10:4,11
56:17,20,23,
24 58:3,9,13
245:22,23
247:7,20
248:1

Germany
56:24 57:2,7,
15,17 208:11
247:6,15

gist
163:17

give
11:22 12:3,10
22:25 24:12
26:5 29:20
31:10,14
33:13 34:14,
18 36:8 37:14
40:21 44:13
49:22 53:7
54:9 56:13,18
60:24 71:4
72:11 78:21
80:15 86:19
90:21 102:17
137:11 139:8
152:14 159:7,
21,25 170:19
187:4 202:21
205:19 209:16
213:15 223:13
229:25 235:23
236:6 241:7

244:13 257:21

giving
39:16 180:24
224:11

glad
212:3

Glaser
31:1 121:8

Gleason
202:18

Glenaud
156:22

global
243:3

Gmail
12:22

goal
170:19

goals
122:13

God
9:2 61:20

Gomez-
158:5 169:24

Gomez-mera
156:19 157:10
158:1,19
159:2 160:23
166:8 167:21
168:24 171:23

Gonzalez
14:22 75:3,6
100:3,11,17
104:25 105:1
111:16 115:19
117:4 127:7
141:13 154:22
252:25
253:13,22

254:20,24
255:2,5,10
256:6,17,23
257:24 258:17
259:9

Gonzalez's
254:9 256:10
257:5

good
9:11 41:3
62:10 87:17
88:9 133:15,
18 199:21,23
224:23 239:10
264:12

goodness
13:25 140:14

Google
118:20 119:6,
8,22 123:11
204:22

governance
203:13 204:20

government
239:7

graduated
19:12

Grant
107:23 178:25

granted
37:2 45:3
47:12 48:6
54:21 64:20
65:19 67:4

granting
180:21

grants
47:4

graph
150:19

greater
109:19 118:4

Greg
137:6,24
263:5,17

Gregory
99:25 100:6
260:25

ground
11:6

grounds
187:1

group
139:18 156:13
157:8 172:23
251:21

guaranty
108:4

guess
30:23 38:25
56:25 73:19
74:9 85:22
86:11 96:8,12
109:15 111:6
114:3 118:16
139:9 143:20
149:19 161:2
168:4 170:25
178:21 179:5,
17 182:4,23
185:3 191:22
195:18 196:18
200:16,17
204:10
206:14,16,20
211:4 214:18,
22 220:8
222:16 223:16

Louise Davidson-Schmich
January 29, 2021

31

224:6 237:8
240:2 241:8
243:23 246:14
248:24 255:24
258:25 264:7

**gun**
240:12

————————

**H**

————————

**H-U-M-B-O-L-D-T**
251:24

**habit**
161:22

**Halleran**
66:17,20 67:1

**hand**
8:24 26:10
211:1 225:9

**handled**
243:11

**hands**
154:14 180:20

**happen**
139:24 167:4
182:25 183:3
212:9,13

**happened**
69:5 87:10,15
89:19 90:9
93:11 97:12
101:4 110:3
111:1,4 114:1
131:22 132:6
143:23 156:8
168:20 181:24
182:2 215:20
220:12 221:18
222:11
225:13,14

238:11 247:10

**happening**
250:22

**happy**
11:21 12:7
18:1 27:22
34:18 56:17
71:4 80:15
125:12 137:16
213:5,10
239:17

**hard**
43:12 102:19
195:4

**Harvard**
59:16

**head**
11:15 104:7
116:25
143:11,13,15
144:10 151:25
152:5 194:23
195:7 247:22

**heads**
143:17,18

**hear**
51:22

**heard**
99:11 134:9
192:16

**heckling**
166:25

**hedged**
107:25

**held**
46:22 88:1
145:17 216:11

**heretofore**
9:6

**hesitation**
80:21 84:1

**high**
196:19

**higher**
96:9 117:8
145:20 151:4
152:3 172:3
186:23 190:11
194:18 196:9,
24 232:18,19
254:10
256:16,20,23
257:24

**highest**
146:12,17
155:21 190:6

**highlight**
27:21 139:20

**highlighted**
206:24

**highlighting**
151:9

**highly**
31:25 122:4
126:17

**hire**
28:4 101:17
113:6

**hired**
28:3,10 30:4
45:13,15,21,
25 48:24
98:21 101:9
194:22 195:10
221:16 233:12
234:3,5,16
235:1 245:8

**hiring**

**hesitation**
101:12,19
194:25

**historians**
58:12

**history**
58:3,9,11,13
135:23

**hit**
187:18 204:24

**Hix**
59:11,12

**hoc**
135:20 141:23
142:21 150:10
157:12 158:15
174:21 185:5
236:13 237:18
238:25

**hold**
15:19 17:6
79:9 146:10
216:22

**holidays**
190:24,25

**home**
10:15 14:12,
15 148:19,21,
24

**honest**
20:23 91:5
162:15

**honestly**
14:24 20:3
21:19 22:10
23:18 27:8
132:3,9

**honorarium**
47:7

Louise Davidson-Schmich
January 29, 2021

32

hoops
130:22
hop
62:14 133:19
212:4
hope
105:6 107:22
171:2 199:16
239:9
host
103:16 163:14
hosting
30:17
hour
12:3 62:10
hour-and-a-half
133:17
hours
12:2 14:4,5
Humboldt
251:24
hundred
153:19 259:12
hurricane
187:6,18,19
228:23
husband
10:21 26:9
45:9,13
145:22 147:6
hyphenated
9:18 10:6

———————
I
———————

ID
10:9
idea
64:9 75:1

84:17,22
113:13 118:11
135:15 138:20
141:12 154:9
158:18 250:12
Ideally
257:1
identical
81:5
identification
17:1 22:19
24:8 31:6
33:7 34:9
36:5 37:7
39:23 40:12
41:18 43:5
44:11 47:18
49:17 53:6
54:6 55:17
60:18 61:14
63:7 65:1,12
66:13 69:11
70:25 72:17
75:21 76:18
77:24 78:13
80:6 82:10
88:25 90:17
93:17 96:23
97:21 102:9
106:2 107:1
108:16 112:3
114:16 116:3
118:8 124:6
125:8 126:3
127:18 128:21
129:13 130:9
131:9 137:2
142:14 147:25
152:19 159:13
165:19 177:2
183:13 188:1

193:13 202:13
205:12 209:9
213:2 219:20
226:10 228:14
identified
21:7
identifies
131:17
identify
17:12 72:12
136:8,25
181:12 241:16
253:12
illegal
258:20
illuminate
213:7
immediately
141:7
impact
52:15 122:20
important
11:14 214:4
impression
133:7
imprisonment
260:1
inability
230:16
inaccurate
218:24 219:5
include
18:12 100:9
116:23 136:4
166:17 214:25
included
116:22 132:22
150:5

includes
83:10 106:12
210:5
including
84:3 160:22
inclusion
191:25 192:1
217:9,10
increase
35:17,18 42:7
68:21 71:23,
24 94:14
147:14 149:4
153:15 154:8
155:2,9,10,20
169:9 222:22,
24 223:4
251:4
increased
41:8 42:2
43:20 95:2
increases
67:22 68:19
93:3 172:3,12
233:6
indication
135:11 220:21
indirectly
74:10
individually
8:19
individuals
151:5
inequality
179:10
inequitable
258:20
inequities
169:10 180:11

Louise Davidson-Schmich
January 29, 2021

33

232:23

**inequity**
178:3 232:1

**inevitably**
12:5

**inexplicable**
85:10

**inexplicably**
85:24

**inflation**
250:18

**influences**
195:17

**inform**
210:23

**information**
78:21 81:21
123:8 134:10
136:10,11
139:18 141:18
144:1,4
150:6,17
151:6 172:19
189:9 193:3
197:9 198:23
200:4 201:24
219:25 220:18
221:7 227:15
228:4 237:23
238:9,10,15,
21,24 241:17
250:2 251:10
257:14 261:14
262:10 264:20

**informational**
182:16,17

**initial**
33:25 120:24
184:24 233:5,

9 234:9 237:9

**initially**
33:3 45:21
233:20 262:3

**initiated**
64:7,8

**input**
117:25

**inquire**
63:18

**inquired**
63:1 92:14
185:13

**inquiries**
229:10

**inquiring**
139:11

**inquiry**
150:13 151:22
203:8

**INS**
112:12,15

**inside**
253:20

**instance**
234:24

**institution**
57:5 146:19

**institutional**
57:10

**Institutionaliz
ing**
178:2

**institutions**
19:17,20
21:11,21 47:5
57:4 177:21

**instruct**
15:7 207:3

**intellectual**
56:22 57:24

**intellectually**
57:18

**intended**
182:20 197:7

**intent**
232:12,24

**interdisciplina
ry**
103:8 104:18,
23 160:25

**interest**
56:19 81:1

**interested**
25:24 51:10
57:1,18
103:17 163:21
201:16

**interesting**
56:21 57:3
237:12

**interests**
57:11,24

**interim**
44:6 48:10
49:2 216:12,
18,20,25
217:19,24
218:1

**intern**
8:16

**international**
16:15 23:23
39:11 64:6,8,
11,17 65:20
110:7,13

111:11,17
112:15,24
113:1,15,16,
23 114:2,7
158:6,8 173:7
204:18

**internet**
22:12 123:11

**interpretation**
222:6

**interrupt**
20:15

**intervened**
240:3

**intervenor**
8:19 225:7,20

**interview**
20:6,10,20,22
21:4,7 25:25
26:1,7 27:6
247:15

**interviewed**
21:22

**interviewing**
101:15 113:8

**interviews**
20:24 27:10

**introducing**
184:14

**invalid**
10:10

**inversion**
85:10 86:1,
14,24

**investigation**
190:2,15,16
191:13 208:5
210:24

Louise Davidson-Schmich
January 29, 2021

34

investigative
208:23

investigator
207:24 210:19

investigators
239:6

invitation
95:7

invited
246:19 247:14

involve
116:18,19

involved
27:1 49:10
68:18,20
100:16 101:5,
18 103:13,22
104:12,16,22
105:1 110:17
145:5 194:24
252:6,12

involvement
142:5 146:7

involves
103:16 253:18

involving
260:5,8

Irma
187:7,19

Isicoff
8:21

issue
11:20 13:10
74:16 79:14
87:19 88:6
103:10 133:4
173:12,24
182:2,5,11
201:5 202:2,3

207:16 209:5
227:6,14,16
229:1 233:7
239:7

issues
88:12 141:25
160:11,15,18
162:4 163:15,
25 164:11
167:2 170:4
173:6 176:7
181:11 192:2
199:13 218:13
230:15 257:13

item
26:12

IX
180:11
181:10,13
186:10
216:12,19,20
217:2,13,19,
22 218:6,13,
20

_____

J

January
8:8 10:25
18:11 40:1
55:6 65:10,15
68:6 69:24
70:6,9,22
75:11 76:1
77:13,20 78:4
79:23 80:12,
18 82:1 91:1
96:13,20 97:7
99:2 101:23
105:18
106:16,23

107:7 114:13,
21 115:2,5,8
123:19 124:23
125:4,16
128:11,18
129:2 130:2,
14 141:21
191:2 229:16
242:7

jargon
196:3

Jennifer
156:19 157:3,
9 158:1,19,25
166:15 226:14

Jensen-doss
142:19

jeopardize
167:3

jeopardy
166:24 167:6,
16

job
11:13 19:14,
23,24 20:6,
13,18,19
21:18,24
22:2,13,15,25
23:13,15
25:25 26:7
27:10 30:17
47:8 98:23
101:16,18
120:9,10,15
139:21,25
194:18,20
195:2 196:10
217:15 218:11
232:19 236:17
244:23 248:3

254:16,19
255:3,11,22
261:11

jobs
19:12 22:5,7
247:3

John
99:25 100:6
260:25

join
113:25 166:16
201:2

joined
225:7

joining
156:13

joke
196:4

Jonathan
44:6 48:10
49:2 82:7
83:2 84:5
91:4 92:25
93:7,14 94:21
95:6 97:16
106:13 124:2
127:15 129:10
131:4 134:24
147:13,21
149:1

journal
47:6

journalists
227:24,25

July
72:11,20
184:2,9

jump
88:11 130:22

Louise Davidson-Schmich
January 29, 2021

35

June
10:23 40:18
41:16 43:3
44:8,19 48:2,
15 53:17 61:1
105:22 106:8
126:10 131:4,
24 175:17
176:3 177:19
196:12 197:3
204:10 206:5,
10 243:18

junior
98:20

justify
257:23

K

K-A-R-E-N
9:17

Karen
8:17 9:17,23
13:16,20
204:5 205:16
206:25 215:25
239:15 264:10

Karen's
204:23

keeping
39:17 150:9

Kenneth
28:7

kids
211:25

kind
49:2 57:23
68:21 81:16
134:9 138:22,
25 140:21

181:6 182:16
185:20 199:1
204:21 215:22
216:14 220:10
222:25 225:3

Klofstad
194:14,15,21
195:6 196:5
261:6,10
262:12,23

knew
28:22,24
29:6,7,24

knowing
183:2 218:25

knowledge
21:15 91:2
100:20 105:3
119:25 122:12
134:5 136:14
138:17 180:8
209:2 216:24
256:12 259:7,
17

Koger
99:25 100:6,
24 101:6
104:13 111:10
115:19 117:5
127:7 134:19
135:11,13
136:19,22
137:6,24
138:18 139:10
141:9 194:14
196:6 230:23
240:20
243:17,19
250:3 253:25
258:16 259:5
260:25 261:20

263:5,18

Koger's
14:21 136:19
196:25 254:5

Kristen
8:15

Kristopher
202:17,18

Kroger
154:22

L

L-E-H-I-G-H
20:8

L-O-U-I-S-E
9:17

L-U
247:12

labor
40:24

lack
121:18 230:15
243:9

lacked
182:4

laid
186:14

language
146:15,16
147:8

languages
45:10 146:18
147:7

laptop
12:18,20

larger
190:16 197:23

Latasha
207:25
210:15,18
211:5,15

late
172:21 177:19
202:19 240:13

Latin
29:10,12

Laura
156:19 157:9
158:1,5,9,19
159:2 166:8
167:23 171:23

law
174:2

lawful
9:7

lawsuit
225:5,24,25
226:24 228:7
229:11 251:13
252:7,12
253:2,3
254:23 260:24
262:20

lawyer
173:25 212:18
225:20

lawyers
11:3 17:18
79:18 251:11
252:9 261:4
264:18

lazy
101:10

lead
242:18

leadership

Louise Davidson-Schmich
January 29, 2021

36

178:11 179:2,
6

**leads**
232:14

**leaner**
77:4

**learn**
30:7 57:12
174:3

**learned**
134:19 193:6
194:6

**learning**
245:18

**leave**
36:25 37:12,
25 40:3,9
46:6,8,14,17
53:21,23
54:15 87:6
101:3,8,15,
18,21 108:13
195:2 235:19
236:2

**leaves**
216:10

**Leblanc**
60:22

**lecturer**
45:9 46:3
145:23,25
146:2

**lecturers**
145:12 146:24

**led**
151:6 214:20

**Lee**
8:9

**left**
141:5 199:10
217:15

**left-hand**
206:10

**legal**
9:15 10:3
191:22 243:6
261:8,24

**legs**
12:4 62:13

**Lehigh**
20:5,7,21
25:25 26:8

**lend**
110:23

**lengthy**
71:4 80:14
212:25

**lesser**
103:22

**letter**
24:22 25:3,5
27:18,20,25
30:25 31:3,9,
15,21,24 32:3
34:6 37:4
41:7 42:1
43:22 44:1,6,
14,18,23 45:7
47:21 48:1,4,
23 49:20
51:20 53:2,
10,16,21
54:2,13 60:21
61:2,3,6,7,
11,21,24 62:4
65:9,15,18
69:2,8,16,19
72:3,10,14,19

76:5,9,15,21
77:2 78:6,11,
19 85:5 86:9
94:12,18
95:13 97:10,
15,25 98:7
100:10 101:25
102:6,12
105:19,22
106:7 108:12,
19,22,24
116:23 123:20
124:1,12,19
125:24,25
126:6,8,12,19
127:2,11,14,
22 128:7
129:6,10,16
130:17 131:15
132:11,15
153:4 154:16
162:3,10,14,
17,20,23
163:1,6
167:23,25
168:4,5
169:23 170:21
179:11
185:21,22
188:16,22
205:16,23
206:2 222:15,
16 250:6,8

**letterhead**
78:20

**letters**
51:23 69:5
79:12 106:12
132:20 221:2,
3,7,11 257:7

**level**

146:12 147:5
149:18,22
174:11 185:24
188:20 190:11
198:16 232:18
236:10,25

**levels**
190:11

**Lewis**
13:17

**liberal**
20:2 21:2

**license**
15:21,23

**licenses**
15:19,23

**lie**
155:24 172:18

**lifetime**
121:13

**light**
224:18

**limited**
117:11 122:14
238:11

**limiting**
225:16

**lines**
150:11 163:20
164:5

**link**
12:13,21
227:17,21
228:2

**list**
59:19 120:4,6
169:5 189:22
199:14

Louise Davidson-Schmich
January 29, 2021

37

listed
  22:9 58:25
  135:2

listen
  140:1 255:8

listing
  22:13

lists
  150:12

literature
  174:4,10
  201:20 241:9

litigation
  199:7

live
  10:20

lived
  10:18 56:24

load
  88:16 89:10
  90:9

local
  204:3

locate
  204:16

logic
  235:16

long
  10:18 12:11
  13:24 14:3
  20:23 26:21
  27:9,13 46:7
  57:19 67:8,12
  70:4 75:6
  110:11 140:12
  162:15 163:3
  164:19 195:3
  200:23 252:10
  259:3

long-term
  57:6

longer
  19:3 67:17
  91:6 110:6,9
  111:6 113:17
  169:5 170:22
  216:25

longevity
  244:1,7

looked
  14:19 15:1,5,
  9 40:20 47:9
  49:12 94:19
  95:14 132:14,
  21 157:17
  167:23 195:16
  198:22 202:8
  229:8,9
  259:13 262:18
  265:3

lost
  73:9 224:13
  233:24

lot
  58:15,16
  73:4,7 79:15
  147:4 182:9
  195:11 215:3,
  23 239:17
  247:23 252:8

lots
  240:23

Louise
  8:3,5 9:5,16,
  22 15:7
  115:23

low
  145:11 255:24

lower
  145:19 150:1
  172:12 194:20
  261:6 262:12

lowest
  59:25

Luis
  31:1

lunch
  87:17,18,24
  88:9

Luneburg
  247:11

lying
  172:10

_____

**M**

made
  10:10 101:16
  112:10,11
  142:7 215:15
  230:7 235:15
  249:11,18
  255:16
  256:17,24
  257:15

magazines
  227:25

magnitude
  197:23

maiden
  9:22

mailbox
  127:3

main
  63:25

major
  52:7,11

make
  11:4 25:22
  30:23 44:1
  56:25 71:13,
  15 173:25
  174:1 175:1
  204:21 207:1,
  17 219:14
  251:8 252:24
  253:7 255:4,
  11,20

maker
  238:21

makes
  240:18 241:14
  243:19

making
  68:19 128:1
  134:8,19
  135:12 136:3,
  9,16 138:18,
  20 158:18
  171:7 193:7
  194:7 196:4
  256:14 260:9

male
  150:20 173:20
  174:11 185:7
  186:4,5
  230:11 236:3,
  14 238:13
  241:16 262:2

males
  172:3,12
  234:4

man
  175:2 230:24
  232:21 243:20
  250:10 256:3

management

Louise Davidson-Schmich
January 29, 2021

38

**119:3**

**mandated**
139:7

**manipulate**
81:2

**manual**
32:3,7,13,17
44:24 56:5
62:6 116:16
117:2 120:5

**manuscript**
50:21,24
51:1,6,8,13
87:5 88:18
89:12,22

**manuscripts**
120:11 121:22

**March**
53:3,10
108:20 147:12
157:18 160:19

**Maria**
142:19

**Marie**
10:22

**mark**
16:21 22:15
24:3 33:5
34:7 35:25
37:4 39:21
42:25 44:5
47:15 53:1
54:3 55:15
61:10 63:4
64:21 65:9
66:10 69:7
70:19 72:9
75:16 76:8,13
77:18 78:10
79:7 80:2

82:6 87:9
88:21 90:13
93:13 96:18
97:14 102:6
105:21 106:21
111:22,24
115:22 118:2
124:1 125:2
127:14 128:16
129:9 131:2
136:24 142:9
147:19 152:11
159:3 165:17
176:25 183:9
187:23 193:10
202:10 205:9
209:4 212:21
219:16 226:6
228:10 245:16

**marked**
16:25 22:19,
22 24:7 31:5,
8 33:6,9 34:8
36:4 37:6,10,
21 39:22,25
40:12,15
41:13,17 43:4
44:10,17 45:8
47:17,20
49:16,19 53:5
54:5,12 55:16
60:17,20
61:13 63:6,9
64:25 65:11
66:12,24
69:10 70:24
72:16 75:20
76:17 77:23
78:12,16
80:5,9 82:9
85:1 88:24
90:16 93:16

94:22 96:22
97:20 102:8,
11 105:8
106:1,25
108:15,18
112:2 114:15,
19 116:2
118:7 124:5
125:7 126:2
127:17 128:20
129:12 130:8
131:8 137:1,4
142:13,17
147:24 152:18
159:12
165:18,21
177:1,5,18
183:12,25
187:25 188:4
193:12,16
197:12 202:12
205:11 209:8,
12 210:2,9
213:1,23
219:19,22
226:9,12
228:13

**market**
19:23 73:6
154:10
222:17,21
224:4 250:18

**marks**
220:14

**married**
9:23,25 10:9,
13 56:24

**Martinez**
8:13 13:16
15:7 17:11
38:20 52:17

91:19 92:5
94:11 95:10
120:12 122:21
134:12 199:9
207:2 208:7
214:7,16
219:2 230:3
231:4,17
232:8 233:22
234:11,21
235:9 237:14
238:5 239:19
240:7,21
243:21 244:5
253:10
254:11,21
255:13 257:25
258:23 261:1,
21 263:9,19
264:14 265:6,
8,11

**mass**
195:22

**Master**
146:14

**Master's**
16:6,12

**matched**
19:25 248:13

**materialized**
108:11

**materials**
115:6 117:3,9
189:15,18
219:14 257:6,
17

**maternity**
36:25 37:12
40:3,9 53:23
54:15 101:15,

Louise Davidson-Schmich
January 29, 2021

39

21

**math**
109:22 224:8,
24

**mathematical**
244:14

**matter**
95:25 225:8
226:5 251:3

**matters**
176:20

**maximum**
221:23 223:4

**meaning**
92:2 117:12
123:8 126:19
151:8

**means**
50:23 51:17
52:11 85:14
86:2,25 121:2
148:14 249:16

**meant**
50:2 85:19
163:25 166:19
182:8 224:2

**meantime**
183:2

**measure**
122:19

**mechanical**
130:21

**media**
119:2,16,17
252:6

**medical**
46:6,7,17
53:21

**medication**
13:5

**meet**
14:6 27:10
28:12,15
71:23 161:6
189:14 190:23
208:14,16,17

**meeting**
13:21 14:2,3
73:21 140:1,5
143:18 152:10
160:11,19
161:9,10,11
162:1,24
163:17,23
164:13,17,18
165:3,10,14
167:4,14
168:5,9,18,20
169:12,22
170:2,8
172:20
173:17,23
184:10,17,21,
24 187:5
189:13 207:7
208:9,19,20

**meetings**
14:13 139:24
140:3 143:16,
17 164:23
172:22

**meets**
99:7 173:10

**Meltwater**
119:2,16

**member**
38:2,5,10,14,
16 62:5 68:1

73:24 74:1,4,
7,10 99:19
104:17 121:6
136:15 142:3
166:19 191:24
200:18,24
201:7,9 237:5

**members**
98:13,17,20
99:4,6,9
103:16 104:4
110:19 114:10
115:14 127:5
155:14 156:14
160:22 174:12
193:3 198:11

**members'**
134:6

**membership**
74:14 200:21

**memo**
66:19,25
152:4 241:22
253:5 255:6

**memorandum**
22:23 50:13
66:15 102:12
105:9

**memory**
75:15 210:13
215:22

**men**
145:18 149:21
150:1 232:15
233:12 234:15
235:22 236:5,
6,23 237:2,7,
19

**mention**
127:6 253:4

**mentioned**
13:21 123:2
170:21 174:24
203:10 209:6
243:9 260:22

**mentions**
45:8 145:9

**Mera**
158:6 169:25

**merge**
57:24 64:5
112:25 113:2,
4,17 114:3

**merged**
113:6,9,10

**merger**
113:5,19

**merging**
64:12

**Merike**
143:11
157:11,23
158:19 159:1
166:7,12
167:22 171:23

**merit**
51:23 67:21
68:19 71:22
77:5,9 85:6
147:14 154:10
155:10,21
222:17 224:5

**meritorious**
222:20

**message**
139:3 151:6
203:11

**messages**
139:1

Louise Davidson-Schmich
January 29, 2021

40

met
  13:15,20
  14:4,6,25
  27:11,12
  28:9,17 163:9
  184:22 188:23
metapolitics
  39:11
method
  119:3 232:24,
  25
metric
  119:4 122:18
Miami
  8:4,22 10:16
  13:1 19:18
  20:14 21:12,
  13 22:3 24:1
  25:16 26:4
  28:19 29:17
  32:7,22
  45:14,25
  46:19,22 47:1
  59:20 68:18
  103:1 118:24
  119:14 120:15
  121:5,19,23,
  25 132:7
  134:2 135:24
  144:25 148:16
  176:1 181:13
  201:12 216:25
  225:12 226:25
  228:7,23
  229:19 230:2
  235:12 238:19
  240:6 242:19,
  24 243:4
  244:11 246:1
  249:7 252:8
  256:5 258:10

Miami's
  73:5 241:18
  242:6
Miami-specific
  227:13 238:23
Michael
  9:25 10:3,21
  66:17,20
Michigan
  52:1 90:6
mid
  172:20 202:19
mid-may
  200:3
middle
  9:17 12:9
  36:24 112:9
  150:19 154:17
  161:17 178:8
  206:23,24
mind
  50:12
minds
  256:6
mine
  25:11 70:23
  135:4
minimize
  17:8
ministers
  178:24 179:15
ministers'
  178:11 179:1,
  5
minute
  102:17 205:19
  207:15 212:4
  239:10,16

minutes
  62:15 87:21
  105:16 112:18
  123:17 132:21
  133:19 165:12
  176:23 252:23
mission
  182:17
mistaken
  49:3 191:24
mistakenly
  150:5
mistook
  192:25
moderately
  147:7
modern
  147:7,8
moment
  23:1 60:24
  99:2 192:7
  209:16 235:6
moments
  62:12 65:25
  141:22
money
  52:3 91:15
  92:3,18,22,23
  139:12 170:24
  201:1 252:24
  253:7 255:20
monitor
  119:17
mono-
  103:2
months
  28:4 46:13
  72:2 76:4
  78:6 82:2

90:7 97:9
  105:20 107:9
  125:18 129:5
  130:16 235:14
moral
  167:10
morning
  9:11
mouth
  83:25
move
  57:20 209:20
moved
  158:10 264:1
moving
  26:13,14
  233:8
multipage
  70:22
multiple
  248:20
multiple-
pronged
  67:23
multitude
  240:10
Muschett
  15:4 179:23
  180:4 182:13
  183:3 184:1,9
  188:6,17
  189:8 191:14
  197:14 198:7,
  17,20 216:10
  217:14 262:6
myriad
  231:8

Louise Davidson-Schmich
January 29, 2021

41

_____
**N**
_____

**N-E-B-U-R-G**
247:13

**naive**
175:9

**named**
9:6

**names**
135:16 136:4
190:8 262:7

**Naomi**
229:5

**narrow**
240:15

**Nathan**
10:24

**national**
10:4 200:16
217:20 251:22
252:6

**nationwide**
120:10,13

**nature**
199:6 264:6

**necessarily**
218:4 236:3

**needed**
114:9 184:16
218:9

**negotiate**
25:17 26:5,
11,14 247:25
248:7 249:25

**negotiation**
248:1

**negotiations**
250:5,12

**Nelson**
207:25 208:9
210:16,18
211:5,16

**nervous**
212:14

**networks**
195:11

**newly**
113:6

**news**
191:4 228:5
252:6

**newspaper**
228:7,23,24

**Newsweek**
226:23

**nice**
52:1

**night**
161:17

**nonprofit**
251:22 252:1

**nontraditional**
202:18

**normal**
176:1 264:8

**notation**
82:5

**note**
15:2 40:1
48:9 84:23
134:24,25
140:3 147:20
148:25 149:5
152:8,9
153:18 168:12
216:9 221:4
223:24 224:3

**noted**
169:13

**notes**
38:1 50:13
52:7 164:18,
22 165:3,7,10
172:2 199:16
260:13

**notice**
9:6 56:16
203:20 220:13

**noticed**
149:20

**notification**
83:9 149:13

**Notre**
51:2,9,12
52:5,7

**notwithstanding**
27:15 52:20

**November**
16:23 18:5,6
188:7

**Nowadays**
22:8

**number**
8:4 12:2
22:24,25
25:15,18,19
31:4 33:12
34:13 36:7,19
39:21 40:18
41:16 43:3
44:8 47:23
49:22 51:8
53:3 56:13
59:15,17,21
60:23 61:12
64:9,23 65:10
69:9,14 72:12

84:10 102:7,
15,18 104:6
105:9 109:6
118:17,22
119:9,23
120:1 122:18
128:5 140:17
142:20 149:21
177:20 223:20
225:1 233:5
236:1 255:22
263:21

**numbered**
70:23 76:15
78:18 93:15

**numbering**
87:11 88:11
209:5

**numbers**
31:12 37:13
76:13 82:8
135:25 136:17
137:7 142:12
147:22 150:10
152:15,17
159:9 170:22
177:8 207:20
220:25 221:10
222:18 224:8,
21 225:3
250:13

_____
**O**
_____

**oath**
9:8 11:8
23:19 81:4

**object**
52:17 91:19
237:14

Louise Davidson-Schmich
January 29, 2021

42

**objection**
38:20 92:5
94:11 95:10
120:12 122:21
134:12 213:8
214:7,16
219:2 230:3
231:4,17
232:8 233:22
234:11,21
235:9 238:5
240:7,21
243:21 244:5
253:10
254:11,21
255:13 257:25
258:23 261:1,
21 263:19

**objectively**
219:10

**observe**
99:19

**obtained**
146:21 196:17
245:13

**obtaining**
63:1 64:16

**occasion**
244:20 251:10
253:22,24

**occasionally**
10:6 99:21

**occasions**
99:16 248:20

**occurrence**
149:9

**October**
10:19 33:12,
21 89:6
211:11 229:5

**odd**
223:3

**offend**
259:24

**offer**
20:20 21:24
23:25 25:4,18
26:4,15
27:18,22 52:6
68:15 94:6
246:22,25
248:13,23
249:11,19
250:6,8,9

**offered**
21:18 25:12
39:2,5 102:2
149:24 151:1
235:4 245:9
247:17 248:3

**offering**
249:20,23

**offers**
20:22 21:10,
14,21

**office**
12:24 13:3
14:16 27:11,
13 94:3
153:18 175:23
180:11 186:10
217:2,22
218:6 250:4

**official**
85:17 122:25
123:2

**oft-quoted**
175:1

**oftentimes**
73:18 251:4

**older**
18:25 19:2
176:13

**Oliver**
8:9

**on-campus**
20:24

**one-on-one**
172:22

**one-page**
262:24

**one-semester**
109:9

**one-third**
224:17

**ongoing**
216:3

**open**
12:21 164:16
248:18 249:16

**opened**
12:21 144:20

**opening**
19:24 22:3

**operating**
11:5 79:19

**opportunity**
24:19 31:11,
15 34:15 36:8
37:14 40:22
49:22 53:7
54:9 56:18
72:11 90:21
113:24 159:7,
21 202:21

**opposed**
231:16 240:18

**opted**

109:13

**option**
109:13 186:15
187:12

**optional**
99:10

**options**
186:14 187:11

**order**
63:16 183:17
197:23
207:16,19
219:17 264:25
265:11

**ordinary**
195:23 204:22

**organization**
200:8,15,16,
19,20,24
201:2 251:22

**orient**
50:11 159:22

**oriented**
113:14,15

**original**
144:24 264:1

**originally**
26:15 157:12
178:10

**out-**
258:20

**outcome**
223:25
232:14,25
238:12

**outearned**
230:10

**outearns**

Louise Davidson-Schmich
January 29, 2021

43

258:16 261:6
262:2

**outlined**
117:2 121:7
230:21

**outlines**
116:16

**outlining**
123:20

**outlook**
122:7

**outrank**
258:5

**outstanding**
240:12

**overarching**
113:10

**overlapping**
58:16

**override**
211:19 212:1

---

**P**

---

**p.m.**
87:23,25 88:3
133:22
199:24,25
260:15,16,18
265:5,13

**pages**
150:12 162:8
188:7 213:7,
13

**paid**
201:1 230:1
233:20 254:20
256:2,7,8
257:1

**pains**
162:16

**Pam**
82:20

**Pamela**
82:19

**pandemic**
132:6 250:22

**panel**
179:13

**paper**
22:7,8,11
40:24,25
81:12 122:14
164:25
173:19,22
174:9 175:6
176:24 177:12
178:1,6,9,17
179:4,16,17
188:19 202:9
227:21 228:3
238:18

**papers**
118:22 120:11
228:1

**paperwork**
54:24 55:2
79:15 221:13

**paradigm**
121:18

**paragraph**
32:2 45:11
93:24,25

**parameters**
221:8

**pardon**
38:23

**parental**
101:3,8,17
195:1 235:19
236:2

**part**
9:19,24 30:17
49:5 64:11
67:24 70:13
104:5 108:10
110:17 112:22
116:11
118:12,13
120:15 121:17
131:16 144:16
158:6 167:19
169:22 177:10
190:16 192:2
229:13 233:7
247:25 256:23

**part-time**
45:22

**participate**
195:13

**participated**
70:16 104:13

**participation**
19:5,6 89:25
104:10
195:11,22,23

**particularized**
170:5

**parties**
123:14

**parts**
32:19 114:1

**party**
51:2 123:7
242:10

**passage**

10:9

**passed**
123:19 249:6

**passport**
10:4

**past**
85:7 148:23
152:2

**paste**
133:8,14

**pasted**
133:12

**pattern**
175:10

**Patti**
13:17

**Paul**
40:2

**pay**
68:19,20,21
109:3,10,12
138:13 141:25
157:6 174:10,
16,25 176:20
178:2,3
179:10 188:19
190:13 200:20
229:18,22
231:2 232:19
233:3 240:4
241:10,12,19,
22,25 242:2,
18 243:17
247:19 254:25

**paying**
30:12 232:15,
16

**PDF**
102:16

Louise Davidson-Schmich
January 29, 2021

44

133:13,14

**peer-review**
121:12

**peer-reviewed**
120:16

**peers**
135:4 195:12

**pen**
40:25

**penalty**
11:9 206:17

**Pennsylvania**
20:7 21:1,2,
16

**people**
29:11 58:16
92:20 96:2,10
98:25 99:17
103:9,11
104:8 110:17,
22 111:19
113:11,22
117:8 134:8
135:2 136:5
139:18 142:20
150:22 151:22
152:2 158:10
160:16 167:8,
11 176:10,15,
16 177:24
179:14 185:24
186:23 190:6,
23 193:7
195:25 198:9
204:23 223:5,
9 234:25
237:2 242:3,
21 249:24
250:24 253:19
255:21 256:6,

9 257:1

**perceive**
227:5 229:17

**perceived**
179:3

**percent**
95:15 101:2
153:19 154:8
155:2,9,20
169:9,14,16
172:3 180:21,
25 185:11,15,
25 220:22
221:22,23
222:22,24
224:4,5,9,21,
25 231:24
232:2 237:3
259:12

**percentage**
233:6,8
236:21 244:15

**percentages**
92:20

**perfect**
59:24 199:3

**perform**
254:15,18
255:3,10

**performance**
49:4,10 67:20
83:11 84:4,
16,20 94:2
98:8 106:14
124:20 128:8
132:22 141:20
155:11 222:9
223:8

**performing**
223:1

**performs**
261:11

**period**
43:24 44:25
46:16 47:11
48:5 53:17
67:7 110:5,22
115:4 117:21
121:2,4
125:23 192:10

**periodically**
18:7

**perish**
120:18
121:14,17

**perjury**
11:9 206:17

**permanent**
217:1

**perpetuate**
169:9 186:1

**perpetuates**
232:23 237:4

**person**
13:22 14:7
39:10 79:17
151:4 154:24
156:1 180:9
181:12,13
186:24 194:9
196:12 201:22
222:19,20
230:8 245:12
263:4,17

**person's**
169:16

**personal**
56:22 57:24
81:20 176:11

**personally**
27:3 56:23
109:14 162:4
208:2,4

**perspective**
103:9 168:9,
21

**perspectives**
104:20

**Ph.d.**
16:8,10 19:11
28:25 29:7
110:14 112:24
114:6 146:10

**Philip**
205:2

**phone**
12:6 191:11
197:17

**phrase**
50:22 52:11
120:23

**physical**
80:23

**piece**
40:24 164:24

**Pittsburgh**
20:25 21:4

**place**
8:7 21:5 26:1
70:4 111:7
120:3 153:22,
24 212:10,15
237:8 246:20

**places**
20:4

**plaintiff**
225:7

Louise Davidson-Schmich
January 29, 2021

45

plan
  64:4 108:6,10
planned
  190:14
play
  160:18
played
  101:12
pocket
  240:13
point
  48:22 50:20
  51:9,11 59:12
  62:10 66:9
  94:23 101:9
  110:9,25
  113:15,22
  114:4,5,7,8
  133:16
  134:18,24
  140:25 143:19
  148:13 149:15
  151:9 174:14,
  19 180:1
  181:19,23
  186:20 190:5
  191:2 192:17
  193:1 195:15
  202:1 205:5
  223:9 225:5
  233:9 237:11
  239:2 248:6
  262:11
pointing
  150:18
points
  150:21 151:2
  190:1
policies
  147:4

policy
  99:18 109:8
  139:14
  180:21,24
  181:6 186:2
political
  16:11,13
  22:4,5,13
  23:17 26:24
  27:8 28:3,23
  30:12 39:7,12
  44:7 48:11
  57:4,20,23
  58:1,7,10,14
  59:12,14,15,
  18 63:24
  64:1,5,10
  65:23 74:19
  83:6 95:20
  98:14,18
  103:4 110:22
  111:20 112:25
  113:14,18,23,
  25 114:2
  115:15 122:3,
  8,14,19 126:9
  136:15 140:9
  141:15 144:8
  158:5,8,9,13
  160:10,12
  161:5 165:23
  173:7 175:13,
  15,20 176:21
  186:19
  195:11,17,18
  205:3 233:14
  234:4 245:6,
  21 248:19
  251:7 258:13
politically
  195:13

politicians
  51:2 195:24
politics
  23:22 29:12
  39:8 56:17,20
  57:2 58:3,9,
  14 107:25
  174:15 178:20
pool
  77:5,9 85:6
  91:16 92:2,18
  93:2 138:8
  154:10
  222:17,21
  224:4,5
poor
  222:8 223:8
poorly
  223:1
popular
  227:25
position
  23:21 40:10
  45:22,23 47:6
  48:21 115:10,
  14 116:12
  140:12,22
  147:9,10
  154:23 167:13
  216:11,22
  217:13,24
  218:2,7,8,11,
  20 219:11
  222:7 232:18
  236:20 237:5
  244:1 245:3,
  10,13,24,25
  246:6,19
  247:5,7,16,
  17,18 248:18

249:2,13,14,
  15,20 254:8
positions
  145:20 246:8,
  12 247:24
positive
  55:6 60:13
possibly
  56:11 104:16
  110:2
posted
  22:5
posting
  244:24
postponed
  13:19
potential
  116:23 203:7
potentially
  116:20
practice
  164:22 169:11
  182:12 185:16
  232:6
practicing
  252:9
pre-marketing
  142:11
pre-numbering
  76:12
pre-tenure
  53:17
prefer
  137:17
premise
  229:22
preparation
  14:13,18

Louise Davidson-Schmich
January 29, 2021

46

prepare
  13:13,18
  214:23
prepared
  118:10,13
  207:8 212:9,
  14 214:1
  215:10 227:21
  264:20
present
  14:9 99:8
  164:13
  178:16,23
  179:12
  197:22,23
  242:19
presented
  143:20 164:1,
  5 169:18
  179:19 227:22
presenting
  179:7
president
  30:25 60:22
  175:23,24,25
press
  50:15,23
  51:3,14,18,
  20,25 52:1,8,
  11 90:6 167:2
  225:25 226:2
  229:10
presses
  51:8 52:18
pressure
  224:8
prestige
  52:15
presume

177:20
pretty
  57:21 127:1
  216:4
prevent
  13:6
previous
  36:10 132:13
  149:22 185:25
previously
  94:22 157:17
  189:10 215:4
primarily
  145:11 168:22
primary
  65:22 170:1
prime
  178:10,24
  179:1,5,15
principle
  167:12
prior
  21:4 28:9
  29:19,25
  30:24 35:18,
  19 42:10
  48:8,13 51:4,
  15 68:9 70:1
  79:24 83:9,11
  84:13 92:24
  94:12 96:14
  103:20 104:3
  106:17 124:20
  126:12 135:10
  136:16 149:23
  155:4,11
  157:25 162:1
  168:6,18
  172:20 174:9,
  23 180:3,16

185:12 186:7
207:7 224:19
232:2 245:18
250:25 253:3
private
  172:21 178:4
  243:12,14
privilege
  207:5
privileged
  15:13
privy
  238:10,20
  250:14
probationary
  33:1,11 34:3,
  12 36:2 40:17
  41:15 43:2,23
  44:25 47:11
  48:5 53:17
  54:24 56:6
  60:7 67:17
  121:1
problem
  149:7 214:12
  227:13 230:17
  231:15 234:1
  262:1
procedures
  241:18
proceed
  186:16 187:3
proceedings
  8:1 88:1
process
  49:5 54:24
  55:5,7 56:6
  57:18 63:1
  64:12,13,15,

16 67:18,25
68:4,13,18
70:3,4,14,15,
16 71:23
74:14 76:7
79:16 83:17
84:3,12 85:6
99:22 110:11
113:2 117:1,
10 120:1,8
121:12 194:25
208:23 230:10
231:10,12
232:11,12,14,
22 242:6,12,
21 243:13
248:2 253:16
processed
  126:14
produce
  18:15 99:8
  204:12 240:11
produced
  17:18 69:13
  72:13 75:18
  76:16 77:21
  97:17 102:20
  106:10 119:15
  124:4 125:6
  128:19 129:20
  137:9 152:16
  165:25 193:19
  205:18 209:14
  212:17
  214:19,22
  215:24
  219:14,23
  226:13 234:14
  236:23 240:16
  242:10

Louise Davidson-Schmich
January 29, 2021

47

**produces**
235:12

**producing**
241:12

**product**
233:21 234:9,
17,20 235:7
237:9

**production**
144:17 151:16
157:20 164:3
189:22 191:10
204:13
215:21,25
229:13 231:8

**professionally**
239:5

**professor**
28:20 29:1,
18,23 39:9
45:20 60:8,12
61:1 62:1,24
77:2 87:6
92:16 93:25
94:5 98:22
100:17,24
101:6 104:13,
25 105:1
111:10 115:6,
10,14,16
116:12 117:4,
6,10,19
121:1,8
125:20 126:9,
15 127:8
128:8 138:18
139:10 141:9
148:13
149:10,18,22,
24,25 150:20,
25 151:4

154:18,22
158:25
160:22,23
163:4 167:15,
20 169:3,8,15
170:25
185:10,15
186:8,19
194:17,20,21
195:5 196:5,
6,15,25
204:25 205:3
222:9 223:1
230:23,25
231:25
235:22,25
236:1,5,10,
16,18,19,25
247:7 249:13,
17,19,21
251:7 253:9,
18,23 255:16
256:17,24
258:3,4,12,13
259:3 261:6,
10,13,16
262:2,3,13,23

**professor's**
119:24 122:20

**professors**
28:2,6 30:12
58:2,7 59:1,3
64:9 91:17,24
99:8 122:16
127:7 136:2
150:2,6
156:18 157:7
159:2 169:7,
25 171:5,7
173:20 175:13
177:21 185:7,

19 186:6
200:12 236:3
237:20 244:4
258:8,22

**professors'**
99:14

**professorship**
20:1 32:25
249:7,9

**program**
102:3,15,24
103:11,14,16,
21,22,23
104:1,3,5,12,
14,17,18,23
105:2 110:14,
18,21,24
111:2,6
112:24 113:16
114:6,8,11
143:15,17,18
144:1,2,3,6,
10 178:22
179:13 180:9
181:11

**programs**
12:21 103:7,8
160:25 161:1,
4 168:25

**progress**
99:9

**progressed**
61:19 236:7

**progressing**
190:3

**project**
107:24

**promise**
163:22

**promote**
185:24 232:17

**promoted**
60:8 92:16
98:24 100:15
125:19 126:9,
15 127:7,10
139:10 149:25
150:25 154:24
185:10 196:10
230:9,25
231:25 236:16
253:8,17,23
254:2,6
257:12 258:2
261:13

**promotion**
61:8,25
62:24,25
98:21,25
99:18,22
115:6,16
116:12 117:6,
10,14,17,19
120:6,22
126:14 127:6
139:8 154:8
155:1,9 171:1
173:16,17
179:4 180:19
185:12,14
230:10
231:10,12,24
232:22 236:17
248:10 254:1
257:5,10

**promotions**
138:12
154:18,21
169:2,8,11
180:22,25

Louise Davidson-Schmich
January 29, 2021

48

prompted
  149:2,9

pronouncements
  201:6

proposed
  178:10 211:13

protections
  167:10

protracted
  113:2

provide
  68:11 123:5,8
  208:21 227:4
  229:1

provided
  12:13 25:15
  81:19 94:9
  144:25 164:8
  187:10 203:7,
  8

providing
  189:9

provost
  31:1 60:23
  139:7

Pruitt
  216:21 217:2,
  4,15,24
  218:12

Pruitt's
  219:6

pry
  15:13

public
  95:25 120:11
  247:20

publication
  51:19 90:4
  100:5 118:17

146:25 147:9

publications
  100:9,12
  116:19,22
  119:10,24
  121:21 122:3

publish
  52:2 120:16,
  18 121:7,11,
  17

published
  18:20 90:1
  121:22

publisher
  90:5

publishers
  51:5 52:13
  121:20 122:4,
  5

publishes
  32:7 147:6

publishing
  122:13

pull
  16:19 48:8
  88:21 102:5
  219:15 240:12
  263:13

pulled
  94:20 130:5
  151:8 194:2

punishable
  260:1

purports
  168:5,17

purpose
  107:13,17,21

purposes
  56:7 60:6

pursuant
  44:24

pursue
  51:13 182:14
  236:20

pushed
  85:23

put
  40:25 83:25
  135:20 166:23
  179:10 205:15
  211:25 222:25
  262:7

putting
  107:19 234:18
  240:2

———————

Q

qualification
  248:11

qualifications
  19:25 110:20
  219:10 254:4,
  9

qualified
  38:15,17
  255:16 261:25

quality
  20:2

question
  11:21,23 12:9
  17:20 18:4
  29:23 37:19
  55:22 56:19,
  21 58:4,12,21
  60:25 67:23
  68:25 69:15
  70:7 71:9
  72:25 74:7

75:24 80:16
82:13 83:23
86:19 96:4
97:24 107:4
112:5 116:6
119:7 124:9
125:14 127:21
132:12 136:7
137:23 147:14
148:3 149:6,
11 159:23
160:5 168:11,
14,15,19
178:7 179:10
180:12 181:25
205:22 207:10
210:8 213:6,
22 214:11
219:4 220:1,
14 225:16
230:4 231:5,
19,21 233:25
237:15
240:15,23,25
241:3 252:22
255:1,9
256:19 257:18
260:21 261:3,
4,8,23,25
262:18

questions
  11:19 13:7
  18:2 24:20
  34:20 57:23
  71:6 108:14
  114:14 153:1,
  2 156:9,15
  199:15
  212:16,19
  216:7 227:8
  252:17 259:22
  264:11,15

Louise Davidson-Schmich
January 29, 2021

49

quick
114:23
260:13,21

quickly
80:22 97:1
125:11 159:16

Quotas
89:25

quoting
27:21

_____

R

race
249:10

Ragatz
8:21

raise
8:23 42:14
68:11 73:1
95:8,14,15
170:20
180:21,25
181:14 185:11
220:21 221:22
224:5,10,25
237:1 248:10
257:13

raised
164:12 180:24
187:15

raises
68:15 73:1
139:8 152:3
155:21
181:20,23

raising
182:2

random
151:10

range
59:25 136:1
171:2 188:6

ranges
30:16

rank
59:8,23 117:8
150:13 171:5
194:18,20
196:15,17
232:16,17
235:22 236:5
249:16 257:3
258:6 259:3
261:17

ranked
59:15 145:19
150:2 151:4
261:6 262:12

ranking
59:14,18,21

rankings
59:11

ranks
145:17 158:22
233:8 236:8

rate
26:2 109:3
111:4 217:11

rates
173:20

reach
149:3,9
180:2,17
197:17 236:5

reached
113:4 117:22
158:14 180:13
184:9 200:7

203:3 242:16

reaching
179:22 180:3
198:6 226:23

read
23:5 31:11
42:4 43:13
47:24,25 50:2
76:13 132:25
137:11,15
139:5 152:14
159:7,21
168:11 170:21
174:20 183:18
185:4 201:7
202:5,21
209:16 227:25
252:5 257:6
264:19,23
265:7,8

reading
23:11 31:17
149:5 159:24,
25

ready
41:21 44:15
71:7 79:14
88:10 152:24
212:4

real
10:9 73:6
260:13

realize
17:25 30:21
58:6 71:3
76:10 80:14
142:10 156:7
161:14 219:17

reappointed
34:7 35:21

40:9 41:10
42:22 52:24
53:13

reappointment
33:2 35:7
49:5 53:20

reason
18:14 31:23
35:13 36:18
55:25 87:14
94:15 95:6,
16,22 128:4
148:11 155:19
166:15 172:7,
16 176:9
182:1,18,24
221:14,15
227:20 242:24
253:12 254:3
255:18

reasons
18:18 56:23
145:16

reassigned
38:2,11

recall
14:11 21:3,8,
9 26:2,17
27:3,14 29:24
30:2,22 31:20
35:15 36:25
38:8,10 42:8
43:24 48:18
61:8 62:25
65:14,16,25
66:2,7 67:10,
12 68:23
69:1,4 70:5
71:17 72:22
73:22 75:11
76:4 77:15,16

Louise Davidson-Schmich
January 29, 2021

50

81:16 84:3
87:3 88:18
89:21 90:11
91:5 93:9
94:12 96:13
97:10 101:20
102:1 106:18
107:10,13
109:25 110:3,
12 111:14
118:11 125:20
127:12,13
128:12 129:6,
8,16 130:2,18
132:15,17,23
133:6 134:2
136:18 147:16
152:5 153:10
156:13 157:21
162:16 163:4,
5,12,14
165:5,7,11,
14,15 170:13
178:18 179:22
186:14 200:5
204:8,11,12
205:7,8
207:24 208:1
210:8 211:15
215:15 223:15
225:5 228:8,9
229:12,14
246:11 249:22

**recap**
234:2

**receipt**
84:13 135:10

**receive**
20:21 21:10,
14,20,24 47:7
67:21 69:5,16

71:25 72:3
107:23 108:2,
5,9 117:14,
16,18 124:16
191:18 193:1
221:4 223:5
246:17,22

**received**
16:8 20:13,21
23:25 25:5
28:24 29:7
30:25 31:24
32:1 34:5
47:4 48:2
51:19,24
53:10 55:5
61:3,7,22
66:21,25
67:14,16
69:2,25 70:5,
9 72:15,19
76:5 78:6
79:2 82:16
83:16 84:7
86:8,22 88:17
89:5 93:7
94:14,19 95:8
97:9,25 106:7
109:15 111:5
112:1 118:23
123:20,24
124:12
127:10,22
129:5 130:17
131:12 132:25
134:1 135:18
138:5 139:3
149:13 157:23
160:7 168:1
171:21 172:2
174:20 184:5
185:11 188:13

189:2,25
192:19 193:22
197:5 200:3
203:1 210:11
218:13 219:1
220:21 221:4,
21 222:4,8,22
223:16,17,19
226:19 228:20
230:14 234:23
235:14
236:20,21,22
262:10

**receives**
256:1

**receiving**
31:21 43:22
53:20 56:7
61:6 65:14,16
84:15 86:12
87:4 90:8
101:25 126:12
129:16 147:11
151:17 152:2
153:8,10,13
197:12 210:9

**recent**
14:13 61:25
195:16

**recently**
13:19 14:2
173:13 208:7
251:16,20
252:1

**recess**
62:18 87:24
133:22 199:25
260:16

**recipient**
197:7

**recognize**
37:20 107:5
124:10 137:24
138:2 148:4
213:23

**recognized**
119:6 161:1

**recollection**
14:1 30:18,20
49:15 65:7
72:8 94:7,13
107:20 116:18
138:1,16
139:16 141:6
154:5 161:19
163:18 164:21
167:22,24
171:25 172:25
173:1 181:1
185:1 187:2
198:25 211:7
212:11
214:19,25
263:7

**recommendation**
144:14 146:8
204:21

**recommendations**
142:6 158:15

**recommended**
203:20

**recommending**
210:25

**record**
8:11 9:15
17:14 24:5
31:12 56:4,12
60:6 62:12,
16,20 86:17
87:22 88:3

Louise Davidson-Schmich
January 29, 2021

51

95:25 129:19
133:20 142:24
199:24 211:23
223:8 257:13,
16 259:13
260:11,15,18
265:4

**records**
221:3 246:16

**recreation**
216:5

**recruitment**
101:6 194:25
248:17

**red**
257:13

**reduction**
87:4 88:16
89:11,16 90:8

**refer**
164:2 189:21
191:9 231:7
238:7

**reference**
85:9,11
149:16 211:10

**referenced**
52:21 60:5
119:13 141:23
149:15 155:25
165:12 192:24
203:25

**references**
32:3 52:5
56:17 112:10
131:15 154:17
162:2

**referral**
201:14 203:4

**referrals**
200:9

**referred**
16:25 22:18
24:7 31:5
33:6 34:8
36:4 37:6
38:7 39:22
41:17 43:4
44:10 47:17
49:16 50:17
51:10 53:5
54:5 55:16
60:17 61:13
63:6 64:25
65:11 66:12
69:10 70:24
72:16 75:20
76:17 77:23
78:12 80:5
82:9 88:24
90:16 93:16
96:22 97:20
102:8 106:1,
25 108:15
112:2 114:15
116:2 118:7
124:5 125:7
126:2 127:17
128:20 129:12
130:8 131:8
137:1 142:13
147:24 152:18
159:12 165:18
177:1 183:12
187:25 193:12
202:12 205:11
209:8 213:1
219:19 226:9
228:13 263:4

**referring**

52:6 136:8
142:20 150:3
154:21 156:1
165:17 174:25
190:9 216:18,
23 222:1
225:8 246:23
263:1,17

**refers**
120:23

**reflected**
45:6 168:10

**refresh**
49:15 138:16

**refused**
26:8

**regard**
243:1 253:24

**regular**
33:11 34:11
36:1 40:16
41:14 43:1
264:25

**regularly**
32:16

**regulated**
147:5

**reiterating**
185:21

**rejection**
21:20,23
27:16 51:19
52:1

**related**
181:9

**relating**
173:7

**relation**
215:9 225:14

**relations**
16:15 23:23
39:11

**relationship**
161:3 175:9

**relay**
139:1

**released**
238:14

**relevant**
32:19

**relied**
238:16

**rely**
119:9

**relying**
123:7 238:2,
24 239:2,5

**remained**
65:22 113:21
217:24

**remember**
14:25 21:19
22:11 27:9
31:1 40:23
41:6 51:24
77:4,8 116:20
126:16 132:10
141:4 165:5
186:21 187:12
212:7 215:3
246:18 255:15

**reminding**
53:16

**reminds**
62:4

**removed**
48:20

Louise Davidson-Schmich
January 29, 2021

52

**renew**
  140:24

**renewed**
  121:14

**renumbered**
  88:8

**reopen**
  102:20

**repeat**
  11:21 58:4
  149:6 168:14
  214:11 256:19

**repeating**
  240:25

**rephrase**
  11:22 231:22

**replace**
  61:17

**replied**
  150:5

**Reply**
  193:2

**report**
  18:12 67:9,11
  68:2,8 70:1,
  11,21 71:16
  73:18 75:12,
  25 77:14
  79:24 80:24
  81:8 90:24,25
  93:6 97:5,6
  105:17 106:17
  107:6,9,16,19
  115:1 120:3
  123:1 128:12
  132:3 133:9
  135:18,22
  136:12 140:2
  141:21 142:21

  143:6,9,20,22
  144:5,11,21
  147:11
  150:10,11
  151:17,19,23
  157:12,14,23
  158:15 170:22
  174:20,21
  185:5 186:4
  192:4,11,14,
  16,18,19
  202:3,6,8
  235:13 236:13
  237:19,22
  238:1,25

**reported**
  141:19 240:10

**reporter**
  8:11 11:12

**reporting**
  73:16

**reports**
  18:17 68:10
  150:15 201:6

**represent**
  8:18 35:17
  151:13 162:19
  204:6

**representative**
  27:12 73:20
  74:3,18 75:7
  138:24 139:22
  140:9,20
  141:2,7,10,14

**representatives**
  73:18

**represents**
  74:9 200:17

**request**
  37:2,12,25

  40:2,5 44:2
  45:3 47:10,12
  48:5 54:21
  63:22 64:10,
  22 66:5,8
  67:3 107:16,
  17 108:5,13
  109:25 110:12
  111:24 144:16
  151:15 152:10
  157:19 164:3
  189:21 191:10
  204:13 214:19
  215:20,25
  229:13 231:7

**requested**
  36:24 43:23
  53:21,23 54:1
  107:10,17
  240:11

**requesting**
  44:23 54:14

**required**
  110:15 120:5

**requirement**
  120:22

**requirements**
  87:4 92:20
  146:25 147:2

**rescheduling**
  263:25

**research**
  20:2 47:4
  86:13,24
  120:14,16
  121:5,10,11
  175:5 178:4,
  23 182:10
  191:7 195:8,
  14 208:10

  238:7

**researchers**
  122:16

**researching**
  174:5 179:9

**resort**
  245:17

**resources**
  68:11 201:20

**respect**
  86:6 182:21
  214:14 227:6
  240:5

**respond**
  181:8 186:12
  197:16 230:16

**responded**
  63:19 227:2
  228:25

**response**
  51:24 153:7,
  13 154:16
  164:9,10
  168:1 171:11,
  13,16,18,24
  172:1 197:25
  215:20,24
  223:2 230:14,
  16

**responsibilities**
  217:18

**responsibility**
  167:11

**responsible**
  73:16 92:9,10
  144:3 180:10

**rest**
  190:19

Louise Davidson-Schmich
January 29, 2021

53

rested
88:9

result
191:12,19
232:7 245:7
250:22

results
197:18 239:5

resume
219:9 259:8

retained
68:4,5 204:5
221:2,11

retaining
205:5

retirement
132:7,8

retrospectively
169:20

returned
27:17 208:14

returning
25:4

revealed
193:2 261:15

reverse
63:15 183:16

review
14:17,20
37:14 40:22
49:23 51:11,
13 53:7
54:10,25 55:7
56:6,18 60:7,
24 67:17 71:5
72:12 78:22
80:15 83:17
90:22 98:24
117:3 121:12

205:19 213:15

reviewed
32:17 49:4
100:5,7,8,12
236:14 257:6

reviewers
55:3 116:24

reviewing
56:15 148:25

reviews
98:25

rights
51:13 62:4

ring
12:6 156:10

role
74:23 101:12
140:8 146:9
195:12 251:25
252:3

rolled
190:15

Rose
156:19,21
164:15

Rose's
156:22

rotate
140:25

roughly
95:15 185:2

round
144:19 225:3

rounded
225:1

route
57:7

routine
140:5 143:16,
17

routinely
139:24 152:2

row
225:2

rubric
262:14

rules
11:6 240:1

run
92:3

running
18:22 152:13

_____

**S**
_____

S-C-H-M-I-C-H
9:20

S-C-H-R-A-N-K
28:7

S-H-A-D-L-E-N
28:7

sabbatical
46:12,16
63:2,18,20
66:2,5,8
67:4,6,12,14
107:10,14,18,
21 108:8,13,
25 109:10,11,
19,24 195:1

sabbaticals
109:13

safe
167:13 197:2

salaries
85:14,21

86:3,7,15
87:1 95:25
134:6 135:2,
21 136:23
145:9,12
150:24 156:3
201:21 202:4
220:6 235:2,
12 236:10,12,
15 237:19
238:13,22
241:14 242:4
243:10,11
249:24 250:19
251:4,10
256:4 258:9,
11 261:15

salary
25:13,20,21
30:4,16 33:24
35:9,14 36:15
41:7 42:2,8,
15,19 43:19
53:14 62:1
67:22 68:14,
23 69:3,20
71:22 72:4,23
73:3 76:5,23
78:7 79:4
82:2 83:2,10,
17 85:2 92:17
93:3,8,22
94:1,8,14,24
95:2,19 96:7
97:10 98:3
105:19,23
106:4 109:16,
20 123:20
124:13,17
127:11,23
129:6,11,22
130:17 131:5,

Louise Davidson-Schmich
January 29, 2021

54

18,24 132:11,
20 134:1,16
135:15,25
136:18 138:8
139:8,12,13
145:17 147:14
149:4,11,13
150:6,12
151:1,8,13
152:3 153:15
155:3 157:25
160:11,14,17
169:7,15,16,
21 170:11
171:3,7
172:12,24
173:14,16,19
174:2 176:7
179:23 181:25
185:12,15,18,
23,25 186:24
190:1,17,18
191:15 193:3
194:9,10
196:7,20,25
197:8,19,21
198:23 200:4
201:11 214:5,
14 219:25
220:11 221:5
222:7,8,11,
15,16,22,24
223:4 225:3
227:6 230:7
232:3 233:4,
9,16,20
234:6,9,14,
15,20,23
235:4,7,15
236:19,21,22
237:4,9,22
238:3,12

240:5,19
241:13 242:2,
7,13,16,23
244:3,10
245:9 247:21,
25 248:1,8
249:22,25
250:15 254:10
255:24
256:16,20,23
257:24 258:7
259:1 261:14
262:9 263:21,
22
**Salemi**
82:19
**Sano**
12:24
**satisfied**
94:8 95:7
**scanned**
88:7
**scanning**
79:14 80:4
88:6
**scenes**
256:13
**schedule**
184:10
**scheduled**
20:6 25:25
26:3 39:2,6
89:19 160:10
178:23 208:19
**Schmich**
8:19 9:20,24
10:1,3,5,21
177:11
**scholar**

57:2 118:20
119:3,6,8,23
120:2 123:11
**scholarly**
119:18
**scholars**
119:6 122:15
**scholarship**
108:2
**scholarships**
108:3
**school**
96:9 139:7
196:19
**Schrank**
28:6
**Schrank's**
29:19
**science**
16:11,13
22:5,6,13
23:17 26:25
27:8 28:3,23
30:12 39:7,12
44:7 48:11
57:23 58:1,8,
14 59:14,18
63:24 64:1,6,
10 65:23
74:19 83:6
89:9 95:20
98:14,18
103:4 110:22
111:20 112:25
113:14,18,24,
25 114:2
115:15 122:3,
8,14,19 126:9
136:2,16
140:10 141:15

144:8 150:20
158:5,9,13
160:10,12
161:5 165:23
173:7 174:4
175:14,15,20
176:21 186:19
205:3 233:14
234:5 245:6,
21 248:19
251:7 258:13
**sciences**
66:18 84:10
135:20,22
136:3 138:23
141:24 142:1
143:19
145:10,18
146:5 149:17,
19,21 156:16
185:8,17
186:6 236:11,
12 237:21
238:4
**Sciences'**
185:5
**scientist**
59:12,15
243:7
**scientists**
58:10 103:5
158:8
**screen**
16:17 27:22
47:16 94:21
105:5 130:5
150:18 159:10
160:2 205:16
207:15
**scroll**

Louise Davidson-Schmich
January 29, 2021

55

18:1,3 19:3
23:10 24:11
25:8 31:16
33:13,16
37:13 90:20
97:1 114:23
116:1 139:5
143:1 152:24
153:5 159:8,
16 162:7
177:7,9,14
183:18,19,21
202:22 213:5,
20 227:9

**scrolled**
125:11 150:12

**scrolling**
24:15 31:18
33:23 80:22
128:24 150:14
171:10 206:7
211:9

**search**
113:20 204:22
217:21 249:25

**searches**
170:7 195:3

**secondary**
63:23 64:2,
10,16,19,22
65:19 110:1,
6,10,12
111:7,11,17,
25

**secretary**
156:23

**section**
44:24 56:4
133:9,10
221:22 223:24

**seek**
64:2

**seeking**
23:21

**selection**
248:17

**semester**
38:1,19 46:14
53:24 89:11
101:23 109:10
191:22,23
242:8

**semesters**
109:12

**Senate**
73:17,18,20,
25 74:2,5,8,
12,20 75:8
181:15 191:25
217:8

**send**
81:24 148:21
149:1 152:6,
8,9 161:21
162:20 164:3
170:3 227:20

**sending**
148:11 153:10
161:23
162:13,18
163:2

**sends**
81:23

**senior**
145:24 156:25
198:15 243:23
259:2

**sense**
84:19 86:9

138:19 157:13
182:23 226:3
235:1 255:23
257:2

**separate**
70:10 79:11
113:22

**September**
22:24 63:12
179:7 184:18
215:7,8,13
216:9

**sequence**
91:6 126:17
201:5

**series**
16:17 34:17
37:11 58:25
63:10 83:20
133:25 137:12
159:4 165:22
177:6,19
183:6 184:1
187:11 188:5,
9 193:17
202:17 209:13
210:3,9
212:12,24
229:9

**serve**
48:25 252:12

**served**
74:12 75:7
104:2 141:10,
14 235:25

**service**
141:19 160:25
161:3 168:25
201:14 203:4
244:2,7

**services**
201:8,25
202:2

**serving**
82:22 175:25

**session**
150:7 199:4

**set**
62:5 91:15
154:11
181:20,23
184:17
208:13,15
236:12 250:13
256:4 258:9
264:1

**sets**
32:9 233:5

**setting**
139:14 242:13
256:10,11

**setup**
96:9

**sex**
150:13

**sexuality**
103:15,19
104:16

**Shadlen**
28:7 29:1,23
39:9

**shake**
11:15

**Shalala**
175:17,21

**share**
16:17 47:16
105:5 144:7

Louise Davidson-Schmich
January 29, 2021

56

shared
  112:18 144:11
  191:14

sharing
  139:17 207:14

Shifting
  221:20

shopped
  51:4

shortly
  43:22 45:19
  51:6 53:20,25
  57:16 61:6
  62:25 101:25
  147:11 153:25
  187:6 200:7

show
  16:17 22:14
  31:3 33:4
  44:4 47:15
  49:14 53:1
  54:2 55:11,14
  60:15 61:10
  63:4 64:21
  65:8 66:10
  69:7 70:19
  75:16 77:18
  79:7 80:2
  82:5 87:8
  88:20 90:13
  93:12 94:18
  96:18 97:14
  105:18 108:12
  111:22 114:12
  115:20 125:2,
  24 128:15
  129:25 136:24
  142:9 147:18
  152:11 159:3,
  8 176:24
  183:9 187:23

199:2 202:10
205:9 209:4
222:25 226:6
230:13

showed
  83:23 150:8
  192:21 262:25

showing
  105:8 200:4
  230:8

shown
  242:18

shows
  83:21 237:19

Shrank
  39:9

Shrank's
  28:20

shutting
  102:20

side
  234:18

signature
  24:25 25:10
  33:19 35:1
  36:12 41:4,
  22,23 43:17
  44:21 54:18
  105:13 206:9,
  13,15,21

signed
  25:4 27:17,23
  33:21 34:25
  65:6 166:11
  206:17

significant
  214:13

significantly
  196:24 243:19

signing
  40:23 207:11

similar
  36:9 104:18
  153:3 257:3

similarly
  58:2 254:13
  255:23 257:2,
  4

Simon
  59:12

simple
  34:20 80:16

simply
  10:3 57:12
  80:23 81:17
  169:9

simultaneously
  218:7

single
  19:24 117:12

sit
  81:6 85:18
  101:11 107:20
  234:19 257:5
  261:18

sitting
  229:15

situated
  254:14

situation
  32:20 181:3
  216:6 243:8

size
  77:9

ski
  245:17

skip

87:18

skipped
  76:10 142:10

slightly
  147:22 159:9
  207:18 219:17

slowly
  213:6 236:8

small
  42:14 58:15
  77:5 171:2
  197:21

smoking
  240:12

social
  119:17 136:2
  149:17,21
  150:20 174:3
  185:7 186:6
  236:11 243:7

societal
  175:10

sociologist
  28:22

sociology
  28:23

solemnly
  8:25

solicitation
  101:6

someone's
  99:21 244:10

son
  10:24

sort
  42:18 56:19
  80:21 87:12
  119:19 135:1,

Louise Davidson-Schmich
January 29, 2021

25 167:13
169:13 182:17
190:13 206:23
215:20 257:19

**sorted**
88:5,10

**sorts**
213:14 221:19
244:12

**sought**
192:5

**sound**
203:5

**sounded**
169:18 231:20

**sounds**
11:25 63:3
93:10 199:23

**source**
59:10 119:8,
12,18,19,22
238:1,8,9

**sources**
139:11
238:16,17

**South**
10:16 203:21

**Southwest**
10:16

**spanning**
58:6

**speak**
13:11 95:16
121:25 122:7
160:15
198:18,19
203:16 204:4
208:3 210:23

**speaking**
27:3 179:21
198:14 207:24
211:15 223:11

**speaks**
143:23,24
227:14

**special**
242:25

**specializes**
249:10,12

**specialty**
29:9,14
195:9,19

**specific**
38:16 48:18,
22 75:15
84:24 101:20
152:4 157:20
167:7 169:16
175:5,11
178:18 189:22
190:14 193:7
201:17
204:12,14

**specifically**
18:4 77:17
81:13 93:10
96:4,16 97:12
106:19
111:14,20
123:23 128:13
135:13 136:9
139:6,25
160:16 170:18
180:7,14
204:11 210:12
238:19 243:12
244:12 249:3

**specifics**

164:8

**speculate**
257:19

**spell**
9:14 20:9

**spelled**
247:12

**spelling**
202:18

**spend**
208:11

**spending**
92:10

**spent**
235:24

**spit**
242:8

**spoke**
15:12 176:11
189:10 196:12
198:16,19
208:2 211:8
227:18

**spoken**
96:6 180:4
211:4

**spot**
117:12

**spreadsheet**
135:1 193:2
219:24

**spring**
46:11,13
53:24 54:23
55:1,2 56:11
89:11,20
101:23 115:8
221:5 242:8

**stable**
57:7

**stamp**
17:12,14
66:11 126:1

**stamped**
24:6 54:3
63:5 75:17
77:21 80:12
88:22 90:14
96:21 97:16
106:24 108:21
112:1 114:22
115:24 118:3
124:3 125:5
127:16 128:18
129:19 130:6
131:16 142:25
165:24 183:10
188:8 193:18
202:19 205:18
209:14 212:23
219:24 226:13

**Stampino**
142:19

**standard**
109:9 161:21,
25 185:16
259:22

**standards**
52:14

**standpoint**
259:23

**stands**
161:20

**start**
11:7 23:6
52:22 152:22
159:20 168:16
173:22 177:13

Louise Davidson-Schmich
January 29, 2021

58

183:17 202:20
209:18 213:9
221:14 237:2

**started**
32:21 41:1
47:1 48:16
70:15 82:23
84:4 87:13,20
100:17 102:25
105:7 132:2
174:19 175:6
182:10 215:16
233:16 244:17

**starting**
24:21 25:13
30:4,24 42:13
152:13 166:6
174:9 184:8
189:4 194:15
203:3 207:4
226:21 233:4
234:9,14,15,
19 235:3
236:17 237:5,
7 251:6

**starts**
221:15 233:9

**state**
8:10 9:14
26:22 94:13
192:13 217:4
219:10

**stated**
25:24 107:16
151:24 251:9

**statement**
155:20 172:8,
11,17 208:22,
24,25 217:6
218:16,23

219:4 231:20
260:9

**statements**
225:25 226:2

**states**
36:17 57:6,11
104:19 129:24
251:3

**statistic**
175:1

**statistical**
192:20

**status**
166:22 167:3,
6,15

**stay**
121:15

**steer**
104:1

**Steering**
103:24 104:2

**STENOGRAPHER**
8:23 156:20
251:18 265:6,
9

**step**
146:1

**steps**
214:20 216:5

**Stoddard**
205:2

**stop**
97:1 207:14
239:11

**stopped**
43:9 140:20
153:17 250:13

**stopping**

133:16

**stops**
181:7

**store**
81:20

**stored**
148:16

**stores**
119:13

**storm**
187:7

**story**
196:2

**straight**
195:4

**strategy**
243:7

**stretch**
12:4 62:13

**strike**
30:10 71:14
192:9

**strong**
254:4,5

**strongly**
241:11

**structure**
57:10 242:20

**student**
138:22 228:7,
24

**students**
73:10

**studied**
57:15 174:22

**studies**
64:6,8,11,18
65:20 102:3,

15,24 103:11,
12,14,15,21
104:14,17,23
105:2 110:7,
13 111:12,18
112:15,24
113:1,15,16,
23 114:2,8
143:12,14
144:10 158:7,
8 173:8
195:23 202:4
245:22

**study**
29:11 57:3
58:13 103:18
104:19 122:16
195:24 249:10

**stuff**
201:6 221:19

**styled**
8:2

**subject**
33:1 67:17
102:13 147:20
174:15 238:8

**subjects**
173:2,5

**submission**
71:15

**submit**
55:23 66:8
68:2 72:2
81:11 115:10
116:11,14
131:21 133:11
187:20

**submitted**
44:1 55:2
56:5,10 66:5

Louise Davidson-Schmich
January 29, 2021

59

71:11 76:1
77:14 78:3
79:23 80:18
90:9,25 91:3,
12 93:5 97:7
105:18 106:16
107:6 115:1
116:8,17
117:4 123:18
124:24 125:15
128:11 129:2
130:13 132:2
133:10 134:23
135:8 144:16
151:16 164:3
179:11 187:15
188:23 189:24
235:13 242:7

**submitting**
54:24 69:25
70:10 75:11
81:25 96:14
107:9 109:25
115:5 125:18
130:3 187:14
188:17
189:15,18

**subsequent**
151:24 185:22

**successful**
60:7

**successive**
170:7

**suddenly**
84:12 257:16

**suggest**
167:14

**suggesting**
161:15

**suggestion**
203:11

**Sugrue**
24:22 27:1,12
40:2 47:23
49:21 54:14

**Suite**
12:25

**summaries**
84:24

**summarize**
168:5,17

**summarized**
168:21 169:23

**summary**
69:25 70:11,
20 71:10,20
75:12,25
77:14,19 78:3
79:8,23
80:10,17
81:7,14
83:10,16 84:3
90:10 91:8
94:1,2 96:14,
19 106:14,17,
22 114:13,20
115:1 123:18
124:24 125:3,
15 128:16
129:1 130:3,
13 131:21
133:9,10

**summer**
55:4 134:25
150:7 179:22
208:10,11
251:20

**support**
231:2 240:4

**supposed**
136:11 143:22
159:23 178:16
226:4 238:15
250:1

**surmising**
73:14

**surprised**
197:6,8

**suspect**
202:9 221:18

**suspected**
171:4 197:24

**suspend**
111:2

**suspended**
114:6

**suspicion**
257:9

**swear**
8:12,25 23:19
81:4 83:18
222:2

**switch**
158:9

**switching**
104:25 196:5

**Switzerland**
202:7 227:22

**sworn**
9:8

**Syracuse**
48:24

**system**
22:8 148:23
236:23 245:23

**systems**
57:20

———————————
| **T** |

**table**
58:20,22 59:6
135:2

**tabs**
39:17

**taking**
8:7 13:5
109:24 164:22
165:7 243:2
252:8

**talk**
15:8 18:21
101:16,19
211:19 213:10
247:16 264:21

**talked**
134:9 173:6
231:9 252:16

**talking**
74:17 85:14
86:18 88:16
176:23 179:14
190:8 222:15
250:4 252:15

**talks**
26:13

**Tallahassee**
204:2

**Tallman**
47:22 63:11,
17,19 66:1
108:20

**taught**
39:4,12 99:24
100:2 259:5,9

**Taylor**
8:12

Louise Davidson-Schmich
January 29, 2021

60

**teach**
38:15,17,18
39:3,6 89:20
174:14

**teaching**
29:19,25
38:12 87:4
88:16 89:10
90:8 99:20
146:15,16,17
147:10 150:7
259:13

**team**
243:6

**technical**
11:20

**technically**
60:11

**telephone**
189:17

**telling**
155:22

**tells**
140:1

**template**
81:20

**ten-minute**
199:21

**ten-page**
17:25

**tend**
103:2 145:19

**tendency**
233:10

**tenure**
32:22 33:11
34:11 36:2
40:17 41:14
43:1 55:13

56:7 57:25
60:8 61:25
67:16 68:5,17
69:25 70:5,10
72:6 98:21,24
99:17,23
100:8 120:6,
23,24 167:8,
12 203:13
221:19 235:19
248:16

**Tenure-track**
98:12

**tenured**
98:11 100:13
121:13 166:18

**term**
48:19 85:13,
19 86:1,2,24
120:21 121:18
140:23,24

**term-limited**
140:22

**termed**
139:19

**terminal**
146:15

**terminated**
166:20

**termination**
109:25 111:25
112:11

**terminology**
234:13

**terms**
20:1 27:2
32:9 52:15
57:9 86:6,10,
14 121:20

122:2 136:17
144:19 154:7
171:16,17
198:9 201:15
208:5 222:12
232:22 235:3
252:4

**terrible**
21:17

**testified**
9:8 69:23
134:7 181:17
215:5

**testify**
111:4

**testifying**
11:8

**text**
78:24

**theoretical**
57:22

**thing**
25:24 126:22
185:4 207:9
241:8,24

**things**
18:23 25:23
39:17 56:25
57:11,13
58:16 73:17
81:9 85:22,24
132:5,18
151:17 164:24
169:12 181:2
182:6 185:3
203:10 204:17
215:1,4,22,24
217:11 222:9
244:12 257:20

**thinking**
174:19 182:11

**Thomas**
60:22

**thought**
50:11 132:5
148:19 170:23
171:4 174:3,
17,23 181:4,9
186:1 197:22
204:19,20
212:8,13
214:4 242:9

**thread**
210:13

**threat**
248:14

**threw**
221:19

**tied**
73:5 154:15
180:20

**time**
8:8 10:8
11:18 12:7
18:9 22:6,10
26:3 27:17
28:18,24 29:3
30:19,22
32:18 34:18
41:21 43:14
46:10,23
48:14,23
49:2,11
50:11,13,20
51:7,11 58:5
59:13 63:22
64:5 66:18
67:8 68:1
69:6 71:5,18

Louise Davidson-Schmich
January 29, 2021

61

73:24 80:15
82:23 83:5,21
86:10 87:16,
17 88:9 89:23
91:3 99:5
101:8,21
104:6,9
107:15,22
108:1 110:5,
9,22 115:4,13
117:15,17,21
121:4 125:23
127:8 133:18
134:16,18
135:3,23
136:21 140:3
145:22,24
149:10 152:4
154:23 156:12
157:23
158:17,23
159:22
161:21,22,24,
25 166:18
168:13 169:25
170:24 171:6
172:5 173:16,
18 174:23
175:6,22
180:8 186:3
189:6,24
190:8 192:7,
10,12,16
193:6 195:4,
10,15 199:3,
10,18 215:16
216:21 229:2
230:25 233:13
234:3 235:6
236:6 238:2
239:2,11
241:20 242:12

244:21 246:4
248:21 250:17
251:5 252:8,
10 253:9
259:4,15
261:15 262:6,
12 263:10,13,
24

**timeline**
62:23 213:14
214:3,13

**times**
61:19 118:4,
17 119:10,23
120:2 189:23
212:7 240:23

**Timetable**
212:22

**title**
179:11 180:11
181:10,13
186:10
216:12,19,20
217:2,13,19,
22 218:6,13,
20 229:21

**titled**
150:10

**today**
9:12 12:14
13:14,19 81:6
85:19 86:5,
13,23 101:11
107:20 172:4
180:9 212:11
213:17 215:2
217:3 225:9
229:16 230:21
231:9 234:19
240:14,17

242:9 251:8
261:18 265:3

**told**
21:25 51:12
73:20 92:8,9,
13,18 96:11
154:9 162:19
185:1,2,3,4,
9,17 186:13
187:2 190:5,
20 191:6
192:20 197:19
226:4 252:14
264:18

**tomorrow**
161:11,16

**top**
24:12 33:13,
23 37:14
90:20 104:7
112:9 116:25
150:19 151:25
152:5 162:2
194:23 195:7
217:7 247:12,
22

**topic**
130:1 174:6
179:5 252:22

**topics**
173:11

**Total**
118:4

**tough**
19:23

**track**
32:22 33:1,11
34:12 36:2
40:17 41:14
43:1 118:17,

21 120:1
150:9 233:24

**tracking**
119:5,9,23

**trail**
215:22

**trained**
216:12 217:5
218:24 239:6

**training**
218:12,25

**transcribe**
11:13

**transcript**
51:11 264:19

**transmittal**
27:20 106:12
206:2

**transparency**
241:13 242:1,
2,3 243:9

**transparent**
241:14 244:11

**transpired**
171:19

**trash**
165:1

**trend**
243:3 250:19

**trial**
8:15

**trick**
30:23 83:24
216:17

**triggered**
84:9

**triggering**
156:9

Louise Davidson-Schmich
January 29, 2021

62

trouble
16:20

trudge
199:6

true
47:13 101:1
171:8,9 183:7
251:2 256:11

trusted
170:12

truth
8:25 9:1
155:23

tuition-paying
73:10

turn
71:19 144:3

turned
50:14,22
51:17 80:24
81:4 190:12
208:15

turning
37:24 178:6

two-course
89:10

two-page
22:18 183:10
212:23

two-semester
109:11

two-sentence
164:10

two-thirds
109:3,12
224:16

type
68:2 181:11

typical
79:22

typically
105:19

———————

U

U.S.
243:13

ultimate
71:24

ultimately
27:15 28:12,
15,17 60:6
64:5 90:1
100:15 108:8
109:18 117:18
142:6 163:8,
20 164:25
184:17,22
192:18 203:24
204:5 217:25
245:12 261:13

unable
210:23 229:1

unclear
182:20

undated
56:2

undergraduate
16:2,14 29:6
57:14

underlines
144:23

understand
11:7,18 13:6,
11 28:14
30:21 33:23
50:8 51:16

60:2 63:16
68:12 74:6
80:20 81:25
92:4 95:5
119:2 155:1
160:9 217:22
224:18
225:10,19
231:23 243:15
244:16 250:17
251:19 255:19

understanding
52:10 73:4,
11,12 85:18
86:2 91:21,23
95:24 96:3,12
99:4 112:18
120:21 140:19
145:15 181:10
224:20 237:8
253:7,21
261:19

understood
11:23 19:9
23:20 39:18
58:17 74:15
111:9 136:10
155:8 176:18
210:18 248:5

undertaken
191:16

undertaking
190:12

unforeseen
199:13

united
57:6,10,17
104:19 251:3

universities
21:6 30:11,15

95:24 174:18
178:4 180:10
201:21
243:11,12,14
246:11,23
247:20 248:1

university
8:3,22 13:1
16:2 19:18
20:2,5,7,13,
21,24,25
21:1,4,12,13
22:3 24:1
25:16 26:1,3,
8,15 27:5
28:10,13,16,
19 29:4,5,17
30:1,24 32:6,
11,18,21
33:25 34:6
35:7 40:10
45:14,25
46:5,18,21,25
47:3 48:17,25
50:15,23
51:8,18,20,25
52:1,7,11
55:5 57:25
58:5,13 59:20
60:23 61:7
68:10,17 72:7
73:5,8,13,15
75:18 77:22
78:18,20
82:21 85:14,
20 86:3,7,15,
25 88:23 90:6
93:1 99:18
101:13 103:1,
7 109:8,21
110:14,17
111:1 112:23

Louise Davidson-Schmich
January 29, 2021

63

118:24
119:14,21
120:1,8,14,15
121:5,10,15,
19,23,25
128:19 132:7
134:2,8,17
135:24 139:14
144:25 145:23
146:20,25
148:16,19
166:23 174:11
175:23 176:1
179:24 181:5,
8,13 182:15
186:22 188:20
190:10,17
192:2 195:6
198:7,24
200:12 201:11
204:18 214:15
216:10,25
217:13,16,20
218:9 222:5,
12 223:2,9
224:11 225:6,
12 226:1,25
227:13 228:6
229:18 230:1,
12 231:3,10
233:13 235:12
238:18,22
240:6 241:18
242:5,14,19,
21,24 243:4,
10,24 244:7,
10,13,18,19
245:2 246:1,
15,20 247:8,
11 248:7,13,
16 249:5,7
251:7 252:7

253:20 254:1
256:5 258:10
259:15,20
**university's**
27:16 147:3
197:25 222:4,
6
**university-**
175:4
**university-wide**
72:23 191:15
**unjust**
179:3
**unknown**
186:3
**unlawful**
258:20
**unlike**
83:9 132:13
**unofficial**
123:3,4
**unpaid**
46:5,7,14
**unspecified**
186:5
**unsuccessful**
253:23
**unsure**
182:20
**untenured**
67:25 68:1
**untransparent**
241:20 242:17
**unusual**
132:1
**up-to-date**
18:13

**upcoming**
69:20 89:11
93:8 94:9
124:13 127:12
129:11 131:5,
18
**update**
18:7 75:4
**updated**
18:9,16,19,22
32:13,16
**updating**
18:24 215:17
**upset**
239:9
**upshot**
152:1 154:5
**US-BASED**
178:3
**UTC**
161:20
**utility**
111:5

─────────────
**V**
─────────────

**V-A-I-L**
245:16
**V-O-N**
251:24
**vague**
182:7
**Vail**
245:16,18
**variable**
241:24 244:9
**variables**
241:11,13

**variety**
120:13
**vary**
104:6
**verbal**
208:21,24
250:5
**verbalize**
11:14
**verbally**
191:6
**verify**
264:20
**version**
18:13 23:4
137:8 152:6
179:17
**versus**
8:3 145:18
**vetting**
253:19
**vice**
30:25 60:22
**video**
11:11
**view**
223:9 243:8
**viewed**
122:4
**VII**
229:21
**violation**
238:14
**Virginia**
146:20
**vis-a-vis**
186:3

Louise Davidson-Schmich
January 29, 2021

64

visible
 241:14
vision
 113:10
voluntary
 104:10
Von
 251:23
vote
 50:6,7 52:21
 112:11

_____

W

wage
 92:10 139:14
wait
 182:1
waiting
 102:22 182:25
waive
 264:23 265:6
Wake
 245:2,4,24
 246:9,18,24
wall
 57:16
wanted
 26:4 50:10
 52:2 55:25
 56:7 58:11
 88:21 112:23
 113:17 117:25
 159:20,25
 162:4 178:6
 182:6 186:9
 187:3 197:24
 201:23
 208:16,17
 210:23 249:6

watch
 238:11,12
watched
 101:16 190:7
ways
 57:5 112:23
 118:21 119:5
website
 201:23 227:18
week
 14:3,4,5,15,
 16 30:8
 168:6,18
 245:14 250:4
 252:2
weeks
 14:24 179:19
 248:22
weigh
 100:14
West
 26:24 44:6,19
 48:10,19,21
 82:7 83:2
 84:5 91:4,7
 92:15,25
 93:8,14,25
 94:5,16,22
 95:6 97:16
 106:13 124:2
 127:15 128:8
 129:10 131:4
 134:24 144:7
 146:20 147:13
 148:13 149:1,
 10 151:1
 152:7,13
 153:14 154:6
 155:13,23
 156:13 262:10

Western
 29:13,14 39:3
whatsoever
 146:9
White
 249:5,8
widens
 232:22
winds
 164:25
woman
 197:3 230:2,
 24 232:20
 243:19
 250:10,11
women
 142:21
 145:12,17,19,
 20 175:1,12
 232:16 236:23
 237:1,7,19
 241:15
Women's
 102:3,14,24
 103:13,21
 104:14 105:2
 143:11,14
 144:10 173:8
word
 55:5 59:15
 133:11 260:22
words
 83:25 170:14
work
 43:12 46:25
 79:20 88:17
 89:11,14 99:8
 103:25 104:15
 107:24 112:21

122:16,17
 148:19 152:23
 154:15 159:6
 174:9 176:15,
 16 178:25
 192:18 193:24
 195:11,16,18
 209:18 217:23
 221:8 223:18
 247:24
worked
 57:21 60:14
 82:20 122:24
 184:17
working
 28:13,19
 29:3,17,25
 46:21 87:5
 89:22 99:5,12
 103:9,12
 116:22 173:19
 176:24 244:17
works
 111:15 248:2,
 4
workshops
 99:13
world
 39:8 59:19
Worrell
 245:5,8,19
worth
 26:10
wound
 179:7
write
 17:23 55:12
 84:23 164:24
writer

Louise Davidson-Schmich
January 29, 2021

65

writes
  210:22
writing
  48:23 81:12
  126:20 156:14
  187:4,21
written
  21:10 22:8
  50:21 116:20
  133:8 135:4
  184:15
  208:21,25
  245:23
wrong
  63:17 88:8
  154:20 161:15
  181:18 187:10
  188:15 220:16
  258:20
wrote
  15:2 17:22
  63:14,17 67:9
  107:15 121:8
  140:3 148:6
  151:18 167:22
  169:5 170:22
  184:4,5
  185:21,22
  188:13 192:4
  202:6 204:17
  216:15 221:23

          Y

Yale
  246:14
Yannuzzi
  8:20 9:10
  15:10 17:3,

226:23 228:22

13,16 22:21
24:3,10 31:7
33:8 34:10
36:6 37:4,9
38:21 39:24
40:14 41:19
43:6 44:12
47:19 49:18
54:8 56:12,14
60:19 61:15
62:9,21 63:8
65:2,13 66:14
69:12 71:2
72:18 75:23
76:19 78:1,
10,15 80:8
82:12 87:8
88:4,14 89:1
90:19 91:22
92:6 93:19
94:17 95:11
96:25 97:23
102:5,10
106:3 107:3
108:17 112:4
114:18 116:5
118:9 122:22
124:8 125:10
126:4 127:20
128:23 129:15
130:11 131:11
133:15,23
134:13 137:3
142:16 148:2
152:21 159:15
165:20 177:4
183:15 188:3
193:10,15
199:3,11,20
200:1 202:15
205:14 207:6,
14,21 209:11

212:2 213:4
214:8 219:21
226:11 228:16
237:24
239:14,23
241:2,5
260:11,19
263:11,12
264:9,17,23

year
  13:18,22
  14:25 15:1
  18:13 21:4
  29:16 30:13
  32:14 33:2,25
  34:2,5 35:7,
  9,18,19,21
  36:15,21,24
  41:11 42:8,
  13,15,20,22
  43:16,19
  45:20 46:9,
  10,17 52:24
  60:10,12
  67:15,20
  68:4,9,14,24
  69:3,6,20,24
  70:1,21 71:23
  72:4,22
  75:10,13,14
  76:1,6,24
  77:20 78:8
  79:5,23,24
  80:11 81:22
  83:15 85:2
  90:9,11 91:12
  93:9,23
  94:10,24
  95:2,8,9
  96:15,17,20
  97:5,13 98:4,
  9 100:15,17

101:2 105:23
106:17,20,23
109:1,19,21
114:21 123:21
124:14,20,23
125:4 127:12,
24 128:17
129:11,22
130:19
131:19,23
132:1,9,11,14
136:13 138:9
139:9,15
147:15
149:14,23
151:7,14,20,
25 152:5
153:16
155:11,15
163:19 164:6
170:14,20
172:13 182:2,
23 183:1
195:3 202:3
212:9 220:7,
20 221:6,21
222:13,14
223:23
224:12,19
233:5,6
234:16 235:1,
18,21,24
244:22 247:5
249:9 252:1
253:25 260:2
264:2

years
  18:18 19:5,8
  20:3 23:19
  29:22 47:1
  58:6 68:10
  70:9 73:1

Louise Davidson-Schmich
January 29, 2021

77:4 81:15
82:22 83:9,11
84:11 91:15
99:20 104:2
122:24 123:19
132:14 134:1
135:17 140:17
149:23 153:19
165:8 173:4
176:13 186:7
221:12 225:2
229:17 236:1,
4,17 241:20
242:14 243:23
244:2 247:3,4
248:6 255:22
259:2,3

**yesterday**
75:4

**you-**
28:9

**you-all**
28:13 29:3

---

**Z**

---

**Zealand**
46:13,15,17
107:24,25
108:10 179:1

**Zealand's**
178:24

**zoom**
8:7 12:5,13,
16,21 14:7,8
42:5 199:19

**zooming**
42:19

November 2019

# Louise K. Davidson-Schmich

https://people.miami.edu/profile/davidson@miami.edu

| | | |
|---|---|---|
| **Contact Information** | Suite 160H<br>1300 Campo Sano Ave.<br>Coral Gables, FL 33146 | davidson@miami.edu<br>Office: (305) 284-2143<br>Cell: (305) 607-9875 |

**Employment**
Professor of Political Science, University of Miami, 2017 – Present
Associate Professor of Political Science, University of Miami, 2007-2017
Assistant Professor of Political Science, University of Miami, 2000-2007

**Education**
PhD, Duke University, 1999
MA, Duke University, 1995
BA, Brown University, 1990 (Magna Cum Laude; Phi Beta Kappa)

**Publications**

Single Authored Books

*Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany.* 2016. Ann Arbor, MI: University of Michigan Press.

*Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

Edited Volume / Special Issues

*Gender, Intersections, and Institutions: Intersectional Groups Building Alliances and Gaining Voice in Germany.* 2017. Ann Arbor, MI: University of Michigan Press.

*German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. 2011. Volume 20, Number 3 (September).

Peer Reviewed Articles

"The gendered political ambition cycle in mixed-member electoral systems." 2019. *European Journal of Politics and Gender*, forthcoming, with Hilde Coffé.

"Addressing Supply Side Hurdles to Gender Equal Representation in Germany." 2018. *Femina Politica*, 2-2018: 53-69.

"LGBTI Rights and the 2017 German National Election." 2018. *German Politics and Society*, Vol. 36, No. 2 (Summer): 27-54. Reprinted in Eric Langenbacher, Ed. *Twilight of the Merkel Era: Power and Politics in Germany after the 2017 Bundestag Election*, New York: Berghahn Books, 2019.

"LGBT Politics in Germany: Unification as a Catalyst for Change." 2017. *German Politics.* Vol. 26, Issue 4, pp. 534-555.

**Publications**

Peer Reviewed Articles, cont.

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 1**

DAVIDSON-SCHMICH_00274

"Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election." 2014. *German Politics and Society* Vol. 32, No. 2 (Summer): 86 – 105. Reprinted in *The Merkel Republic: An Appraisal.* Edited by Eric Langenbacher, New York: Berghahn Books, 2015, pp. 102 – 120.

"Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel." 2011. *German Politics.* Volume 20, Number 3 (September): 325 -41.

"Afterword." 2011. *German Politics*, Vol. 20, No. 3 (September): 464-8.

"Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009." 2011. *Zeitschrift für Parlamentsfragen*, 1/2011: 25-34. With Isabelle Kürschner.

"Gender Quota Compliance in the 2009 Bundestag Election." 2010. *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall): 133-155. Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System.* Edited by Eric Langenbacher, New York: Berghahn Books, 2010: 151-172.

"Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas." 2007. *German Politics*, Vol. 16, No. 3 (September): 391-407.

"The Implementation of Political Party Gender Quotas: Evidence from the German Länder 1990-2000." 2006. *Party Politics* Vol. 12, No. 2: 211-232.

"The Origins of Party Discipline: Evidence from Eastern Germany." 2006. *German Politics and Society*, Issue 79, Volume 24, Number 2 (Summer): 23-43.

"Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany." 2006. *Democratization*, Vol. 13, No. 1 (February): 95-115.

"The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000." 2003. *The Journal of Legislative Studies*, Vol. 9. No. 4 (Winter): 88-101. Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures*. New York: Routledge, pp. 88-101.

"You Can Lead a Horse to Water but you can't (Always) Make it Drink." 2002. *Communist and Post-Communist Studies*, Volume 35, Issue 3: 325-352. With with Klaus Hartmann and Uwe Mummert. Appeared in German as "Eingikeit und Recht und die Nutzung positiver Freiheiten" in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung*, Velbrück Wissenschaft, 2001.

"Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." 2001. *Journal of Legislative Studies*. Vol. 7, No. 4 (Winter): 37-62.


**Publications**

      <u>Peer-Reviewed Articles, cont.</u>

DAVIDSON-SCHMICH_00275

"Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." 2000. *German Politics and Society*, Vol. 18, No. 2 (Summer):1 - 29.

"European Elections or Elections in Europe?" 1995. *Il Politico*, Vol. LX, No. 1 (January-March): 55 - 91. With Peter Lange.

Book Chapters

"100 Years of Suffrage, 30 Years of Quotas, and Still no Gender Parity in Political Representation." 2020. In Dorothee Beck and Annette Henninger, Eds. *Konkurrenz für das politische Alpha-Männchen*. Frankfurt: Ulrike-Helmer-Verlag. Editor Reviewed.

"Introduction" and "Conclusion: Power, Institutions, and Intersectional Research in Germany and Beyond". 2017. In Louise K. Davidson-Schmich, Ed. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany*. Ann Arbor: University of Michigan Press, pp. 1 – 34 and 257-268. Peer Reviewed.

"Amending Germany's Life Partnership Law: Emerging Attention to Lesbians' Concerns." 2017. In Louise K. Davidson-Schmich, Ed. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany*. Ann Arbor: University of Michigan Press, pp. 203 – 236. Peer Reviewed.

"Political Parties and European Parliament Election Campaign Content." 2012. In Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk, Eds. *An Audit of Democracy in the European Union*. European University Institute: Florence, pp. 77 - 102. With Eloisa Vladescu. Editor Reviewed.

"How Parties in Government Respond: Distributive Policy in Post-Wall Berlin." 2004. In Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge: 105 - 128. Editor Reviewed.

Under Review / In Progress

Special issue of *German Politics and Society* on the Rise and Influence of the Alternative for Germany, with Sarah E. Wiliarty (under review)

*Oxford Bibliographies in Political Science* entry on "German Politics and Government" with Katy Crossley-Frolick (under contract for March 2020)

Book project on female chief executives and the substantive representation of women

DAVIDSON-SCHMICH_00276

**Publications**

Academic Blog Posts and Other Publications

"Angela Merkel, Her Opponents, and Marriage Equality." 2017. *International Association for the Study of German Politics Blog*, July 19.

"How does the US compare with other countries in terms of women's representation?" 2017. *Mischiefs of Faction.* 10 April.

"What Germany's Gender Quotas for Candidates Can Teach Us about Its Gender Quotas for Corporate Boards." 2015. *International Association for the Study of German Politics Blog*, January 26.

"Introduction." n.d. *A Model with Small Imperfections: Representatives between Ideal and Reality.* Prepared for the Konrad Adenauer Foundation, St. Augustin Germany, with Sarah E. Wiliarty.

"Alone Amongst Men." 2008. *Humboldt Kosmos*, Vol. 92/2008.

"Vergleichende Politikwissenschaft / USA zu den Frauenanteilen in deutschen Landtagen". 2005. *Baden-Württemberg State Women's Office's Newsletter*, May.

Book Reviews

Joyce M. Mushaben's "Becoming Madam Chancellor: Angela Merkel and the Berlin Republic." *Journal of Women, Politics & Policy.* Forthcoming.

Adriana Piatti-Crocker, Gregory D. Schmidt, and Clara Araujo's "Gender Quotas in South America's Big Three" and Meg Rincker's "Empowered by Design: Decentralization and the Gender Policy Trifecta." *Perspectives on Politics.* Vol. 16, Issue 2 (2018): 557-560.

Philip Ayoub's "When States Come Out: Europe's Sexual Minorities and the Politics of Visibility." *German Politics.* Vol 27, Issue 2 (2018): 291-293.

Konrad H. Jarausch's "United Germany: Debating Processes and Prospects." *German Politics and Society.* Issue 115, Vol. 33, No 3 (Autumn 2015): 88 – 91.

Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification." *German Studies Review.* Vol. 36, No. 2 (2013): 412 – 416.

Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office." *Journal of Politics.* Vol. 74, No. 4 (2012).

Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party." *German Politics and Society.* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World.  *German Studies Review.* 32/2 (2009): 35-6.

DAVIDSON-SCHMICH_00277

**Publications**     <u>Book Reviews, cont.</u>

Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald's Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society*. Vol. 26, No. 2 (Summer 2008): 99-104.

Daniel Ziblatt's Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).

Laura Brunell's Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics*. Vol. 5, No. 3 (September 2007).

John E. Jackson, Jacek Klich, Krystyna Poznańska's, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies*. Vol. 39, No. 8 (October 2006).

Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).

Markus Kreuzer's Institutions and Innovation. *German Studies Review*. May 2003 (Volume XXVI, Number 2).

Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.

**Funded Research**     University of Miami Jendak Fellowship for German-language research (2019)
Goethe Institute "Deutschlandjahr" Grant to hold a series of five roundtables on German-American Relations (2018-2019), with Markus Thiel
Fulbright New Zealand U.S. Scholar (2016)
SEEDS "You Choose" Leadership Award to organize workshop on gender and intersectionality, NSF ADVANCE for Women in Science Grant (2012)
Alexander von Humboldt Foundation and International Association for the Study of German Politics awards to hold workshop on Angela Merkel (8-10 May 2009)
Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship (2006 and 2008)
University of Miami General Research Support Award (2001, 2003, 2005, 2007)
University of Miami, European Union Center, Research Award (2004, 2006); Curriculum Development Grant (2003)
University of Miami Summer Research Award (Summers 2001 – 2006)
Foreign Language and Area Studies Fellowship, Duke University (1997-1998)
Alexander von Humboldt Chancellor's Fellowship (1996-1997)
W. W. Kulski Instructorship for Undergraduate Teaching, Duke University (1996)
Council for European Studies Pre-Dissertation Fellowship (1995)
Duke University Graduate School Fellowship (1992-1994)
Fulbright Teaching Assistantship, Germany (1991 – 1992)

DAVIDSON-SCHMICH_00278

| | |
|---|---|
| **Editorial Responsibilities** | Co-Editor, *German Politics* (2019 – Present; former Editorial Board Member) <br> *European Journal of Politics and Gender*, International Advisory Board Member <br> *Journal of Women, Politics, and Policy*, Editorial Board <br> *German Politics and Society*, Editorial Board <br> *Spektrum* (Book Series of the German Studies Association), Editorial Board (2014-19) |
| **Invited Talks** | "German Gender Politics in the Age of the AfD," Harvard Center for European Studies, 11. October 2019 <br> "Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Offices in Germany," Brigham Young University Kennedy Center, 13. March 2019 <br> Research Presentation, Leuphana Universität, Lüneburg, Germany, 4. February 2019 <br> "Why Implicit Bias is a Problem for the Academy and How to Overcome It," Multiple Presentations at the University of Miami (College of Arts and Sciences, School of Communications, SEED for Success/ NSF Advance Program, Women in Academic Medicine, Department of Anesthesiology), 2018 - Present <br> "Gender and Political Representation in Germany and the US" & "Lesbian, Gay, Transgender, Intersex Policies in Germany and the US", Florida International University, 15. November 2018 <br> "Transgender Rights and Protections around the World," Roundtable on Proposed Federal Government Changes to Transgender Protections, University of Miami, 9. November 2018 <br> "Gender and Political Representation Worldwide: How Does the U.S. Compare and Why Does it Matter?" Coral Gables Congregational UCC's Food for the Soul Series, 21. October 2018. <br> "Wrap Up from Academia" Keynote Closing Remarks, University of Marburg, 24. February 2018. <br> "Jenny Shipley, Helen Clark, and the Substantive Representation of New Zealand Women," Political Science and International Relations Programme Research Seminar, Victoria University of Wellington, New Zealand, 18 May 2016. <br> "Female Prime Ministers and the Substantive Representation of Women" School of Politics and International Relations, Australian National University, Canberra, Australia, 5. May 2016 <br> "Added to the Agenda: How Multiply Marginalized Groups Can Catch the Attention of Policy Makers" Canterbury University, Christchurch, New Zealand, 1. April 2016. <br> "LGBTI Politics in Germany since Unification: Domestic and European Influences" Women's and Gender Studies Program, University of Miami, 23. October 2015. <br> "A Glass Half Empty: Candidate Gender Quotas and Political Recruitment," Florida International University, 19, March 2015. <br> "Gender Quotas and Women's Legislative Representation Worldwide" Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014. <br> "The Needs of Rainbow Families and Policy Responses" Workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014. <br> "The German Elections 2013: Continuity or Change?" Florida International University, EU Center of Excellence, 9. October 2013. |

DAVIDSON-SCHMICH_00279

**Invited Talks, cont.**    "Women's Issues and the 2012 Elections" University of Miami Women's Commission Luncheon, 1. November 2012.

Keynote Speaker invitation, "Balancing of Private and Professional Life as an Obstacle to Women in Politics" University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict.

"Launch of a Network of Research Alumni in the US," German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.

"Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, 12. May 2011.

"German Civil – Military Relations" University of Miami POL575, October 2010 and 2011.

"Gender Equality and Political Power in Comparative Perspective" Miami Rotary Club 3 June 2010

"Gender and Leadership in the EU" Osher Institute for Lifelong Learning, Miami, FL, 18 March 2010

"Reflections on the German Elections" Florida International University European Union Center, 30 September 2009

"Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" Bremen Christian Democratic Women's Union executive board,  22. June 2008 and Bremen North Christian Democratic Women's Union 9. July 2008

"Gender Quotas and Political Ambition" Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.

"Germany's Same-Sex Partnership Law", University of Miami School of Law seminar LAW652, 25 February 2008.

"Becoming Party Politicians" Florida International University's EU Center, 12. September 2007.

"Gender and the Family in Modern Germany", Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2. June 2007.

"Research Questions Raised by New English-Language Books on Eastern Germany" Technical University, Dresden, Germany, 19. June 2001.

"Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.


## Conference Participation Since 2014

*(Paper Giver or Discussant)*

American Political Science Association: 2014-2019
Conference of Europeanists: 2014, 2017, 2018
European Conference on Politics and Gender: 2015, 2017, 2019
European Union Studies Association: 2017
German Studies Association: 2015, 2017, 2019
Midwest Political Science Association: 2014

DAVIDSON-SCHMICH_00280

**Professional Service**

American Political Science Association: Women and Politics Research Section Co-Chair Elect (2019), Women and Politics Research Section Best Paper at the 2014 APSA Conference Award Committee member (2015), Best Dissertation in Women and Politics Award Committee Member (2014).

American Friends of the Alexander von Humboldt Foundation: Alumni Council Member (2015 – Present); Humboldtian on Campus (On going); Co-Moderator, "History, Law, Economics, Society" section of "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium, National Academies of Science, Washington DC, 2 March 2017

Council for European Studies: Conference Proposal Reviewer (2017, 2019)

European Conference on Politics and Gender: Section Co-Chair for the 2017 Intersectionality, Citizenship and Multiculturalism section

Florida Political Science Association, Comparative Politics Section Head, Annual Meeting (2004)

Fulbright Peer Reviewer for New Zealand US Scholar Award (Fall 2016)

German Studies Association: Berlin Program for Advanced German and European Studies Beirat (selection committee) member (2017-2020), Nominating Committee (2015), Committee on the Future of the German Studies Association (2013-2014), Executive Board Member (2010 - 2013), Political Science Conference Section Organizer (2010), Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate

International Association for the Study of German Politics: Executive Board Member (2013 – Present), Elected North American Secretary (2011-2013); Participant in German Academic Exchange Service (DAAD)- funded German National Election Study Trips (2009, 2013, 2017).

International Political Science Association's Research Committee of Legislative Specialists member, early 2000s

Book/ Journal Reviewer American Political Science Review, Cambridge University Press, Comparative Political Studies, Comparative Politics, Democratization, Electoral Studies, European Journal of Political Research, Journal of Politics, International Feminist Journal of Politics International Political Science Review, Journal of Legislative Studies, Party Politics, Politics & Gender, Political Research Quarterly, Routledge, and others

Tenure / Promotion Reviews: Promotion (1), Tenure (5)

**Teaching**            Fulbright New Zealand US Scholar Teaching/Research Award (2016)

DAVIDSON-SCHMICH_00281

| | |
|---|---|
| **Awards** | Distinguished Service Award for Extraordinary Commitment to Scholar Development, University of Miami Prestigious Awards and Fellowships Office (2011) |
| | Outstanding Faculty Member, University of Miami Apple Polishing Reception (2010) |
| | University of Miami Excellence in Teaching Award Nominee (2005) |

| | |
|---|---|
| **Classes Taught, University of Miami** | Introduction to Comparative Politics (POL202) |
| | Introduction to International Relations (now POL203, then POL391) |
| | Gender and Politics (INS/GSS/POL344) |
| | Comparative Political Analysis (POL380) |
| | Western European Politics (POL381) |
| | German Politics (POL382) |
| | Comparative Political Economy of Post-Industrial Democracies (BA/MA level course; POL581/POL681) |
| | LGBTI Politics (BA/MA level course; GSS469/POL569/POL669) |
| | Internship (POL520) |
| | Independent Study (POL598) |
| | Senior Honors Thesis (POL563/564); Senior Project (GSS501) |
| | International Studies PhD Thesis Committee member (Danguillecourt, Dominguez, Thiel) |

| | |
|---|---|
| **Teaching Publications** | "Germany: A Stable and Prosperous Democracy." 2018. In Paulette Kurzer, Ed. *Comparative Governance*, McGraw Hill. |
| | "Germany: A Stable and Prosperous Democracy." 2015. In Paulette Kurzer, Ed. *Comparative Governance*, McGraw Hill. |
| | Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations*/ 4th Edition. 2007. W.W. Norton |
| | Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations*/ 3rd Edition. 2004. W.W. Norton |
| | Textbook Reviews for Houghton Mifflin, Norton, Oxford University Press, and Pearson Longman |

DAVIDSON-SCHMICH_00282

**University Service**    Faculty Senate Professional Misconduct Committee (2019 – Present)
Faculty Senate Equity and Inclusion Committee (2018 – Present)
University of Miami Research Council Member (2017 – Present)
Faculty Advisor to "U Elect Her" student organization (2017 – Present)
University of Miami Phi Beta Kappa committee member (2017 – Present)
Prestigious Scholarship (Fulbright) Campus Committee (2000-2004; 2006 – Present)
University of Miami Women's and Gender Studies Advisory Committee Member (2008 – 2014; 2016 – Present), Director (2014-2015), LGBTQ Scholarship Committee Selection Member (2014 – 2015, 2019)
Faculty Search Committee Chair (2018, 2010), Search Committee Member (multiple POL and INS committees, ongoing)
University of Miami LGBTQ Taskforce (Spring 2015); University of Miami IBIS Ally for LGBTQ students (2015 – Present)
Elected to College of Arts and Sciences College Council (2008 – 2011; 2014 - 2017)
Director of Undergraduate Studies, Department of Political Science (2007-2012)
Member, INS-POL merger committee (2008-9)
College of Arts and Sciences Curriculum Committee (2007 - 2012)
Departmental Transfer Student Advisor (2003-2007)

**Community Service**

People Acting for Community Together (PACT) Team Leader
Miami German Ministry Committee Member and Secretary
Coral Gables Congregational United Church of Christ, Member
German International Parent Association (GIPA) Volunteer and Member
Parent Teacher Associations (PTA) Miami-Dade County Public Schools, Volunteer and Member
Provided expertise on gender and politics to Rise Up Florida, California Women's List
Board of Directors, UM Canterbury Preschool (2009 – 2012; Vice President, 2010 – 2012)
Various print and radio media interviews

**Languages Spoken**

English (native speaker)
German (fluent)

**References**

Available Upon Request

DAVIDSON-SCHMICH_00283



## M E M O R A N D U M

September 17, 1999

TO:          JONATHAN WEST
             POLITICAL SCIENCE

FROM:        Wilhemena Black
             Director, Affirmative Action

SUBJECT:     Notification of Position Posting

This is to acknowledge receipt of PAS-34 # 7737  for the position:
**ASSISTANT PROFESSOR**, dated 09/03/99.
This position will be announced from 09/17/99 to 10/17/99 and should
not be filled until the earliest date of employment offer 10/18/99.
All positions must be reposted if:
(1) There are any changes in the posted or advertised qualifications
    experience, job description, etc
(2) An acceptable candidate cannot be recruited for the salary indicated
    on the PAS-34 form.
(3) If the position remains unfilled for more than six months.

No candidate should be offered the position until this office has
verified that the search has met University guidelines through a review
of the PAS-35, the applicant pool and the search process.

The enclosed **APPLICANT INFORMATION CARD** is to be sent to **all** applicants
applying for the position in order to assist you in identifying
the composition of your applicant pool and to determine to what extent
your recruitment sources have reached women and minorities.
Prior to completion of the PAS-35, please call this office and request
the applicant pool summary.

Please complete Section I of the card before mailing and send it along
with an acknowledgement letter of the applicant's resume (not with a
rejection notice).

To obtain a sufficient supply of this card, contact Material Management
and request general form # 331273.

Thank you for your cooperation.  If you have any questions, please
contact me at 284-3064.

WB/es
Attachment

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 2**

Office of Affirmative Action Programs
P.O. Box 248106
Coral Gables, Florida 33124-1411
305-284-3064
Fax 305-284-6214

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 3288**

Job Description

Comparative Politics/International Relations

Candidate should have specialization and/or teaching competence in Comparative Politics and International Relations. Specialization in Western Europe preferred. Ability to teach political theory desirable. Evidence of active research agenda in field required. Candidates are expected to have Ph.D. in political science by time of appointment

UM/EEOC-D. SCHMICH - 3289

CONFIDENTIAL

**Duke University**

DURHAM
NORTH CAROLINA
27708-0204



RECEIVED

FEB 2 3 2000

Executive Vice President
and Provost

DEPARTMENT OF POLITICAL SCIENCE
214 PERKINS LIBRARY
BOX 90204

TELEPHONE (919) 660-4300
FAX (919) 660-4330

Louise K. Davidson-Schmich
1003 Rosehill Avenue
Durham, NC 27705

*Family Affairs*

Re: Offer of Employment

February 14, 2000

Dear Dean Sugrue:

Thank you for the offer of employment as an Assistant Professor in the Department of Political Science. I am happy to accept the offer and am enclosing my signed contract.

Although I received my Ph.D. from Duke University in December 1999, I do not yet have a diploma or an updated transcript. The Board of Trustees has not yet met to sign these documents; their next meeting will be in late February 2000. I will send you copies of both my transcript and diploma as soon as I receive them. In the meantime, however, I am sending a letter from Duke's Graduate School confirming that I have completed all requirements for the Ph.D.

Should you need anything else from me, please do not hesitate to contact me at (919) 286-5705 or davidson@duke.edu. I look forward to joining the Miami faculty this August.

Sincerely,

Louise K. Davidson-Schmich

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 3**



**PRIVATE AND CONFIDENTIAL**

Paul K. Sugrue
Dean

February 2, 2000

Ms. Louise Davidson-Schmich
1003 Rosehill Avenue
Durham, N.C. 27705

Dear Ms. Davidson-Schmich:

I am pleased to offer you an appointment as an Assistant Professor of Political Science (untenured), beginning in the Fall Semester of 2000, at an academic year (nine-month) salary of $50,000. This is a regular tenure-track appointment and is contingent upon your presenting prior to July 31, 2000, evidence of the completion of all requirements for your doctorate. The rank of Assistant Professor cannot be given to you until your degree has been formally conferred. In the event that you do not complete your doctorate requirements by August 15, 2000 you will be appointed as an Instructor at a salary of $40,000.

It is expected that your research activities will result in the publication of articles in the top tier journals within the field of Political Science. There will be a thorough review of your research productivity at the midpoint of your probationary period (the beginning of your fourth year on the faculty).

In order to assist you in establishing a research program, we will provide you a $5,000 discretionary account to support your research needs. This is a one-time benefit and spending from this account must be approved by your chairperson. In addition, you will receive a summer research grant equal to 17.5 percent of your academic year salary for the summers of 2001, 2002 and 2003, contingent upon your reappointment and intention to return for the subsequent academic year. It will be necessary for you to submit a research proposal outlining the work to be accomplished during the summer months. This proposal should comply with the general research requirements of the School and the Department of Political Science.

The Chairperson of the Department of Political Science will inform you about teaching loads and other departmental assignments. It is my understanding that you and Dr. West have agreed that your teaching load will be two courses per semester for the 2000-2001 academic year. This course load will continue in subsequent years providing you maintain an active research program.

Please be aware that the School of Business holds classes Monday through Saturday, including weekday evenings, and that classes are sometimes scheduled at off campus locations. We also have off-campus programs. We will endeavor to schedule your classes in accordance with your wishes whenever possible, however, you may be required to teach during any of our regularly scheduled hours or programs.

The University provides benefits through a retirement program, and offers the opportunity for employees to participate in group, major medical, and life insurance plans. If you should accept this offer, you have thirty days after you arrive on campus to choose your insurance plan. Please be aware, however, that there is a 90-day waiting period after acceptance of position for health and dental insurance benefits to begin. A summary of benefits for full-time regular faculty and administration is enclosed.

Office of the Dean
School of Business Administration
P.O. Box 248027
Coral Gables, Florida 33124-6520
305-284-4643
Fax: 305-284-6526

**CONFIDENTIAL** **UM/EEOC-D. SCHMICH - 2855**

Please be aware that once you become a University of Miami faculty member you will abide by and conform to all University policies and procedures, as well as those policies and procedures required for the University by agencies, vendors or other third parties.

Documented expenses for the relocation of your personal belongings will be reimbursed up to a total of $5,000. The University has established discount relocation service contracts with several national carriers. Please refer to the following Internet address for specific information: www.miami.edu/purchaseing/movguide.htm.

Please send a copy of your diploma and an official transcript showing the award of your degree. We will see that it is relayed through the appropriate channels. As a final point, please be advised that the availability of this position being offered to you is contingent upon the presentation by you of proof of work authorization and/or U.S. citizenship and the completion of an I-9 form, as required by the Immigration Reform and Control Act of 1986. This federal law requires that the University verify, for citizens and non-citizens alike, the identity and authorization to work for all new employees. Enclosed please find a list of acceptable documents that may be presented to establish identity and authorization to work. Completion and verification of the I-9 is done by presenting originals of acceptable I-9 documents in person to the Office of Faculty Affairs, 243 Ashe Building, on or before your first day of employment. You will not be able to start your employment with the University until such time as you have completed the I-9 form and presented acceptable documents to establish your identity and work authorization. Furthermore, please be advised that continued employment with the University is contingent upon the continuation of your authorization to work, as required by the Immigration Reform and Control Act of 1986.

I look forward to your favorable reply, welcome you to the UM family, and wish you much success in the years ahead.

Sincerely,

Paul K. Sugrue
Dean

PKS:BIS
Enclosures

cc:     Dr. Luis Glaser, Executive Vice President and Provost
        Dr. Jonathan West

Please acknowledge your acceptance by signing and returning this original within two weeks of receipt. This offer will remain open during the two-week period.

Accepted:   _Louise K. Dawson-Schmich_
Date:       _2-12-00_

CONFIDENTIAL                                        UM/EEOC-D. SCHMICH - 2856



UNIVERSITY OF

Executive Vice President and Provost

August 25, 2000

Professor Louise K. Davidson-Schmich
Department of Political Science
School of Business Administration

Dear Professor Davidson-Schmich:

Welcome to the University of Miami. I am glad that you have chosen to become a part of one of the most exciting and rapidly changing private universities in the country. Together all of us can continue to develop a very unique institution.

I believe that all new faculty members benefit from a brief discussion of the procedures by which the institution evaluates their faculty and in particular for the award of tenure, over and above the rules and regulations which are described in the *Faculty Manual*. What follows are my personal views of this process.

There are no fixed formulas for the award of tenure. By necessity, this process is the culmination of a series of carefully made judgments by many thoughtful individuals. As at most research universities, we expect our faculty to be recognized scholars, to be excellent teachers, and to be active participants in University affairs; that is, to be good citizens.

The primary responsibility for providing guidance to you about what your activities should be and how well you are progressing rests with your department or school/college. These individuals are your peers, the ones most knowledgeable not only about your academic field but your success as a teacher as well. Therefore, on an annual basis, you must meet with your departmental chair to discuss your progress in each of these areas.

Your development as a scholar within your field of specialization will be achieved primarily through your research. The establishment of your research interests during the early years of your career is vitally important to your ultimate success as an academic scholar.

It is important that you understand from the outset what expectations exist within your school/college and department regarding appropriate means of demonstrating your research accomplishments. Different academic fields measure research productivity by different means, but we expect academic excellence in all. The University is committed to helping you in this endeavor in a wide variety of ways, including, when appropriate, competitively awarded summer research grants, general research support and grants to develop new teaching initiatives.

P.O. Box 248033
Coral Gables, Florida 33124-4628
305-284-3356
Fax: 305-284-6758

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 4**

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3875**

Professor Louise K. Davidson-Schmich
Department of Political Science
Page 2

Teaching is a very important activity. What distinguishes us from a research institution is that we are a university, we have students, and we owe these students our best effort to impart knowledge to them. Not everyone is born a good teacher, but I believe that good teaching can be learned. Identify the most gifted teachers on the faculty in your department and ask them to monitor your teaching activities and provide guidance to you. Obtain feedback from students. You may want to sit down with some of your students and informally talk about their perceptions of your teaching activities. Students are sometimes reluctant to discuss the teaching activities of the faculty, but if they detect that you are truly concerned, they will respond. Accept the advice that you obtain from your fellow faculty members and students in a spirit of shared dedication to the University. It is important that this be an ongoing process and not one that is simply carried out at the end of your probationary period.

Formal teaching takes place in the classroom; however, some of your most important teaching activities will involve your role as an advisor and mentor to students. It is just as important for students to receive the best possible advice regarding which courses to take and in what sequence, and how to choose a career, as it is to be taught formally in the classroom. It is extremely important that you provide students with the best advice you can.

To assist those faculty who are joining the ranks of the teaching profession for the first time, or those who feel that they could use some help in becoming better teachers, I am enclosing a list of the winners of the Excellence in Teaching Award for last year. These are faculty members who have distinguished themselves as extraordinary teachers; they are successful in the classroom as perceived by the students and also by their peer faculty members. They are available for you to consult with and to assist you in your teaching efforts. The Instructional Advancement Center, located in room 249 of the Merrick Building, can be an extremely effective resource in improving your efficiency as a teacher.

Service on University committees is an important part of your University activities; however, your desire to serve your school or college in this regard must be tempered with the necessity to firmly establish your research and teaching activities. Be highly selective. We hope that you remain at the University of Miami for many years, and your chances to participate in many activities that influence the governance and the future of this University will always be there. Young faculty members frequently make the mistake of becoming overly committed to such activities to the detriment of their teaching or scholarly activities.

Now, finally, a brief review of the formal process by which tenure is awarded. It is important for you to realize that the tenure evaluation process is carried out sequentially by a number of different individuals and committees. While the primary responsibility for setting your tenure criteria rests with the department, or the school/college for non-departmentalized schools, the final decision is not made by either of these bodies, rather, the decisions go through a sequence which is clearly defined in the *Faculty Manual*. The process begins in the department (or school/college), proceeds to the Dean, to the Provost, to the President, and finally to the Board of Trustees, who ultimately have the authority to award tenure.

Professor Louise K. Davidson-Schmich
Department of Political Science
Page 3

The award of tenure is a very important commitment of resources that the University makes to its faculty. This must be done with great care. The system is fair and thoughtful, but you should also be aware that a number of appeals and procedures are ultimately available for individuals who feel that the tenure process has not dealt with them equitably.

Let me again emphasize two things. First, please feel free during your probationary period to consult with appropriate University officials, including department chairs, deans or members of the Provost's Office, with regard to the tenure process and your progress toward tenure. Secondly, you must meet on an annual basis with your department chair, or in non-departmentalized schools with your dean, and obtain appropriate guidance and feedback to assess your progress.

Again, welcome to the University of Miami. I look forward to meeting you personally, and I hope that you will feel free to get in touch with me at any time when you feel that either I or someone in my office can help you in any way.

Sincerely yours,

Luis Glaser
Executive Vice President
and Provost

LG:ep

Enclosure

cc:     Dean Paul K. Sugrue

REVISED
FORM # 35
3/99

DEAN'S COPY

## UNIVERSITY OF MIAMI

### <u>REGULAR TENURE TRACK APPOINTMENT</u> — <u>PROBATIONARY</u>

To: DAVIDSON-SCHMICH, Louise
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

Date: October 19, 2000

I am pleased to inform you that your salary for the period, August 15, 2000 through May 15, 2001 will be $ 50,000.

Your rank will be as   Assistant Professor
in the Department of   Political Science

> Louise Davidson-Schmich
> Volume 1 - 1/29/21
>
> **Exhibit 5**

Your appointment will be as a full-time member of the faculty on the tenure earning track. Unless this appointment is marked above as "Terminal," your probationary period is scheduled to end on May 31, 2006   with final departmental review to be initiated by November 15, 2005

This is a  one   ( 1 ) year term probationary appointment beginning  August 15, 2000 and ending  May 16, 2001

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term appointment by written notice, either by the University of the intention not to reappoint or by the faculty member of the intention not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

a.   For appointments with a term of one year; not later than March 15 during the first appointment, not later than December 15 during the second appointment, and a full year for subsequent appointments.

b.   For appointments with a term of two years; not later than December 15 of the second year of the first appointment, and a full year for subsequent appointments.

c.   For appointments with a term of three years; a full year.

Notice of Termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of the appointment paper for the following year.

**Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, and it is your responsibility to familiarize yourself with the regulations prescribed therein and in subsequent memoranda of revision.**

After you have read the terms and conditions of this appointment on the front and back of this document, please acknowledge your agreement by signing below. All copies of the appointment (except the last copy, which is for your files) must be returned to your department chair within 30 days of the date set forth above.

If you have any questions concerning this appointment, please contact your department chair or dean.

Accepted: _Louise K. Davidson-Schmich_

Date: _10/30/00_

_Luis Glaser_
Executive Vice President and Provost

PLEASE SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

CONFIDENTIAL
UM/EEOC-D. SCHMICH - 3874

FORM # 35
3/99

DEAN'S COPY

**UNIVERSITY OF MIAMI**

## REGULAR TENURE TRACK APPOINTMENT — PROBATIONARY

To: Davidson-Schmich PHD, Louise K          Date:    MAY 14, 2001

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

I am pleased to inform you that your salary for the period,   AUGUST 15, 2001    THRU
MAY 15, 2002 will be $         54,250

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 6**

Your rank will be as ASSISTANT PROFESSOR
in the Department of POLITICAL SCIENCE

Your appointment will be as a full-time member of the faculty on the tenure earning track. Unless this appointment is marked above as "Terminal," your probationary period is scheduled to end on
MAY 31, 2006        with final departmental review to be initiated by NOVEMBER 15, 2005

This is a         ONE (1) year term probationary appointment beginning         AUGUST 15, 2001
and ending         MAY 15, 2002

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term appointment by written notice, either by the University of the intention not to reappoint or by the faculty member of the intention not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

a.    For appointments with a term of one year; not later than March 15 during the first appointment, not later than December 15 during the second appointment, and a full year for subsequent appointments.

b.    For appointments with a term of two years; not later than December 15 of the second year of the first appointment, and a full year for subsequent appointments.

c.    For appointments with a term of three years; a full year.

Notice of Termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of the appointment paper for the following year.

**Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, and it is your responsibility to familiarize yourself with the regulations prescribed therein and in subsequent memoranda of revision.**

After you have read the terms and conditions of this appointment on the front and back of this document, please acknowledge your agreement by signing below. All copies of the appointment (except the last copy, which is for your files) must be returned to your department chair within 30 days of the date set forth above.

If you have any questions concerning this appointment, please contact your department chair or dean.

Accepted: _____          _____
                                                                         Executive Vice President and Provost
Date: _____ May 23, 2001

PLEASE SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

CONFIDENTIAL                                                        UM/EEOC-D. SCHMICH - 3873

DEAN'S COPY

FORM # 35
5/02

**UNIVERSITY OF MIAMI**

## REGULAR TENURE TRACK APPOINTMENT - PROBATIONARY

**To:** Davidson-Schmich PHD, Louise K.          **Date:**   MAY 20, 2002

C00-65-6171

I am pleased to inform you that your salary for the period,   AUGUST 15, 2002   THRU
MAY 15, 2003 will be $          56,149

Your rank will be as   ASSISTANT PROFESSOR
in the Department of  POLITICAL SCIENCE

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 7**

Your appointment will be as a full-time member of the faculty on the tenure earning track. Unless this appointment is marked above as "Terminal," your probationary period is scheduled to end on   MAY 31, 2006   with final departmental review to be initiated by   NOVEMBER 15, 2005

This is a   ONE ( 1 )  year term probationary appointment beginning   AUGUST 15, 2002
and ending   MAY 15, 2003

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term appointment by written notice, either by the University of the intention not to reappoint or by the faculty member of the intention not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

a.   For appointments with a term of one year; not later than March 15 during the first appointment, not later than December 15 during the second appointment, and a full year for subsequent appointments.

b.   For appointments with a term of two years; not later than December 15 of the second year of the first appointment, and a full year for subsequent appointments.

c.   For appointments with a term of three years; a full year.

Notice of Termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of the appointment paper for the following year.

**Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, and it is your responsibility to familiarize yourself with the regulations prescribed therein and in subsequent memoranda of revision.**

After you have read the terms and conditions of this appointment on the front and back of this document, please acknowledge your agreement by signing below. All copies of the appointment (except the last copy, which is for your files) must be returned to your department chair within 30 days of the date set forth above.

If you have any questions concerning this appointment, please contact your department chair or dean.

Accepted: _____          _____
Date: _____          Executive Vice President and Provost

PLEASE SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS
**CONFIDENTIAL**          **UM/EEOC-D. SCHMICH - 3872**



**UNIVERSITY OF Miami**

Louise K. Davidson-Schmich
Assistant Professor of Political Science

Dr. Paul Sugrue
Dean, School of Business
Jenkins Building
University of Miami
Coral Gables, FL 33124-4643

Re: Maternity Leave and Workload Reduction

January 2, 2003

Dear Dean Sugrue:

I am writing to let you know that my husband, Michael, and I are expecting a baby due June 10, 2003. As a result, in accordance with Section C16.6 of the *Faculty Manual*, I am applying to take parental leave. Since the baby will be born during the summer, I will need to take the eight weeks of paid maternity leave between mid-June and mid-August.

When the fall semester begins, I will be able to return to my research and advising work but am applying for workload relief in terms of teaching. After consultation with my Department Chair, Dr. June Teufel Dreyer, I am requesting two semesters of half relief. This will allow me to teach POL581 in the fall semester, a badly needed seminar in our department due to the limited number of faculty qualified to teach 500-level courses. In the spring I can teach either POL212, 381, or 391, depending on departmental need.

I understand that Section C5.5 of the *Faculty Manual* allows tenure-track faculty a one-year extension of their probationary period if they have primary responsibility for child care and that the request for such an extension must be made no later than the beginning of the fifth year of the probationary period. Since I have never had a child before, I am not sure how much child care will impinge on my research productivity. I would therefore like wait until later in my probationary period to decide, after consultation with the Chair and senior faculty in my department, whether or not to request such an extension.

I am enclosing the Parental Workload Relief and Maternity Leave paper work for you and the Vice Provost. Should you have any questions for me, please do not hesitate to contact me at 284-2143 or davidson@miami.edu.

Sincerely,

*Louise K. Davidson-Schmich*

Louise K. Davidson-Schmich

cc: Dr. June Teufel Dreyer

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 8**

# Memorandum

**To:** Dean Paul Sugrue

**CC:**

**From:** Louise K. Davidson-Schmich

**Date:** 1/3/03

**Re:** Faculty Leave of Absence Request Form

---

The attached form refers to the first eight weeks postpartum. In my case, likely the period between June 15 and August 15, 2003. I have not yet filled out the dollar amounts on the form as I am not currently sure how to calculate them. The appropriate sum would be eight weeks worth of a percentage of my 2003-4 base salary. At this time, however, I am not sure a) what my 2003-4 academic year base salary will be and b) which percentage to apply. While my initial appointment letter guarantees me 17.5% of base salary in the summer, I have received 2/9 or 22.2% of base in the past two summers. Perhaps you and/or Mark Robinson can assist me in completing this form correctly.

1

WHITE – PROVOST          CANARY –          DESIGNEE          PINK – CHAIR/DEPARTMENT          GOLD – FACULTY MEMBER

REVISED 6/99
FORM #DF-4
331212

## FACULTY LEAVE OF ABSENCE REQUEST

*INSTRUCTIONS: THIS FORM SHOULD BE FORWARDED TO THE DEAN OR DESIGNEE FOR APPROVAL. REFER TO THE REVERSE OF THIS DOCUMENT FOR PROCEDURAL GUIDELINES*

**NOTE: THE DEPARTMENT IS RESPONSIBLE FOR NOTIFYING THE BENEFITS ADMINISTRATION ON THE DAY THAT THE LEAVE ENDS. FACULTY SHOULD ENSURE THAT THIS NOTIFICATION OCCURS SINCE RESUMPTION OF BENEFITS WILL NOT TAKE PLACE UNTIL THE BENEFITS OFFICES IS PROPERLY NOTIFIED.**

NAME: Louise K. Davidson-Schmich   DATE: 1/2/3

RANK: Assistant Professor          SALARY:

DEPARTMENT: Political Science      ACCOUNT NUMBER: 168104

DATE OF HIRE: 8/15/00

LEAVE IS TO BE EFFECTIVE: 6/15/03          AND ENDING 8/15/03

IF GRANTED LEAVE, FACULTY MEMBER AGREES TO RETURN ON OR BEFORE Fall Semester 2003

THE FOLLOWING LEAVE OF ABSENCE IS REQUESTED: (APPROPRIATE DOCUMENTATION MUST BE ATTACHED).

1. _____ (115) PERSONAL
2. _____ (130) PUBLIC SERVICE/POLITICAL
3. _____ (127) INDUSTRIAL
4. _____ (113) EDUCATIONAL
5. _____ (126) MILITARY

6. FMLA (SELECT ONE)
  X  (130) BIRTH OF A CHILD MATERNITY
_____ (116) A SERIOUS HEALTH CONDITION WHICH MAKES THE FACULTY MEMBER UNABLE TO PERFORM THE FUNCTIONS OF THEIR POSITION – MEDICAL
_____ (125) FACULTY MEMBER REQUIRED TO PROVIDE CARE TO A FAMILY MEMBER WHO HAS A SERIOUS HEALTH CONDITION (FAMILY)
_____ (121) PLACEMENT OF A CHILD WITH FACULTY MEMBER FOR ADOPTION OR FOSTER CARE
_____ (135) PATERNITY

DEPARTMENT OR SCHOOL WILL PROVIDE THE FOLLOWING COMPENSATION:
ACTUAL AMOUNT OF SALARY TO BE PAID BY THE UNIVERSITY DURING THE LEAVE IS $ _____
THIS REPRESENTS _____ % OF CURRENT TOTAL COMPENSATION.

TO CONTINUE IN PAY STATUS, I WILL USE THE FOLLOWING ACCRUED TIME OFF:
*NINE MONTH FACULTY DO NOT ACCRUE VACATION TIME
_____ SICK DAYS _____ VACATION DAYS _____ FLOATING HOLIDAYS

RETIREMENT BENEFITS:          _____ YES not included No in Summer salary

HEALTH INSURANCE**:          _____ YES not included No in Summer Salary
**CONTACT BENEFITS ADMINISTRATION OFFICE FOR PAYMENT ARRANGEMENTS

LIFE INSURANCE TO BE CONTINUED DURING ABOVE PERIOD AT TWO (2) TIMES SALARY
_____ YES not included No in Summer Salary

THE DEPARTMENT OR SCHOOL HAS MADE THE FOLLOWING ARRANGEMENTS TO COVER THE FACULTY MEMBER'S TEACHING, CLINICAL AND/OR RESEARCH RESPONSIBILITIES DURING THIS ABSENCE:
one course per semester will be re-assigned to another faculty member

APPROVED: Louise K. Davidson-Schmich   FACULTY MEMBER          DATE: 1/2/03
          June Tempel Dreu   CHAIRPERSON                    1/2/03
          _____ DEAN (DESIGNEE)
          _____ VICE PROVOST

**CONFIDENTIAL**                    **UM/EEOC-D. SCHMICH - 3871**



Mark

Paul K. Sugrue
Dean

January 14, 2003

**TO:**      Louise Davidson Schmich
             Assistant Professor
             Department of Political Science

**FROM:**    Paul K. Sugrue

SUBJECT:     Your letter of January 2, 2003

Please be advised, that I am recommending approval to your request for work load
reduction (one course reduction for the Fall and Spring). However, the eight weeks of
paid leave policy applies to salary only. Since your summer research is a grant it does
not come under this provision. If you choose to accept the terms of the grant you must
conduct your research in accordance with your proposal. You may however defer the
grant for a future date.

PKS:bis

cc:   Dr. Dreyer

Office of the Dean
School of Business Administration
P.O. Box 248027
Coral Gables, Florida 33124-6520
305-284-4643
Fax: 305-284-6526

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 9**

**CONFIDENTIAL**                    **UM/EEOC-D. SCHMICH - 3853**

DEAN'S COPY

FORM # 35
5/02

**UNIVERSITY OF MIAMI**

## REGULAR TENURE TRACK APPOINTMENT - PROBATIONARY

**To:** Davidson-Schmich PHD, Louise &

C00-65-5171

**Date:** JUNE 01, 2003

I am pleased to inform you that your salary for the period,   AUGUST 15, 2003   THRU
MAY 15, 2004 will be $      58,114

Your rank will be as  ASSISTANT PROFESSOR
in the Department of POLITICAL SCIENCE

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 10**

Your appointment will be as a full-time member of the faculty on the tenure earning track. Unless this appointment is marked above as "Terminal," your probationary period is scheduled to end on
MAY 31, 2006    with final departmental review to be initiated by   NOVEMBER 15, 2005

This is a   ONE (1)  year term probationary appointment beginning   AUGUST 15, 2003
and ending     MAY 15, 2004

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term appointment by written notice, either by the University of the intention not to reappoint or by the faculty member of the intention not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

a. For appointments with a term of one year; not later than March 15 during the first appointment, not later than December 15 during the second appointment, and a full year for subsequent appointments.

b. For appointments with a term of two years; not later than December 15 of the second year of the first appointment, and a full year for subsequent appointments.

c. For appointments with a term of three years; a full year.

Notice of Termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of the appointment paper for the following year.

**Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, and it is your responsibility to familiarize yourself with the regulations prescribed therein and in subsequent memoranda of revision.**

After you have read the terms and conditions of this appointment on the front and back of this document, please acknowledge your agreement by signing below. All copies of the appointment (except the last copy, which is for your files) must be returned to your department chair within 30 days of the date set forth above.

If you have any questions concerning this appointment, please contact your department chair or dean.

Accepted:

Date:  6-11-03

Executive Vice President and Provost

**PLEASE SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**
CONFIDENTIAL                                          UM/EEOC-D. SCHMICH - 3852

DEAN'S COPY   FORM # 35
5/02

**UNIVERSITY OF MIAMI**

## REGULAR TENURE TRACK APPOINTMENT - PROBATIONARY

**To:** Davidson-Schmich PHD, Louise K.          **Date:** JUNE 01, 2004

C00-65-6171

I am pleased to inform you that your salary for the period,   AUGUST 15, 2004   THRU
MAY 15, 2005 will be $      58,936

Your rank will be as   ASSISTANT PROFESSOR
in the Department of POLITICAL SCIENCE

Your appointment will be as a full-time member of the faculty on the tenure earning track. Unless this appointment is marked above as "Terminal," your probationary period is scheduled to end on MAY 31, 2006   with final departmental review to be initiated by NOVEMBER 15, 2005

This is a   ONE ( 1 )  year term probationary appointment beginning   AUGUST 15, 2004
and ending   MAY 15, 2005

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term appointment by written notice, either by the University of the intention not to reappoint or by the faculty member of the intention not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

   a.   For appointments with a term of one year; not later than March 15 during the first appointment, not later than December 15 during the second appointment, and a full year for subsequent appointments.

   b.   For appointments with a term of two years; not later than December 15 of the second year of the first appointment, and a full year for subsequent appointments.

   c.   For appointments with a term of three years; a full year.

Notice of Termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of the appointment paper for the following year.

**Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, and it is your responsibility to familiarize yourself with the regulations prescribed therein and in subsequent memoranda of revision.**

After you have read the terms and conditions of this appointment on the front and back of this document, please acknowledge your agreement by signing below. All copies of the appointment (except the last copy, which is for your files) must be returned to your department chair within 30 days of the date set forth above.

If you have any questions concerning this appointment, please contact your department chair or dean.

Accepted:
Date:      May 14, 2004                    Executive Vice President and Provost

**PLEASE SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**
CONFIDENTIAL                                UM/EEOC-D. SCHMICH - 3849

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 11**

 **REGULAR TENURE TRACK APPOINTMENT - PROBATIONARY**      **PROVOST**



To: Davidson-Schmich PHD, Louise K     Date:     JUNE 01, 2005

     C00-65-6171

I am pleased to inform you that your salary for the period,     AUGUST 15, 2005     THRU
     MAY 15, 2006 will be $      62,051

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 12**

Your rank will be as   ASSISTANT PROFESSOR
in the Department of POLITICAL SCIENCE

Your appointment will be as a full-time member of the faculty on the tenure earning track. Unless this appointment is marked above as "Terminal," your probationary period is scheduled to end on
     MAY 31, 2007   with final departmental review to be initiated by     NOVEMBER 15, 2006

This is a     ONE ( 1 ) year term probationary appointment beginning     AUGUST 15, 2005
and ending      MAY 15, 2006

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term appointment by written notice, either by the University of the intention not to reappoint or by the faculty member of the intention not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

    a.    For appointments with a term of one year; not later than February 15 during the first appointment, not later than November 15 during the second appointment, and a full year for subsequent appointments.

    b.    For appointments with a term of two years; not later than November 15 of the second year of the first appointment, and a full year for subsequent appointments.

    c.    For appointments with a term of three years; a full year.

Notice of Termination by a faculty member shall be given six months prior to the termination of the appointment.

**Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, and it is your responsibility to familiarize yourself with the regulations prescribed therein and in subsequent memoranda of revision.**

After you have read the terms and conditions of this appointment on the front and back of this document, please acknowledge your agreement by signing below. All copies of the appointment (except the last copy, which is for your files) must be returned to your department chair within 30 days of the date set forth above.

If you have any questions concerning this appointment, please contact your department chair or dean.

Accepted: _____

Date: _____ 6--3--05       Executive Vice President and Provost



**UNIVERSITY OF**

Louise K. Davidson-Schmich
Assistant Professor of Political Science

Dr. Jonathan West, Interim Chair
Department of Political Science

June 16, 2005

Dear Dr. West:

As stated in our conversation yesterday, and pursuant to section C5.5d of the *Faculty Manual*, I am requesting a one-year extension of my probationary period because I have had primary child care responsibilities the past year since the birth of my daughter on June 12, 2003. Under such an extension, my final departmental review would be initiated by November 15, 2006 rather than November 15, 2005.

Between Klara's birth and January 2004, I stayed home to breastfeed her while my husband was employed as a Lecturer in the Department of Foreign Languages teaching four courses per semester. Beginning in January 2004, Klara entered day care on a part time basis and immediately contracted – and spread to me – a series of illnesses (colds, conjunctivitis, gastroenteritis) which kept her home from daycare and me home from work.

These responsibilities reduced the speed with which I was able to conduct my research. As this became apparent, our department entered a period of leadership transition and I was unsure to whom my request for a probationary extension should be made. I was advised by the Vice Provost for Faculty Affairs, Dr. Ullmann, to make the request of you when you assumed the role of Interim Chair. Hence I am writing to ask that you approve my request for an extension of my probationary period and forward this request to Dean Sugrue and the Provost.

Should you have any further questions, please do not hesitate to contact me. Thank you for your support.

Sincerely,

*Louise K. Davidson-Schmich*

Louise K. Davidson-Schmich

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 13**

**CONFIDENTIAL**                    **UM/EEOC-D. SCHMICH - 2945**



Office of the Provost

June 22, 2004

Dr. Louise Davidson-Schmich
Department of Political Science
314-J Jenkins Building
Locator 6534

Dear Professor Davidson-Schmich:

I hope this letter finds all well with you. This will confirm that Provost Luis Glaser has approved your request for an extension of your probationary period in accordance with the Faculty Manual, Section C5.5(d). I have made the appropriate adjustments in our database, and your final review will now begin in the Fall of 2006, with tenure due by June 1, 2007.

Please contact me at (305) 284-3386 if I may be of further assistance. Best wishes for a successful semester.

Sincerely,

Bill Tallman
Director, Faculty Affairs

c:       Dean Paul K. Sugrue, Ph.D.

Louise Davidson-Schmich
Volume 1 - 1/29/21
Exhibit 14

CONFIDENTIAL          UM/EEOC-D. SCHMICH - 2943



**UNIVERSITY OF**
# Miami

## MEMORANDUM

December 10, 2005

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 15**

**TO:**       Paul Sugure, Dean
             School of Business Administration

**FROM:**     Fred M. Frohock, Professor and Chair   *Fred Frohock*
             Department of Political Science

**SUBJECT:  Chairman's Recommendation for Louise Davidson-Schmich**

Scholarship: Professor Davidson-Schmich has a book forthcoming (now in production) with the University of Notre Dame Press (2006). She has also published articles in academic journals. One of her supporters on the committee has pointed out that at a time when high profile academic presses have substantially cut back on their academic lists (e.g., the State University of New York Press recently cut their yearly output from 200 to 150 books) or gone out of business altogether (e.g., Northwestern University Press), the fact that Davidson-Schmich could publish her book on German politics is a significant accomplishment. She also has three articles forthcoming in Democratization, Party Politics, and German Politics and Society (under submission at time of vote, now accepted). She has presented her research at national and regional conferences in the discipline. She is submitting a research grant to the Alexander-von-Humboldt Foundation to support field work for a second book. She is the recipient of UM James W. McLamore Summer Research Award (2005) and General Research Award (2005). She has book reviews forthcoming and works in progress as well. The majority of the committee judged that her research for 2005 meets/exceeds expectations.

The negative view of Davidson-Schmich is that her book was turned down earlier at a university press and that Notre Dame is not a major university press. Also, she does not have enough published articles.

Teaching: Dr. Davidson-Schmich's teaching exceeds the departmental average. She has developed the honors version of the POL 212 course. She was nominated for an excellence in teaching award in 2005. She teaches four different preparations each year. Her teaching meets/exceeds expectations. The negative view is that her teaching is no more than adequate.

Service: Dr. Davidson-Schmich is undergraduate thesis advisor for two students, served on two doctoral committees and the campus Fulbright selection committee. She is advisor to the Young Republicans on campus. She is a transfer student advisor and the library liaison person for the Department. Her service on the Department search committee this fall has been exemplary. The consensus among the positive voters is that she meets/exceeds expectations.
Committee vote on retention: Yes, 3-2

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

'06FEB15 FAC AFF CG

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 3109**



Paul K. Sugrue
Dean

**CONFIDENTIAL**

May 30, 2006

Professor Louise Davidson-Schmich
Department of Political Science
School of Business Administration

Dear Professor Davidson-Schmich:

I am pleased to inform you that your salary for the period August 15, 2006 to May 15, 2007 for your appointment as Assistant Professor on the tenure-earning track will be $65,413. You should already have received specific written feedback from your chairman regarding your research, teaching, and service activities for 2005.

Your pre-tenure (probationary) period is scheduled to end on June 1, 2007 with final departmental review for tenure to be initiated no later than November 15, 2006.

Your rights, duties, and benefits as a faculty member at the University of Miami are set forth in the current edition of the Faculty Manual, available online at http://www.miami.edu/faculty-senate/faculty-manual-current-web-version.pdf, and it is your responsibility to familiarize yourself with it.

If you have any questions regarding your appointment, please contact me.

Sincerely,

Paul K. Sugrue, Ph.D.
Dean

cc:    Dr. Thomas J. LeBlanc, Executive Vice President and Provost
       Dr. Fred Frohock, Chair

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 16**

Office of the Dean
School of Business Administration
P.O. Box 248027
Coral Gables, Florida 33124-6520
305-284-4643
Fax: 305-284-6526



Louise K. Davidson-Schmich
Assistant Professor of Political Science

Dr. Paul Sugrue
Dean, School of Business
Jenkins Building
University of Miami
Coral Gables, FL 33124-4643

Re: Maternity Leave and Workload Reduction

4 August 2006

Dear Dean Sugrue:

I am writing to let you know that my husband, Michael, and I are expecting a baby due February 1, 2007. As a result, in accordance with Section C17.7 of the *Faculty Manual*, I am applying to take parental leave. This would involve an 8 week paid maternity leave from February 1 to March 29, 2007. After consulting with my Chair, Dr. Frohock, I am also requesting a semester of workload relief from teaching duties during the spring semester 2007. My two courses will be reassigned to a different instructor. I will be able to continue my research and administrative responsibilities, including undergraduate advising and, if needed, serving on faculty search committees.

I am enclosing the Parental Workload Relief and Maternity Leave paper work for you and the Vice Provost. Should you have any questions for me, please do not hesitate to contact me at 284-2143 or davidson@miami.edu.

Sincerely,

*Louise K. Davidson-Schmich*

Louise K. Davidson-Schmich

cc. Dr. Fred Frohock

Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 17**

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

**CONFIDENTIAL**

### PARENTAL WORKLOAD RELIEF
#### FOR FACULTY OTHER THAN MEMBERS OF UMMG

**Name:** Louise K. Davidson-Schmich          **Date:** 8-4-06

**Rank:** Assistant Professor

**Department:** POL

I am hereby requesting Parental Workload Relief for the care of (name): Baby Davidson-Schmich born/adopted on
(date): due 2-1-07 for the following period:

Full Parental Workload Relief from teaching/administrative duties during the Fall ☐
Spring ☒ semester

Half Parental Workload Relief from teaching/administrative duties during the Academic Year
of _____

I certify that I have primary responsibility for the care of a newborn infant or newly adopted child.

I agree to return for one full year at the end of this period of Parental Workload Relief.

I understand that this leave request is in accordance with the policies of the Parental Leave and Workload Relief as
specified in the Faculty Manual and as stated on the reverse of this form (C16.6 of the 6/1/02 edition).

Signed _Louise K. Davidson-Schmich_ Date: 8-4-06
**Faculty Member**

**Chair/Dean:** Please indicate applicant's normal teaching load and administrative duties to be
reassigned during the requested period of Parental Workload Relief. _course will be_
_re-assigned to a lecturer / adjunct_

Signed _____ Date: 8/7/06
**Departmental/Division Chair**
Signed _____ Date: 8/10/06
**Dean (or designee)**
Signed _____ Date: _____
**Vice Provost**

6/02

CAREER ASSESSMENT
*(As per C13.5.a.iii of the Faculty Manual)*

### Louise K. Davidson-Schmich
### Department of Political Science

The overarching goal of my research to date has been to explain what motivates the actions of political elites – legislators in particular. I am especially interested in exploring the competing influences of parliamentarians' early life socialization and the incentives created by the legislative institutions in which their adult careers take place. A long research tradition in political science has studied both mass and elite political socialization, documenting individuals' resulting political attitudes and values. One implication implicit in this line of research is that political elites' attitudes will shape their political behavior, and that such attitudes are difficult to change. Other political scientists, in contrast, have focused on the explanatory power of political institutions and stress the ability that "the rules of the game" have to shape politicians' political behavior. Changes in institutional rules are believed to be able to change political elites' behavior, even in the short run. Post-unification eastern Germany provides an ideal testing ground for these theories, as post-communist politicians there inherited an established political system at odds with their socialization.

Much of my work to date has taken advantage of this unique setting to contribute to the literature on the sources of elite political behavior. Over the course of my career, I have investigated whether eastern German politicians in several different settings have acted on their attitudes and behaved in ways at odds with contemporary institutional incentives or whether they have responded to the incentives present in western German institutional structures, despite their socialization under communism. I have found that there is no single cause of elite political behavior. While political institutions can go far to overcome political socialization, they are not always entirely successful. Certain institutional incentives are more powerful than others and certain aspects of political socialization are harder to undo than others.

This research has thus far led to the publication of a book at a university press, eight peer-reviewed articles, and three book chapters; I have made fifteen conference presentations and have given two invited talks as well. I believe I have established a solid national, if not international, reputation, greatly enhanced the field's empirical understanding of German legislative behavior and offered the field a nuanced understanding of the interrelationship between political institutions and political socialization. I look forward to pursuing an active research agenda in the future. Below I discuss the evolution of my research and its positive reception in the discipline as well as my teaching and service activities at the University of Miami



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 18**

**Research on Berlin**

My dissertation examined how eastern Berlin city council members' socialization under communism impacted their day-to-day decision making in the 1990s, especially with regard to fiscal policy. The substantive chapters of my dissertation were published as two peer-reviewed articles and a chapter in an edited volume (Davidson-Schmich 2000, 2001, 2004). One article appeared in the *Journal of Legislative Studies,* the leading journal for the study of comparative (i.e., non-U.S.) legislatures. Publications in this journal have been used to calculate the global ranking of political science departments (Hix, 2004, 298). Germany's national parliament, the Bundestag, has a research department which seeks out publications of interest to scholars of, and deputies in, the Bundestag; this article is now included in their collection (Wissenschaftliche Dienste des Deutschen Bundestags, 2002). The volume to which I contributed a chapter was edited by Kay Lawson, the General Editor of the *International Political Science Review*, the flagship journal of the International Political Science Association. Other authors who contributed chapters to this volume included full professors in the US and UK.

In the summers of 1999 and 2000, I was competitively selected to attend a workshop on "The East German Transformation in Comparative Perspective" sponsored by the Social Science Research Council. This program brought together senior American and German scholars and ten promising young academics interested in post-unification Germany. As a result of contacts made at this workshop, I published an article with an economist and a sociologist about the effects of communist-era socialization on eastern Germans' current religious, economic, and political behavior (Davidson-Schmich, Hartmann, and Mummert, 2002). This article was recently mentioned in a "state of the discipline" review essay written by a full professor from a top-ranked department, who described it as an example of a "vibrant stream of work in political socialization" currently being undertaken (Sapiro, 2004, 1, 10). An earlier, German-language version, was also included in an edited volume which, came out of the workshop (Davidson-Schmich, Hartmann, and Mummert, 2001); other chapters in this volume were written by some of the most well-established political scientists in Germany.

**Research on the European Parliament**

I have also co-authored an article with my dissertation advisor, Dr. Peter Lange, about why political parties generally choose national campaign themes for European Parliament elections, rather than discussing EU-related issues (Lange and Davidson-Schmich 1995). I revisited this issue in a 2005 working paper for the University of Miami European Union Center (Davidson-Schmich 2004). This article is currently under review.

**Research on State-level Politics in Germany**

Following the completion of my dissertation, I set out to broaden it into a book by studying whether eastern German state (rather than local) legislators' socialization under communism effects their

day-to-day decision making in parliament. Because my findings at the state level were so different than those at the local level, my book contains none of the research conducted for my dissertation. It is a completely separate project conducted entirely while an Assistant Professor at the University of Miami. The book, *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization*, was published this year by the University of Notre Dame Press (Davidson-Schmich 2006a).

I chose the University of Notre Dame Press as a publisher because it has published books by a number of prominent political scientists in comparative politics and political theory (See Table 1). My book is the third to appear in the Press's Contemporary European Politics series. The previous two books were authored by Ernst B. Haas, the Robson Professor of Government at Berkeley, and Robert M. Fishman and Anthony Messina, Full and Associate Professors, respectively, at the University of Notre Dame. The book following mine in the series is by Cees van der Eijk, Professor of Political Science at the University of Nottingham and Wouter van der Brug, an Assistant Professor of political science at the University of Amsterdam.

While the book has not yet been reviewed in print, it received favorable evaluations from the two outside reviewers solicited by the Press. One reviewer wrote, "Overall, I find the author's arguments persuasive. ... I am impressed by both the quantity and the diversity of evidence presented." He concluded, "an interesting, well-researched, and well-executed study that raises significant issues about the role of elites in the process of democratization." The second reviewer maintained that the book was, "an interesting study which taught me something useful about post-unification German politics. ... it is worthwhile and original scholarship ... well deserving of publication." A third scholar, who provided marketing comments, concluded that "Davidson-Schmich's analysis is sharp."

The scholarly reception of the book's preliminary drafts has also been very positive. An early version of the book's third chapter was published as a peer-reviewed article in the *Journal of Legislative Studies* (Davidson-Schmich 2003) and subsequently reprinted in an edited volume (Davidson-Schmich 2006b). This journal, among others, is used in a study to rank political science departments globally (Hix, 2004, 298). This article has been well received by Germans who study party discipline in their country (e.g., Saalfeld, 2006); it is now included in a syllabus for a graduate seminar on party discipline taught by a leading scholar of German parliaments (Patzelt 2005/6). Other contributors to the edited volume in which this article was reprinted include an international array of leading scholars in the field of comparative legislatures. The book's fifth chapter, which deals with the politics of Germany's legalizing same-sex partnerships, was originally presented as a conference paper. This paper served as the basis for the discussion of same-sex unions in the leading American textbook on German politics (Conradt, 2005,

102-3). In addition, an article based upon data collected in the course of research for the book, but not included in the book, will appear this summer in *German Politics and Society*.

**Research on Central Europe**

While an Assistant Professor at UM, I also completed a project examining the way in which long-term cultural legacies interact with current institutional configurations to shape what political scientists call "civic community" or the presence of virtuous traits in the public such as newspaper readership, voluntary group membership, and voter turnout in elections and referenda (Davidson-Schmich 2006e). This article was published in the journal *Democratization,* which is included in the list of leading journals upon which global political science departmental rankings have been based (Hix, 2004, 297-8).

**Research on Women in German Legislatures**

More recently, I have moved away from the post-communist context and have begun work on a second book-length project that studies the ability of institutional rules to overcome socialized barriers to women's representation. A first phase of this project investigated the implementation of voluntary party gender quotas designed to increase women's representation in German legislatures (Davidson-Schmich 2006c). This article was recently published in *Party Politics*, a leading journal in the field which has a strong impact in studies used to calculate departmental rankings (Hix 2004, 298). This is the highest ranked journal in which I have published to date, and I am optimistic that the ever increasing outlets of my publications represent both my maturing as a scholar and a high level of academic interest in my current research. While this article only just appeared in print, the draft has already been cited by others (e.g., Krook 2006 (Forthcoming)).

This article found varied implementation of voluntary gender quotas across Germany, with high levels of compliance in strongly Protestant states, and weak enforcement in heavily Catholic regions. My current research involves identifying the mechanisms through which state culture influences gender quota effectiveness. Specifically, I am interested whether either state political culture or gender quotas have an influence on women's political ambition, that is, their desire to run for office. I spent the past summer at the Center for Feminist Studies at the University of Bremen in Germany, under the auspices of a grant from the German Alexander-von-Humboldt Foundation. There I developed and pre-tested a mail survey which is currently being sent to over 1000 potential candidates in both Catholic and Protestant areas of Germany. Next summer I will return to Bremen under the auspices of this grant and conduct a round of qualitative interviews with potential candidates to supplement my quantitative survey results from this summer. I will combine the two sources of data into a second book.

**Professional Recognition / Grants**

I have received outside recognition of my standing in the discipline through several channels. In 2002, I was invited to join the Executive Committee of the International Political Science Association's

Research Committee of Legislative Specialists and have served in this capacity ever since. In 2004 I was appointed the comparative politics section head for the Florida Political Science Association's Annual Meeting. This summer I was asked to contribute a chapter to a memorial volume remembering Dr. Eva Kolinsky, a British scholar known for her pioneering research on women and minorities in Germany. Over the years, I have been asked to review manuscripts for a number of journals including *Comparative Political Studies* and *Party Politics*. I have also served as a chair or discussant on ten different professional panels since I have been at the University of Miami.

I have been competitively selected to receive multiple sources of research funding, including a Post-Dissertation Fellowship from the Social Science Research Council's Berlin Program for Advanced German and European Studies. (I declined this fellowship in order to begin my position at UM.) I received a $1200 research award from the University of Miami European Union Center in 2004, the McLamore Summer Research Award in the summers of 2001, 2002, and 2005, as well as the University's General Research Support Awards in 2001 ($3790), 2003 ($1600), and 2005 ($3400). This year I was awarded three months of funding from Alexander-von-Humboldt Foundation to conduct my current research project (€7800 or $9800) in Germany. I was also awarded $1860 from the University of Miami European Union Center to cover travel and postage expenses associated with this project.

**Apparent Anomaly in my Record**

A close look at my CV reveals an apparent gap in research productivity: other than a book chapter, I had no publications in 2004 or 2005. However, this gap is attributable to delays with publishers, as is evidenced by the publication of my book, three peer-reviewed articles, and a book chapter in 2006. I submitted my original article manuscript to *Democratization* in 2003, and gave them the revised and resubmitted version in late 2004, but the article did not appear until 2006. My revised book manuscript was turned in to Notre Dame in August 2004 but the book did not appear until 2006. The *Party Politics* manuscript was submitted in 2005 and did not appear in print until the following year.

**Teaching**

While at UM, I have developed a repertoire of a six different courses. I routinely teach POL212: World Politics, one of the department's two required introductory courses. I have taught both regular and Honors versions of this course. I also led a committee made up of all POL212 instructors to choose the common textbook for the course when the department's previous textbook became outdated. When I arrived at UM I also taught POL391: Introduction to International Relations. I now teach two other courses more closely related to my research interests: POL381: European Governments and Politics and POL581: Comparative Political Economy of Post-Industrial Democracies.

I also teach POL380: Comparative Political Analysis, a research design and methods course, in which students conduct their own empirical research project, write up their results in an academic paper,

and then present their results orally to their classmates. Students have repeatedly expressed the opinion that this course was very helpful for their academic development and colleagues have often recognized graduates of my course by their high quality research papers produced for other courses. Several students have used this course as a springboard to their senior theses.

I have consistently sought to incorporate my current research interests in gender and politics into my teaching. For example, in World Politics students are introduced to the basics of electoral systems and in European Government students revisit the topic at a more specialized level. In both classes I have begun to broaden the standard treatment of electoral systems to include discussion of whether or not countries have adopted gender quotas and how this effects women's political representation. For my European politics course I have developed a simulation activity where students play the role of members of the French Socialist party who must select a limited number of candidates to appear on the ballot from a longer list of aspirants. French parties currently face a choice between including a certain percentage of women among their candidates or paying a fine. Students are assigned preferences reflecting real-life debates in French parties between those who favor a gender-balanced electoral list containing some untested candidates and those who favor traditional incumbents, even if it costs the party financially. Being forced to select candidates themselves makes what otherwise might be dry and abstract discussions of socialist parties, electoral systems, and gender quotas come alive for students.

In all of my courses at UM, I have received strong student evaluations; 95.1% of the over 400 students I have taught so far agreed or strongly agreed that they had a positive overall evaluation of me as an instructor. In 2005 I was nominated for the University's Excellence in Teaching Award. I also received a $3000 Curriculum Development Grant from the University's EU Center to update my European Politics course. I have served on three International Studies PhD candidates' dissertation committees since I have been at the University. I have also served as undergraduate Honors thesis advisor to three students who received Magna Cum Laude and was a member of four additional undergraduate Honors thesis committees. One of my former students, Daniela Donno, is now a 4th year PhD student at Yale, a top-ranked political science graduate program. I have on numerous occasions also reviewed textbooks for publishers. Furthermore, I worked with W.W. Norton to update the Instructors' Test Bank and on-line student review questions for a new edition of Karen Mingst's *Essentials of International Relations.*

Service

Finally I have performed considerable service both for the Department of Political Science and for the University. Since I arrived in the Department, there have been ten searches for junior faculty positions and one search for a senior faculty member; several of these searches were quite protracted as our Department was unable to attract a candidate who would accept a position here. I have been a

CONFIDENTIAL

member of four of the official search committees, reading all files submitted, and I attended job talks, meals, and other events related to all ten of the searches conducted.

Between 2000 and 2004 I was asked by three different Deans of the Honors Program to serve on the campus-wide committee that selects the University's nominees for the Fulbright, Rhodes, Marshall, and other prestigious scholarships. I have also served as a Transfer Student Advisor for political science since 2003 and will begin serving as a Freshman Advisor in the fall of 2006. Furthermore, despite the fact that I am a registered Democrat, I have agreed to serve as faculty advisor to the College Republicans since 2002.

I have also provided service to the broader community including conducting interviews with journalists from many Florida newspapers. I mentored a student in the Miami Museum of Science's BIOTRAC internship program and appeared in the program's promotional materials. Finally, I have served on several panels sponsored by the UM-FIU European Union (EU) Center.

**Concluding Thoughts**

I hope that the preceding information has provided a snapshot of my extensive contributions both to the discipline of political science as a whole and to the University of Miami in particular. I will conclude by noting how much I appreciate being able to have been an Assistant Professor in such a resource-rich environment. The material support I received here has been of invaluable assistance in my development as a scholar and a teacher.

UM/EEOC-D. SCHMICH - 3067

Table 1: Notre Dame Authors and their Positions

| Notre Dame Author | Position | Department | Department Rank (1-400; 1 is highest) |
|---|---|---|---|
| Stanley Hoffmann | Full Professor | Harvard | #2 |
| Michael Walzer | Full Professor | Princeton | #8 |
| Ruth Berins Collier David Collier Ernst B. Haas | Full Professors | Berkeley | #11 |
| Jean Bethke Elshtain | Full Professor | University of Chicago | #13 |
| Arlene W. Saxonhouse | Full Professor | Michigan | #27 |
| Wouter van der Brug | Assistant Professor | Amsterdam | #116 |
| Alasdair MacIntyre Scott Mainwaring Guillermo O'Donnell | Full Professors | Notre Dame | #118 |
| Cees van der Eijk | Full Professor | Nottingham | #126 |
| Louise K. Davidson - Schmich | Assistant Professor | University of Miami | #294 |

All department rankings from Hix (2004).

                                    UM/EEOC-D. SCHMICH - 3068

References

Conradt, David P. 2005. *The German Polity* 8th Edition. New York: Pearson Longman.

Davidson-Schmich, Louise K. 2006a. *Becoming Party Politicians*. Notre Dame, IN: University of Notre Dame Press.

-----. 2006b. "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" In Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures*. New York: Routledge, 88-101.

-----. 2006c. "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2: 211-232.

-----. 2006d. "The Origins of Party Discipline: Evidence from Eastern Germany" *German Politics and Society,* Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.

-----. 2006e. "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February): 95-115.

-----. 2005. "The Content of European Parliament Election Campaigns: A Framework for Analysis and Evidence from Germany in 2004." University of Miami European Union Center Jean Monnet/ Robert Schumann Working Paper Series, Vol. 5, No. 6 (April).

----. 2004. "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004: 105-128.

-----. 2003. "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9, No. 4 (Winter): 88-101.

-----. 2001. "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Vol. 7, No. 4 (Winter): 37-62.

-----. 2000. "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* Vol. 18, No. 2 (Summer): 1-29.

Davidson-Schmich, Louise K., Klaus Hartmann, and Uwe Mummert. 2002. "You Can Lead a Horse to Water but you can't (Always) Make it Drink" *Communist and Post-Communist Studies*, Vol. 35, No. 3: 325-52.

-----. 2001. "Eingikeit und Recht und die Nutzung positiver Freiheiten" ["Unity, Rights, and the Use of Positive Freedoms"] in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung* [*The Shock of Unification -- Ten Years Later: A Comparative Treatment*] Weilerswist, Germany: Velbrück Wissenschaft: 174-212.

Hix, Simon. 2004. "A Global Ranking of Political Science Departments" *Political Studies Review* Vol. 2: 293-313.

UM/EEOC-D. SCHMICH - 3069

Krook, Mona Lena. 2006. "Reforming Representation: The Diffusion of Candidate Gender Quotas Worldwide." *Politics and Gender* vol. 2, no. 3: Forthcoming.

Lange, Peter and Louise K. Davidson-Schmich. 1995. "European Elections or Elections in Europe?" *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55-91.

Patzelt, Werner J. 2005/6. Syllabus for Seminar on Party Discipline. Technical University, Dresden, Germany. (Available at http://www.bundestag.de/bic/bibliothek/akt_lit/aufsaetze/2002/aufsaetze_04_2002.pdf)

Saalfeld, Thomas. 2006. "Determinanten der Fraktionsdiziplin: Deutschland im internationalen Vergleich." *Mechanismen der Politik: Strategische Interacktionen im deutschen Regierungssystem.* Steffen Ganghof and Philip Manow, Eds. Frankfurt: Campus Verlag: 35-72.

Sapiro, Virginia. 2004. "Not Your Parent's Political Socialization: Introduction for a New Generation" *Annual Review: Political Science.* Vol. 7: 1-23.

Wissenschaftliche Dienste des Deutschen Bundestags. 2002. *Neue Aufsätze in der Bibliothek.* Vol. 41, No. 4.



**Thomas J. LeBlanc, Ph.D.**
Executive Vice President and Provost

February 19, 2007

Professor Louise Davidson-Schmich
Department of Political Science
School of Business Administration

Dear Professor Davidson-Schmich:

I am very pleased to inform you that the Executive Committee of the Board of Trustees has granted you promotion to Associate Professor with the award of tenure effective June 1, 2007. This award reflects the high esteem in which you are held and our desire to have you as a continuing member of the faculty.

Please accept my sincere congratulations.

Sincerely yours,

Tom

Thomas J. LeBlanc, Ph.D.
Executive Vice President
and Provost

TJL:bt

cc:     Dean Paul K. Sugrue, Ph.D.
        Dr. Fred M. Frohock

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 19**



UNIVERSITY OF
**Miami**

Paul K. Sugrue
Dean

**CONFIDENTIAL**

April 24, 2007

Professor Louise Davidson-Schmich
Department of Political Science
School of Business Administration

Dear Professor Davidson-Schmich:

Congratulation on your recent award of tenure and promotion to Associate Professor!
I am pleased to inform you that your salary for the period August 15, 2007 to May 15,
2008 for your appointment as Associate Professor will be $72,504. You should already
have received specific written feedback from your chairman regarding your research,
teaching, and service activities for 2006.

Your rights, duties, and benefits as a faculty member at the University of Miami are set
forth in the current edition of the Faculty Manual, available online at
http://www.miami.edu/faculty-senate/faculty-manual-current-web-version.pdf, and it is
your responsibility to familiarize yourself with it.

If you have any questions regarding your appointment, please contact me.

Sincerely,

Paul K. Sugrue, Ph.D.
Dean

cc:    Dr. Thomas J. LeBlanc, Executive Vice President and Provost
       Dr. Fred Frohock, Chair

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 20**

Office of the Dean
School of Business Administration
P.O. Box 248027
Coral Gables, Florida 33124-6520
305-284-4643
Fax: 305-284-6526

**CONFIDENTIAL**                    **UM/EEOC-D. SCHMICH - 2865**

## Tallman, William R

**From:** Tallman, William R
**Sent:** Thursday, September 20, 2007 9:41 AM
**To:** 'Davidson, Louise'; Frohock, Fred
**Subject:** RE: sabbatical eligibility

Yes you would be eligible then. Please let me know what other questions you have, thanks!

Bill

### Bill Tallman

Director, Faculty Affairs
 and Assistant to the Vice Provost
University of Miami
1252 Memorial Drive, 249 Ashe Building
Coral Gables, Florida 33146-4608
Phone: (305) 284-3386
Fax: (305) 284-1565
Email: btall@miami.edu
Web: www.miami.edu/faculty_affairs

**From:** Davidson, Louise [mailto:ldavids@exchange.sba.miami.edu]
**Sent:** Wednesday, September 19, 2007 9:12 PM
**To:** Tallman, William R; Frohock, Fred
**Subject:** sabbatical eligibility

Dear Bill,
I am writing to ask about the University's policies re: sabbaticals. I began working at UM as an Assistant Professor in the fall of 2000. As you know, I took parental leave twice. In the 2003-4 academic year I took two semesters with a 1/2 workload reduction (teaching 1:1 instead of 2:2). In the spring of 2007 I took one semester of parental leave with a full workload reduction (0 courses). Hence by the end of this academic year I will have worked 13 full semesters (Fall 2000, Spring 01, Fall 01, Spring 02, Fall 02, Spring 03, Fall 04, Spring 05, Fall 05, Spring 06, Fall 06, Fall 07, Spring 08) and 2 semesters at 1/2 a load (Fall 03 and Spring 04), for a total of 14 semesters. I am now a tenured Associate Professor. Will this make me eligible for a sabbatical in the fall of 2008?
Thanks for clarifying this for me.
Best,
Louise

Louise K. Davidson-Schmich, Ph.D.
Associate Professor of Political Science
University of Miami
Box 248047
Coral Gables, FL 33124-6534
Tel: + 1.305.284.2143
Fax: + 1.305.284.3636
davidson@miami.edu
http://moya.bus.miami.edu/~ldavidson-schmi/



Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 21**

UNIVERSITY OF MIAMI
REQUEST FOR SECONDARY APPOINTMENT

DEC 2007
ARTS AND
SCIENCES

Date: 12 December 2007

ASSOCIATE PROFESSOR

Name of Candidate: Dr. Louise K. Davidson-Schmich   Current Rank: Assistant Professor

Contribution to Department:

Expert on political science methodology survey research and modeling

**Secondary Approval at (School/College):   Department of International Studies**

Department Chair: Dr. Bruce Bagley

Dean: Dr. Michael Halleran
College of Arts and Sciences

**Primary Department Approval:**

Department Chair: Dr. Fred Frohock

Dean: Dr. Barbara E. Kahn
School of Business Administration

Other Approvals:

Vice Provost for Faculty Affairs and University Administration:

David J. Birnbach

Instructions: The School/Department requesting the secondary appointment should complete this form, and attach a copy of the candidate's curriculum vitae. The completed packet should be routed to obtain the approval of the respective Deans and Chairs, and then sent to the Office of Faculty Affairs, 249 Ashe Building, Coral Gables Campus, Locator Code: 4608

If this appointment is to be terminated, please forward appropriate notification to the Dean of the primary School/College, and the Office of Faculty Affairs.



Louise Davidson-Schmich
Volume 1 - 1/29/21

**Exhibit 22**

Revised January 2006

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 2933



UNIVERSITY OF

Office of the Provost

January 16, 2008

Louise K. Davidson-Schmich, Ph.D.
Department of Political Science
School of Business Administration

Dear Professor Davidson-Schmich:

At the request of the Chair of the Department of International Studies, and with the approval of the Chair of the Department of Political Science, the Dean of the College of Arts and Sciences, and the Dean of the School of Business Administration, I am pleased to endorse your affiliation as Associate Professor of International Studies on a secondary appointment basis.

Your primary appointment will remain in the Department of Political Science.

Sincerely,

David J. Birnbach, M.D., M.P.H.
Vice Provost for Faculty Affairs

DJB:bt

c:      Dr. Michael R. Halleran, Dean, College of Arts and Sciences
        Dr. Barbara E. Kahn, Dean, School of Business Administration
        Dr. Bruce Bagley, Chair, Department of International Studies
        Dr. Fred Frohock, Chair, Department of Political Science

P.O. Box 248033
Coral Gables, Florida 33124-4628
305-284-3356
Fax: 305-284-6758

Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 23**

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 3829**



**Office of the Dean**
*College of Arts and Sciences*

## MEMORANDUM

TO:        Dr. Louise K. Davidson-Schmich
           Political Science

FROM:      Michael R. Halleran
           Dean

DATE:      February 12, 2008

SUBJECT:   **Sabbatical Leave Request**

---

I am pleased to inform you that your request for a sabbatical leave for the 2008-09 academic year has been approved by the Provost's Office.

I wish you a productive and refreshing period of scholarly activity. Please remember to send me a report of your activities within three months of your return from sabbatical.

pc:    Fred Frohock, Chair
       Department of Political Science



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 24**

College of Arts and Sciences • P.O. Box 248004 • Coral Gables, Florida 33124-4620
Phone: 305-284-4117 • Fax: 305-284-5637
E-mail: arts.sciences.dean@miami.edu
Web: www.as.miami.edu

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 3962**



Louise Davidson-Schmich                                     May 1, 2008
Associate Professor
Department of Political Science
College of Arts and Sciences

Dear Louise,

I am pleased to inform you that your academic (fiscal) year salary for 2008-09 will be $78,183.

As Director of Undergraduate Studies in the Political Science Department you also receive a one course per year teaching load reduction.

During the summer faculty on a nine-month contract are permitted to receive up to three month's base salary for administration, teaching and/or from grants contracts. However, payments for base salary must reflect the actual percent effort spent on related projects. For example, you should not pay yourself for full-time effort from sponsored accounts if vacation time away from campus will prevent you from fulfilling your obligations under the terms of the grants covering your salary during any given period.

Best wishes for an enjoyable and productive summer

Sincerely,

Fred

Fred Frohock

Chair, Department of Political Science
PO Box 248047
University of Miami, Coral Gables, FL 33124-6534
phones: office: (305) 284-8362, 284-1533; home: (305) 661-1341; cell: (315) 882-2982
ffrohock@exchange.sba.miami.edu
ffrohock@maxwell.syr.edu

pc:     Thomas J. LeBlanc, Executive Vice President and Provost
        Michael R. Halleran, Dean

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

**Louise Davidson-Schmich**
**Volume 1 - 1/29/21**
**Exhibit 25**

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

### Summary of Activities for 2008 Calendar Year

### Tenured and Tenure-Track Faculty

Name: Louise K. Davidson-Schmich    Dept: POL        Date: 15 January 2009

**The information on this form should reflect only activities occurring between January 1 and December 31, 2008, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

**A. Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate, indicate multiple authors and precedence of authorship where appropriate):

1. Publications (books, refereed articles, book chapters, abstracts, book reviews, , etc.):

Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

"Alone Amongst Men", *Humboldt Kosmos*, Vol. 92. (Non-peer reviewed article in a publication for grantees of the Alexander von Humboldt Foundation)

2. Exhibitions/shows/plays:

NA

3. Other creative or scholarly activities **in progress**, with anticipated timeline:

Book manuscript *Who Runs for Office? Candidate Supply, Institutional Demand, and Political Ambition in Germany.* Introduction, Chapter 1, Chapter 2 completed in Fall 2008; Chapters 3-5 currently in progress; these chapters and conclusion to be completed in Spring semester 2009.

Edited Volume *Gender and Governance: The Case of Angela Merkel*: Lined up contributors and completed draft introductory chapter in Fall 2008; draft chapters from contributors and my introduction and conclusion chapters to be completed by September 2009. Currently in negotiations with *German Politics* to have the volume published as a special issue of the journal and reprinted as a book with Taylor & Francis.

Article "The Content of European Parliament Election Campaigns" (currently in Revise & Resubmit status) being revised to include data from this spring's EP election campaigns; revised manuscript to be resubmitted by September 2009.



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 26**

**CONFIDENTIAL**

Name:  Louise K. Davidson-Schmich                                   2008 Calendar Year

Tenured and Tenure-Track Faculty Summary of Activities

## A.  Research, Scholarly, or Creative Activities (continued)

4. Funded research (agency, dates of award, amount):

Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, for field research in Germany, June and July 2008 (€ 5400 = $ 7,100)

Awarded £1100 from the International Association for the Study of German Politics to hold a workshop at the University of Miami in May 2009 on Angela Merkel's Chancellorship.

5. Grant proposals submitted:

Applied to the Alexander von Humboldt Foundation for $3500 to hold a workshop at the University of Miami in May 2009 on Angela Merkel's Chancellorship

## B.  Editorial responsibilities, grant and manuscript reviews, etc.:

Editorial board member *German Politics and Society*

Reviewed all manuscripts for a special issue of *German Politics & Society* on the state of German political parties on the eve of the 2009 federal election

Appointed Chair of 2008 Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the German Studies Association by a Social Scientist within Five Years of the Doctorate

Reviewed articles for *Politics & Gender* and *Politics & Policy*

Reviewed comparative politics textbook for Longman

## C.  Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):

Conferences

"Gender Quotas and Political Ambition: Evidence from Germany" Midwest Political Science Association Annual Conference, Chicago, April 3-6, 2008.

"Women in the Executive Branch: What Difference does Gender Make and How do We Know?" Paper presented at the 32nd Annual Conference of the German Studies Association, 2-5 October 2008, St. Paul, MN.

"New Nationalisms in Germanophone Countries: Realities, Representations, and Responses" Panel Discussant, at the 32nd Annual Conference of the German Studies Association, 2-5 October 2008, St. Paul, MN.

"Women Friendly Democracies and the Canadian Model" Panel Discussant; "Gender Quotas and Political Ambition: Evidence from Germany" Poster Session; American Political Science Association Annual Meeting, Boston, MA, 31 August 2008. Participation declined due to lack of travel funds.

IPSA Research Committee of Legislative Specialists, Conference in Dresden, Germany on the Evolution of Parliaments, paper proposal accepted but participation declined due to lack of travel funds.

CONFIDENTIAL                          UM/EEOC-D. SCHMICH - 4025

Name: ___Louise K. Davidson-Schmich_____ 2008 Calendar Year

Tenured and Tenure-Track Faculty Summary of Activities

#### Invited Talks

25 February 2008: "Germany's Same-Sex Partnership Law", University of Miami School of Law seminar LAW652: Introduction to German Law.

22 June 2008: "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given to the state of Bremen's Christian Democratic Women's Union executive board

7 July 2008: "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany

9 July 2008: "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk repeated to the Bremen North branch of the Christian Democratic Women's Union

#### Conference Organizing

Currently organizing a conference on Angela Merkel's Chancellorship, to be held at the University of Miami in May 2009

#### Other Professional Activity

Served as Humboldtian on Campus (with David Abraham, Law School): Campus representative of the Alexander von Humboldt Foundation

Page 3 of 6

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 4026**

Name:   Louise K. Davidson-Schmich

2008 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

**D. Teaching:**

**Note:   If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction.  (Examples: Spring 08, 1 course, research release, salary paid by grant; Fall 08, 2 courses, sabbatical leave).**

1.   Courses taught:
a. Spring '08

| Course # | Section | Crs | Title | Enrollment | Student Eval (Y/N). |
|---|---|---|---|---|---|
| POL380 | O | 3 | Comparative Political Analysis | 33 | Non-weighted mean = 4.3 |
| | | | 1 course reduction: Served as Director of Undergraduate Studies | | |

b. Fall '08
Course #

| | | | | | |
|---|---|---|---|---|---|
| | | | 2 course reduction: sabbatical | | |

c. Summer '08
Course #

| | | | | | |
|---|---|---|---|---|---|
| | | | None; conducted field research | | |

d.   Preparation for Summer '09

Developed a new faculty-led study abroad program in Germany for the summer 2009

**E.  Advising and Mentoring:**
1. Advising Activities:
a. Freshmen: <u>All</u> POL Majors          Upperclassmen: <u>All</u> transfer & study abroad POL majors
b. Special program participation--describe, i.e. See below under service

CONFIDENTIAL                                          UM/EEOC-D. SCHMICH - 4027

Name: ___Louise K. Davidson-Schmich_____          2008 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

## E. Advising (continued):

2. Graduate Student Supervision (name, degree sought; use an * to indicate Chair of thesis or dissertation committee):

None

3. Faculty Mentoring:

- Informally helped junior faculty prepare reappointment review materials
- Attended departmental workshops and gave faculty feedback on their ongoing research
- Met monthly with Professors Blofield and Klofstad to read and discuss their book manuscripts in progress


## F. Service:
1. Department, College, and University committees:

- Elected to College Council (spring)
- Curriculum Committee (spring)
- Advisor College Republicans (spring)
- Appointed to the University of Miami Women's and Gender Studies Advisory Committee
- POL (spring) and INS (while on sabbatical) faculty search committees
- POL/INS merger taskforce member (while on sabbatical)
- Tenure committee member for Frohock and Giuliano (while on sabbatical)
- Faculty Marshall, December 2008 graduation (while on sabbatical)
- Nominated to serve on Graduate Council (declined nomination)


2. Administrative responsibilities:

Director of Undergraduate Studies, Department of Political Science. This entailed:

- Developed this new position and wrote 20 page manual on how to do it for my sabbatical replacement
- Advised all POL freshmen majors, transfer students, and students studying abroad
- Scheduled Summer 2008 and Fall 2008 classes and rooms
- Sent weekly e-mails to students about on-campus events and administrative deadlines
- Updated the long-neglected undergraduate curriculum; sent dozens of course changes/ updates to Curriculum Committee; significantly updated the POL Bulletin entry
- Worked with Greg Koger to create a new departmental website listing all information relevant to undergraduate majors
- Worked with faculty to update Honors requirements and subfield designations for the undergraduate major
- Worked with Office of First Year Student Advising and American politics faculty to create a new freshman-majors-only section of POL211
- Worked with the Business School to plan future instructional needs as we phase out the POL major in SBA; worked with INS to move toward large lecture sections of POL212
- Worked with Greg Koger to re-activate campus chapter of Pi Sigma Alpha (poli sci honors society)
- Selected departmental nominee for Honors convocation
- Attended annual Majors Fair as representative of POL major
- Did all May 2008 graduation approvals for POL majors
- Met with prospective freshmen and their families
- Served as ombudsperson mediating between faculty and disgruntled students/parents

Page 5 of 6

Name:   Louise K. Davidson-Schmich                                    2008 Calendar Year
                                                      Tenured and Tenure-Track Faculty Summary of Activities

3. Community service:

Gave media interviews to:
      *Miami: The University of Miami Magazine*
      German *Die Norddeutsche* and *Das BLV Wochenzeitung*
      Slovakian *Daily Pravda*
      Swedish television

**G.  Honors and Awards:**

None

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 4029**



UNIVERSITY OF
**Miami**

Louise Davidson-Schmich                                    July 20, 2009
Associate Professor
Department of Political Science
College of Arts and Sciences

Dear Louise,

This is to communicate what must be a self-evident truth by now: that a salary freeze across the University has prohibited any increment to last year's salaries. Thus your academic (fiscal) year salary for 2009-10 will be the same as last year: $78,183.

As Director of Undergraduate Studies in the Political Science Department you also receive a one course per year teaching load reduction.

During the summer faculty on a nine-month contract are permitted to receive up to three month's base salary for administration, teaching and/or from grants contracts. However, payments for base salary must reflect the actual percent effort spent on related projects. For example, you should not pay yourself for full-time effort from sponsored accounts if vacation time away from campus will prevent you from fulfilling your obligations under the terms of the grants covering your salary during any given period.

I hope you are having an enjoyable and productive summer.

Sincerely,

Fred
Fred Frohock

Chair, Department of Political Science
PO Box 248047
University of Miami, Coral Gables, FL 33124-6534
phones: office: (305) 284-8362, 284-1533; home: (305) 661-1341; cell: (315) 882-2982
f.frohock@miami.edu
ffrohock@maxwell.syr.edu

pc:    Thomas J. LeBlanc, Executive Vice President and Provost
       Michael R. Halleran, Dean

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 27**

DAVIDSON-SCHMICH_00290

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

**Summary of Activities for 2009 Calendar Year**

<u>**Tenured and Tenure-Track Faculty**</u>

Name: Louise K. Davidson-Schmich    Dept: POL          Date: January 2010

**The information on this form should reflect only activities occurring between January 1 and December 31, 2009, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

A. **Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate, indicate multiple authors and precedence of authorship where appropriate)**:**

1. **Publications** (books, refereed articles, book chapters, abstracts, book reviews, , etc.):

   • "Gender Quota Compliance in the 2009 Bundestag Election" article <u>forthcoming</u> in *German Politics and Society*.

   • Review of Kristie Macrakis' *Seduced by Secrets: Inside the Stasi's Spy-Tech World*. <u>Published</u> in the *German Studies Review* 32/2 (2009): pp. 35-6.

2. **Exhibitions/shows/plays**: NA

3. **Other creative or scholarly activities** <u>in progress</u>**, with anticipated timeline**:

   • Issue Editor and Author of introductory article for a Special Issue of *German Politics* on Gender and Intersectionality: The Case of Angela Merkel. Manuscript complete and entire volume will be submitted for peer <u>review</u> January 25, 2010. Special issue <u>to appear in 2011</u>.

   • "When do parties ask women to run for elective office? Evidence from Germany" <u>Under Review:</u> *Journal of Politics*

   • "The Content of 2009 European Parliament Election Campaigns" <u>Revise and Resubmit</u> *Journal of Common Market Studies* with Eloisa Vladescu (graduate student in INS). To be resubmitted spring 2010.

   • Monograph *Gender Quotas and Women's Political Participation: Evidence from Germany* <u>to be submitted</u> for peer review, summer 2010.



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 28**

**CONFIDENTIAL**                              **UM/EEOC-D. SCHMICH - 4017**

Name:   Davidson-Schmich                                                    2009 Calendar Year
                                                         Tenured and Tenure-Track Faculty Summary of Activities

## A. Research, Scholarly, or Creative Activities (continued)

4. **Funded research** (agency, dates of award, amount):

- $3317 from the Alexander von Humboldt Foundation
- $2010 from the International Association for the Study of German Politics
- $150 from UM's Women's and Gender Studies Program
- TOTAL: $5477

Money used to organize a conference on "Gender and Governance: The Case of Angela Merkel" held at UM from 8-10 May 2009. Conference attended by 9 invited scholars from Germany and the United States as well as many local participants from the UM and FIU Departments of Political Science and International Studies as well as the UM Law School.\

- £600 from the German Academic Exchange Service (DAAD)/ International Association for the Study of German Politics to participate in an international delegation observing the 2009 German Federal Election
- $1200 from the College of Arts & Sciences International Travel fund to supplement the DAAD award

5. **Grant proposals submitted**:

Proposals which yielded the above funding.

## B. Editorial responsibilities, grant and manuscript reviews, etc.:

- Editorial Board, *German Politics and Society;* reviewed all articles for their Summer 2009 Special Issue on "The German Parties on the Eve of the 2009 Election"

- Grant Reviewer, American Academy in Berlin

- Manuscript Reviewer: *American Political Science Review, Journal of Legislative Studies, European Journal of Political Research*

CONFIDENTIAL                          UM/EEOC-D. SCHMICH - 4018

Name:   Davidson-Schmich                                                      2009 Calendar Year
                                                                              Tenured and Tenure-Track Faculty Summary of Activities

## C.  Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):

**Professional Service**

- Prize Committee Chair for the German Studies Association's SDAW/GSA Prize for the Best Conference Paper given by a Social Scientist at the 2008 GSA conference.

- Session Coordinator for the Political Science section of the 2010 German Studies Association Annual Meeting

- Nominated for German Studies Association Executive Board (election to be held in spring 2010)

- Re-elected to the Executive Committee of the International Political Science Association's Research Committee of Legislative Specialists

**Conference Participation**

- Paper presented at the 2009 Annual Meeting of the Midwest Political Science Association: "Do gender quotas make a difference for who gets asked to run for elective office? Evidence from Germany"

- Convener and Discussant at the Gender and Governance: The Case of Angela Merkel Conference, University of Miami 8-9 May 2009: "

- Paper presented at the 2009 Annual Meeting of the American Political Science Association: "Who wants to run for office from which party? Political Party Gender Quotas and Political Ambition in Germany"

- Discussant at the 2009 Annual Meeting of the American Political Science Association

- Paper Presented at the 2009 Annual Meeting of the German Studies Association "When do parties ask women to run for elective office? Evidence from Germany"

- Selected to attend the International Association for the Study of German Politics Election trip to observe the 2009 German federal election; 22 – 29 September 2009.

**Invited Talk**

- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center

CONFIDENTIAL                                                      UM/EEOC-D. SCHMICH - 4019

Name: __Davidson-Schmich_____          2009 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

## D. Teaching:

*Note:   If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction.  (Examples:  Spring 09, 1 course, research release, salary paid by grant; Fall 09, 2 courses, sabbatical leave).*

1.  Courses taught:

a. **Spring '09** – DID NOT TEACH – ON SABBATICAL

**b.   Fall '09**

| Course # | Section | Crs | Title | Enrollment | (Y/N). |
|----------|---------|-----|-------|------------|--------|
| POL202 | P | 3 | Intro to Comparative Politics | 52 | 4.6 * |
| POL581 | O | 3 | Comparative Political Economy | 14 | 3.6 * |

*Mean for the question "My overall evaluation of the Instructor is Positive"

**c. Summer '09**

Course #

| Course # | Section | Crs | Title | Enrollment | (Y/N). |
|----------|---------|-----|-------|------------|--------|
| POL382 | 98 | 3 | German Politics and Government | 6 | 5.0* |

*This figure based on the fact that 100% of students agreed or strongly agreed with the statement "My overall evaluation of the instructor is positive". Study abroad does not give a more specific breakdown.

I developed a Summer Study Abroad course in conjunction with the Study Abroad Office. This course took place in July 2009 at the University of Mannheim in Germany. In addition to developing an entirely new course (POL382), I led students on excursions to Heidelberg, Stuttgart, Karlsruhe, Berlin, and Strasbourg, France. I was solely responsible for the logistics of the program. I organized the student and faculty housing at the University of Mannheim and I arranged nine different tours including a visit to the German *Bundestag* (federal parliament), the Baden-Württemberg *Landtag* (state parliament), the European Parliament, the German Federal Court, a Mercedes Factory, the German History Museum, and tours of Mannheim, Heidelberg, and Berlin. I spent considerable time while on sabbatical promoting the program in order to generate enough enrollment in these financially-difficult times. This program will continue under the auspices of Dr. Marcia Beck in the summer of 2010. I helped her with her planning as well.

Page 4 of 6

CONFIDENTIAL          UM/EEOC-D. SCHMICH - 4020

Name:   Davidson-Schmich _____

2009 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

**E. Advising and Mentoring:**

1. **Advising Activities**:

- Freshmen Advisees: **43 students**
- Transfer Advisees: **20 students**
- Upperclassmen: **All POL majors who study abroad or transfer courses to UM** plus ones who voluntarily seek me out for routine advising or who have complaints about the POL major
- Students seeking admission to UM: Routinely receive telephone calls from students seeking admission to UM as poli sci majors referred to me by the admissions office
- Supervised Study Abroad Program in Mannheim Germany

2. **Graduate Student Supervision**

None

3. **Faculty Mentoring**:

- Made classroom visits to Drs. Blofield and Parent
- Provide all new faculty and instructors with teaching resources
- Organized end-of-semester faculty lunch to talk about teaching

**F. Service:**

1. **Department, College, and University committees**:

- POL/INS merger committee member (while on sabbatical!)
- Tenure Committee member (Blofield and Koger); Reappointment committee member for other junior faculty in POL
- Arts & Sciences Curriculum Committee member
- Arts & Sciences College Council member
- University of Miami Women's and Gender Studies Advisory Committee

Page 5 of 6

UM/EEOC-D. SCHMICH - 4021

Name:  Davidson-Schmich _____

2009 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

### 2. **Administrative responsibilities**:

- Director of Undergraduate Studies, Political Science
  - Advisor to over 60 POL majors
  - Schedule all POL courses
  - Approve study abroad and transfer credits for POL
  - Approve all POL graduates; determined eligibility for graduation with Honors in POL
  - Sent weekly e-mails to POL majors with announcements relevant to the major
  - Spearheaded creation of POL-related career fliers to provide information to majors
  - Provide information about the major to students seeking admission to UM
  - Meet with concerned parents of POL majors
  - Organized coverage of POL201S when instructor broke her back; wrote and graded midterm and final exam for this class

### 3. **Community service**:

  - UM Canterbury Preschool, Board of Directors
  - St. Mark's Lutheran Church, German Worship Committee member

### G. **Honors and Awards:**
None

**CONFIDENTIAL**                                   **UM/EEOC-D. SCHMICH - 4022**



May 17, 2010

Louise Davidson-Schmich
Associate Professor
Department of Political Science
College of Arts and Sciences

Dear Louise,

I wish that we had more to work with but in one of the leaner years I can remember the merit pool this year is very small by any standard. Your salary for the 2010-11 academic year will be $79,981.

I hope that your summer is both productive and restful.

Best Regards,

Fred Frohock

Fred Frohock
Professor and Chair, Department of Political Science
University of Miami, Coral Gables, FL 33124-6534Phones: office: (305) 284-8362, 284-1533;
Home: (305) 661-1341;
Cell: (315) 882-2982
f.frohock@miami.edu
ffrohock@maxwell.syr.edu

Louise Davidson-Schmich
Volume 1 - 1/29/21

Exhibit 30

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

DAVIDSON-SCHMICH_00292

## UNIVERSITY OF MIAMI
## COLLEGE OF ARTS AND SCIENCES

### Summary of Activities for 2010 Calendar Year

### <u>Tenured and Tenure-Track Faculty</u>

Name: Louise K. Davidson-Schmich     Dept: POL          Date: 24 January 2011

**The information on this form should reflect only activities occurring between January 1 and December 31, 2010, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

A. **Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

  1. Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

  ■ Most significant project: Since last year's review I completed editing a special issue of *German Politics* on "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel."

  ■ My research goal for next year is to finally finish four articles/ book chapters currently in progress on the effects of gender quotas on German women's political careers. One focuses on quotas & party membership, one on quotas & political ambition, one on quotas & the likelihood of being asked to run for elective office, and the final on quotas & the likelihood of winning elective office. In order to achieve this goal I will need to devote less time to administrative matters, scaling back my extensive service to the department; this is necessary if I am ever to be promoted to Full Professor.

  2. Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

     a. <u>Refereed</u>

        1) Published:

"Gender Quota Compliance and Contagion in the 2009 Bundestag Election" *German Politics and Society.* Volume 28, Issue 93, No. 3 (Fall 2010): 133-155.

   Reprinted in: Between *Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System.* Edited by Eric Langenbacher. New York: Berghahn Books. 2010. Chapter 8.



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 31**

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 4008**

Name: _____ Louise K. Davidson-Schmich _____             2010 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

        2) In press:

"Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Introduction to a Special Issue that I edited, Vol. 20, Issue 3: Fall 2011.

"Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" *Zeitschrift für Parlamentsfragen.* 1/2011. With Isabelle Kürschner.

        3) Submitted:

"Political Parties and European Parliament Election Campaign Content" with Eloisa Vladescu (graduate student in INS). Under review at *Comparative European Politics*.

        b. Unrefereed, published or in press

"Political Parties and European Parliament Election Campaign Content" with Eloisa Vladescu, forthcoming in the *Proceedings of the PIREDEU Final User Conference*, edited by Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug, and Cees van der Eijk, European University Institute, February 2011.

        3. Exhibitions/shows/plays:

NA

        4. Other creative or scholarly activities **in progress**, with anticipated timeline:

Monograph: *Gender Quotas and Women's Political Participation: Evidence from Germany* . Goal is to finish in 2011.

Conference Paper: Gender, Intersectionality, and the Executive Branch: Case Studies from Western Europe. To be presented in June 2011.

**CONFIDENTIAL**             **UM/EEOC-D. SCHMICH - 4009**

Name: _____ Louise K. Davidson-Schmich _____                  2010 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

5. Funded research (agency, dates of award, amount):

     a. Proposals funded

None

     b. Proposals submitted (indicate either pending or declined with further comment as needed)

Provost's Research Award (did not receive)

**B. Editorial responsibilities, grant and manuscript reviews, etc.:**

- Session Coordinator for Political Science section of the 2010 German Studies Association Annual Meeting

- Elected to the Executive Board of the German Studies Association

- Elected North American Secretary of the International Association for the Study of German Politics

- Re-elected to the Executive Board of the Research Committee of Legislative Specialists

- Editorial Board, *German Politics and Society*

**C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):**

1. Invited conferences or presentations:

- "Gender, Politics, and Political Leadership in the European Union" – Lecture at the Osher Lifelong Learning Institute, April 9, 2010

- "Gender and Political Leadership in Comparative Perspective" – Lecture to the Miami Rotary Club, June 3, 2010

- "Civil Military Relations in Germany" – Lecture to Brad McGuinn's POL599 class, Fall 2010

Page 3 of 7

**CONFIDENTIAL**                      **UM/EEOC-D. SCHMICH - 4010**

Name: _____ Louise K. Davidson-Schmich _____

2010 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

- "When do Women Win? Gender Quotas and Women's Electoral Success in Germany" Paper Presented at the 34th Annual meeting of the German Studies Association, October 7-10, 2010, Oakland, CA.

3. Other meetings/conferences attended:

None

4. Invited lectures/seminars at other Universities:

None

**D. Teaching:**

**Note: If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction. (Examples: Spring 10, 1 course, research release, salary paid by grant; Fall 10, 2 courses, sabbatical leave).**

Courses taught:

a. Spring '10

| Course # | Section | Crs | Title | Enrollment | Student Eval (Y/N) | If "Y", enter mean score eval Q # 1 | Q #3 |
|---|---|---|---|---|---|---|---|
| POL | 381 | 3 | European Politics & Goverment | 36 | Y | 4.4 | 4.6 |
| | | | Course reduction for freshman advising | | | | |

b. Fall '10

| Course # | Section | Crs | Title | Enrollment | Student Eval (Y/N) | If "Y", enter mean score eval Q # 1 | Q #3 |
|---|---|---|---|---|---|---|---|
| POL202 | P | 3 | Introduction to Comparative Politics | 100 | Y | 4.1 | 4.4 |
| POL344 | S | 3 | Gender & Politics | 15 | Y | 4.1* | 4.6* |
| INS344 | S | 3 | " | 4 | Y | | |
| WGS344 | S | 3 | " | 5 | Y | | |
| | | | *Evaluations are average across the 3 co-listed sections | | | | |

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 4011**

Name:      Louise K. Davidson-Schmich

2010 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

c. Summer '10

| Course # | Section | Crs | Title | Enrollment | Student Eval ( Y/N) | If "Y", enter mean score eval Q # 1 | Q #3 |
|---|---|---|---|---|---|---|---|
| POL202 | E | 3 | Introduction to Comparative Politics | 11 | N | NA | NA |

## E. Advising and Mentoring:

1. Undergraduate Advising Activities:

- Freshmen & Transfer Students: #63 advisees in Spring 2010

- Upperclassmen: # 9 regular advisees (Fall 2010) + special cases (see below)

b. Special program participation--describe, i.e.

- Developed a new course, POL/INS/WGS344: Gender & Politics, with Merike Blofield. Co-taught two sections in fall 2010.

## E. Advising and Mentoring (continued):

2. Graduate Student Supervision (name, degree sought; use an * to indicate Chair of thesis or dissertation committee):

- None, but did supervise two TAs in Fall 2010

3. Post-Doc and/or Faculty Mentoring:

- External Tenure Review for Dr. Farida Jalalzai, University of Missouri St. Louis

- Annual faculty review committee of untenured POL faculty (Drs. Mann, Parent, and Uscinski) and tenure review committee for Dr. Casey Klofstad

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 4012

Name:        Louise K. Davidson-Schmich                                  2010 Calendar Year
                                                                Tenured and Tenure-Track Faculty Summary of Activities

## F.  Service:

### 1. **Department, College, and University committees**:

- Co-Chair POL/INS Search Committee for External Chair

- Elected to College Council

- College of Arts & Sciences Curriculum Committee member

- UM Women's and Gender Studies Program Advisory Committee

- Campus Fulbright Committee

### 2. **Administrative responsibilities**:

Director of Undergraduate Studies, Political Science

- Schedule all undergraduate courses and publicize them

- Organize and publicize  "Pizza, Professors, and Political Science Careers" series for majors

- Approve students to graduate

- Determine who graduates with Departmental Honors

- Update Bulletin and Website content

- Work with Art Simon, Undergraduate Advisor, on weekly e-newsletter, determining transfer credits, course equivalencies for study abroad, ROTC progress toward degree forms, and other miscellaneous advising issues. (Did this alone in Spring 2010)

- Meet with prospective students and parents, attended Admission Office events as representative of department

- Serve as ombudsperson for student and parent complaints

### 3. **Community service**:

- Vice President, UM Canterbury Preschool Board

- Member, German Worship Committee, St. Mark's Lutheran Church

- Parent Volunteer, Sunset Elementary

- Member, Citizens Allied for Safe Energy (CASE)

CONFIDENTIAL                                              UM/EEOC-D. SCHMICH - 4013

Name: _____Louise K. Davidson-Schmich_____

2010 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

**G. Honors and Awards:**

- Nominated, Apple Polishing Award, Association of Greek Letter Organization Faculty Mentoring/ Teaching Award

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 4014

## Davidson-Schmich, Louise

**From:**      Frohock, Fred
**Sent:**       Tuesday, May 17, 2011 2:52 PM
**To:**         Davidson-Schmich, Louise
**Subject:**    salary

May 17, 2011

Dear Louise,
Please forgive the brevity of this note but I am starting to get requests for immediate news
about salaries.  So, in the interests of a timely distribution of the news, and in what may
be the briefest missive of the year, I am informing you that your salary for the next
academic year will be $84,000.
Fred

Fred Frohock
Professor and Chair
Department of Political Science
PO Box 248047
University of Miami
Coral Gables, FL 33124-6534
phones: office: (305) 284-2401; home: (305) 661-1341; cell: (315) 882-2982
f.frohock@miami.edu



1

DAVIDSON-SCHMICH_00294

Davidson - Schmich



May 17, 2011

Dear Louise,

Please forgive the brevity of this note but I am starting to get requests for immediate news about salaries. So, in the interests of a timely distribution of the news, and in what may be the briefest missive of the year, I am informing you that your salary for the next academic year will be $84,000.

Fred

Fred Frohock
Professor and Chair
Department of Political Science
PO Box 248047
University of Miami
Coral Gables, FL 33124-6534
phones: office: (305) 284-2401; home: (305) 661-1341; cell: (315) 882-2982
f.frohock@miami.edu

Department of Political Science
P.O. Box 248047
Coral Gables, Florida 33124-6534
305-284-2401
Fax 305-284-3636

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3827

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

Summary of Activities for 2011 Calendar Year

Tenured and Tenure-Track Faculty

Name: Louise K. Davidson-Schmich       Dept: POL                Date: 4 January 2012

The information on this form should reflect only activities occurring between January 1 and December 31, 2011, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary.  Please do not write on back of page.  Please attach a copy of your vita to put these activities in perspective.

A.  Research, Scholarly, or Creative Activities (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

   1. Describe your current research area and future research goals. If you prefer, indicate your most   significant publication or research project since last year's review and explain its significance:

> My research goal for next year is to finish three book chapters currently in progress on the effects of gender quotas on German women's political careers. One focuses on quotas & political ambition, one on quotas & the likelihood of being asked to run for elective office, and the final on quotas & the likelihood of winning elective office.
>
> I am also organizing an edited volume currently titled "Intersectionality and the Descriptive and Substantive Representation of 'Women' in German Politics". I have contributors lined up and an interested publisher. I plan to write an introductory chapter this spring and charge participants with writing their chapters over the summer and fall.

   2. Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

     a. Refereed

       1) Published:

> Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011). Issue includes two single-authored articles:
>
> > "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*, Vol. 20, No. 3 (September 2011): 325-41.
> >
> > "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.
>
> "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011: 25 - 34.



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 34**

Name: _____ Louise K. Davidson-Schmich _____
2011 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

**A.  Research, Scholarly, or Creative Activities (continued)**

**2) In press:**

"Political Parties and European Parliament Election Campaign Content"(with Eloisa Vladescu )in *An Audit ofDemocracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; EUDO E-Book, Florence.

**3) Submitted:**

"Gender Quotas and Political Recruitment in Comparative Perspective;" proposal to the editors of *Politics and Gender* for a contribution to the journal's upcoming critical perspectives symposium on gender quotas and comparative politics.

**b. Unrefereed, published or in press**

Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

**3. Exhibitions/shows/plays:**

**a. Juried/refereed**

- NA

**b. Non-juried/refereed**

- NA

**4. Other creative or scholarly activities in progress, with anticipated timeline:**

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", will submit to *Politics and Gender*, late January 2012.

- *Gender Quotas and Women's Political Participation: Evidence from Germany.* Monograph in progress, goal is to finish by the end of 2012.

- "Introduction" to Wolfgang Bornsen's English-language guide to the German Bundestag; invited contribution, to be published late 2012.

- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the 20[th] Anniversary of Unification" for *The German Studies Review*, to be submitted 1 February 2012.

**CONFIDENTIAL**                                                 UM/EEOC-D. SCHMICH - 3990

Name: ___Louise K. Davidson-Schmich_____
2011 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

5. Funded research (agency, dates of award, amount):

    a. <u>Proposals funded</u>

- NA

    b. <u>Proposals submitted (indicate either pending or declined with further comment as needed)</u>

- Provost's summer research award: declined.

B. Editorial responsibilities, grant and manuscript reviews, etc.:

- Invited to join the editorial board of *German Politics* this year
- Editorial Board member: *German Politics and Society*
- Executive Board of the German Studies Association
- North American Secretary of the International Association for the Study of German Politics; responsible for creating the Association's Spring and Fall 2011 newsletters
- Executive Board of the Research Committee of Legislative Specialists
- Reviewed manuscripts for *American Political Science Review, Comparative Social Research, German Politics, Governance, Politics & Gender* (2 manuscripts)

C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):

1. Invited conferences or presentations:

- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by the National Science Foundation, 12. May 2011.

- "German Civil – Military Relations" talk to Brad McGuinn's POL599: Civil Military Relations class, October 2011.

- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.

2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.

**CONFIDENTIAL**          **UM/EEOC-D. SCHMICH - 3991**

- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

3. **Other meetings/conferences attended:**

- NA

4. **Invited lectures/seminars at other Universities:**

- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to [...] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict

- See also C1. above

### D. Teaching:

Courses taught:

1. **Spring '11**

| Course # | Section | Credits | Title | Enrollment | Evals | Overall Mean | Q 1[1] | Q3[2] |
|----------|---------|---------|-------|------------|-------|--------------|--------|-------|
| POL202 | O | 3 | Introduction to Comparative Politics | 97 | Y | Not provided | 4.2 | 4.4 |
| POL581 | P | 3 | Comparative Political Economy | 15 | Y | Not provided | 4.7 | 4.9 |

2. **Fall '11**

| Course # | Section | Credits | Title | Enrollment | Evals | Overall Mean | Q 1[1] | Q3[4] |
|----------|---------|---------|-------|------------|-------|--------------|--------|-------|
| POL202 | O | 3 | Introduction to Comparative Politics | 93 | Y | 4.3 | 4.2 | 4.0 |
| POL381 | P | 3 | Western European Politics | 35 | Y | 4.5 | 4.5 | 4.4 |

3. **Summer '11**

| Course # | Section | Credits | Title | Enrollment | Evals | Overall Mean | Q 1[3] | Q3[4] |
|----------|---------|---------|-------|------------|-------|--------------|--------|-------|
| POL202 | B | 3 | Introduction to Comparative Politics | 12 | Y | 4.9 | 4.7 | 4.2 |

### E. Advising and Mentoring:

---

[1] My overall evaluation of the instructor is positive.
[2] The instructor presents course material effectively.
[3] This course has been a valuable learning experience
[4] The grading methods are fair and appropriate.

Name: <u>Louise K. Davidson-Schmich</u>
2011 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

**1. Undergraduate Advising Activities:**

a. Freshmen: # 0          Upperclassmen: # 27

b. See below under "Service"

**2. Graduate Student Supervision** (name, degree sought; use an * to indicate Chair of thesis or dissertation committee):

- Wrote Fulbright grant letter of recommendation for Ms. Beverly Barrett, INS Graduate Student
- Served as reference to the Foreign Service for Mr. Ali Bustamante , INS Graduate Student
- Supervised Teaching Assistants in POL202 during Spring and Fall semesters

**3. Post-Doc and/or Faculty Mentoring:**

- Served on faculty evaluation committee for untenured faculty members
- Wrote grant recommendation letters for Drs. Farida Jalalzai and Joyce M. Mushaben, University of Missouri-St. Louis

F.   **Service:**

**1. Department, College, and University committees:**

- Co-Chair POL/INS External Chair Search Committee
- College of Arts & Sciences Curriculum Committee
- Faculty review committee for untenured faculty members

**2. Administrative responsibilities:**

- Director of Undergraduate Studies, Department of Political Science

  - Scheduled all undergraduate courses and publicize them

  - Approved students to graduate

  - Determined who graduates with Departmental Honors

  - Updated Bulletin and Website content

  - Worked with Art Simon, Undergraduate Advisor, on weekly e-newsletter, determining transfer credits, course equivalencies for study abroad, ROTC progress toward degree forms, and other miscellaneous advising issues

  - Served as ombudsperson for student and parent complaints

CONFIDENTIAL          UM/EEOC-D. SCHMICH - 3993

Name: ____Louise K. Davidson-Schmich_____
2011 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

- SACS Coordinator, Political Science BA Program
    - Worked with faculty to develop departmental mission, learning objectives, and measures
    - Worked with faculty committee to develop and administer rubric to assess written and oral communications skills
    - Worked with faculty committee to develop quiz for incoming and outgoing majors
    - Coordinated assessment of departmental research assistants
    - Developed and conducted annual survey of political science majors
    - Wrote interim reports for SACS

- Women's and Gender Studies Steering Committee

**3. Community service:**

Vice President, UM Canterbury Preschool Board of Directors; helped lead search for a professional firm to lead the school after the Executive Director abruptly resigned in winter 2011

**4. Scholarly consulting activity on civic or public projects, or in public education initiatives:**

Participant in Facebook group on Electoral Gender Quotas

**G. Honors and Awards:**

- Bestowed with Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development.

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3994

### LOUISE K. DAVIDSON-SCHMICH
CURRICULUM VITAE

ASSOCIATE PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
BOX 248047
CORAL GABLES, FL 33124-6534
(305) 284-2143
DAVIDSON@MIAMI.EDU

1.      Date: January 2012

## HIGHER EDUCATION

2.      Duke University, PhD, 1999
Duke University, MA, 1995
Brown University, BA, 1990

## EXPERIENCE

3.      University of Miami, Associate Professor, June 2007 – Present
   - Secondary Appointment: Associate Professor of International Studies 2008 - Present
4.      University of Miami, Assistant Professor, August 2000 – May 2007

## PUBLICATIONS

### 5.      BOOK / EDITED COLLECTION

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

   Reviewed
   *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
   *German Politics* (Vol. 16, No. 1, March 2007)
   *German Politics and Society* (Vol. 25, No. 1 Spring 2007)

- Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Forthcoming, Volume 20, Number 3 (September 2011).

### 6.      REFEREED ARTICLES

- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.
- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.
- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.

REFEREED ARTICLES, CONT.

- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155
  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.
- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.
- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society*, Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.
- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.
- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.
- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.
  - Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures*. New York: Routledge, pp. 88-101.
- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.
  - An earlier, German-language version appeared as "Einigkeit und Recht und die Nutzung positiver Freiheiten" ["Unity, Rights, and the Use of Positive Freedoms"] with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung* [*The Shock of Unification -- Ten Years Later: A Comparative Treatment*] Velbrück Wissenschaft, 2001.
- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Winter 2001, Vol. 7, No. 4: pp. 37-62.
- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer.
- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1.

## 7. BOOK CHAPTERS, BOOK REVIEWS, AND OTHER WORKS

- "Political Parties and European Parliament Election Campaign Content"(with Eloisa Vladescu )in *An Audit ofDemocracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; EUDO E-Book, Florence. Forthcoming.
- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004.
- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

## 7. BOOK CHAPTERS, BOOK REVIEWS, AND OTHER WORKS, CONT.

- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.
- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).
- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).
- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).
- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den … Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.
- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics.* March 2004 (Vol. 2/ No. 1).
- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).
- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.
- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

## 8. WORK UNDER REVIEW / IN PROGRESS

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", article in progress.
- *Gender Quotas and Women's Political Participation: Evidence from Germany*, Monograph in progress.

<u>**PROFESSIONAL**</u>

**9. FUNDED RESEARCH**

- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800 = $ 10,920)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

**10. EDITORIAL RESPONSIBILITIES:**

*German Politics*, Editorial Board
*German Politics and Society*, Editorial Board

**11. PROFESSIONAL AND HONORARY ORGANIZATIONS**

- German Studies Association Executive Board (2010 - Present)
- North American Secretary, International Association for the Study of German Politics (2011 - Present)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- Member, American Political Science Association
- Member, German Studies Association
- Member, Midwest Political Science Association

## 12. HONORS AND AWARDS

- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

## 12. POST-DOCTORAL FELLOWSHIPS

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

## 13. OTHER PROFESSIONAL ACTIVITIES

- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.
- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, European Journal of Political Research, Comparative Political Studies, Party Politics, Democratization, Politics & Gender, Journal of Legislative Studies, Politics & Policy*

## INVITED TALKS

- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to […] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict
- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by the National Science Foundation, 12. May 2011.
- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.
- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club
- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL

- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center
- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008
- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.
- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.
- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.
- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.
- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.
- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

## CONFERENCE PARTICIPATION

American Political Science Association

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.
- "Who Wants to Run for Office from Which Party? Political Party Gender Quotas and Political Ambition in Germany", 5 September 2009, Toronto.
- " Symbolic and Substantive Representation of Women : New Approaches", Panel Discussant, 6 September 2009, Toronto.
- "Gender and Political Ambition Revisited: What Questions does American Politics Research Raise for Western Europeanists," 31 Aug – Sept 3, 2006, Philadelphia, PA.
- "Why Women Run and Don't Run for Parliamentary Office: Evidence from Two German Länder" Poster Session, 1-4 September 2005, Washington, DC,.
- "The European Union and the Politics of Gender" Panel Discussant, 1-4 September 2005, Washington, DC,.
- "The Effectiveness of Voluntary Gender Quotas: Evidence from the German Länder 1990-2000." Paper, 2-5 September, 2004, Chicago, IL.
- "The Politics of Gender in Post-Communist Societies," Panel discussant, 2-5 September 2004, Chicago, IL.
- "Germany's Same-Sex-Partnership Law: Elite Political Tolerance and Political Institutions in Post-Communist Eastern Europe." Paper, 29 August - 1 September 2002, Boston, MA.
- "Post-Communist Political Elites: The Case of Eastern German Parliamentarians Ten Years After Unification" Poster, 30 Aug. - 2 Sept. 2001, San Francisco.
- "Strategic Dilemmas of Successful Opposition Parties," Paper, 31 August 2000, Washington DC.

                    UM/EEOC-D. SCHMICH - 4000

<u>American Political Science Association, cont.</u>

- "Toeing the Line: Party Discipline in Eastern and Western Berlin Party Caucuses," Paper, September 2-5, 1999, Atlanta, GA.
- "Political Elites in Consolidating Democracies: Patterns of Change and Conflict," Panel Chair, September 2-5, 1999, Atlanta, GA.
- "Making Do with Less: Budget Cut-Backs in Eastern and Western Berlin 1995-1998," Poster, September 3-6, 1998, Boston, MA.

<u>Europe & European Union-Related Conferences</u>

- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl
- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl
- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.
- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 - 18 April 2010.
- "Catholicism, Protestantism and Women's Political Representation: Evidence from Germany" Paper Presented at the Fifteenth International Conference of the Council for European Studies, March 29 – April 2, 2006, Chicago.
- Chair, "Background, Context, and Identity" Panel at the Conference on European Enlargement, Miami European Union Center, April 22, 2005.
- "European Parliament Elections or Elections in Europe Revisited: German Parties and the 2004 EP Elections." Paper presented at the Biennial Conference of the European Union Studies Association, 31 March – 2 April 2005, Austin, TX.
- Chair, "Treaty or Constitution" Panel at Conference on The European Union Constitution and the Future of Europe, Miami European Union Center, April 15-17, 2004.
- "Political Parties, Interest Aggregation, and Distributive Policy in Post-Wall Berlin" Paper presented at the Workshop on "From Aggregation to Diffusion? Political Parties in an Individualistic Society" on the first day of the meetings of the European Consortium for Political Research in Copenhagen,14-19 April 2000.
- "Searching for Social Capital in Post-Wall Berlin," paper presented at the Twelfth Annual Conference of Europeanists, Chicago, March 2000.
- "Policy Outcomes in Identical Formal and Varied Informal Institutional Contexts," paper presented at the 11[th] Annual Conference of Europeanists, Baltimore, Beb. 26 – Mar. 1, 1998.

Regional Meetings

- "Electoral Systems and Political Ambition: Evidence from the German Länder", Midwest Political Science Association Annual Conference,  3 April 2009.
- "Increasing Women's Representation: Proposals, Practices, and Impacts" Panel Discussant, Midwest Political Science Association Annual Conference, Chicago, 2 April 2009.
- "Gender Quotas and Political Ambition: Evidence from Germany" Midwest Political Science Association Annual Conference, Chicago, April 3-6, 2008.
- Discussant, "Structural Determinations of Women's Representation", Midwest Political Science Association Annual Conference, Chicago, April 20-23, 2006.
- Panel Chair, "European Parties and Partisan Dynamics" Midwest Political Science Association Annual Conference, Chicago, April 20-23, 2006.
- Chair and Discussant, "Coming to Democratization in Asia" Panel, Midwest Political Science Association Annual Conference, Chicago, April 3-6, 2003.
- "Voluntary Gender Quotas and Women's Representation: Evidence from the German State Legislatures." Paper presented at the 2002 Conference of the Southern Political Science Association, 7-9 November, Savannah, GA.
- "Searching for Civic Community in Post-Wall Germany" Paper presented at the Seventy Third Annual Meeting of the Southern Political Science Association, 7-10 November 2001, Atlanta, GA.
- "Universalism and Distributive Decision-Making in New Democracies" Poster Presented at the 59th Annual Meeting of the Midwest Political Science Association, Chicago, 19-22 April 2001.
- Chair/ Discussant, Panel on "Democratization in East Central Europe," 59[th] Annual Meeting of the Midwest Political Science Association, Chicago, 19-22 April 2001.

German Studies Association

- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.
- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.
- "When do parties ask women to run for elective office? Evidence from Germany," Paper, October 2009, Washington, DC.
- "Women in the Executive Branch: What Difference does Gender Make and How do We Know?" Paper, 2-5 October 2008, St. Paul, MN.
- "New Nationalisms in Germanophone Countries: Realities, Representations, and Responses" Panel Discussant, 2-5 October 2008, St. Paul, MN.
- "Why Women Run (and Don't Run) for Parliamentary Office: Cross-Cultural Evidence from the German Länder." Paper, 30 September – 2 August, 2005. Milwaukee, WI.
- "From Perpetual Opposition to Government." Paper, 6-10 October, 2004. Washington, DC.
- "What Gender are MdL: Explaining why Parties did (or did not) Adhere to Voluntary Gender Quotas" Paper, September 18-21, 2003, New Orleans.
- "Parties, Interest Groups, and Elites in Germany's *Landtage*" Paper, 4-7 October. 2001, Arlington, VA.

Other Conferences and Professional Development

- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.
- Attended the International Association for the Study of German Politics 2009 Election Trip to observe Bundestag elections, September 2009.
- "Die Entzauberung der PDS: The PDS as a Land level Opposition, Toleration, and Coalition Party 1990-2002" presented at a conference on Die Transformationsprozesse in den neuen Bundesländern" sponsored by the Goethe Institute and the Centre for East German Studies, London, 24-5 April, 2004.
- Discussant, "Central and Eastern Europe" Panel at Conference on Exporting Congress: The Influence of the US Congress of World Legislatures, 6-7 December 2002, Florida International University, Miami, FL.
- "The Development of Parliamentary Parties in an Eastern German State Legislature: 1990-2000" Paper Presented at the International Political Science Association's Research Committee of Legislative Specialists Conference on "Political Parties, Parliamentary Committees, Parliamentary Leadership and Governance," Bilgi University, Istanbul, Turkey, June 23-26, 2002.
- "Diverse Timing: Economic, Political, and Religious Institutional Change in Eastern Germany after 1989," with K. Hartmann and U. Mummert, paper presented at the Social Science Research Council Young Scholars' Summer Institute: German Unification in Comparative Perspective, Annapolis, MD, 22 July – 4 August 2000.
- SSRC German/American Young Scholars' Summer Institute; The East German Transformation in Comparative Perspective, University of Erfurt, Germany and St. John's College, Annapolis, MD, Summers 1999/2000
- "The PDS in Power: Some Observations from Berlin," paper presented at The Federal Republic at Fifty, Alexander von Humboldt Foundation Annual Meeting of Bundeskanzler Scholars, Washington, DC, 23-24 April, 1999.
- "Cutting Back: The Influence of Institutional Structures on the Implementation of Budget Cuts in Berlin," paper presented at the Northeastern Political Science Association Annual Meeting, Philadelphia, November 13-15, 1997.
- "A Tale of Two Cities: Local Administration in Contemporary Eastern and Western Berlin," paper presented at the Graduate Student Conference on "German Reunification Five Years Later: An Interdisciplinary Perspective," Georgetown Center for German and European Studies, November 11-12, 1995.
- "European Elections or Elections in Europe?" paper presented to the Duke-University of North Carolina, Chapel Hill European Studies Group, February 13, 1995.
- "Explaining Bundesbank Behavior in the 1992-3 ERM Crises," paper presented at the 12th Annual Graduate Student Conference, Institute on Western Europe, Columbia University, March 30-31, 1995.
- Workshop on G.D.R. History ; Center for European Studies, Harvard University, April 2-4, 1993.

UM/EEOC-D. SCHMICH - 4003

<u>TEACHING</u>

**14. TEACHING AWARD**

- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

**15. TEACHING SPECIALIZATION**

- POL202<u>: Introduction to Comparative Politics</u> (Formerly POL212) (Spring 2001, 2002, 2003, 2004, 2005, 2006; Fall 2009; Summer 2010, Fall 2010, Spring, Summer and Fall 2011)

- POL344 (also INS344 and WGS344) <u>Gender and Politics</u> New Course developed with Merike Blofield, Fall 2010.

- POL380: <u>Comparative Political Analysis</u> (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)

- POL381: <u>European Government and Politics</u> (Spring 2003, 2005, 2006, 2010; Fall 2007; Spring 2010; Fall 2011)

- POL382: <u>German Politics and Society</u> (Summer 2009)

- POL391: <u>Introduction To International Relations</u> (Spring 2001, Spring 2002)

- POL533/ 581: <u>Comparative Political Economy of Post-Industrial Democracies</u> *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011.

**16. THESIS AND DISSERTATION COMMITTEES**

PhD Dissertation Committees:
    Beatriz Danguillecourt
    Roberto Dominguez
    Markus Thiel

Honors Undergraduate Theses
    Sarah Thompson (Chair)
    Ahmed Rigo (Committee Member)
    Julia Wyda (Committee Member)
    Cherine Smith (Committee Member)
    Jennifer Bonde (Committee Member)
    Nessa Manten (Chair)
    Victor Munoz (Chair)
    Patti Mazzai (Committee Member)
    Ifdy Perez (Committee Member)
    Paul Bagley (Committee Member)

For-Credit Internships (POL520)
    Sarah Canale
    Paul Bagley
    Alyssa Cundari

Directed Readings (POL599)
    Antoinette Ragland
    Kyle Fontaine

**17: OTHER TEACHING-RELATED ACTIVITIES**

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

## SERVICE

**18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE**

- University Curriculum Committee (2007 - )
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-Present
- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 - Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010
- Elected to College Council (2008 - 2011)
- Member, INS-POL merger committee (2008-9)
- Search Committee Member for searches that hired: Giuliano, Moore, Drope, and Blofield in addition to failed searches of 2007/8; attended job talks, lunches, and other activities related to 6 other searches (Bishin, Barr, Mann, Scherer, Smith, Klofstaad/ Smirnov, Senior American); INS Search Committee Member (Fall 2007 and Fall 2008)
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates), 2000-2004; 2006 – Present; helped publicize these scholarships with former Dean Danny Webb
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

**19. COMMUNITY ACTIVITIES**

- Board of Directors, UM Canterbury Preschool (2009 – Present; Vice President, 2010 – Present)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007; German Worship Committee 2009 – 2010)
- Member, German International Parents Association, Miami-Dade County Public Schools
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Interviews with the *Christian Science Monitor, Miami Herald, Orlando Sentinel, Diario las Americas,* and various European media outlets

## Davidson-Schmich, Louise K.

| | |
|---|---|
| **From:** | West, Jonathan P. |
| **Sent:** | Monday, May 14, 2012 9:29 AM |
| **To:** | Davidson-Schmich, Louise K. |
| **Cc:** | Salemi, Pamela Ann |
| **Subject:** | FW: Faculty Salary for 2012-2013 |
| **Attachments:** | POL Productivity 2011.docx; Louise Davidson-Schmich annual Review 2012.docx |

Dear Louise:

We have received the authorization to notify faculty of approved salaries for next year. Your 9-month salary for the 2012-2013 year is $90,000.

The chairs were allowed to recommend salary increases from a 2.67% merit pool using criteria related to research, teaching and service. The 1% market pool for faculty along with the 0.33% from the faculty merit allowed the CAS to address promotions, counteroffers, 49 cases of inexplicable compression and/or inversion, and 39 cases of extraordinary performance.

A copy of my summary chair evaluation, sent to you a few months ago, is attached together with an overall summary of selected performance measures for the POL tenure/tenure track faculty for the 2011 year. If you wish to discuss the salary, summary evaluation or departmental performance summary, please drop by the office. Thanks for your good work for the Department. Best wishes for a restful and productive summer.

Jonathan



Louise Davidson-Schmich
Volume 1 - 1/29/21
**Exhibit 35**

1

Louise Davidson-Schmich is an associate professor of Political Science who has been at UM since 2000.  I will summarize her annual performance in research, teaching and service.

In research, Louise published a co-authored article in *Zeitschrift fur Purlaments/ragen*, a German journal, edited a special issue of *German Politics*, which included two single-authored articles, and has a co-authored paper in press in *An Audit of Democracy in the European Union* (EUDO E-Book, Florence*)*. She has also submitted a proposal to the editors of *Politics and* Gender journal to contribute to a symposium on gender quotas and comparative politics.  She published an unrefereed book review in *German Politics and Society*.  Her work in progress includes a paper to be submitted to *Politics and Gener*, a monograph scheduled for completion in 2012 titled, *Gender Quotas and Women's Political Participation*, a book review for *The German Studies Review*, and an "Introduction" to a publication on the German Bundestag.  She is an invited member of the editorial board of *German Politics* and a member of the editorial board of *German Politics and Society* and executive board member of the German Studies Association.  She is also the North American Secretary of the International Association for the Study of German Politics, and an executive board member of the Research Committee of Legislative Specialists.  She presented her work (two papers)  at an NSF sponsored workshop at Washington University, St. Louis.  She also presented papers at the annual conference of Europeanists and the American Political Science Association as well as the4 German Studies Association meeting (plus commentator role).  She was invited to be the keynote speaker at a conference on Women in Politics at the University of Ljubljana, Slovenia, but declined due to a scheduling conflict.

With regard to teaching, Professor Davidson-Schmich taught two courses in the Spring 2011 semester, POL 202 with 97 students and POL 582 with 15 students. In POL 202 her Q1 score was 4.2, Q3 4.4; in the POL 582 course her Q1 score was 4.7 and Q3 was 4.9.  In the Fall she taught POL 202 to 93 students (Q10=4.3; Q6=4.6) and POL 381 to 35 students (Q10=4.6; Q6=4.5. She taught POL 202 again in Summer to a dozen students (Q10=3.5; Q6=4.5).  She advised 27 upperclassmen.  She served as a reference of an INS graduate student applying for a Fulbright grant and another INS student applying for the foreign service.  She supervise teaching assistants in both Fall and Spring semesters.  She served on the faculty evaluation committee for untenured faculty members and wrote grant recommendation letters for faculty members at another institution.  Her teaching is solid.

 Regarding service, Louise was co-chair of the POL/INS external chair search committee.  She served on the CAS Curriculum Committee.  As director of undergraduate studies she schedule undergraduate classes, approved students for graduation, determine those receiving departmental honors, updated the bulletin and website, coordinated with the undergraduate advisor, and served as ombudsperson for student and parent complaints.  She is the department's SACs coordinator; she is Vice President of UM Canterbury Preschool Board of Directors; she received a Prestigious Award and Fellowship Distinguished service Award for extraordinary commitment to scholar development.  Her service record is outstanding.

DAVIDSON-SCHMICH_00298

**Gonzalez Miranda, Nadieska**

| | |
|---|---|
| **From:** | Lewis, Jennifer Clare |
| **Sent:** | Tuesday, October 23, 2012 2:08 PM |
| **To:** | Davidson-Schmich, Louise K. |
| **Cc:** | Bachas, Leonidas G; Pals, Daniel L.; Pertierra, Magali; Ratcliff, Susan M; West, Jonathan P. |
| **Subject:** | Career Enhancement Initiative - Award Notice |

Dear Louise,

On behalf of the College, I am pleased to report that Dean Bachas has awarded you a two-course teaching load reduction for this coming Spring semester to work on your manuscript. Please work with your department chair to facilitate coverage of your course reduction. In addition, please be reminded of the deadline for the manuscript submission of December 2013.

Best regards,
Jennifer

*Jennifer Lewis, Ph.D.*
Assistant Dean of Strategic Initiatives
College of Arts & Sciences
Phone: 305-284-5218
Email: j.lewis3@miami.edu



Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 36**

1

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

**Summary of Activities for 2012 Calendar Year**

**Tenured and Tenure-Track Faculty**

Name: Louise K. Davidson-Schmich          Dept: POL          Date: 1-7-13

**The information on this form should reflect only activities occurring between January 1 and December 31, 2012, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

A. **Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

   1. **Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:**

For the spring semester 2013 I was awarded a College of Arts & Sciences Career Enhancement Award to complete my single-authored book manuscript *Gender Quotas & Women's Political Careers: Evidence from Germany*. Since last year's review I drafted two substantive chapters for this monograph: "Gender Quotas & Women's Candidacies" and "Gender Quotas & Political Ambition." I presented the former chapter at the German Studies Association Meeting in October 2012 and will present a third chapter I am currently working on ("Gender Quotas & Party Gatekeepers") at the Midwest Political Science Association meeting this coming April. By June 2013 the manuscript will be complete.

This year I also received a $2500 SEEDS You Choose Award – and matching funds from the Department of Political Science and the Women's & Gender Studies Program -- to host a workshop at UM in November 2012. This meeting laid the groundwork for an edited volume tentatively entitled *Gendering Marginalized Interests: Intersectionality and Public Policy-Making in Germany*. I met with four contributors to the volume over the course of three days to draft an outline of the project. I have organized a mini-symposium at the Council for European Studies Annual Conference in Amsterdam this June where contributors to this edited volume – including myself -- will present first drafts of their respective chapters. I received a College of Arts & Sciences International Travel award to attend this conference.

---

2. **Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):**

   a. Refereed/ Invited: In press:

"Introduction" to *A Model with Small Imperfections: Representatives Between Ideal and Reality* by Wolfgang Börnsen, MdB. Berlin: Deutscher Bundestag. Equal co-author, Sarah Wiliarty. We were invited to introduce this guide to the role of Members of the German Bundestag, an English-language publication of the German Bundestag (German equivalent of Congress).

& Politics to 26 students (Q10=4.9; Q6=4.9. She taught POL 202 again in Summer to a dozen students (Q10=3.5; Q6=4.5) and WGS 334, Gender & Politics to 1 student (no evaluation). The mean score for all POL faculty was 4.4 and 4.2 for Q10 and Q6 and the mean scores were the same (4.4 and 4.2) on each of these questions for all CAS faculty. She advised 35 upperclassmen. She supervised INS Graduate Student Teaching Assistants in POL 202 in Spring, helped INS graduate students prepare for ISA Conference presentations, and spoke to INS graduate students about her research. She chaired the ad hoc faculty committee reviewing candidacy of Joe Uscinski for promotion and tenure.

### Evaluation of Service Activities including advising:

Regarding service, Louise was co-chair of the pro POL/INS working group, served on the program committee of the Women & Gender Studies program, was a member of the CAS Curriculum Committee and the CAS Committee to revise Writing Credit Requirements. As director of undergraduate studies she scheduled undergraduate classes, approved students for graduation, determined those receiving departmental honors, updated the bulletin and website, coordinated with the undergraduate advisor, served as ombudsperson for student and parent complaints, and created cognates for department and assessed cognates for CAS Curriculum Committee. She is the department's SACs coordinator with specific duties spelled out in her activity report; she is Vice President of UM Canterbury Preschool Board of Directors; is PTA Member and School Volunteer, and Church volunteer. She participates in a Facebook group on electoral quotas. She received a CAS Career Enhancement Award for Spring 2013 leave to complete her book. Her service record is outstanding.

Name: _____ Louise K. Davidson-Schmich _____        2012 Calendar Year
                                                        Tenured and Tenure-Track Faculty Summary of Activities

## A. Research, Scholarly, or Creative Activities (continued)

b. Unrefereed, published or in press

Review of Jeffrey J. Anderson and Eric Langenbacher, Editors, "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" forthcoming in the *German Studies Review*.

3. Exhibitions/shows/plays: NA

4. Other creative or scholarly activities **in progress**, with anticipated timeline:

"Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", will submit to *Politics and Gender*, summer 2013.

5. Funded research (agency, dates of award, amount):

a.        Proposals funded

SEEDS You Choose Award (NSF/ UM, 2012, $2500) with matching funds from the Department of Political Science ($500) and the Women's and Gender Studies Program ($500)

College of Arts & Sciences Career Enhancement Award (UM, Spring 2013, teaching release)

College of Arts & Sciences International Travel Award (UM, Summer 2013, $1200)

b. Proposals submitted (indicate either pending or declined with further comment as needed)

Provost's Research Award: Declined

## B. Editorial responsibilities, grant and manuscript reviews, etc.:

- Editorial Board: *German Politics & Society*
- Editorial Board: *German Politics*
- Journal Reviews for *Comparative Politics, Politics & Gender*, and *West European Politics*

- Executive Board Member of the German Studies Association (elected)
- North American Secretary of the International Association for the Study of German Politics (elected); responsible for creating the Association's Spring and Fall 2012 newsletters and organizing the annual meeting held in Boston in March 2012
- Executive Board of the Research Committee of Legislative Specialists (a committee of the International Political Science Association)

**CONFIDENTIAL**                                        **UM/EEOC-D. SCHMICH - 3541**

Name: _____ Louise K. Davidson-Schmich _____          2012 Calendar Year
                                                    Tenured and Tenure-Track Faculty Summary of Activities


**C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):**

  1. Invited conferences or presentations:

  Four Lectures to the inagural WGS202: Introduction to LGBTQ Studies course (facilitated by Dr. Steve Butterman) in April 2012:
      »Political Science and LGBTQ Rights«
      »The Legal Status of LGBTQ Citizens Worldwide«
      »Advances in LGBTQ  Marriage Rights«
      »Variations in Transgender Rights Worldwide«

  »Women's Issues and the 2012 Elections« speech to the University of Miami Women's Commission, 1. November 2012.


  2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

      German Studies Association conference, October 2012; presented paper and served as panel discussant

      Conference of Europeanists, March 2012; organized roundtable and served as participant on it


  3. Other meetings/conferences attended:

      None


  4. Invited lectures/seminars at other Universities:

      None

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 3542

Name: _____ Louise K. Davidson-Schmich _____         2012 Calendar Year
                                               Tenured and Tenure-Track Faculty Summary of Activities

### D. Teaching:

**Note:  If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction.  (Examples: Spring 10, 1 course, research release, salary paid by grant; Fall 10, 2 courses, sabbatical leave).**

Courses taught:

a. Spring '12

| Course # | Section | Crs | Title | Enrollment | Student Eval ( Y/N) | If "Y", enter mean score eval Q # 10 Q #6 NEW FORM Q # 1 Q #3 OLD FORM |
|---|---|---|---|---|---|---|
| POL581 | Q | 3 | Comparative Political Economy of Post-Industrial Democracies | 15 | y | Q10 = 4.8 Q6 = 4.8 |
| POL202 | S | 3 | Intro to Comparative Politics | 97 | y | Q10 = 4.2 Q6 = 4.2 |
| *WGS202 | T | 3 | Introduction to LGBTQ Studies (Lectured for 2 weeks) | 35 | None for me | NA |

b. Fall '12

| Course # | Section | Crs | Title | Enrollment | Student Eval ( Y/N) | If "Y", enter mean score eval Q # 10 Q #6 NEW FORM Q # 1 Q #3 OLD FORM |
|---|---|---|---|---|---|---|
| *FSS190 | P | 3 | Freshman Seminar in the Social Sciences | 9 | Y | Q1 = 3.5 Q10 = 3.8 |
| POL344 | O | 3 | Gender & Politics | 26 | Y | Q10 = 4.9 Q6 = 4.9 |
| WGS344 | O | 3 | Gender & Politics | 1 (co-list with POL344) | N (too few students) | NA |

*Both of these were new preparations and I was selected from among faculty in CAS to teach these courses.

**CONFIDENTIAL**                                          **UM/EEOC-D. SCHMICH - 3543**

Name: _____ Louise K. Davidson-Schmich _____     2012 Calendar Year

Tenured and Tenure-Track Faculty Summary of Activities

## E. Advising and Mentoring:

1. Undergraduate Advising Activities:

   a. Freshmen: # 0          Upperclassmen: # 35

   b. Special program participation--describe, i.e.

   See below under "Service"

2. Graduate Student Supervision (name, degree sought; use an * to indicate Chair of thesis or dissertation committee):

   Supervised INS Graduate Student Teaching Assistants in POL202 during Spring semester 2012

   Helped INS Graduate Students prepare for the International Studies Association Conference by commenting on their mock panel presentations, March 2012

   Spoke to INS Graduate Student Association about my research, October 2012

3. Post-Doc and/or Faculty Mentoring:

   Served on faculty evaluation committee for untenured faculty members and tenure committee for Dr. Joseph Uscinski

## F. Service:

1. Department, College, and University committees:

- Program Committee, Women's & Gender Studies Program
- College of Arts & Sciences Curriculum Committee (AY 2012)
- CAS Committee to revise Writing Credit Requirements (Spring 2012)
- Faculty review committee for untenured faculty members (AY 2012) and tenure review committee for Dr. Joseph Uscinski (Fall 2012)
- Co-chair with Dr. Greg Koger, pro-merger POL/INS working group

**CONFIDENTIAL**                    **UM/EEOC-D. SCHMICH - 3544**

Name: _____Louise K. Davidson-Schmich_____          2012 Calendar Year
                                                                    Tenured and Tenure-Track Faculty Summary of Activities

2. Administrative responsibilities:

- **Director of Undergraduate Studies, Department of Political Science**

  - Scheduled all undergraduate courses and publicize them by creating course booklet
  - Approved students to graduate
  - Determined who graduates with Departmental Honors and selected Honors Day Convocation nominee
  - Updated Bulletin and Website content
  - Worked with Art Simon, Undergraduate Advisor, on weekly e-newsletter, determining transfer credits, course equivalencies for study abroad, ROTC progress toward degree forms, and other miscellaneous advising issues
  - Served as ombudsperson for student and parent complaints
  - Created cognates for department and worked with CAS Curriculum Committee to approve cognates

- **SACS Coordinator, Political Science BA Program**

  - Worked with faculty to develop departmental mission, learning objectives, and measures
  - Worked with faculty committee to develop and administer rubric to assess written and oral communications skills
  - Worked with faculty committee to develop quiz for incoming and outgoing majors; coordination of quiz administration
  - Coordinated assessment of departmental research assistants
  - Held focus group for graduating seniors
  - Developed and conducted annual survey of political science majors
  - Wrote interim reports for SACS

3. Community service:

  - Vice President, UM Canterbury Preschool (Spring 2012)
  - PTA Member and School Volunteer: Sunset and Ludlam Elementary Schools
  - Volunteer, St. Mark's Lutheran Church, German Ministry

4. Scholarly consulting activity on civic or public projects, or in public education initiatives:

  - Participant in Facebook group on Electoral Gender Quotas

**G. Honors and Awards:**

  - College of Arts & Science Career Enhancement Award (Research Leave, Spring 2013)

CONFIDENTIAL                                UM/EEOC-D. SCHMICH - 3545

**LOUISE K. DAVIDSON-SCHMICH**
CURRICULUM VITAE

ASSOCIATE PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
BOX 248047
CORAL GABLES, FL 33124-6534
(305) 284-2143
DAVIDSON@MIAMI.EDU

1.    Date: January 2013

## HIGHER EDUCATION

2.    Duke University, PhD, 1999
      Duke University, MA, 1995
      Brown University, BA, 1990

## EXPERIENCE

3.    University of Miami, Associate Professor, June 2007 – Present
      • Secondary Appointment: Associate Professor of International Studies 2008 -
        Present
4.    University of Miami, Assistant Professor, August 2000 – May 2007

## PUBLICATIONS

**5.    BOOK / EDITED COLLECTION**

• *Becoming Party Politicians: Eastern German State Legislators in the Decade Following
  Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

  Reviewed
      *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
      *German Politics* (Vol. 16, No. 1, March 2007)
      *German Politics and Society* (Vol. 25, No. 1 Spring 2007)

• Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive
  Branch: The Case of Angela Merkel. Forthcoming, Volume 20, Number 3 (September
  2011).

**6.    REFEREED ARTICLES**

• "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel"
  *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.
• "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.
• "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009"
  co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.

REFEREED ARTICLES, CONT.

- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155
  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.
- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.
- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society,* Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.
- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.
- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.
- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.
    Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures.* New York: Routledge, pp. 88-101.
- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.
  - An earlier, German-language version appeared as "Eingkeit und Recht und die Nutzung positiver Freiheiten" ["Unity, Rights, and the Use of Positive Freedoms"] with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung* [*The Shock of Unification -- Ten Years Later: A Comparative Treatment*] Velbrück Wissenschaft, 2001.
- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Winter 2001, Vol. 7, No. 4: pp. 37-62.
- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer.
- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1.

## 7. BOOK CHAPTERS, BOOK REVIEWS, AND OTHER WORKS

- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality.* Co-author Sarah E. Wiliarty. German Bundestag, Forthcoming.
- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages. DOI: http://dx.doi.org/10.1017/S0022381612000734
- "Political Parties and European Parliament Election Campaign Content"(with Eloisa Vladescu ) in *An Audit of Democracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; EUDO E-Book, Florence. http://ebookbrowse.com/i1-4-piredeu-davidson-schmich-and-vladescu-paper-pdf-d140955756.

**7. BOOK CHAPTERS, BOOK REVIEWS, AND OTHER WORKS, CONT.**

- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004.
- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.
- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.
- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).
- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).
- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).
- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den … Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.
- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).
- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).
- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.
- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

**8. WORK UNDER REVIEW / IN PROGRESS**

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", article in progress.

- *Gender Quotas and Women's Political Careers: Evidence from Germany*, Monograph in progress.

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3548

**PROFESSIONAL**

## 9. FUNDED RESEARCH

- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800 = $ 10,920)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

## 10. EDITORIAL RESPONSIBILITIES:

*German Politics,* Editorial Board

*German Politics and Society,* Editorial Board

## 11. PROFESSIONAL AND HONORARY ORGANIZATIONS

- German Studies Association Executive Board (2010 - Present)
- North American Secretary, International Association for the Study of German Politics (2011 - Present)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- Member, American Political Science Association
- Member, German Studies Association
- Member, Midwest Political Science Association

**12. HONORS AND AWARDS**

- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

**12. POST-DOCTORAL FELLOWSHIPS**

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

**13. OTHER PROFESSIONAL ACTIVITIES**

- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.
- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, European Journal of Political Research, Comparative Political Studies, Party Politics, Democratization, Politics & Gender, Journal of Legislative Studies, Politics & Policy*

**INVITED TALKS**

- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.
- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to [...] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict
- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by the National Science Foundation, 12. May 2011.
- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.
- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club

INVITED TALKS , CONT.

- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL
- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center
- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008
- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.
- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.
- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.
- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.
- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.
- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

## CONFERENCE PARTICIPATION

American Political Science Association
- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.
- "Who Wants to Run for Office from Which Party? Political Party Gender Quotas and Political Ambition in Germany", 5 September 2009, Toronto.
- " Symbolic and Substantive Representation of Women : New Approaches", Panel Discussant, 6 September 2009, Toronto.
- "Gender and Political Ambition Revisited: What Questions does American Politics Research Raise for Western Europeanists," 31 Aug – Sept 3, 2006, Philadelphia, PA.
- "Why Women Run and Don't Run for Parliamentary Office: Evidence from Two German Länder" Poster Session, 1-4 September 2005, Washington, DC,.
- "The European Union and the Politics of Gender" Panel Discussant, 1-4 September 2005, Washington, DC,.
- "The Effectiveness of Voluntary Gender Quotas: Evidence from the German Länder 1990-2000." Paper, 2-5 September, 2004, Chicago, IL.
- "The Politics of Gender in Post-Communist Societies," Panel discussant, 2-5 September 2004, Chicago, IL.
- "Germany's Same-Sex-Partnership Law: Elite Political Tolerance and Political Institutions in Post-Communist Eastern Europe." Paper, 29 August - 1 September 2002, Boston, MA.
- "Post-Communist Political Elites: The Case of Eastern German Parliamentarians Ten Years After Unification" Poster, 30 Aug. - 2 Sept. 2001, San Francisco.

**CONFIDENTIAL**                                **UM/EEOC-D. SCHMICH - 3551**

American Political Science Association, cont.

- "Strategic Dilemmas of Successful Opposition Parties," Paper, 31 August 2000, Washington DC.
- "Toeing the Line: Party Discipline in Eastern and Western Berlin Party Caucuses," Paper, September 2-5, 1999, Atlanta, GA.
- "Political Elites in Consolidating Democracies: Patterns of Change and Conflict," Panel Chair, September 2-5, 1999, Atlanta, GA.
- "Making Do with Less: Budget Cut-Backs in Eastern and Western Berlin 1995-1998," Poster, September 3-6, 1998, Boston, MA.

Europe & European Union-Related Conferences

- "The Diffusion of Gender Quotas" Roundtable organizer and participant, 19th International Conference of Europeanists, Boston, MA, 23 March 2012.
- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl
- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl
- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.
- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.
- "Catholicism, Protestantism and Women's Political Representation: Evidence from Germany" Paper Presented at the Fifteenth International Conference of the Council for European Studies, March 29 – April 2, 2006, Chicago.
- Chair, "Background, Context, and Identity" Panel at the Conference on European Enlargement, Miami European Union Center, April 22, 2005.
- "European Parliament Elections or Elections in Europe Revisited: German Parties and the 2004 EP Elections." Paper presented at the Biennial Conference of the European Union Studies Association, 31 March – 2 April 2005, Austin, TX.
- Chair, "Treaty or Constitution" Panel at Conference on The European Union Constitution and the Future of Europe, Miami European Union Center, April 15-17, 2004.
- "Political Parties, Interest Aggregation, and Distributive Policy in Post-Wall Berlin" Paper presented at the Workshop on "From Aggregation to Diffusion? Political Parties in an Individualistic Society" on the first day of the meetings of the European Consortium for Political Research in Copenhagen,14-19 April 2000.
- "Searching for Social Capital in Post-Wall Berlin," paper presented at the Twelfth Annual Conference of Europeanists, Chicago, March 2000.
- "Policy Outcomes in Identical Formal and Varied Informal Institutional Contexts," paper presented at the 11[th] Annual Conference of Europeanists, Baltimore, Beb. 26 – Mar. 1, 1998.

Regional Meetings

- "Electoral Systems and Political Ambition: Evidence from the German Länder", Midwest Political Science Association Annual Conference,  3 April 2009.
- "Increasing Women's Representation: Proposals, Practices, and Impacts" Panel Discussant, Midwest Political Science Association Annual Conference, Chicago, 2 April 2009.
- "Gender Quotas and Political Ambition: Evidence from Germany" Midwest Political Science Association Annual Conference, Chicago, April 3-6, 2008.
- Discussant, "Structural Determinations of Women's Representation", Midwest Political Science Association Annual Conference, Chicago, April 20-23, 2006.
- Panel Chair, "European Parties and Partisan Dynamics" Midwest Political Science Association Annual Conference, Chicago, April 20-23, 2006.
- Chair and Discussant, "Coming to Democratization in Asia" Panel, Midwest Political Science Association Annual Conference, Chicago, April 3-6, 2003.
- "Voluntary Gender Quotas and Women's Representation: Evidence from the German State Legislatures." Paper presented at the 2002 Conference of the Southern Political Science Association, 7-9 November, Savannah, GA.
- "Searching for Civic Community in Post-Wall Germany" Paper presented at the Seventy Third Annual Meeting of the Southern Political Science Association, 7-10 November 2001, Atlanta, GA.
- "Universalism and Distributive Decision-Making in New Democracies" Poster Presented at the 59th Annual Meeting of the Midwest Political Science Association, Chicago, 19-22 April 2001.
- Chair/ Discussant, Panel on "Democratization in East Central Europe," 59[th] Annual Meeting of the Midwest Political Science Association, Chicago, 19-22 April 2001.

German Studies Association

- "Gender Quotas and Party Gatekeepers" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.
- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.
- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.
- "When do parties ask women to run for elective office? Evidence from Germany," Paper, October 2009, Washington, DC.
- "Women in the Executive Branch: What Difference does Gender Make and How do We Know?" Paper, 2-5 October 2008, St. Paul, MN.
- "New Nationalisms in Germanophone Countries: Realities, Representations, and Responses" Panel Discussant, 2-5 October 2008, St. Paul, MN.
- "Why Women Run (and Don't Run) for Parliamentary Office: Cross-Cultural Evidence from the German Länder." Paper, 30 September – 2 August, 2005. Milwaukee, WI.
- "From Perpetual Opposition to Government." Paper, 6-10 October, 2004. Washington, DC.
- "What Gender are MdL: Explaining why Parties did (or did not) Adhere to Voluntary Gender Quotas" Paper, September 18-21, 2003, New Orleans.
- "Parties, Interest Groups, and Elites in Germany's *Landtage*" Paper, 4-7 October. 2001, Arlington, VA.

<u>Other Conferences and Professional Development</u>

- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.
- Attended the International Association for the Study of German Politics 2009 Election Trip to observe Bundestag elections, September 2009.
- "Die Entzauberung der PDS: The PDS as a Land level Opposition, Toleration, and Coalition Party 1990-2002" presented at a conference on Die Transformationsprozesse in den neuen Bundesländern" sponsored by the Goethe Institute and the Centre for East German Studies, London, 24-5 April, 2004.
- Discussant, "Central and Eastern Europe" Panel at Conference on Exporting Congress: The Influence of the US Congress of World Legislatures, 6-7 December 2002, Florida International University, Miami, FL.
- "The Development of Parliamentary Parties in an Eastern German State Legislature: 1990-2000" Paper Presented at the International Political Science Association's Research Committee of Legislative Specialists Conference on "Political Parties, Parliamentary Committees, Parliamentary Leadership and Governance," Bilgi University, Istanbul, Turkey, June 23-26, 2002.
- "Diverse Timing: Economic, Political, and Religious Institutional Change in Eastern Germany after 1989," with K. Hartmann and U. Mummert, paper presented at the Social Science Research Council Young Scholars' Summer Institute: German Unification in Comparative Perspective, Annapolis, MD, 22 July – 4 August 2000.
- SSRC German/American Young Scholars' Summer Institute; The East German Transformation in Comparative Perspective, University of Erfurt, Germany and St. John's College, Annapolis, MD, Summers 1999/2000
- "The PDS in Power: Some Observations from Berlin," paper presented at The Federal Republic at Fifty, Alexander von Humboldt Foundation Annual Meeting of Bundeskanzler Scholars, Washington, DC, 23-24 April, 1999.
- "Cutting Back: The Influence of Institutional Structures on the Implementation of Budget Cuts in Berlin," paper presented at the Northeastern Political Science Association Annual Meeting, Philadelphia, November 13-15, 1997.
- "A Tale of Two Cities: Local Administration in Contemporary Eastern and Western Berlin," paper presented at the Graduate Student Conference on "German Reunification Five Years Later: An Interdisciplinary Perspective," Georgetown Center for German and European Studies, November 11-12, 1995.
- "European Elections or Elections in Europe?" paper presented to the Duke-University of North Carolina, Chapel Hill European Studies Group, February 13, 1995.
- "Explaining Bundesbank Behavior in the 1992-3 ERM Crises," paper presented at the 12th Annual Graduate Student Conference, Institute on Western Europe, Columbia University, March 30-31, 1995.
- Workshop on G.D.R. History ; Center for European Studies, Harvard University, April 2-4, 1993.

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3554**

TEACHING

**14. TEACHING AWARD**

- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

**15. TEACHING SPECIALIZATION**

- POL202: Introduction to Comparative Politics (Formerly POL212) (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011; Summer 2010, 2011; Fall 2009, 2010, 2011)

- POL344 (also INS344 and WGS344) Gender and Politics New Course developed with Merike Blofield, Fall 2010, 2012.

- FSS190: Gender and Elective Office Worldwide: Freshie Seminar (Fall 2012)

- Contributed 2 weeks of lectures to UM's first WGS202: Introduction to LGBTQ Studies course, Spring 2012

- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010; Fall 2007; Spring 2010; Fall 2011)

- POL533/ 581: Comparative Political Economy of Post-Industrial Democracies *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011.

- POL382: German Politics and Society (Summer 2009)

- POL391: Introduction To International Relations (Spring 2001, Spring 2002)

- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)

**16. THESIS AND DISSERTATION COMMITTEES**

PhD Dissertation Committees:
    Beatriz Danguillecourt
    Roberto Dominguez
    Markus Thiel

Honors Undergraduate Theses

Sarah Thompson (Chair)
    Ahmed Rigo (Committee Member)
    Julia Wyda (Committee Member)
    Cherine Smith (Committee Member)
    Jennifer Bonde (Committee Member)

Nessa Manten (Chair)
Victor Munoz (Chair)
Patti Mazzai (Committee Member)
Ifdy Perez (Committee Member)
Paul Bagley (Committee Member)

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3555**

For-Credit Internships (POL520)
      Sarah Canale
      Paul Bagley
      Alyssa Cundari

Directed Readings (POL599)
      Antoinette Ragland
      Kyle Fontaine

### 17: OTHER TEACHING-RELATED ACTIVITIES

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

### SERVICE

### 18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE

- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – Present
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010
- Elected to College Council (2008 - 2011)
- Member, INS-POL merger committee (2008-9)
- Search Committee Member for searches that hired: Giuliano, Moore, Drope, and Blofield in addition to failed searches of 2007/8 and 2010; attended job talks, lunches, and other activities related to 6 other searches (Bishin, Barr, Olivella Mann, Scherer, Smith, Klofstaad/ Smirnov, Senior American); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

### 19. COMMUNITY ACTIVITIES

- Board of Directors, UM Canterbury Preschool (2009 – Present; Vice President, 2010 – 2012)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007; German Worship Committee 2009 – 2010)
- Member, German International Parents Association and Parent Teacher Associations, Miami-Dade County Public Schools
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Interviews with the *Christian Science Monitor, Miami Herald, Orlando Sentinel, Diario las Americas,* and various European media outlets

UM/EEOC-D. SCHMICH - 3557

## Davidson-Schmich, Louise K.

| | |
|---|---|
| **From:** | West, Jonathan P. |
| **Sent:** | Wednesday, May 15, 2013 12:59 PM |
| **To:** | Davidson-Schmich, Louise K. |
| **Subject:** | FW: Faculty Salary for 2013-2014 |
| **Attachments:** | Louise Davidson-Schmich Summary.pdf; Significant scholarly activity by POL in calendar year 2013.docx |

Dear Louise:

We have received the authorization to notify faculty of approved salaries for next year. Your 9-month salary for the 2013-2014 year is $94,000.

The chairs were allowed to recommend salary increases from a 2.67% merit pool using criteria related to research, teaching and service. The 1% market pool for faculty along with the 0.33% from the faculty merit allowed the CAS to address promotions, counteroffers, 53 cases of inexplicable compression and/or inversion, and 38 cases of extraordinary performance.

A copy of my summary chair evaluation is attached together with an overall summary of selected performance measures for the POL tenure/tenure track faculty for the 2012 year. If you wish to discuss the salary, summary evaluation or departmental performance summary, please drop by the office. Thanks for your good work for the Department. Best wishes for a restful and productive summer.

Jonathan


Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 38**

DAVIDSON-SCHMICH_00300

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

**TENURED AND TENURE-TRACK FACULTY ANNUAL EVALUATION FORM**

TO:        Leonidas G. Bachas                    DATE: January 30, 2013
           Dean

FROM:      Jonathan P. West, Interim Chair
           (Name & Title)

           Department of: Political Science

SUBJECT:   2012 Calendar Year Evaluation for: Dr. Louise Davidson-Schmich, Associate Professor

**Evaluation of Research/Creative work:** Evaluate research and/or creative work during this period. Include special activities or circumstances that may have an impact on growth, performance, etc.  Please also indicate any research activities or circumstances that have affected teaching commitments (grant buyout, sabbatical or other forms of leave, junior leave, etc.).

Louise Davidson-Schmich is an associate professor of Political Science who has been at UM since 2000.  I will summarize her annual performance in research, teaching and service.
In research, Louise has two publications in press, including a co-authored "Introduction" to *A Model with Small imperfections: Representatives Between Ideal and Reality*, a guide to the role of Members of the German Bundestag (German equivalent of Congress) and an un-refereed book review in *German Studies Review*.  Her work in progress includes longer-range projects, including a single-authored book manuscript, *Gender Quotas & Women's Political Careers: Evidence from Germany*.  To complete this manuscript she received a 2013 CAS Career Enhancement Award.  Two chapters from this book have been written and presented or scheduled for presentation at professional conferences.  She intends to have the manuscript ready for submission to a publisher by June 2013.  She is also working on an edited volume, *Gender Marginalized Interests: Intersectionality and Public Policy-Making in Germany,* for which she received a $2,500 SEEDS You Choose Award together with matching funds from POL and Women's & Gender Studies Program.  She hosted a workshop for contributors at UM in 2012.  She also received a $1200 CAS International Travel Award to be used in Summer 2013. Louise is on the editorial board of *German Politics & Society* and *German Politics* and she contributed reviews to *Comparative Politics, Politics & Gender* and *West European Politics*.  She has been elected to the Executive Board of the German Studies Association and as the North American Secretary of the International Association for the Study of German Politics as well as the Executive Board of the Research Committee of Legislative Specialists (a committee of the International Political Science Association).  Louise gave four lectures to the inaugural WGS202 course: Introduction to LGBTQ Studies course and made a presentation dealing with women's issues and the 2012 election to the University of Miami Women's Commission.  She presented a paper and was a discussant at the German Studies Association conference and organized and participated in a roundtable at the Conference of Europeanists.

**Teaching Evaluation**: All faculty are expected to have their courses reviewed regularly by students. Indicate whether faculty member was formally evaluated by students during this period and summarize the results.  If evaluation is based on informal feedback, please describe (from advisors, student conversations, etc.).  Include summary of results of peer teaching evaluations, if occurring during this period.

With regard to teaching, Professor Davidson-Schmich taught two (plus) courses in the Spring 2012 semester, POL 202, Introduction to Comparative Politics, with 97 students and POL 581 with 15 students. In POL 202 her Q10 score was 4.2, Q6= 4.2; in the POL 581 course her Q10 score was 4.8 and Q6 was 4.8. She also lectured for two weeks to 35 students in WGS202, Introduction to LGBTQ Studies (no evaluations for her).  In the Fall she taught FSS 190, Freshman Seminar in Social Sciences to 9 students (Q10=3.8; Q6=3.5) and POL 344, Gender

& Politics to 26 students (Q10=4.9; Q6=4.9. She taught POL 202 again in
Summer to a dozen students (Q10=3.5; Q6=4.5) and WGS 334, Gender & Politics to
1 student (no evaluation). The mean score for all POL faculty was 4.4 and 4.2
for Q10 and Q6 and the mean scores were the same (4.4 and 4.2) on each of
these questions for all CAS faculty. She advised 35 upperclassmen. She
supervised INS Graduate Student Teaching Assistants in POL 202 in Spring,
helped INS graduate students prepare for ISA Conference presentations, and
spoke to INS graduate students about her research. She chaired the ad hoc
faculty committee reviewing candidacy of Joe Uscinski for promotion and
tenure.

## Evaluation of Service Activities including advising:

Regarding service, Louise was co-chair of the pro POL/INS working group,
served on the program committee of the Women & Gender Studies program, was a
member of the CAS Curriculum Committee and the CAS Committee to revise Writing
Credit Requirements. As director of undergraduate studies she scheduled
undergraduate classes, approved students for graduation, determined those
receiving departmental honors, updated the bulletin and website, coordinated
with the undergraduate advisor, served as ombudsperson for student and parent
complaints, and created cognates for department and assessed cognates for CAS
Curriculum Committee. She is the department's SACs coordinator with specific
duties spelled out in her activity report; she is Vice President of UM
Canterbury Preschool Board of Directors; is PTA Member and School Volunteer,
and Church volunteer. She participates in a Facebook group on electoral
quotas. She received a CAS Career Enhancement Award for Spring 2013 leave to
complete her book. Her service record is outstanding.

DAVIDSON-SCHMICH_00303

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

**Summary of Activities for 2013 Calendar Year**

**Tenured and Tenure-Track Faculty**

Name: Louise K. Davidson-Schmich     Dept: POL     Date: January 2014

**The information on this form should reflect only activities occurring between January 1 and December 31, 2013, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

**A. Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

1. Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

Last spring I was on book leave and completed the manuscript of my second single-authored book, which is now under review (see below). I also organized contributors for an edited volume and two conference panels featuring the contributors. In the coming year I hope to see my single-authored book in print and the edited volume accepted for publication.

2. Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

   a. Refereed

      1) Published:

"Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU Audit of Democracy 2012.pdf.

*While the above has a 2012 publication date it actually appeared in February 2013.*

      2) In press:

"Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Forthcoming

      3) Submitted:

*A Glass Half Full: Gender Quotas and Political Recruitment.* Single-authored book manuscript under review at University of Michigan Press (#7 ranked press in the discipline according to *PS* rankings).

Page 1 of 5

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 39**

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3560

Name: _____ Louise K. Davidson-Schmich _____  2013 Calendar Year
                                        Tenured and Tenure-Track Faculty Summary of Activities

      b. Unrefereed, published or in press

Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 – 416.

"Introduction" to *Imperfect Paragons,* Konrad Adenauer Foundation, St. Augustin, Germany. In Press; co-authored with Sarah Wiliarty. This book, published by the Christian Democratic Party's think tank, describes the work of the Bundestag to citizens. This piece is not peer reviewed but was an invited contribution.

## A. Research, Scholarly, or Creative Activities, cont.

3. Exhibitions/shows/plays:

NA

    4. Other creative or scholarly activities **in progress,** with anticipated timeline:

Editing a volume tentatively titled *Gendering Marginalized Interests: Intersectionality and Public Policy in Germany.* Have written draft substantive chapter on public policies of interest to lesbians and will write an introductory chapter this spring. Will shop manuscript to publishers this coming summer /fall.

Writing article entitled "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", article in progress; plant to submit to academic journal this calendar year.

    5. Funded research (agency, dates of award, amount):

      a. Proposals funded

Received international travel funds from the College of Arts & Sciences to attend the Council for European Studies conference in Amsterdam in June 2013.

Invited by the German Academic Exchange Service (DAAD) and International Association for the Study of German Politics to observe German national elections in September 2014. Award covered airfare to, and meals in, Berlin.

      b. Proposals submitted (indicate either pending or declined with further comment as needed)

NA

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 3561

Name: _____ Louise K. Davidson-Schmich _____          2013 Calendar Year
                                   Tenured and Tenure-Track Faculty Summary of Activities

**B. Editorial responsibilities, grant and manuscript reviews, etc.:**

- Editorial Board: *German Politics*
- Editorial Board: *German Politics and Society*
- Editorial Board: *Spektrum* (Book Series of the German Studies Association)
- Grant Reviewer, American Academy in Berlin
- Reviewed journal articles for: *Comparative Politics, Comparative Political Studies, Politics & Gender, International Political Science Review; Women, Politics, and Policy; and German Politics.*
- Invited to review Fulbright grants to Germany, declined due to scheduling reasons.

**C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):**

1. Invited conferences or presentations:

- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013.
- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.

2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

- "Gendering Germany's Same-Sex Partnership Law" paper presented at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.
- Commentator on Panel "Germany's Changing Political Party Spectrum" at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.
- Organized Mini-Symposium on Gender and the Euro Crisis at the 20th International Conference of Europeanists, Amsterdam, 25. – 27. June 2013. Presented paper entitled "Which Women (if any) are Represented in a Period of Crisis? Intersectionality and Representation in the Eurozone."
- "Gender Quotas and Party Gatekeepers: Evidence from Germany" Paper Presented at the 71st Annual Meeting of the Midwest Political Science Association, Chicago, IL: 11. – 14 April 2013.

3. Other meetings/conferences attended:

- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 3562

Name: _____ Louise K. Davidson-Schmich _____ 2013 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

4. Invited lectures/seminars at other Universities:

- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013

- Invited to speak at Georgetown University's BMW Center for German and European Studies on the 2013 Bundestag elections; declined due to scheduling conflict

## D. Teaching:

**Note: If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction. (Examples: Spring 10, 1 course, research release, salary paid by grant; Fall 10, 2 courses, sabbatical leave).**

Courses taught:

a. Spring '13

2 course reduction; associate professor book leave

b. Fall '13

1 course reduction; served uncompensated as Director of Undergraduate Studies AY 2011-2012 and fall 2012

| Course # | Section | Crs | Title | Enrollment | Student Eval (Y/N) | If "Y", enter mean score eval Q #10 Q # 1 | Q #6 NEW FORM Q #3 OLD FORM |
|----------|---------|-----|-------|------------|------------|------------|------------|
| POL202 | Q | 3 | Intro to Comparative Politics | 60 | Y | 4.3 | 4.3 |
| POL599 | 01 | 3 | Independent Study | 1 | N | | |
| POL563 | 01 | 3 | Senior Thesis | 1 | N | | |

c. Summer '13

| Course # | Section | Crs | Title | Enrollment | Student Eval (Y/N) | If "Y", enter mean score eval Q #10 Q # 1 | Q #6 NEW FORM Q #3 OLD FORM |
|----------|---------|-----|-------|------------|------------|------------|------------|
| POL202 | E | 3 | Intro to Comparative Politics | 7 | Y | 4.7 | 4.9 |

## E. Advising and Mentoring:

1. Undergraduate Advising Activities:
   a. Freshmen: # 0      Upperclassmen: # 21
   b. Special program participation--describe, i.e.

Thesis advisor for Erin Pelletier

Independent Study supervisor for Bijal Mehta

Page 4 of 5

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3563**

Name: _____ Louise K. Davidson-Schmich _____  2013 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

## E. Advising and Mentoring (continued):

2. Graduate Student Supervision (name, degree sought; use an * to indicate Chair of thesis or dissertation committee):

Committee member, INS graduate student Angela Puentes

3. Post-Doc and/or Faculty Mentoring:

Mentor to VAP Dr. Sara Jordan

## F. Service:

1. Department, College, and University committees:

Member, Women's and Gender Studies Steering Committee

Member, Campus Fulbright Selection Committee

Member, Public Administration Search Committee

Helped draft departmental tenure standards with Drs. Koger and Klofstad

2. Administrative responsibilities:

NA

3. Community service:

Member, German Ministry Committee, Coral Gables Congregational UCC

Member, Sunset Elementary PTA and German International Parent Association

4. Scholarly consulting activity on civic or public projects, or in public education initiatives:

- Participated in UM 2nd Annual Women's Leadership Symposium as mentor
- See above publication for the Konrad Adenauer Foundation
- Gave interviews to German Press Agency

## G. Honors and Awards:

NA

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3564

LOUISE K. DAVIDSON-SCHMICH
CURRICULUM VITAE

ASSOCIATE PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
CORAL GABLES, FL
(305) 284-2143
DAVIDSON@MIAMI.EDU

1.   Date: January 2014

## HIGHER EDUCATION

2.   Duke University, PhD, 1999
     Duke University, MA, 1995
     Brown University, BA, 1990

## EXPERIENCE

3.   University of Miami, Associate Professor of Political Science, 2007 – Present
4.   University of Miami, Assistant Professor of Political Science, 2000 –2007

## PUBLICATIONS

5.   **BOOK / EDITED COLLECTION**

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

  Reviewed
     *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
     *German Politics* (Vol. 16, No. 1, March 2007)
     *German Politics and Society* (Vol. 25, No. 1, Spring 2007)
     *Party Politics* (Vol. 15, No. 2, March 2009)

- Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011).

6.   **REFEREED ARTICLES**

- "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" Forthcoming in *German Politics and Society*

- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics.* Volume 20, Number 3 (September 2011): 325 -41.

- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.

- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 3565**

REFEREED ARTICLES, CONT.

- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155
  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.
- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.
- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.
- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society,* Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.
- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.
- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.

  Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures.* New York: Routledge, pp. 88-101.
- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.
  - An earlier, German-language version appeared as "Eingikeit und Recht und die Nutzung positiver Freiheiten" with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung,* Velbrück Wissenschaft, 2001.
- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Winter 2001, Vol. 7, No. 4: 37-62.
- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer:1 - 29.
- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55 - 91.

CONFIDENTIAL

## 7. BOOK CHAPTERS

- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality*. Co-author Sarah E. Wiliarty. St. Augustin, Germany: Konrad Adenauer Foundation, In Press.

- "Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU_Audit_of_Democracy_2012.pdf.

- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004: 105 - 128.

## BOOK REVIEWS AND OTHER WORKS

- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 – 416.

- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages.

- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.

- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).

- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).

- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).

**BOOK REVIEWS AND OTHER WORKS, CONT.**

- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den ... Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.

- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).

- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).

- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.

- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

## 8. WORK UNDER REVIEW / IN PROGRESS

- *A Glass Half Full: Gender Quotas and Political Recruitment*, Under Review at a Major University Press.

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", article in progress.

- *Gendering Marginalized Interests* edited collection in progress.

## PROFESSIONAL

### 9. FUNDED RESEARCH

- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

**10. EDITORIAL RESPONSIBILITIES:**

- *German Politics*, Editorial Board
- *German Politics and Society,* Editorial Board
- *Spektrum* (Book Series of the German Studies Association), Editorial Board

**11. PROFESSIONAL AND HONORARY ORGANIZATIONS**

- German Studies Association Executive Board (2010 - 2013)
- North American Secretary, International Association for the Study of German Politics (2011 - Present)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- Member, American Political Science Association
- Member, Midwest Political Science Association
- Member, Council for European Studies
- Member, German Studies Association

**12. HONORS AND AWARDS**

- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

**13. POST-DOCTORAL FELLOWSHIPS**

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

UM/EEOC-D. SCHMICH - 3569

**14. OTHER PROFESSIONAL ACTIVITIES**

- Member, Committee on the Future of the German Studies Association
- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013
- Organized workshop on Gendering Marginalized Interests, University of Miami, 9 – 11 November 2012, sponsored by NSF Advance Grant
- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.
- Attended workshop "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.
- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, International Political Science Review, European Journal of Political Research, Comparative Political Studies, Party Politics, Democratization, Politics & Gender, Journal of Legislative Studies, Politics & Policy, German Politics, German Politics and Society*

**INVITED TALKS**

- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013.
- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.
- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to […] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict
- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.

UM/EEOC-D. SCHMICH - 3570

INVITED TALKS. CONT.

- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.
- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club
- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL
- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center
- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008
- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.
- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.
- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.
- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.
- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.
- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

### RECENT CONFERENCE PARTICIPATION (2010 – 2013)

- "Gendering Germany's Same-Sex Partnership Law" paper presented at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.
- Commentator on Panel "Germany's Changing Political Party Spectrum" at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.
- Organized Mini-Symposium on Gender and the Euro Crisis at the 20th International Conference of Europeanists, Amsterdam, 25. – 27. June 2013. Presented paper entitled "Which Women (if any) are Represented in a Period of Crisis? Intersectionality and Representation in the Eurozone."

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 3571

**RECENT CONFERENCE PARTICIPATION (2010 – 2013), CONT.**

- "Gender Quotas and Party Gatekeepers: Evidence from Germany" Paper Presented at the 71st Annual Meeting of the Midwest Political Science Association, Chicago, IL: 11. – 14 April 2013.

- "Gender Quotas and Women's Candidacies" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- Commentator on Panel "Are the Old Certainties Gone? Developments in Germany's Party System" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- "The Diffusion of Gender Quotas" Roundtable organizer and participant, 19th International Conference of Europeanists, Boston, MA, 23 March 2012.

- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.

- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

TEACHING

**14. TEACHING AWARD**

- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

## 15. TEACHING SPECIALIZATION

- POL202: Introduction to Comparative Politics (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011; Summer 2010, 2011, 2013; Fall 2009, 2010, 2011, 2013)

- POL344 (also INS344 and WGS344) Gender and Politics New Course developed with Merike Blofield, Fall 2010, 2012.

- FSS190: Gender and Elective Office Worldwide: Freshie Seminar (Fall 2012)

- Contributed 2 weeks of lectures to UM's first WGS202: Introduction to LGBTQ Studies course, Spring 2012

- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010, 2014; Fall 2007, 2011)

- POL533/ 581: Comparative Political Economy of Post-Industrial Democracies *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011, 2014.

- POL382: German Politics and Society (Summer 2009)

- POL391: Introduction To International Relations (Spring 2001, Spring 2002)

- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)

## 16. THESIS AND DISSERTATION COMMITTEES

PhD Dissertation Committees:
    Beatriz Danguillecourt
    Roberto Dominguez
    Angela Puentes
    Markus Thiel

Honors Undergraduate Theses

| | |
|---|---|
| Sarah Thompson (Chair) | Victor Munoz (Chair) |
| Ahmed Rigo (Committee Member) | Patti Mazzai (Committee Member) |
| Julia Wyda (Committee Member) | Ifdy Perez (Committee Member) |
| Cherine Smith (Committee Member) | Paul Bagley (Committee Member) |
| Jennifer Bonde (Committee Member) | Erin Pelletier (Chair) |
| Nessa Manten (Chair) | |

For-Credit Internships (POL520): Sarah Canale, Paul Bagley, Alyssa Cundari

Directed Readings (POL599): Kyle Fontaine, Bijal Mehta, Antoinette Ragland

**CONFIDENTIAL**

**17: OTHER TEACHING-RELATED ACTIVITIES**

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity,* Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

## SERVICE

**18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE**

- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – Present
- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010
- Elected to College Council (2008 - 2011)
- Member, INS-POL merger committee (2008-9)
- POL Search Committee Member (Various 2001 – Present); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

**19. COMMUNITY ACTIVITIES**

- Board of Directors, UM Canterbury Preschool (2009 – Present; Vice President, 2010 – 2012)
- Miami German Ministry Committee Member (2009-2010; 2013 – Present)
- Member, German International Parents Association and Parent Teacher Associations, Miami-Dade County Public Schools
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007)
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Interviews with the *Christian Science Monitor, Deutsche Welle, Miami Herald, Orlando Sentinel, Diario las Americas,* and various European media outlets

**UM/EEOC-D. SCHMICH - 3574**

**UNIVERSITY**
OF MIAMI



Department of Political Science
1300 Campo Sano Drive
P.O. Box 248047
Coral Gables, FL 33146

May 23, 2014

Dr. Louise Davidson-Schmich, Associate Professor
Department of Political Science
College of Arts and Sciences

Dear Prof. Davidson-Schmich,

I am pleased to inform you that your academic (fiscal) year salary for 2014-15 will be $95,692. This figure represents an increase of 1.80% in your base salary over your salary for academic year 2013-14.

This year, the College received a merit pool of 2% for faculty and a market pool of 1%. (Of the 2%, the College kept 0.25% centrally for the purpose of addressing promotions, counteroffers, compression, inversion, and extraordinary performance.) Thus, effectively, the merit pool was 1.75%. Please also note that originally the College was expecting a merit pool of 3%, but this was decreased to 2% after additional consideration.

During the summer, faculty on a nine-month contract are permitted to receive up to three month's base salary for administration, teaching, and grants/contracts. However, payments for base salary must reflect the actual percent effort spent on related projects. For example, you should not receive pay for full-time effort from sponsored accounts if vacation time away from campus will prevent you from fulfilling your obligations under the terms of the grants covering your salary during any given period.

Best wishes for an enjoyable and productive year ahead.

Sincerely,

Jonathan West, Chair
Department of Political Science

Cc:  Thomas J. Leblanc, Executive Vice President and Provost
     Leonidas Bachas, Dean



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 40**

DAVIDSON-SCHMICH_00304

**UNIVERSITY OF MIAMI
COLLEGE OF ARTS AND SCIENCES**

**TENURED AND TENURE-TRACK FACULTY ANNUAL EVALUATION FORM**

TO:      Leonidas G. Bachas            DATE: January 29, 2014
         Dean

FROM:    Jonathan P. West,  Chair
        (Name & Title)

        Department of: Political Science

SUBJECT:   2012 Calendar Year Evaluation for: Dr. Louise Davidson-Schmich, Associate Professor

**Evaluation of Research/Creative work:** Evaluate research and/or creative work during this period.
Include special activities or circumstances that may have an impact on growth, performance, etc.  Please
also indicate any research activities or circumstances that have affected teaching commitments (grant
buyout, sabbatical or other forms of leave, junior leave, etc.).

Louise Davidson-Schmich is an associate professor of Political Science who
has been at UM since 2000.  I will summarize her annual performance in
research, teaching and service.
In research, Louise has a co-authored chapter in an edited volume (copyright
2012; appeared in 2013) a forthcoming sole-authored journal article, and a
book-length manuscript submitted to the University of Michigan Press (ranked
#7 in PS ranking).  Dr. Davidson-Schmich also published a book review in
*German Studies Review* and an Introduction to a book published by the German
Christian Democratic Party's think tank. Louise is also editing a book-length
volume titled, *Gendering Marginalized Interests; Intesectionality and Public
Policy in Germany* for which she will seek a publisher this year. She is also
authoring a an article that she intends to submit to a peer-reviewed journal
later this year.  She applied for and received travel funds from UM CAS to
attend the Council for European Studies conference in Amsterdam in 2013 and
was invited by the German Academic Exchange Service and International
Association for the Study of German Politics to observe the German national
elections in 2014. Louise serves on three editorial boards, including *German
Politics, German Politics and Society* and *Spektrum* (book series of the German
Studies Association). In 2013 she was a manuscript reviewer for six academic
journals and a grant reviewer for the American Academy in Berlin.  She was
invited to review Fulbright application grants in Germany, but declined due
to scheduling conflicts.  She was a presenter at four different professional
conferences here and abroad, including two at the German Studies Association
meeting and one at the Midwest Political Science Association meeting plus a
symposium she organized at an International Conference of Europeanist in
Amsterdam.  Closer to home she was a roundtable participant at a EU Center
for Excellence at FIU and a speaker at UM's Women's Commission luncheon. She
was also a participant at the International Association for the Study of
German Politics in September 2013.  She was invited to speak at Georgetown
University's BMW Center for German and European Studies, but could not do so
due to scheduling issues. In short, Louise is pursuing an active research
agenda with progress on both short-range and longer-range projects.
**Teaching Evaluation:** All faculty are expected to have their courses reviewed regularly by students.
Indicate whether faculty member was formally evaluated by students during this period and summarize
the results.  If evaluation is based on informal feedback, please describe (from advisors, student
conversations, etc.).  Include summary of results of peer teaching evaluations, if occurring during this
period.

With regard to teaching, Professor Davidson-Schmich was granted an associate professor book leave with a 2-course teaching reduction in Spring 2013.  In the Fall 13 semester she taught one course, POL 202, Introduction to Comparative Politics, with 60 students.  She had a one-course reduction because of her service as an uncompensated Director of Undergraduate Studies AY 2011-2012 and Fall 2012.  In POL 202 her Q10 score was 4.3, Q6= 4.3. She also supervised an undergraduate thesis and sponsored an undergraduate independent study student.  In Summer '13 she taught POL 202 as well to 7 students (Q10=4.7 and Q6=4.9). She was the academic advisor for 21 upperclassmen.

## Evaluation of Service Activities including advising:

Regarding service, Louise serves as a committee member for an INS graduate student, serves on the public administration faculty search committee, acts as a mentor to Sara Jordan, our visiting assistant professor.  She is a member of the Women's and gender Studies Steering Committee, a member of the Campus Fulbright Section Committee.  She helped with two faculty colleagues to draft the soon-to-be-finalized POL promotion and tenure standards.  In community service, she is a member of the German Ministry Committee of the Coral Gables Congregational UCC and a member of the Sunset Elementary PTA and German International Parent Association.  She participated in UM's 2nd Annual Women's Leadership symposium as a mentor, contributed to the Konrad Adenauer Foundation publication, and gave interviews to German Press Agency. Her service record is outstanding.

DAVIDSON-SCHMICH_00306

UNIVERSITY OF MIAMI
COLLEGE of
ARTS & SCIENCES



**Office of the Dean**   1252 Memorial Drive    Ph: 305-284-4117
Ashe Building, Suite 227   Fax: 305-284-5637
Coral Gables, Florida 33146   as.miami.edu

**MEMORANDUM**

*RECEIVED*

To:         Louise Davidson-Schmich, Associate Professor
            Department of Political Science

MAY 3 0 2014

From:       Leonidas G. Bachas
            Dean

*DEAN'S OFFICE*
*COLLEGE OF ARTS & SCIENCES*

Date:       May 5, 2014

Subject:    Appointment as Director of Women's and Gender Studies Program

I am pleased to offer you an appointment as Director of the College's Women's and Gender Studies Program. This appointment is for one academic year, effective August 15, 2014 with reappointment possible beyond this initial term.

As compensation for your duties as Director, you will receive a one course teaching load reduction and an administrative supplement of $6,000. You may elect to utilize part of the supplement to buy out one additional course annually at the standard College rate or to apply the full amount to research and travel. The remainder will be paid to you as a supplement during the academic year. If you choose to buy out an additional course or apply the full amount to research and travel, you must inform Sr. Associate Dean Stampino in writing prior to the beginning of the academic year.

We look forward to working with you on faculty appointments to the Women's and Gender Studies Advisory Committee.

If you have any questions, please contact Senior Associate Dean Maria Stampino. Thank you for accepting this responsibility.

I accept the position on the terms stated above:

Signature _____        Date 5/30/14
          Louise Davidson-Schmich

cc:     Maria Stampino, Senior Associate Dean for Academic Affairs
        Jonathan P. West, Chair, Department of Political Science
        Hector Silva, Executive Director of Finance

**CONFIDENTIAL**

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 41**

UM/EEOC-D. SCHMICH - 3707

**UNIVERSITY**
OF MIAMI

Department of Political Science
1300 Campo Sano Drive
P.O. Box 248047
Coral Gables, FL 33146

June 8, 2014

Dr. Louise Davidson-Schmich, Associate Professor
Department of Political Science
College of Arts and Sciences

Dear Prof. Davidson-Schmich,

I am pleased to inform you that your academic (fiscal) year salary for 2015-16 will be $99,041. This
figure represents an increase of 3.50% in your base salary over your salary for academic year 2014-15.

During the summer, faculty on a nine-month contract are permitted to receive up to three month's base
salary for administration, teaching, and grants/contracts. However, payments for base salary must
reflect the actual percent effort spent on related projects. For example, you should not receive pay for
full-time effort from sponsored accounts if vacation time away from campus will prevent you from
fulfilling your obligations under the terms of the grants covering your salary during any given period.

Best wishes for an enjoyable and productive year ahead.

Sincerely,

*Jonathan P. West*

Jonathan West, Chair
Department of Political Science

Cc: Thomas J. Leblanc, Executive Vice President and Provost
Leonidas Bachas, Dean

Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 42**

DAVIDSON-SCHMICH_00308

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

**TENURED AND TENURE-TRACK FACULTY ANNUAL EVALUATION FORM**

TO:      Leonidas G. Bachas              DATE: 2/06/2015
              Dean

FROM:    Jonathan P. West, Chair POL
             (Name & Title)

             Department of: Political Science

SUBJECT:   2014 Calendar Year Evaluation for:  Louise Davidson-Schmich

**Evaluation of Research/Creative work:** Evaluate research and/or creative work during this period. Include special activities or circumstances that may have an impact on growth, performance, etc.  Please also indicate any research activities or circumstances that have affected teaching commitments (grant buyout, sabbatical or other forms of leave, junior leave, etc.).

In research, Louise has a book manuscript, A Glass Half Full: Gender Quotas and Political Recruitment, accepted for publication by the prestigious University of Michigan Press (ranked #7).  She submitted a Fulbright grant proposal for research in New Zealand in 2015-2016 (awaiting decision in March).  She is editing a volume, Addressing Double Disadvantage: Intersectionality and Policy Making in Germany, which is nearing completion and preparing a prospectus to circulate to book publishers.  She also published a sole-authored article in German Politics and Society. She received funding from the Alexander von Humboldt Foundation and the UU SEED for Success program to invite a speaker to UM who will address women and global science. She holds four editorial board positions with the Journal of Women, Politics, and Policy; German Politics and Society; German Politics; and Spektrum, book series of the German Studies Association.  She reviewed grant applications for the American Academy in Berlin's Berlin Prize fellowship program. Louise is a member of the Best Dissertation Committee, APSA, Women and Politics Section; and Executive Board Member of the International Association for the Study of German Politics.  She presented a paper and the American Political Science Association annual meeting where shed also served as a panel discussant.  She was also a discussant on a panel at the Midwest Political Science Association meeting and at the 21st annual Conference of Europeanists where she also organized and chaired a panel and presented a paper.  She presented her research at Rollins College as a distinguished visiting scholar and participated in a workshop sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence.

**Teaching Evaluation:** All faculty are expected to have their courses reviewed regularly by students. Indicate whether faculty member was formally evaluated by students during this period and summarize the results.  If evaluation is based on informal feedback, please describe (from advisors, student conversations, etc.).  Include summary of results of peer teaching evaluations, if occurring during this period.

With regard to teaching, Professor Davidson-Schmich taught two courses in the Spring 2014 semester, POL 381, European Politics and Government, with 32 students and POL 581, Comparative Political Economy with 16 students. In POL 381 her Q10 score was 4.5, Q6= 4.5; in the POL 581 course her Q10 score was 4.8 and Q6 was 4.9 . In the Fall she taught POL 344/WGS 344, Gender & Politics to 36 students (Q10=4.8; Q6=4.5) and POL 581, Comparative Political Economy to 14 students (Q10=4.3; Q6=4.3 (Only 9 students completed evaluations).  She taught POL 564 to one senior thesis student and supervised on WGS 501 student on a senior project. She advised 38 upperclassmen and all WGS majors and minors as well as all LGBTQ Studies majors. She was a thesis advisor for one student and senior project advisor for another.

DAVIDSON-SCHMICH_00309

**<u>Evaluation of Service Activities including advising:</u>**

Regarding service, Louise is a member of College Council, Campus Fulbright
Committee, Women's and Gender Studies Steering Committee, and LGBTQ
Scholarship Committee.  She is Director of the Women's and Gender Studies
Program where she had substantial administrative responsibilities.  She is a
member of the Sunset Elementary and Carver Middle School PTA, the German
International parent Association and a steering committee member of the Miami
German Ministry.

UNIVERSITY OF MIAMI
COLLEGE OF ARTS AND SCIENCES

Summary of Activities for 2014 Calendar Year

Tenured and Tenure-Track Faculty

Name: Louise K. Davidson-Schmich          Dept: POL          Date: 13 January 2015

**The information on this form should reflect only activities occurring between January 1 and December 31, 2014, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

A. **Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

   1. Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

Most significant developments since last year's review: My book manuscript *A Glass Half Full: Gender Quotas and Political Recruitment* was accepted for publication by the University of Michigan Press for its New Comparative Politics series. Michigan is ranked 7th in political science publishers and this is a general-interest series that should gain wide readership. The final manuscript has been submitted to the press and I should have information regarding the publication date later this month. I have also submitted a Fulbright grant proposal for research in New Zealand. My application was recommended by the U.S Fulbright committee has moved on to the New Zealand Fulbright committee for final approval. I should know by March whether I receive the grant.

Future Research Goals: I am editing a volume currently entitled *Addressing Double Disadvantage: Intersectionality and Policy Making in Germany*. The substantive chapters are complete and I am currently in the process of revising the introduction, writing the conclusion, and preparing a prospectus to send to publishers later this semester. I will begin a new research project this summer, depending on the outcome of a pending Fulbright application.

   2. Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

      a. Refereed

         1) Published:

"Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Vol. 32, No. 2 (Summer 2014): 86 – 105.

         2) In press:

*A Glass Half Full: Gender Quotas and Political Recruitment*, University of Michigan Press.

         3) Submitted:

NA

**CONFIDENTIAL**



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 43**

Name: _____

2014 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

Davidson-Schmich

    b. <u>Unrefereed, published or in press</u>: NA

  3. Exhibitions/shows/plays:

    a. <u>Juried/refereed:</u>  NA

    b. <u>Non-juried/refereed:</u> NA

  4. Other creative or scholarly activities **in progress**, with anticipated timeline:

Editing a volume entitled *Addressing Double Disadvantage: Intersectionality and Policy Making in Germany.* Substantive chapters are complete; I am currently writing the introduction and conclusion and prospectus and will submit to publishers this spring.

  5. Funded research (agency, dates of award, amount):

    a. <u>Proposals funded</u>

Received $1150 from the Alexander von Humboldt Foundation and the University of Miami SEED for Success program to invite Dr. Kathrin Zippel to UM to speak about women and global science.

    b. <u>Proposals submitted (indicate either pending or declined with further comment as needed)</u>

Fulbright Core Grant application submitted August 2014; application recommended to New Zealand by the U.S. Fulbright Committee; application currently with New Zealand Fulbright committee for consideration.

**B.  Editorial responsibilities, grant and manuscript reviews, etc.:**

<u>Editorial Board Positions</u>

Journal of Women, Politics, and Policy (newly accepted to board)
German Politics & Society (term renewed this year)
German Politics
*Spektrum*, book series of the German Studies Association

Reviewed grant applications for the American Academy in Berlin's Berlin Prize fellowship program

<u>Additional Service to the Profession</u>
Member: Best Dissertation Committee, American Political Science Association's Women and Politics Section
Executive Board Member (elected): International Association for the Study of German Politics

Name: _____

2014 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

Davidson-Schmich

**C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):**

    1. Invited conferences or presentations:

»Gender Quotas and Women's Legislative Representation Worldwide« given as the Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014.

»The Needs of Rainbow Families and Policy Responses« presented at a workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014.

    2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

"Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper presented at the American Political Science Association Annual Meeting, Washington DC, 28 – 31 August, 2014.

Discussant on Panel, "Sex, Sexuality, and Human Rights" American Political Science Association, Annual Meeting, Washington DC, 28. – 31. August 2014.

Discussant on Panel "Quotas and Representation: and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

"Amending Germany's Same-Sex Partnership Law: Intersectionality and Policy Making in Germany 2001 – 2013," paper presented at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014 and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

Discussant on Panel, "Gender, Family, and Policy: State Strategies and Responses" at the 21st Annual Conference of Europeanists, Washington, DC, 14. March 2014

Panel organizer and chair, "Parties and Parliaments in Britain and Germany" at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014

    3. Other meetings/conferences attended:

NA

    4. Invited lectures/seminars at other Universities:

See #1 above

Name: _____

2014 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

Davidson-Schmich

**D. Teaching:**

Note: If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction. (Examples: Spring 14, 1 course, research release, salary paid by grant; Fall 14, 2 courses, sabbatical leave).

Courses taught:

a. Spring '14

| Course # | Section | Crs | Title | Enrollment | Student Eval ( Y/N) | If "Y", enter mean score eval Q # 10 Q # 1 | Q #6 Q #3 | NEW FORM OLD FORM |
|---|---|---|---|---|---|---|---|---|
| POL381 | O | 3 | European Politics & Government | 32 | Y | 4.5 | 4.5 | |
| POL581 | Q | 3 | Comparative Political Economy | 16 | Y | 4.8 | 4.9 | |
| POL564 | 01 | 3 | Senior Thesis | 1 | N | | | |

b. Fall '14

| Course # | Section | Crs | Title | Enrollment | Student Eval ( Y/N) | If "Y", enter mean score eval Q # 10 Q # 1 | Q #6 Q #3 | NEW FORM OLD FORM |
|---|---|---|---|---|---|---|---|---|
| POL344 WGS344 | P | 3 | Gender & Politics | 36 | Y | 4.8 | 4.5 | |
| POL581 | O | 3 | Comparative Political Economy | 14 | Y | 4.3* | 4.3* | |
| WGS501 | 01 | 3 | Senior Project | 1 | N | | | |

*Only 9 students completed the evaluation for this course; one student extremely disagreed with every survey item. When this outlying student is removed from the analysis scores rise to 4.8 for both questions.

c. Summer '14

| Course # | Section | Crs | Title | Enrollment | Student Eval ( Y/N) | If "Y", enter mean score eval Q # 10 Q # 1 | Q #6 Q #3 | NEW FORM OLD FORM |
|---|---|---|---|---|---|---|---|---|
| | | | NA | | | | | |

**E. Advising and Mentoring:**

1. Undergraduate Advising Activities:
   a. Freshmen: #          Upperclassmen: # 38
   b. Special program participation--describe, i.e.

- Advise regular load of POL majors, advise all WGS majors and minors, all LGBTQ Studies minors
- Thesis advisor for Erin Pelletier – now attending University of Wisconsin PhD Program in Political Science
- Senior Project advisor for WGS major Shelby Juarez

**CONFIDENTIAL**                                    **UM/EEOC-D. SCHMICH - 3580**

Name: _____

<div align="right">2014 Calendar Year<br>Tenured and Tenure-Track Faculty Summary of Activities</div>

Davidson-Schmich

**E. Advising and Mentoring (continued):**

    2. Graduate Student Supervision (name, degree sought; use an * to indicate Chair of thesis or dissertation committee):

NA

    3. Post-Doc and/or Faculty Mentoring:

Mentored visiting professors Sarah Jordan and Kim Moloney

**F. Service:**

    1. Department, College, and University committees:

College Council
Campus Fulbright Committee
Women's and Gender Studies Steering Committee (Spring 2014)
LGBTQ Scholarship Committee
Appointed to American Politics Search Committee; search suspended

    2. Administrative responsibilities:

Director Women's and Gender Studies Program (Fall 2014)
    - Organized faculty from across the university to teach courses for Spring 2015 semester; hired adjuncts
    - Oversaw teaching faculty; served as ombudsperson for student/faculty issues
    - Oversaw a senior project and coordinated two senior theses
    - Oversaw program budget
    - Completed SACS program report
    - Advised all majors and minors (both WGS and LGBTQ Studies)
    - Worked with Development Office to cultivate program donors
    - Appointed new steering committee; worked with them to develop strategic plan for my directorship including proposals for new classes, cognates, and SACS assessment measures
    - Organized well-attended talk featuring author and LBGT activist Stephen Snyder-Hill
    - Coordinated with MLL, CLA, ECS, ENG, GEG, and student organizations including UPride and the VSO to put on gender-related programming
    - Worked with *A&S Magazine* to promote LBGTQ Studies and with CAS Communications Office to publicize WGS-related programming including Stephen Snyder-Hill and Kathrin Zippel visits
    - All of the above done without a course reduction in Fall 2014

    3. Community service:

Member Sunset Elementary and Carver Middle School PTAs
Member German International Parent Association
Steering Committee Member, Miami German Ministry

    4. Scholarly consulting activity on civic or public projects, or in public education initiatives:
See above re: WGS programming

**CONFIDENTIAL**                                              **UM/EEOC-D. SCHMICH 3581**

LOUISE K. DAVIDSON-SCHMICH

ASSOCIATE PROFESSOR OF POLITICAL SCIENCE
DIRECTOR, WOMEN'S AND GENDER STUDIES PROGRAM
UNIVERSITY OF MIAMI
CORAL GABLES, FL
(305) 284-2143
DAVIDSON@MIAMI.EDU

1.     Date: December 1, 2014

HIGHER EDUCATION

2.     Duke University, PhD, 1999
       Duke University, MA, 1995
       Brown University, BA, 1990

EXPERIENCE

3.     University of Miami, Program Director Women's and Gender Studies, 2014 - Present
4.     University of Miami, Associate Professor of Political Science, 2007 – Present
5.     University of Miami, Assistant Professor of Political Science, 2000 –2007

PUBLICATIONS

6.     BOOKS / EDITED COLLECTION

- *A Glass Half Full: Gender Quotas and Political Recruitment*, In Press, University of Michigan Press.

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

  Reviewed
  *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
  *German Politics* (Vol. 16, No. 1, March 2007)
  *German Politics and Society* (Vol. 25, No. 1, Spring 2007)
  *Party Politics* (Vol. 15, No. 2, March 2009)

- Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011).

7.     REFEREED ARTICLES
- "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Vol. 32, No. 2 (Summer 2014): 86 – 105.

- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.

**CONFIDENTIAL**                                        **UM/EEOC-D. SCHMICH - 3582**

REFEREED ARTICLES, CONT.

- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.

- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.

- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155

  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.

- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.

- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.

- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society*, Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.

- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.

- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.

  Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures*. New York: Routledge, pp. 88-101.

- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.

  - An earlier, German-language version appeared as "Eingikeit und Recht und die Nutzung positiver Freiheiten" with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung*, Velbrück Wissenschaft, 2001.

- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies*. Winter 2001, Vol. 7, No. 4: 37-62.

- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer:1 - 29.

- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55 - 91.

CONFIDENTIAL

8. BOOK CHAPTERS

- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality*. Co-author Sarah E. Wiliarty. St. Augustin, Germany: Konrad Adenauer Foundation, In Press.

- "Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU_Audit_of_Democracy_2012.pdf.

- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004: 105 - 128.

BOOK REVIEWS AND OTHER WORKS

- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 - 416.

- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages.

- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.

- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).

- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).

- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).

BOOK REVIEWS AND OTHER WORKS, CONT.

- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den … Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.
- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).
- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).
- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.
- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

## 8. WORK UNDER REVIEW / IN PROGRESS

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", article in progress.
- *Gendering Marginalized Interests* edited collection, preparing for peer review.

## PROFESSIONAL

## 9. FUNDED RESEARCH

- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

### 10. EDITORIAL RESPONSIBILITIES:

- *Journal of Women, Politics, and Policy*, Editorial Board
- *German Politics*, Editorial Board
- *German Politics and Society*, Editorial Board
- *Spektrum* (Book Series of the German Studies Association), Editorial Board

### 11. PROFESSIONAL AND HONORARY ORGANIZATIONS

- International Association for the Study of German Politics, Executive Board Member (2013 – Present; (Served as North American Secretary 2011-2013)
- German Studies Association Executive Board (2010 - 2013)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- Member, American Political Science Association
- Member, Midwest Political Science Association
- Member, Council for European Studies
- Member, German Studies Association

### 12. HONORS AND AWARDS

- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

### 13. POST-DOCTORAL FELLOWSHIPS

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

## 14. OTHER PROFESSIONAL ACTIVITIES

- American Political Science Association Best Dissertation in Women and Politics Award Committee Member (2014); Best Paper at the 2014 APSA Conference Award Committee member (2015)
- Member, Committee on the Future of the German Studies Association (2013-2014)
- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013
- Organized workshop on Gendering Marginalized Interests, University of Miami, 9 – 11 November 2012, sponsored by NSF Advance Grant
- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.
- Attended workshop "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.
- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, International Political Science Review, European Journal of Political Research, Comparative Political Studies, Party Politics, Democratization, Politics & Gender, Journal of Legislative Studies, Politics & Policy, German Politics, German Politics and Society*

## INVITED TALKS

- »Gender Quotas and Women's Legislative Representation Worldwide« given as the Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014.
- »The Needs of Rainbow Families and Policy Responses« presented at a workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014.

**CONFIDENTIAL**                                             **UM/EEOC-D. SCHMICH - 3587**

INVITED TALKS, CONT.

- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013.

- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.

- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to [...] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict

- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.

- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.

- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club

- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL

- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center

- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008

- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.

- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.

- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.

- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.

- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.

- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

CONFIDENTIAL

**RECENT CONFERENCE PARTICIPATION (2010 – 2014)**

- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper presented at the American Political Science Association Annual Meeting, Washington DC, 28 – 31 August, 2014.

- Discussant on Panel, "Sex, Sexuality, and Human Rights" American Political Science Association, Annual Meeting, Washington DC, 28. – 31. August 2014.

- Discussant on Panel "Quotas and Representation: and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

- Amending Germany's Same-Sex Partnership Law: Intersectionality and Policy Making in Germany 2001 – 2013," paper presented at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014 and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

- Discussant on Panel, "Gender, Family, and Policy: State Strategies and Responses" at the 21st Annual Conference of Europeanists, Washington, DC, 14. March 2014

- Panel organizer and chair, "Parties and Parliaments in Britain and Germany" at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014

- "Gendering Germany's Same-Sex Partnership Law" paper presented at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.

- Commentator on Panel "Germany's Changing Political Party Spectrum" at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.

- Organized Mini-Symposium on Gender and the Euro Crisis at the 20th International Conference of Europeanists, Amsterdam, 25. – 27. June 2013. Presented paper entitled "Which Women (if any) are Represented in a Period of Crisis? Intersectionality and Representation in the Eurozone."

- "Gender Quotas and Party Gatekeepers: Evidence from Germany" Paper Presented at the 71st Annual Meeting of the Midwest Political Science Association, Chicago, IL: 11. – 14 April 2013.

- "Gender Quotas and Women's Candidacies" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- Commentator on Panel "Are the Old Certainties Gone? Developments in Germany's Party System" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- "The Diffusion of Gender Quotas" Roundtable organizer and participant, 19th International Conference of Europeanists, Boston, MA, 23 March 2012.

- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

**RECENT CONFERENCE PARTICIPATION (2010 – 2014)**

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.

- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

<u>TEACHING</u>

14. TEACHING AWARD

- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

15. TEACHING SPECIALIZATION

- POL202: Introduction to Comparative Politics (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011; Summer 2010, 2011, 2013; Fall 2009, 2010, 2011, 2013)

- POL344 (also INS344 and WGS344) Gender and Politics New Course developed with Merike Blofield, Fall 2010, 2012, 2014.

- FSS190: Gender and Elective Office Worldwide: Freshie Seminar (Fall 2012)

- Contributed 2 weeks of lectures to UM's first WGS202: Introduction to LGBTQ Studies course, Spring 2012

- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010, 2014; Fall 2007, 2011)

- POL533/ 581: Comparative Political Economy of Post-Industrial Democracies *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011, 2014, Fall 2014.

- POL382: German Politics and Society (Summer 2009)

- POL391: Introduction To International Relations (Spring 2001, Spring 2002)

- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)
- WGS501: Senior Research Project (Fall 2014)

**16. THESIS AND DISSERTATION COMMITTEES**

PhD Dissertation Committees:
    Beatriz Danguillecourt
    Roberto Dominguez
    Angela Puentes
    Markus Thiel

Honors Undergraduate Theses

| | |
|---|---|
| Sarah Thompson (Chair) | Victor Munoz (Chair) |
| Ahmed Rigo (Committee Member) | Patti Mazzai (Committee Member) |
| Julia Wyda (Committee Member) | Ifdy Perez (Committee Member) |
| Cherine Smith (Committee Member) | Paul Bagley (Committee Member) |
| Jennifer Bonde (Committee Member) | Erin Pelletier (Chair) |
| Nessa Manten (Chair) | |

For-Credit Internships (POL520): Sarah Canale,     Paul Bagley, Alyssa Cundari

Directed Readings (POL599): Kyle Fontaine, Bijal Mehta, Antoinette Ragland

Women's and Gender Studies Senior Project (WGS501): Shelby Juarez


**17: OTHER TEACHING-RELATED ACTIVITIES**

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)


**SERVICE**

**18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE**

- University of Miami Women's and Gender Studies Program Director, 2014 - Present
- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – 2014
- University of Miami LGBTQ Scholarship Committee Member (2014)
- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010

**18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE, CONT.**

- Elected to College Council (2008 – 2011; 2014 - Present)
- Member, INS-POL merger committee (2008-9)
- POL Search Committee Member (Various 2001 – Present); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

**19. COMMUNITY ACTIVITIES**

- Miami German Ministry Committee Member (2009-2010; 2013 – Present)
- Member, German International Parent Association and Parent Teacher Associations, Miami-Dade County Public Schools (2009 – Present)
- Board of Directors, UM Canterbury Preschool (2009 – 2012; Vice President, 2010 – 2012)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007)
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Interviews with the *Christian Science Monitor, Deutsche Welle, Miami Herald, Orlando Sentinel, Diario las Americas,* and various European media outlets

UM/EEOC-D. SCHMICH - 3593

UNIVERSITY
OF MIAMI



**Office of the Provost**    P.O. Box 248033              Ph: 305-284-3386
                            Coral Gables, Florida 33124-4608   Fax: 305-284-1565
                            www.miami.edu/faculty_affairs    facultyaffairs.cg@miami.edu

March 25, 2015

Professor Louise K. Davidson-Schmich
College of Arts and Sciences
Department of Political Science
1300 Campo Sano, #140G

Dear Professor Davidson-Schmich:

I hope this letter finds all well with you. This will confirm that your request for
sabbatical leave has been approved.

You are now scheduled to be on sabbatical for the 2015-2016 academic year, effective
August 15, 2015 through May 15, 2016 at two-thirds pay.

As a reminder, you will be required to submit a report of your sabbatical activities to
Dean Leonidas G. Bachas within three months of your return to campus.

Please contact me at (305) 284-3386 if I may be of further assistance. Best wishes for an
energizing and productive sabbatical.

Sincerely,

Bill Tallman
Director, Faculty Affairs
and Assistant to the Vice Provost

cc:    Dean Leonidas G. Bachas

Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 44**

**CONFIDENTIAL**                              **UM/EEOC-D. SCHMICH - 3679**



## REQUEST FOR *TERMINATION OF* SECONDARY APPOINTMENT

*RECEIVED*

Date:   April 1, 2015

APR 1 5 2015

Name of Candidate:   Louise Davidson-Schmich

*DEAN'S OFFICE*
*COLLEGE OF ARTS & SCIENCES*

Current Rank: Associate Professor

Contribution to Department: non-participation in INS department meetings and activities; failure of merger, INS & POL which this appointment anticipated.

Is this a term appointment?  If yes, please note expiration date: the appointment was made in 2007, its termination in 2015 was made by vote of the INS faculty

**Secondary Approval at (School/ College):**

Department Chairperson:   Professor Richard Weisskoff

Dean:  Professor L. Bachas

**Primary Department Approval:**         **Department of**        Political Science

Department Chairperson:   Professor Jonathan West

Dean:  Professor L. Bachas

Other Approvals:

Vice Provost for Faculty Affairs:

---

Instructions:  The School/Department requesting the secondary appointment should complete this form, and attach a copy of the candidate's updated curriculum vitae.  The completed packet should be routed to obtain the approval of the respective Deans and Chairs, and then sent to The Office of Faculty Affairs, 140 Ashe Building, Coral Gables Campus, Locator #4608.

If this appointment is to be terminated, please forward appropriate notification to the Dean of the primary School/College, and to The Office of Faculty Affairs.

Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 45**

Revised 12/12

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

### Summary of Activities for 2015 Calendar Year

### Tenured and Tenure-Track Faculty

Name: Louise K. Davidson-Schmich    Dept: POL         Date: January 2016

**The information on this form should reflect only activities occurring between January 1 and December 31, 2015, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please do not write on back of page. Please attach a copy of your vita to put these activities in perspective.**

A. **Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

1. Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

- I completed the revisions, copy edits, and indexing of my University of Michigan Press single-authored book *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany*; it will be released in early 2016.

- I edited a volume with the working title *Added to the Agenda: How Multiply-Marginalized Groups can Gain Policymakers' Attention*, currently under review at the University of Michigan Press. In this volume I wrote the introductory and concluding chapters, as well as a substantive chapter, and also solicited and edited 7 substantive chapters.

    o The University of Michigan Press is ranked #7 among political science publishers according to the American Political Science Association's *PS* journal.

- I received a Fulbright Grant to go to New Zealand in Spring 2016 to begin work on my new research project involving female Prime Ministers Jenny Shipley and Helen Clark.

- I wrote a textbook chapter for Paulette Kurzer's McGraw Hill Textbook *Comparative Governance*.

2. Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

    a. Refereed

1) Book Chapter:

    "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" in *The Merkel Republic: An Appraisal*. Edited by Eric Langenbacher, New York: Berghahn Books, 2015, pp. 102 – 120.

2) Single-authored book in press:

*Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany*, University of Michigan Press. Forthcoming early 2016.

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 46**

CONFIDENTIAL                                      UM/EEOC-D. SCHMICH - 3596

Name: <u>Davidson-Schmich, Louse K.</u>

2015 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

## A.  Research, Scholarly, or Creative Activities (continued)

3) Edited Volume Submitted for Peer Review:

*Added to the Agenda: How Multiply Marginalized Groups can Gain Policymakers' Attention*, Under Exclusive Review at University of Michigan Press (Review request from Temple University Press pending)

b. <u>Unrefereed</u>

<u>Published</u>

"What Germany's Gender Quotas for Candidates Can Teach Us about Quotas for Women on Corporate Boards" invited contribution to the *International Association for the Study of German Politics Blog*, published January 26, 2015. Available at:

https://iasgp.wordpress.com/2015/01/26/what-germanys-gender-quotas-for-candidate-can-teach-us-about-its-gender-quotas-for-corporate-boards/

"Review of Konrad Jarausch's *United Germany: Debating Processes and Prospects*" in *German Politics and Society*, Issue 115, Vol. 33, No. 3 (Autumn 2015): 88 – 107.

<u>In Press</u>

"Germany" textbook chapter for *Comparative Governance*, McGraw Hill, edited by Paulette Kurzer.

4. Other creative or scholarly activities **in progress**, with anticipated timeline:

Beginning project on female Prime Ministers of New Zealand, Jenny Shipley and Helen Clark. Field research: January – July 2016.

"LGBTI Politics in Germany Since Unification: Domestic and European Influences" Article to be submitted to *German Politics* in Spring 2016 as part of a special issue edited by Sabine Lang, Joyce Mushaben, and Frank Wendler.

5. Funded research (agency, dates of award, amount):

a. <u>Proposals funded</u>

Fulbright New Zealand U.S. Scholar; Spring 2016, NZ Dollars $32,500 (US $22,000).

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 3597

Name: <u>Davidson-Schmich, Louse K.</u>

2015 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

**B. Editorial responsibilities, grant and manuscript reviews, etc.:**

Editorial Board: *German Politics, German Politics and Society, Journal of Women Politics & Policy,* and *Spektrum,* the book series of the German Studies Association.

Reviewed Manuscripts for:

- *Comparative Politics*
- *Electoral Studies*
- *German Politics*
- *International Feminist Journal*
- *International Political Science Review*
- *Political Research Quarterly*
- *Politics & Gender*

**C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):**

1. Invited conferences or presentations:

- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Lunch Colloquium, <u>Women's and Gender Studies Program</u>, University of Miami, October 23, 2105.

- "A Glass Half Empty: Candidate Gender Quotas and Political Recruitment" presented at an international workshop entitled "Approaching final destination: Envisioning gender equality as outcome" held at <u>Florida International University</u>, March 19-20, 2015.

2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Paper presented at the <u>German Studies Association's</u> 39th Annual Conference, October 1 – 4, 2015, Washington, DC

- "Gender Quotas and Women's Candidacies" Paper Presented at the Annual Meeting of the <u>American Political Science Association</u>, 3 – 6 September 2015, San Francisco CA

- Chair and Discussant on Panel "Gender Quotas II: Substantive Representation" at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco, CA

- Discussant on Panel "Gender, Recruitment, and Political Campaigns," <u>European Conference on Politics and Gender</u>, Uppsala, Sweden, 11 - 13 June 2015

- "A Method for Researching Gender Quotas and Political Recruitment" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

3. Service to Professional Organizations

- International Association for the Study of German Politics, Executive Board Member

- German Studies Association Nominating Committee

Page 3 of 5

**CONFIDENTIAL**

UM/EEOC-D. SCHMICH - 3598

Name: Davidson-Schmich, Louse K.

2015 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

- American Political Science Association Best Paper Award for Women and Politics Research Section, Selection Committee Member

- American Friends of the Alexander von Humboldt Foundation's Humboldtian on Campus for UM

- Alumni Council Member, American Friends of the Alexander von Humboldt Foundation

## D. Teaching:

**Note: If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction. (Examples: Spring 15, 1 course, research release, salary paid by grant; Fall 15, 2 courses, sabbatical leave).**

Courses taught:

a. Spring '15

In the spring I developed a new course, LGBTI Politics, offered as a combined section between POL and WGS. I also supervised two independent studies in political science, and two senior projects in Women's and Gender Studies. I had a one course release because I served as Director of Women's and Gender Studies.

| Course # | Section | Crs | Title | Enrollment | Evals? | Mean Q#10 | Mean Q#6 |
|---|---|---|---|---|---|---|---|
| POL569/ WGS 410 | O | 3 | LGBTI Politics | 14 | Yes | 4.5* | 4.3* |
| POL590 | 01 | 3 | Directed Readings | 2 | Yes | 5.0 | 5.0 |
| WGS505 | 01 | 3 | Senior Project | 2 | No | | |

*Score for POL569 and WGS410 combined.

b. Fall '15

Two Course Release, Sababtical

c. Summer '15

None

## E. Advising and Mentoring:

1. Undergraduate Advising Activities:
   a. Freshmen: # 0      Upperclassmen: # 19 political science majors
   b. Special program participation--describe, i.e.

Advised all Women's and Gender Studies majors and minors and all LGBTQ Studies majors and minors in Spring 2015.

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3599**

Name: <u>Davidson-Schmich, Louse K.</u>

2015 Calendar Year
Tenured and Tenure-Track Faculty Summary of Activities

## F. Service:

1. Department, College, and University committees:

- LGBTQ Taskforce (Spring 2015)
- LGBTQ Scholarship Committee, Chair (Spring 2015)
- Trained as an Ibis Ally (support person for LGBTQ students; ongoing)
- Search Committee, Comparative Politics Position (Fall 2015, while on sabbatical)

2. Administrative responsibilities:

- Director, Women's and Gender Studies (Spring 2015)

3. Community service:

- Coral Gables United Church of Christ German Ministry Miami, Steering Committee Member
- German International Parent Association and PTA Member, Miami Dade County Public Schools

4. Scholarly consulting activity on civic or public projects, or in public education initiatives:

- Attended UM's Summer Writing Institute

- Consulted as a country expert on Germany for two international research projects:

    - Gender Party Positions Expert Survey
    - Varieties of Democracy (V-DEM) Project

## G. Honors and Awards:

Awarded Fulbright New Zealand US Scholar Award for Spring 2016.

I have disclosed my Outside Professional Activities (OPAs) and completed the Conflict of Interest (COI) through the Disclosure Profile System (DPS; www.miami.edu/dps).

_Laura R. Davidson Schmich_

1/6/16

_____        _____
Faculty Signature                 Date

CONFIDENTIAL          UM/EEOC-D. SCHMICH - 3600

**LOUISE K. DAVIDSON-SCHMICH**

ASSOCIATE PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
CORAL GABLES, FL
(305) 284-2143
DAVIDSON@MIAMI.EDU

1.  Date: January 1, 2016

## HIGHER EDUCATION

2.  Duke University, PhD, 1999
    Duke University, MA, 1995
    Brown University, BA, 1990

## EXPERIENCE

3.  University of Miami, Associate Professor of Political Science, 2007 – Present
4.  University of Miami, Program Director Women's and Gender Studies, 2014 - 2015
5.  University of Miami, Assistant Professor of Political Science, 2000 –2007

## PUBLICATIONS

6.  **BOOKS / EDITED COLLECTION**

- *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany*, University of Michigan Press, Forthcoming (2016).

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

    Reviewed
      *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
      *German Politics* (Vol. 16, No. 1, March 2007)
      *German Politics and Society* (Vol. 25, No. 1, Spring 2007)
      *Party Politics* (Vol. 15, No. 2, March 2009)

- Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011).

7.  **REFEREED ARTICLES**

- "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Vol. 32, No. 2 (Summer 2014): 86 – 105.

- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.

UM/EEOC-D. SCHMICH - 3601

REFEREED ARTICLES, CONT.

- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.

- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.

- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155

  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.

- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.

- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.

- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society,* Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.

- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.

- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.

  Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures.* New York: Routledge, pp. 88-101.

- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.

  - An earlier, German-language version appeared as "Einigkeit und Recht und die Nutzung positiver Freiheiten" with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung,* Velbrück Wissenschaft, 2001.

- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Winter 2001, Vol. 7, No. 4: 37-62.

- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer:1 - 29.

- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55 - 91.

8.  **BOOK CHAPTERS**

- "Germany" in Paulette Kurzer, Ed. *Comparative Governance,* McGraw Hill, Forthcoming,

- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality.* Co-author Sarah E. Wiliarty. St. Augustin, Germany: Konrad Adenauer Foundation, In Press.

- "Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union,* edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU_Audit_of_Democracy_2012.pdf.

- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited,* New York: Routledge, 2004: 105 - 128.

**BOOK REVIEWS AND OTHER WORKS**

- Review of Konrad H. Jarausch's "United Germany: Debating Processes and Prospects" *German Politics and Society.* Issue 115, Vol. 33, No 3 (Autumn): 88 – 91.

- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 – 416.

- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages.

- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.

- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).

- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).

BOOK REVIEWS AND OTHER WORKS, CONT.

- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).

- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den ... Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.

- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).

- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).

- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.

- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

## 8. WORK UNDER REVIEW / IN PROGRESS

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?", article in progress.

- *Added to the Agenda: How Multiply Marginalized Groups can Gain Policy Makers' Attention,* edited collection, under review at a university press.

- "LGBTI Politics in Germany Since Unification: Domestic and European Influences" Article to be submitted to *German Politics* as part of a Special Issue edited by Sabine Lang, Joyce Mushaben, and Frank Wendler.

<u>PROFESSIONAL</u>

**9. FUNDED RESEARCH**

- Fulbright New Zealand U.S. Scholar, February – June 2016, $21,200 (NZ $32,500)
- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

**10. EDITORIAL RESPONSIBILITIES:**

- *Journal of Women, Politics, and Policy*, Editorial Board
- *German Politics*, Editorial Board
- *German Politics and Society,* Editorial Board
- *Spektrum* (Book Series of the German Studies Association), Editorial Board

**11. PROFESSIONAL AND HONORARY ORGANIZATIONS**

- International Association for the Study of German Politics, Executive Board Member (2013 – Present; (Served as North American Secretary 2011-2013)
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- German Studies Association Executive Board (2010 - 2013)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Member, American Political Science Association
- Member, Midwest Political Science Association
- Member, Council for European Studies
- Member, German Studies Association

**12. HONORS AND AWARDS**

- Fulbright New Zealand US Scholar (Spring 2016)
- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

**13. POST-DOCTORAL FELLOWSHIPS**

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

**14. OTHER PROFESSIONAL ACTIVITIES**

- American Political Science Association Best Dissertation in Women and Politics Award Committee Member (2014); Best Paper at the 2014 APSA Conference Award Committee member (2015)
- Member, German Studies Association Nominating Committee (2015)
- Member, Committee on the Future of the German Studies Association (2013-2014)
- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013
- Organized workshop on Gendering Marginalized Interests, University of Miami, 9 – 11 November 2012, sponsored by NSF Advance Grant
- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.
- Attended workshop "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.

                                     UM/EEOC-D. SCHMICH - 3606

- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, Comparative Political Studies, Comparative Politics, Democratization, Electoral Studies, European Journal of Political Research, German Politics, German Politics and Society, International Feminist Journal of Politics International Political Science Review, Journal of Legislative Studies, Party Politics, Politics & Gender, Politics & Policy, Political Research Quarterly*

## INVITED TALKS

- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Lunch Colloquium, Women's and Gender Studies Program, University of Miami, October 23, 2105.
- "A Glass Half Empty: Candidate Gender Quotas and Political Recruitment" presented at an international workshop entitled "Approaching final destination: Envisioning gender equality as outcome" held at Florida International University, March 19-20, 2015.
- "Gender Quotas and Women's Legislative Representation Worldwide« given as the Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014.
- »The Needs of Rainbow Families and Policy Responses« presented at a workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014.
- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013.
- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.
- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to [...] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict
- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.
- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club
- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL

**UM/EEOC-D. SCHMICH - 3607**

INVITED TALKS, CONT.

- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center

- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008

- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.

- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.

- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.

- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.

- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.

- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

## RECENT CONFERENCE PARTICIPATION (2010 – 2015)

- "LGBTI Politics in Germany Since Unification: Domestic and European Influences" Paper Presented at the German Studies Association Annual Meeting, 2. October 2015, Washington, DC

- "Gender Quotas and Women's Candidacies" Paper Presented at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco CA

- Chair and Discussant on Panel "Gender Quotas II: Substantive Representation" at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco, CA

- Discussant on Panel "Gender, Recruitment, and Political Campaigns", European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

- "A Method for Researching Gender Quotas and Political Recruitment" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

UM/EEOC-D. SCHMICH - 3608

**RECENT CONFERENCE PARTICIPATION (2010 – 2015), CONT.**

- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper presented at the American Political Science Association Annual Meeting, Washington DC, 28 – 31 August, 2014.

- Discussant on Panel, "Sex, Sexuality, and Human Rights" American Political Science Association, Annual Meeting, Washington DC, 28. – 31. August 2014.

- Discussant on Panel "Quotas and Representation: and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

- Amending Germany's Same-Sex Partnership Law: Intersectionality and Policy Making in Germany 2001 – 2013," paper presented at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014 and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

- Discussant on Panel, "Gender, Family, and Policy: State Strategies and Responses" at the 21st Annual Conference of Europeanists, Washington, DC, 14. March 2014

- Panel organizer and chair, "Parties and Parliaments in Britain and Germany" at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014

- "Gendering Germany's Same-Sex Partnership Law" paper presented at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.

- Commentator on Panel "Germany's Changing Political Party Spectrum" at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.

- Organized Mini-Symposium on Gender and the Euro Crisis at the 20th International Conference of Europeanists, Amsterdam, 25. – 27. June 2013. Presented paper entitled "Which Women (if any) are Represented in a Period of Crisis? Intersectionality and Representation in the Eurozone."

- "Gender Quotas and Party Gatekeepers: Evidence from Germany" Paper Presented at the 71st Annual Meeting of the Midwest Political Science Association, Chicago, IL: 11. – 14 April 2013.

- "Gender Quotas and Women's Candidacies" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- Commentator on Panel "Are the Old Certainties Gone? Developments in Germany's Party System" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- "The Diffusion of Gender Quotas" Roundtable organizer and participant, 19th International Conference of Europeanists, Boston, MA, 23 March 2012.

- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.

                    UM/EEOC-D. SCHMICH - 3609

**RECENT CONFERENCE PARTICIPATION (2010 – 2015), CONT.**

- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011, mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

## TEACHING

### 14. TEACHING AWARD

- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

### 15. TEACHING SPECIALIZATION

- POL202: Introduction to Comparative Politics (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011; Summer 2010, 2011, 2013; Fall 2009,  2010, 2011, 2013)
- POL344 (also INS344 and WGS344) Gender and Politics (Fall 2010, 2012, 2014).
- FSS190: Gender and Elective Office Worldwide: Freshie Seminar (Fall 2012)
- POL569 (also WGS469): LGBTI Politics (Spring 2015); also Contributed 2 weeks of lectures to UM's first WGS202: Introduction to LGBTQ Studies course, Spring 2012
- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010, 2014; Fall 2007, 2011)
- POL533/ 581: Comparative Political Economy of Post-Industrial Democracies *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011, 2014, Fall 2014.
- POL382: German Politics and Society (Summer 2009)
- POL391: Introduction To International Relations (Spring 2001, Spring 2002)
- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)
- WGS501: Senior Research Project (Fall 2014)

**16. THESIS AND DISSERTATION COMMITTEES**

PhD Dissertation Committees:
    Beatriz Danguillecourt
    Roberto Dominguez (now Associate Professor, Suffolk University, Boston)
    Markus Thiel (now Associate Professor, Florida International University, Miami)

Honors Undergraduate Theses

| | |
|---|---|
| Sarah Thompson (Chair) | Victor Munoz (Chair) |
| Ahmed Rigo (Committee Member) | Patti Mazzai (Committee Member) |
| Julia Wyda (Committee Member) | Ifdy Perez (Committee Member) |
| Cherine Smith (Committee Member) | Paul Bagley (Committee Member) |
| Jennifer Bonde (Committee Member) | Erin Pelletier (Chair) |
| Nessa Manten (Chair) | |

For-Credit Internships (POL520): Sarah Canale, Paul Bagley, Alyssa Cundari

Directed Readings (POL599): Kyle Fontaine, Bijal Mehta, Antoinette Ragland, Nana Amaning

Women's and Gender Studies Senior Project (WGS501): Shelby Juarez

**17: OTHER TEACHING-RELATED ACTIVITIES**

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

**SERVICE**

**18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE**

- University of Miami Women's and Gender Studies Program Director, 2014 – 2015
- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – 2014
- University of Miami LGBTQ Scholarship Committee Member (2014 - 2015)
- University of Miami LGBTQ Taskforce (Spring 2015)
- University of Miami IBIS Ally (2015 – Present)
- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010

**18. UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE, CONT.**

- Elected to College Council (2008 – 2011; 2014 - 2015)
- Member, INS-POL merger committee (2008-9)
- POL Search Committee Member (Various 2001 – Present); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

**19. COMMUNITY ACTIVITIES**

- Miami German Ministry Committee Member (2009-2010; 2013 – Present)
- Member, German International Parent Association and Parent Teacher Associations, Miami-Dade County Public Schools (2009 – Present)
- Board of Directors, UM Canterbury Preschool (2009 – 2012; Vice President, 2010 – 2012)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007)
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Various media interviews

UM/EEOC-D. SCHMICH - 3612

**Louise K. Davidson-Schmich: Career Assessment April 2016**

I am pleased to provide the following summary of my professional activities since earning tenure in 2007. The discussion below first elaborates upon my international reputation as a scholar, then turns to my extensive service to the profession as a whole and to the University of Miami in particular, and concludes by detailing my strong teaching record.

## Research

My dissertation, first book (*Becoming Party Politicians*, Notre Dame 2006), and related articles established my scholarly reputation as an expert in German politics. Since earning tenure I have both deepened my expertise in German politics and further earned a reputation as an expert in comparative gender politics. This recognition is clearly international in scope, as I have been invited to present my research and perform professional service around the globe. The core intellectual concern of my work has been to understand and explain how "outsiders" might achieve representation in democracies; methodologically, I have done so through careful social scientific research designs that allow me to extract causal leverage from the German (and now New Zealand) case. The outsiders upon which my pre-tenure work focused were eastern Germans, a regional minority within the Federal Republic. My more recent research has concentrated on women, including minority women, as they have become increasingly represented in political life. This post-tenure work manifests itself in four interrelated strands.

### The Impact of Gender Quotas

First, while collecting data for my pre-tenure book (with its empirical focus on German state legislatures) I became interested in explaining the varying percentages of women represented in Germany's sixteen state legislatures. This led to several post-tenure projects relating to gender quotas – policies adopted to promote female candidates – their enforcement, and their limits in including women in the democratic process. The resulting journal articles were published in *Party Politics, German Politics, German Politics and Society*, and the *Zeitschrift für Parlamentsfragen*, a leading German-language journal akin to *Legislative Studies* in the United States. The two *GPS* pieces were also reprinted in edited volumes covering the 2009 and 2013 Bundestag elections. These articles empirically documented the effect that gender quotas have had on women's descriptive representation (their numbers in elected bodies) in the Federal Republic. I demonstrated that quotas did indeed increase the numbers of women in various German legislatures, but that they were not uniformly enforced – for example, they are often ignored in rural areas. Moreover, I found that quotas have had only a very limited "spillover" effect onto nominations for elective offices and leadership positions not subject to these affirmative action policies. This research has been widely referenced by other scholars studying the impact of gender quotas around the world; the *Party Politics* article, for example, has been cited almost 100 times according to Google Scholar. It has made an important contribution to the emerging political science literature on when and how gender quotas can increase women's political representation.

The culmination of my research on quotas to date is my single-authored 2016 University of Michigan Press book *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Offices in Germany*. Michigan is the 7th ranked political science book publisher[1] and my monograph was published

---

[1] Ranking according to the American Political Science Association's "Journal of Record for the Profession" *PS*, April 2011, 378. Available here: doi:10.1017/S1049096511000229



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 47**

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 2975**

in their New Comparative Politics series – a series edited by some of the most prominent scholars in comparative politics. The book's findings were based on fieldwork funded by the Alexander von Humboldt foundation from whom I received close to $9000 to fund a series of personal interviews with, and a mail survey of, (potential) candidates for elective office in the Federal Republic.

Prior to my book, research on quotas examined the women and men who won office or, at times, those who appeared on the ballot, but neglected developments earlier in the political recruitment process. Books addressing gender and political recruitment systematically investigated men's and women's propensity to obtain the qualifications allowing them to run for office, to develop political aspirations, and to be recruited as candidates by party leaders, but none had done so in a context where gender quotas had been successfully implemented, although some books had examined cases where quotas failed. My book extended the study of quotas in a new direction, focusing far earlier in the political recruitment process than other monographs. It expanded the field's knowledge of gender and political recruitment to a setting where affirmative action is used and introduced a new method of studying quotas' impact on political recruitment. Drawing on an original survey of, and interviews with, members of Germany's candidate pool – male and female political party members active at the grass-roots level – the book empirically examined quotas' impact on earlier, previously unexplored, phases of the democratic process. It investigated whether quotas and the corresponding increases in women's descriptive representation have led similar percentages of men and women to join political parties, aspire to elective office, pursue ballot nominations, and to be selected as (winning) candidates. The book also probed whether quotas have mitigated discriminatory practices on the part of party gatekeepers. In contrast to others' previous work, my book was able to offer an explanation of *how* quotas increase women's descriptive representation and to assess whether their objectives have been met thoroughly.

I argued that, although quotas have indeed led to marked increases in women's presence in legislatures, they have only had mixed success at obtaining their other goals. Quotas have prompted parties to promote their female members to positions of inner-party leadership more often than their male members, qualifying women to run for elective office, and, in parties with parity or near-parity gender quotas, quotas have rendered female party members more likely than their male counterparts to be asked by the party to run for elective office, to appear on the ballot, and to win elections. However, these results occur in part because quotas have been unable to spur equal numbers of women and men to join political parties and to aspire to elective office in the first place, creating favorable opportunity structures for the few women who do want to enter politics. In short, quotas have succeeded in some, but not all, of their goals and additional changes – greater gender equality in the private sphere and a feminization of masculinized political parties -- are needed to more fully achieve gender-equal participation in democracy.

The book appeared in print in early 2016 there have been no published reviews to date; should they become available I will forward them via my chair Dr. Jonathan West. Here I include comments from the two peer reviews of the book manuscript commissioned by the University of Michigan Press along with the series editor's evaluation. One external reviewer described the *Gender Quotas and Democratic Participation* as follows:

> The book is no less than a breakthrough in the empirical study of gender politics. It examines the validity of several claims that were used to justify the use of quotas but were never or only partially checked. It is thus also a solid starting point for future studies that may re-examine its findings in different contexts. Moreover, it suggests an innovative approach to the study of political recruitment, a field that became quite boring due to its repetitive findings (members of

*Davidson-Schmich Career Assessment, Page 2*

parliament are usually middle upper class white men....).  Beyond its excellent contribution to gender studies the book has a theoretical and methodological contribution.... There are several books that deal with women representation and with quotas. The author knows them well and stands on their shoulders.  But I do not see any competition there because while they belong to the same research area, none offers such an evaluation of the impact of quotas, not of this magnitude, not of this level of sophistication. In short, it is the best of its kind as much as I can evaluate it.

The other external reviewer for the Press wrote:

> The book pushes beyond existing literature on both women's recruitment into office and on party quotas. First, by exploring women's recruitment to political office in Germany, it shifts attention from Anglophone countries with a more entrepreneurial style of recruitment to a context where party discipline is essential and where quotas have been implemented. Second, by looking at the way women arrive on party lists, it shifts the focus of literature on quotas from women being elected to women being recruited. In doing so, it contributes valuable new insight on the effects of opportunity structures, motivations, and environmental contexts. The study is a nicely executed piece of research in comparative politics. It demonstrates a deep knowledge of the political landscape of Germany. Beyond this area specialization, it also reveals a thorough familiarity with international literature on quotas and draws conceptual insights from this literature, offering significant new findings regarding their impacts. It will no doubt resonate way beyond those studying German politics.

In his comments to the Michigan editorial board, series editor Michael Laver wrote of the manuscript:

> While this is a single country study (of Germany), the core substantive argument addresses an issue of considerable importance.... as Referee B notes, "what happens before candidates appear on a list for election", which is what one of my colleagues once memorably called in a book title *The Secret Garden of Politics*. This is a topic that is of much more than "academic" interest, since this is a ... political issue around the world with substantial implications for real world public policy.


*The Impact of a Self-Described Quota Woman: German Chancellor Angela Merkel*

This first strand of my post-tenure research examines the impact of gender quotas on (potential) candidates and legislators in Germany. While this scholarship shed considerable light on the mixed impact of quotas on political recruitment, women's descriptive representation, gatekeeper behavior vis-à-vis potential female candidates, and the symbolic representation of women, it did not look much at women's substantive representation, that is, whether the women who achieved elective office through quotas were in turn able to speak on behalf of other women and girls once in office.  A second thread of my post-tenure research, therefore, concentrated on the impact of one particular self-described quota woman, German Chancellor Angela Merkel. Funded by over $5000 from the International Association for the Study of German Politics (IASGP), the Alexander von Humboldt Foundation, and the University of Miami, I hosted a 2009 workshop with scholars from the US and Germany about the influence Merkel's gender had on her first two terms as *Bundeskanzlerin*.

This workshop resulted in a special issue of *German Politics* that I edited, appearing in 2011. In my theoretical introduction and conclusion to the special issue, I made the case that in order to understand

*Davidson-Schmich Career Assessment, Page 3*

how Merkel has sought to represent "women's interests" we need to understand how Merkel's – or any other female chief executive's -- life experiences have led her to define these interests. In other words, it is not possible to specify *a priori* a uniform way in which female presidents or prime ministers will seek to substantively represent women or govern their countries. Merkel's actions in Germany have been shaped by her background as a PhD-holding physicist socialized in Eastern Germany; her government has, for example, passed policies promoting professional women, including women in academia and business, and has prioritized human rights in Eastern Europe. This understanding of Merkel has become "textbook," cited in a recent overview of German politics (Padgett, Paterson, and Zohlnhöfer, 2014, 107).

*Female Prime Ministers and the Substantive Representation of Women in New Zealand and Elsewhere*

The above work on Merkel and my hypothesis that a female prime minister's life experiences shape her substantive representation of her countrywomen led me to begin a third strand of research, this time broadening my scope beyond the German case to study other women chief executives. In 2011 I co-organized a mini-symposium on "Analyzing Female Leadership" as part of the Council for European Studies (CES) conference in Barcelona, Spain and, on my own, a similar mini-symposium on "Gender and the Euro Crisis" at the CES conference in Amsterdam, Netherlands in 2013. (Both of these conferences had a very low rate of proposal acceptance, given their timing and locations.) The papers I prepared for these symposia served as the basis for a successful Fulbright grant proposal.

I was awarded a Fulbright New Zealand US Scholarship (over $20,000) to research New Zealand's two, very different, female Prime Ministers, Jenny Shipley and Helen Clark; fewer than one in ten Fulbright applicants to New Zealand were funded in the cycle during which I applied. As of this writing I am currently in Wellington, preparing a journal article entitled "How do Female Prime Ministers Promote 'Women's Interests'?" and laying the groundwork for a book-length treatment of Shipley and Clark. I will speak about this research in the coming months at invited talks held at the Victoria University of Wellington in New Zealand, the Australian National University in Canberra, Australia and at the 2016 American Political Science Association meeting in Philadelphia.

*Intersectional Groups and Public Policy Making in Germany*

One commonality of women appointed Prime Minister worldwide to date is that virtually all have been well-educated, professional, able-bodied, heterosexual members of the dominant racial and ethnic group within their countries. As a result, they – along with most other political actors – have tended to prioritize the concerns of similar women, overlooking the problems faced by less empowered women in their societies. This observation prompted a fourth strand of my research to date. In late 2012, funded by a $2500 National Science Foundation Award (administered by UM's SEEDS program), I hosted a workshop held at the University of Miami to lay the groundwork for an edited volume examining minority women and public policy in Germany.

The result of this workshop was book I edited, now under contract with the top-ranked University of Michigan Press, tentatively entitled *Intersectionality and Public Policy Making in Germany*.[2] It features

---

[2] The manuscript is complete and final revisions in response to reviewer comments are due at the press October 7, 2016.

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 2978

chapters by scholars from the United States, Canada, Germany, and Austria examining how immigrant women and girls, female soldiers, disabled women, intersex citizens, East German women, working class women, and lesbians have been able to influence public policy making in Germany. In addition to writing the volume's introduction and conclusion, I contributed a substantive chapter on lesbians and the debate over marriage and parenting rights in Germany. This research also led to an article currently under review at *German Politics* entitled "LGBTI Rights in Germany since Unification: Domestic and European Influences." References to my work on the marriage equality debate underpin the leading textbook on German politics' coverage of gay rights in the Federal Republic (Conradt and Langenbacher, *The German Polity 10ᵗʰ Edition*).

The main finding of my edited volume is that intersectional groups of women require allies in order to make their voices heard in German public policy debates. Such alliances can be "top down" ones, involving international pressure on the national government (for example from the EU or UN), "bottom up" support from other (non-intersectional) interest groups within the domestic arena, or via national-level politicians and bureaucrats who appropriate minority women's (purported) interests to serve their own political ends. The various routes to agenda access were not all equally effective in achieving an intersectional group's desired policy outcomes, however, and the three pathways were also not equally accessible to the intersectional groups studied. The book's findings thus shed light on the differential power possessed by the intersectional groups examined in the volume.

The three peer reviews of the complete draft manuscript commissioned by the University of Michigan Press were quite favorable, and I include excerpts of them here. One reviewer maintained:

> The selection of groups is fabulous and the organization of the book into 'top down', 'convergence with policy maker interests' and 'bottom up' is novel and useful for other studies that address collective action. The key contribution is that it ... extends the intersectional lens which is most commonly applied to gender, race and class to other identity positions that have been overlooked in political science. To my knowledge there is no book which provides and (*sic*) overview of so many different groups and intersections. It makes a unique contribution to the field.

A second reviewer wrote:

> The volume seeks to address how intersectional interests may successfully have their policy goals met within the German political system.  The volume does an excellent job of gathering diverse intersectional interests which should appeal to a broad audience.  Furthermore, by holding the location (Germany) and the element of gender constant (except for intersex interests), the volume allows the reader to identify factors that are more or less important across the case studies.  The case studies are robust and interesting.  I think this volume is a great addition not only to intersectional studies, but to the literatures on social/political/legal mobilization, and the comparative study of diversity issues. ... I think that there is very little scholarship on comparative intersectionality in the European context.... this book will be a very important contribution to this literature. ... It's an excellent volume.

The third peer reviewer asserted:

> Intersectionality is a term that is thrown into a lot of gender studies, but this work is the first I have seen that applies this construct in a consistent, logically structured fashion. The editor's  Introduction and concluding chapter  does (*sic*) a  very  compelling  job  of  outlining the complicated nature of this type of research, and  very good  reasons as to why German[y] is a

CONFIDENTIAL

great place, politically and institutionally speaking, to begin "unpacking" those complexities. The case studies are very well chosen, and the types of intersectional marginalization they represent open the door to many future comparative research investigations. This is a book than can and should appeal to a much broader community committed to the study of various forms of marginalization beyond the world of German experts. I am not aware of any other existing publications along these lines, confirming my sense that this book could be a real "trail-blazer." The text could prove very useful to a wide assortment of comparative scholars interested in gender, ethnicity and other forms of marginalization – [in] particular those following "multiple discrimination" debates at the EU level.

*Additional Research-Related Activities*

In addition to these four major lines of post-tenure research I have also published a number of non-peer reviewed pieces since earning tenure, including the chapter on Germany in McGraw Hill's introductory *Comparative Governance* textbook, eight book reviews, an invited introduction to a book about German Members of Parliament published by the Konrad Adenauer Foundation, as well as general interest portrayals of my work commissioned by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics. I also contributed a chapter on "Political Parties and European Parliament Election Campaign Content" to a peer-reviewed book published by the European University Institute; it was co-written with a University of Miami International Studies PhD candidate, Eloisa Vladescu. Finally, I have been invited to speak about my research nineteen different times since earning tenure, including making academic and non-academic presentations to audiences in the Miami area and in Germany as well as giving talks to university audiences across the US, in New Zealand, and Australia. Since 2010 I have presented seventeen papers at conferences and served as a panel discussant or chair on ten different occasions.

Through these many research activities I have cultivated an international academic reputation as a leading expert on German and gender politics. This reputation manifests itself in the numerous service opportunities extended to me by a global range of professional associations.

<u>Service</u>

Since earning tenure, I have engaged in extensive service, both to the profession as a whole and to the University of Miami in particular. I detail these activities here.

*Service to the Profession*

My service to the profession has involved five primary components: service to the Women and Politics Section of the American Political Science Association (APSA), to the interdisciplinary German Studies Association (GSA), to the British-based International Association for the Study of German Politics (IASGP), to the American Friends of the German-based Alexander von Humboldt Foundation, and finally, via multiple academic editorial board memberships and peer reviewing.

In 2014 I was asked along with two other scholars to serve on **APSA's** Best Dissertation in Women and Politics award committee to select the best PhD thesis defended that year on the subject of gender

*Davidson-Schmich Career Assessment, Page 6*

politics. The following year I was tapped for membership on the three-person award committee to select the Women and Politics section's Best Paper at the 2014 APSA Conference.

Since tenure I have also performed extensive service to the US-based interdisciplinary **German Studies Association** as well. In 2009 I chaired the GSA's Prize Committee for the *Deutsch-Amerikanische Wissenschaftsbeziehungen* Award for the Best Paper Presented at the 2008 German Studies Association Conference by a Social Scientist within Five Years of the Doctorate. The following year I was elected to the GSA's Executive Board (2010-2013) in a competitive election determined by the organization's over 2,000 members. I was asked by the Board to serve as the Session Coordinator for the Political Science section of the GSA's 2011 Annual Conference held in Oakland, CA. Following the end of my term on the Board, its members requested my continued service on the Committee on the Future of the German Studies Association (2013-2014) and subsequently on the 2015 Nominating Committee to select candidates to run for the GSA Executive Board last year.

My professional service has extended beyond the borders of the United States to the UK-based **International Association for the Study of German Politics**. In 2011 I was elected to be North American Secretary of the IASGP. In this role I compiled the Association's semiannual newsletter, coordinated the organization's Related Group panels at the yearly APSA Annual Meeting and at the Council for European Studies' biennial North American conferences. The IASGP's General Membership Meeting, which I coordinated, was held during the latter get-togethers. Following the end of my term as Secretary in 2013, I was elected to the Executive Board of the Association, a position which I still hold. In addition to this service, I was asked to contribute to the Association's blog and invited to attend the IASGP's election observation trips to Berlin to witness first-hand the 2009 and 2013 German national elections.

A final organization that has solicited my service is the **American Friends of the Germany-based Alexander von Humboldt Foundation**. For the past several years, Dr. David Abraham in the Law School and I have served as co-Humboldtians on Campus to publicize the Foundation's funding opportunities for academic research in Germany to the University of Miami community. To that end, in conjunction with UM's SEEDs program promoting women and underrepresented minorities in science, I organized a December 2014 visit by Dr. Kathrin Zippel of Northeastern University to discuss "Climbing Glass Fences: Women in Global Science." Following the talk I spoke about Humboldt-sponsored opportunities for women and minorities at UM to do research in Germany. In 2015 the American Friends asked me to serve on their national Alumni Council to coordinate efforts such as these across the US. I have also contributed to multiple promotional materials put out by the Humboldt Foundation.

In addition these contributions to professional associations I am a member of the Editorial Board of the journals *Women, Politics and Policy*, *German Politics*, and *German Politics and Society* as well as to the Spektrum Book Series of the German Studies Association. I routinely provide peer reviews of articles to a wide range of political science journals including (in the past year alone) to the *Political Research Quarterly*, *Politics & Gender*, *Electoral Studies*, the *International Political Science Review*, *Politics and the Life Sciences*, *The International Feminist Journal of Politics*, and *Comparative Politics*. I have also written external tenure letters, reviewed grant applications for the American Academy in Berlin, and am currently reviewing a book manuscript for Cambridge University Press. I have given numerous media interviews on the subject of German and gender politics.

*Service to the University of Miami*

Since earning tenure I have also engaged in extensive service to the University of Miami's Department of Political Science, Program in Woman and Gender Studies, and College of Arts and Sciences.

*Davidson-Schmich Career Assessment, Page 7*

In the **Department of Political Science**, I created the position of Director of Undergraduate Studies and served in this position between 2007 and 2012. In this capacity I worked to rationalize POL course offerings and teaching times, as well as to improve undergraduate advising in the major. I institutionalized a position that has subsequently been filled by other colleagues. During this time period I also served on the Political Science - International Studies departmental merger committee; I commitment I continued during parental and sabbatical leave. In fall 2010 I co-chaired a national search for an external chair of the proposed combined department. I have also routinely advised undergraduate POL majors and served on other POL and INS search committees as well as on faculty performance review committees in Political Science.

From 2008 to 2014 I served on the **Women's and Gender Studies (WGS) Program** Advisory Committee and, in 2014, on the program's LGBTQ Scholarship Committee. During the 2014/2015 Academic Year I was appointed WGS Director. In that capacity, with only a part-time administrative assistant, I coordinated all undergraduate teaching in WGS and LGBTQ Studies, organized and publicized programming activities, compiled the program's weekly newsletter, met with potential program donors, organized the awarding of five LGBTQ Studies student scholarships, created a for-credit internship class for WGS, worked with the Curriculum Committee to set up WGS cognates, and advised all WGS majors, minors, and senior projects.

Finally, I have also performed extensive service to the University of Miami **College of Arts & Sciences (CAS)**. I was my Department's College Council Representative from 2008 to 2011, and again in 2014-2015. I served on the CAS curriculum committee from 2007 to 2012 and on a subcommittee which drafted the Writing (W) standards for undergraduate courses. Since 2000 I have almost always been a member of the Campus Fulbright Committee that screens undergraduate and graduate applications for Fulbright grants. In 2011 I was the first annual recipient of the Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development at UM. Finally, in 2015 I became a member of the campus LGBTQ Taskforce and was among the first cohort of faculty and staff trained as IBIS Allies to mentor lesbian, gay, transgender, and questioning students at the University of Miami. I look forward to continuing in this capacity when I return from sabbatical in the fall of 2016.


Teaching

Since earing tenure I have taught a rotation of seven different undergraduate courses at the University of Miami, developed a faculty-led study abroad program, and offered a course at the Victoria University of Wellington, New Zealand while a Fulbright scholar. In addition I have overseen six undergraduate independent studies, theses, and senior projects during this time. The courses I have taught include:

- **POL202 Introduction to Comparative Politics:** Fall 2009, Fall 2010, Spring, Summer, and Fall 2011, Spring 2012, Fall and Summer 2013, scheduled for fall 2016

- **POL344 Gender and Politics** (also taught as INS344 and WGS344): Developed course with Dr Merike Blofield and taught Fall 2010, Fall 2012, and Fall 2014

- **POL380 Comparative Political Research**: Spring 2008 (course discontinued after the department hired a designated methodologist)

*Davidson-Schmich Career Assessment, Page 8*

- **POL381 West European Politics**: Fall 2007, Spring 2010, Fall 2011, Spring 2014, scheduled for Spring 2017

- **POL382 German Politics and Society** (part of independently designed and led Faculty Summer Study Abroad Program to Mannheim, Germany): Summer 2008

- **POL569 LGBTI Politics** (also taught as WGS410 and POL669): Spring 2015

- **POL581 Comparative Political Economy of Post-industrial Democracies** (also taught as a graduate course POL681 and as POLS378 at Victoria University of Wellington): Fall 2007, Fall 2009, Spring 2011, Spring 2012, Fall and Spring 2014, Spring 2016 (in New Zealand), scheduled for Fall 2016 and Spring 2017

- **FSS190 Gender and Elective Office Worldwide** (developed for the University of Miami Freshman Seminar Program): Fall 2012

These courses have received favorable teaching evaluations as evidenced by both quantitative and qualitative student feedback. These strong evaluations are particularly noteworthy given that 8 of the 25 sections I have taught since tenure have been of the large, mandatory introductory service course POL202: Introduction of Comparative Politics; this class is also taken by many non-majors fulfilling a general education requirement. Many sections of this course approached 100 students and extensive research indicates that large class size is negatively correlated with instructor evaluations.[3] Below I present a summary of all quantitative student evaluations I have received since tenure as well as samples of qualitative feedback.[4]

---

[3] See for example Bedard, Kelly, and Peter Kuhn. "Where class size really matters: Class size and student ratings of instructor effectiveness." *Economics of Education Review* 27, no. 3 (2008): 253-265.Recent research has found additional evidence that female professors also systematically receive more negative student feedback than male professors: https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching

[4] Summary excludes POL380 evaluations from Spring 2008 due to missing data.

*Davidson-Schmich Career Assessment, Page 9*

CONFIDENTIAL

*Quantitative Student Evaluations*



- Old Q1 (new Q10): My overall evaluation of the instructor is positive
- Old Q2: I would recommend this instructor to a friend
- Old Q3 (new Q6): The instructor presents course material effectively/ the instructor teaches effectively
- Old 4 (new Q7): The instructor stimulates interest in the course
- Old Q5 (new Q8): The instructor is available and willing to meet with students/ the instructor is accessible and approachable
- Old Q6: Exams and assignments reflect the goals and objectives of the course
- Old Q7: This course has challenged me to think
- Old Q8: Exams and other graded material assess what I have learned
- Old Q9 (new Q3): Grades are assigned fairly and impartially/ the grading methods are fair and appropriate
- New Q1: This course has been a valuable learning experience
- New Q2: The stated objectives of this course have been met
- New Q4: My ability to think about the subject matter has been enhanced
- New Q5: I learned to think critically about this subject
- New Q6: The instructor teaches effectively
- New Q9: The instructor treats students with respect

*Davidson-Schmich Career Assessment, Page 10*

*Representative Qualitative Student Feedback*

In their qualitative commentary on my teaching, students have praised my organization, accessibility, clarity of presentation and expectations, the type of assignments given, and the knowledge and skills they have gained while taking my courses. Most negative feedback involved student dissatisfaction with grades and my (now discontinued) policy of banning laptops in the classroom. Below are typical excerpts of qualitative student feedback:

- "Easily and by far the most lucid and organized professor I had this semester. It was really a pleasure going to her class! I really don't think there's much she could improve on – we learned a great deal of information, but were still challenged to think with the [paper assignment]. Very friendly and quick to answer e-mails."

- "Professor Davidson-Schmich presented course content in a very organized manner. It was clear and easy to follow. She did a great job of providing examples to illustrate what she was talking about in lectures. Very good professor!"

- "Hardest class I've ever taken at UMiami. On the same note, probably the most valuable…. I have never been so proud of a B+ as the content is hard to grasp. Professor Davidson-Schmich does a great job at translating what feels like another language into something understandable."

- "Lots of valuable information presented in an effective manner. I learned so much from this course. Not just information about the subject but also how to become a better writer, thinker, and how to study more effectively."

- "I have an extremely high GPA (just short of 4.0) and despite all of my efforts could not get higher than a B on any assignment in the course…. I was incredibly disappointed with this class and would not recommend it to any other student."

- "Even though this was a fairly large lecture class Professor Davidson-Schmich and the TA … made sure that they were accessible to all students"

- "Overall great class but exams hard"

- "The fact that you've kept a student like myself (with initially no interest whatsoever in economics) interested in your class speaks volumes of your efficacy as an educator. Kudos!"

- "Professor Schmich is very accessible and helpful to students, especially before the tests."

- "Dr. Davidson-Schmich is an incredible professor. She is very organized and stimulates the entire class to be involved. Even though attendance was not mandatory and the class was at 9 AM, almost everyone showed up every day."

- "I wish I could take every class with Professor Davidson-Schmich. She has a knack for explaining complicated topics in simple ways that anyone can understand. The class had the perfect amount of reading; you definitely have to put in effort but the workload was manageable. She is approachable and really wants to help everyone understand. Wish I could take more classes with her!"

- "I thought Professor Davidson-Schmich did a great job of teaching this class. It would normally be really hard to keep all the details of each country straight but she really helped a lot by reviewing what we had

*Davidson-Schmich Career Assessment, Page 11*

learned in the prior class before each new lesson. She also assigned paper topics that you actually wanted to write about and were very thought-provoking."

- "The grading methods in this class were kind of ridiculous … the professor pretty much refuses to give anything above a 95%"

- "I truly respect her for being very organized and knowledgeable. She cares about what she teaches and it shows."

- "Dr. Davidson-Schmich is a really, really good professor. Her class is always a pleasure to go to. She is no-nonsense, like showing up late or texting in class, which makes the classroom environment much more learning-friendly. She is one of the first professors I have encountered who makers the material on the test to very accurately reflect what we have learned. The multiple choice parts aren't impossible, but studying is necessary to complete them. Her essays are fair and thought-provoking. In a 100 something lecture hall, Dr. Davidson knew many names of students in the class, which says a lot. She's clearly a very intelligent person and relays this to her students. I think she's one of the best UM has to offer and I really hope I get to take her again."

- "Professor Davidson-Schmich is very knowledgeable and covers interesting material in her class. She is a somewhat tough grader but if you study and actually go to class then you should do well in her class."

- "All in all a pretty incredible course. I read a lot, learned a lot, and wrote a lot."

- "She really loves what she teaches, and that comes across in class"

*Davidson-Schmich Career Assessment, Page 12*

CONFIDENTIAL

| Articles & Books Cited Greater than 10 Times, Total Citations: 255 cites | Cited by |
|---|---|
| LK Davidson-Schmich (2006) "Implementation of Political Party Gender Quotas Evidence from the German Länder 1990–2000" Party Politics 12 (2), 211-232 | 101 |
| LK Davidson-Schmich (2006) "Becoming party politicians: Eastern German State Legislators in the decade following democratization"  University of Notre Dame Press | 41 |
| LK Davidson-Schmich (2003) "Part 2: Discipline: The Development of party discipline in new parliaments: Eastern German state legislatures 1990–2000" The Journal of Legislative Studies 9 (4), 88-101 | 29 |
| LK Davidson-Schmich (2010) "Gender quota compliance and contagion in the 2009 Bundestag election" German Politics & Society 28 (3), 133-155 | 16 |
| LK Davidson-Schmich (2006) "Gender and Political Ambition Revisited: What Questions Does American Politics Research Raise for Western Europeanists?" APSA Annual Meeting. Aug, 31-3, 2006. | 11 |
| LK Davidson-Schmich, K Hartmann, U Mummert (2004) "You can lead a horse to water, but you can't (always) make it drink: positive freedom in the aftermath of German unification" Communist and Post-Communist Studies 35 (3), 325-352 | 10 |
| LK Davidson-Schmich (2016) Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Offices in Germany. University of Michigan Press. | 4 |



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 48**

**UNIVERSITY OF MIAMI**



Department of Political Science
1300 Campo Sano Drive
P.O. Box 248047
Coral Gables, FL 33146

Jennifer Connolly

| | |
|---|---|
| **To:** | **Louise Davidson-Schmich, Assoc. Professor** |
| | **Department of Political Science** |
| **From:** | **Jonathan West, Chair** |
| | **Department of Political Science** |
| **Date:** | **May 31, 2016** |
| **Subject:** | **FY17 Merit Increase** |

Dear Louise,

I am pleased to inform you that your academic (fiscal) year salary for August 15, 2016 to May 15, 2017 will be $102,300.00.

Best wishes for an enjoyable and productive summer.

Sincerely,

Jonathan West, Chair
Department of Political Science

pc:     Thomas J. LeBlanc, Executive Vice President and Provost
        Leonidas Bachas, Dean

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 49**

DAVIDSON-SCHMICH_00312

**UNIVERSITY OF MIAMI**
**COLLEGE OF ARTS AND SCIENCES**

**TENURED AND TENURE-TRACK FACULTY ANNUAL EVALUATION FORM**

TO:      Leonidas G. Bachas              DATE: 1/28/2016
               Dean

FROM:    Jonathan P. West, Professor and Chair
               (Name & Title)

               Department of: Political Science

SUBJECT:    2015 Calendar Year Evaluation for: Dr. Louise Davidson-Schmich, Associate Professor

**Evaluation of Research/Creative work:** Evaluate research and/or creative work during this period. Include special activities or circumstances that may have an impact on growth, performance, etc. Please also indicate any research activities or circumstances that have affected teaching commitments (grant buyout, sabbatical or other forms of leave, junior leave, etc.).

In research, Louise completed the revisions, copy edits, and indexing of her University of Michigan Press single-authored book, *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany* that will be released in early 2016. This has been a multi-year project that is now coming to fruition. She also has submitted an edited volume to the University of Michigan Press titled, *Added to the Agenda: How Multiply-Marginalized Groups can Gain Policymakers' Attention* where she authored the introductory and concluding chapters as well as another substantive chapter. She also has a review request for this manuscript from Temple University Press pending. Why the University of Michigan Press? It is highly ranked at #7 among book publishers in political science as listed in *PS* journal. Louise also received other good news this year: a Fulbright Grant (funded at $32,500 NZ dollars, or $22,000 U.S. dollars) to do research in New Zealand in 2016, thereby extending her focus on female prime ministers. She also wrote a chapter for a McGraw Hill textbook and another chapter in an anthology published by Berghahn Books in 2015. In addition, she has contributed an invited submission to the *International Association for the Study of German Politics Blog*. Her work in progress includes a paper to be submitted to *German Politics* in 2016 as part of a special symposium issue where she will examine LGBTI politics in Germany since unification. Louise is on the editorial board of two journals and a book series and has reviewed manuscripts for 7 journals in 2015. She has either chaired panels, delivered papers or been a discussant at multiple conferences in 2015, including the German Studies Association, American Political Science Association, European Conference on Politics and Gender and local conferences at UM and FIU. At some of these conferences she had multiple roles. She has served professional associations as executive board member (International Association for the Study of German Politics), nominating committee member (German Studies Association), selection committee member (APSA Best Paper Award for Women and Politics Research Section, and alumni council member (American Friends of the Alexander von Humbolt Foundation).

DAVIDSON-SCHMICH_00314

**Teaching Evaluation**: All faculty are expected to have their courses reviewed regularly by students. Indicate whether faculty member was formally evaluated by students during this period and summarize the results. If evaluation is based on informal feedback, please describe (from advisors, student conversations, etc.). Include summary of results of peer teaching evaluations, if occurring during this period.

With regard to teaching, Professor Davidson-Schmich taught one course in the Spring 2015 semester, POL 569/WGS 410, LGBTI Politics, with 14 students, plus POL 590 where she supervised directed readings for two students (note: Louise has a one course release because she served as Director of Women's and Gender Studies). Her evaluation scores were Q10=4.5 and Q6=4.3 for POL 569/WGS 410 (combined scores). Directed study students gave her a 5.0 score on both Q10 and Q6. In addition, she supervised two senior project in Women and Gender Studies. She has a two-course release load for Fall '15 given her approved sabbatical. She advised 19 upperclassmen in POL and all Women and Gender Studies majors and minors and all LGBTQ Studies majors and minors in Spring 2015.

**Evaluation of Service Activities including advising:**

Regarding service, Louise is Director of Women's and Gender Studies, a member of the LGBTQ Taskforce and chair of the LGBTQ scholarship committee. She trained as an Ibis Ally and served on the comparative politics search committee in 2015. Her community service includes serving as a steering committee member of the Coral Gables United Church of Christ German Ministry Miami and a member of the German International Parent Association and PTA member, Miami Dade County Public Schools. She attended the UM Summer Writing Institute and served as a country expert on Germany for two international research projects.

I have reviewed that this faculty member has disclosed his/her Outside Professional Activities (OPAs) and completed the Conflict of Interest (COI) through the Disclosure Profile System. I recognize my obligation to address the outcome of this review with the Dean.

Chair's Signature

_____1/28/2016_____
Date

### UNIVERSITY OF MIAMI
### COLLEGE OF ARTS AND SCIENCES

#### Summary of Activities for 2016 Calendar Year

#### <u>Tenured and Tenure-Track Faculty</u>

Name: Louise K. Davidson-Schmich        Dept: POL        Date: 1 – 11 - 17

**The information on this form should reflect only activities occurring between January 1 and December 31, 2016, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please attach a copy of your vita to put these activities in perspective.**

A.  **Research, Scholarly, or Creative Activities** (use standard vita format--do not abbreviate; indicate multiple authors and precedence of authorship where appropriate):

1.  Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

I published a single-authored book *Gender Quotas and Democratic Participation* (U Michigan Press)

I received a contract from the University of Michigan Press to publish a volume I edited currently entitled *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany.* I wrote the introduction, conclusion, and one case study chapter. The completed manuscript is currently being copy-edited by the Press and should appear in late 2017 in print.

I served as a Fulbright New Zealand US Scholar at the Victoria University of Wellington, in Wellington, New Zealand for six months and gathered data for a new research project on female Prime Ministers and substantive representation. (Award NZ $32,500)

An article I wrote entitled "LGBT Politics in Germany: Unification as a Catalyst for Change" received a revise and resubmit at *German Politics*.

2.  Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

a. <u>Refereed</u>

1) Published:

Davidson-Schmich, Louise K. 2016. *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Offices in Germany*. Ann Arbor: University of Michigan Press. 301 pages.

2) In press:

Davidson-Schmich, Louise K., Editor. Expected 2017. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany*. Ann Arbor: University of Michigan Press.

3) Submitted:

"LGBT Politics in Germany: Unification as a Catalyst for Change" article, revise and resubmit at *German Politics*.



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 50**

Page 1 of 5

**CONFIDENTIAL**        **UM/EEOC-D. SCHMICH - 3615**

Name:     Davidson-Schmich, Louise K.
2016 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

## A. Research, Scholarly, or Creative Activities (continued)

b. Unrefereed, published or in press

"Germany a Stable and Prosperous Democracy" in Paulette Kurzer, ed. *Comparative Governance* McGraw Hill Textbook.

   5. Funded research (agency, dates of award, amount):

      a. Proposals funded

Fulbright New Zealand, US Scholar grant (NZ $32,500)

## B. Editorial responsibilities, grant and manuscript reviews, etc.:

Editorial Board member of *Women, Politics, and Policy, German Politics, German Politics and Society,* and the German Studies Association *Spektrum* book series

Fulbright US Scholar Peer Review Committee, fall 2016

Reviewed grant applications for the American Academy of Berlin's Berlin Prize residential fellowship

Reviewed Joyce Mushaben's *Becoming Madam Chancellor* biography of Angela Merkel, forthcoming Cambridge University Press

Reviewed Amy Alexander et al's *Measuring Women's Empowerment Across the Globe* for Palgrave.

Reviewed journal articles for *Political Research Quarterly, German Politics, Women Politics & Policy,* the *International Feminist Journal of Politics,* and *Politics and the Life Sciences.*

## C. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations):

   1. Invited conferences or presentations:

"Female Prime Ministers and the Substantive Representation of Women" School of Politics and International Relations, Australian National University, Canberra, Australia, 5 May 2016

"LGBTI Rights in Germany" invited presentation to Western European Politics Course at the Victoria University of Wellington, May 2016

"Jenny Shipley, Helen Clark, and the Substantive Representation of New Zealand Women," Political Science and International Relations Programme Research Seminar, Victoria University of Wellington, New Zealand, 18 May 2016

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3616

Name: _____Davidson-Schmich, Louise K._____

2016 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

2. Conferences/meetings at which a paper, poster, or panel commentary was presented:

"Representing Women, Differently: Jenny Shipley and Helen Clark"; paper presented at the 2016 Annual Meeting of the American Political Science Association, Philadelphia, PA

"Added to the Agenda: How Multiply Marginalized Groups Can Catch the Attention of Policy Makers" presentation at Resistance, Backlash, and Power: Gender Equality and Feminist New Practice in EU and Global Discourse, conference held in Christchurch, New Zealand, 1 April 2016

3. Other Professional Activities:

Served as Section Co-Chair for the 2017 European Conference on Politics and Gender in Lausanne, Switzerland; Intersectionality, Citizenship and Multiculturalism section

Served as a member of the American Friends of the Alexander von Humboldt Foundation's Alumni Council; Humboldtian on Campus

International Association for the Study of German Politics, Executive Board Member

Serving as Co-Moderator for the History, Law, Economics, and Society section of the "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium to be held at the National Academies of Science, Washington DC, 2 March 2017

**D. Teaching:**

**Note:  If you had a teaching load reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction.   (Examples: Spring 16, 1 course, research release, salary paid by grant; Fall 16, 2 courses, sabbatical leave).**

**Courses taught:**

a. **Spring '16**

Two course release; sabbatical

b. **Fall '16**

| Course # | Section | Crs | Title | Enrollment | Evals? | Q#10 (new) | Q#6 (new) |
|----------|---------|-----|-------|-----------|--------|-----------|-----------|
| POL 202 | Q | 3 | Introduction to Comparative Politics | 49 | Y | 4.5 | 4.3 |
| POL 581 POL 681 | P | 3 | Comparative Political Economy | 24 | Y | 5.0 4.6 | 5.0 4.7 |

c. **Summer '16**

None

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3617

Name:   Davidson-Schmich, Louise K.
2016 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

**E.  Advising and Mentoring:**

    1. Undergraduate Advising Activities:
        a. Freshmen: # 0        Upperclassmen: # 12

    3. Post-Doc and/or Faculty Mentoring:

        Faculty mentor for Dr. Costa Pischedda

**F.  Service:**

    1. Department, College, and University committees:

Political Science Representative to the CAS College Council
Member, Women's and Gender Studies Steering Committee

    3. Community service:

German Ministry Miami, Steering committee member
German International Parent Association. member
Parent Teacher Student Association, member at Sunset Elementary School and Carver Middle School

**G.  Honors and Awards:**

Fulbright US Scholar Award, Spring 2017

**H.**   As you are aware, there is a University-wide emphasis on our core values and on how we can all contribute to building a better University.  Use the space below to describe any action/initiative you undertook this past calendar year to contribute to our <u>DIRECCT values</u> and to help build a better U.

I am a strong supporter of the "Diversity" component of the DIRECCT values and attended the CAS Search Committee training workshop for how to run an inclusive job search. One suggestion made by Dr. Tosney at this meeting was to prepare information materials to be given in advance to all candidates selected for on-campus interviews outlining university policies and resources regarding parental leave, child care, spousal accommodations, LGBT partner benefits, etc. This way both job candidates and faculty members wary of bringing up these topics in the on-campus interview would not have to touch on these sensitive issues but candidates could gain the desired information. With input from other POL search committee members, I wrote up an information packet that was distributed to all four of our job candidates for the comparative politics search. Three of the four applicants (all female) expressed their unsolicited thanks for this information while on campus. If the Dean's office is interested, I would be happy to share a copy of these materials for other search committees to draw upon.

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3618**

Name:      Davidson-Schmich, Louise K.
2016 Calendar Year Tenured and Tenure-Track Faculty Summary of Activities

I have disclosed my Outside Professional Activities (OPAs) and completed the Conflict of Interest (COI) through the Disclosure Profile System (DPS; www.miami.edu/dps).

*Louise K Davidson-Schmich*

1/11/17

_____          _____
Faculty Signature                          Date

CONFIDENTIAL                                    UM/EEOC-D. SCHMICH - 3619

LOUISE K. DAVIDSON-SCHMICH

ASSOCIATE PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
CORAL GABLES, FL
(305) 284-2143
DAVIDSON@MIAMI.EDU

Date: January 11, 2017

## HIGHER EDUCATION

Duke University, PhD, 1999
Duke University, MA, 1995
Brown University, BA, 1990

## EXPERIENCE

University of Miami, Associate Professor of Political Science, 2007 – Present
University of Miami, Program Director Women's and Gender Studies, 2014 - 2015
University of Miami, Assistant Professor of Political Science, 2000 –2007

## PUBLICATIONS

### BOOKS

- *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany*, University of Michigan Press, 2016.

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization*. 2006. Notre Dame, IN: University of Notre Dame Press.

  Reviewed
  *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
  *German Politics* (Vol. 16, No. 1, March 2007)
  *German Politics and Society* (Vol. 25, No. 1, Spring 2007)
  *Party Politics* (Vol. 15, No. 2, March 2009)

### EDITED COLLECTIONS

- Editor, *Intersectionality and Public Policy Making in Germany* (working title), University of Michigan Press, under contract, revisions to be submitted to the press October 31, 2016

- Editor, *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011).

REFEREED ARTICLES

- "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Vol. 32, No. 2 (Summer 2014): 86 – 105.
  - Reprinted in *The Merkel Republic: An Appraisal*. Edited by Eric Langenbacher, New York: Berghahn Books, 2015, pp. 102 – 120.

- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.

- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.

- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.

- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155

  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.

- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.

- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.

- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society,* Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.

- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.

- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.

  - Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures*. New York: Routledge, pp. 88-101.

- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.

  - An earlier, German-language version appeared as "Eingikeit und Recht und die Nutzung positiver Freiheiten" with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung,* Velbrück Wissenschaft, 2001.

- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Winter 2001, Vol. 7, No. 4: 37-62.

- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer:1 - 29.

- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55 - 91.

UM/EEOC-D. SCHMICH - 3621

**BOOK CHAPTERS**

- "Germany: A Stable and Prosperous Democracy" in Paulette Kurzer, Ed. *Comparative Governance,* McGraw Hill, Forthcoming,

- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality*. Co-author Sarah E. Wiliarty. St. Augustin, Germany: Konrad Adenauer Foundation, In Press.

- "Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU_Audit_of_Democracy_2012.pdf.

- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004: 105 - 128.

**BOOK REVIEWS AND OTHER WORKS**

- Review of Konrad H. Jarausch's "United Germany: Debating Processes and Prospects" *German Politics and Society*. Issue 115, Vol. 33, No 3 (Autumn): 88 – 91.

- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 – 416.

- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages.

- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.

- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.

- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.

- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).

- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).

**BOOK REVIEWS AND OTHER WORKS, CONT.**

- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).

- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den … Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.

- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).

- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).

- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.

- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

**WORK UNDER REVIEW / IN PROGRESS**

- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Revise and Resubmit, *German Politics*.

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" In Progress.

- Book length manuscript on New Zealand Prime Ministers Jenny Shipley and Helen Clark and the substantive representation of women, in progress

**PROFESSIONAL**

**FUNDED RESEARCH**

- Fulbright New Zealand U.S. Scholar, February – June 2016, $21,200 (NZ $32,500)
- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).

**FUNDED RESEARCH, CONT.**

- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

**EDITORIAL RESPONSIBILITIES:**

- *Journal of Women, Politics, and Policy*, Editorial Board
- *German Politics*, Editorial Board
- *German Politics and Society,* Editorial Board
- *Spektrum* (Book Series of the German Studies Association), Editorial Board

**PROFESSIONAL AND HONORARY ORGANIZATIONS**

- International Association for the Study of German Politics, Executive Board Member (2013 – Present; (Served as North American Secretary 2011-2013)
- American Friends of the Alexander von Humboldt Foundation, Alumni Council Member (2015 – Present)
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- German Studies Association Executive Board (2010 - 2013)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Member, American Political Science Association
- Member, Midwest Political Science Association
- Member, Council for European Studies
- Member, German Studies Association

HONORS AND AWARDS

- Fulbright New Zealand US Scholar (Spring 2016)
- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

POST-DOCTORAL FELLOWSHIPS

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

OTHER PROFESSIONAL ACTIVITIES

- Fulbright US Scholar Peer Reviewer for New Zealand (Fall 2016)
- Section Co-Chair for the 2017 European Conference on Politics and Gender; Intersectionality, Citizenship and Multiculturalism section
- Co-Moderator, "History, Law, Economics, Society" section of "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium to be held at the National Academies of Science, Washington DC, 2 March 2017
- American Political Science Association Women and Politics Best Paper at the 2014 APSA Conference Award Committee member (2015)
- Member, German Studies Association Nominating Committee (2015)
- American Political Science Association Best Dissertation in Women and Politics Award Committee Member (2014)
- Member, Committee on the Future of the German Studies Association (2013-2014)
- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013
- Organized workshop on Gendering Marginalized Interests, University of Miami, 9 – 11 November 2012, sponsored by NSF Advance Grant
- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.

OTHER PROFESSIONAL ACTIVITIES, CONT.

- Attended workshop "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.

- Political Science Section Organizer, German Studies Association Annual Conference, 2010

- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.

- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.

- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate

- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004

- Reviewer *American Political Science Review, Comparative Political Studies, Comparative Politics, Democratization, Electoral Studies, European Journal of Political Research, German Politics, German Politics and Society, International Feminist Journal of Politics International Political Science Review, Journal of Legislative Studies, Party Politics, Politics & Gender, Politics & Policy, Political Research Quarterly,* and others

INVITED TALKS

- "Female Prime Ministers and the Substantive Representation of Women" School of Politics and International Relations, Australian National University, Canberra, Australia, 5 May 2016

- "Jenny Shipley, Helen Clark, and the Substantive Representation of New Zealand Women," Political Science and International Relations Programme Research Seminar, Victoria University of Wellington, New Zealand, 18 May 2016

- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Lunch Colloquium, Women's and Gender Studies Program, University of Miami, October 23, 2105.

- "A Glass Half Empty: Candidate Gender Quotas and Political Recruitment" presented at an international workshop entitled "Approaching final destination: Envisioning gender equality as outcome" held at Florida International University, March 19-20, 2015.

- "Gender Quotas and Women's Legislative Representation Worldwide« given as the Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014.

- »The Needs of Rainbow Families and Policy Responses« presented at a workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014.

- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013.

INVITED TALKS, CONT.

- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.

- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to [...] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict

- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.

- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.

- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club

- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL

- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center

- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008

- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.

- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.

- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.

- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.

- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.

- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

**CONFERENCE PARTICIPATION SINCE 2010**

- "Representing Women, Differently: Jenny Shipley and Helen Clark"; paper presented at the 2016 Annual Meeting of the American Political Science Association, Philadelphia, PA

- "Added to the Agenda: How Multiply Marginalized Groups Can Catch the Attention of Policy Makers" presentation at Resistance, Backlash, and Power: Gender Equality and Feminist New Practice in EU and Global Discourse, conference held in Christchurch, New Zealand, 1 April 2016

- "LGBTI Politics in Germany Since Unification: Domestic and European Influences" Paper Presented at the German Studies Association Annual Meeting, 2. October 2015, Washington, DC

- "Gender Quotas and Women's Candidacies" Paper Presented at the Annual Meeting of the American Political Science Association, 3 - 6 September 2015, San Francisco CA

- Chair and Discussant on Panel "Gender Quotas II: Substantive Representation" at the Annual Meeting of the American Political Science Association, 3 - 6 September 2015, San Francisco, CA

- Discussant on Panel "Gender, Recruitment, and Political Campaigns", European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

- "A Method for Researching Gender Quotas and Political Recruitment" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015

- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper presented at the American Political Science Association Annual Meeting, Washington DC, 28 – 31 August, 2014.

- Discussant on Panel, "Sex, Sexuality, and Human Rights" American Political Science Association, Annual Meeting, Washington DC, 28. – 31. August 2014.

- Discussant on Panel "Quotas and Representation: and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

- Amending Germany's Same-Sex Partnership Law: Intersectionality and Policy Making in Germany 2001 – 2013," paper presented at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014 and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.

- Discussant on Panel, "Gender, Family, and Policy: State Strategies and Responses" at the 21st Annual Conference of Europeanists, Washington, DC, 14. March 2014

- Panel organizer and chair, "Parties and Parliaments in Britain and Germany" at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014

- "Gendering Germany's Same-Sex Partnership Law" paper presented at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.

- Commentator on Panel "Germany's Changing Political Party Spectrum" at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.

**CONFERENCE PARTICIPATION SINCE 2010, CONT.**

- Organized Mini-Symposium on Gender and the Euro Crisis at the 20th International Conference of Europeanists, Amsterdam, 25. – 27. June 2013. Presented paper entitled "Which Women (if any) are Represented in a Period of Crisis? Intersectionality and Representation in the Eurozone."

- "Gender Quotas and Party Gatekeepers: Evidence from Germany" Paper Presented at the 71st Annual Meeting of the Midwest Political Science Association, Chicago, IL: 11. – 14 April 2013.

- "Gender Quotas and Women's Candidacies" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- Commentator on Panel "Are the Old Certainties Gone? Developments in Germany's Party System" Paper Presented at the 26th Annual Meeting of the German Studies Association, Milwaukee, WI, 4 -7 October, 2012.

- "The Diffusion of Gender Quotas" Roundtable organizer and participant, 19th International Conference of Europeanists, Boston, MA, 23 March 2012.

- "Intersectionality and the Descriptive and Substantive Representation of Women in German Politics" Paper presented at the 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Leadership Roles in Germany" Panel Commentator, 35th Annual Meeting of the German Studies Association, Louisville, KY, 22. – 25. September 2011.

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" Paper Presented at the American Political Science Association Annual Meeting, Seattle Washington, 1 – 4. September 2011.

- "The Limits to Gender Quotas: Hurdles to Political Party Membership" Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011, mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "Gender, Intersectionality, and the Executive Branch: Female Prime Ministers from Western Europe, Canada, and New Zealand"; Paper presented at the 18th Annual Conference of Europeanists, Barcelona, Spain, 23. June 2011 as part of a mini-symposium on "Analyzing Female Leadership: Theoretical and Empirical Insights and Challenges" co-organized with Angelika von Wahl

- "The 2009 European Parliament Campaigns: National, Eurosceptic, or Simply Lackluster?" with Eloisa Vladescu. Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

- "Gender Quota Compliance and Contagion in the 2009 Bundestag Election" Paper Presented at the 17th International Conference of Europeanists, Montreal, Quebec, Canada , 15 – 18 April 2010.

CONFIDENTIAL                    UM/EEOC-D. SCHMICH - 3629

<u>TEACHING</u>

TEACHING AWARDS

- Fulbright US Scholar Grant for Teaching and Research, taught POLS378: The Worst of Times: How Governments Respond to Economic Crises at Victoria University of Wellington, Spring 2016
- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

TEACHING SPECIALIZATION

- POL202: Introduction to Comparative Politics (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011, 2012; Summer 2010, 2011, 2013; Fall 2009, 2010, 2011, 2013, 2016)
- POL344 (also INS344 and WGS344) Gender and Politics (Fall 2010, 2012, 2014)
- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)
- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010, 2014, 2017; Fall 2007, 2011)
- POL382: German Politics and Society (Summer 2009)
- POL391: Introduction To International Relations (Spring 2001, Spring 2002)
- POL520: Internship (see below for details)
- POL533/ 581: Comparative Political Economy of Post-Industrial Democracies *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011, 2014, 2016 Fall 2014, 2016.
- POL563/4: Senior Thesis (see below for details)
- POL569 (also WGS469): LGBTI Politics (Spring 2015); also Contributed 2 weeks of lectures to UM's first WGS202: Introduction to LGBTQ Studies course, Spring 2012
- POL599: Independent Study (see below for details)
- WGS501: Senior Research Project (see below for details)
- FSS190: Gender and Elective Office Worldwide: Freshie Seminar (Fall 2012)

THESIS AND DISSERTATION COMMITTEES

PhD Dissertation Committees:
Beatriz Danguillecourt
Roberto Dominguez (now Associate Professor, Suffolk University, Boston)
Markus Thiel (now Associate Professor, Florida International University, Miami)

Honors Undergraduate Theses

| | |
|---|---|
| Sarah Thompson (Chair) | Victor Munoz (Chair) |
| Ahmed Rigo (Committee Member) | Patti Mazzai (Committee Member) |
| Julia Wyda (Committee Member) | Ifdy Perez (Committee Member) |
| Cherine Smith (Committee Member) | Paul Bagley (Committee Member) |
| Jennifer Bonde (Committee Member) | Erin Pelletier (Chair) |
| Nessa Manten (Chair) | |

For-Credit Internships (POL520): Sarah Canale, Paul Bagley, Alyssa Cundari

Directed Readings (POL599): Kyle Fontaine, Bijal Mehta, Antoinette Ragland, Nana Amaning

Women's and Gender Studies Senior Project (WGS501): Shelby Juarez

### OTHER TEACHING-RELATED ACTIVITIES

Wrote "Germany" chapter for McGraw Hill's *Comparative Governance* textbook

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

### SERVICE

### UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE

- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – 2014; 2016 - Present
- Elected to College of Arts and Sciences College Council (2008 – 2011; 2014 - Present)
- University of Miami Women's and Gender Studies Program Director, 2014 – 2015
- University of Miami LGBTQ Scholarship Committee Member (2014 - 2015)
- University of Miami LGBTQ Taskforce (Spring 2015)
- University of Miami IBIS Ally (2015 – Present)
- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010
- Member, INS-POL merger committee (2008-9)
- POL Search Committee Member (Various 2001 – Present); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

UM/EEOC-D. SCHMICH - 3631

**COMMUNITY ACTIVITIES**

- Miami German Ministry Committee Member (2009-2010; 2013 – Present)
- Member, German International Parent Association and Parent Teacher Associations, Miami-Dade County Public Schools (2009 – Present)
- Board of Directors, UM Canterbury Preschool (2009 – 2012; Vice President, 2010 – 2012)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007)
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Various media interviews and social media posts

**UM/EEOC-D. SCHMICH - 3632**



# UNIVERSITY OF MIAMI

| | Office of the Provost | P.O. Box 248033 | Ph: 305-284-3356 |
| --- | --- | --- | --- |
| | | Coral Gables, Florida 33124-4628 | Fax:305-284-6758 |

April 22, 2017

Dr. Louise Davidson-Schmich
6840 SW 64th Court
South Miami, FL 33143-3209

Dear Dr. Davidson-Schmich,

It gives me great pleasure to formally notify you of your promotion to Professor of Political Science effective June 1, 2017. This award reflects the high esteem in which you are held and our desire to have you continue your productive academic career as a member of our faculty.

Please accept my warmest congratulations.

Sincerely,

David J. Birnbach, MD, MPH
Vice Provost for Faculty Affairs

DJB:cs

cc:    Dean Leonidas G. Bachas
        Dr. Jonathan West, Chair

CONFIDENTIAL

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 51**

UM/EEOC-D. SCHMICH - 2848

# UNIVERSITY
## OF MIAMI



Department of Political Science
1300 Campo Sano Drive
P.O. Box 248047
Coral Gables, FL 33146

To:         Louise Davidson-Schmich, Professor
            Department of Political Science

From:       Jonathan West, Chair
            Department of Political Science

Date:       May 31, 2017

Subject:    FY18 Merit Increase

Dear Louise,

I am pleased to inform you that your academic (fiscal) year salary for August 15, 2017 to May 15, 2018 will be $109,359.00.

Best wishes for an enjoyable and productive summer.

Sincerely,

Jonathan West, Chair
Department of Political Science

pc:         Thomas J. LeBlanc, Executive Vice President and Provost
            Leonidas Bachas, Dean

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 52**

DAVIDSON-SCHMICH_00316

UNIVERSITY OF MIAMI
COLLEGE OF ARTS AND SCIENCES

**TENURED AND TENURE-TRACK FACULTY ANNUAL EVALUATION FORM**

TO:      Leonidas G. Bachas               DATE: 1/26/17
          Dean

FROM:    Jonathan P. West, Professor and Chair
          (Name & Title)

          Department of: Political Science

SUBJECT:  2016 Calendar Year Evaluation for: Louise Davidson-Schmich

**Evaluation of Research/Creative work:**

In research, Louise published a sole-authored book, *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Offices in Germany*, with the University of Michigan Press (7th ranked of 50 high-quality presses in political science). A second sole-edited book with the same publisher is now under contract and due to be published in late 2017. Louise was a Fulbright U.S. Scholar in New Zealand for six months in 2016 at the Victoria University in Wellington. During this period, she was gathering data for a new research project on female Prime Ministers and substantive representation (Award NZ $32.5k). She also wrote a paper on LGBT Politics in Germany that received a "revise and resubmit" from *German Politics* in 2016. In addition, she has an accepted book chapter in an anthology that is forthcoming. Louise is an editorial board member of three journals and a book series: *Women, Politics and Policy*; *German Politics*; *German Politics and Society*; and *Spectrum*. She was a Fulbright U.S. Scholar Peer Review Committee member in 2016 and she reviewed grant proposals for the American Academy of Berlin's Berlin Prize residential fellowship. She reviewed submissions for five journals in her subfield and for two book manuscripts. She made three presentations of her research at universities in Australia and New Zealand and at two professional conferences (ASPA and another in New Zealand). Louise served as Section Co-Chair for the 2017 European Conference on Politics and Gender in Switzerland, as a member of the American Friends of the Alexander von Humboldt Foundation's Alumni Council, as an executive board member of the International Association for the Study of German Politics, and as co-moderator for a colloquium held at the National Academies of Sciences in Washington, D.C.

**Teaching Evaluation:**

With regard to teaching, Professor Davidson-Schmich did not teach in Spring 2016 because her sabbatical involved a two-course release. In Fall 2016 she taught two courses: POL 202, Introduction to Comparative Politics, for 49 students and POL 581/681 for 24 students. Her evaluation scores were Q10=4.5 and Q6=4.3 for POL 202 and Q10=5.0 and Q6=5.0 for POL 581 and Q10=4.6 and Q6=4.7 for POL 681. She advised 12 upperclassmen in POL. She is the faculty mentor for Dr. Costa Pischedda.

**Evaluation of Service Activities including advising:**

Regarding service, Louise is the departmental representative to the CAS College Council and a member of the Women' and Gender Studies Steering Committee. Her community service includes serving as a steering committee member of the German Ministry of Miami, a member of the German International Parent Association, and a member of the PTA for Sunset Elementary School and Carver Middle School. Her annual report documents her commitment to UM's DIRECCT values. She was honored with the Fulbright US Scholar Award.

I have reviewed (via https://research.miami.edu) that this faculty member has disclosed his/her Outside Professional Activities (OPAs) and completed the Conflict of Interest (COI) through the Disclosure Profile System.  I recognize my obligation to address the outcome of this review with the Dean.

_Jonathan P. Watt_                          __1/26/17__
Chair's Signature                            Date

DAVIDSON-SCHMICH_00321

UNIVERSITY OF MIAMI
COLLEGE of
ARTS & SCIENCES

# SUMMARY OF ACTIVITIES
## CALENDAR YEAR 2017

TENURED AND TENURE-TRACK FACULTY

Name: Louise K. Davidson-Schmich    Dept: POL    Date: 4 January 2018

**The information on this form should reflect only activities occurring between January 1 and December 31, 2017, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please attach a copy of your curriculum vitae to put these activities in perspective.**

**A.  Research, Scholarly, or Creative Activities**
Please use standard curriculum vitae format (do not abbreviate); indicate multiple authors and precedence of authorship where appropriate.

1.  Describe your current research area and future research goals. If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

Since last year's review my most significant publication was my edited volume *Gender, Intersections, and Institutions* which appeared with the University of Michigan Press, the #7 press in the field of political science. It included a single-authored introduction, conclusion, and chapter. I also published a single-authored article in *German Politics* as well as a book review and two scholarly blog posts related to my research. My 2016 single-authored book was favorably reviewed in *German Politics and Society* (see attached review).

2.  Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):

    a.  Refereed:

        i.  Published:

Davidson-Schmich, Louise K. Editor. Gender, *Intersections, and Institutions: Intersectional Groups Building Alliances and Gaining Voice in Germany*. Ann Arbor, MI: University of Michigan Press, 2017.

- "Introduction" pp. 1 – 34

- "Conclusion: Power, Institutions, and Intersectional Research in Germany and Beyond" pp. 257-268

- "Amending Germany's Life Partnership Law: Emerging Attention to Lesbians' Concerns" pp. 203 – 236

Davidson-Schmich, Louise K. 2017. "LGBT Politics in Germany: Unification as a Catalyst for Change." *German Politics*. Vol. 26, Issue 4, pp. 534-555.



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 53**

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3635

Faculty Name:

    b.   Unrefereed, published:

Davidson-Schmich, Louise K. 2017. "Book Review: When States Come Out: Europe's Sexual Minorities and the Politics of Visibility" *German Politics*. https://doi.org/10.1080/09644008.2017.1408979 (Pre-print publication on-line).

Davidson-Schmich, Louise K. 2017. "Angela Merkel, Her Opponents, and Marriage Equality" *International Association for the Study of German Politics* blog post, July 19. Available https://iasgp.wordpress.com/2017/07/19/angela-merkel-her-opponents-and-marriage-equality-in-germany/

Davidson-Schmich, Louise K. 2017. "How does the US compare with other countries in terms of women's representation?" *Mischiefs of Faction* blog. 10 April. Available https://www.vox.com/mischiefs-of-faction/2017/4/10/15239998/womens-representation-congress-america

    3.  Other creative or scholarly activities **in progress**, with anticipated timeline:

-    Article on political party norms and political recruitment in preparation for *Femina Politica* (to be submitted March 2018)

-    Article on LGBT Issues and the German election of 2017 in preparation for *German Politics* (to be submitted March 2018)

-    Revised textbook chapter for Paulette Kurzer, Ed. *Comparative Governance* textbook (McGraw Hill), to be submitted in early May

-    Chapter on "Gender and German Politics" for the *Oxford Handbook of German Politics* to be submitted in summer 2018

    4.  Funded research (agency, dates of award, amount):

        a.   Proposals funded:

College of Arts & Sciences International Travel Grant to attend the European Conference on Politics and Gender in Lausanne, Switzerland, June 2017.

International Association for the Study of German Politics (IASGP)/ German Academic Exchange Service (DAAD) grant to attend the 2017 German Election Study Trip. £200 airfare subsidy, hotel room, and meals.

    5.  Editorial responsibilities, grant and manuscript reviews, etc.

Tenure Reviewer
Philip Ayoub (Drexel University)
Christina Xydias (Clarkson University)
Meryl Kenny (University of Edinburgh, UK; promotion to senior lecturer)

Grant / Scholarship / Prize Committee Reviewer
Alexander von Humboldt Foundation Alumni Council Grant Reviewer
American Political Science Association Women and Politics Best Dissertation Committee (asked to chair committee, declined because I had just served in this role)
Berlin Program for Advanced German and European Studies *Beirat* (selection committee) member

**UM/EEOC-D. SCHMICH - 3636**

Faculty Name:

Fulbright Germany grant reviewer (declined due to scheduling conflict)
University of Miami Research Council member
University of Miami LGBTQ Scholarship committee member

Expert Coder for International Research Projects
Bright Line Watch study on US democracy
V-Dem Country expert for Germany and New Zealand

Conference Organization
Section Co-Chair for the 2017 European Conference on Politics and Gender; Intersectionality, Citizenship and Multiculturalism section
Co-Moderator, "History, Law, Economics, Society" section of "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium to be held at the National Academies of Science, Washington DC, 2 March 2017
Council for European Studies conference proposal reviewer for Gender and Sexuality Section

Article Reviews
*European Journal of Politics and Gender*
*German Politics*
*Journal of Legislative Studies*
*Parliamentary Affairs*

Editorial Boards
*European Journal of Politics and Gender*
*German Politics*
*German Politics and Society*
German Studies Association *Spektrum* book series
*Journal of Women, Politics, and Policy*

6. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations)

    a. Invited conferences or presentations:

Invited facilitator, Florida Rise Up meeting about women's political issues, 2. November

Faculty advisor and speaker at "Elect Her" meeting to encourage female students to run for student council, 1. April

"Gender and Politics" speech to UM's Get Out the Vote student group, 20. February

    b. Conferences/meetings at which a paper, poster, or panel commentary was presented:

"Female Prime Ministers and Discursive Institutionalism: Evidence from New Zealand." Paper presented at the 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, 31 August – 3 September.

Roundtable participant "The Gender 'Ambition Gap' Revisited: International and Comparative Perspectives," 2017

**CONFIDENTIAL** **UM/EEOC-D. SCHMICH - 3637**

Faculty Name: Page 4 of 6

Annual Meeting of the American Political Science Association, San Francisco, CA, 31 August – 3 September.

"LGBT Politics in Germany: Unification As a Catalyst for Change." Paper presented at the 24th International Conference of Europeanists, Glasgow, Scotland, 12- 14 July 2017.

"Lesbians As Political Actors: Transforming Germany's Life Partnership Law 2002 - 2016." Paper presented at the 24th International Conference of Europeanists, Glasgow, Scotland, 12 – 14 July 2017.

"Female Prime Ministers and Discursive Institutionalism" Paper presented at the 2017 European Conference on Politics and Gender, Lausanne Switzerland, 8 – 10 June.

"Germany's Life Partnership Law through an Intersectional Lens: Emerging Attention to Lesbians' Concerns" Paper presented at the 2017 European Conference on Politics and Gender, Lausanne, Switzerland, 8 – 10 June.

"LGBT Politics in a Europeanized Germany: Unification as a Catalyst for Change." Paper presented at the European Union Studies Association 15th Biennial Conference, Miami, FL, 4 – 6 May 2017.

Co-Moderator, "History, Law, Economics, Society" section of "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium to be held at the National Academies of Science, Washington DC, 2 March 2017

**B. Teaching and Pedagogical Initiatives**

If you had a teaching assignment reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction. (Examples: Spring 17, 1 course, research release, salary paid by grant; Fall 17, 2 courses, sabbatical leave.)

1. Courses taught:

**Spring '17**

| Course | Section | Credits | Title | Enrolled | Evals? | Q10 (new) | Q6 (New) |
|---|---|---|---|---|---|---|---|
| POL581 | P | 3 | Comparative Political Economy | 7 | Y | 5.0* | 5.0** |
| POL/INS/WGS344 | O | 3 | Gender & Politics | 26 total | Y | 4.7 (INS) 4.9 (POL) 5.0 (WGS) | 4.3 (INS) 4.6 (POL) 3.0 (WGS) |

*My overall evaluation of the instructor is positive.
** I would recommend this course to a friend.

Faculty Name:                                                                              Page 5 of 6

**Fall '17**

| Course | Section | Credits | Title | Enrolled | Evals? | Question* | Question** |
|--------|---------|---------|-------|----------|--------|-----------|------------|
| POL202 | P | 3 | Introduction to Comparative Politics | 89 *** | Y | 4.3* | 4.1** |
| POL569/669 WGS469 | O | 3 | LGBTI Politics | 14 total | Y (POL) N (WGS) | 4.0* (POL569, N = 2) 4.5* (POL669) | 3.5 ** (POL569, N = 2) 4.5** (POL669) |

*My overall evaluation of the instructor is positive.
** I would recommend this course to a friend.
*** Response rate 25%

    2.   What new or unique pedagogical initiative(s) you have undertaken during this review period?

I continue to develop the flipped-classroom approach for my POL202 course.

Worked with other Comparative Politics faculty to rationalize course offerings for the next 2 years.

    3.   Advising and Mentoring:

        a.   Undergraduate Advising Activities:

Advise 29 undergraduates

Faculty Advisor, Elect Her, student group devoted to promoting women's running for elective office

        b.   Post-Doc and/or Faculty Mentoring:

Mentor to Prof. Costa Pischedda; worked with him on his 3rd year review statement and developing his POL203 course

Informal mentor to new Comparative Politics professor Dr. Calla Hummel

## C. Service

    1.   Department, College, and University committees:

University of Miami Research Council Member
Women's and Gender Studies Steering Committee Member
Department of Political Science, Bylaws Committee

    2.   Community service:

**CONFIDENTIAL**                                          **UM/EEOC-D. SCHMICH - 3639**

Faculty Name: Page 6 of 6

- Member German International Parents Association and Parent Teacher Association, Miami Dade County Public Schools
- Member, Coral Gables Congregational United Church of Christ; German Ministry Steering Committee
- Member, German-American Social Club of Miami Dade County

3. Scholarly consulting activity on civic or public projects, or in public education initiatives:

- Worked with Rise Up Florida to facilitate meeting on women running for elective office
- Consulted with the California Women's List about ways to promote women in elective offices in California
- Media interview with Mashable regarding German Chancellor Angela Merkel (http://mashable.com/2017/07/07/angel-merkel-goes-viral/#Aav92YSF.Vqq)

4. As you are aware, there is a University-wide emphasis on our core values and on how we can all contribute to building a better University. Use the space below to describe any action/initiative you undertook this past calendar year to contribute to our DIRECCT values and to help build a better U.

Agreed to develop a presentation on avoiding implicit bias for CAS search committees next fall

I have disclosed my Outside Professional Activities (OPAs) and completed the Conflict of Interest (COI) through the Disclosure Profile System (DPS; www.miami.edu/dps).

_Louise K Danton-Schmich_

_____ _____4 January 2018_____
Faculty Signature Date

**CONFIDENTIAL** **UM/EEOC-D. SCHMICH - 3640**

**LOUISE K. DAVIDSON-SCHMICH**

PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
CORAL GABLES, FL
(305) 284-2143
DAVIDSON@MIAMI.EDU

Date: January 1, 2018

## HIGHER EDUCATION

Duke University, PhD, 1999
Duke University, MA, 1995
Brown University, BA, 1990

## EXPERIENCE

University of Miami, Professor of Political Science, 2017 -- Present
University of Miami, Program Director Women's and Gender Studies, 2014 - 2015
University of Miami, Associate Professor of Political Science, 2007 – 2017
University of Miami, Assistant Professor of Political Science, 2000 –2007

## PUBLICATIONS

### SINGLE AUTHORED BOOKS

- *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany*, Ann Arbor, MI: University of Michigan Press, 2016.

  Reviewed
  *German Politics and Society* (Volume 35, Issue 3, Autumn 2017)

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

  Reviewed
  *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
  *German Politics* (Vol. 16, No. 1, March 2007)
  *German Politics and Society* (Vol. 25, No. 1, Spring 2007)
  *Party Politics* (Vol. 15, No. 2, March 2009)

### EDITED COLLECTIONS

- *Gender, Intersections, and Institutions: Intersectional Groups Building Alliances and Gaining Voice in Germany*. Ann Arbor, MI: University of Michigan Press, 2017.

- *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011).

**CONFIDENTIAL**                    **UM/EEOC-D. SCHMICH - 3641**

**REFEREED ARTICLES**

- "LGBT Politics in Germany: Unification as a Catalyst for Change." *German Politics*. German Politics. Vol. 26, Issue 4, pp. 534-555. http://dx.doi.org/10.1080/09644008.2017.1370705.
- "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Vol. 32, No. 2 (Summer 2014): 86 – 105.
  - Reprinted in *The Merkel Republic: An Appraisal*. Edited by Eric Langenbacher, New York: Berghahn Books, 2015, pp. 102 – 120.
- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.
- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.
- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.
- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155
  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.
- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.
- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.
- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society*, Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.
- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.
- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.
  - Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures*. New York: Routledge, pp. 88-101.
- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.
  - An earlier, German-language version appeared as "Eingikeit und Recht und die Nutzung positiver Freiheiten" with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung*, Velbrück Wissenschaft, 2001.
- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies*. Winter 2001, Vol. 7, No. 4: 37-62.
- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000 Vol. 18, No. 2, Summer:1 - 29.
- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55 - 91.

## BOOK CHAPTERS

- "Introduction" and "Conclusion: Power, Institutions, and Intersectional Research in Germany and Beyond" in in Louise K. Davidson-Schmich, Ed. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany.* Ann Arbor: University of Michigan Press, 2017, pp. 1 – 34 and 257-268.
- "Amending Germany's Life Partnership Law: Emerging Attention to Lesbians' Concerns" in Louise K. Davidson-Schmich, Ed. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany.* Ann Arbor: University of Michigan Press, 2017, pp. 203 – 236.
- "Germany: A Stable and Prosperous Democracy" in Paulette Kurzer, Ed. *Comparative Governance,* McGraw Hill, 2015.
- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality.* Co-author Sarah E. Wiliarty. St. Augustin, Germany: Konrad Adenauer Foundation, In Press.
- "Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union,* edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU_Audit_of_Democracy_2012.pdf.
- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited,* New York: Routledge, 2004: 105 - 128.

## ACADEMIC BLOG POSTS

- "Angela Merkel, Her Opponents, and Marriage Equality" International Association for the Study of German Politics blog post, July 19, 2017. Available https://iasgp.wordpress.com/2017/07/19/angela-merkel-her-opponents-and-marriage-equality-in-germany/
- "How does the US compare with other countries in terms of women's representation?" Mischiefs of Faction blog. 10 April 2017. Available https://www.vox.com/mischiefs-of-faction/2017/4/10/15239998/womens-representation-congress-america
- "What Germany's Gender Quotas for Candidates Can Teach Us about Its Gender Quotas for Corporate Boards." International Association for the Study of German Politics blog post, January 26, 2015. Available https://iasgp.wordpress.com/2015/01/26/what-germanys-gender-quotas-for-candidate-can-teach-us-about-its-gender-quotas-for-corporate-boards/

## BOOK REVIEWS AND OTHER WORKS

- Review of Philip Ayoub's "When States Come Out: Europe's Sexual Minorities and the Politics of Visibility" *German Politics.* https://doi.org/10.1080/09644008.2017.1408979 (Pre-print publication on-line).
- Review of Konrad H. Jarausch's "United Germany: Debating Processes and Prospects" *German Politics and Society.* Issue 115, Vol. 33, No 3 (Autumn): 88 – 91.
- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 – 416.

- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages.
- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.
- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.
- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).
- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).
- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).
- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den … Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.
- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics*. March 2004 (Vol. 2/ No. 1).
- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).
- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.
- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

## WORK UNDER REVIEW / IN PROGRESS

- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" In Progress.
- Book length manuscript on New Zealand Prime Ministers Jenny Shipley and Helen Clark and the substantive representation of women, in progress
- LGBT Politics and the German Election of 2017, for forthcoming special issue of *German Politics and Society*
- "Reframing Recruitment: Feminist Institutionalism and Women's Political Ambition" article in preparation for forthcoming special issue of *Femina Politica*

## PROFESSIONAL

### FUNDED RESEARCH

- Fulbright New Zealand U.S. Scholar, February – June 2016, $21,200 (NZ $32,500)
- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600), Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

### EDITORIAL RESPONSIBILITIES:

- *European Journal of Politics and Gender*, International Advisory Board Member
- *Journal of Women, Politics, and Policy*, Editorial Board
- *German Politics*, Editorial Board
- *German Politics and Society*, Editorial Board
- *Spektrum* (Book Series of the German Studies Association), Editorial Board

### PROFESSIONAL AND HONORARY ORGANIZATIONS

- International Association for the Study of German Politics, Executive Board Member (2013 – Present; (Served as North American Secretary 2011-2013)
- American Friends of the Alexander von Humboldt Foundation, Alumni Council Member (2015 – Present)
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- German Studies Association Executive Board (2010 - 2013)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Member, American Political Science Association
- Member, Midwest Political Science Association
- Member, Council for European Studies
- Member, German Studies Association

HONORS AND AWARDS

- Fulbright New Zealand US Scholar (Spring 2016)
- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

POST-DOCTORAL FELLOWSHIPS

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

OTHER PROFESSIONAL ACTIVITIES

- Berlin Program for Advanced German and European Studies Beirat (selection committee) member (2017-2020)
- Participant in International Association for the Study of German Politics / German Academic Exchange Service 2017 German National Election Study Trip (September 2017)
- Fulbright US Scholar Peer Reviewer for New Zealand (Fall 2016)
- Section Co-Chair for the 2017 European Conference on Politics and Gender; Intersectionality, Citizenship and Multiculturalism section
- Co-Moderator, "History, Law, Economics, Society" section of "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium to be held at the National Academies of Science, Washington DC, 2 March 2017
- American Political Science Association Women and Politics Best Paper at the 2014 APSA Conference Award Committee member (2015)
- Member, German Studies Association Nominating Committee (2015)
- American Political Science Association Best Dissertation in Women and Politics Award Committee Member (2014)
- Member, Committee on the Future of the German Studies Association (2013-2014)
- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013
- Organized workshop on Gendering Marginalized Interests, University of Miami, 9 – 11 November 2012, sponsored by NSF Advance Grant
- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.
- Attended workshop "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science

Foundation, 12. May 2011.
- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.
- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, Comparative Political Studies, Comparative Politics, Democratization, Electoral Studies, European Journal of Political Research, German Politics, German Politics and Society, International Feminist Journal of Politics International Political Science Review, Journal of Legislative Studies, Party Politics, Politics & Gender, Politics & Policy, Political Research Quarterly,* and others

## INVITED TALKS

- "Female Prime Ministers and the Substantive Representation of Women" School of Politics and International Relations, Australian National University, Canberra, Australia, 5 May 2016
- "Jenny Shipley, Helen Clark, and the Substantive Representation of New Zealand Women," Political Science and International Relations Programme Research Seminar, Victoria University of Wellington, New Zealand, 18 May 2016
- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Lunch Colloquium, Women's and Gender Studies Program, University of Miami, October 23, 2105.
- "A Glass Half Empty: Candidate Gender Quotas and Political Recruitment" presented at an international workshop entitled "Approaching final destination: Envisioning gender equality as outcome" held at Florida International University, March 19-20, 2015.
- "Gender Quotas and Women's Legislative Representation Worldwide« given as the Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014.
- »The Needs of Rainbow Families and Policy Responses« presented at a workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014.
- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida International Univeristy, EU Center of Excellence, 9. October 2013.
- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.
- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to […] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict
- "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.
- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club

- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, FL
- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center
- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008
- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.
- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.
- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.
- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.
- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.
- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

## CONFERENCE PARTICIPATION SINCE 2013

- "Female Prime Ministers and Discursive Institutionalism: Evidence from New Zealand." Paper presented at the 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, 31 August – 3 September.
- Roundtable participant "The Gender 'Ambition Gap' Revisited: International and Comparative Perspectives," 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, 31 August – 3 September.
- "LGBT Politics in Germany: Unification As a Catalyst for Change." Paper presented at the 24th International Conference of Europeanists, Glasgow, Scotland, 12- 14 July 2017.
- "Lesbians As Political Actors: Transforming Germany's Life Partnership Law 2002 - 2016." Paper presented at the 24th International Conference of Europeanists, Glasgow, Scotland, 12 – 14 July 2017.
- "Female Prime Ministers and Discursive Institutionalism" Paper presented at the 2017 European Conference on Politics and Gender, Lausanne Switzerland, 8 – 10 June.
- "Germany's Life Partnership Law through an Intersectional Lens: Emerging Attention to Lesbians' Concerns" Paper presented at the 2017 European Conference on Politics and Gender, Lausanne, Switzerland, 8 – 10 June.
- "LGBT Politics in a Europeanized Germany: Unification as a Catalyst for Change." Paper presented at the European Union Studies Association 15th Biennial Conference, Miami, FL, 4 – 6 May 2017.
- "Representing Women, Differently: Jenny Shipley and Helen Clark"; paper presented at the 2016 Annual Meeting of the American Political Science Association, Philadelphia, PA
- "Added to the Agenda: How Multiply Marginalized Groups Can Catch the Attention of Policy Makers" presentation at Resistance, Backlash, and Power: Gender Equality and

Feminist New Practice in EU and Global Discourse, conference held in Christchurch, New Zealand, 1 April 2016

- "LGBTI Politics in Germany Since Unification: Domestic and European Influences" Paper Presented at the German Studies Association Annual Meeting, 2. October 2015, Washington, DC
- "Gender Quotas and Women's Candidacies" Paper Presented at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco CA
- Chair and Discussant on Panel "Gender Quotas II: Substantive Representation" at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco, CA
- Discussant on Panel "Gender, Recruitment, and Political Campaigns", European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015
- "A Method for Researching Gender Quotas and Political Recruitment" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015
- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015
- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper presented at the American Political Science Association Annual Meeting, Washington DC, 28 – 31 August, 2014.
- Discussant on Panel, "Sex, Sexuality, and Human Rights" American Political Science Association, Annual Meeting, Washington DC, 28. – 31. August 2014.
- Discussant on Panel "Quotas and Representation: and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.
- Amending Germany's Same-Sex Partnership Law: Intersectionality and Policy Making in Germany 2001 – 2013," paper presented at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014 and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.
- Discussant on Panel, "Gender, Family, and Policy: State Strategies and Responses" at the 21st Annual Conference of Europeanists, Washington, DC, 14. March 2014
- Panel organizer and chair, "Parties and Parliaments in Britain and Germany" at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014
- "Gendering Germany's Same-Sex Partnership Law" paper presented at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.
- Commentator on Panel "Germany's Changing Political Party Spectrum" at the 37th Annual Conference of the German Studies Association, 3. – 6. October, Denver, CO.
- Organized Mini-Symposium on Gender and the Euro Crisis at the 20th International Conference of Europeanists, Amsterdam, 25. – 27. June 2013. Presented paper entitled "Which Women (if any) are Represented in a Period of Crisis? Intersectionality and Representation in the Eurozone."
- "Gender Quotas and Party Gatekeepers: Evidence from Germany" Paper Presented at the 71st Annual Meeting of the Midwest Political Science Association, Chicago, IL: 11. – 14 April 2013.

<u>TEACHING</u>

**TEACHING AWARDS**

- Fulbright US Scholar Grant for Teaching and Research, taught POLS378: The Worst of Times: How Governments Respond to Economic Crises at Victoria University of Wellington, Spring 2016
- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

**TEACHING SPECIALIZATION**

- POL202: Introduction to Comparative Politics (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011, 2012; Summer 2010, 2011, 2013; Fall 2009, 2010, 2011, 2013, 2016, 2017)
- POL344 (also INS344 and WGS344) Gender and Politics (Fall 2010, 2012, 2014; Spring 2017)
- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)
- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010, 2014, 2017; Fall 2007, 2011)
- POL382: German Politics and Society (Summer 2009)
- POL391: Introduction To International Relations (Spring 2001, Spring 2002)
- POL520: Internship (see below for details)
- POL533/ 581: Comparative Political Economy of Post-Industrial Democracies *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011, 2014, 2016, 2017; Fall 2014, 2016.
- POL563/4: Senior Thesis (see below for details)
- POL569 (also WGS469): LGBTI Politics (Spring 2015, Fall 2017); also Contributed 2 weeks of lectures to UM's first WGS202: Introduction to LGBTQ Studies course, Spring 2012
- POL590/ 599: Independent Research/ Study (see below for details)
- WGS501: Senior Research Project (see below for details)
- FSS190: Gender and Elective Office Worldwide: Freshie Seminar (Fall 2012)

**THESIS AND DISSERTATION COMMITTEES**

PhD Dissertation Committees:
Beatriz Danguillecourt
Roberto Dominguez (now Associate Professor, Suffolk University, Boston)
Markus Thiel (now Associate Professor, Florida International University, Miami)

Honors Undergraduate Theses

Sarah Thompson (Chair)          Victor Munoz (Chair)
Ahmed Rigo (Committee Member)    Patti Mazzai (Committee Member)
Julia Wyda (Committee Member)    Ifdy Perez (Committee Member)
Cherine Smith (Committee Member) Paul Bagley (Committee Member)
Jennifer Bonde (Committee Member) Erin Pelletier (Chair)
Nessa Manten (Chair)

**CONFIDENTIAL**          **UM/EEOC-D. SCHMICH - 3650**

For-Credit Internships (POL520): Sarah Canale, Paul Bagley, Alyssa Cundari

Directed Readings (POL599): Kyle Fontaine, Bijal Mehta, Antoinette Ragland, Nana Amaning, Arye Knaani

Women's and Gender Studies Senior Project (WGS501): Shelby Juarez

## OTHER TEACHING-RELATED ACTIVITIES

Wrote "Germany" chapter for McGraw Hill's *Comparative Governance* textbook

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

## SERVICE

### UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE

- Faculty Advisor to "Elect Her" student organization (2017 – Present)
- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – 2014; 2016 – Present
- University of Miami Research Council Member (2017 – Present)
- Elected to College of Arts and Sciences College Council (2008 – 2011; 2014 - 2017)
- University of Miami Women's and Gender Studies Program Director, 2014 – 2015
- University of Miami LGBTQ Scholarship Committee Member (2014 - 2015)
- University of Miami LGBTQ Taskforce (Spring 2015)
- University of Miami IBIS Ally (2015 – Present)
- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010
- Member, INS-POL merger committee (2008-9)
- POL Search Committee Member (Various 2001 – Present); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

**COMMUNITY ACTIVITIES**

- Miami German Ministry Committee Member (2009-2010; 2013 – Present); Member Coral Gables Congregational United Church of Christ
- Member, German International Parent Association and Parent Teacher Associations, Miami-Dade County Public Schools (2009 – Present)
- Provided expertise on gender and politics to Rise Up Florida, California Women's List
- Board of Directors, UM Canterbury Preschool (2009 – 2012; Vice President, 2010 – 2012)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007)
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Various media interviews



**UNIVERSITY**
**OF MIAMI**

Department of Political Science
1300 Campo Sano Drive
P.O. Box 248047
Coral Gables, FL 33146

To:             Louise Davidson-Schmich
                Department of Political Science

From:           Jonathan West, Chair
                Department of Political Science

Date:           May 17, 2018

Subject:        FY19 Merit Increase

Dear Louise,

I am pleased to inform you that your academic (fiscal) year salary for August 15, 2018 to May 15, 2019 will be $112,400.00.

Best wishes for an enjoyable and productive summer.

Sincerely,

*Jonathan P. West*

Jonathan West, Chair
Department of Political Science

pc:             Jeffrey L. Duerk, Executive Vice President and Provost
                Leonidas Bachas, Dean



DAVIDSON-SCHMICH_00322



UNIVERSITY OF MIAMI
COLLEGE of
ARTS & SCIENCES

# ANNUAL EVALUATION FORM

TENURED AND TENURE-TRACK FACULTY

**TO:**       Leonidas G. Bachas                              **DATE: 1/26/18**
             Dean

**FROM:**     Jonathan P. West, Professor and Chair
             (Name and Title)
             Department of Political Science:

**SUBJECT:**  2017 Calendar Year Evaluation for Louise Davidson-Schmich:

**Evaluation of Research/Creative Activities**: Evaluate research and/or creative work during this period, including special activities or circumstances that may have an impact on growth, performance, etc. In addition, please indicate any research activities or circumstances that have affected teaching commitments (e.g., grant buyout, sabbatical or other forms of leave, etc.).

In research, Louise published an edited volume, *Gender, Intersections, and Institutional Groups Building Alliances and Gaining Voice in Germany* (University of Michigan Press) in 2017. The UM Press is the 7th ranked press in political science. Her book includes a sole-authored introduction, chapter, and conclusion. Her single-authored book in 2016 (U of Michigan Press) was favorably reviewed in *German Politics and Society* in 2017. She also published a sole-authored article in *German Politics* dealing with LGBT politics in Germany. She had three other unrefereed publications in 2017 including two blog posts and a book review (the latter appearing in *German Politics*). These publications dealt with women's representation, Angela Merkel and Marriage equality, and Europe's sexual minorities. Her work in progress involves two book chapters (for a McGraw Hill anthology and the *Oxford Handbook of German Politics*) and articles for submission to *Femine Politica* and to *German Politics* dealing with issues ranginf from political recruitment by political parties to LGBT and gender issues. She received funding from CAS to attend a conference in Switzerland and funding from IASGP/German Academic Exchange Service to attend the 2017 German Election Study meeting. She has been an promotion/tenure reviewer for candidates at Drexel, Clarkson and Edinburgh/UK this year. She has also been a reviewer for the Alexander von Humboldt Foundation, the APSA Women and Politics Best Dissertation Committee and she is a member of the Berlin Program for Advanced German and European Studies selection committee. She serves on the UM Research Council and LGBTQ scholarship committee. She serves on five editorial boards, two dealing with gender and women's politics and three related to German politics. She has been a manuscript reviewer for four academic journals and given three invited talks. She had a role as a paper presenter (6), roundtable participant (1) or co-moderator (1) at professional conferences, including APSA, conferences abroad, and a colloquium in Washington, D.C.

DAVIDSON-SCHMICH_00324

Case 1:19-cv-23131-RNS Document 81-1 Entered on FLSD Docket 04/19/2021 Page 571 of 688

**Evaluation of Teaching and Pedagogical Initiatives**: Evaluate the faculty teaching effectiveness and the use of pedagogical innovation(s)/creative initiative(s) to enhance teaching and learning. You should assess the quality, amount, and level of classroom instruction, along with the development of new courses or classroom materials and the application of new technology. Indicate whether the faculty member was formally evaluated by his/her students during this period and summarize the results. If evaluation is based on informal feedback, please describe (from advisors, student conversations, etc.). In addition, include summary of results of peer teaching evaluations, if occurring during this period.

With regard to teaching, Dr. Davidson-Schmich taught two classes in Spring 17, POL 581, Comparative Political Economy, to 7 students with scores of 5.0 and 5.0 and POL/INS/WGS 344, Gender & Politics, to 26 students with scores of Q10 4.7, 4.9, 5.0 and Q6 of 4.3, 4.6, 3.0. In Fall 17 she also taught two courses: POL 202, Introduction to Comparative Politics to89 students with scores of 4.3 and 4.1 and POL 569/669, LGBTI Politics, to 14 students with scores of Q10 4.0 and 4.5 and Q6 3.5 (N=2) and 4.5 (response rate=25%). She used the flipped classroom approach in POL 202 as she had done previously and she has worked with colleagues to rationalize course offerings over a two year period. She advised 29 students and she serves as a formal mentor of Dr. Pischedda and an informal mentor to Calla Hummel.

**Evaluation of Service Activities (including advising):**

Her service responsibilities include serving on the Research Council, on the steering committee for Women and Gender Studies, and for the POL Bylaws Committee. Her work in the community involves membership in the German International Parents Association and the PTA in MDC Public schools, her membership in the Coral Gables Congregational United Church of Christ (German Ministry Steering Committee), and membership in the German-American Social Club of Miami Dade County. She works with Rise Up Florida prompting women to run for elective office, consults with the California Women's list on doing the same thing in California, and conducts media interviews. She agreed to develope a presentation on avoiding implicit bias for CAS search committees.

I have reviewed (via https://research.miami.edu) that this faculty member has disclosed his/her Outside Professional Activities (OPAs) and completed the Conflict of interest (COI) through the Disclosure Profile System. I recognize my obligation to address the outcome of this review with the Dean.

_Jennifeer P. Neal_
Chair's Signature              1/30/18
                                    Date

DAVIDSON-SCHMICH_00325



UNIVERSITY OF MIAMI
COLLEGE of
ARTS & SCIENCES



# SUMMARY OF ACTIVITIES
## CALENDAR YEAR 2018

### TENURED AND TENURE-TRACK FACULTY

Name: <u>Louise K. Davidson-Schmich</u>     Dept: <u>POL</u>          Date: <u>Jan 8, 2019</u>

**The information on this form should reflect only activities occurring between January 1 and December 31, 2018, and be submitted to your Chair/Supervisor to accompany his/her annual evaluation and merit raise recommendation. Use the space provided or attach separate sheets as necessary. Please attach a copy of your curriculum vitae.**

### A. Research, Scholarly, or Creative Endeavors
Please use standard curriculum vitae format (do not abbreviate); indicate multiple authors and precedence of authorship where appropriate.

1. Describe your current research area and future research goals (including your participation in and contributions to team research, such as Multi-Investigator Projects, Centers, and Institutes). If you prefer, indicate your most significant publication or research project since last year's review and explain its significance:

My research took several strands in 2018. Foremost among them was receiving a $21,700 grant from the German government (administered by the Goethe Institute) to host a series of Roundtables on Germany, the US, and the Challenges of the 21st Century with Dr. Markus Thiel of FIU. I organized and spoke at two roundtables in the fall, on immigration and on gender and sexuality; I am in the process of organizing three more for spring 2019.

My research on gender and political ambition in Germany also continued with an invitation to the University of Marburg to be the closing speaker at a conference on 100 Years of Women's Suffrage in Germany as well as a single-authored article on the subject in Germany's leading journal on gender and politics *Femina Politica*. I was also competitively selected to contribute an article on "Gender, Political Ambition, and Mixed Electoral Systems" to a peer-reviewed special issue of the *European Journal on Politics and Gender,* co-authored with Hilde Coffe, University of Bath.

My research on sexuality and German politics also continued with a single-authored *German Politics and Society* article on LGBTI rights and the German election of 2017 and completion of a single-authored chapter on "Gender and Sexuality and German Politics" for the forthcoming *Oxford Handbook of German Politics*. The *GPS* article will also appear as a chapter in an edited volume in June 2019.

I also published two book reviews and a textbook chapter, gave five other invited talks, and made seven conference presentations. My 2017 edited volume was positively reviewed in *German Politics*. See attached copy of the review.



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 55**

**CONFIDENTIAL**                              **UM/EEOC-D. SCHMICH - 3655**

Faculty Name:     Louise K. Davidson-Schmich
Page 2 of 11

  2.  Publications (books, refereed articles, book chapters, abstracts, book reviews, etc.):
      (Please include full citation)

      a.  Refereed:

          i.  Published:

- ''Addressing Supply Side Hurdles to Gender Equal Representation in Germany'' *Femina Politica*, 2-2018: 53-69.

- ''LGBTI Rights and the 2017 German National Election'' *German Politics and Society*, Vol. 36, No. 2 (Summer 2018): 27-54.

    - Forthcoming (June 2019) in Eric Langenbacher, *Twilight of the Merkel Era: Power and Politics in Germany after the 2017 Bundestag Election*, New York: Berghahn Books.

          ii.  Submitted:

- ''Gender, Political Ambition, and Mixed Electoral Systems'' with Hilde Coffe, competitively selected for peer-reviewed special issue of the *European Journal of Politics and Gender* on gender and political ambition.

- ''Gender and Sexuality in German Politics'' chapter for *Oxford Handbook of German Politics*

      b.  Unrefereed, published or in press:

- Textbook chapter ''Germany: A Stable and Prosperous Parliamentary Democracy'' in Paulette Kurzer, ed. *Comparative Governance Collection* (McGraw Hill, 2018)

- Review of ''Gender Quotas in South America's Big Three'' by Adriana Piatti-Crocker, Gregory D. Schmidt, and Clara Araujo and Empowered by Design: Decentralization and the Gender Policy Trifecta'' by Meg Rincker in *Perspectives on Politics*, Vol. 16, Issue 2 (2018): 557-560. https://doi.org/10.1017/S1537592718000336

- Review of Philip Ayoub's ''When States Come Out: Europe's Sexual Minorities and the Politics of Visibility'' *German Politics*. Vol 27, Issue 2, 2018: 291-293. https://doi.org/10.1080/09644008.2017.1408979

**CONFIDENTIAL**                                **UM/EEOC-D. SCHMICH - 3656**

Faculty Name:     Louise K. Davidson-Schmich
Page 3 of 11

> 3. Funded research (agency, dates of award, amount):
>
>> a. Proposals funded:

- Goethe Institute "Deutschlandjahr" grant, with Markus Thiel at Florida International University, €19,000 ($21,700). Funds used to organize a public roundtable on "The Challenges of Immigration and Integration in Germany and the US" at UM on October 18, 2018 and one on "Changing Gender and Sexuality Norms in Germany and the US" at FIU on November 15, 2018. Three more such Roundtables planned for 2019. See here for more details: https://news.miami.edu/stories/2018/10/promoting-positive-international-relations.html

> 4. Editorial responsibilities, grant and manuscript reviews, etc.

- Co-Editor of *German Politics*, starting 1. January 2019; previously Editorial Board member

- Editorial Board member of *European Journal of Politics and Gender, German Politics and Society, Journal of Women Politics and Policy* and of the German Studies Association's *Spektrum* book series

- Berlin Program for Advanced German and European Studies *Beirat* member (post doc / dissertation fellowship selection committee) (2017-2020)

- University of Miami Research Council Provost's Research Award grant reviewer

- Reviewed articles for the *American Journal of Political Science, European Journal of Politics and Gender, Journal of Legislative Studies, German Politics, German Politics and Society, International Political Science Review, Parliamentary Affairs, Politics & Gender* (2) and *Political Research Quarterly*

- Tenure review for Dr. Meryl Kenny, University of Edinburgh

**UM/EEOC-D. SCHMICH - 3657**

Faculty Name:     Louise K. Davidson-Schmich
Page 4 of 11

5. Professional Activities (papers presented, meeting/conference organization or participation, activities in professional organizations)

     a.   Invited conferences or presentations:

- ``Wrap Up from Academia'' at University of Marburg Conference on ``Konkurrenz für das politische Alpha-Männchen: Wandel und Herausforderungen nach 100 Jahren Frauenwahlrecht,''24. February 2018.

- ``Gender and Political Representation in Germany and the US'' and ``Lesbian, Gay, Transgender, Intersex Policies in Germany and the US'', Roundtable on Changing Gender and Sexuality Roles in Germany and the US, Florida International University, November 15, 2018

- ``Transgender Rights and Protections around the World,'' Roundtable on Proposed Federal Government Changes to Transgender Protections, University of Miami, 9. November 2018

- ``Gender and Political Representation Worldwide: How Does the U.S. Compare and Why Does it Matter?'' Coral Gables Congregational UCC's Food for the Soul Series, October 21, 2018.

- ``Avoiding Implicit Bias'' Presentations to CAS Search Committee Chairs and School of Communications Dean Search Committee, 13. September and 26. November.

     b.   Conferences/meetings at which a paper, poster, or panel commentary was presented:

- Co-Organized and moderated a three-day seminar on The Rise of the Alternative for Germany (AfD) and the Transformation of German Politics, German Studies Annual Meeting, Pittsburgh, PA, 28. - 30. September 2018.

- ``The 2017 Bundestag Election and the Future of Merkel's Leadership'' Roundtable Speaker at the German Studies Annual Meeting, Pittsburgh, PA, 28. September 2018.

- ``Reframing Recruitment: Feminist Institutionalism and Women's Political Ambition'' Paper Presented at the 2018 Annual Meeting of the American Political Science Association, Boston, MA 30. August.

- Panel Discussant, ``Gender, Intersectionality and Politics'' at the 2018 Annual Meeting of the American Political Science Association, Boston, MA 31. August.

- Panel Discussant, ``Beyond Numbers: Diversity and Inclusion of Women Across Parliaments,'' at the 2018 Annual Meeting of the American Political Science Association, Boston, MA 1. September.

- ``Sexual Minority Rights and the 2017 German Election'' Paper Presented at the 2018 Council of European Studies Conference of Europeanists, Chicago, IL, 29 March 2018.

**UM/EEOC-D. SCHMICH - 3658**

Faculty Name: Louise K. Davidson-Schmich
Page 5 of 11

- Panel Discussant, ''Positionality and Politics: LGBTQ Political Actors within Heteronormative Institutions,'' at the 2018 Council of European Studies Conference of Europeanists, Chicago, IL, 28 March 2018.

   c. Other:
- Expert country coder on Germany and New Zealand for the V-Dem Varieties of Democracy research project: https://www.v-dem.net/en/about/

**B. Teaching and Pedagogical Initiatives**

If you had a teaching assignment reduction in any of the following semesters, please indicate the course or credit hour equivalent and the reason for the reduction. (Examples: Spring 18, 1 course, research release, salary paid by grant; Fall 18, 2 courses, sabbatical leave.)

1. Courses taught (if any of the courses was taught by more than one instructor, please indicate so) :

**Spring '18**

|  |  |  |  |  | Student Evaluation | If "Y", enter mean score eval | |
|  |  |  |  |  |  | Overall Evaluation of the Instructor is Positive | Presents Course Material Effectively |
| Course Name | Course # | Section | Credits | Enrollment | (Y/N) | | |
|---|---|---|---|---|---|---|---|
| Western European Politics and Government | POL381 INS 310 | O | 3 | 34 | Y (POL) | 4.8 | 4.8 |
| Comparative Political Economy | POL581 | P | 3 | 6 | Y | 5.0 | 5.0 |

Please comment on each course listed above to provide your assessment. Address the following:
- Was this the first time you taught the class? NO
- Did you try new approaches or materials? If yes, reflect on what worked, whether the students were engaged, whether their learning met your expectations, whether you plan any changes in the future, and so on. Nothing new this time; in Spring 2019 I am going to include more flipped classroom/ simulation activities.
- Did a peer evaluate the course? NO

**UM/EEOC-D. SCHMICH - 3659**

Faculty Name: Louise K. Davidson-Schmich
Page 6 of 11

**Fall '18**

|  |  |  |  |  | Student Evaluation | If "Y", enter mean scor |  |
|  |  |  |  |  |  | **Overall Evaluation of the Instructor is Positive** | **Presents Course M Effectively** |
| **Course Name** | **Course #** | **Section** | **Credits** | **Enrollment** | **(Y/N)** |  |  |
| Gender & Politics | POL344 INS344 WGS344 | O | 3 | 33 | Y (POL) | 4.9 | 4.6 |
| Comparative Political Economy | POL581 POL681 | P | 3 | 12 | Y | 4.0 (undergrad) 5.0 (grad) | 4.7 (undergrad) 5.0 (grad) |

Please comment on each course listed above to provide your assessment. Address the following:
- Was this the first time you taught the class? No
- Did you try new approaches or materials? If yes, reflect on what worked, whether the students were engaged, whether their learning met your expectations, whether you plan any changes in the future, and so on. Substantially updated course content to reflect changes in light of the Trump Administration / Women's March & #MeToo movements
- Did a peer evaluate the course? No

**Summer '18**

- Course cancelled due to low enrollments

2. What substantive or teaching/pedagogical innovations you have undertaken during this review period (including experiments)?

- Substantially updated politics & gender course content to reflect changes in light of the Trump Administration / Women's March & #MeToo movements

**C. Advising and Mentoring**

1. Number of Undergraduates advised:

| Freshmen | Sophomores - Seniors |
| --- | --- |
| 0 | 27 |

**UM/EEOC-D. SCHMICH - 3660**

Faculty Name: Louise K. Davidson-Schmich
Page 7 of 11

2. Post-Doc and/or Faculty Mentoring:

Faculty mentor for Dr. Costa Pischedda, Assistant Professor Political Science; helped him prepare 3rd year review statement and provided 3rd year review feedback

## D. Leadership and Service

1. Contributions to Departmental, College, and University organization and operation (including any formal or informal mentoring activities, contributions to increasing diversity, etc.):

- Developed ''Avoiding Implicit Bias'' Presentations for CAS Search Committee Chairs and School of Communications Dean Search Committee, 13. September and 26. November.

- ''Super Search Committee'' Chair, Political Science Department, coordinated joint searches for endowed White Chair and junior faculty position in American Politics and International Relations

- Organized January 2019 visit of renowned scholar Lisa Anderson under the auspices of the Phi Beta Kappa Visiting Scholar Program, with Jennifer Ferris-Hill PBK Secretary-Treasurer

- 3rd year review committee, Dr. Costa Pischedda

- Promotion review committee, Dr. Merike Blofield

- Research Council member and Provost's Research Award grant reviewer

- Faculty Senate Equity and Inclusion Committee member

- Steering Committee Member, Women's and Gender Studies Program

- Phi Beta Kappa committee member

Faculty Name:     Louise K. Davidson-Schmich
Page 8 of 11

2. Professional Leadership and Leadership activities (administrative responsibilities, committees, editorships, grant reviews, etc.):

- Elected Co-Editor, *German Politics*, term beginning 1.1.19; Editorial Board member in 2018

- Editorial Board member of *European Journal of Politics and Gender, German Politics and Society, Journal of Women Politics and Policy* and of German Studies Association's *Spektrum* book series

- Berlin Program for Advanced German and European Studies *Beirat* member (post doc / dissertation fellowship selection committee) (2017-2020)

3. Community service:

- Member German International Parents Association, Miami Dade County Public Schools

- Member German Ministry Miami, Coral Gables Congregational United Church of Christ

- Member, German-American Social Club of Miami Dade County

4. Scholarly consulting activity on civic or public projects, or in public education initiatives:

- Received $21,700 grant from the German government to hold a series of public diplomacy roundtables on "Germany, the US, and the Challenges of the 21st Century" (see above under research)

- Expert country coder on Germany and New Zealand for the V-Dem Varieties of Democracy research project: https://www.v-dem.net/en/about/

Faculty Name: Louise K. Davidson-Schmich
Page 9 of 11

5. As you are aware, there is a University-wide emphasis on our core values and on how we can all contribute to building a better University. Use the space below to describe any action/initiative you undertook this past calendar year to contribute to our DIRECCT values and to help build a better U.

- Developed ''Avoiding Implicit Bias'' Presentations for CAS Search Committee Chairs and School of Communications Dean Search Committee, 13. September and 26. November.

- Joined Faculty Senate Equity and Inclusion Committee member; met with Provost Duerk and Vice President Cristina Elgarresta to discuss ways of fostering faculty and staff diversity.

- Spoke to concerned students about transgender rights in the wake of Trump Administration's fluctuating policy on transgender recognition.

### E. Impact and Goals

1. Self-Assessment of impact on your department, the College, the University as a whole, and on your profession:

In 2018 I took on many leadership roles at each of these levels. In the Department, I served as the "Super Search Committee" chair, coordinating two job searches, served as a mentor and third year reviewer for a junior colleague, and on a promotion committee for a more senior member. At the College level, I developed an implicit bias presentation for CAS search committees and then shared this presentation with the School of Communications Dean Search Committee. At the University level, I was appointed both to the Research Council and to the Faculty Senate's Equity and Inclusion committee. My scholarly leadership in the field was recognized with my election as Co-Editor of the journal *German Politics*, a $21,700 grant from the German government, an invitation to be the closing speaker at an international conference, an invitation to contribute to the *Oxford Handbook of German Politics*, selection as a textbook chapter author on German politics, appointments to four editorial boards, as well as multiple requests to review grants, articles, books and scholars up for tenure.

2. Progress towards this year's goals:

    a. Research/Scholarship/Artistic Endeavors

Completed & submitted all scholarly articles/ chapters outlined in 2017 Activity Report in section entitled "3. Other creative or scholarly activities in progress, with anticipated timeline"

Faculty Name: Louise K. Davidson-Schmich
Page 10 of 11

    b. Teaching

Last year's form did not ask me to set teaching goals

    c. Service

Last year's form did not ask me to set service goals

3. Goals for next year: be specific in terms of numbers of papers, grants, agency, timeline, quality of teaching, courses taught, pedagogical innovations, etc.)

    a. Research/Scholarship/Artistic Endeavors

I will continue with my "Deutschlandjahr" grant, organizing three roundtables on the subject of Germany, the US, and the Challenges of a) Climate Change, b) Building a Competitive Workforce, c) Rising Populism and Political Polarization

I hope to have my co-authored article with Hilde Coffe accepted for publication; I will write an article for an edited volume being coordinated at the University of Marburg about gender and political recruitment in Germany; I will continue my project on female prime ministers and substantive representation.

    b. Teaching

I will teach LGBTI politics (Spring 2019), Comparative Political Economy (Fall 2019), and West European politics (Spring and Fall 2019). I will update my West European politics course to be more interactive /flipped-classroom in nature. Current events may necessitate considerable updating to the LBGTI Politics course as well.

    c. Service

I will continue on as a member of the Research Council (reviewing Provost Research Award applications), of the Senate's Equity and Inclusion Committee, the Women's and Gender Studies Steering Committee, of the Berlin Program for Advanced German and European Studies Beirat (reviewing post doc / dissertation fellowship applications), and of the UM Chapter of Phi Beta Kappa, hosting Visiting Scholar Lisa Anderson in January 2019.

Considerable time will be devoted to serving as Co-Editor of *German Politics* beginning January 2019.

Faculty Name:        Louise K. Davidson-Schmich
Page 11 of 11

I have disclosed my Outside Professional Activities (OPAs) and completed the Conflict of Interest (COI) through the Disclosure Profile System (https://udisclose.miami.edu)

_____                    _____
Louise K. Davidson-Schmich                            1-8-19

**CONFIDENTIAL**                                       **UM/EEOC-D. SCHMICH - 3665**

CONFIDENTIAL

UM/EEOC-D. SCHMICH - 3666

**LOUISE K. DAVIDSON-SCHMICH**

PROFESSOR OF POLITICAL SCIENCE
UNIVERSITY OF MIAMI
CORAL GABLES, FL
(305) 284-2143
DAVIDSON@MIAMI.EDU

Date: January 9, 2018

## HIGHER EDUCATION

Duke University, PhD, 1999
Duke University, MA, 1995
Brown University, BA, 1990

## EXPERIENCE

University of Miami, Professor of Political Science, 2017 -- Present
University of Miami, Program Director Women's and Gender Studies, 2014 - 2015
University of Miami, Associate Professor of Political Science, 2007 – 2017
University of Miami, Assistant Professor of Political Science, 2000 –2007

## PUBLICATIONS

### SINGLE AUTHORED BOOKS

- *Gender Quotas and Democratic Participation: Recruiting Candidates for Elective Office in Germany*, Ann Arbor, MI: University of Michigan Press, 2016.

  Reviewed: *German Politics and Society* (Volume 35, Issue 3, Autumn 2017)

- *Becoming Party Politicians: Eastern German State Legislators in the Decade Following Democratization.* 2006. Notre Dame, IN: University of Notre Dame Press.

  Reviewed
  *Perspectives on Politics* (Vol. 5, No. 2, June 2007)
  *German Politics* (Vol. 16, No. 1, March 2007)
  *German Politics and Society* (Vol. 25, No. 1, Spring 2007)
  *Party Politics* (Vol. 15, No. 2, March 2009)

### EDITED COLLECTIONS

- *Gender, Intersections, and Institutions: Intersectional Groups Building Alliances and Gaining Voice in Germany.* Ann Arbor, MI: University of Michigan Press, 2017.

  Reviewed: *German Politics* (Volume 27, Issue 2, 2018)

- *German Politics* Special Issue on Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel. Volume 20, Number 3 (September 2011).

**CONFIDENTIAL**

**UM/EEOC-D. SCHMICH - 3667**

**REFEREED ARTICLES**

- "Addressing Supply Side Hurdles to Gender Equal Representation in Germany" *Femina Politica,* 2-2018: 53-69.
- "LGBTI Rights and the 2017 German National Election" *German Politics and Society*, Vol. 36, No. 2 (Summer 2018): 27-54.
  - Reprinted (June 2019) in Eric Langenbacher, *Twilight of the Merkel Era: Power and Politics in Germany after the 2017 Bundestag Election*, New York: Berghahn Books.
- "LGBT Politics in Germany: Unification as a Catalyst for Change." *German Politics*. Vol. 26, Issue 4, pp. 534-555. http://dx.doi.org/10.1080/09644008.2017.1370705.
- "Closing the Gap: Gender and Constituency Candidate Nomination in the 2013 Bundestag Election" *German Politics and Society* Vol. 32, No. 2 (Summer 2014): 86 – 105.
  - Reprinted in *The Merkel Republic: An Appraisal*. Edited by Eric Langenbacher, New York: Berghahn Books, 2015, pp. 102 – 120.
- "Gender, Intersectionality, and the Executive Branch: The Case of Angela Merkel" *German Politics*. Volume 20, Number 3 (September 2011): 325 -41.
- "Afterword" *German Politics*, Vol. 20, No. 3 (September 2011): 464-8.
- "Stößt die Frauenquote an ihre Grenzen? Eine Untersuchung der Bundestagswahl 2009" co-authored with Isabelle Kürschner. *Zeitschrift für Parlamentsfragen*, 1/2011.
- "Gender Quota Compliance in the 2009 Bundestag Election" *German Politics and Society*, Issue 96, Vol. 28, No. 3 (Fall 2010): 133-155
  - Reprinted in *Between Left and Right: The 2009 Bundestag Elections and the Transformation of the German Party System*. Berghahn Books, 2010.
- "Ahead of her Time: Eva Kolinsky and the Limits of German Gender Quotas" *German Politics*, Vol. 16, No. 3 (September 2007): 391-407.
- "The Implementation of Political Party Gender Quotas: Evidence from the German *Länder* 1990-2000" *Party Politics* Vol. 12, No. 2 (2006): 211-232.
- "The Origins of Party Discipline: Evidence from Eastern Germany." *German Politics and Society,* Issue 79, Volume 24, Number 2 (Summer 2006): 23-43.
- "Searching for the Origins of Civic Community in Central Europe: Evidence from Eastern and Western Germany" *Democratization*, Vol. 13, No. 1 (February 2006): 95-115.
- "The Development of Party Discipline in New Parliaments: East German State Legislatures 1990-2000" *The Journal of Legislative Studies*, Vol. 9. No. 4, Winter 2003, pp. 88-101.
  - Reprinted in Reuven Y. Hazan, ed. 2006. *Cohesion and Discipline in Legislatures.* New York: Routledge, pp. 88-101.
- "You Can Lead a Horse to Water but you can't (Always) Make it Drink" with Klaus Hartmann, and Uwe Mummert, *Communist and Post-Communist Studies*, 2002, Volume 35, Issue 3, pp. 325-352.
  - An earlier, German-language version appeared as "Eingikeit und Recht und die Nutzung positiver Freiheiten" with Klaus Hartmann, and Uwe Mummert, in Wolfgang Schluchter and Peter Quint, Eds. *Der Vereinigungsschock – Zehn Jahre danach: Eine vergleichende Betrachtung,* Velbrück Wissenschaft, 2001.
- "Universalism and Fiscal Decision Making in Post-Communist Legislatures: The Case of Budgeting in Berlin." *The Journal of Legislative Studies.* Winter 2001, Vol. 7, No. 4: 37-62.
- "Toeing the Line: Institutional Rules, Historical Legacies, and Party Discipline in Berlin." *German Politics and Society* 2000, Vol. 18, No. 2, Summer:1 - 29.
- "European Elections or Elections in Europe?" with Peter Lange, *Il Politico*, January-March, 1995, Vol. LX, No. 1: 55 - 91.

CONFIDENTIAL

BOOK CHAPTERS

- "Gender and Sexuality in German Politics" chapter for *Oxford Handbook of German Politics* , forthcoming
- "Germany: A Stable and Prosperous Democracy" in Paulette Kurzer, Ed. *Comparative Governance,* McGraw Hill, 2018 (earlier 2015 version as well).
- "Introduction" and "Conclusion: Power, Institutions, and Intersectional Research in Germany and Beyond" in in Louise K. Davidson-Schmich, Ed. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany.* Ann Arbor: University of Michigan Press, 2017, pp. 1 – 34 and 257-268.
- "Amending Germany's Life Partnership Law: Emerging Attention to Lesbians' Concerns" in Louise K. Davidson-Schmich, Ed. *Gender, Institutions, and Intersections: Intersectional Groups Building Alliances and Gaining Voice in Germany.* Ann Arbor: University of Michigan Press, 2017, pp. 203 – 236.
- "Introduction" *A Model with Small Imperfections: Representatives between Ideal and Reality.* Co-author Sarah E. Wiliarty. St. Augustin, Germany: Konrad Adenauer Foundation, In Press.
- "Political Parties and European Parliament Election Campaign Content" (with Eloisa Vladescu) in *An Audit of Democracy in the European Union*, edited by Susan Banducci, Mark Franklin, Heiko Giebler, Sara Hobolt, Michael Marsh, Wouter van der Brug and Cees van der Eijk; European University Institute: Florence, 2012. pp. 77 - 102. Available at http://www.piredeu.eu/Database/DOCS/PIREDEU_Audit_of_Democracy_2012.pdf.
- "How Parties in Government Respond: Distributive Policy in Post-Wall Berlin" in Kay Lawson and Thomas Poguntke, Eds. *How Parties Respond: Interest Aggregation Revisited*, New York: Routledge, 2004: 105 - 128.

ACADEMIC BLOG POSTS

- "Angela Merkel, Her Opponents, and Marriage Equality" International Association for the Study of German Politics blog post, July 19, 2017. Available https://iasgp.wordpress.com/2017/07/19/angela-merkel-her-opponents-and-marriage-equality-in-germany/
- "How does the US compare with other countries in terms of women's representation?" Mischiefs of Faction blog. 10 April 2017. Available https://www.vox.com/mischiefs-of-faction/2017/4/10/15239998/womens-representation-congress-america
- "What Germany's Gender Quotas for Candidates Can Teach Us about Its Gender Quotas for Corporate Boards." International Association for the Study of German Politics blog post, January 26, 2015. Available https://iasgp.wordpress.com/2015/01/26/what-germanys-gender-quotas-for-candidate-can-teach-us-about-its-gender-quotas-for-corporate-boards/

BOOK REVIEWS AND OTHER WORKS

- Review of "Gender Quotas in South America's Big Three" by Adriana Piatti-Crocker, Gregory D. Schmidt, and Clara Araujo and Empowered by Design: Decentralization and the Gender Policy Trifecta" by Meg Rincker in *Perspectives on Politics*, Vol. 16, Issue 2 (2018): 557-560. https://doi.org/10.1017/S1537592718000336
- Review of Philip Ayoub's "When States Come Out: Europe's Sexual Minorities and the Politics of Visibility" *German Politics*. Vol 27, Issue 2, 2018: 291-293. https://doi.org/10.1080/09644008.2017.1408979

**BOOK REVIEWS AND OTHER WORKS, CONT.**

- Review of Konrad H. Jarausch's "United Germany: Debating Processes and Prospects" *German Politics and Society.* Issue 115, Vol. 33, No 3 (Autumn): 88 – 91.
- Review of Jeffrey J. Anderson and Eric Langenbacher's "From the Bonn to the Berlin Republic: Germany at the Twentieth Anniversary of Unification" *German Studies Review* Vol. 36, No. 2 (2013): 412 – 416.
- Review of Jennifer L. Lawless's "Becoming a Candidate: Political Ambition and the Decision to Run for Office" *Journal of Politics* Vol. 74, No. 4 (2012): 2 pages.
- Review of Sarah Wiliarty's "The CDU and the Politics of Gender in Germany: Bringing Women to the Party" in *German Politics and Society* Issue 97, Vol. 29, No. 1, Spring 2011, 65 – 69.
- Review of Kristie Macrakis' Seduced by Secrets: Inside the Stasi's Spy-Tech World. *German Studies Review* 32/2 (2009): pp. 35-6.
- "Alone Amongst Men", *Humboldt Kosmos*, Vol. 92/2008.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Alan S. Zuckerman, Josip Dasović, and Jennifer Fitzgerald, Partisan Families: The Social Logic of Bounded Partisanship in Germany and Britain. *German Politics and Society* Vol. 26, No. 2 (Summer 2008): 99-104.
- Review of Daniel Ziblatt, Structuring the State: The Formation of Italy and Germany and the Puzzle of Federalism. *German Studies Review* Vol. XXX, No. 3 (October 2007).
- Review of Laura Brunell, Institutional Capital: Building Post-Communist Government Performance. *Perspectives on Politics* Vol. 5, No. 3 (September 2007).
- Review of John E. Jackson, Jacek Klich, Krystyna Poznańska, The Political Economy of Poland's Transition: New Firms and Reform Governments. *Comparative Political Studies* Vol. 39, No. 8 (October 2006).
- "American comparative political science and the percentages of women in German state legislatures" ["Vergleichende Politikwissenschaft / USA zu den … Frauenanteilen in deutschen Landtagen"] in the Baden-Württemberg State Women's Office's Newsletter, May 2005.
- Review of Hubert Tworzecki's Learning to Choose: Electoral Politics in East-Central Europe. *Perspectives on Politics.* March 2004 (Vol. 2/ No. 1).
- Review of Markus Kreuzer's Institutions and Innovation. *German Studies Review* May 2003 (Volume XXVI, Number 2).
- Review of Carles Boix's Political Parties, Growth, and Equality. *Politische Vierteljahresschrift* (3) 2000.
- Author of Instructor's Test Bank and On-Line Student Review questions for Karen Mingst's *Essentials of International Relations/ 3rd Edition*, W.W. Norton 2004 and *4th Edition*, 2007.

**WORK UNDER REVIEW / IN PROGRESS**

- "Gender, Political Ambition, and Mixed Electoral Systems" with Hilde Coffe, competitively selected for peer-reviewed special issue in *European Journal of Politics and Gender*
- "Gender, Intersectionality, and the Executive Branch: When do Female Prime Ministers Promote 'Women's Interests'?" In Progress.
- Book length manuscript on New Zealand Prime Ministers Jenny Shipley and Helen Clark and the substantive representation of women, in progress

**PROFESSIONAL**

**FUNDED RESEARCH**

- Goethe Institute "Deutschlandjahr" grant, with Markus Thiel at Florida International University, €19,000. Academic year 2018-2019.
- Fulbright New Zealand U.S. Scholar, February – June 2016, $21,200 (NZ $32,500)
- SEEDS "You Choose" Leadership Award, NSF ADVANCE for Women in Science Grant, Fall 2012, $2500.
- Alexander von Humboldt Foundation, Resumption of Chancellor's Scholarship, Summers 2006 and 2008 (€ 7800)
- University of Miami General Research Support Award, Summer 2001 ($3790), Summer 2003 ($1600); Summer 2005 ($3400), Summer 2007 ($2750)
- University of Miami James W. McLamore Summer Research Award, Summers 2001, 2002, and 2005
- University of Miami, European Union Center, Research Award Fall 2004 ($1200) and Spring 2006 ($1860).
- University of Miami European Union Center, Curriculum Development Grant, Spring 2003, $3000.
- University of Miami, School of Business, Summer Research Award, Summers 2003, 2004, 2006.
- Alexander von Humboldt Foundation, International Association for the Study of German Politics, $5400 to hold conference on Gender and Governance: The Case of Angela Merkel, 8-10 May 2009, Miami.

**EDITORIAL RESPONSIBILITIES:**

- Co-Editor *German Politics*, with Wade Jacoby (Brigham Young University) and Dan Hough (University of Sussex)
- *European Journal of Politics and Gender*, International Advisory Board Member
- *Journal of Women, Politics, and Policy*, Editorial Board
- *German Politics and Society,* Editorial Board
- *Spektrum* (Book Series of the German Studies Association), Editorial Board

**PROFESSIONAL AND HONORARY ORGANIZATIONS**
- International Association for the Study of German Politics, Executive Board Member (2013 – Present; (Served as North American Secretary 2011-2013)
- American Friends of the Alexander von Humboldt Foundation, Alumni Council Member (2015 – Present)
- Humboldtian on Campus (Representative of the Alexander von Humboldt Foundation at the University of Miami)
- German Studies Association Executive Board (2010 - 2013)
- Executive Committee Member, International Political Science Association's Research Committee of Legislative Specialists
- Member, American Political Science Association
- Member, Midwest Political Science Association
- Member, Council for European Studies
- Member, German Studies Association

**HONORS AND AWARDS**

- Fulbright New Zealand US Scholar (Spring 2016)
- Prestigious Awards and Fellowships Distinguished Service Award for extraordinary commitment to scholar development, University of Miami, Fall 2011
- Foreign Language and Area Studies (FLAS) Fellowship, Duke University, 1997-1998
- W.W. Kulski Instructorship for Undergraduate Teaching, Duke University, Spring 1996
- Council for European Studies Pre-Dissertation Fellowship, Summer 1995
- Graduate School Fellowship Recipient, Duke University, 1992-1994
- Fulbright Teaching Assistantship, Kiel, Germany, 1991-1992
- Phi Beta Kappa, Magna Cum Laude, Excellence in International Relations Award, Brown University, 1990

**POST-DOCTORAL FELLOWSHIPS**

- Social Science Research Council, Berlin Program for Advanced German and European Studies, Post-Dissertation Fellowship [Declined]

**OTHER PROFESSIONAL ACTIVITIES**

- Berlin Program for Advanced German and European Studies Beirat (selection committee) member (2017-2020)
- Participant in International Association for the Study of German Politics / German Academic Exchange Service 2017 German National Election Study Trip (September 2017)
- Fulbright US Scholar Peer Reviewer for New Zealand (Fall 2016)
- Section Co-Chair for the 2017 European Conference on Politics and Gender; Intersectionality, Citizenship and Multiculturalism section
- Co-Moderator, "History, Law, Economics, Society" section of "Global Research in the 21st Century: Perspectives of the US Humboldt Network" colloquium to be held at the National Academies of Science, Washington DC, 2 March 2017
- American Political Science Association Women and Politics Best Paper at the 2014 APSA Conference Award Committee member (2015)
- Member, German Studies Association Nominating Committee (2015)
- American Political Science Association Best Dissertation in Women and Politics Award Committee Member (2014)
- Member, Committee on the Future of the German Studies Association (2013-2014)
- Participant, International Association for the Study of German Politics/ DAAD, 2013 German Election Trip, September 2013
- Organized workshop on Gendering Marginalized Interests, University of Miami, 9 – 11 November 2012, sponsored by NSF Advance Grant
- Attended "Launch of a Network of Research Alumni in the US" conference sponsored by the German Federal Ministry of Education and the Alexander von Humboldt Foundation, New York City, 20. – 21. October 2011.

UM/EEOC-D. SCHMICH - 3672

OTHER PROFESSIONAL ACTIVITIES, CONT.

- Attended workshop "Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- Political Science Section Organizer, German Studies Association Annual Conference, 2010
- Participant, International Association for the Study of German Politics, 2009 German Election Trip, 23. – 28. September 2009.
- Organized a conference on Gender and Governance: The Case of Angela Merkel, held at the University of Miami, 8-9 May 2009. Sponsored by the Alexander von Humboldt Foundation and the International Association for the Study of German Politics.
- Chair of Prize Committee for the Deutsch-Amerikanische Wissenschaftsbeziehungen/ German Studies Association Award for the Best Paper Presented at the 2008 German Studies Association by a Social Scientist within Five Years of the Doctorate
- Comparative Politics Section Head, Florida Political Science Association Annual Meeting, 2004
- Reviewer *American Political Science Review, Comparative Political Studies, Comparative Politics, Democratization, Electoral Studies, European Journal of Political Research, German Politics, German Politics and Society, International Feminist Journal of Politics International Political Science Review, Journal of Legislative Studies, Party Politics, Politics & Gender, Politics & Policy, Political Research Quarterly,* and others

INVITED TALKS

- "Gender and Political Representation in Germany and the US" and "Lesbian, Gay, Transgender, Intersex Policies in Germany and the US", Roundtable on Changing Gender and Sexuality Roles in Germany and the US, Florida International University, November 15, 2018
- "Transgender Rights and Protections around the World," Roundtable on Proposed Federal Government Changes to Transgender Protections, University of Miami, 9. November 2018
- "Gender and Political Representation Worldwide: How Does the U.S. Compare and Why Does it Matter?" Coral Gables Congregational UCC's Food for the Soul Series, October 21, 2018.
- "Wrap Up from Academia" at University of Marburg Conference on "Konkurrenz für das politische Alpha-Männchen: Wandel und Herausforderungen nach 100 Jahren Frauenwahlrecht,"24. February 2018.
- "Female Prime Ministers and the Substantive Representation of Women" School of Politics and International Relations, Australian National University, Canberra, Australia, 5 May 2016
- "Jenny Shipley, Helen Clark, and the Substantive Representation of New Zealand Women," Political Science and International Relations Programme Research Seminar, Victoria University of Wellington, New Zealand, 18 May 2016
- "LGBTI Politics in Germany since Unification: Domestic and European Influences" Lunch Colloquium, Women's and Gender Studies Program, University of Miami, October 23, 2105.
- "A Glass Half Empty: Candidate Gender Quotas and Political Recruitment" presented at an international workshop entitled "Approaching final destination: Envisioning gender equality as outcome" held at Florida International University, March 19-20, 2015.
- "Gender Quotas and Women's Legislative Representation Worldwide« given as the Thomas P. Johnson Distinguished Visiting Scholar, Rollins College, Winter Park, FL, 24. October 2014.

UM/EEOC-D. SCHMICH - 3673

INVITED TALKS, CONT.

- »The Needs of Rainbow Families and Policy Responses« presented at a workshop on Gender and Generations, sponsored by the University of Wisconsin and the Miami-Florida European Union Centers of Excellence, 29. March, 2014.
- Roundtable Participant, »The German Elections 2013: Continuity or Change?« Florida Internatinal Univeristy, EU Center of Excellence, 9. October 2013.
- »Women's Issues and the 2012 Elections« at the University of Miami Women's Commission Luncheon, 1. November 2012.
- Invited to be the Keynote Speaker at a Conference on "Balancing of Private and Professional Life as an Obstacle to […] Women in Politics" at the University of Ljubljana, Slovenia, 23. March 2012; declined due to scheduling conflict
- Gender Quotas and Women's Political Careers in Germany" Presentation at "Beyond the Numbers: The Impact of Electoral Quotas" workshop at Washington University St. Louis, sponsored by Mona Lena Krook and the National Science Foundation, 12. May 2011.
- "German Civil – Military Relations" talk to Dr. Brad McGuinn's Civil Military Relations class, October 2010 and 2011.
- "Gender Equality and Political Power in Comparative Perspective", 3 June 2010, at the Miami Rotary Club
- "Gender and Leadership in the EU" 18 March 2010, at the Osher Institute for Lifelong Learning, Miami, Fl.
- "Reflections on the German Elections" 30 September 2009; at Florida International University's European Union Center
- "Chancen von Frauen im Vergleich des deutschen mit dem amerikanischen Wahlsystem" (Women's Chances: The German and American Electoral Systems Compared), talk given 22 June 2008 to the state of Bremen's Christian Democratic Women's Union executive board; Talk repeated to the Bremen North local branch of the Christian Democratic Women's Union 9 July 2008
- "Gender Quotas and Political Ambition" Talk at the Jean Monnet Centere for European Studies, University of Bremen, Germany 7 July 2008.
- "Germany's Same-Sex Partnership Law", 25 February 2008, University of Miami School of Law seminar LAW652: Introduction to German Law.
- "Becoming Party Politicians" Florida International University's European Union Center, 12 September 2007.
- "Gender and the Family in Modern Germany", Commentary given at the Alexander von Humboldt Foundation's German Chancellor Fellowship Program Annual Meeting, Sacramento, CA, 2 June 2007.
- "Research Questions Raised by New English-Language Books on Eastern Germany" Invited talk given to the *Lehrstuhl für Politische Systeme,* Technical University, Dresden, Germany, 19 June 2001.
- "Haushaltskonsolidierung in allen 23 Berliner Stadtbezirken," invited talk presented to the Forschungsstelle Sozialanalyse Berlin e.V., Berlin, July 28, 1997.

**CONFERENCE PARTICIPATION SINCE 2014**

- Co-Organized and moderated a three-day seminar on The Rise of the Alternative for Germany (AfD) and the Transformation of German Politics, German Studies Annual Meeting, Pittsburgh, PA, 28. – 30. September 2018.
- "The 2017 Bundestag Election and the Future of Merkel's Leadership" Roundtable Speaker at the German Studies Annual Meeting, Pittsburgh, PA, 28. September 2018.
- "Reframing Recruitment: Feminist Institutionalism and Women's Political Ambition" Paper Presented at the 2018 Annual Meeting of the American Political Science Association, Boston, MA 30. August.
- Panel Discussant, "Gender, Intersectionality and Politics" at the 2018 Annual Meeting of the American Political Science Association, Boston, MA 31. August.
- Panel Discussant, "Beyond Numbers: Diversity and Inclusion of Women Across Parliaments," at the 2018 Annual Meeting of the American Political Science Association, Boston, MA 1. September.
- "Sexual Minority Rights and the 2017 German Election" Paper Presented at the 2018 Council of European Studies Conference of Europeanists, Chicago, IL, 29 March 2018.
- Panel Discussant, "Positionality and Politics: LGBTQ Political Actors within Heteronormative Institutions," at the 2018 Council of European Studies Conference of Europeanists, Chicago, IL, 28 March 2018.
- "Female Prime Ministers and Discursive Institutionalism: Evidence from New Zealand." Paper presented at the 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, 31 August – 3 September.
- Roundtable participant "The Gender 'Ambition Gap' Revisited: International and Comparative Perspectives," 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, 31 August – 3 September.
- "LGBT Politics in Germany: Unification As a Catalyst for Change." Paper presented at the 24th International Conference of Europeanists, Glasgow, Scotland, 12- 14 July 2017.
- "Lesbians As Political Actors: Transforming Germany's Life Partnership Law 2002 - 2016." Paper presented at the 24th International Conference of Europeanists, Glasgow, Scotland, 12 – 14 July 2017.
- "Female Prime Ministers and Discursive Institutionalism" Paper presented at the 2017 European Conference on Politics and Gender, Lausanne Switzerland, 8 – 10 June.
- "Germany's Life Partnership Law through an Intersectional Lens: Emerging Attention to Lesbians' Concerns" Paper presented at the 2017 European Conference on Politics and Gender, Lausanne, Switzerland, 8 – 10 June.
- "LGBT Politics in a Europeanized Germany: Unification as a Catalyst for Change." Paper presented at the European Union Studies Association 15th Biennial Conference, Miami, FL, 4 – 6 May 2017.
- "Representing Women, Differently: Jenny Shipley and Helen Clark"; paper presented at the 2016 Annual Meeting of the American Political Science Association, Philadelphia, PA
- "Added to the Agenda: How Multiply Marginalized Groups Can Catch the Attention of Policy Makers" presentation at Resistance, Backlash, and Power: Gender Equality and Feminist New Practice in EU and Global Discourse, conference held in Christchurch, New Zealand, 1 April 2016
- "LGBTI Politics in Germany Since Unification: Domestic and European Influences" Paper Presented at the German Studies Association Annual Meeting, 2. October 2015, Washington, DC
- "Gender Quotas and Women's Candidacies" Paper Presented at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco CA

 UM/EEOC-D. SCHMICH - 3675

**CONFERENCE PARTICIPATION SINCE 2014, CONT.**

- Chair and Discussant on Panel "Gender Quotas II: Substantive Representation" at the Annual Meeting of the American Political Science Association, 3 – 6 September 2015, San Francisco, CA
- Discussant on Panel "Gender, Recruitment, and Political Campaigns", European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015
- "A Method for Researching Gender Quotas and Political Recruitment" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015
- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper Presented at the European Conference on Politics and Gender, Uppsala, Sweden, 11 - 13 June 2015
- "Addressing Double Disadvantage: The Politics of Intersectionality in Germany" Paper presented at the American Political Science Association Annual Meeting, Washington DC, 28 – 31 August, 2014.
- Discussant on Panel, "Sex, Sexuality, and Human Rights" American Political Science Association, Annual Meeting, Washington DC, 28. – 31. August 2014.
- Discussant on Panel "Quotas and Representation: and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.
- Amending Germany's Same-Sex Partnership Law: Intersectionality and Policy Making in Germany 2001 – 2013," paper presented at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014 and at the Midwest Political Science Association Meeting, Chicago, IL 3. – 6. April 2014.
- Discussant on Panel, "Gender, Family, and Policy: State Strategies and Responses" at the 21st Annual Conference of Europeanists, Washington, DC, 14. March 2014
- Panel organizer and chair, "Parties and Parliaments in Britain and Germany" at the 21st Annual Conference of Europeanists, Washington, DC, 15. March 2014

## TEACHING

### TEACHING AWARDS

- Fulbright US Scholar Grant for Teaching and Research, taught POLS378: The Worst of Times: How Governments Respond to Economic Crises at Victoria University of Wellington, Spring 2016
- Nominated for University of Miami Excellence in Teaching Award, Spring 2005

### TEACHING SPECIALIZATION

- POL202: Introduction to Comparative Politics (Spring 2001, 2002, 2003, 2004, 2005, 2006, 2010, 2011, 2012; Summer 2010, 2011, 2013; Fall 2009, 2010, 2011, 2013, 2016, 2017)
- POL344 (also INS344 and WGS344) Gender and Politics (Fall 2010, 2012, 2014, 2018; Spring 2017)
- POL380: Comparative Political Analysis (Fall 2000, 2001, 2002, 2004, 2005, 2006; Spring 2008)
- POL381: European Government and Politics (Spring 2003, 2005, 2006, 2010, 2014, 2017, 2018, 2019; Fall 2007, 2011)
- POL382: German Politics and Society (Summer 2009)

CONFIDENTIAL

- POL391: <u>Introduction To International Relations</u> (Spring 2001, Spring 2002)
- POL520: <u>Internship</u> (see below for details)
- POL533/ 581: <u>Comparative Political Economy of Post-Industrial Democracies</u> *(Same course, given various numbers)* Fall 2000 – Fall 2009 (Excluding Fall 2008); Spring 2011, 2014, 2016-2018; Fall 2014, 2016, 2018.
- POL563/4: <u>Senior Thesis</u> (see below for details)
- POL569 (also WGS469): <u>LGBTI Politics</u> (Spring 2015, Fall 2017, Spring 2019); also Contributed 2 weeks of lectures to UM's first WGS202: <u>Introduction to LGBTQ Studies</u> course, Spring 2012
- POL590/ 599: <u>Independent Research/ Study</u> (see below for details)
- WGS501: <u>Senior Research Project</u> (see below for details)
- FSS190: <u>Gender and Elective Office Worldwide</u>: Freshie Seminar (Fall 2012)

## THESIS AND DISSERTATION COMMITTEES

PhD Dissertation Committees:
    Beatriz Danguillecourt
    Roberto Dominguez (now Associate Professor, Suffolk University, Boston)
    Markus Thiel (now Associate Professor, Florida International University, Miami)

Honors Undergraduate Theses

| | |
|---|---|
| Sarah Thompson (Chair) | Victor Munoz (Chair) |
| Ahmed Rigo (Committee Member) | Patti Mazzai (Committee Member) |
| Julia Wyda (Committee Member) | Ifdy Perez (Committee Member) |
| Cherine Smith (Committee Member) | Paul Bagley (Committee Member) |
| Jennifer Bonde (Committee Member) | Erin Pelletier (Chair) |
| Nessa Manten (Chair) | |

For-Credit Internships (POL520): Sarah Canale, Paul Bagley, Alyssa Cundari

Directed Readings (POL599): Kyle Fontaine, Bijal Mehta, Antoinette Ragland, Nana Amaning, Arye Knaani

Women's and Gender Studies Senior Project (WGS501): Shelby Juarez

## OTHER TEACHING-RELATED ACTIVITIES

Wrote "Germany" chapter for McGraw Hill's *Comparative Governance* textbook

Reviewed textbooks including:

- Gregory Mahler, *Comparative Politics: An Institutional and Cross-National Approach,* Longman
- David P. Conradt, *The German Polity*, Houghton Mifflin
- Joshua S. Goldstein's *International Relations, Brief Second Edition* (Pearson Longman)
- Patrick O'Neil and Ronald Rogowski's *Essential Readings in Comparative Politics* (Norton)
- Michelle Cini's *European Union Politics* (Oxford)
- David M. Wood and Birol A. Yeşilada's *The Emerging European Union* (Pearson Longman)

## SERVICE

### UNIVERSITY COMMITTEES AND ADMINISTRATIVE SERVICE

- Faculty Senate Equity and Inclusion Committee (2018 – Present)
- Faculty Advisor to "Elect Her" student organization (2017 – 2018)
- University of Miami Women's and Gender Studies Advisory Committee Member, 2008 – 2014; 2016 – Present
- University of Miami Research Council Member (2017 – Present)
- University of Miami Phi Beta Kappa committee member (2017 – Present)
- University of Miami IBIS Ally (2015 – Present)
- Elected to College of Arts and Sciences College Council (2008 – 2011; 2014 - 2017)
- University of Miami Women's and Gender Studies Program Director, 2014 – 2015
- University of Miami LGBTQ Scholarship Committee Member (2014 - 2015)
- University of Miami LGBTQ Taskforce (Spring 2015)
- College of Arts and Sciences Curriculum Committee (2007 - 2012)
- Director of Undergraduate Studies, Department of Political Science, 2007-8, 2009-2012
- University Prestigious Scholarship Committee (Rhodes, Fulbright, Truman, Gates etc. selection committees), 2000-2004; 2006 – Present
- Co-Chair, POL-INS Chair Search Committee, Fall 2010
- Member, INS-POL merger committee (2008-9)
- POL Search Committee Member (Various 2001 – Present); INS Search Committee Member (Fall 2007 and Fall 2008)
- Advisor, College Republicans, 2002 – 2008
- Departmental Transfer Student Advisor, 2003 – 2007
- Departmental First Year Student Advisor, Fall 2006 – 2007
- Appeared in Admissions and Alumni Office Publicity Materials

### COMMUNITY ACTIVITIES

- Miami German Ministry Committee Member (2009-2010; 2013 – Present); Member Coral Gables Congregational United Church of Christ
- Member, German International Parent Association and Parent Teacher Associations, Miami-Dade County Public Schools (2009 – Present)
- Provided expertise on gender and politics to Rise Up Florida, California Women's List
- Board of Directors, UM Canterbury Preschool (2009 – 2012; Vice President, 2010 – 2012)
- Church Council Member, St. Mark's Lutheran Church, Coral Gables (2004 – 2007)
- Supervised BIOTRAC (1st Generation College Student) Intern, Summer 2002. Appeared in BIOTRAC promotional materials Summer 2002 and Spring 2004
- Various media interviews

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | West, Jonathan P. |
| **Sent:** | Tuesday, June 11, 2019 2:14 PM |
| **To:** | Davidson-Schmich, Louise K. |
| **Subject:** | FY 2020 Annual Base Salary Letter |
| **Attachments:** | POL LDS Salary letter 19.docx |

Dear Louise,

I wish we had more to work with because the merit pool for the last few years has been very small. Your annual base salary for the 2019-2020 academic year is shown in the attached letter.

I hope your summer is both productive and restful.

Best regards,

Jonathan

*Jonathan P. West*

**Professor and Chair**
**Political Science Department**
**University of Miami**
**Ph: 305-284-2500**



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 56**

1

DAVIDSON-SCHMICH_00326

**UNIVERSITY OF MIAMI**



Department of Political Science
1300 Campo Sano Drive
P.O. Box 248047
Coral Gables, FL 33146

To:       Louise Davidson-Schmich
          Department of Political Science

From:     Jonathan West, Chair
          Department of Political Science

Date:     June 11, 2019

Subject:  FY2020 Annual Base Salary

Dear Louise,

I am pleased to inform you that your academic (fiscal) year salary for August 15, 2019 to May 15, 2020 will be $118,000.

Best wishes for an enjoyable and productive summer.

Sincerely,

*Jonathan P. West*

Jonathan West, Chair
Department of Political Science

pc:       Jeffrey L. Duerk, Executive Vice President and Provost
          Leonidas Bachas, Dean

DAVIDSON-SCHMICH_00328

**To:** 'Gregory Koger'[gregory.koger@gmail.com]
**From:** Davidson-Schmich, Louise
**Sent:** Tue 04/20/2010 5:11:08 PM UTC
**Subject:** RE: report from yesterday's College Council meeting
**Received:** Tue 04/20/2010 5:11:00 PM UTC

Yes, this is why it's 1.72% College wide for routine raises, not 2%. Not every department will have promotions but they all have to pay to finance yours....
L

Louise K. Davidson-Schmich
Associate Professor of Political Science
University of Miami
Box 248047
Coral Gables, FL 33124-6534
USA
Tel: +1-305-284-2143
Fax: +1-305-284-3636
davidson@miami.edu
http://www.as.miami.edu/politicalscience/people/LouiseDavidsonSchmich

**From:** Gregory Koger [mailto:gregory.koger@gmail.com]
**Sent:** Tuesday, April 20, 2010 11:32 AM
**To:** Davidson-Schmich, Louise
**Subject:** Re: report from yesterday's College Council meeting

Please at least tell me that the promotion raises are skimmed off the top for CAS rather than coming out of the Poli Sci pool!

On Tue, Apr 20, 2010 at 9:52 AM, Davidson-Schmich, Louise <davidson@miami.edu> wrote:
Dear Colleagues,

Yesterday the College Council met and officially postponed our merger process with INS to a later date.

The Dean also reported that, at an April 7th meeting with all the Deans, the Provost mandated that each School or College have a 2% raise pool for salary increases and promotions. For those of us not being promoted, this leaves 1.72% for raises next year (the rest of the money covers promotions). I asked when she expected an announcement about promotions and she said next week. There will be a celebration of newly-tenured faculty and other faculty achievements on May 4th at 3:30 in the Wesley Gallery.

At the aforementioned meeting the Provost also declared that he was only going to cover 1% of the cost of raises/promotions and the other 1% had to be found in the budget of the respective Colleges. Dean Dixon announced that she was taking this 1% from the hiring pool for next year so there will be less money for new hires.

Best,
Louise

Louise K. Davidson-Schmich
Associate Professor of Political Science
University of Miami
Box 248047
Coral Gables, FL 33124-6534
USA
Tel: +1-305-284-2143
Fax: +1-305-284-3636
davidson@miami.edu
http://www.as.miami.edu/politicalscience/people/LouiseDavidsonSchmich

Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 57**

--
Gregory Koger
Assistant Professor of Political Science
University of Miami
gkoger@miami.edu
www.as.miami.edu/personal/gkoger

CONFIDENTIAL

**To:** Bachas, Leonidas G[bachas@miami.edu]; Stampino, Maria Galli[mgstampino@miami.edu]
**Cc:** Ramsey, Kate[kramsey@miami.edu]; Wikramanayake, Athula H[athula@miami.edu]; Civantos, Christina[ccivantos@miami.edu]; Blofield, Merike[m.blofield@miami.edu]; Pickens, Roxane V[rpickens@miami.edu]; Scott, Amy M[amscott@miami.edu]
**From:** Jensen-Doss, Amanda
**Sent:** Thur 03/30/2017 6:00:52 PM UTC
**Subject:** Ad Hoc Committee on Women Faculty
**Received:** Thur 03/30/2017 6:00:57 PM UTC
Recommendations of the Ad Hoc Committee on Women Faculty.pdf

Dear Deans Bachas and Stampino, Attached, please find the recommendations of the Ad Hoc Committee on Women Faculty and some supporting documentation. A lot of credit is due to Kate Ramsey, for taking over for me when I was on sabbatical last semester and getting us across the finish line on this. Please let us know if you have any questions about any of these recommendations.

I was contacted last semester by the head of the College Council, asking if our committee could give a report at one of their meetings. Please let me know if you have any concerns about our doing that.

Best, Mandy

Amanda Jensen-Doss, Ph.D.
Associate Professor
Head, Child Division
University of Miami
Department of Psychology
P.O. Box 248185
Coral Gables, FL 33124-0751
305-284-8332



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 59**

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7827!

**Recommendations of the Ad Hoc Committee on Women Faculty**

**College of Arts and Sciences**

# Confidential - Subject to Motion to Seal



UM/EEOC-D.SCHMICH - 7827(



Confidential - Subject to Motion to Seal

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 78277

**Supporting Attachment 1: Analyses of College of Arts & Sciences Salary Data**

Includes a regression-based analysis of all salary data and plots of salary data focused on tenure track faculty only

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7827

**Summary of Analysis of All Salary Data**

# Confidential - Subject to Motion to Seal

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7827



Confidential - Subject to Motion to Seal

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828

Confidential - Subject to Motion to Seal

CONFIDENTIAL

# Confidential - Subject to Motion to Seal



Prepared 04/02/2010 by A.M.S

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828:

**Confidential – Subject to Motion to Seal**



CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828

**Confidential - Subject to Motion to Seal**



CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828

**Confidential - Subject to Motion to Seal**



**Supporting Attachment 2: Preliminary College of Arts & Sciences Survey**

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828



Confidential - Subject to Motion to Seal

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828

**Confidential - Subject to Motion to Seal**

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 7828

# Confidential - Subject to Motion to Seal

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 78289

**To:**      Davidson-Schmich, Louise K.[davidson@miami.edu]
**From:**    Davidson-Schmich, Louise K.
**Sent:**    Tue 05/16/2017 9:18:04 PM UTC
**Subject:**  note to jonathan
**Received:**          Tue 05/16/2017 9:18:05 PM UTC
note to jonathan may 16 2017.docx

Dr. Louise K. Davidson-Schmich
Professor of Political Science
University of Miami
davidson@miami.edu

Louise Davidson-Schmich
Volume 2 - 1/29/21
Exhibit 60

UM/EEOC-D.SCHMICH - 81190

Dear Jonathan,

Thank you for your note last week regarding your positive Chair evaluation, salaries for the upcoming academic year and your offer to discuss this issue in person. I very much look forward to doing so, as I have several questions:

I am interested in knowing what the components of my salary increase are. Is my salary increase composed of two components: a 5% increase for promotion ($5115) and a 1.9% merit increase ($1944)? If not, can you please explain what the breakdown is?

If so, is the 5% a standard percentage increase for promotion to full professor? If it is, is this a policy of the department, the college, or the university?

If my merit increase was 1.9% rather than the 2% provided by the Dean I would like to know where I fell short. As your evaluation shows, in 2016 I published a single-authored book at a top university press, received a contract from the same press for an edited volume, had an article R&R, held a five-figure internationally-competitive grant, was invited to give three talks around the world, and wrote a textbook chapter. I taught over 70 students in the fall and had a 5.0 course evaluation average for one of my two classes. I advised 12 undergraduate students, mentored one faculty member, engaged in extensive service to the profession I will not delineate here, as well as served on the College Council and another CAS steering committee. Why was this performance not worth a standard 2% merit increase?

Please let me know when it would be convenient for you to discuss these issues.

Regards,

Louise

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 81191

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | West, Jonathan P. |
| **Sent:** | Wednesday, May 17, 2017 4:22 AM |
| **To:** | Davidson-Schmich, Louise K. |
| **Subject:** | Re: Your Salary for AY 17-18 |

Hi Louise,

I should be around all day today. Below is a quick response.

You have done very well this year. It was a lean year for raises. I was given 1.67% to allocate, the lowest amount for some time. We have a high performing department overall, you included. For anyone above 1.67% there is someone at or below that amount. Your 1.9% merit increase was, with one exception, the highest of the merit raises. Market money came out of the remaining .33% which the dean held back for promotion, compression, etc. We had 3 promotions to full professor which brings an automatic 5% increase (this 5% is not a departmental policy; it is one followed by CAS) and two people who had no salary increases last year, so promotions and compression drew heavily on the market pool. This year there was so little money to allocate for merit raises that it was hard to recognize excellent performance with a generous amount. Please be aware that the UM medical school had no raise money and across the board budget cuts for programs. Hopefully next year will have a more generous raise pool. I appreciate your good work and try to recognize it in other ways whenever I can as a way to express my appreciation for your contributions. I think my written summary to the dean shows that.

Jonathan

Jon

*Jonathan P. West*

**Professor and Chair**
**Political Science Department**
**University of Miami**
**Ph: 305-284-2500**

---

**From:** Davidson-Schmich, Louise K.
**Sent:** Tuesday, May 16, 2017 11:13 PM
**To:** West, Jonathan P.
**Cc:** Davidson-Schmich, Louise K.
**Subject:** RE: Your Salary for AY 17-18

Dear Jonathan,

1



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 61**

DAVIDSON-SCHMICH_00037

Thank you for your note last week regarding your positive Chair evaluation, salaries for the upcoming academic year and your offer to discuss this issue in person. I came by today to do so but you were out when I passed by so I thought I would write instead, as I have several questions:

I am interested in knowing what the components of my salary increase are. Is my salary increase composed of two components: a 5% increase for promotion ($5115) and a 1.9% merit increase ($1944)? If not, can you please explain what the breakdown is?

If so, is the 5% a standard percentage increase for promotion to full professor? If it is, is this a policy of the department, the college, or the university? If not, how is this percentage decided?

If my merit increase was 1.9% rather than the 2% provided by the Dean I would like to know where I fell short. As your evaluation shows, in 2016 I published a single-authored book at a top university press, received a contract from the same press for an edited volume, had an article R&R, held a five-figure internationally-competitive grant, was invited to give three talks around the world, and wrote a textbook chapter. I taught over 70 students in the fall and had a 5.0 course evaluation average for one of my two classes. I advised 12 undergraduate students, mentored one faculty member, engaged in extensive service to the profession I will not delineate here, as well as served on the College Council and another CAS steering committee. Why was this performance evaluated less than a standard 2% merit increase?

Please let me know when it would be convenient for you to discuss these issues. I will be in most of the day tomorrow although I have a conference call at 10 AM.

Regards,
Louise


**From:** West, Jonathan P.
**Sent:** Friday, May 12, 2017 1:54 PM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>
**Subject:** Your Salary for AY 17-18

Dear Louise,

Attached is a letter indicating your salary for academic year 2017-2018 and a copy of the Chair evaluation for calendar year 2016. If you have questions or want to discuss this with me, please drop by the office to chat. Thanks.

Jonathan

## Jonathan P. West

**Professor and Chair**
**Political Science Department**
**University of Miami**
**Ph: 305-284-2500**

2

DAVIDSON-SCHMICH_00038

**To:**       Bachas, Leonidas G[bachas@miami.edu]; Davidson-Schmich, Louise K.[davidson@miami.edu]
**From:**     Davidson-Schmich, Louise K.
**Sent:**     Tue 05/23/2017 2:27:25 AM UTC
**Subject:**  Meeting tomorrow
**Received:**             Tue 05/23/2017 2:27:27 AM UTC
Letter to Dean Bachas May 22 2017.docx

Dear Dean Bachas,
Thanks for taking the time to meet with me and others from POL tomorrow afternoon. I am attaching a note to provide you with
some background information to place my concerns in context. Please note that I am speaking only for myself here, based on my
understanding of the academic literature, and not on behalf of the others.
Regards,
Louise

Louise Davidson-Schmich
Professor of Political Science
University of Miami
Box 248047
Coral Gables, FL 33124
(305) 284-2143
davidson@miami.edu

**From:** Glemaud, Rose-Ketlie
**Sent:** Tuesday, May 16, 2017 3:31 PM
**To:** Blofield, Merike <m.blofield@miami.edu>; Davidson-Schmich, Louise K. <davidson@miami.edu>; Laura Gomez-Mera
<lauragmera@gmail.com>; Connolly, Jennifer Marie <jmconnolly@miami.edu>
**Subject:** RE: meeting?

Dear All,
Would 3 p.m. work for you on the 23rd?  thank you.
Rose



**Rose Ketlie Glemaud, M.A.**
Senior Executive Assistant
Office of the Dean
University of Miami College of Arts & Sciences
PH: 305-284-4021 | rglemaud@miami.edu |Fax: 305-284-5637



*At the U, we transform
lives through
teaching, research, and
service*

**From:** Blofield, Merike
**Sent:** Tuesday, May 16, 2017 2:02 PM
**To:** Glemaud, Rose-Ketlie <rglemaud@miami.edu>; Davidson-Schmich, Louise K. <davidson@miami.edu>; Laura Gomez-Mera
<lauragmera@gmail.com>; Connolly, Jennifer Marie <jmconnolly@miami.edu>
**Subject:** RE: meeting?

Dear Rose,
Any time between 9 am and 4 pm next Tuesday, May 23rd, would work for us. Would that work for him? I am cc'ing the others
here. The meeting is regarding POL issues.
All best,
Merike.

**From:** Glemaud, Rose-Ketlie
**Sent:** Tuesday, May 16, 2017 12:46 PM

Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 62**

UM/EEOC-D.SCHMICH - 8179

**To:** Blofield, Merike <m.blofield@miami.edu>
**Subject:** RE: meeting?

Hi Merike,
What is the purpose of the meeting with Dean Bachas? How flexible are you? This week is pretty busy for him. Thanks,
Rose

 **Rose Ketlie Glemaud, M.A.**
Senior Executive Assistant
Office of the Dean
University of Miami College of Arts & Sciences
PH: 305-284-4021 | rglemaud@miami.edu |Fax: 305-284-5637



 *At the U, we transform*
*lives through*
*teaching, research, and*
*service*

**From:** Blofield, Merike
**Sent:** Tuesday, May 16, 2017 11:45 AM
**To:** Bachas, Leonidas G <bachas@miami.edu>
**Cc:** Davidson-Schmich, Louise K. <davidson@miami.edu>; Laura Gomez-Mera <lauragmera@gmail.com>; Connolly, Jennifer Marie <jmconnolly@miami.edu>; Glemaud, Rose-Ketlie <rglemaud@miami.edu>
**Subject:** RE: meeting?

Of course—sorry.

**From:** Bachas, Leonidas G
**Sent:** Tuesday, May 16, 2017 11:44 AM
**To:** Blofield, Merike <m.blofield@miami.edu>
**Cc:** Davidson-Schmich, Louise K. <davidson@miami.edu>; Laura Gomez-Mera <lauragmera@gmail.com>; Connolly, Jennifer Marie <jmconnolly@miami.edu>; Glemaud, Rose-Ketlie <rglemaud@miami.edu>
**Subject:** Re: meeting?

Yes,
Rose will coordinate a time. 1 am assuming you are asking for May 23.
Leonidas

On May 16, 2017, at 9:46 AM, Blofield, Merike <m.blofield@miami.edu> wrote:

Dear Dean Bachas,
We would like to ask for a brief meeting with you, as four POL faculty. If you are available, next Tuesday May 13th would work really well, as we are all in town and available. If not, we will of course work with your availability.
Best,
Merike, Louise, Laura and Jenn.

CONFIDENTIAL

Dear Dean Bachas,

Thank you for taking the time to meet with me and other colleagues tomorrow. I thought I would write in advance to give you some background information so you can understand the context in which I come to see you. In this letter, I am writing only on my own behalf and make no claim that my colleagues share my views and concerns.

As you know, my research involves the study of the intersection between formal institutions and gender and how formal structures can either help or hinder the pursuit of gender equality.[1] Although I specifically study political careers, the body of research upon which I draw, and to which I contribute, can also be applied to other professional careers, such as those in academia.

One consistent finding throughout this extensive literature is that, across countries and within the same professions, there is a persistent gender pay gap that remains even when controlling for a host of variables such as objective performance criteria, educational qualifications, years on the job, parental status, etc. (for an overview of this literature see Tharenou 2013).[2] This gap exists in academia in general -- the AAUP has found female full professors at US-based doctoral institutions earn 90% of what their male colleagues earn (Newman 2014) and the problem exists in other countries around the world as well (Catalyst 2015). It is also present in political science more specifically; one study estimated that female political science professors earn between $450,000 - $600,000 less than their male counterparts over the course of their career (Monroe et al 2014).

As the recently-released CAS Ad Hoc Committee on Women Faculty report from this spring indicates, this gap exists in the College of Arts and Sciences at UM as well. Of specific concern to me, the report documents a gender pay gap in terms of Associate Professors in the Social Sciences. The report is inconsistent on precisely how large this gap is: on the third page it identifies an annual $3101 gender gap (on average women are being paid 96.8% of what their male colleagues are) and on the seventh page it indicates that this gap is $6101 (on average women earning only 93.8% of what their male colleagues earn for the same position). In either case a gap exists.

This state of affairs is not surprising given what the scholarly literature has identified as causes of the gender pay gap. For one, women fare better in institutional settings in which salaries are transparent and there are clear pay scales for specific positions – clearly not the case at a private university like UM. In the United States and Europe the gender pay gap is narrower (and closing in the US) in public sector positions (such as public universities) compared to private sector positions (such as the University of Miami) (see Covert 2014 and Eurostat 2017). In light of this fact, I applaud your willingness to create an ad hoc committee to document gendered pay gaps in CAS; transparency is one of the best methods to combat this problem.

Transparency, not only about salary ranges for initial starting salaries, but also in terms of criteria for raises and promotion, are import in overcoming bias, both explicit and, more difficult to overcome, implicit. An institutional structure in which chairs are asked to assess the merit of their faculty's

---

[1] This work is also closely related to the literature on race and professional opportunities and, importantly, to that on intersectionality (the interaction of gender and race). As I am trying to contextualize my own experiences here, however, I will leave aside the question of race.

[2] Over and above these issues some studies find an additional wage penalties levied against mothers, all else held equal (Correll 2007).

performance in research, teaching, and service in a non-transparent or clearly-systemized fashion – or where chairs are asked to unilaterally develop raise criteria on a year-to-year basis without communicating these criteria to faculty in advance -- is an institutional setting highly prone to producing gender inequitable outcomes that are difficult for women to overcome on their own.

Implicit bias means that women are often perceived as less deserving of compensation as their equally-qualified male peers. I expect you are familiar with the study done in your field of endeavor (chemistry) and related scientific fields which found significantly different starting salaries for a lab manager position offered by professors to male and female applicants with identical resumes and letters of recommendation; the resume with the woman's name on it was offered significantly lower starting salaries than the one with the men's name on it (Moss-Racusin et al 2012). This type of pay discrimination has been widely documented elsewhere as well (see Tharenou 2013). The implicit bias problem is compounded by the findings that women tend to be less aggressive in negotiating starting salary or raises than men (e.g., Dittrich et al 2014) but also that women who *do* attempt to negotiate are often not rewarded for this behavior in the way that men are (Bowles et al 2006).

One mechanism through which implicit bias manifests itself is sometimes referred to as the "devaluation" effect (Levanson et al, 2009). When men engage in a certain type of work, it is perceived as being of high status and worthy of compensation; when women engage in identical work it is perceived as being of lower status and less worthy of compensation. For example, as women moved into the field of biology, the pay for biologists began to fall (Miller, 2016); Levanson et al document many other fields in which this phenomenon has occurred (2009). Identical research activities may thus be perceived very differently depending on who is producing the work. To cite two examples from deliberations in my own department: when searching for an external chair at the time POL and INS were considering merging, we interviewed three male candidates and one female candidate. When discussing the female candidate's resume, a male colleague challenged some of her highly-placed co-authored publications (which had been written with her husband) arguing that we had no evidence she had actually contributed anything to these collaborations, maintaining that her husband could have written these articles on his own. None of the three male candidates' co-authored publications were questioned in this way. More recently, some colleagues expressed concerns that Juliet Hooker (an African American woman) was "not productive enough" in terms of her research although she had published an article in the highest ranked political science journal and received a book contract at top-ranked Oxford University Press in the previous two years. It is hard to imagine the same criticism would have been levied against a white man.

The devaluation effect is particularly true when the work involves stereotypically feminized, nurturing-related activities, such as academic service and teaching. Recently, the country of New Zealand acknowledged that for decades it has paid male and female workers with identical educational qualifications performing similarly-skilled jobs at lower rates for those in the feminized care-related sectors than in other, more masculinized, sectors. The country has now pledged institutional reforms to rectify this situation (Davison 2017). The devaluation effect makes it difficult for female faculty to be perceived as equally meritorious to their male colleagues when performing identical service activities. Service performed by women is likely to be viewed as a natural activity for them to take on rather than work to be compensated. Compounding the problem, the AAUP has found female faculty devote considerably more time to service than do their male colleagues (Misra et al 2011); by extension, if women disproportionately spend time devoted to service (such as serving on ad hoc committees

CONFIDENTIAL

addressing gender inequity in their pay) they have less time available to devote to research – which as a non-feminized type of activity – is weighted more heavily in raises and promotion.

The evaluation of teaching would seem to be more straightforward, as there are quantitative course evaluation indicators upon which chairs can rely to assess faculty members in their departments, helping to overcome the implicit bias problem. Unfortunately, a widespread body of research indicates that such evaluations are also very vulnerable to implicit gender bias on the part of students (see Flaherty 2016 for an overview). For example, in a natural experiment using an on-line course, students in the course were variously told they had a male or a female instructor – although the instructor was actually the same person. The male persona received higher teaching evaluations, even in seemingly objective categories such as time it took to return an assignment, than did the female persona (Boring et al 2017). The practice of basing "merit" on teaching evaluations thus also has gendered consequences, making it more difficult for women than men to earn recognition in this component of salary decision-making as well as in terms of research and service.

A common solution suggested to academics concerned about their compensation is to pursue and outside offer in the hopes of leveraging up their salary. A second cause of the gendered pay gap is that this option is less available to female faculty members. Women in the academy are more likely to be married/ partnered to another academic than are male professors, creating a "two body problem" in obtaining outside offers.[3] Given the widespread gender gap in wages and status accorded to various professions outside of academia, even heterosexual women partnered with non-academics are also more likely than heterosexual men to have a spouse who out-earns them, thus becoming the trailing spouse in a relationship and less mobile (see Kitchener 2017). Also as mentioned above, there are gender gaps in salaries offered to new faculty members by other universities, and women fare less well in attempts to negotiate salary, further narrowing the pursuit of outside offers as an option for female faculty. From a normative perspective, it also seems problematic to tell female faculty members the best way to overcome institutional pay discrimination is to (threaten to) leave an institution.

These gendered determinants of initial offers, subsequent evaluations / raises, and mobility have a compound effect over time, further exacerbating the gender pay gap. This has been referred to in the academic literature as the "accumulation gap" (Tharenou 2013). **This issue is of primary concern to me personally at the moment** and it is also one of the easiest to rectify institutionally. If a salary gap exists at the assistant or the associate level (as is the case with the social sciences here at UM) and the College compensates promotion based on a percentage of salary at the lower rank, the College is not only perpetuating an already-existing gender gap but compounding it. Assuming the figures on page three of the ad hoc committee's report are correct, the average female associate professor in the social sciences would receive a promotion raise of $4661 and the average male associate professor in the social sciences, already out earning her, would receive a promotion raise of $4816. The salary gap between them would thus increase from $3101 to $3256 and her income would fall relative to his, a deficit only to further over time as subsequent raises are also percentages of starting salaries. This "anchoring effect" will only compound the gender pay gap over time, even if women do move up the career ladder (Cauterucci 2017; Thorsteinson 2011). If the figures on page 7 of the report are correct, the gender salary gap at promotion would become even more pronounced, moving from $6101 to $6446.

---

[3] Although I have not seen an academic study on the subject, I expect that this two body problem may also drive down the salaries of male academics partnered with female professors; anecdotally, I note from the recent ad hoc committee report that my spouse is paid below the average senior lecturer salary.

There is an institutional fix for this component of the gender pay gap, however, and that is to compensate promotion not with a percentage increase of a previous salary but with a salary commensurate with the new position. This is the reason why both Massachusetts and New York City recently outlawed discussion of previous salaries in job negotiations (Cauterucci 2017). Freed from their previous salary "anchor" women are better able to close gendered salary gaps as they move into a new job.

In my case, as I am sure you are aware and as is indicated in the ad hoc committee report, this gender pay gap means that as a full professor, with a $109,359 annual salary next year I will be being paid less than over a quarter of male associate professors in the social sciences at UM were paid two years ago. If, as I strongly suspect, Greg Koger was among these professors, he will have been appointed – like me on his first attempt, without recourse to appeal -- to the position of Professor of Political Science at the same time under the same circumstances at a far higher salary for his first year in the same job as I will be assuming. Given the institutional lack of transparency in faculty salaries, my concerns may be entirely misplaced. However, if I am correct, I am being offered unequal pay for an identical position (first year full professor in Political Science) and I believe this to be a result of gendered institutional structures. Correcting this problem could be remedied by offering me the same salary as my male colleague who merited promotion to the same position at the same time as I did. Similiar increases are made available in circumstances such as responses to outside offers and attempts to recruit outside faculty who can diversify our own ranks. Pay equity would also seem to be to be a core component of creating a culture of inclusion and belonging and demonstrating a commitment to diversity.

I look forward to discussing these issues with you tomorrow.

Regards,

Louise


**References**

Boring, et a. 2017. Available here: https://www.scienceopen.com/document?vid=818d8ec0-5908-47d8-86b4-5dc38f04b23e

Bowles, Hannah Riley et al. 2006. Available here: https://www.cfa.harvard.edu/cfawis/bowles.pdf

Catalyst. 2015. Available here: http://www.catalyst.org/knowledge/women-academia

Cauterucci, Christina. 2017. Available here: http://www.slate.com/blogs/xx_factor/2017/04/14/equal_pay_legislation_banning_salary_history_questions_is_based_in_data.html

Correll, Shelley J. et al. 2007. Available here: http://gender.stanford.edu/sites/default/files/motherhoodpenalty.pdf

Covert, Bryce. 2014. Available here: https://thinkprogress.org/heres-one-place-where-the-gender-wage-gap-is-actually-shrinking-e3a302ce959

CONFIDENTIAL

Davison, Isaac. 2017. Available here: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11840364

Dittrich, Marcus et al. 2014. Available here: http://onlinelibrary.wiley.com/doi/10.1111/ecin.12060/pdf

Eurostat. 2017. Available here: http://ec.europa.eu/eurostat/statistics-explained/index.php/Gender_pay_gap_statistics

Flaherty, Colleen. 2016. Available here: https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching

Kitchener, Caroline. 2017. Available here: https://www.theatlantic.com/education/archive/2017/02/the-ivy-leagues-gender-pay-gap-problem/515382/

Levanson, Asaf et al. 2009. Available here: https://academic.oup.com/sf/article/88/2/865/2235342/Occupational-Feminization-and-Pay-Assessing-Causal

Miller, Claire Caine. 2016. Available here: https://www.nytimes.com/2016/03/20/upshot/as-women-take-over-a-male-dominated-field-the-pay-drops.html?_r=2

Misra, Joya. 2011. Available here: https://www.aaup.org/article/ivory-ceiling-service-work#.WSNSP-vyuUk

Monroe, Kristen Renwick. 2014. Available here: https://www.cambridge.org/core/journals/ps-political-science-and-politics/article/gender-equality-in-the-ivory-tower-and-how-best-to-achieve-it/AFA743CD689C4BE594627C24F49E807E

Moss-Racusin, Corinne A. et al. 2012. Available here: http://www.pnas.org/content/109/41/16474.full

Newman, Jonah. 2014. Available here: http://www.chronicle.com/blogs/data/2014/04/11/there-is-a-gender-pay-gap-in-academe-but-it-may-not-be-the-gap-that-matters/

Tharenou, Phyllis. 2013. Available here: https://link.springer.com/article/10.1007/s11199-012-0221-8

Thorsteinson, Sven. 2011. Available here: http://onlinelibrary.wiley.com/doi/10.1111/j.1559-1816.2011.00779.x/abstract

5/24/2018                                                     Re: meeting?

↶ Reply all | ∨      🗑 Delete    Junk | ∨    •••

# Re: meeting?

BG   **Bachas, Leonidas G**                                          👍   ↶ Reply all | ∨
     Tue 5/30/2017, 9:46 AM
     Blofield, Merike; Davidson-Schmich, Louise K.; Laura Gomez-Mera <lauragmera@g ⌄

PerformanceReview

Interdisciplinary service should be factored in.  My preference is for this to take place in the department. If not I will factored it in at the college level.
With regard to salaries, the three of you have received 5% higher increases than the males in your department between 2011 and today. Also, this year there were several males with lower salary increases in your department.
Leonidas

Sent from my phone

On May 30, 2017, at 7:57 AM, Blofield, Merike <m.blofield@miami.edu> wrote:

> Dear Leonidas,
>
> We hope you had a restful Memorial Day weekend. Thank you for taking the time to meet with us last week. We are glad to hear that you will be following up with transparency as well as conference and research funding.
>
> We -Louise, Merike and Laura- would like to confirm in writing that we correctly understood some points you raised in the meeting in response to our concerns:
>
> In the future, interdisciplinary service will be factored in merit raise consideration in our home department. The fact that it did not this year was an "oversight" that will not repeat itself.
>
> We expressed deep concern to you, and you confirmed, that of all the faculty who have joined the department post-millennium, every single male faculty got a higher raise than every single female faculty this year. From what we understand, raises are determined by contributions to research, service, and teaching, and/or compression, but women who were highly rated in all these categories -- in some cases through external review – still earned lower raises than their male colleagues. We were told that we should "remind you" of this issue next year so it can be "taken care of."
>
> If this understanding of our conversation is not correct, please let us know. If interdisciplinary service is not a component of our compensation, we simply cannot afford to continue to serve WGS, INS and MIA, as we cannot accept lower raises than our colleagues and ones that do not keep up with the cost of living increases.
>
> Best,
>
> Louise, Merike and Laura.
>
> **From:** Bachas, Leonidas G
> **Sent:** Tuesday, May 23, 2017 9:46 PM
> **To:** Blofield, Merike <m.blofield@miami.edu>; Davidson-Schmich, Louise K. <davidson@miami.edu>; Laura Gomez-Mera <lauragmera@gmail.com>; Connolly, Jennifer Marie <jmconnolly@miami.edu>
> **Subject:** Re: meeting?

**Louise Davidson-Schmich**
**Volume 2 - 1/29/21**
**Exhibit 63**

5/24/2018                                                                    Re: meeting?

the evaluation process and about opportunities for research funding though the tuition funds generated by the MPA.  I will keep the rest of our discussion confidential.
Leonidas

On May 16, 2017, at 9:46 AM, Blofield, Merike <m.blofield@miami.edu> wrote:

Dear Dean Bachas,
We would like to ask for a brief meeting with you, as four POL faculty. If you are available, next Tuesday May 13th would work really well, as we are all in town and available. If not, we will of course work with your availability.
Best,
Merike, Louise, Laura and Jenn.

DAVIDSON-SCHMICH_00007

**To:** Malliga Och[ochmall@isu.edu]; kcowell@american.edu[kcowell@american.edu]; Diana O'Brien[dianazobrien@gmail.com]; Sarah Wiliarty[swiliarty@wesleyan.edu]; katharina_kneip@live.de[katharina_kneip@live.de]
**Cc:** Jalalzai, Farida[farida.jalalzai@okstate.edu]
**From:** Davidson-Schmich, Louise K.
**Sent:** Fri 06/02/2017 2:25:10 AM UTC
**Subject:** please use this version
**Received:** Fri 06/02/2017 2:25:00 AM UTC
Davidson Schmich ECPG 2017.pdf

Sorry – accidentally sent the wrong version before; please use this one. Louise

**From:** Davidson-Schmich, Louise K.
**Sent:** Thursday, June 1, 2017 10:24 PM
**To:** Malliga Och <ochmall@isu.edu>; kcowell@american.edu; Diana O'Brien <dianazobrien@gmail.com>; Sarah Wiliarty <swiliarty@wesleyan.edu>; katharina_kneip@live.de; Davidson-Schmich, Louise K. <davidson@miami.edu>
**Cc:** Jalalzai, Farida <farida.jalalzai@okstate.edu>
**Subject:** RE: ECPG paper attached

Dear All,
I am looking forward to seeing you in Switzerland next week. I am attaching my paper for our panel on examining female leadership. As you will see, it is not the paper I originally proposed focusing on female prime ministers' leadership and I apologize for not delivering on this commitment. Instead, this paper looks at hurdles facing women in leading academic positions, specifically gender pay inequity. This paper was galvanized by some recent developments on my campus which unfortunately took time away from my preparing my intended ECPG paper. As such, I would appreciate it if you could treat the paper as confidential for the moment and not share or cite it. Any input you have, however, would be greatly appreciated as I would like to eventually have a more anonymized version of this paper be published.
Have a safe journey and see you soon,
Louise

**From:** Malliga Och [mailto:ochmall@isu.edu]
**Sent:** Sunday, May 28, 2017 5:42 AM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>; kcowell@american.edu; Diana O'Brien <dianazobrien@gmail.com>; Sarah Wiliarty <swiliarty@wesleyan.edu>; tschroeder@radford.edu
**Cc:** Jalalzai, Farida <farida.jalalzai@okstate.edu>
**Subject:** ECPG paper attached

Hello everyone,

Please find attached the paper for ECGP by Farida and myself. We are looking forward to hearing all of your feedback.

Safe travels to all!
Malliga

PaperECPG

Malliga Och
Assistant Professor
Global Studies and Languages
Idaho State University

Call: 208-282-3717
Web: www.gendermatters.me


Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 64**

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82246

**Institutionalizing Pay Inequity:**

**Causes of the Gender Pay Gap in US-Based Private Research Universities**

Louise K. Davidson-Schmich

University of Miami

Paper Prepared for the European Conference on Politics and Gender

Lausanne, Switzerland, 8-10 June 2017

In virtually all places and professions, there is a persistent gender pay gap that remains even when controlling for a host of variables such as objective performance criteria, educational qualifications, years on the job, parental status, etc. (for an overview of this literature see Tharenou 2013). This gap exists in all fields of academia in the United States (Newman 2014) and across the globe (Catalyst 2015). Political science is no exception; one study estimated that female political science professors over the course of their careers earn between $450,000 - $600,000 less than their male counterparts (Monroe et al 2014).

While this gap exists across institutional types, it is particularly pronounced in private educational institutions. One recent study conducted at a private research university in the southeastern US found the average female tenure-line faculty member in the social sciences there to earn 82% of what the average tenure-line male was paid (Blofield et al 2017).[1] The *Chronicle of Higher Education* compiles national-level salary data but does not report it by field of study, making it difficult to assess how large this gap is at the national level in the field of political science. However, across all fields, by the time they are promoted to full professor, women at public colleges and universities earn 88% of what their male

---

[1] The averages at this particular institution are driven to a large extent by rank, and can largely, but not entirely, be explained by seniority. Female faculty were overrepresented in poorly-compensated, non-tenure line positions. Women who were employed as assistant professors in the social sciences (15% of tenure-line social scientists) earned approximately $1000 more on average than their male counterparts. Female associates (20% of all tenure-line social scientists) earned only 94% of what their male counterparts did; meaningful comparisons at the full professor level were difficult given the dearth of women (8% of all tenure-line social science faculty) at this rank.

1

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82247

counterparts do, while this figure falls to 86% for private colleges and universities – a pay gap of over $18,000 per year (Chronicle of Higher Education 2016). The wider gender pay gap in private institutions is consistent with findings from non-academic employment settings. In the United States and Europe the gender pay gap is narrower (and closing in the US) in public sector positions compared to private sector positions (see Covert 2014 and Eurostat 2017).

This paper delves into the reasons why gender[2] pay equity is a particular problem at private research universities in the United States. I argue that the institutional structures commonly used to determine salaries in such settings are highly prone to unchecked implicit bias; moreover, this bias compounds over the course of women's careers. The low percentages of female faculty members managing to remain in a "leaky pipeline" experience growing gender pay gaps as they move through academia. The paper also considers pragmatic reforms which could be employed to rectify the institutionalized inequities identified here.

<u>Public vs. Private Universities: Transparency and Gendered Pay Gaps</u>

Women fare better in institutional settings where there are clear pay scales for specific positions and clear criteria for raises and promotions (Bohnet 2016). This is the case both because transparency shapes the behavior of "gatekeepers" (those who make decisions about paying female faculty) and the behavior of the faculty members themselves. Transparency is also import in exposing bias, both explicit and, more difficult to overcome, implicit. Gatekeepers also know that their compensation decisions will be viewed by others and they may adjust their behavior accordingly. Women in public universities can easily identify how their pay compares to their male colleagues', making it easier to identify and respond to any pay inequities.  In contrast, private universities do not feature such transparent wage setting.

---

[2] Pay inequities are compounded for women belonging to intersectional groups, including but not limited to, mothers, racial and ethnic minorities and disabled women. Feminized (gay) men may also face similar gendered biases (Bohnet, 2016, 115). Further research is needed to disentangle the ways in which these intersections interact with salary decision making in private universities.

2

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82248

Faculty members have no systematic wat to identify how much their colleagues earn or what types of raises and benefits they are awarded. Instead, institutional rules allow Deans and Chairs to make initial offers, meet outside offers, and to assess the merits of their faculty's performance in research, teaching, and especially in service, where there are less clear metrics, in a non-transparent fashion. Moreover, the decision-making criteria for these assessments may[3] be non-systemized as well. These practices are highly prone to producing inequitable outcomes that are difficult for women to overcome on their own (Bohnet 2016). Gatekeepers' biases can go unchecked as there is no oversight of their decision-making patterns and women cannot easily identify resulting pay discrepancies and respond accordingly. Such systems can produce gendered inequities at each stage of a person's career that compound over time, increasing gender gaps over the course of a career, from a professor's initial offer onward.

<u>Initial Offers</u>

The prevalence of implicit bias means that women are often perceived by gatekeepers as less deserving of compensation as their equally-qualified male peers. One study of chemists found significantly different starting salaries offered by professors to male and female applicants applying to for a lab manager position with identical resumes and recommendations; the resume with the woman's name on it was offered significantly lower starting salaries than the one with the man's name on it (Moss-Racusin et al 2012). This type of pay discrimination has been widely documented (see Tharenou 2013) and is compounded for women who are mothers (Correll 2007).

This way in which implicit bias manifests itself is sometimes referred to as the "devaluation" effect (Levanson et al, 2009). When men engage in a certain type of work, it is perceived as being of high status and worthy of compensation; when women engage in identical work it is perceived as being of

---

[3] Question to readers from private US universities: in your experience, how widespread are systematic criteria for offers/ raises in such institutions? Gender gaps in bonus bay have been found to be more likely In the absence of formal rules governing performance than in settings where formal rules were in place (Bohnet, 2016, 117).

3

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82249

lower status and less worthy of compensation. For example, as women moved into the field of biology, the pay for biologists began to fall (Miller, 2016); Levanson et al document many other occupations in which this phenomenon has occurred (2009). As political science is a relatively masculinized field, faculty in our area are less likely to see our discipline devalued in this way, but it helps explain why a recent female PhD might be offered a lower starting salary than her male peer.

Further increasing the potential for a gender gap in starting is behavior of job applicants themselves. Studies have found that women tend to be less aggressive in negotiating starting salary offers (e.g., Dittrich et al 2014). The reasons for this behavior are varied: some argue it is because women have internalized implicit bias as to their own worth, others argue women tend to negotiate for benefits other than salary, and others note that women's attempts to negotiate are less successful than men's (Bowles et al 2006), discouraging women from negotiating in the first place. Indeed, several experiments have shown that people express less desire to work with a woman who has tried to request pay increases than they are with a man who did so (Bohnet, 2016, 63-65). For untenured women, therefore, there is a real risk to attempting to negotiate higher salary. At one private university in the southeastern United States over 70% of men offered a tenure-track job in the social sciences endeavored to negotiate a higher salary, compared with only 50% of women with such offers. Men were also more frequently negotiated for summer salary, travel money, and course releases than did their female peers. Women with job offers in the social sciences, in contrast, were more likely to negotiate for benefits related to their personal life including moving allowances and spousal accommodations than men were (College of Arts and Sciences n.d.).[4]

---

[4] Women in STEM fields were particularly likely to negotiate for partner accommodations: one out of every four women offered a job in the period studied requested something for their spouse compared with fewer than one in ten STEM men. This particular university has a formal paid parental leave/ extension of the tenure clock policy for new parents. In universities without such standard policies it is likely women may negotiate these items rather than salary.

4

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82250

Utilizing clear salary guidelines for starting salaries and benefit packages would make it less easy for gatekeepers to offer female job candidates lower salaries than comparable men, reducing the former's need to negotiate salary in the first place. If negotiation is necessary, however, transparency is vital. One field experiment of recent MBAs found that when a position's salary range was made clear to job applicants, women were able to negotiate similar salaries as men were; in the absence of clear salary range, however, an annual salary gap of $6000 emerged (Bohnet, 2016, 68).  Clear information about employees' pay would thus make it easier for women to detect salary discrimination and try to correct it at the outset. As academic promotions and raises are often allocated on a percentage basis, based on initial pay, bias at this stage is particularly important to overcome.

<u>Outside Offers</u>

One of the main ways in which faculty members can significantly increase their income after they have accepted positions is via the leverage of an outside offer. Here too there are gendered hurdles to equal pay which compound pay discrepancies over time. One study of economists in the UK found that female economists were less likely than equally productive male economists to receive outside offers and, when they did, these offers were less likely to yield them a counter-offer from their home institutions than were men's (Bohnet, 2016, 66-67).

Women may be less likely to pursue outside offers because of the aforementioned "two body problem." Women in the academy are more likely to be married/ partnered to another academic than are male professors [cite?], making it more difficult to find suitable alternative employment.[5] Given the widespread gender gap in wages and status accorded to various professions outside of academia, even heterosexual women partnered with non-academics may also more likely than heterosexual men to

_____

[5] Although I have not seen an academic study on the subject, I expect that this two body problem may also drive down the salaries of male academics partnered with female professors. Such men may also have difficulty leveraging an outside offer.

5

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82251

have a spouse who out-earns them; thus on average women are more likely than men to be the trailing spouse in a relationship and hence less mobile (see Kitchener 2017).[6]

Women who do pursue outside offers may be less successful than their male counterparts in obtaining an offer or, if they do, a higher salary for a new post. As mentioned above, there are gender gaps in salaries offered to new faculty members by other universities, and women fare less well in attempts to negotiate salary, further narrowing the pursuit of outside offers as an option for female faculty.

A clear way to avoid this source of gender pay inequity is simply for universities to provide faculty with other ways of achieving market-based salary increases other than obtaining outside offers. From a normative perspective, it seems problematic to tell female faculty members the best way to overcome institutional pay discrimination is to (threaten to) leave an institution. Moreover, basing large raises on external offers not only helps contribute to a gender pay gap, it is also a highly inefficient practice for American universities as a whole. Faculty members with no intention of actually moving to a new university (or who possess little desire to actually do so) take part in costly job searches for the sole purpose of increasing their salaries at their home institutions – at the expense of the institution seeking a new colleague. This widespread practice may also make universities unwilling to hire at the associate or full level, reducing job openings for those who genuinely do desire to move to a new institution.

Assessment of "Merit" in Promotion and Pay Raises

In the absence of outside offers, faculty members' pay over time is decided upon by their home institutions in the course of routine pay raises and at the time of tenure and promotion. Raise and promotion determinations are generally assessed based on faculty members' research, teaching, and

---

[6] Even if this is not the case, partnered female faculty may be *perceived* by gatekeepers as less mobile and hence less able to leverage outside offers. For example, one nationally-prominent woman was offered a named chair at a higher-ranked research university but did not receive a counteroffer from her home department. When she subsequently decided to accept the new position, her chair expressed surprise that her family would actually move away, given her husband's excellent (non-academic) job in the community.

6

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82252

service. Institutionalized inequities regarding tenure and promotion are beyond the scope of this paper, but a considerable literature identifies a "leaky pipeline" in academia in general (Dubois-Shaik and Fusulier 2013) and political science in particular (APSA 2004; Voeten 2013), in which women are less likely to be found moving up the academic ranks than similarly-trained men. This structural problem is one reason for the gender pay gap, as women are more prevalent among the lower, less-well compensated positions of part-time and non-tenure-track faculty as well as among assistant professors rather than full professors (see Blofield et al 2017, Flaherty 2016b).

I focus here, however, on the causes of gender pay gaps among men and women who *do* remain in academia and earn equal rank. Basing pay increases on non-transparently executed (and perhaps vaguely defined), conceptions of merit in research, teaching, and service allow gatekeepers' implicit biases to color faculty evaluations without public oversight and make it difficult for female faculty to detect such bias. As a result, "merit" raises may unwittingly reward underperforming male faculty and disadvantage higher performing women. As promotion and merit raises are often based on percentages of prior pay, these discrepancies compound over time.

*Research*

Merit in terms of research would seem to be relatively straightforward, given that academic publishers and journals are clearly ranked and statistics of citation counts are publically available. However, there are gendered patterns in terms of publication, citation, and perceptions of identical research activities that can lead to gendered discrepancies in terms of compensation for research activities.

A new study finds that the top journals in the field of political science – including *The American Political Science Review* and *the American Journal of Political Science* -- are more likely to publish articles written by men (or teams of men) than they are to publish articles written or co-authored by women (Teele and Thelen 2017). Even when women are published in such top journals, their work is less likely to be cited

7

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82253

than articles written in the same journals by men (Maliniak, Powers, and Walter 2013; Mitchell 2013). This is likely due to the fact that men and women often belong to different social networks (Mansbridge 2013) and may also be fueled by gendered differences in conference participation (Mitchell 2013). It is difficult to see how these issues can be addressed by university officials making pay decisions [suggestions welcome!] but a related problem can be addressed.

The devaluation effect suggests that even identical research activities may be perceived very differently depending on who is producing the work. Emilio Castilla's research based on salary data at a large, private, service organization uncovered what he refers to as "performance-reward" bias. White men systematically received higher financial compensation for the same performance evaluations as white women and members of minority groups (2008). His subsequent research with Stephen Benard found a "paradox of meritocracy" – this performance-reward bias was exacerbated in explicitly merit-based organizations (such as academia), evidentially because gatekeepers are confident that their decisions are based on objective criteria and thus feel freer to act on implicit biases (2010; see also Bohnet, 2016, 113 for what is known as the "licensing effect"). To cite two examples from deliberations in my own department: in one search for an open position we interviewed three male candidates and one female candidate. When discussing the female scholar's resume, a male colleague challenged some of her highly-placed co-authored publications, arguing that we had no evidence she had actually contributed anything to these collaborations; he maintained that her co-author could have written these articles on his own. In contrast, none of the three male candidates' co-authored publications were questioned in this way. Indeed, research in the field of economics demonstrates that women who co-author are less likely to earn tenure than men who co-author (Sarsons 2017). In another search, some colleagues expressed concerns that a minority woman applying for a job in our department was "not productive enough" in terms of her research, although she had published an article in the highest ranked political science journal and received a book contract at top-ranked university press in the previous two years. It

8

 UM/EEOC-D.SCHMICH - 82254

is hard to imagine the same criticism would have been levied against a white man. As Castilla summarizes, "women's and minorities' performance appraisals are significantly discounted, meaning that they need to work harder and obtain higher performance scores in order to receive similar salary increases to white men" (2008, 1516-17).[7]

In private universities where there is no transparency regarding pay raises, this problem can easily go unidentified and unchecked.  In the absence of pay transparency, institutional policies specifying clear criteria for pay raises may help women have at least some insight into how their own achievements are translated into pay raises. Such policies might include, for example, a bonus or pay raise for specific research-based activities such as publication of a book, an article in a journal of a certain rank, or winning an external grant, etc.

*Teaching*

Like research, teaching, a second major component of faculty assessment, is also prone to implicit bias in evaluation, which in turn can lead to seemingly objective metrics being highly gendered and leading to women receiving lower compensation than their male colleagues. A widespread body of research indicates that student teacher evaluations (STEs) are very vulnerable to implicit gender bias on the part of students (see Flaherty 2016b for an overview; see Martin 2013 for political science in particular). For example, in a natural experiment using an on-line course, students in the course were variously told they had a male or a female instructor – although the instructor was actually the same person. The male persona received higher teaching evaluations, even in seemingly objective categories such as time it took to return an assignment, than did the female persona (Boring et al 2017). The practice of basing

---

[7] In addition to questions about their merit, married women with professionally well-positioned spouses may also find their need to pay raises question, given their spouse's income. One tenured female professor at a major research university was told by a male colleague not to worry about her lack of a raise given her husband's high income; her colleague advised to marry so she too would not have to worry about her salary.

9

UM/EEOC-D.SCHMICH - 82255

"merit" on teaching evaluations thus also has gendered consequences, making it more difficult for women than men to earn recognition in this component of salary decision-making as well.

Ways in which this problem may be overcome include moving away from a reliance on quantitative course evaluations (or "curving" them in some way) and instead shifting to analysis of qualitative student feedback, focus groups of students, or in-person peer teaching evaluations (although these too may be subject to implicit bias). Another alternative would be to credit faculty for the number of students who actually enroll in their classes, on the assumption that students "vote with their feet" into classes whose instructors they prefer.

*Service*

A final component of faculty performance reviews comes via an assessment of professors' service to their institutions and to the profession at large. At major research universities service is usually considered the least important component of faculty work, unsurprising given that this "helping" type of activity is more feminized than research and even teaching, and the devaluation effect means feminized work is considered less worthy of compensation.[8] This problem is compounded for female faculty as service performed by women is likely to be viewed as a natural activity for them to take on, rather than work to be compensated. Not only does (female) service go relatively uncompensated, the AAUP has found female faculty devote considerably more time to service than do their male colleagues (Misra et al 2011).  This may be because they prefer it, because universities endeavor to achieve gender balance on committees but have fewer women to draw on than men, or because women are viewed (or view

---

[8] Recently, the country of New Zealand acknowledged that for decades it has paid male and female workers with identical educational qualifications performing similarly-skilled jobs at lower rates for those in the feminized care-related sectors than in other, more masculinized, sectors. The country has now pledged institutional reforms to rectify this situation (Davison 2017).

10

UM/EEOC-D.SCHMICH - 82256

themselves) as helpers who are well suited to such service. Regardless of the cause, women's disproportionate contributions to university service come at a further cost to their overall salary.

One possible solution to the problem of under-compensation for (women's) service is simply for female faculty to be very careful to avoid such service in the first place. However, this strategy is suboptimal for universities as service is necessary for the functioning of academia. It may also backfire, creating the perception that a female faculty member is "difficult" for failing to live up to the gendered expectation that she be "helpful," leading to lower evaluations of her performance. A better solution would be for universities to explicitly measure and value service as a criteria for salary increases. (Transparency, of course, would be necessary to monitor that these criteria are actually being implemented.)

The Accumulation Gap

These gendered determinants of initial offers, subsequent evaluations / raises, and mobility have a compound effect over time, further exacerbating initial pay gaps. This problem has been referred to in the literature as the "accumulation gap" (Tharenou 2013). If a salary gap exists at the assistant or the associate level and the institution rewards promotion based on a percentage of salary at the lower rank, the university is not only perpetuating an already-existing gender gap but compounding it. This "anchoring effect" exacerbates the gender pay gap in many fields of endeavor over time, even if women do move up the career ladder (Cauterucci 2017; Thorsteinson 2011).[9]

There is an institutional fix for this component of the gender pay gap, however, and that is to compensate tenure / promotion not with a percentage increase of a previous salary but with a new salary commensurate with the new position.[10] This is the reason why both Massachusetts and New York

---

[9] Women who become mothers and take parental leave or extra time on a tenure clock (or longer to work toward promotion to full professor) also earn less over the course of a career because they spend more time in lower-paid ranks.

[10] A flat, dollar amount raise for tenure/ promotion would be fairer than a percentage based figure; however, a flat raise given to both men and women cannot close any initial gendered salary gaps.

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82257

City recently outlawed discussion of previous salaries in job negotiations (Cauterucci 2017). Freed from their previous salary "anchor," women are better able to close gendered salary gaps.

<u>Conclusion</u>

At all institutions of higher learning, female faculty run the risk of receiving lower starting salaries than their male counterparts, being less able to leverage outside offers, and receiving lower "merit" based raises. The lack of salary transparency at US based private universities exacerbates these problems because there is little oversight of gatekeepers and because it is difficult for female faculty to identify and address pay inequities. In the United States, female associate professors at private institutions earn 93% of what their male colleagues do but by the time they reach the ranks of full professor this figure falls to 86% (Chronicle of Higher Education 2016). Adopting gender-sensitive institutional policies that clearly spell out what constitutes merit and how it is to be rewarded financially can assist in constraining gatekeepers' implicit biases and better allow female faculty members to identify potential pay discrepancies. Increasing salary transparency would go even further toward rectifying this problem, as gatekeepers would have more oversight and women more information.

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82258

## References

Blofield, Merike, Christina Civantos, Amanda Jensen-Doss, Roxane Pickens, Kate Ramsey, Amy Scott, and Athula Wikramanayake. 2017. "Recommendations of the Ad Hoc Committee on Women Faculty." Unpublished manuscript. Contact author for details

Bohnet, Iris. 2016. *What Works: Gender Equality by Design*. Cambridge, MA: Belknap Press.

Boring, et a. 2017. Available here: https://www.scienceopen.com/document?vid=818d8ec0-5908-47d8-86b4-5dc38f04b23e

Bowles, Hannah Riley et al. 2006. Available here: https://www.cfa.harvard.edu/cfawis/bowles.pdf

Castilla, Emilio J. 2008. "Gender, Race, and Meritocracy in Oraganizatinoal Careers." *American Journal of Sociology*. Vol. 113, No. 6: 1479-1526.

Castilla, Emilio J. and Stephen Bernard. 2010. "The Paradox of Meritocracy in Organizations" *Administrative Science Quarterly*. 55: 543-576.

Catalyst. 2015. Available here: http://www.catalyst.org/knowledge/women-academia

Cauterucci, Christina. 2017. Available here: http://www.slate.com/blogs/xx_factor/2017/04/14/equal_pay_legislation_banning_salary_history_questions_is_based_in_data.html

Chronicle of Higher Education, 2016. Available here: https://data.chronicle.com/

College of Arts and Sciences, n.d. "Initial Contract Negotiations: Percent by Sex and Field."

Correll, Shelley J. et al. 2007. Available here: http://gender.stanford.edu/sites/default/files/motherhoodpenalty.pdf

Covert, Bryce. 2014. Available here: https://thinkprogress.org/heres-one-place-where-the-gender-wage-gap-is-actually-shrinking-e3a302ce959

Davison, Isaac. 2017. Available here: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11840364

Dittrich, Marcus et al. 2014. Available here: http://onlinelibrary.wiley.com/doi/10.1111/ecin.12060/pdf

Dubois-Shaik, Farah and Bernard Fusulier. 2013. Available here: http://eige.europa.eu/sites/default/files/garcia_working_paper_5_academic_careers_gender_inequality.pdf

Eurostat. 2017. Available here: http://ec.europa.eu/eurostat/statistics-explained/index.php/Gender_pay_gap_statistics

Flaherty, Colleen. 2016a. Available here: https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching

Flaherty, Colleen. 2016b. https://www.insidehighered.com/news/2016/08/22/study-finds-gains-faculty-diversity-not-tenure-track

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 82259

Kitchener, Caroline. 2017. Available here: https://www.theatlantic.com/education/archive/2017/02/the-ivy-leagues-gender-pay-gap-problem/515382/

Levanson, Asaf et al. 2009. Available here: https://academic.oup.com/sf/article/88/2/865/2235342/Occupational-Feminization-and-Pay-Assessing-Causal

Maliniak, D., Powers, R., & Walter, B. (2013). The Gender Citation Gap in International Relations. International Organization, 67(4), 889-922. doi:10.1017/S0020818313000209

Mansbridge, Jane. 2013. https://www.washingtonpost.com/news/monkey-cage/wp/2013/09/30/explaining-the-gender-gap/?utm_term=.3319f9fba74d

Martin, Lisa. 2013. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2013/10/02/student-evaluations-of-teaching-are-probably-biased-does-it-matter/?utm_term=.db12226d1f02

Miller, Claire Caine. 2016. Available here: https://www.nytimes.com/2016/03/20/upshot/as-women-take-over-a-male-dominated-field-the-pay-drops.html?_r=2

Misra, Joya. 2011. Available here: https://www.aaup.org/article/ivory-ceiling-service-work#.WSNSP-vyuUk

Mitchell, Sara. 2013. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2013/10/02/why-it-matters-that-more-women-present-at-conferences/?utm_term=.ac128d808d88

Monroe, Kristen Renwick. 2014. Available here: https://www.cambridge.org/core/journals/ps-political-science-and-politics/article/gender-equality-in-the-ivory-tower-and-how-best-to-achieve-it/AFA743CD689C4BE594627C24F49E807E

Moss-Racusin, Corinne A. et al. 2012. Available here: http://www.pnas.org/content/109/41/16474.full

Newman, Jonah. 2014. Available here: http://www.chronicle.com/blogs/data/2014/04/11/there-is-a-gender-pay-gap-in-academe-but-it-may-not-be-the-gap-that-matters/

Sarsons, Heather. 2017. Available here: https://scholar.harvard.edu/files/sarsons/files/groupwork_full_v6.pdf

Teele, Dawn Langen and Kathleen Thelen. 2017. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2017/05/30/some-of-the-top-political-science-journals-are-biased-against-women-heres-the-evidence/?utm_term=.cba38cd97f32

Tharenou, Phyllis. 2013. Available here: https://link.springer.com/article/10.1007/s11199-012-0221-8

Thorsteinson, Sven. 2011. Available here: http://onlinelibrary.wiley.com/doi/10.1111/j.1559-1816.2011.00779.x/abstract

Voeten, Erik. 2013. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2013/09/30/introducing-the-monkey-cage-gender-gap-symposium/?utm_term=.cfa737bff9da

CONFIDENTIAL UM/EEOC-D.SCHMICH - 82260

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | Davidson-Schmich, Louise K. |
| **Sent:** | Thursday, August 24, 2017 2:14 PM |
| **To:** | Muschett, Bonnie Michica |
| **Subject:** | RE: request for meeting |

Dear Bonnie,
Thanks for your note. I am back in town again and am hoping we can find a mutually convenient time to meet. Given my teaching schedule, Monday, Wednesday, and Friday mornings are the best times for me. (I will be out of the office next Friday 9/1, however). Please let me know when a good time for you to meet would be.
Regards,
Louise

Dr. Louise K. Davidson-Schmich
Professor of Political Science
University of Miami
davidson@miami.edu

**From:** Muschett, Bonnie Michica
**Sent:** Tuesday, July 11, 2017 11:56 AM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>
**Subject:** RE: request for meeting

Dr. Davidson-Schmich, good morning, I was traveling when this email came through... Please let me know which dates work for you and we'll put something on the calendar for when you get back. Regards,

**Bonnie M. Muschett, JD, MBA, CCEP**
**Director of Compliance and Title IX Coordinator**
**UNIVERSITY OF MIAMI**
**University Compliance Services**
1320 South Dixie Highway, Suite 700
Coral Gables, FL 33146
Phone – 305.284.8624
E-mail – bmuschett@miami.edu

*This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of the email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.*

**From:** Davidson-Schmich, Louise K.
**Sent:** Monday, July 3, 2017 1:23 PM
**To:** Muschett, Bonnie Michica <bmm154@miami.edu>
**Subject:** request for meeting

Dear Bonnie,
I am a professor in political science and I have a few questions about Title IX and VII as they apply to faculty at UM. I was



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 65**

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | Davidson-Schmich, Louise K. |
| **Sent:** | Monday, July 03, 2017 1:23 PM |
| **To:** | Muschett, Bonnie Michica |
| **Subject:** | request for meeting |

Dear Bonnie,

I am a professor in political science and I have a few questions about Title IX and VII as they apply to faculty at UM. I was wondering whether it would be possible to meet with you about this later this week or next Monday morning to talk? I am leaving the country Monday afternoon and will return in mid-August, if that would work better for you.
Regards,
Louise

Dr. Louise K. Davidson-Schmich
Professor of Political Science
University of Miami
davidson@miami.edu
Cell: 305-607-9875

1

DAVIDSON-SCHMICH_00042

**To:** Muschett, Bonnie Michica[bmm154@miami.edu]; Davidson-Schmich, Louise K.[davidson@miami.edu]
**From:** Davidson-Schmich, Louise K.
**Sent:** Sat 11/18/2017 4:44:16 PM UTC
**Subject:** EDITED VERSION: Follow up to meeting on Wednesday August 30th
**Received:** Sat 11/18/2017 4:45:54 PM UTC
Letter to Bonnie Muschett Nov 18 2017.docx
Letter to Dean Bachas May 22 2017.docx
Institutionalizing Pay Inequity Paper.docx

Dear Bonnie,

I re-read what I sent you yesterday (see below) and revised my letter to be a little clearer and to the point. Would you please consider the attached version of the letter instead of the one I sent yesterday?

Thanks again for your help.

Best,

Louise Davidson-Schmich

Professor of Political Science

Cell: 305-607-9875

**From:** Davidson-Schmich, Louise K.
**Sent:** Friday, November 17, 2017 10:53 AM
**To:** Muschett, Bonnie Michica <bmm154@miami.edu>
**Cc:** Davidson-Schmich, Louise K. <davidson@miami.edu>
**Subject:** Follow up to meeting on Wednesday August 30th

Dear Bonnie,

Thanks for taking the time to meet with me in August. I hope your walk in California went well and wasn't impacted by the hurricane. I am just now getting to writing up the information you requested at that time. Please see attached and let me know if you need anything else for your purposes. You can always reach me via cell at 305-607-9875.

Thanks,

Louise

Dr. Louise K. Davidson-Schmich

Professor of Political Science

University of Miami

davidson@miami.edu

**From:** Muschett, Bonnie Michica
**Sent:** Monday, August 28, 2017 4:48 PM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>
**Subject:** RE: 9 AM Wednesday

Great! I'm in Gables One Tower, Suite 700 (7th floor). See you then, Bon~

**Bonnie M. Muschett, JD, MBA, CCEP**
**Director of Compliance and Title IX Coordinator**
**UNIVERSITY OF MIAMI**
**University Title IX Compliance**
1320 South Dixie Highway, Suite 700
Coral Gables, FL 33146
Phone – 305.284.8624
E-mail – bmuschett@miami.edu

*This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of the email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.*

**From:** Davidson-Schmich, Louise K.

Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 66**

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85400

**Sent:** Monday, August 28, 2017 4:25 PM
**To:** Muschett, Bonnie Michica <bmm154@miami.edu>
**Subject:** 9 AM Wednesday

Dear Bonnie,
That time works well for me. Where is your office?
Best,
Louise

Dr. Louise K. Davidson-Schmich
Professor of Political Science
University of Miami
davidson@miami.edu

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85401

Dear Dean Bachas,

Thank you for taking the time to meet with me and other colleagues tomorrow. I thought I would write in advance to give you some background information so you can understand the context in which I come to see you. In this letter, I am writing only on my own behalf and make no claim that my colleagues share my views and concerns.

As you know, my research involves the study of the intersection between formal institutions and gender and how formal structures can either help or hinder the pursuit of gender equality.[1] Although I specifically study political careers, the body of research upon which I draw, and to which I contribute, can also be applied to other professional careers, such as those in academia.

One consistent finding throughout this extensive literature is that, across countries and within the same professions, there is a persistent gender pay gap that remains even when controlling for a host of variables such as objective performance criteria, educational qualifications, years on the job, parental status, etc. (for an overview of this literature see Tharenou 2013).[2] This gap exists in academia in general -- the AAUP has found female full professors at US-based doctoral institutions earn 90% of what their male colleagues earn (Newman 2014) and the problem exists in other countries around the world as well (Catalyst 2015). It is also present in political science more specifically; one study estimated that female political science professors earn between $450,000 - $600,000 less than their male counterparts over the course of their career (Monroe et al 2014).

As the recently-released CAS Ad Hoc Committee on Women Faculty report from this spring indicates, this gap exists in the College of Arts and Sciences at UM as well. Of specific concern to me, the report documents a gender pay gap in terms of Associate Professors in the Social Sciences. The report is inconsistent on precisely how large this gap is: on the third page it identifies an annual $3101 gender gap (on average women are being paid 96.8% of what their male colleagues are) and on the seventh page it indicates that this gap is $6101 (on average women earning only 93.8% of what their male colleagues earn for the same position). In either case a gap exists.

This state of affairs is not surprising given what the scholarly literature has identified as causes of the gender pay gap. For one, women fare better in institutional settings in which salaries are transparent and there are clear pay scales for specific positions – clearly not the case at a private university like UM. In the United States and Europe the gender pay gap is narrower (and closing in the US) in public sector positions (such as public universities) compared to private sector positions (such as the University of Miami) (see Covert 2014 and Eurostat 2017). In light of this fact, I applaud your willingness to create an ad hoc committee to document gendered pay gaps in CAS; transparency is one of the best methods to combat this problem.

Transparency, not only about salary ranges for initial starting salaries, but also in terms of criteria for raises and promotion, are import in overcoming bias, both explicit and, more difficult to overcome, implicit. An institutional structure in which chairs are asked to assess the merit of their faculty's

---

[1] This work is also closely related to the literature on race and professional opportunities and, importantly, to that on intersectionality (the interaction of gender and race). As I am trying to contextualize my own experiences here, however, I will leave aside the question of race.

[2] Over and above these issues some studies find an additional wage penalties levied against mothers, all else held equal (Correll 2007).

performance in research, teaching, and service in a non-transparent or clearly-systemized fashion – or where chairs are asked to unilaterally develop raise criteria on a year-to-year basis without communicating these criteria to faculty in advance -- is an institutional setting highly prone to producing gender inequitable outcomes that are difficult for women to overcome on their own.

Implicit bias means that women are often perceived as less deserving of compensation as their equally-qualified male peers. I expect you are familiar with the study done in your field of endeavor (chemistry) and related scientific fields which found significantly different starting salaries for a lab manager position offered by professors to male and female applicants with identical resumes and letters of recommendation; the resume with the woman's name on it was offered significantly lower starting salaries than the one with the men's name on it (Moss-Racusin et al 2012). This type of pay discrimination has been widely documented elsewhere as well (see Tharenou 2013). The implicit bias problem is compounded by the findings that women tend to be less aggressive in negotiating starting salary or raises than men (e.g., Dittrich et al 2014) but also that women who *do* attempt to negotiate are often not rewarded for this behavior in the way that men are (Bowles et al 2006).

One mechanism through which implicit bias manifests itself is sometimes referred to as the "devaluation" effect (Levanson et al, 2009). When men engage in a certain type of work, it is perceived as being of high status and worthy of compensation; when women engage in identical work it is perceived as being of lower status and less worthy of compensation. For example, as women moved into the field of biology, the pay for biologists began to fall (Miller, 2016); Levanson et al document many other fields in which this phenomenon has occurred (2009). Identical research activities may thus be perceived very differently depending on who is producing the work. To cite two examples from deliberations in my own department: when searching for an external chair at the time POL and INS were considering merging, we interviewed three male candidates and one female candidate. When discussing the female candidate's resume, a male colleague challenged some of her highly-placed co-authored publications (which had been written with her husband) arguing that we had no evidence she had actually contributed anything to these collaborations, maintaining that her husband could have written these articles on his own. None of the three male candidates' co-authored publications were questioned in this way. More recently, some colleagues expressed concerns that Juliet Hooker (an African American woman) was "not productive enough" in terms of her research although she had published an article in the highest ranked political science journal and received a book contract at top-ranked Oxford University Press in the previous two years. It is hard to imagine the same criticism would have been levied against a white man.

The devaluation effect is particularly true when the work involves stereotypically feminized, nurturing-related activities, such as academic service and teaching. Recently, the country of New Zealand acknowledged that for decades it has paid male and female workers with identical educational qualifications performing similarly-skilled jobs at lower rates for those in the feminized care-related sectors than in other, more masculinized, sectors. The country has now pledged institutional reforms to rectify this situation (Davison 2017). The devaluation effect makes it difficult for female faculty to be perceived as equally meritorious to their male colleagues when performing identical service activities. Service performed by women is likely to be viewed as a natural activity for them to take on rather than work to be compensated. Compounding the problem, the AAUP has found female faculty devote considerably more time to service than do their male colleagues (Misra et al 2011); by extension, if women disproportionately spend time devoted to service (such as serving on ad hoc committees

UM/EEOC-D.SCHMICH - 85403

addressing gender inequity in their pay) they have less time available to devote to research – which as a non-feminized type of activity – is weighted more heavily in raises and promotion.

The evaluation of teaching would seem to be more straightforward, as there are quantitative course evaluation indicators upon which chairs can rely to assess faculty members in their departments, helping to overcome the implicit bias problem. Unfortunately, a widespread body of research indicates that such evaluations are also very vulnerable to implicit gender bias on the part of students (see Flaherty 2016 for an overview). For example, in a natural experiment using an on-line course, students in the course were variously told they had a male or a female instructor – although the instructor was actually the same person. The male persona received higher teaching evaluations, even in seemingly objective categories such as time it took to return an assignment, than did the female persona (Boring et al 2017). The practice of basing "merit" on teaching evaluations thus also has gendered consequences, making it more difficult for women than men to earn recognition in this component of salary decision-making as well as in terms of research and service.

A common solution suggested to academics concerned about their compensation is to pursue and outside offer in the hopes of leveraging up their salary. A second cause of the gendered pay gap is that this option is less available to female faculty members. Women in the academy are more likely to be married/ partnered to another academic than are male professors, creating a "two body problem" in obtaining outside offers.[3] Given the widespread gender gap in wages and status accorded to various professions outside of academia, even heterosexual women partnered with non-academics are also more likely than heterosexual men to have a spouse who out-earns them, thus becoming the trailing spouse in a relationship and less mobile (see Kitchener 2017). Also as mentioned above, there are gender gaps in salaries offered to new faculty members by other universities, and women fare less well in attempts to negotiate salary, further narrowing the pursuit of outside offers as an option for female faculty. From a normative perspective, it also seems problematic to tell female faculty members the best way to overcome institutional pay discrimination is to (threaten to) leave an institution.

These gendered determinants of initial offers, subsequent evaluations / raises, and mobility have a compound effect over time, further exacerbating the gender pay gap. This has been referred to in the academic literature as the "accumulation gap" (Tharenou 2013). **This issue is of primary concern to me personally at the moment** and it is also one of the easiest to rectify institutionally. If a salary gap exists at the assistant or the associate level (as is the case with the social sciences here at UM) and the College compensates promotion based on a percentage of salary at the lower rank, the College is not only perpetuating an already-existing gender gap but compounding it. Assuming the figures on page three of the ad hoc committee's report are correct, the average female associate professor in the social sciences would receive a promotion raise of $4661 and the average male associate professor in the social sciences, already out earning her, would receive a promotion raise of $4816. The salary gap between them would thus increase from $3101 to $3256 and her income would fall relative to his, a deficit only to further over time as subsequent raises are also percentages of starting salaries. This "anchoring effect" will only compound the gender pay gap over time, even if women do move up the career ladder (Cauterucci 2017; Thorsteinson 2011). If the figures on page 7 of the report are correct, the gender salary gap at promotion would become even more pronounced, moving from $6101 to $6446.

---

[3] Although I have not seen an academic study on the subject, I expect that this two body problem may also drive down the salaries of male academics partnered with female professors; anecdotally, I note from the recent ad hoc committee report that my spouse is paid below the average senior lecturer salary.

There is an institutional fix for this component of the gender pay gap, however, and that is to compensate promotion not with a percentage increase of a previous salary but with a salary commensurate with the new position. This is the reason why both Massachusetts and New York City recently outlawed discussion of previous salaries in job negotiations (Cauterucci 2017). Freed from their previous salary "anchor" women are better able to close gendered salary gaps as they move into a new job.

In my case, as I am sure you are aware and as is indicated in the ad hoc committee report, this gender pay gap means that as a full professor, with a $109,359 annual salary next year I will be being paid less than over a quarter of male associate professors in the social sciences at UM were paid two years ago. If, as I strongly suspect, Greg Koger was among these professors, he will have been appointed – like me on his first attempt, without recourse to appeal -- to the position of Professor of Political Science at the same time under the same circumstances at a far higher salary for his first year in the same job as I will be assuming. Given the institutional lack of transparency in faculty salaries, my concerns may be entirely misplaced. However, if I am correct, I am being offered unequal pay for an identical position (first year full professor in Political Science) and I believe this to be a result of gendered institutional structures. Correcting this problem could be remedied by offering me the same salary as my male colleague who merited promotion to the same position at the same time as I did. Similiar increases are made available in circumstances such as responses to outside offers and attempts to recruit outside faculty who can diversify our own ranks. Pay equity would also seem to be to be a core component of creating a culture of inclusion and belonging and demonstrating a commitment to diversity.

I look forward to discussing these issues with you tomorrow.

Regards,

Louise


**References**

Boring, et a. 2017. Available here: https://www.scienceopen.com/document?vid=818d8ec0-5908-47d8-86b4-5dc38f04b23e

Bowles, Hannah Riley et al. 2006. Available here: https://www.cfa.harvard.edu/cfawis/bowles.pdf

Catalyst. 2015. Available here: http://www.catalyst.org/knowledge/women-academia

Cauterucci, Christina. 2017. Available here: http://www.slate.com/blogs/xx_factor/2017/04/14/equal_pay_legislation_banning_salary_history_questions_is_based_in_data.html

Correll, Shelley J. et al. 2007. Available here: http://gender.stanford.edu/sites/default/files/motherhoodpenalty.pdf

Covert, Bryce. 2014. Available here: https://thinkprogress.org/heres-one-place-where-the-gender-wage-gap-is-actually-shrinking-e3a302ce959

CONFIDENTIAL

Davison, Isaac. 2017. Available here:
http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11840364

Dittrich, Marcus et al. 2014. Available here: http://onlinelibrary.wiley.com/doi/10.1111/ecin.12060/pdf

Eurostat. 2017. Available here: http://ec.europa.eu/eurostat/statistics-explained/index.php/Gender_pay_gap_statistics

Flaherty, Colleen. 2016. Available here: https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching

Kitchener, Caroline. 2017. Available here: https://www.theatlantic.com/education/archive/2017/02/the-ivy-leagues-gender-pay-gap-problem/515382/

Levanson, Asaf et al. 2009. Available here:
https://academic.oup.com/sf/article/88/2/865/2235342/Occupational-Feminization-and-Pay-Assessing-Causal

Miller, Claire Caine. 2016. Available here: https://www.nytimes.com/2016/03/20/upshot/as-women-take-over-a-male-dominated-field-the-pay-drops.html?_r=2

Misra, Joya. 2011. Available here: https://www.aaup.org/article/ivory-ceiling-service-work#.WSNSP-vyuUk

Monroe, Kristen Renwick. 2014. Available here: https://www.cambridge.org/core/journals/ps-political-science-and-politics/article/gender-equality-in-the-ivory-tower-and-how-best-to-achieve-it/AFA743CD689C4BE594627C24F49E807E

Moss-Racusin, Corinne A. et al. 2012. Available here: http://www.pnas.org/content/109/41/16474.full

Newman, Jonah. 2014. Available here: http://www.chronicle.com/blogs/data/2014/04/11/there-is-a-gender-pay-gap-in-academe-but-it-may-not-be-the-gap-that-matters/

Tharenou, Phyllis. 2013. Available here: https://link.springer.com/article/10.1007/s11199-012-0221-8

Thorsteinson, Sven. 2011. Available here: http://onlinelibrary.wiley.com/doi/10.1111/j.1559-1816.2011.00779.x/abstract

UM/EEOC-D.SCHMICH - 85406

**Institutionalizing Pay Inequity:**

**Causes of the Gender Pay Gap in US-Based Private Research Universities**

Louise K. Davidson-Schmich

University of Miami

Paper Prepared for the European Conference on Politics and Gender

Lausanne, Switzerland, 8-10 June 2017

In virtually all places and professions, there is a persistent gender pay gap that remains even when controlling for a host of variables such as objective performance criteria, educational qualifications, years on the job, parental status, etc. (for an overview of this literature see Tharenou 2013). This gap exists in all fields of academia in the United States (Newman 2014) and across the globe (Catalyst 2015). Political science is no exception; one study estimated that female political science professors over the course of their careers earn between $450,000 - $600,000 less than their male counterparts (Monroe et al 2014).

While this gap exists across institutional types, it is particularly pronounced in private educational institutions. One recent study conducted at a private research university in the southeastern US found the average female tenure-line faculty member in the social sciences there to earn 82% of what the average tenure-line male was paid (Blofield et al 2017).[1] The *Chronicle of Higher Education* compiles national-level salary data but does not report it by field of study, making it difficult to assess how large this gap is at the national level in the field of political science. However, across all fields, by the time they are promoted to full professor, women at public colleges and universities earn 88% of what their male counterparts do, while this figure falls to 86% for private colleges and universities – a pay gap of over

---

[1] The averages at this particular institution are driven to a large extent by rank, and can largely, but not entirely, be explained by seniority. Female faculty were overrepresented in poorly-compensated, non-tenure line positions. Women who were employed as assistant professors in the social sciences (15% of tenure-line social scientists) earned approximately $1000 more on average than their male counterparts. Female associates (20% of all tenure-line social scientists) earned only 94% of what their male counterparts did; meaningful comparisons at the full professor level were difficult given the dearth of women (8% of all tenure-line social science faculty) at this rank.

1

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85407

$18,000 per year (Chronicle of Higher Education 2016). The wider gender pay gap in private institutions is consistent with findings from non-academic employment settings. In the United States and Europe the gender pay gap is narrower (and closing in the US) in public sector positions compared to private sector positions (see Covert 2014 and Eurostat 2017).

This paper delves into the reasons why gender[2] pay equity is a particular problem at private research universities in the United States. I argue that the institutional structures commonly used to determine salaries in such settings are highly prone to unchecked implicit bias; moreover, this bias compounds over the course of women's careers. The low percentages of female faculty members managing to remain in a "leaky pipeline" experience growing gender pay gaps as they move through academia. The paper also considers pragmatic reforms which could be employed to rectify the institutionalized inequities identified here.

<u>Public vs. Private Universities: Transparency and Gendered Pay Gaps</u>

Women fare better in institutional settings where there are clear pay scales for specific positions and clear criteria for raises and promotions (Bohnet 2016). This is the case both because transparency shapes the behavior of "gatekeepers" (those who make decisions about paying female faculty) and the behavior of the faculty members themselves. Transparency is also import in exposing bias, both explicit and, more difficult to overcome, implicit. Gatekeepers also know that their compensation decisions will be viewed by others and they may adjust their behavior accordingly. Women in public universities can easily identify how their pay compares to their male colleagues', making it easier to identify and respond to any pay inequities.  In contrast, private universities do not feature such transparent wage setting. Faculty members have no systematic wat to identify how much their colleagues earn or what types of

---

[2] Pay inequities are compounded for women belonging to intersectional groups, including but not limited to, mothers, racial and ethnic minorities and disabled women. Feminized (gay) men may also face similar gendered biases (Bohnet, 2016, 115). Further research is needed to disentangle the ways in which these intersections interact with salary decision making in private universities.

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85408

raises and benefits they are awarded. Instead, institutional rules allow Deans and Chairs to make initial offers, meet outside offers, and to assess the merits of their faculty's performance in research, teaching, and especially in service, where there are less clear metrics, in a non-transparent fashion. Moreover, the decision-making criteria for these assessments may[3] be non-systemized as well. These practices are highly prone to producing inequitable outcomes that are difficult for women to overcome on their own (Bohnet 2016). Gatekeepers' biases can go unchecked as there is no oversight of their decision-making patterns and women cannot easily identify resulting pay discrepancies and respond accordingly. Such systems can produce gendered inequities at each stage of a person's career that compound over time, increasing gender gaps over the course of a career, from a professor's initial offer onward.

Initial Offers

The prevalence of implicit bias means that women are often perceived by gatekeepers as less deserving of compensation as their equally-qualified male peers. One study of chemists found significantly different starting salaries offered by professors to male and female applicants applying to for a lab manager position with identical resumes and recommendations; the resume with the woman's name on it was offered significantly lower starting salaries than the one with the man's name on it (Moss-Racusin et al 2012). This type of pay discrimination has been widely documented (see Tharenou 2013) and is compounded for women who are mothers (Correll 2007).

This way in which implicit bias manifests itself is sometimes referred to as the "devaluation" effect (Levanson et al, 2009). When men engage in a certain type of work, it is perceived as being of high status and worthy of compensation; when women engage in identical work it is perceived as being of lower status and less worthy of compensation. For example, as women moved into the field of biology,

---

[3] Question to readers from private US universities: in your experience, how widespread are systematic criteria for offers/ raises in such institutions? Gender gaps in bonus bay have been found to be more likely In the absence of formal rules governing performance than in settings where formal rules were in place (Bohnet, 2016, 117).

3

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85409

the pay for biologists began to fall (Miller, 2016); Levanson et al document many other occupations in which this phenomenon has occurred (2009). As political science is a relatively masculinized field, faculty in our area are less likely to see our discipline devalued in this way, but it helps explain why a recent female PhD might be offered a lower starting salary than her male peer.

Further increasing the potential for a gender gap in starting is behavior of job applicants themselves. Studies have found that women tend to be less aggressive in negotiating starting salary offers (e.g., Dittrich et al 2014). The reasons for this behavior are varied: some argue it is because women have internalized implicit bias as to their own worth, others argue women tend to negotiate for benefits other than salary, and others note that women's attempts to negotiate are less successful than men's (Bowles et al 2006), discouraging women from negotiating in the first place. Indeed, several experiments have shown that people express less desire to work with a woman who has tried to request pay increases than they are with a man who did so (Bohnet, 2016, 63-65). For untenured women, therefore, there is a real risk to attempting to negotiate higher salary. At one private university in the southeastern United States over 70% of men offered a tenure-track job in the social sciences endeavored to negotiate a higher salary, compared with only 50% of women with such offers. Men were also more frequently negotiated for summer salary, travel money, and course releases than did their female peers. Women with job offers in the social sciences, in contrast, were more likely to negotiate for benefits related to their personal life including moving allowances and spousal accommodations than men were (College of Arts and Sciences n.d.).[4]

Utilizing clear salary guidelines for starting salaries and benefit packages would make it less easy for gatekeepers to offer female job candidates lower salaries than comparable men, reducing the former's

---

[4] Women in STEM fields were particularly likely to negotiate for partner accommodations: one out of every four women offered a job in the period studied requested something for their spouse compared with fewer than one in ten STEM men. This particular university has a formal paid parental leave/ extension of the tenure clock policy for new parents. In universities without such standard policies it is likely women may negotiate these items rather than salary.

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85410

need to negotiate salary in the first place. If negotiation is necessary, however, transparency is vital. One field experiment of recent MBAs found that when a position's salary range was made clear to job applicants, women were able to negotiate similar salaries as men were; in the absence of clear salary range, however, an annual salary gap of $6000 emerged (Bohnet, 2016, 68).  Clear information about employees' pay would thus make it easier for women to detect salary discrimination and try to correct it at the outset. As academic promotions and raises are often allocated on a percentage basis, based on initial pay, bias at this stage is particularly important to overcome.

Outside Offers

One of the main ways in which faculty members can significantly increase their income after they have accepted positions is via the leverage of an outside offer. Here too there are gendered hurdles to equal pay which compound pay discrepancies over time. One study of economists in the UK found that female economists were less likely than equally productive male economists to receive outside offers and, when they did, these offers were less likely to yield them a counter-offer from their home institutions than were men's (Bohnet, 2016, 66-67).

Women may be less likely to pursue outside offers because of the aforementioned "two body problem." Women in the academy are more likely to be married/ partnered to another academic than are male professors [cite?], making it more difficult to find suitable alternative employment.[5] Given the widespread gender gap in wages and status accorded to various professions outside of academia, even heterosexual women partnered with non-academics may also more likely than heterosexual men to have a spouse who out-earns them; thus on average women are more likely than men to be the trailing spouse in a relationship and hence less mobile (see Kitchener 2017).[6]

––––––––––––––––––––––

[5] Although I have not seen an academic study on the subject, I expect that this two body problem may also drive down the salaries of male academics partnered with female professors. Such men may also have difficulty leveraging an outside offer.

[6] Even if this is not the case, partnered female faculty may be *perceived* by gatekeepers as less mobile and hence

5

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85411

Women who do pursue outside offers may be less successful than their male counterparts in obtaining an offer or, if they do, a higher salary for a new post. As mentioned above, there are gender gaps in salaries offered to new faculty members by other universities, and women fare less well in attempts to negotiate salary, further narrowing the pursuit of outside offers as an option for female faculty.

A clear way to avoid this source of gender pay inequity is simply for universities to provide faculty with other ways of achieving market-based salary increases other than obtaining outside offers. From a normative perspective, it seems problematic to tell female faculty members the best way to overcome institutional pay discrimination is to (threaten to) leave an institution. Moreover, basing large raises on external offers not only helps contribute to a gender pay gap, it is also a highly inefficient practice for American universities as a whole. Faculty members with no intention of actually moving to a new university (or who possess little desire to actually do so) take part in costly job searches for the sole purpose of increasing their salaries at their home institutions – at the expense of the institution seeking a new colleague. This widespread practice may also make universities unwilling to hire at the associate or full level, reducing job openings for those who genuinely do desire to move to a new institution.

Assessment of "Merit" in Promotion and Pay Raises

In the absence of outside offers, faculty members' pay over time is decided upon by their home institutions in the course of routine pay raises and at the time of tenure and promotion. Raise and promotion determinations are generally assessed based on faculty members' research, teaching, and service. Institutionalized inequities regarding tenure and promotion are beyond the scope of this paper, but a considerable literature identifies a "leaky pipeline" in academia in general (Dubois-Shaik and Fusulier 2013) and political science in particular (APSA 2004; Voeten 2013), in which women are less

---

less able to leverage outside offers. For example, one nationally-prominent woman was offered a named chair at a higher-ranked research university but did not receive a counteroffer from her home department. When she subsequently decided to accept the new position, her chair expressed surprise that her family would actually move away, given her husband's excellent (non-academic) job in the community.

6

UM/EEOC-D.SCHMICH - 85412

likely to be found moving up the academic ranks than similarly-trained men. This structural problem is one reason for the gender pay gap, as women are more prevalent among the lower, less-well compensated positions of part-time and non-tenure-track faculty as well as among assistant professors rather than full professors (see Blofield et al 2017, Flaherty 2016b).

I focus here, however, on the causes of gender pay gaps among men and women who *do* remain in academia and earn equal rank. Basing pay increases on non-transparently executed (and perhaps vaguely defined), conceptions of merit in research, teaching, and service allow gatekeepers' implicit biases to color faculty evaluations without public oversight and make it difficult for female faculty to detect such bias. As a result, "merit" raises may unwittingly reward underperforming male faculty and disadvantage higher performing women. As promotion and merit raises are often based on percentages of prior pay, these discrepancies compound over time.

*Research*

Merit in terms of research would seem to be relatively straightforward, given that academic publishers and journals are clearly ranked and statistics of citation counts are publically available. However, there are gendered patterns in terms of publication, citation, and perceptions of identical research activities that can lead to gendered discrepancies in terms of compensation for research activities.

A new study finds that the top journals in the field of political science – including *The American Political Science Review* and *the American Journal of Political Science* -- are more likely to publish articles written by men (or teams of men) than they are to publish articles written or co-authored by women (Teele and Thelen 2017). Even when women are published in such top journals, their work is less likely to be cited than articles written in the same journals by men (Maliniak, Powers, and Walter 2013; Mitchell 2013). This is likely due to the fact that men and women often belong to different social networks (Mansbridge 2013) and may also be fueled by gendered differences in conference participation (Mitchell 2013). It is

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85413

difficult to see how these issues can be addressed by university officials making pay decisions [suggestions welcome!] but a related problem can be addressed.

The devaluation effect suggests that even identical research activities may be perceived very differently depending on who is producing the work. Emilio Castilla's research based on salary data at a large, private, service organization uncovered what he refers to as "performance-reward" bias. White men systematically received higher financial compensation for the same performance evaluations as white women and members of minority groups (2008). His subsequent research with Stephen Benard found a "paradox of meritocracy" – this performance-reward bias was exacerbated in explicitly merit-based organizations (such as academia), evidentially because gatekeepers are confident that their decisions are based on objective criteria and thus feel freer to act on implicit biases (2010; see also Bohnet, 2016, 113 for what is known as the "licensing effect"). To cite two examples from deliberations in my own department: in one search for an open position we interviewed three male candidates and one female candidate. When discussing the female scholar's resume, a male colleague challenged some of her highly-placed co-authored publications, arguing that we had no evidence she had actually contributed anything to these collaborations; he maintained that her co-author could have written these articles on his own. In contrast, none of the three male candidates' co-authored publications were questioned in this way. Indeed, research in the field of economics demonstrates that women who co-author are less likely to earn tenure than men who co-author (Sarsons 2017). In another search, some colleagues expressed concerns that a minority woman applying for a job in our department was "not productive enough" in terms of her research, although she had published an article in the highest ranked political science journal and received a book contract at top-ranked university press in the previous two years. It is hard to imagine the same criticism would have been levied against a white man. As Castilla summarizes, "women's and minorities' performance appraisals are significantly discounted, meaning

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85414

that they need to work harder and obtain higher performance scores in order to receive similar salary increases to white men" (2008, 1516-17).[7]

In private universities where there is no transparency regarding pay raises, this problem can easily go unidentified and unchecked.  In the absence of pay transparency, institutional policies specifying clear criteria for pay raises may help women have at least some insight into how their own achievements are translated into pay raises. Such policies might include, for example, a bonus or pay raise for specific research-based activities such as publication of a book, an article in a journal of a certain rank, or winning an external grant, etc.

*Teaching*

Like research, teaching, a second major component of faculty assessment, is also prone to implicit bias in evaluation, which in turn can lead to seemingly objective metrics being highly gendered and leading to women receiving lower compensation than their male colleagues. A widespread body of research indicates that student teacher evaluations (STEs) are very vulnerable to implicit gender bias on the part of students (see Flaherty 2016b for an overview; see Martin 2013 for political science in particular). For example, in a natural experiment using an on-line course, students in the course were variously told they had a male or a female instructor – although the instructor was actually the same person. The male persona received higher teaching evaluations, even in seemingly objective categories such as time it took to return an assignment, than did the female persona (Boring et al 2017). The practice of basing "merit" on teaching evaluations thus also has gendered consequences, making it more difficult for women than men to earn recognition in this component of salary decision-making as well.

---

[7] In addition to questions about their merit, married women with professionally well-positioned spouses may also find their need to pay raises question, given their spouse's income. One tenured female professor at a major research university was told by a male colleague not to worry about her lack of a raise given her husband's high income; her colleague advised to marry so she too would not have to worry about her salary.

9

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85415

Ways in which this problem may be overcome include moving away from a reliance on quantitative course evaluations (or "curving" them in some way) and instead shifting to analysis of qualitative student feedback, focus groups of students, or in-person peer teaching evaluations (although these too may be subject to implicit bias). Another alternative would be to credit faculty for the number of students who actually enroll in their classes, on the assumption that students "vote with their feet" into classes whose instructors they prefer.

*Service*

A final component of faculty performance reviews comes via an assessment of professors' service to their institutions and to the profession at large. At major research universities service is usually considered the least important component of faculty work, unsurprising given that this "helping" type of activity is more feminized than research and even teaching, and the devaluation effect means feminized work is considered less worthy of compensation.[8] This problem is compounded for female faculty as service performed by women is likely to be viewed as a natural activity for them to take on, rather than work to be compensated. Not only does (female) service go relatively uncompensated, the AAUP has found female faculty devote considerably more time to service than do their male colleagues (Misra et al 2011).  This may be because they prefer it, because universities endeavor to achieve gender balance on committees but have fewer women to draw on than men, or because women are viewed (or view themselves) as helpers who are well suited to such service. Regardless of the cause, women's disproportionate contributions to university service come at a further cost to their overall salary.

One possible solution to the problem of under-compensation for (women's) service is simply for female faculty to be very careful to avoid such service in the first place. However, this strategy is suboptimal for

---

[8] Recently, the country of New Zealand acknowledged that for decades it has paid male and female workers with identical educational qualifications performing similarly-skilled jobs at lower rates for those in the feminized care-related sectors than in other, more masculinized, sectors. The country has now pledged institutional reforms to rectify this situation (Davison 2017).

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85416

universities as service is necessary for the functioning of academia. It may also backfire, creating the perception that a female faculty member is "difficult" for failing to live up to the gendered expectation that she be "helpful," leading to lower evaluations of her performance. A better solution would be for universities to explicitly measure and value service as a criteria for salary increases. (Transparency, of course, would be necessary to monitor that these criteria are actually being implemented.)

The Accumulation Gap

These gendered determinants of initial offers, subsequent evaluations / raises, and mobility have a compound effect over time, further exacerbating initial pay gaps. This problem has been referred to in the literature as the "accumulation gap" (Tharenou 2013). If a salary gap exists at the assistant or the associate level and the institution rewards promotion based on a percentage of salary at the lower rank, the university is not only perpetuating an already-existing gender gap but compounding it. This "anchoring effect" exacerbates the gender pay gap in many fields of endeavor over time, even if women do move up the career ladder (Cauterucci 2017; Thorsteinson 2011).[9]

There is an institutional fix for this component of the gender pay gap, however, and that is to compensate tenure / promotion not with a percentage increase of a previous salary but with a new salary commensurate with the new position.[10] This is the reason why both Massachusetts and New York City recently outlawed discussion of previous salaries in job negotiations (Cauterucci 2017). Freed from their previous salary "anchor," women are better able to close gendered salary gaps.

Conclusion

---

[9] Women who become mothers and take parental leave or extra time on a tenure clock (or longer to work toward promotion to full professor) also earn less over the course of a career because they spend more time in lower-paid ranks.
[10] A flat, dollar amount raise for tenure/ promotion would be fairer than a percentage based figure; however, a flat raise given to both men and women cannot close any initial gendered salary gaps.

11

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85417

At all institutions of higher learning, female faculty run the risk of receiving lower starting salaries than their male counterparts, being less able to leverage outside offers, and receiving lower "merit" based raises. The lack of salary transparency at US based private universities exacerbates these problems because there is little oversight of gatekeepers and because it is difficult for female faculty to identify and address pay inequities. In the United States, female associate professors at private institutions earn 93% of what their male colleagues do but by the time they reach the ranks of full professor this figure falls to 86% (Chronicle of Higher Education 2016). Adopting gender-sensitive institutional policies that clearly spell out what constitutes merit and how it is to be rewarded financially can assist in constraining gatekeepers' implicit biases and better allow female faculty members to identify potential pay discrepancies. Increasing salary transparency would go even further toward rectifying this problem, as gatekeepers would have more oversight and women more information.

12

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85418

# References

Blofield, Merike, Christina Civantos, Amanda Jensen-Doss, Roxane Pickens, Kate Ramsey, Amy Scott, and Athula Wikramanayake. 2017. "Recommendations of the Ad Hoc Committee on Women Faculty." Unpublished manuscript. Contact author for details

Bohnet, Iris. 2016. *What Works: Gender Equality by Design*. Cambridge, MA: Belknap Press.

Boring, et a. 2017. Available here: https://www.scienceopen.com/document?vid=818d8ec0-5908-47d8-86b4-5dc38f04b23e

Bowles, Hannah Riley et al. 2006. Available here: https://www.cfa.harvard.edu/cfawis/bowles.pdf

Castilla, Emilio J. 2008. "Gender, Race, and Meritocracy in Oraganizatinoal Careers." *American Journal of Sociology*. Vol. 113, No. 6: 1479-1526.

Castilla, Emilio J. and Stephen Bernard. 2010. "The Paradox of Meritocracy in Organizations" *Administrative Science Quarterly*. 55: 543-576.

Catalyst. 2015. Available here: http://www.catalyst.org/knowledge/women-academia

Cauterucci, Christina. 2017. Available here: http://www.slate.com/blogs/xx_factor/2017/04/14/equal_pay_legislation_banning_salary_history_questions_is_based_in_data.html

Chronicle of Higher Education, 2016. Available here: https://data.chronicle.com/

College of Arts and Sciences, n.d. "Initial Contract Negotiations: Percent by Sex and Field."

Correll, Shelley J. et al. 2007. Available here: http://gender.stanford.edu/sites/default/files/motherhoodpenalty.pdf

Covert, Bryce. 2014. Available here: https://thinkprogress.org/heres-one-place-where-the-gender-wage-gap-is-actually-shrinking-e3a302ce959

Davison, Isaac. 2017. Available here: http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=11840364

Dittrich, Marcus et al. 2014. Available here: http://onlinelibrary.wiley.com/doi/10.1111/ecin.12060/pdf

Dubois-Shaik, Farah and Bernard Fusulier. 2013. Available here: http://eige.europa.eu/sites/default/files/garcia_working_paper_5_academic_careers_gender_inequality.pdf

Eurostat. 2017. Available here: http://ec.europa.eu/eurostat/statistics-explained/index.php/Gender_pay_gap_statistics

Flaherty, Colleen. 2016a. Available here: https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching

13

Flaherty, Colleen. 2016b. https://www.insidehighered.com/news/2016/08/22/study-finds-gains-faculty-diversity-not-tenure-track

Kitchener, Caroline. 2017. Available here: https://www.theatlantic.com/education/archive/2017/02/the-ivy-leagues-gender-pay-gap-problem/515382/

Levanson, Asaf et al. 2009. Available here:
https://academic.oup.com/sf/article/88/2/865/2235342/Occupational-Feminization-and-Pay-Assessing-Causal

Maliniak, D., Powers, R., & Walter, B. (2013). The Gender Citation Gap in International Relations. International Organization, 67(4), 889-922. doi:10.1017/S0020818313000209

Mansbridge, Jane. 2013. https://www.washingtonpost.com/news/monkey-cage/wp/2013/09/30/explaining-the-gender-gap/?utm_term=.3319f9fba74d

Martin, Lisa. 2013. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2013/10/02/student-evaluations-of-teaching-are-probably-biased-does-it-matter/?utm_term=.db12226d1f02

Miller, Claire Caine. 2016. Available here: https://www.nytimes.com/2016/03/20/upshot/as-women-take-over-a-male-dominated-field-the-pay-drops.html?_r=2

Misra, Joya. 2011. Available here: https://www.aaup.org/article/ivory-ceiling-service-work#.WSNSP-vyuUk

Mitchell, Sara. 2013. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2013/10/02/why-it-matters-that-more-women-present-at-conferences/?utm_term=.ac128d808d88

Monroe, Kristen Renwick. 2014. Available here: https://www.cambridge.org/core/journals/ps-political-science-and-politics/article/gender-equality-in-the-ivory-tower-and-how-best-to-achieve-it/AFA743CD689C4BE594627C24F49E807E

Moss-Racusin, Corinne A. et al. 2012. Available here: http://www.pnas.org/content/109/41/16474.full

Newman, Jonah. 2014. Available here: http://www.chronicle.com/blogs/data/2014/04/11/there-is-a-gender-pay-gap-in-academe-but-it-may-not-be-the-gap-that-matters/

Sarsons, Heather. 2017. Available here:
https://scholar.harvard.edu/files/sarsons/files/groupwork_full_v6.pdf

Teele, Dawn Langen and Kathleen Thelen. 2017. Available here:
https://www.washingtonpost.com/news/monkey-cage/wp/2017/05/30/some-of-the-top-political-science-journals-are-biased-against-women-heres-the-evidence/?utm_term=.cba38cd97f32

Tharenou, Phyllis. 2013. Available here: https://link.springer.com/article/10.1007/s11199-012-0221-8

Thorsteinson, Sven. 2011. Available here: http://onlinelibrary.wiley.com/doi/10.1111/j.1559-1816.2011.00779.x/abstract

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85420

Voeten, Erik. 2013. Available here: https://www.washingtonpost.com/news/monkey-cage/wp/2013/09/30/introducing-the-monkey-cage-gender-gap-symposium/?utm_term=.cfa737bff9da

15

CONFIDENTIAL

UM/EEOC-D.SCHMICH - 85421

18 November 2017

Dear Bonnie,

Thank you very much for meeting with me on August 30th to discuss my concerns about gendered salary inequities. I apologize for taking so long to follow up on our meeting; the hurricane really disrupted my work schedule for the semester. I am just now getting to providing you with the information you requested at our meeting so that you can launch an anonymous investigation of gender equity and my salary upon promotion to Professor of Political Science:

I have been a tenure-line faculty member in the Department of Political Science since August 2000. In 2007 I was promoted to Associate Professor with tenure and in the spring of 2017 I was promoted to the rank of Professor. At that same time my colleague Dr. Gregory Koger was also promoted from Associate Professor to Professor; we were the first political science faculty members promoted to this rank from within the university since (to my knowledge) Dr. Jonathan West was in 1987.[1]

Shortly before receiving word of my promotion, I read with interest a report released by a College of Arts and Sciences (CAS) Ad Hoc Committee on Women Faculty (see attached) which indicated a gender gap in faculty salaries among CAS Associate Professors in the social sciences.[2] The report, based on data from AY 2015-2016 indicated that a quarter of the male associate professors in the social sciences earned over $120,000, while my salary was only $97,884. Some water cooler style conversation in my department following the report suggested that two of the highly paid male professors were my colleagues Dr. Koger and Dr. Joseph Parent (now at the University of Notre Dame). While I was dismayed to learn of this gender gap, I did nothing in response as I believed Dr. Koger's and my anticipated promotion would allow the College to rectify any salary inequities that may have existed.

Unfortunately, when salary information for AY 2017-2018 was communicated, I found to my surprise that I would receive, as a full professor, a $109,359 annual salary -- less than over a quarter of male associate professors in the social sciences at UM were paid two years before. Moreover, I strongly suspect (but do not know for sure) that Dr. Koger began his first year in the same job at the same at a far higher salary. Given the institutional lack of transparency in

---

[1] Last spring our colleague Dr. George Gonzalez also was promoted to Professor. However, the circumstances surrounding his promotion were different than those around Dr. Koger's and my promotions from Associate Professor to Professor. Dr. Gonzalez had been turned down for promotion on multiple occasions prior to last spring, when the departing Provost overturned these rejections after Dr. Gonzelez's appealed them, over (to my understanding) the objections of the CAS Dean. The merits of Dr. Gonzalez' case thus were contested, in contrast to Dr. Koger's and my applications for promotion which were judged as meriting promotion without either of us having to resort to multiple attempts or appeals.

[2] The report was inconsistent on precisely how large this gap is: on the third page it identified an annual $3101 gender gap (on average women are being paid 96.8% of what their male colleagues are) and on the seventh page it indicated that this gap was $6101 (on average women earning only 93.8% of what their male colleagues earn for the same position).

UM/EEOC-D.SCHMICH - 85422

faculty salaries, my concerns may be entirely misplaced. However, if I am correct, I am being offered unequal pay for an identical merit-based position (first year full professor in Political Science) than my male colleague receives.

Based on this concern, I went to speak with my chair, Dr. Jonathan West. I inquired as to how my promotion raise was determined and he informed me that it involved the standard 5% promotion increase allotted by the Dean. He did not feel that he had any discretion over the issue and had given me the highest merit raise allowable, but nothing from the "compression pool" for market raises available to him.

This method of allocating promotion raises places women at UM at a disadvantage – hence my coming to see you in August. Because a gendered salary gap exists among UM Associate Professors in the social sciences, by granting a flat 5% promotion increase in salary, the College is not only perpetuating an already-existing gender gap, but compounding it.[3] This "anchoring effect" will only compound the gender pay gap over time (Cauterucci 2017; Thorsteinson 2011).

There is an institutional fix for this component of the gender pay gap, however, and that is to compensate promotion not with a percentage of a previous salary but with a salary commensurate with the new position. This is the reason why both Massachusetts and New York City recently outlawed discussion of previous salaries in job negotiations (Cauterucci 2017). Freed from their previous salary "anchor" women there are now better able to close gendered salary gaps as they climb the career ladder.

In my case this would take the form of offering me the same salary as my male colleague who merited promotion to the same position at the same time under the same circumstances as I did. Similar salary bumps are within the College's budget and are made available in circumstances such as responses to outside offers and attempts to recruit outside faculty who can diversify our own ranks. Pay equity would also seem to be to be a core component of UM's mission of creating a culture of inclusion and belonging and demonstrating a commitment to diversity.

Because my chair Dr. West had no control over the College's promotion policy, I went to go speak to the College's Dean Bachas on May 23rd of this year. Prior to the meeting, I sent him the attached note suggesting the solution I describe above. All of the female Assistant and Associate Professors in the Political Science Department at the time also attended this meeting to voice separate concerns about the (lack of) merit raises they received. At the meeting Dean Bachas initially denied that there was the kind of salary gap in political science that I depicted.

------

[3] Assuming the figures on page three of the ad hoc committee's report are correct, the average female associate professor in the social sciences would receive a promotion raise of $4661 and the average male associate professor in the social sciences, already out earning her, would receive a promotion raise of $4816. The salary gap between them would thus increase from $3101 to $3256 and her income would fall relative to his, a deficit only to further over time as subsequent raises are also percentages of starting salaries. If the figures on page 7 of the report are correct, the gender salary gap at promotion would become even more pronounced, moving from $6101 to $6446.

UM/EEOC-D.SCHMICH - 85423

After consulting with some data he had, however, he changed his position and maintained that my salary was lower because I had been at the university a long time and my initial salary (determined in the year 2000) was lower than Dr. Koger's starting salary, since he only arrived at UM from the University of Montana in 2007 when starting salaries in Miami were higher. He noted that I had routinely received merit raises, which I acknowledge to be correct.

Dean Bachas also indicated he saw some merit to my position regarding the discriminatory nature of a flat 5% promotion raise and noted it might be fairer going forward for the College to reward promotions with a raise representing 5% of the *average* salary of associate professors in a given field rather than a particular individual's salary. He also expressed his support for a diverse faculty in the College and argued in favor of opportunity hires of minority faculty members. His response did nothing to rectify my personal salary concerns, however.

Indeed, the Dean's position that my low salary is justified by my long-term service to the College is problematic both in normative and gendered terms. From a normative perspective, it seems undesirable to tell a faculty member that the reward for almost two decades of positive performance reviews is a lower salary than her more recently hired colleague. Longevity of service at a lower rank/ lower pay is also an unintended consequence of the University's policies to support female faculty. I received an extra year on my tenure clock after the birth of my first child in 2003, slowing the time it took me to reach the rank of Associate Professor. Upon promotion I also took a semester of parental leave when my second child was born. Moreover, as an Associate Professor, as is typical of female faculty nationally and in my department, I had a heavier service burden than my male colleagues. This parental leave and service lengthened the time it took me to move to full Professor, holding me at a lower salary band for a longer time than my male colleague.

Although the College has a policy designed to correct the lower salaries of long-term faculty members such as myself – allotting "market" raises out of a compression pool provided by the College – I was not paid such a market increase upon promotion to Professor last year, a mechanism that could have been employed to promote gender equity in salary. Instead, water-cooler style conversation in my department suggests that my male colleagues – including one hired in 2015 – did receive pay raises from this pool last year.

One other well-institutionalized way for me to prompt a raise in my pay would be for me to pursue outside offers and threaten to leave the university. As, aside from these compensation issues, I am happy at the University of Miami I would prefer not to have to resort to this option. Even in terms of obtaining an outside offer and retention raise, however, research indicates that women are less likely than their equally-qualified male counterparts to receive such offers and counteroffers (Bohnet, 2016, 66-67). University policies that require women to engage in practices in which they are at a gendered disadvantage – and that detract from their research -- in order to correct gender pay inequality are not a constructive solution.

CONFIDENTIAL

As far as they and I can determine, *all* the women Assistant and Associate Professors in Political Science were given lower raises last year by our Chair than were their male colleagues -- even one who took a year of sick leave and did not publish. In contrast, these women were highly productive scholars, publishing in top journals in their subfields and engaging in internationally-visible scholarship while simultaneously providing disproportionate amounts of service to the MPA, INS, and WGS programs. Dr. West told my female colleagues that their providing service to interdisciplinary programs such as International Studies and Women's and Gender Studies (as I have done) did not "count" toward their raises. This discrepancy in merit evaluations of male and female faculty is not entirely surprising given that extensive research indicates implicit bias in employee evaluations consistently leads to women receiving lower raises than their equally- or less-well performing male colleagues, especially und merit-based rules (see attached academic paper reviewing this considerable literature).

All of the above factors suggest that there may be systematic factors that have added up over the past 17 years to hinder me from being appropriately compensated for my work at the university. Thank you for initiating an anonymous investigation of gender equity and my salary upon promotion to Professor of Political Science. Should you have any questions or need any further information from me please do not hesitate to ask. I can be reached at davidson@miami.edu or via cell phone at 305-607-9875.

Best regards,

Louise K Davidson-Schmich

Louise K. Davidson-Schmich, Professor of Political Science (C00-65-6171)

UM/EEOC-D.SCHMICH - 85425

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | West, Jonathan P. |
| **Sent:** | Monday, May 14, 2018 7:31 PM |
| **To:** | Casey Klofstad; Davidson-Schmich, Louise K.; Dreyer, June Teufel; Koger, John Gregory; Uscinski, Joseph E; Costantino Pischedda; Connolly, Jennifer Marie; Simon, Arthur Marshall |
| **Subject:** | Fw: Summer Session A 2018 Payroll Input Instructions |
| **Importance:** | High |

Dear Colleagues, Below is the "go" "no go" list of courses for Summer A as of today. It shows 5 POL classes as "go" and three as "no go." A final report will come out later in the week.

Jonathan

## *Jonathan P. West*

**Professor and Chair**
**Political Science Department**
**University of Miami**
**Ph: 305-284-2500**

**From:** Lucky, Gylla Boodram
**Sent:** Monday, May 14, 2018 6:21 PM
**To:** Wright, Robert Arthur
**Cc:** West, Jonathan P.
**Subject:** Summer Session A 2018 Payroll Input Instructions

Dear Robert,

Please see enclosed information regarding payment details for the faculty teaching in Summer Session A. Use the enclosed template for comments. Please enter the assignment and PDF the period activity pay and costing override information to me for Dean Mallery's approval. Save the document for later until I send back the approved PDF.

Dean Mallery has reviewed the enrollments for Summer A and has determined that only the courses with an "X" in the approved to enter column can be entered for May payroll. He will review enrollments later this week to give a final report on which courses will be taught for Summer A. Any faculty member or graduate student who is scheduled and approved to teach in Summer A whose assignment does not make the May payroll deadline will be paid all in June at which time specific instructions will be provided.



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 67**

1

DAVIDSON-SCHMICH_00064

1. Pull up employee name in search ellipse.
2. Click on related actions domino.
3. Hover over Compensation.
4. Choose Manage Period Activity Pay Assignment
5. Under Employee Selection Effective date: today's date
6. Under Assignment Details choose all Academic Periods and then 12 month fiscal 2018
7. Hit OK. This will take you to the actual input screen.
8. Under Reason choose add period activity pay assignment
9. Under Activity choose applicable comment for faculty teaching this will be Summer 1 – Teaching – Summer 1. For faculty who are lab co-ordinators this will be "other teaching summer pay"
10. (TAs will be GRAD1)
11. Add comments as applicable to every comment box
12. Activity and Payment Dates for May payment- Start date for May pay for Summer A is 05/21/2018 and End date is 05/31/2018.
13. In the Compensation Column enter the May amount provided below.
14. In the Costing Override column choose the circle.
15. Enter account # 135970 in costing override box under the legacy value.
16. Enter 100% in the Percent box.
17. Enter May portion of Summer A salary in the Amount box.
18. After selecting done, save for later and PDF the period activity pay information including the costing override screen to me for Dean Mallery's approval.
19. Please do not submit the assignment until you receive the signed document back from my office.

Please do not hesitate to contact me with any questions.

Thank you.

Gylla

Acct #
135970

| Approved to enter | DPT | CRS | | SEC | CR | Course ID | EMPLID | IN |
|---|---|---|---|---|---|---|---|---|
| X | POL | | 201 | C | 3 | 100563 | 50016355 | Klofstad, C: |
| | POL | | 202 | B | 3 | 115861 | 50017104 | Davidson-S |
| | POL | | 203 | E | 3 | 115862 | 50016534 | Dreyer, Ju |
| X | POL | | 309 | GH | 3 | 115464 | 50019405 | Koger, Joh |
| X | POL | | 311 | B | 3 | 116759 | 50014612 | Uscinski, J |
| | POL | | 391 | D | 3 | 106385 | 54143879 | Pischedda, |
| X | POL | 510/610 | | 1 | 3 | 103600/ 125488 | 50479497 | Connolly, J |

2

DAVIDSON-SCHMICH_00065

| X | POL | 524/624 | 1 | 3 | 111986/125490 | 50016180 | Simon, Art[ |

"Teaching POL  XXX Section X Summer (A) 2018, 3 credits  (X enrolled). Total salary for this assignment = X  from PG003469.  May portion entered = X. June portion to be entered after WD load in June."

DAVIDSON-SCHMICH_00066

**Confidential - Subject to Motion to Seal**



DAVIDSON-SCHMICH_00067

**To:**        Kristopher Gleason[kgleason@aaup.org]
**From:**    Davidson-Schmich, Louise K.
**Sent:**     Tue 05/22/2018 2:39:05 PM UTC
**Subject:** RE: attorney referral
**Received:**                  Tue 05/22/2018 2:39:00 PM UTC

Thanks for your assistance!
Regards,

Dr. Louise K. Davidson-Schmich
Professor of Political Science
University of Miami
davidson@miami.edu

**From:** Kristopher Gleason [mailto:kgleason@aaup.org]
**Sent:** Monday, May 21, 2018 4:38 PM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>; Attorney Referral <attorneyreferral@aaup.org>
**Subject:** RE: attorney referral

Professor Davidson-Schmich,

Thank you for your inquiry.  Please understand that the attorneys in the AAUP legal office represent the Association itself and
therefore cannot, and do not, give specific legal advice to, nor represent individual faculty.  If you are represented by a Union at
your institution, you may wish to contact them regarding potential representation. We are, however, happy to provide you with
attorney referrals in response to your request.

Accordingly, we have reviewed our records and have identified the following referrals near you that may have experience with
issues such as yours:

| **Joseph Egan Jr.** | **Ronald G. Meyer** | **Stephen Marc Slepin** |
|---|---|---|
| Egan, Lev & Siwica, PA | Meyer, Brooks, Demma and Blohm, P.A | Maddox Horne Law Firm |
| | | |
| 231 E. Colonial Dr. | 131 North Gadsden Street | 502 N Adams St |
| Orlando, FL  32806 | Tallahassee, Florida  32301 | Tallahassee, Florida 32301-1112 |
| (407) 422-1400 Work | (850) 878-5212 Work | (850) 224-5200 Work |
| (407) 422-3658 Fax | (850) 656-6750 Fax | (850) 224-0864 Fax |
| jegan@eganlev.com E-mail | rmeyer@meyerbrookslaw.com E-mail | slepin@maddoxhorne.com Email |
| http://www.eganlev.com/ | http://www.meyerandbrooks.com/ | |

**Please be aware that attorney names are provided as referrals, not as recommendations or endorsements.  They are merely a**
**way of beginning the process of finding a lawyer acceptable to you.**

Additionally, if you have not already done so, you may also want to contact our staff colleagues in the Department of Academic
Freedom, Tenure, and Governance.  While they are not attorneys and cannot give legal advice, they may be able to assist you
regarding AAUP policies and the policies and procedures of your institution.  You may contact them directly at
academicfreedom@aaup.org.

We hope these suggestions and information will be of some assistance to you.

Respectfully,

**Kristopher Gleason**
Legal Assistant
Aaron Nisenson, Esq., Senior Counsel
Nancy Long, Esq., Associate Counsel
American Association of University Professors
1133 19th St. NW, Suite 200
Washington, D.C.  20036

Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 68**

CONFIDENTIAL                                                                                                            UM/EEOC-D.SCHMICH - 91913

(202) 737-5900 Ext. 3645
kgleason@aaup.org
www.aaup.org

*Academic Freedom for a Free Society*
Follow the AAUP on Facebook, Twitter, and Flickr
*Please consider the environment before printing this email.*

**CONFIDENTIALITY NOTICE: This e-mail transmission ,and any documents, files, or previous e-mail messages attached to it, may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is strictly prohibited.  If you have received this transmission in error, please immediately notify us by replying to this e-mail and destroy the original transmission and its attachments without reading them or saving them to disk.  Thank you.**

**From:** Davidson-Schmich, Louise K. [mailto:davidson@miami.edu]
**Sent:** Wednesday, May 16, 2018 12:48 PM
**To:** Attorney Referral <attorneyreferral@aaup.org>
**Subject:** attorney referral

Dear AAUP,
I was recently promoted to a full professorship at the University of Miami as the same time as a male colleague. I subsequently learned he is being paid a considerably higher salary than I am, and hence received a larger promotion raise than I. As a result, I have concerns over gender pay equity at my institution. I am writing to inquire whether the AAUP could refer me to an attorney in the South Florida area who has expertise in such matters.
Thank you for any leads you can give me.
Regards,
Dr. Louise K. Davidson-Schmich
Professor of Political Science
University of Miami
davidson@miami.edu

UM/EEOC-D.SCHMICH - 91914



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 •  954.462.1983

<div align="right">

**Karen Coolman Amlong**
**William R. Amlong**

Gregory V. Alcaro
Jennifer Daley
Ryan Brenton, of Counsel
Rani Nair Bolen, of Counsel
www.TheAmlongFirm.com

</div>

June 5, 2018

### *Via Facsimile and U.S. Mail*
Michael Farrell, District Director
c/o Filing Clerk @ (305)808-1855
Equal Employment Opportunity Commission
100 SE 2nd Street, Suite 1500
Miami, Florida 33131

**RE:  Louise Davidson-Schmich, PhD v. University of Miami**
      Our File Number: 2353-00000

Dear Mr. Farrell:

Please consider this letter to be this firm's Notice of Appearance for Louise Davidson-Schmich, PhD whose Charge of Discrimination I am enclosing. Please see that this Charge is cross-filed with the Florida Commission on Human Relations.  I am enclosing with the hard copy of this letter a stamped, self-addressed return envelope.  Please provide me with a stamped-in copy of the filed charge.  Please assign an investigator to this matter and contact me for any additional information that you may require.

Thanking you in advance for your thoughtful consideration, I am,

Very truly yours,

-s- Karen Coolman Amlong
KAREN COOLMAN AMLONG
Kamlong@TheAmlongFirm.com
For the Firm

KCA/yph
Enclosure

cc:    Louise Davidson-Schmich, PhD
\\amlong3\cpshare\CPWin\HISTORY\180601_0001\1696.07



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 69**

DAVIDSON-SCHMICH_00209

| | ENTER CHARGE NO. |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>Florida Commission on Human Relations and EEOC | |

| Name (Indicate Mr., Ms., or Mrs.), Social Security Number<br>Louise Davidson-Schmich, PhD    DOB: 1968 | | Telephone Number<br>(305) 607-9875 |
|---|---|---|
| Street Address<br>6840 SW 64th Ct | City, State and Zip Code<br>South Miami, FL 33143 | County<br>Miami-Dade |

NAMED IS THE EMPLOYER THAT DISCRIMINATED AGAINST ME (*If more than one list below*)

| Name<br>University of Miami ("U of M") | No. of Employees/Members<br>Approx. 15,000 | Telephone Number<br>(305) 284-2211 |
|---|---|---|
| Street Address<br>1320 South Dixie Highway | City, State and Zip Code<br>Coral Gables, FL  33146 | Date of most recent<br>continuing discrimination<br>5/31/2018 |

CAUSE OF DISCRIMINATION BASED ON (*Check appropriate box(es)*) ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE ☐ RETALIATION ☐ OTHER (*Specify*) _____

**THE PARTICULARS ARE:** I am a female and have been on the faculty of U of M since 2000 in the Political Science Department, which is part of the College of Arts & Sciences ("CAS"). My research interests include gender and politics and I regularly teach classes on this issue. I was promoted to Full Professor in 2017, along with a male colleague in my department. On May 14, 2018, the Chair of our department accidentally forwarded me and some colleagues a memo detailing our salaries. I discovered for the upcoming academic year, I will earn only 82% of my male colleague's salary for the same position with the same seniority and the same duties.

**I. Personal harm.** I will be paid $112,400 per year while a male colleague within my department will be paid $137,366. We both are Full Professors, were promoted at the same time and are required to perform the same duties. Shortly before receiving word of my promotion, I read a report released by a CAS Ad Hoc Committee on Women Faculty, which indicated a gender gap in faculty salaries among CAS Associate Professors in social sciences. The report, based on data from AY 2015-2016, indicated that a quarter of the male associate professors in the social sciences earned over $120,000, while my salary was only $97,884. I thus have reason to believe that I have been paid less than similarly situated male faculty for years. Further, the College's promotion policy (rewarding promotion to full professor with a 5% salary increase rather than increasing faculty members' compensation equally) compounds in dollar terms the gendered salary gap I experienced at the associate level.

**II. Respondent's reason for personal harm.** U of M has not stated why men are paid more than women for the same work and why this situation, which is against the law, has been allowed to exist and continue.

**III. Discrimination statement.** I have suffered discrimination on account of my gender in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, and of the Florida Civil Rights Act of 1992.

| _X_  I also want this charge filed with the FCHR.  I will advise the agency if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date                      Charging Party (*Signature*) | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| DocuSigned by:<br>6/4/2018 6:29:18 PM PDT *Louise Davidson-Schmich*<br>———FF4F5AA0BCFB4C7...<br>C:\Users\kamlong\Desktop\EEOC Charge of Discrimination.wpd | SIGNATURE OF COMPLAINANT<br><br>Subscribed and sworn to before me this _____<br>day of June, 2018. |

DAVIDSON-SCHMICH_00210

| Year | Salary | % Raise | Merit Pool | Market Pool | Analysis |
|---|---|---|---|---|---|
| 2008-9 | 78183 | ? | ? | ? | |
| 2009-10 | 78183 | 0% | 0% (salaries frozen) | | |
| 2010-11 | 79981 | 2.30% | "very small" | ? | |
| 2011-12 | 84000 | 5% | ? | ? | |
| 2012-13 | 90000 | 7.14% | 2.67% | 1.33% | above 4% maximum |
| 2013-14 | 94000 | 4.40% | 2.67% | 1.33% | best possible outcome |
| 2014-15 | 95692 | 1.80% | 1.75% | 1% | full merit raise, tiny market |
| 2015-16 | 99041 | 3.50% | ? | ? | |
| 2016-17 | 102,300 | 3.30% | ? | ? | |
| 2017-18 | 109,359 | 6.90% | 2% | 0.33% | 5% for promotion, almost full merit raise, no market |
| 2018-19 | 112,400 | 2.80% | ? | ? | |
| 2019-20 | 118,000 | 5% | ? "very small" | ? | |



Louise Davidson-Schmich
Volume 2 - 1/29/21

**Exhibit 72**

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | Davidson-Schmich, Louise K. |
| **Sent:** | Thursday, August 1, 2019 3:34 PM |
| **To:** | Jennifer Fink |
| **Cc:** | Davidson-Schmich, Louise K. |
| **Subject:** | RE: Newsweek Comment Request |

Dear Jennifer,
Thanks for your inquiry. Yes, I think my experience speaks to a broader issue and is not University of Miami specific. The American Association of University Professors reports that 93% of American universities pay men more than women who share their same rank in the academy: https://www.insidehighered.com/news/2018/04/11/aaups-annual-report-faculty-compensation-takes-salary-compression-and-more
Regards,

Louise Davidson-Schmich
Professor of Political Science
University of Miami
Box 248047
Coral Gables, FL 33124
(305) 284-2143
davidson@miami.edu

**From:** Jennifer Fink [mailto:j.fink@newsweek.com]
**Sent:** Thursday, August 1, 2019 12:36 PM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>
**Subject:** Newsweek Comment Request

Professor Davidson-Schmich,

I'm a writer for *Newsweek* and I'm working on an article about the EEOC's lawsuit against the University of Miami alleging you were not financially compensated in the same way as your male colleague. Do you have any comment on the case? Is this a University of Miami-specific problem or do you think your experience speaks to a broader issue?

Best,
Jenni Fink

**Jenni Fink | Writer**
NEWSWEEK

**T | +1 646 867 7174**
**E | j.fink@newsweek.com**
**W | newsweek.com**
**A | 33 Whitehall Street, Floor 8, New York, NY, 10004**

Newsweek

Louise Davidson-Schmich
Volume 2 - 1/29/21
Exhibit 73

**Davidson-Schmich, Louise K.**

| | |
|---|---|
| **From:** | Davidson-Schmich, Louise K. |
| **Sent:** | Wednesday, August 21, 2019 1:49 PM |
| **To:** | Feinstein, Naomi Beth |
| **Subject:** | Re: The Miami Hurricane |

Dear Naomi,
Thanks for your inquiry. Unfortunately I am unable to provide comments on this issue at this time.
Dr Davidson-Schmich

Louise K. Davidson-Schmich

**From:** Feinstein, Naomi Beth <nbf18@miami.edu>
**Sent:** Tuesday, August 20, 2019 12:38:21 PM
**To:** Davidson-Schmich, Louise K. <davidson@miami.edu>
**Subject:** The Miami Hurricane

Hi!

My name is Naomi Feinstein and I am the senior editor of The Miami Hurricane. We are doing a story about the pending lawsuit of gender pay-discrimination. Would you be willing to chat about that for the story? Hope to hear from you soon!

Best,

Naomi Feinstein



Louise Davidson-Schmich
Volume 2 - 1/29/21
**Exhibit 74**

DAVIDSON-SCHMICH_00334

**From:** LATASHA SHAMESE NELSON [mailto:LATASHA.NELSON@EEOC.GOV]
**Sent:** Tuesday, December 18, 2018 9:39 AM
**To:** Karen Coolman Amlong
**Cc:** Louise Davidson-Schmich; Yasmin Harris
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Ms. Amlong,

I was out of the office yesterday. Please let me know the best time to speak with you today please. I have a conference call at 10:00 a.m. and at 2:00 p.m.; otherwise, I am available. Just in case you are unable to speak with me, I wanted to inform you that the investigation has concluded and I am recommending a cause finding based upon the evidence on hand. The case is in the process of being submitted to my supervisor for review. If my supervisor concurs with my recommendation a Letter of Determination will be issued to the Respondent and the EEOC will attempt to conciliate the case. If conciliation fails, the case will be submitted to our Legal Department in accordance with our guidelines for litigation consideration. This process will occur very fast as the investigation has concluded and as a result of the EPA statutory period.

Thank you

LaTasha Nelson

La Tasha Nelson
Federal Investigator
U.S. EEOC- Miami District Office
Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
(305)808-1751 Direct
(305)808-1855 Fax
LaTasha.Nelson@EEOC.GOV



"WHEN VICTORY APPEARS UNFOUNDED CHAMPIONS NEVER QUIT; TO QUIT IS TO FAIL AND FAILURE IS NOT AN OPTION" - LaTasha Nelson

**Warning: This EEOC electronic message transmission contains information that is solely for the recipient named above and which may under Federal Statutes be confidential, privileged or under the auspices of the Privacy Act. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify the sender at once.**

**From:** Karen Coolman Amlong [mailto:kamlong@theamlongfirm.com]
**Sent:** Monday, December 17, 2018 11:06 AM
**To:** LATASHA SHAMESE NELSON <LATASHA.NELSON@EEOC.GOV>
**Cc:** Louise Davidson-Schmich <ldavidsonschmich@gmail.com>; Yasmin Harris <ypharris@theamlongfirm.com>
**Subject:** Re: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

I'll be returning from Miami between 2 and 3 pm. Can I call you then?

Sent from my iPhone



EEOC0000591

On Dec 17, 2018, at 10:55 AM, LATASHA SHAMESE NELSON <LATASHA.NELSON@EEOC.GOV> wrote:

Ms. Amlong,

The Commission has concluded its investigation and I would like to bring you up to speed on the next course of action. Please let me know the best time to speak with you.

Thank you,

LaTasha

La Tasha Nelson
Federal Investigator
U.S. EEOC- Miami District Office
Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
(305)808-1751 Direct
(305)808-1855 Fax
LaTasha.Nelson@EEOC.GOV

<image002.jpg>

"WHEN VICTORY APPEARS UNFOUNDED CHAMPIONS NEVER QUIT; TO QUIT IS TO FAIL AND FAILURE IS NOT AN OPTION" - LaTasha Nelson

**Warning: This EEOC electronic message transmission contains information that is solely for the recipient named above and which may under Federal Statutes be confidential, privileged or under the auspices of the Privacy Act. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify the sender at once.**

**From:** LATASHA SHAMESE NELSON
**Sent:** Tuesday, December 11, 2018 11:24 AM
**To:** 'Karen Coolman Amlong' <Kamlong@TheAmlongFirm.com>
**Cc:** Louise Davidson-Schmich <ldavidsonschmich@gmail.com>; Yasmin Harris <ypharris@theamlongfirm.com>
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Ms. Amlong,

Please call me at your earliest convenience.

Thank you

La Tasha Nelson
Federal Investigator
U.S. EEOC- Miami District Office
Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
(305)808-1751 Direct
(305)808-1855 Fax
LaTasha.Nelson@EEOC.GOV

<image003.jpg>

"WHEN VICTORY APPEARS UNFOUNDED CHAMPIONS NEVER QUIT; TO QUIT IS TO FAIL AND FAILURE IS NOT AN OPTION" - LaTasha Nelson

**Warning:** This EEOC electronic message transmission contains information that is solely for the recipient named above and which may under Federal Statutes be confidential, privileged or under the auspices of the Privacy Act.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this electronic transmission in error, please notify the sender at once.

**From:** Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
**Sent:** Tuesday, November 20, 2018 2:11 PM
**To:** LATASHA SHAMESE NELSON <LATASHA.NELSON@EEOC.GOV>
**Cc:** Louise Davidson-Schmich <ldavidsonschmich@gmail.com>
**Subject:** FW: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Good afternoon, Ms. Nelson.  Did you hear from the University of Miami?  If not, have you or are you going to issue a subpoena?  Thanks, and have a great Thanksgiving.

*Karen*

Karen Coolman Amlong
THE AMLONG FIRM
Phone:  (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image007.jpg>

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** LATASHA SHAMESE NELSON [mailto:LATASHA.NELSON@EEOC.GOV]
**Sent:** Wednesday, October 31, 2018 4:25 PM
**To:** Karen Coolman Amlong
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Ms. Amlong,

Please see the attached correspondence.  I am waiting to hear back from Respondent regarding  confirming the date.  I will follow-up with you no later than Friday, November 2, 2018.

Thank you

La Tasha Nelson
Federal Investigator
U.S. EEOC- Miami District Office
Miami Tower
100 SE 2nd  Street, Suite 1500
Miami, FL 33131
(305)808-1751 Direct
(305)808-1855 Fax

EEOC0000593

LaTasha.Nelson@EEOC.GOV

<image008.jpg>

"WHEN VICTORY APPEARS UNFOUNDED CHAMPIONS NEVER QUIT; TO QUIT IS TO FAIL AND FAILURE IS NOT AN OPTION" - LaTasha Nelson

**Warning: This EEOC electronic message transmission contains information that is solely for the recipient named above and which may under Federal Statutes be confidential, privileged or under the auspices of the Privacy Act. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify the sender at once.**

**From:** Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
**Sent:** Thursday, October 25, 2018 2:29 PM
**To:** LATASHA SHAMESE NELSON <LATASHA.NELSON@EEOC.GOV>
**Cc:** Louise Davidson-Schmich <ldavidsonschmich@gmail.com>
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Ms. Nelson:

Thanks for the information you provided yesterday. As I told you, I will be in trial all next week. The following week, November 5-9, Dr. Davidson Schmidt and I are available for the fact finding conference on the following dates and times:

Monday: Afternoon, after 1:00 pm
Wednesday: All day after 11:00 am
Thursday: Afternoon, after 1:00 pm
Friday: All day after 11:00 am

Please let me know what works.

### Karen

Karen Coolman Amlong
THE AMLONG FIRM
Phone: (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image007.jpg>

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** LATASHA SHAMESE NELSON [mailto:LATASHA.NELSON@EEOC.GOV]
**Sent:** Wednesday, October 24, 2018 9:56 AM
**To:** Karen Coolman Amlong

**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Confirmed.

**From:** Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
**Sent:** Tuesday, October 23, 2018 5:21 PM
**To:** LATASHA SHAMESE NELSON <LATASHA.NELSON@EEOC.GOV>
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Ms. Nelson:

11 am works for me. Please confirm. Please call on my cell. I will be working at home tomorrow. 954-629-1677.

## *Karen*

Karen Coolman Amlong
THE AMLONG FIRM
Phone: (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image007.jpg>


500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** LATASHA SHAMESE NELSON [mailto:LATASHA.NELSON@EEOC.GOV]
**Sent:** Tuesday, October 23, 2018 12:51 PM
**To:** Karen Coolman Amlong
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

I am available on Wednesday (tomorrow), any time after 11:00 a.m. Please advise of a suitable time to call.

Thank you

La Tasha Nelson
Federal Investigator
U.S. EEOC- Miami District Office
Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
(305)808-1751 Direct
(305)808-1855 Fax
LaTasha.Nelson@EEOC.GOV

<image008.jpg>

"WHEN VICTORY APPEARS UNFOUNDED CHAMPIONS NEVER QUIT; TO QUIT IS TO FAIL AND FAILURE IS NOT AN OPTION" - LaTasha Nelson

**Warning: This EEOC electronic message transmission contains information that is solely for the recipient named above and which may under Federal Statutes be confidential, privileged or under the auspices of the Privacy Act. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify the sender at once.**

**From:** Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
**Sent:** Monday, October 22, 2018 6:09 PM
**To:** LATASHA SHAMESE NELSON <LATASHA.NELSON@EEOC.GOV>
**Subject:** RE: 2353-00000 DAVIDSON-SCHIMICH, LOUISE v. University of Miami: Registered: Davidson Schmich v. University of Miani

Hi Ms. Nelson:

Tomorrow I am available before noon, between 1:30 and 2:30 and after 4:30. Wednesday I am available until 3:30 pm. Let me know when works for you and I'll tell you what number to use.

## *Karen*

Karen Coolman Amlong
THE AMLONG FIRM
Phone: (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image007.jpg>


500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** LATASHA SHAMESE NELSON [mailto:LATASHA.NELSON@EEOC.GOV]
**Sent:** Monday, October 22, 2018 7:33 AM
**To:** Kamlong@TheAmlongFirm.com
**Cc:** ldavidsonschmich@gmail.com
**Subject:** Re: Registered: Davidson Schmich v. University of Miani

Ms.Amping,
Are you available to speak with me tomorrow or Wednesday of this week? Please advise.

**From:** Kamlong@TheAmlongFirm.com <Kamlong@TheAmlongFirm.com> on behalf of Karen Coolman Amlong <Kamlong@TheAmlongFirm.com>
**Sent:** Saturday, October 20, 2018 6:04:27 PM
**To:** LATASHA SHAMESE NELSON
**Cc:** ldavidsonschmich@gmail.com
**Subject:** Registered: Davidson Schmich v. University of Miani

<image009.jpg>

EEOC0000596

This is a Registered Email™ message from **Karen Coolman Amlong**.

Hello Ms. Nelson:

I'm seriously considering filing the Equal Pay Act suit on behalf of Dr. Davidson Schmich with or without a conclusion of your investigation. My inclination is to file the suit without requesting a right to sue letter on the disparate pay claim that is within the EEOC's jurisdiction because I'm hoping the EEOC has some real interest in the case since the salary disparity is wide spread. Could you provide me with some times in the next week or so when I might talk to you by phone to discuss? I look forward to hearing from you.

*Karen*

Karen Coolman Amlong
THE AMLONG FIRM
Phone: (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image007.jpg>

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

<image009.jpg>

EEOC0000597