UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-23131-Civ-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
 Plaintiff,
&

LOUISE DAVIDSON-SCHMICH,
 Plaintiff-Intervenor,
vs.

UNIVERSITY OF MIAMI,
 Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING TABLE OF EXHIBITS AND EXHIBITS

 Plaintiff United States Equal Employment Opportunity Commission ("EEOC") by and through undersigned counsel, files this Notice of Filing Table of Exhibits and Exhibits, with Plaintiffs' Reply in support of its Motion for Partial Summary Judgment.

Dated: May 10, 2021

                Respectfully submitted,

                *s/ Beatriz Biscardi Andre*
                BEATRIZ BISCARDI ANDRE
                Supervisory Trial Attorney
                New York Bar No. 4394599

                U.S. Equal Employment Opportunity Commission
                Miami District Office
                100 SE 2nd Street, Suite 1500
                Miami, FL 33131
                Telephone: (786) 648-5791
                ana.martinez@eeoc.gov
                *Counsel for Plaintiff EEOC*

## PLAINTIFFS' TABLE OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Interview Notes, EEOC 3003-3005 |
| Exhibit 2 | Birnbach Deposition Transcript |
| Exhibit 3 | Sugrue Deposition Transcript |
| Exhibit 4 | Muschett Deposition Transcript |
| Exhibit 5 | Composite: Charge Detail Inquiry, Activity Log, and Investigator Log |
| Exhibit 6 | Composite: Certain Investigation Emails |