*EXHIBIT "F"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA/GOODMAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

 Plaintiff,
&

LOUISE DAVIDSON-SCHMICH,

 Plaintiff-Intervenor,
vs.

UNIVERSITY OF MIAMI,

 Defendant.
_____/

**PLAINTIFF EEOC'S SUPPLEMENTAL INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Parties' agreement as contained in their Joint Scheduling Report, Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or "the Commission"), hereby serves its mandatory Initial Disclosures upon Defendant University of Miami ("UM"). The Commission reserves the right to supplement these disclosures in accordance with Federal Rule of Civil Procedure 26(e).

**(A)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would solely be for impeachment:**

 (1) **Louise Davidson-Schmich**
   c/o U.S. EEOC
   Ana Consuelo Martinez

        100 SE 2nd Street, Suite 1500
        Miami, FL 33131
        (786) 648-5791

Ms. Davidson-Schmich has information about her employment and compensation and benefits at UM.

    (2)    **Gregory Koger**
               contact information unknown

Mr. Koger has information about his employment and compensation and benefits at UM.

    (3)    **George Gonzalez**
               contact information unknown

Mr. Gonzalez has information about his employment and compensation and benefits at UM.

    (4)    **Jonathan West**
               contact information unknown

Mr. West has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

    (5)    **Leonidas Bachas**
               contact information unknown

Mr. Bachas has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

    (6)    **Amy Marie Bowen**
               contact information unknown

Ms. Bowen has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms.

Davidson-Shmich's comparators. Ms. Bowen also has information about UM's knowledge of and response to complaints of sex and/or compensation discrimination.

  (7) **Bill Tallman**
     contact information unknown

Mr. Tallman has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators. Mr. Tallman also has information about UM's knowledge of and response to complaints of sex and/or compensation discrimination.

  (8) **Bonnie Muschett**
     contact information unknown

Ms. Muschett has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators. Ms. Muschett also has information about UM's knowledge of and response to complaints of sex and/or compensation discrimination.

  (9) **Linda Neider**
     contact information unknown

Ms. Neider has information about UM's investigations into faculty pay based on gender, including the Faculty Salary Analysis published by the Office of Institutional Research in March 2018.

  (10) **June Teufel Dreyer**
     contact information unknown

Ms. Teufel Dreyer has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

 (11) **Fred Frohock**
    contact information unknown

Mr. Frohock has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

 (12) **Paul Sugrue**
    contact information unknown

Mr. Sugrue has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

 (13) **Michael Halleran**
    contact information unknown

Mr. Halleran has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

 (14) **Jacqueline Dixon**
    contact information unknown

Ms. Dixon has information about Ms. Davidson-Schmich's employment and compensation and benefits at UM, as well as employment and compensation and benefits of Ms. Davidson-Shmich's comparators.

 (15) **Merike Blofield**
    Defendant is in possession of her contact information

Ms. Blofield has information about her employment and compensation and benefits at UM.

**(B)** A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has

**in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

    (1)    Charge of Discrimination dated June 5, 2018;

    (2)    Notice of Charge of Discrimination from EEOC to UM dated June 8, 2018;

    (3)    Letter of Determination from EEOC to UM dated March 5, 2019;

    (4)    Notice of Failure of Conciliation from EEOC to UM dated March 22, 2019.

**(C)** **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

    The Commission seeks compensatory and punitive damages under Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991. The Commission seeks such damages for the claimant to be determined at trial, up to $300,000, as allowed by the Civil Rights Act of 1991.

    With regard to back pay, the Commission will seek back pay for Ms. Davidson-Schmich from on or about July 2016 to the present under both Title VII and the Equal Pay Act. EEOC will also seek liquidated damages in the amount of back pay under the Equal Pay Act. At this time, EEOC does not yet have the information from Defendant that is necessary to ascertain the precise amount of the back pay or liquidated damages sought. EEOC will be able to provide such an analysis after it has obtained information from Defendant through discovery.

The Commission also seeks injunctive and equitable relief for Ms. Davidson-Schmich and to correct the unlawful employment practices of the Defendant.

**(D)** **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Plaintiff is aware of no documents responsive to Fed. R. Civ. P. 26(a)(1)(D).

**(E)** **EEOC reserves the right to supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e).**

Dated: March 5, 2021

                        s/ Ana Consuelo Martinez
                        Ana Consuelo Martinez
                        Florida Bar No. 110394
                        Trial Attorney
                        U.S. Equal Employment Opportunity Commission
                        Miami District Office
                        100 SE 2nd Street, Suite 1500
                        Miami, FL 33131
                        Telephone: (786) 648-5791
                        ana.martinez@eeoc.gov
                        *Counsel for Plaintiff EEOC*