UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-23131-SCOLA/LOUIS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LOUISE DAVIDSON-SCHMICH,

    Intervenor-Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

Defendant, University of Miami (the "University"), by and through undersigned counsel and pursuant to the Court's Amended Scheduling Order (D.E. 128), hereby submits its five proposed, case-specific questions to be included in the juror questionnaire.

1. Do you have any opinion of the University of Miami (for example, as an educational institution, an employer and/or a healthcare provider)? If so, please state your opinion.

2. Have you ever believed that you were discriminated against on the basis of your sex/gender, sexual orientation, race, national origin, religion or age? If so, please describe what happened and how the situation was resolved.

3. Have you ever believed that you were paid differently than a co-worker who held the same or similar job as you? If so, please describe what happened and how the situation was resolved.

4. Do you believe that, if two people hold the same or similar jobs, the person with better job performance or better qualifications should earn more than the other person? Please explain why or why not.

5. Could you be impartial in your decision-making in a case where one party is a woman and the other party is a large company?

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Christopher M. Yannuzzi
Eric D. Isicoff
Florida Bar No. 372201
Isicoff@irlaw.com
Teresa Ragatz
Florida Bar No. 545170
Ragatz@irlaw.com
Christopher M. Yannuzzi
Florida Bar No. 92166
Yannuzzi@irlaw.com

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF this 2nd day of November, 2021, upon the following:

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, Miami District Office<br>Beatriz B. Andre<br>Ana C. Martinez<br>Carmen M. Cartaya<br>Miami Tower<br>100 SE 2nd Street, Suite 1500<br>Miami, Florida 33131<br>Tel. (305) 808-1753<br>Fax: (305) 808-1835<br>E-mail: beatriz.andre@eeoc.gov<br>E-mail: ana.martinez@eeoc.gov<br>E-mail: Carmen.Cartaya@eeoc.gov<br><br>*Counsel for Plaintiff, Equal Employment Opportunity Commission* | Amlong & Amlong, P.A.<br>Karen C. Amlong<br>Patricia L. Willis<br>500 Northeast Fourth Street<br>Fort Lauderdale, Florida 33138<br>Tel.: (954) 462-1983<br>Fax: (954) 523-3192<br>E-mail: KAmlong@TheAmlongFirm.com<br>E-mail: PWillis@TheAmlongFirm.com<br><br>*Counsel for Intervenor-Plaintiff, Louise Davidson-Schmich* |

           By: /s/ Christopher M. Yannuzzi
              Christopher M. Yannuzzi