UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-23131-Civ-SCOLA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

    Plaintiff,
&

LOUISE DAVIDSON-SCHMICH,

    Plaintiff-Intervenor,
vs.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

# VERDICT FORM

**COUNT I: EQUAL PAY ACT CLAIM**

**Do you find from a preponderance of the evidence:**

    1.    That *Louise Davidson-Schmich* and *Gregory Koger* have been employed by the University of Miami in jobs requiring [substantially equal / ~~substantially~~ *equal*] skill, effort and responsibility?

        Answer Yes or No: _____

**[If your answer is "No," this ends your deliberations *as to Count I (Equal Pay Act Claim), and you should continue to Count II (Title VII Claim)*. If your answer is "Yes," go to the next question.]**

    [IF YOUR ANSWER IS "NO," *YOU SHOULD GO TO QUESTION 7.*
    IF YOUR ANSWER IS "YES," GO TO THE NEXT QUESTION.]

2. That the two jobs are performed under similar working conditions?

Answer Yes or No: _____

[**If your answer is "No,"** this ends your deliberations *as to Count I (Equal Pay Act Claim), and you should continue to Count II (Title VII Claim).* **If your answer is "Yes,"** go to the next question.]

<u>[IF YOUR ANSWER IS "NO," *YOU SHOULD GO TO QUESTION 7.*<br>
IF YOUR ANSWER IS "YES," GO TO THE NEXT QUESTION.]</u>

3. That *Louise Davidson-Schmich* was paid a lower wage than *Gregory Koger* [*for*] doing equal work?

Answer Yes or No: _____

[**If your answer is "No,"** this ends your deliberations as to Count I (Equal Pay Act Claim), and you should continue to Count II (Title VII Claim). **If your answer is "Yes,"** go to the next question.]

<u>[IF YOUR ANSWER IS "NO," *YOU SHOULD GO TO QUESTION 7.*<br>
IF YOUR ANSWER IS "YES," GO TO THE NEXT QUESTION.]</u>

4. [**That the differential in pay between *Louise Davidson-Schmich and Gregory Koger* was the result of *any factor other than sex, including market forces, experience, reputation, impact in their respective fields and/or job performance* ~~upon which the University of Miami relies~~?**]

4. <u>[*As to the affirmative defense*, that the differential in pay between the *Louise Davidson-Schmich and Gregory Koger* was the result of *market forces, experience, reputation, subfields, performance* upon which the University of Miami relies?]</u>

Answer Yes or No: _____

[**If your answer is "Yes,"** *this ends your deliberations as to Count I (Equal Pay Act Claim), and you should continue to Count II (Title VII Claim).* **If your answer is "No," go to the next question.**]

[<u>I<small>F YOUR ANSWER IS</small> "N<small>O</small>," *<small>YOU SHOULD GO TO</small> Q<small>UESTION</small> 7.*</u>
<u>I<small>F YOUR ANSWER IS</small> "Y<small>ES</small>," <small>GO TO THE NEXT QUESTION</small>.</u>]

5. That the University of Miami either knew or showed reckless disregard for whether *its* conduct was prohibited by the Equal Pay Act?

Answer Yes or No: _____

*[G<small>O TO THE NEXT QUESTION</small>.]*

6. That Louise Davidson-Schmich should be awarded damages for lost compensation?

Answer Yes or No: _____

If your answer is "Yes," in what amount? $_____

*[G<small>O TO THE NEXT QUESTION</small>.]*

**COUNT II: TITLE VII CLAIM (DEFENDANT'S PROPOSAL)**

**Do you find from a preponderance of the evidence:**


7. **That Louise Davidson-Schmich's sex was a motivating factor** ~~that promoted~~ **in the University of Miami***'s pay decisions* ~~to take that action~~**?**

**Answer Yes or No: _____**

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.**

3

8.  That the University of Miami would have paid Louise Davidson-Schmich the same even if the University of Miami had not taken her sex into account.

Answer Yes or No: _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

9.  That Louise Davidson-Schmich should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict, *keeping in mind her duty to mitigate her damages*?

Answer Yes or No: _____

If your answer is "Yes," in what amount? $_____

10. That Louise Davidson-Schmich should be awarded damages to compensate for emotional pain and mental anguish?[1]

Answer Yes or No: _____

If your answer is "Yes," in what amount? $_____

If you did not award damages in response to [either Question Nos. 9 or 10], this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to [Question Nos. 9 or 10 (or both)], go to the next question.

11. That punitive damages should be assessed against the University of Miami.[2]

---

[1]  As set forth in the University's pending Motion in *Limine* (D.E. 124), the University contends that Plaintiffs have waived any claim to emotional distress damages. Therefore, the University objects to this question. However, should the Court find otherwise, the University does not object to this proposed language. Plaintiffs dispute waiver.

[2]  As set forth in the Parties' Joint Pre-Trial Stipulation (D.E. 142) and Joint Proposed Jury Instructions (D.E. 154), the University contends that the issue of punitive damages should be bifurcated. Therefore, the University objects to this question. However, should the Court find

4

**Answer Yes or No:** _____

**If your answer is "Yes," in what amount? $**_____

**COUNT II: TITLE VII CLAIM (PLAINTIFFS' PROPOSAL)**

Do you find from a preponderance of the evidence:

~~That [name of defendant] [discharged [name of plaintiff] from employment/denied [name of plaintiff] a promotion]?~~

~~Answer Yes or No _____~~

~~If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.~~

7. That Dr. Davidson-Schmich's sex was a motivating factor that prompted the University of Miami to pay her less money than Dr. Gregory Koger ~~to take that action~~?

Answer Yes or No _____

IF YOUR ANSWER IS "NO," THIS ENDS YOUR DELIBERATIONS, AND YOUR FOREPERSON SHOULD SIGN AND DATE THE LAST PAGE OF THIS VERDICT FORM. IF YOUR ANSWER IS "YES," GO TO THE NEXT QUESTION.

~~[3.That [name of defendant] would have [discharged [name of plaintiff] from employment/denied [name of plaintiff] a promotion] even if [name of defendant] had not taken [name of plaintiff]'s [race/religion/sex/national origin] into account?~~

~~Answer Yes or No _____~~

---

otherwise (or in the event the jury answers the remaining questions to justify an award of punitive damages), the University does not object to this proposed language. Plaintiffs object to bifurcation.

~~If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.]~~

8.  That Dr. Davidson-Schmich should be awarded *back pay* damages to compensate for a net loss of wages and benefits to the date of your verdict?

        Answer Yes or No        _____

        If your answer is "Yes,"
        in what amount?         $_____

_____ GO TO THE NEXT QUESTION


9     That Dr. Davidson-Schmich should be awarded damages to compensate for emotional pain and mental anguish?

        Answer Yes or No        _____

        If your answer is "Yes,"
        in what amount?         $_____

_____ GO TO THE NEXT QUESTION
~~[If you did not award damages in response to either Question Nos. 4 or 5, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.]~~

6. That punitive damages should be assessed against *the University of Miami*?

        Answer Yes or No        _____

        If your answer is "Yes,"
        in what amount?         $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____