UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23131-CV-SCOLA

<u>MINUTES FOR CIVIL JURY TRIAL</u>

**DAY 4** – Thursday, March 10, 2022

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

LOUISE DAVIDSON-SCHMICH,

      Intervenor Plaintiff,

VS.

UNIVERSITY OF MIAMI,

      Defendant.

<u>Counsel for Plaintiff</u>:  Carmen Manrara Cartaya, Ana C. Martinez, and Beatriz Biscardi Andre.
<u>Counsel for Intervenor Plaintiff</u>: Karen C. Amlong, and Jennifer E. Daley.
<u>Counsel for Defendant</u>: Eric David Isicoff, Christopher Michael Yannuzzi, and Teresa Ragatz.
-------------------------------------------------------------------------------------------------------------------

COURT REPORTER:  Tammy Nestor

MISCELLANEOUS:
- Jury trial held.
- Witnesses testified: Leonidas Bachas, Bonnie Muschett (by deposition), David Birnbach, and Erin George.
- Exhibits marked and admitted.
- Plaintiff rested at 5:00 p.m.
- Charge conference held.
- Jury trial recessed at 6:30 p.m.
- Jury trial will resume at 9:00 a.m. on March 11, 2022.