# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 1:19-CV-23131-SCOLA/LOUIS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
     Plaintiff,

and

LOUISE DAVIDSON-SCHMICH,
     Intervenor Plaintiff,

vs.

UNIVERSITY OF MIAMI
     Defendant.

_____/

**PLAINTIFF/INTERVENOR
PLAINTIFF'S EXHIBIT LIST**

RVS _rt_
3/11/22

| PRESIDING JUDGE:<br>Hon. Robert N Scola, Jr. | PLAINTIFF'S COUNSEL:<br>Beatriz B. Andre, Esq.<br>Carmen M. Cartaya, Esq.<br>Ana C. Martinez, Esq.<br><br>INTERVENOR PLAINTIFF<br>COUNSEL:<br>Karen C. Amlong, Esq. | DEFENDANTS' COUNSEL:<br>Christopher M. Yannuzzi, Esq.<br>Eric D. Isicoff, Esq.<br>Teresa Ragatz, Esq. |
|---|---|---|
| TRIAL DATES:<br>Two-week trial term<br>starting Dec. 6, 2021 | COURT REPORTER: | COURTROOM DEPUTY: |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-1 | | 3\|10 | | ✓ | University of Miami Faculty Manual 2016 – 2017 Bachas Dep. Ex. 1 _ D0836-1007 |
| P-2 | | 3\|7 | | ✓ | University of Miami Department of Political Science Bylaws Bachas Dep. Ex. 3 _ D115312-115318 |
| P-3 | | | | | Email to Jeffrey Duerk from Leonidas Bachas Dated 12/15/2017 Re: CUPA Bachas Dep. Ex. 7 _ D86267-86271 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-4 | | | | | Email to Hector Silva from Leonidas Bachas Dated 10/29/2015 Re: WGS Lecturer Bachas Dep. Ex. 8 _ D56790-56791 |
| P-5 | | | | | Email to Miranda Gonzalez from Rose Ketlie Glemaud Dated 03/07/2016 Re: Final Version of the Report for the Academic Affairs Committee and Provost Bachas Dep. Ex. 9 _ D63599-63627 |
| P-6 | | | | | Email to Daniel Pals from Leonidas Bachas dated 2/3/2014 Re: Fwd: Historical Merit Pool Data Bachas Dep. Ex. 12 _ D23342 |
| P-7 | | | | | Email from Jonathan West to Susan Ratcliff Dated 03/06/2012 Re: Justifications for POL faculty market recommendations Bachas Dep. Ex. 14 _ D127624-127625 |
| P-8 | | | | | Email to Leonidas Bachas from Louise Davidson-Schmich Dated 05/23/2017 Re: Meeting tomorrow Bachas Dep. Ex. 16 _ D81793-81799 |
| P-9 | | | | | Email to Leonidas Bachas from Lizette Cornide Dated 03/01/2018 Re: Faculty Salary Analysis Bachas Dep. Ex. 17 _ D87742-87761 |
| P-10 | | | | | Email to Leonidas Bachas from Nadieska Gonzalez Miranda Dated 08/03/2018 Re: Emailing: Women C Raw Data Bachas Dep. Ex. 19 _ D93750-93755 |
| P-11 | | | | | Email to Leonidas Bachas from Mary Sapp Dated 05/13/2011 Re: 2011 Faculty Survey Open-Ended Responses Bachas Dep. Ex. 20 _ D13511-13534 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-12 | | | | | Email to Rose Ketlie Glemaud from Deserae del Campo Dated 06/08/2017 Re: Strategic Plan Final Report Bachas Dep. Ex. 22 _ D82349-82364 |
| P-13 | | | | | Email to Angel Kaifer from Leonidas Bachas Dated 07/17/2017 Re: FY 2018 Budget Memo – College of A&S Bachas Dep. Ex. 23 _ D83008-83018 |
| P-14 | | 3/7 | | ✓ | Letter to Ms. Louise Davidson – Schmich from Paul Sugrue Regarding offer of appointment as an Assistant Professor of Political Science Dated 2/2/2000 West Dep. Ex. 2 _ D2855-3289 |
| P-15 | | | | | VITA of George Gonzalez West Dep. Ex. 3 _ D1941-2320 |
| P-16 | | 3/8 | | ✓ | Recruitment Activity Summary West Dep. Ex. 4 _ D128015-128030 |
| P-17 | | 3/8 | | ✓ | Salary Worksheet Fiscal Year 2019 West Dep. Ex. 14 _ D-127363-127370 |
| P-18 | | | | | Salary Worksheets D 127351 2019, 2020 West Ex. 15 |
| P-19 | | 3/7 | | ✓ | Email to CAS Chairs from Rose-Ketlie Glemaud Re: Agenda for Department Chairs Meeting on April 26 West Dep. Ex. 16 _ D80544-80562 |
| P-20 | | 3/7 | | ✓ | Email from Jonathan West to Louise Davidson-Schmich Re: Your Salary for AY 17-18 West Dep. Ex. 17 _ LDS00037-00038 |
| P-21 | | | | | Email from Louise Davidson-Schmich to Bonnie Muschett Re: EDITED VERSION dated 11/18/2017 Birnbach Dep. Ex. 1 _ D5655-5679 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-22 | | 3/7 | | ✓ | Email from Bonnie Muschett to David Birnbach Re: Requesting Follow up dated 2/8/2018 Birnbach Dep. Ex. 4 _ D5691-5693 |
| P-23 | | 3/7 | | ✓ | Email from Bonnie Muschett to David Birnbach Re: FWD: Request for response to my previous inquiries Dated 05/17/2018 Birnbach Dep. Ex. 5 _ D5694-5695 |
