AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

E.E.O.C.

V.

University of Miami

**DEFENDANT'S AMENDED TRIAL EXHIBIT LIST**

Case Number: 1:19-cv-23131

*[signature] 3/11/22*

| PRESIDING JUDGE<br>Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY<br>B. Andre/C.Cartaya/K. Amlong | DEFENDANT'S ATTORNEY<br>E. Isicoff/T. Ragatz/C. Yannuzzi |
|---|---|---|
| TRIAL DATE (S)<br>March 7-11, 2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | D-A | | November 2019 CV of Louise Davidson-Schmich (LDS Depo. Ex. 1) |
| | | | D-B | | LDS Position Job Description (LDS Depo. Ex. 2) |
| | | | D-C | | 2/4/00 Letter to LDS from Dean Sugrue (LDS Depo. Ex. 3) |
| | | | D-D | | 8/26/00 Letter to LDS from Provost Glaser (LDS Depo. Ex. 4) |
| | | | D-E | | 10/19/00 LDS Appointment Letter (LDS Depo. Ex. 5) |
| | | | D-F | | 5/14/01 LDS Appointment Letter (LDS Depo. Ex. 6) |
| | | | D-G | | 5/23/02 LDS Appointment Letter (LDS Depo. Ex. 7) |
| | | | D-H | | LDS Maternity Leave Documents (LDS Depo. Ex. 8) |
| | | | D-I | | 1/4/03 Letter to LDS from Dean Sugure (LDS Depo. Ex. 9) |
| | | | D-J | | 6/1/03 LDS Appointment Letter (LDS Depo. Ex. 10) |
| | | | D-K | | 6/1/04 LDS Appointment Letter (LDS Depo. Ex. 11) |
| | | | D-L | | 6/1/05 (LDS Appointment Letter (LDS Depo. Ex. 12) |
| | | | D-M | | 6/16/05 Letter to Dr. West from LDS (LDS Depo. Ex. 13) |
| | | | D-N | | 6/22/04 Letter to LDS from Tallman (LDS Depo. Ex. 14) |
| | | | D-O | | 12/10/05 Letter to Dean Sugrue from Dr. Frohock (LDS Depo. Ex. 15) |
| | | | D-P | | 3/30/06 Letter to LDS from Dean Sugrue (LDS Depo. Ex. 16) |
| | | | D-Q | | 8/4/06 Letter to Dean Sugrue from LDS (LDS Depo. Ex. 17) |
| | | 3/8 | D-R | ✓ | LDS Career Assessment for Tenure/Promotion Application (LDS Depo. Ex. 18) |
| | | | D-S | | 2/19/07 Letter to LDS from Provost LeBlanc (LDS Depo. Ex. 19) |
| | | | D-T | | 4/24/07 Letter to LDS from Dean Sugrue (LDS Depo. Ex. 20) |
| | | | D-U | | 9/19/07 E-mail Chain between LDS, Tallman and Dr. Frohock (LDS Depo. Ex. 21) |
| | | | D-V | | 12/12/07 LDS Request for Secondary Appointment (LDS Depo. Ex. 22) |

