We

hAVe

Reached

a

VERDICT.