| P-24 | | | | | Employee Salary Comparison FY 17 to FY 11 Birnbach Dep. Ex. 6 _ D127413 |
| P-25 | | | | | Salary Information for Davidson-Schmich Birnbach Dep. Ex. 7 _ D5623-5624 |
| P-26 | | | | | Email from Exchange Administrative Group to Mark Diaz Re: Increase for Promotions Dated 4/22/2014 Birnbach Dep. Ex. 14 _ D25121 |
| P-27 | | | | | Email from Leonidas Bachas to David Birnbach re: Faculty Comments dated 08/21/2017 Birnbach Dep. Ex. 15 _ D83670-83672 |
| P-28 | | | | | Catherine Judd Salary Complaint_D5804-5806 |
| P-29 | | 3/7 | | ✓ | The Faculty Manual of University of Miami Dated 1994 Sugrue Dep. Ex. 1 _ D125716-125823 |
| P-30 | | | | | Memorandum for New Hire Forms dated 6/14/99 Sugrue Dep. Ex. 3 _ D1936-2320 |
| P-31 | | | | | Email from Jackie Dixon to Fred Frohock Re: an offer Dated 07/07/2009 Sugrue Dep. Ex. 6 _ D95705-95706 |
| P-32 | | 3/7 | | ✓ | Appointment Letter to Dr. Gregory Koger about Assistant Professor Position Sugrue Dep. Ex. 7 _ D2360-2421 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-33 | | | | | Appointment Letter to Mr. Joseph Uscinski about Assistant Professor Position Sugrue Dep. Ex. 8 _ D127268-127285 |
| P-34 | | 3/7 | | ✓ | Gregory Koger VITA Koger Dep. Ex. 2 _ D128058-128063 |
| P-35 | | 3/7 | | ✓ | Louise K. Davidson-Schmich Nov 2019 Publications LDS Dep. Ex. 1 _ LDS00274-00283 |
| P-36 | | | | | Memorandum to Jonathan West from Wilhemena Black Re: Notification of Position Action LDS Dep. Ex. 2 _ D3288-3289 |
| P-37 | | | | | Duke University Letter to Louise Davidson-Schmich Re: Offer of Employment Re: 2/14/2000 LDS Dep. Ex. 3 _ D2857-2856 |
| P-38 | | 3/7 | | ✓ | Welcome Letter from University of Miami to Louise Davidson-Schmich LDS Dep. Ex. 4 _ D3875-3877 |
| P-39 | | | | | Regular Tenure Track Appointment Probationary to Davidson-Schmich Dated Oct 19 2000 LDS Dep. Ex. 5 _ D3874 |
| P-40 | | | | | Regular Tenure Track Appointment Probationary to Davidson-Schmich Dated May 14 2001 LDS Dep. Ex. 6 _ D3873 |
| P-41 | | | | | Regular Tenure Track Appointment Probationary to Davidson-Schmich Dated May 20 2002 LDS Dep. Ex. 7 _ D3872 |
| P-42 | | 3/7 | | ✓ | UM Letter to Dean Sugrue about Maternity Leave and Workload Reduction from Louise Davidson-Schmich LDS Dep. Ex. 8 _ D3869-3871 |
| P-43 | | 3/9 | | ✓ | Letter to Louise Davidson-Schmich from Paul Sugrue regarding your letter of Jan 2 2003 dated Jan 14 2003 LDS Dep. Ex. 9 _ D3853 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-44 | | | | | Regular Tenure Track Appointment Probationary Letter to Louise Davidson-Schmich Dated Jun 1, 2003 LDS Dep. Ex. 10 _ D3852 |
| P-45 | | | | | Regular Tenure Track Appointment Probationary Letter to Louise Davidson-Schmich Dated Jun 1, 2004 LDS Dep. Ex. 11 _ D3849 |
| P-46 | | | | | Regular Tenure Track Appointment Probationary Letter to Louise Davidson-Schmich Dated Jun 1, 2005 LDS Dep. Ex. 12 _ D2869 |
| P-47 | | | | | Letter to Dr. West from Louise Davidson-Schmich regarding one-year extension of my probationary period Dated Jun 16, 2005 LDS Dep. Ex. 13 _ D2945 |
| P-48 | | | | | Letter to Professor Davidson-Schmich from Bill Tallman regarding Approval for request for an extension LDS Dep. Ex. 14 _ D2943 |
| P-49 | | | | | Memorandum dated Dec 10, 2005 Regarding Chairman's Recommendation for Louise Davidson-Schmich LDS Dep. Ex. 15 _ D3109 |
| P-50 | | | | | Letter to Professor Davidson-Schmich from Paul Sugrue dated May 30, 2006 regarding Salary LDS Dep. Ex. 16 _ D3848 |
| P-51 | | | | | Letter from Louise Davidson-Schmich to Dean Sugrue Regarding Maternity Leave and Workload Reduction Dated Aug 4, 2006 LDS Dep. Ex. 17 _ D3840-3841 |
| P-52 | | | | | Career Assessment fir Louise Davidson-Schmich LDS Dep. Ex. 18_D3061 -3070 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-53 | | 3/7 | | ✓ | Letter from Thomas LeBlanc to Professor Davidson-Schmich regarding Promotion to Associate Professor LDS Dep. Ex. 19 _ D2854 |
| P-54 | | 3/7 | | ✓ | Letter of Award of Tenure and Promotion to Professor Louise Davidson-Schmich from Paul Sugrue LDS Dep. Ex. 20 _ D2865 |