Exhibit Def. expects to offer (cont'd until ne section

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __10__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| EEOC | | vs. | University of Miami | | CASE NO. 1:19-cv-23131 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | D-W | | 1/16/08 Letter to LDS from Dr. Birnbach (LDS Depo. Ex. 23) |
| | | | D-X | | 2/12/08 Memo to LDS from Dean Halleran (LDS Depo. Ex. 24) |
| | | | D-Y | | 5/1/08 Letter to LDS from Dr. Frohock (LDS Depo. Ex. 25) |
| | | | D-Z | | 1/15/09 LDS Activities Report (LDS Depo. Ex. 26) |
| | | | D-AA | | 7/20/09 Letter to LDS from Dr. Frohock (LDS Depo. Ex. 27) |
| | | | D-AB | | 1/--/10 LDS Activities Report (LDS Depo. Ex. 28) |
| | | | D-AC | | 5/17/10 Letter to LDS from Dr. Frohock (LDS Depo. Ex. 30) |
| | | | D-AD | | 1/24/11 LDS Activities Report (LDS Depo. Ex. 31) |
| | | | D-AE | | 5/17/11 E-mail to LDS from Dr. Frohock (LDS Depo. Ex. 32) |
| | | | D-AF | | 1/4/12 LDS Activities Report (LDS Depo. Ex. 34) |
| | | | D-AG | | 5/14/12 E-mail to LDS from Dr. West (LDS Depo. Ex. 35) |
| | | | D-AH | | 10/23/12 E-mail to LDS from Dean Bachas (LDS Depo. Ex. 36) |
| | | | D-AI | | 1/7/13 LDS Activities Report (LDS Depo. Ex. 37) |
| | | 3/8 | D-AJ | ✓ | 5/15/13 E-mail to LDS from Dr. West (LDS Depo. Ex. 38) |
| | | | D-AK | | 1/--/14 LDS Activities Report (LDS Depo. Ex. 39) |
| | | | D-AL | | 5/23/14 Letter to LDS from Dr. West (LDS Depo. Ex. 40) |
| | | 3/8 | D-AM | ✓ | 5/5/14 Letter to LDS from Dean Bachas (LDS Depo. Ex. 41) |
| | | | D-AN | | 6/8/14 Letter to LDS from Dr. West (LDS Depo. Ex. 42) |
| | | | D-AO | | 1/13/15 LDS Activities Report (LDS Depo. Ex. 43) |
| | | | D-AP | | 3/25/15 Letter to LDS from Tallman (LDS Depo. Ex. 44) |
| | | | D-AQ | | 4/1/15 Request for Termination of Secondary Appointment (LDS Depo. Ex. 45) |
| | | | D-AR | | 1/--/16 LDS Activities Report (LDS Depo. Ex. 46) |
| | | 3/8 | D-AS | ✓ | 4/--/16 LDS Career Assessment for Promotion to Full Professor (LDS Depo. Ex. 47) |
| | | | D-AT | | List of LDS Citation Counts (LDS Depo. Ex. 48) |
| | | | D-AU | | 5/31/16 Letter to LDS from Dr. West (LDS Depo. Ex. 49) |
| | | | D-AV | | 1/11/17 LDS Activities Report (LDS Depo. Ex. 50) |
| | | | D-AW | | 4/22/17 Letter to LDS from Dr. Birnbach (LDS Depo. Ex. 51) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| E.E.O.C. | | vs. | University of Miami | | CASE NO. 1:19-cv-23131 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | D-AX | | 5/31/17 Letter to LDS from Dr. West (LDS Depo. Ex. 52) |
| | | | D-AY | | 1/4/18 LDS Activities Report (LDS Depo. Ex. 53) |
| | | | D-AZ | | 5/17/18 Letter to LDS from Dr. West (LDS Depo. Ex. 54) |
| | | | D-BA | | 1/8/19 LDS Activities Report (LDS Depo. Ex. 55) |
| | | | D-BB | | 6/11/19 Letter to LDS from Dr. West (LDS Depo. Ex. 56) |
| | | | D-BC | | 4/20/10 E-mails between Dr. Koger and LDS (LDS Depo. Ex. 57) |
| | | | D-BD | | 3/30/17 E-mail to Dean Bachas from Dr. Jensen-Doss (LDS Depo. Ex. 59) |
| | | | D-BE | | 5/16/17 E-mail to LDS from LDS (LDS Depo. Ex. 60) |