| P-55 | | | | | Email from William Tallman to Louise Davidson Re: Sabbatical Eligibility Dated Sep 20, 2007 LDS Dep. Ex. 21 _ D2853 |
| P-56 | | | | | Request for Secondary Appointment Dated Dec 12 2007 LDS Dep. Ex. 22 _ D2933 |
| P-57 | | | | | Letter to Professor Davidson-Schmich from David Birnbach regarding secondary appointment LDS Dep. Ex. 23 _ D3829 |
| P-58 | | | | | Memorandum to Louise Davidson-Schmich from Michael Halleran Re: Sabbatical Leave Request LDS Dep. Ex. 24 _ D3962 |
| P-59 | | | | | Letter to Louise Davidson-Schmich regarding Academic fiscal year salary for 2008 2009 LDS Dep. Ex. 25 _ LDS00286 |
| P-60 | | | | | Summary of Activities for 2008 Calendar Year Tenured and Tenure-Track Faculty Dated Jan 15, 2009 LDS Dep. Ex. 26 _ D4024-4029 |
| P-61 | | | | | Salary Freeze Letter from University of Miami to Louise-Davidson-Schmich Dated Jul 20, 2009 LDS Dep. Ex. 27 _ LDS00290 |
| P-62 | | | | | Summary of Activities for 2009 Calendar Year Tenured and Tenure-Track Faculty Dated Jan 2010 LDS Dep. Ex. 28 _ D4017-4022 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-63 | | | | | Letter to Louise Davidson-Schmich from Fred Frohock regarding salary for 2010-11 academic year LDS Dep. Ex. 30  LDS00292 |
| P-64 | | | | | Summary of Activities for 2010 Calendar Year Tenured and Tenure – Track Faculty Dated Jan 24 2011 LDS Dep. Ex. 31  D4008-4014 |
| P-65 | | | | | Email from Fred Frohock to Louise Davidson-Schmich Regarding Salary Dated May 17, 2011 LDS Dep. Ex. 32  LDS00294, D3827 |
| P-66 | | | | | Summary of Activities for 2011 Calendar Year Tenured and Tenure-Track Faculty Dated Jan 4, 2012 LDS Dep. Ex. 34  D3989-4006 |
| P-67 | | | | | Email from Jonathan West to Louise Davidson-Schmich Re: Faculty Salary for 2012-2013 dated May 14, 2012 LDS Dep. Ex. 35 _LDS00296, LDS00298 |
| P-68 | | | | | Summary of Activities for 2012 Calendar Year Tenured and Tenure- Track Faculty Dated Jan 7, 2013 LDS Dep. Ex. 37  D3540-3557 |
| P-69 | | | | | Email from Jonathan West to Louise Davidson-Schmich Re: Faulty Salary for 2013-2014 Dated May 15, 2013 LDS Dep. Ex. 38  LDS00300-00303 |
| P-70 | | | | | Summary of Activities for 2013 Calendar Year Tenured and Tenure-Track Faculty Dated Jan 2014 LDS Dep. Ex. 39  D3560-3574 |
| P-71 | | | | | Letter to Louise Davidson-Schmich from Jonathan West about Fiscal Year Salary for 2014-2015 LDS Dep. Ex. 40  LDS00304-00306 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-72 | | | | | Letter to Louise Davidson-Schmich from Leonidas Bachas regarding Appointment as Director of Women's and Gender Studies Program LDS Dep. Ex. 41   D3707 |
| P-73 | | | | | Letter to Louise Davidson-Schmich from Jonathan West regarding Fiscal Year Salary for 2015-2016 LDS Dep. Ex. 42   LDS00308-00310 |
| P-74 | | | | | Summary of Activities for 2014 Calendar Year Tenured and Tenure-Track Faculty dated Jan 13, 2015 LDS Dep. Ex. 43   D3577-3593 |
| P-75 | | | | | Letter to Louise Davidson-Schmich from Bill Tallman regarding Sabbatical Leave Approval LDS Dep. Ex. 44   D3679 |
| P-76 | | | | | Summary of Activities for 2015 Calendar Year Tenured and Tenure-Track Faculty Dated Jan 2016 LDS Dep. Ex. 46   D3596 |
| P-77 | | | | | Louise Davidson-Schmich Career Assessment April 2016 LDS Dep. Ex. 47  D2975-2986 |
| P-78 | | | | | Articles and Books Cited Greater than 10 times, Total Citations: 255 Cites LDS Dep. Ex. 48   D3751 |
| P-79 | | | | | Email to Louise Davidson-Schmich from Jonathan West Regarding FY17 Merit Increase LDS Dep. Ex. 49   LDS00312-00315 |
| P-80 | | | | | Summary of Activities for 2016 Calendar Year Tenured and Tenure-Track Faculty Dated Jan 11 2017 LDS Dep. Ex. 50   D3615-3632 |
| P-81 | | ⌒ | 3\|7 | ✓ | Letter to Dr. Louise Davidson-Schmich from David Birnbach regarding Promotion LDS Dep. Ex. 51   D2848 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-82 | | | | | Letter to Louise Davidson-Schmich from Jonathan West Regarding FY18 Merit Increase LDS Dep. Ex. 52 _LDS00316-321 |
| P-83 | | | | | Summary of Activities for Calendar Year 2017 LDS Dep. Ex. 53 _D3635-3652 |