| | | | D-BF | | 5/12--17/17 E-mail chain between LDS and Dr. West (LDS Depo. Ex. 61) |
| | | | D-BG | | 5/23/17 E-mail to Dean Bachas from LDS (LDS Depo. Ex. 62) |
| | | 3/8 | D-BH | ✓ | 5/16--30/17 E-mail chain between LDS, Dean Bachas and female faculty (LDS Depo. Ex. 63) |
| | | | D-BI | | 5/28/17--6/2/17 E-mail chain between LDS and conference (LDS Depo. Ex. 64) |
| | | | D-BJ | | 7/3/17--8/24/17 E-mail chain between LDS and Muschett (LDS Depo. Ex. 65) |
| | | | D-BK | | 8/28/17--11/18/17 E-mail chain between LDS and Muschett (LDS Depo. Ex. 66) |
| | | | D-BL | | 5/14/18 E-mail from West to Pol.Sci. Dep't (LDS Depo. Ex. 67) |
| | | | D-BM | | 5/16--22/18 E-mail chain between LDS and AAUP (LDS Depo. Ex. 68) |
| | | | D-BN | | 6/5/18 Letter from Karen Amlong to EEOC (LDS Depo. Ex. 69) |
| | | | D-BO | | 6/1/18 LDS' EEOC Charge of Discrimination (Nelson Depo. Ex. 2; Meredith Depo. Ex. 3) |
| | | | D-BP | | Undated LDS Timeline (LDS Depo. Ex. 70) |
| | | | D-BQ | | Undated LDS Salary Spreadsheet (LDS Depo. Ex. 72) |
| | | | D-BR | | 10/28/18--12/18/18 E-mail chain between LDS/her attorney and EEOC (LDS Depo. Ex. 75) |
| | | | D-BS | | Section 10, EEOC Compliance Manual (Nelson Depo. Ex. 1; Meredith Depo. Ex. 2) |
| | | | D-BT | | EEOC Charge Detail Inquiry (Nelson Depo. Ex. 3; Meredith Depo. Ex. 4) |
| | | | D-BU | | EEOC Activity Log (Nelson Depo. Ex. 4; Meredith Depo. Ex. 6) |
| | | | D-BV | | 7/23/18--8/8/18 E-mail chain among Nelson, Amlong and LDS (Nelson Depo. Ex. 5) |
| | | | D-BW | | 8/10/18 Zoom meeting invitation (Nelson Depo. Ex. 6) |
| | | | D-BX | | 8/31/18 UM Position Statement w/o attachments (Nelson Depo. Ex. 7; Meredith Depo. Ex. 8) |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| E.E.O.C. | | vs. | University of Miami | | CASE NO. 1:19-cv-23131 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | D-BY | | 8/31/18 University of Miami Position Statement w/ attachments |
| | | | D-BZ | | 9/19/18 LDS Rebuttal (Nelson Depo. Ex. 8; Meredith Depo. Ex. 9) |
| | | | D-CA | | 10/29/18--11/01/18 E-mail chain among Nelson, Pacheco and Bowen (Nelson Depo. Ex. 9) |
| | | | D-CB | | 11/28/18 E-mail chain between Nelson and Amlong (Nelson Depo. Ex. 10) |
| | | | D-CC | | 10/20/18--11/28/18 E-mail chain between Nelson and Amlong (Nelson Depo. Ex. 11) |
| | | | D-CD | | 11/22/18--12/17/18 E-mail chain between Nelson and Amlong (Nelson Depo. Ex. 12) |
| | | | D-CE | | 10/20/18--12/18/18 E-mail chain between Nelson and Amlong (Nelson Depo. Ex. 13) |
| | | | D-CF | | 12/20/18 E-mail to Pacheco from Nelson (Nelson Depo. Ex. 14; Meredith Depo. Ex. 16) |
| | | | D-CG | | 2/1--21/18 E-mail chain between Nelson and Pacheco (Nelson Depo. Ex. 15; Meredith Ex. 17) |
| | | | D-CH | | 2/8/19 Nelson interview notes (Nelson Depo. Ex. 16) |
| | | | D-CI | | 10/20/18--3/1/19 E-mail chain between Nelson and Amlong (Nelson Depo. Ex. 17; Meredith Ex. 18) |
| | | | D-CJ | | Notice of Taking 30(b)(6) Depo. of EEOC (Meredith Depo. Ex. 1) |
| | | | D-CK | | EEOC Investigative Log (Meredith Depo. Ex. 5) |