| P-84 | | | | | Letter to Louise Davidson-Schmich from Jonathan West regarding FY19 Merit Increase LDS Dep. Ex. 54 _LDS00322-325 |
| P-85 | | | | | Summary of Activities Calendar Year 2018 LDS Dep. Ex. 55 _D3655-3678 |
| P-86 | | | | | Email from Jonathan West to Louise Davidson-Schmich Dated Jun 11, 2019 regarding FY 2020 Annual Base Salary Letter LDS Dep. Ex. 56 _LDS00326-328 |
| P-87 | | | | | Email from Louise Davidson-Schmich to Gregory Koger Dated April 20, 2010 regarding Report from yesterday's College Council Meeting LDS Dep. Ex. 57 _D86 |
| P-88 | | | | | Email from Amanda Jensen-Doss to Leonidas bachas and Maria Stampino Dated Mar 30, 2017 regarding Ad Hoc Committee on Women Faculty LDS Dep. Ex. 59 _D78275-78289 |
| P-89 | | | | | Email from Louise Davidson-Schmich to Louise Davidson-Schmich Dated May 16, 2017 Regarding Note to Jonathan LDS Dep. Ex. 60 _D81190-81191 |
| P-90 | | | | | Email from Leonidas Bachas to Merike Blofield, Louise Davidson-Schmich and Laura Gomez-Mera Regarding Performance Review Dated May 30, 2017 LDS Dep. Ex. 63 _LDS00006-00007 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-91 | | | | | Email from Louise Davidson-Schmich to Bonnie Muschett Dated Aug 24, 2017 regarding Request for Meeting LDS Dep. Ex. 65_LDS00043-00042 |
| P-92 | | | | | Email to Bonnie Muschett and Louise Davidson-Schmich Dated Nov 18, 2017 regarding Edited Version Follow up to Meeting on Wednesday August 30th LDS Dep. Ex. 66 _D85400-85425 |
| P-93 | | 3/7 | | ✓ | Email from Jonathan West to Casey Kofstad, Louise Davidson-Schmich etc Dated May 14, 2018 Regarding Summer Session A 2018 Payroll Input Instructions LDS Dep. Ex. 67 _LDS00064-00067 |
| P-94 | | | | | Email to Kristopher Gleason from Louise Davidson-Schmich Dated May 22, 2018 Regarding Attorney Referral LDS Dep. Ex. 68 _D91913-91914 |
| P-95 | | | | | Timetable LDS Dep. Ex. 70 _LDS00134-208 |
| P-96 | | | | | Chart of Salary by Year and Analysis LDS Dep. Ex. 72 _LDS00330 |
| P-97 | | 3/7 | | ✓ | Email from Louise Davidson-Schmich to Bonnie Muschett Regarding Request for Meeting Dated Aug 24, 2017 Muschett Dep. Ex.1 _D5626-5627 |
| P-98 | | 3/7 | | ✓ | Email from Louise Davidson-Schmich to Bonnie Muschett Regarding Accepted: Follow up Call Dated Dec 8, 2017 Muschett Dep. Ex. 3 _D5680-5683 |
| P-99 | | | | | Email from Bonnie Muschett to Maria Sevilla and David Birnbach Dated Aug 24, 2017 regarding Faculty Comments Muschett Dep. Ex. 5_D83742-83744 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-100 | | | | | EEOC Charge of Discrimination Meredith Dep. Ex. 3 _ EEOC0000179 ***to be included should EEOC's motion in limine be denied* |
| P-101 | | | | | University of Miami Position Statement Meredith Dep. Ex. 8 _ EEOC0000005-13 |
| P-102 | | | | | EEOC Letter of Determination Meredith Dep. Ex. 20_D5446-5451 ***to be included should EEOC's motion in limine be denied* |
| P-103 | | | | | Complaint Meredith Dep. Ex. 25_Complaint ***to be included should EEOC's motion in limine be denied* |
| P-104 | | | | | Telephone Interview with Bowen & Pacheco, Nelson Dep. Ex. 16_EEOC0003003-3005 ***to be included should EEOC's motion in limine be denied* |
| P-105 | | 3\7 | | ✓ | University of Miami Faculty Manual 2006-2007 D126502-126652 |
| P-106 | | | | | University of Miami Faculty Manual 2019 – 2020 D1530 - 1706 |
| P-107 | | 3\10 | | ✓ | Documents re: George Gonzalez's Promotion Reviews D4594-4596, 66254 – 66257, 73768 - 73769 |
| P-108 | | 3\10 | | ✓ | Documents re:  Gregory Koger's 2016 Promotion to Professor D4898 – 4900, 4908 – 4910 |
| P-109 | | 3\9 | | ✓ | Documents re: Joseph Uscinski Hire D127274 – 127275 |
| P-110 | | | | | Documents re: Gregory Koger's Hire D2360 – 2361, 2364 -2367, 2419 - 2421 |
| P-111 | | 3\8 | | ✓ | Exhibit 7 to the Deposition of Jonathan West (D127624 – 127625) |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-112 | | | | | Gregory Koger Salary Letters D2360 – 2361,2398, 2413, 81167 |
| P-113 | | | | | Handwritten and Typed Notes of Amy Bowen D5455 – 5459, 128064-128068, 5452 -5454, 128069-128071 |