| | | | D-CL | | 7/23/18--8/8/18 E-mail chain between Nelson and LDS (Meredith Depo. Ex. 7) |
| | | | D-CM | | 10/20/18--12/17/18 E-mail chain between Nelson and Amlong (Meredith Depo. Ex. 10) |
| | | | D-CN | | 10/29/18--11/1/18 E-mail chain and attached re: Fact Finding Conference (Meredith Depo. Ex. 11) |
| | | | D-CO | | 11/28/18 E-mail chain between Nelson and Amlong (Meredith Depo. Ex. 12) |
| | | | D-CP | | 10/20/18--11/28/18 E-mail chain between Nelson and Amlong (Meredith Depo. Ex. 13) |
| | | | D-CQ | | 10/20/18--12/17/18 E-mail chain between Nelson and Amlong (Meredith Depo. Ex. 14) |
| | | | D-CR | | 10/20/18--12/18/18 E-mail chain between Nelson and Amlong (Meredith Depo. Ex. 15) |
| | | | D-CS | | 3/4/19 EEOC Investigative Memorandum (Meredith Depo. Ex. 19) |
| | | | D-CT | | Meredith deposition notes (Meredith Depo. Ex. 25) |
| | | | D-CU | | Depo. subpoena for Erin George (George Depo. Ex. 1) |
| | | | D-CV | ✓ | 5/24/21--6/1/21 E-mail chain between George and EEOC attorneys (George Depo. Ex. 2) |
| | | 3/10 | D-CW | ✓ | 3/26/21 E-mail chain between George and EEOC attorneys (George Depo. Ex. 3) |
| | | | D-CX | | LDS Hiring Docs (Sugrue Depo. Ex. 2) |
| | | 3/9 | D-CY | ✓ | Gonzalez Hiring Docs (Sugrue Depo. Ex. 3) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| E.E.O.C. | | vs. | University of Miami | | CASE NO. 1:19-cv-23131 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | D-CZ | | Schrank Hiring Docs (Sugrue Depo. Ex. 4) |
| | | | D-DA | | Shadlen Hiring Docs (Sugrue Depo. Ex. 5) |
| | | | D-DB | | 7/7/09 E-mail chain between Dean Dixon and Dr. Frohock (Sugrue Depo. Ex. 6) |
| | | 3/9 | D-DC | ✓ | Koger Hiring Docs (Sugrue Depo. Ex. 7) |
| | | 3/9 | D-DD | ✓ | Uscinski Hiring Docs (Sugrue Depo. Ex. 8) |
| | | | D-DE | | February 2018 Faculty Salary Analysis (Birnbach Depo. Ex. 2) |
| | | 3/10 | D-DF | ✓ | 2011-2017 Pol. Sci. salary spreadsheet (Birnbach Depo. Ex. 6) |
| | | | D-DG | | Handwritten notes re: Pol. Sci. salaries (Birnbach Depo. Ex. 7) |
| | | | D-DH | | Handwritten notes re: meeting with Dr. West (Birnbach Depo. Ex. 8) |
| | | | D-DI | | Handwritten notes re: meeting with Dean Bachas (Birnbach Depo. Ex. 9) |
| | | | D-DJ | | 3/7/12 E-mail with attachments between Dr. Birnbach and Dean Bachas (Birnbach Depo. Ex. 10) |
| | | | D-DK | | 3/8/15 E-mail with attachments between Dr. Birnbach and Sapp (Birnbach Depo. Ex. 12) |
| | | 3/10 | D-DL | ✓ | 9/1/14 E-mail with attchment between Dean Bachas and Lewis (Bachas Depo. Ex. 4) |
| | | | D-DM | | 3/11/11 E-mail and attachment to Dr. Frohock (Bachas Depo. Ex. 10) |
| | | | D-DN | | 2/24/11 E-mail and attachment to Dr. Frohock (Bachas Depo. Ex. 11) |
| | | | D-DO | | 2/3/14 E-mail chain with Dean Bachas (Bachas Depo. Ex. 12) |
| | | | D-DP | | 3/23/11 E-mail and attachment from Dr. Frohock (Bachas Depo. Ex. 13) |
| | | | D-DQ | | 3/6/12 E-mail and attachment from Dr. West (Bachas Depo. Ex. 14; West Depo. Ex. 7) |
| | | | D-DR | | Dean Bachas Salary Binder docs. (Bachas Depo. Ex. 15) |