| P-114 | | | | | Expert Report of Erin George |
| P-115 | | | | | UM Response to Plaintiff, EEOC's First Set of Interrogatories, dated Dec. 20, 2019 |
| P-116 | | | | | UM Response to Plaintiff, EEOC's Second Set of Interrogatories, dates Sept. 19, 2020 |
| P-117 | | | | | UM Response to Plaintiff First Request for Production of Documents, dated Dec. 16, 2019 |
| P-118 | | | | | UM Response to Plaintiff Second Request for Production of Documents, dated Sept. 19, 2020 |
| P-119 | | | | | Expert Report Document # 13 HR File and Paystub D3305-3382 |
| P-120 | | | | | Expert Report Document # 15 LDS Pay 2008 -2019 LDS_00328 -00329 |
| P-121 | | | | | Expert Report Document # 16 D3840-3905 |
| P-122 | | | | | Expert Report Document # 17 UM/EEOC-D. SCHMICH-2848-2877 |
| P-123 | | | | | Expert Report Document # 17 Pay Slips, Jan 2020 through Dec 2020 EEOC0003141-3152 |
| P-124 | | | | | Expert Report Document #19 POL LDS Salary Letter 19 EEOC0003153 |
| P-125 | | | | | Position Statement Exhibit C Political Science Promotion and Tenure Guidelines EEOC0002610-2611 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-126 | | 3/7 | | ✓ | Position Statement Exhibit J Recommendations of the Ad Hoc Committee on Women Faculty EEOC0002764-2777 |
| P-127 | | | | | Position Statement Exhibit K Recommendations of the Ad Hoc Committee on Women Faculty EEOC0002783-2784 |
| P-128 | | | | | Position Statement Exhibit S Note from Jonathan West EEOC0002753-2757 |
| P-129 | | | | | EEOC Complaint [DE # 1] |
| P-130 | | | | | UM Answer [DE # 28] |
| P-131 | | | | | Bachas Decl. dated June 1, 2021, DE # 116-1 |
| P-132 | | | | | 2014 Evaluation Dreyer_D127455 |
| P-133 | | | | | 2014 Evaluation Olivella_D127456 |
| P-134 | | | | | 2014 Evaluation Gonzalez_D127458 |
| P-135 | | | | | 2014 Evaluation Kanet_D127460 |
| P-136 | | | | | 2014 Evaluation Blofield_D127462 |
| P-137 | | | | | 2014 Evaluation Milakovich_D127464 |
| P-138 | | | | | 2014 Evaluation Connolly_D127466 |
| P-139 | | | | | 2014 Evaluation Koger_D127467 |
| P-140 | | | | | 2014 Evaluation Frohock_D127468 |
| P-141 | | | | | 2014 Evaluation Gomez-Mera_D127469 |
| P-142 | | | | | 2014 Evaluation Klofstad_D127471 |
| P-143 | | | | | 2014 Evaluation Davidson-Schmich_D127473 |
| P-144 | | | | | 2014 Evaluation Simon_D127474 |
| P-145 | | | | | 2014 Evaluation Uscinski_D127475 |
| P-146 | | | | | Koger Promotion File D4897-5206 |
| P-147 | | | | | CV GONZALEZ 2019_D4305-4310 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-148 | | | | | CV KOGER  2015_D40852-40857 |
| P-149 | | | | | CV KOGER  2016_D74077-74081 |
| P-150 | | 3/7 | | ✓ | CV LDS 2018_D105004-105015 |
| P-151 | | | | | CV LDS 2020_D123300-123309 |
| P-152 | | | | | Evaluation GONZALEZ 2008_D4553-4562 |
| P-153 | | | | | Evaluation GONZALEZ 2009_D4547-4552 |
| P-154 | | | | | Evaluation GONZALEZ 2010_D4542-4546 |
| P-155 | | | | | Evaluation GONZALEZ 2011_D4531-4541 |
| P-156 | | | | | Evaluation GONZALEZ 2012_D4165-4177 |
| P-157 | | | | | Evaluation GONZALEZ 2013_D4178-4195 |
| P-158 | | | | | Evaluation GONZALEZ 2014_D4196-4212 |
| P-159 | | | | | Evaluation GONZALEZ 2015_D4213-4229 |
| P-160 | | | | | Evaluation GONZALEZ 2016_D74611-74612 |
| P-161 | | | | | Evaluation GONZALEZ 2017_D87004-87022 |
| P-162 | | | | | Evaluation GONZALEZ 2018_D104702-104703 |
| P-163 | | | | | Evaluation KOGER 2008_D5309-5320 |
| P-164 | | | | | Evaluation KOGER 2009_D5304-5308 |
| P-165 | | | | | Evaluation KOGER 2010_D5299-5303 |
| P-166 | | | | | Evaluation KOGER 2011_D16208, D16210 |
| P-167 | | | | | Evaluation KOGER 2012_D18243-18244 |
| P-168 | | | | | Evaluation KOGER 2013_D4776-4789 |
| P-169 | | | | | Evaluation KOGER 2014_D4804-4813 |
| P-170 | | | | | Evaluation KOGER 2015_D4814-4824 |
| P-171 | | | | | Evaluation KOGER 2016_D47606 74606 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-172 | | | | | Evaluation KOGER 2017_D86970-86971 |
| P-173 | | | | | Evaluation KOGER 2018_D104683-104684 |
| P-174 | | | | | Evaluation Klofstad 2011_D127602 |
| P-175 | | | | | Evaluation Klofstad 2013_D127772 |