| | | 3/10 | D-DS | ✓ | 3/1/18 E-mail and attachment to Dean Bachas (Bachas Depo. Ex. 17) |
| | | | D-DT | | 3/2/18 E-mail chain with Dean Bachas (Bachas Depo. Ex. 18) |
| | | | D-DU | | 8/3/18 E-mail and attachment to Dean Bachas (Bachas Depo. Ex. 19) |
| | | | D-DV | | LDS Hiring Docs (West Depo. Ex. 2) |
| | | | D-DW | | Gonzalez Hiring Docs (West Depo. Ex. 3) |
| | | | D-DX | | Schrank Hiring Docs (West Depo. Ex. 4) |
| | | 3/8 | D-DY | ✓ | Shadlen Hiring Docs (West Depo. Ex. 5) |
| | | | D-DZ | | Dr. West 2013 salary recommendations (West Depo. Ex. 8) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| E.E.O.C. | | vs. | University of Miami | | CASE NO. 1:19-cv-23131 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | D-EA | | 3/10/14 E-mail and attachment from Dr. West (West Depo. Ex. 9) |
| | | | D-EB | | 3/10/14 E-mail and attachment from Dr. West (West Depo. Ex. 10) |
| | | | D-EC | | Spreadsheet from Dr. West (West Depo. Ex. 11) |
| | | | D-ED | | 3/14/16 E-mail and attachment from Dr. West (West Depo. Ex. 12) |
| | | | D-EE | | 3/24/17 E-mail and attachment from Dr. West (West Depo. Ex. 13) |
| | | | D-EF | | Pol. Sci. salary spreadsheets/documents (West Depo. Ex. 14) |
| | | | D-EG | | Pol. Sci. salary spreadsheets/documents (West Depo. Ex. 15) |
| | | | D-EH | | 5/16-17/17 E-mail chain between LDS and Dr. West (West Depo. Ex. 17) |
| | | | D-EI | | Dr. Koger CV (Koger Depo. Ex. 1) |
| | | | D-EJ | | Dr. Koger CV (Koger Depo. Ex. 2) |
| | | | D-EK | | Dr. Koger 2007 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 1) |
| | | | D-EL | | Dr. Koger 2008 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 2) |
| | | | D-EM | | Dr. Koger 2009 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 3) |
| | | | D-EN | | Dr. Koger 2010 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 4) |
| | | | D-EO | | Dr. Koger 2011 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 5) |
| | | | D-EP | | Dr. Koger 2012 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 6) |
| | | | D-EQ | | Dr. Koger 2013 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 7) |
| | | | D-ER | | Dr. Koger 2014 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 8) |
| | | | D-ES | | Dr. Koger 2015 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 9) |
| | | | D-ET | | Dr. Koger 2016 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 10) |
| | | | D-EU | | Dr. Koger 2017 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 11) |
| | | | D-EV | | Dr. Koger 2018 Annual Evaluation and Activity Report (Koger Sworn Dec. Ex. 12) |
| | | 3/8 | D-EW | ✓ | 7/23/19 Memorandum/correspondence to Dr. Koger (Koger Sworn Dec. Ex. 13) |
| | | 3/10 | D-EX | ✓ | Memoranda re: LDS Promotion to Assoc. Prof. and Tenure (Bachas Sworn Dec. Ex. 1) |
| | | 3/10 | D-EY | ✓ | Memoranda re: Koger Promotion to Assoc. Prof. and Tenure (Bachas Sworn Dec. Ex. 2) |
| | | | D-EZ | | Memoranda re: LDS Promotion to Full Prof. (Bachas Sworn Dec. Ex. 3) |
| | | | D-FA | | Memoranda re: Koger Promotion to Full Prof. (Bachas Sworn Dec. Ex. 4) |