| P-176 | | | | | Evaluation Klofstad 2015_D127517 |
| P-177 | | | | | Evaluation Klofstad 2016_D127884 |
| P-178 | | | | | Evaluation Klofstad 2017_D127716 |
| P-179 | | 3/7 | | ✓ | Evaluation LDS 2008_D4023-4029 |
| P-180 | | | | | Evaluation LDS 2009_D4015-4022 |
| P-181 | | | | | Evaluation LDS 2010_D4007-4014 |
| P-182 | | | | | Evaluation LDS 2011_D3987-4006 |
| P-183 | | | | | Evaluation LDS 2012_D3537-3557 |
| P-184 | | | | | Evaluation LDS 2013_D3558-3574 |
| P-185 | | | | | Evaluation LDS 2014_D3575-3593 |
| P-186 | | | | | Evaluation LDS 2015_D3594-3612 |
| P-187 | | | | | Evaluation LDS 2016_D3613-3632 |
| P-188 | | | | | Evaluation LDS 2017_D3633-3652 |
| P-189 | | ✓ | | ✓ | Evaluation LDS 2018_D3653-3678 |
| P-190 | | | | | Evaluation Uscinski 2016_D127647 |
| P-191 | | | | | Evaluation Uscincski 2016_D127873 |
| P-192 | | 3/10 | | ✓ | Justifications 2010_D8576 |
| P-193 | | | | | Justifications 2011_D13369-13372 |
| P-194 | | | | | Justifications 2012_D15942-15944 |
| P-195 | | ✓ | | ✓ | Justifications 2013_D17822-17826 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-196 | | 3/10 | | ✓ | Justifications 2015_D24134-24138 |
| P-197 | | | | ✓ | Justifications 2016_D64247-64255, D64315-64316 |
| P-198 | | | | ✓ | Justifications 2018 for EEOC_D105087, D105089-105090 |
| P-199 | | | | ✓ | Justifications 2019_D105627-105630 |
| P-200 | | | | | Summary of Activities GONZALEZ_2007_D4572-4577 |
| P-201 | | | | | Summary of Activities GONZALEZ_2011_D15546-15550 |
| P-202 | | | | | Summary of Activities GONZALEZ_2012_D17751-17755 |
| P-203 | | | | | Summary of Activities GONZALEZ_2013_D41425-41428 |
| P-204 | | | | | Summary of Activities GONZALEZ_2014_D43185-43188 |
| P-205 | | | | | Summary of Activities GONZALEZ_2015_D58815-58818 |
| P-206 | | | | | Summary of Activities GONZALEZ_2016_D73976-73979 |
| P-207 | | | | | Summary of Activities GONZALEZ_2017_D86316-86320 |
| P-208 | | | | | Summary of Activities GONZALEZ_2018_D103693-103711 |
| P-209 | | | | | Summary of Activities GONZALEZ_2019_D123455-123461 |
| P-210 | | | | | Summary of Activities KOGER_2007_D5321-5326 |
| P-211 | | | | | Summary of Activities KOGER_2013_D22072-22078 |
| P-212 | | | | | Summary of Activities KOGER_2014_D40858-40860 |
| P-213 | | | | | Summary of Activities KOGER_2015_D59469-59472 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-214 | | | | | Summary of Activities KOGER_2016_D74082-74084 |
| P-215 | | | | | Summary of Activities KOGER_2017_D86972-86981 |
| P-216 | | | | | Summary of Activities KOGER_2018_D104777-104783 |
| P-217 | | | | | Summary of Activities LDS 2011_D15522-15527 |
| P-218 | | | | | Summary of Activities LDS 2012_D17577-17583 |
| P-219 | | | | | Summary of Activities LDS 2013_D21957-21961 |
| P-220 | | | | | Summary of Activities LDS 2014_D40265-40269 |
| P-221 | | | | | Summary of Activities LDS 2015_D58727-58731 |
| P-222 | | | | | Summary of Activities LDS 2016_D74551-74555 |
| P-223 | | | | | Summary of Activities LDS 2017_D86665-86670 |
| P-224 | | | | | Summary of Activities LDS 2018_D103948-103958 |
| P-225 | | | | | Summary of Activities LDS 2019_D123286-123299 |
| P-226 | | | | | Summary of Activities Uscinski 2013_D127900 |
| P-227 | | | | | Assoc Prof for FY 2005 – Gonzalez_D4664 |
| P-228 | | | | | Assoc Prof for FY 2005 – Gonzalez_D2186-2270 |
| P-229 | | | | | Assoc Prof for FY 2010 – Koger – Career Statement _ D2457-2465 |
| P-230 | | | | | Assoc Prof for FY 2010 – Koger - Chair, Dean, Comm Recommendations_D5328-5347 |
| P-231 | | | | | Assoc Prof for FY 2010 – Koger – External Reviewers_D5348-5391 |
| P-232 | | | | | Assoc Prof for FY 2010 – Koger- Scholarly Material Review_D5392-5393 |
| P-233 | | | | | Assoc Prof for FY 2010 – Koger – Teaching Evaluations_D2518-2527 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-234 | | | | | Prof for FY 2012 – Gonzalez_D2025-2109 |
| P-235 | | | | | Prof for FY 2016 – Gonzalez_D1961-2024 |
| P-236 | | | | | Assoc Prof for FY 2006 – LDS_D4031-4079 |
| P-237 | | 3/10 | | ✓ | Prof – LDS_D92390-92484 |