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | E.E.O.C. vs. University of Miami — CASE NO. 1:19-cv-23131 |
| | | | D-FB | | 3/30/17 E-mail and attachment to Dean Bachas (Bachas Sworn Dec. Ex. 5) |
| | | | D-FC | | 8/29/18 E-mail and attachment to Dean Bachas (Bachas Sworn Dec. Ex. 6) |
| | | | D-FD | | Web of Science Citation Counts for Drs. Koger, Gonzalez and LDS (Bachas Sworn Dec. Ex. 7) |
| | | 3/10 | D-FE | ✓ | Google Scholar Citation Counts for Drs. Koger, Gonzalez and LDS (Bachas Sworn Dec. Ex. 8) |
| | | | D-FF | | Web of Science Citation Counts for Drs. Koger and LDS (Bachas Sworn Dec. Ex. 9) |
| | | | D-FG | | Google Scholar Citation Counts for Drs. Koger and LDS (Bachas Sworn Dec. Ex. 10) |
| | | 3/10 | D-FH | ✓ | Printout from US Department of State website re: Fulbright (Second Bachas Sworn Dec. Para. 10) |
| | | 3/10 | D-FI | ✓ | Composite: All LDS Annual Evaluations and Activity Reports |
| | | 3/10 | D-FJ | ✓ | Composite: All Koger Annual Evaluations and Activity Reports |
| | | | D-FK | | Composite: All Gonzalez Annual Evaluations and Activity Reports |
| | | | D-FL | | Composite: All CUPA Spreadsheets/salary data |
| | | | D-FM | | Composite: All LDS annual salary letters (including reappointment letters) |
| | | | D-FN | | Composite: All Koger annual salary letters (including reappointment letters) |
| | | | D-FO | | Composite: All Gonzalez annual salary letters (including reappointment letters) |
| | | | D-FP | | Summary: Chart/Spreadhseet tracking LDS salary over time |
| | | | D-FQ | | Summary: Chart/Spreadhseet tracking Koger salary over time |
| | | | D-FR | | Summary: Chart/Spreadhseet tracking Gonzalez salary over time |
| | | 3/9 | D-FS | ✓ | Summary: Chart/Spreadhseet comparing LDS, Koger and Gonzalez salaries over time |
| | | | D-FT | | Summary: Chart/Spreadsheet comparing Dept. of Pol. Sci. salaries over time |
| | | | D-FU | | Job advertisement/posting for position ultimately obtained by LDS |
| | | | D-FV | | Job advertisement/posting for position ultimately obtained by Koger |
| | | | D-FW | | Job advertisement/posting for position ultimately obtained by Gonzalez |
| | | 3/10 | D-FX | ✓ | Memoranda re: Gonzalez Promotion to Assoc. Prof. and Tenure |
| | | | D-FY | | Memoranda re: Gonzalez Promotion to Full Prof. |
| | | | D-FZ | | LDS Faculty Affairs File |
| | | | D-GA | | Koger Faculty Affairs File |
| | | | D-GB | | Gonzalez Faculty Affairs File |