| P-238 | | | | | Sabbatical Gonzalez Spring 2007_D2297-2312 |
| P-239 | | | | | Sabbatical Gonzalez Spring 2014_D2286-2296 |
| P-240 | | | | | Sabbatical Koger FY 2014_D2370-2381 |
| P-241 | | | | | Sabbatical Koger Spring 2011_D2384-2395 |
| P-242 | | | | | Proposed 2010_D127414-127415 |
| P-243 | | | | | Proposed edited 2010_D127429-127430. |
| P-244 | | | | | Final 2010_D127418-127419 |
| P-245 | | 3/10 | | ✓ | Dean Evaluation 2011_D127405-127408 |
| P-246 | | 3/9 | | ✓ | Instructions 2011_D127426 |
| P-247 | | | | | Instructions chart_D127434-127435 |
| P-248 | | 3/9 | | ✓ | Proposed 2011_D127423-127425 |
| P-249 | | | | | Final 2011_D127431-127433 |
| P-250 | | 3/10 | | ✓ | Dean Evaluation 2012_D127409-127412 |
| P-251 | | 3/9 | | ✓ | Justifications 2012_D127624-127625 |
| P-252 | | | | | Proposed 2012_D127594-127595 |
| P-253 | | 3/9 | | ✓ | Dean Evaluation 2013_127397-127400 |
| P-254 | | 3/8 | | ✓ | Justifications 2013_D127401-127404 |
| P-255 | | 3/10 | | ✓ | Dean Evaluation 2014_D127395-127396 |
| P-256 | | 3/10 | | ✓ | Proposed Justifications 2014_D127535-127536 |
| P-257 | | 3/8 | | ✓ | Proposed 2014_D127558-127559 |
| P-258 | | | | | Final 2014_D127902-127903 |
| P-259 | | 3/10 | | ✓ | Dean and Chair Justifications 2015_D127384-127393 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-260 | | | | | Instructions 2015_D127821-127823 |
| P-261 | | 3/10 | | ✓ | Dean Evaluations 2016_D127378-127383 |
| P-262 | | | | | Instructions 2 2016_D127753-127754 |
| P-263 | | | | | Instructions 2016_D127752 |
| P-264 | | | | | Proposed 2 2016_D127757-127758 |
| P-265 | | 3/8 | | ✓ | Proposed 2016_D127487-127491 |
| P-266 | | | | | Final 2016_D127520-127521 |
| P-267 | | | | | Dean and Chair Justifications 2017_D127371-127377 |
| P-268 | | 3/8 | | ✓ | Proposed 2017_D127859-127863 |
| P-269 | | 3/10 | | ✓ | Dean and Chair Justifications 2018_D127363-127370 |
| P-270 | | | | | Instructions 2018_D127722-127726 |
| P-271 | | | | | Final 2018_D127657-127658 |
| P-272 | | 3/10 | | ✓ | Chair Justifications 2019_D127359-127362 |
| P-273 | | | | | Instructions 2019_D127639-127643 |
| P-274 | | | | | Final 2019_D127631-127633 |
| P-275 | | 3/7 | | ✓ | FRE 1006 Summary Exhibit Summarizing Dr. Davidson-Schmich's and Dr. Koger's Salaries from 2007 to the present. (Summaries of P-242 thru P-274, Dr. Davidson-Schmich's Salary Letters, Dr. Koger Salary Letters). |
| P-276 | | | | | CUPA Data 2009-10 Natl Faculty Salary Survey – Multi Discipline Report_D127316-127320 |
| P-277 | | | | | CUPA Data 2011-12 Four year Faculty Salaries – Multi Discipline Report_D127321-127325 |
| P-278 | | | | | CUPA Data 2012-13 Four year Faculty Salaries – Multi Discipline Report_D127327-127331 |
| P-279 | | | | | CUPA Data 2013-14 Four year Faculty Salaries – Multi |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| | | | | | Discipline Report_D127332-127334 |
| P-280 | | | | | CUPA Data 2014-15 Four year Faculty Salaries – Multi Discipline Report_D127335-127337 |
| P-281 | | 3/9 | | ✓ | CUPA Data 2015-16 Four year Faculty Salaries – Multi Discipline Report_D127338-127341 |
| P-282 | | | | | CUPA Data 2016-17 Four year Faculty Salaries – Multi Discipline Report_D127342-127344 |
| P-283 | | | | | CUPA Data 2018-19 Faculty Survey Reports – 4 Digit Multi-Discipline Report_D127345-127350 |
| P-284 | | | | | Financial Statements FY 2015_D1751-1781 |
| P-285 | | | | | Financial Statements FY 2016_D1782-1812 |
| P-286 | | | | | Financial Statements FY 2017_D1813-1845 |
| P-287 | | | | | Financial Statements FY 2018_D1846-1880 |
| P-288 | | | | | Financial Statements FY 2019_D1881-1917 |
| P-289 | | 3/8 | | ✓ | CV Blofield_EEOC0003006-0003018 |
| P-290 | | | | | CV Connolly_EEOC0003019-0003022 |
| P-291 | | | | | CV Hummel_EEOC0003023-0003031 |
| P-292 | | | | | CV Klofstad_EEOC0003032-0003042 |
| P-293 | | | | | CV Koger_EEOC0003043-0003047 |
| P-294 | | | | | CV Milakovich_EEOC0003048-0003066 |
| P-295 | | | | | CV Olivella_EEOC0003067-0003068 |
| P-296 | | | | | CV Parent_EEOC0003069-0003082 |
| P-297 | | | | | CV Pischedda_EEOC0003083-0003087 |