Exhibits Def. ma offer if the need arises (cont'd until last exhibit)

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | E.E.O.C. VS. University of Miami — CASE NO. 1:19-cv-23131 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | D-GC | | LDS Department File |
| | | | D-GD | | Koger Department File |
| | | | D-GE | | Gonzalez Department File |
| | | | D-GF | | Birnbach File (Bates 5606-5624) |
| | | | D-GG | | Bachas Hard Copy Salary Documents (Bates 127288-127413) |
| | | | D-GH | | 6/14/18 Interview Notes with Dr. West (typed) (Bates 128064-128068) |
| | | | D-GI | | 6/27/18 Interview Notes with Dean Bachas (typed) (Bates 128069-128071) |
| | | | D-GJ | | Title VII/IX training materials (Bates 128072-128120) |
| | | 3/8 | D-GK | ✓ | Dr. Koger Career Assessment for Promotion/Tenure |
| | | 3/8 | D-GL | ✓ | Dr. Koger Career Assessment for Promotion to Full Professor |
| | | | D-GM | | 1994-2001 University of Miami Faculty Manual |
| | | | D-GN | | 2001-2002 University of Miami Faculty Manual |
| | | | D-GO | | 2001-2002 University of Miami Faculty Manual |
| | | | D-GP | | 2002-2003 University of Miami Faculty Manual |
| | | | D-GQ | | 2004-2005 University of Miami Faculty Manual |
| | | | D-GR | | 2006-2008 University of Miami Faculty Manual |
| | | | D-GS | | 2009-2010 University of Miami Faculty Manual |
| | | | D-GT | | 2011-2012 University of Miami Faculty Manual |
| | | | D-GU | | 2012-2013 University of Miami Faculty Manual |
| | | | D-GV | | 2013-2014 University of Miami Faculty Manual |
| | | | DGW | | 2014-2015 University of Miami Faculty Manual |
| | | | D-GX | | 2015-2016 University of Miami Faculty Manual |
| | | | D-GY | | 2016-2017 University of Miami Faculty Manual |
| | | | D-GZ | | 2017-2018 University of Miami Faculty Manual |
| | | | D-HA | | 2018-2019 University of Miami Faculty Manual |
| | | | D-HB | | 2018-2019 (Updated) University of Miami Faculty Manual |
| | | | D-HC | | 2019-2020 University of Miami Faculty Manual |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | E.E.O.C. vs. University of Miami — CASE NO. 1:19-cv-23131 |
| | | | D-HD | | Department of Political Science Bylaws |
| | | | D-HE | | UM Equal Employment Opportunity / Affirmative Action Policy (Bates 1713-1714) |
| | | | D-HF | | EEOC Responses to UM's First Set of Interrogatories |
| | | | D-HG | | EEOC Responses to UM's Second Set of Interrogatories |
| | | | D-HH | | LDS Responses to UM's First Set of Interrogatories |
| | | | D-HI | | LDS Responses to UM's Second Set of Interrogatories |
| | | | D-HJ | | EEOC Responses to UM's First Set of Requests for Admissions |
| | | | D-HK | | LDS Responses to UM's First Set of Requests for Admissions |
| | | | D-HL | | All documents produced during discovery in this case |
| | | | D-HM | | All deposition exhibits in this case |
| | | | D-HN | | All sworn declarations or affidavits submitted in this case |
| | | | D-HO | | All correspondence (including e-mails) between the parties and their counsel in this case |
| | | | D-HP | | All exhibits on Plaintiff's Exhibit List |
| | | | D-HQ | | All exhibits on Intervenor-Plaintiff's Exhibit List |
| | | | D-HR | | All documents necessary for cross-examination |
| | | | D-HS | | All documents necessary for rebuttal |
| | | | D-HT | | All documents necessary for impeachment |
| | | | D-HU | | Any demonstrative exhibits |
| | | | D-HV | | Any summary exhibits |
| | | | D-HW | | 2003-2004 University of Miami Faculty Manual (previously part of D-HL) |
| | | | D-HX | | 2005-2006 University of Miami Faculty Manual (previously part of D-HL) |
| | | | D-HY | | 2008-2009 University of Miami Faculty Manual (previously part of D-HL) |
| | | | D-HZ | | 2010-2011 University of Miami Faculty Manual (previously part of D-HL) |
| | | 3/10 | D-IA | ✓ | 3/1/22 Google Scholar Citations for LDS |
| | | 3/10 | D-IB | ✓ | 3/1/22 Google Scholar Citations for Koger |
| | | 3/10 | D-IC | ✓ | 3/1/22 Google Scholar Citations for Gonzalez |
| | | 3/10 | D-ID | ✓ | July/August 2009 correspondence re: Gonzalez retention offer (previously part of D-GB) |

Page 9 of 10 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| E.E.O.C. | | | vs. | University of Miami | CASE NO. 1:19-cv-23131 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 3/8 | D-IE | ✓ | 3/24/06 Letter to LDS from Frohock (previously part of D-GC) |
| | | 3/10 | D-IF | ✓ | Chart: CAS Faculty FYI9 Salary vs Years Since Degree by Rank (previously part of D-GG) |
| | | | D-IG | | David Jia vs. University of Miami, et al. Case - Westaway's Answer and Affirmative Defenses |
| | | | D-IH | | David Jia vs. University of Miami, et al. Case - Plaintiff's Witness List |

Page 10 of 10 Pages