| No. | Objections | Date Offered | Marked | Admitted | Description Of Exhibits |
|---|---|---|---|---|---|
| P-298 | | | | | CV Taratoot_EEOC0003088-0003094 |
| P-299 | | | | | CV Uscinski_EEOC0003095-0003100 |
| P-300 | | | | | CV West_EEOC0003101-0003136 |
| P-301 | | | | | University of Miami Faculty Manual 2010-2011 D126955 -127109 |
| P-302 | | 3/7 | | ✓ | LDS CV 2022 |
| P-303 | | 3/10 | damo only | ✓ | Economic Damages: Table 1 |
| P-304 | | 3/10 | den with | ✓ | Economic Damages: Table 2 |
| P-305 | | 3/10 | | ✓ | Erin George CV |
| P-306 | | | | | Letter to George Gonzalez, D2027 |
| P-307 | | 3/8 | | ✓ | Gonzalez Sabbatical 2021 |

Dated: March 4, 2022

Respectfully Submitted,

s/Carmen Manrara Cartaya
Trial Attorney
U.S. Equal Employment
Opportunity Commission
Fla. Bar No. 73887
Beatriz Biscardi Andre
Supervisory Trial Attorney
100 S.E. 2nd Street, Suite 1500
Miami, FL 33131
(786) 648-5811
*Attorneys for Plaintiff*

## SERVICE LIST

U.S. Equal Employment Opportunity Commission
Robert E. Weisberg
Beatriz B. Andre
Carmen M. Cartaya
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Tel: 786-648-5811
Email: robert.weisberg@eeoc.gov
Email: beatriz.andre@eeoc.gov
Email: carmen.cartaya@eeoc.gov
*Counsel for Plaintiff*

Isicoff Ragatz
Christopher M. Yannuzzi
Eric D. Isicoff
Teresa Ragatz
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: 305-373-3232
Fax: 305-373-3233
Email: yannuzzi@irlaw.com
Email: Isicoff@irlaw.com
Email: ragatz@irlaw.com
*Counsel for Defendant*

Amlong & Amlong P.A.
Karen C. Amlong
Patricia L. Willis
500 Northeast Fourth Street
Fort Lauderdale, Florida 33138
Tel: 954-462-1983
Fax: 954-523-3192
Email: kamlong@theamlongfirm.com
Email: Pwillis@theamlongfirm.com
*Counsel for Intervenor-Plaintiff, Louise Davidson-Schmich*