**EXHIBIT**

1     2.4.2021     A.V.

# THE FACULTY MANUAL

UNIVERSITY OF MIAMI
CORAL GABLES, FLORIDA
FALL 1994

**EXHIBIT P-029**

UM/EEOC-D. SCHMICH - 125716

## CONTENTS

FOREWORD FROM THE PRESIDENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

FOREWORD FROM THE FACULTY SENATE . . . . . . . . . . . . . . . . . . . . . . . . . vii

PHILOSOPHY AND OBJECTIVES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . viii

FACULTY GOVERNMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    CHARTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Preamble . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Authority of the Faculty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    School Councils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    Authority of the Senate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    Composition of the Senate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    Officers of the Senate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    Committee on General Welfare . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    Actions by the Faculty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    Department Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Responsibilities of Administrative Officers . . . . . . . . . . . . . . . . . . . . . . 12

    Appointment and Retention of Administrative Officers . . . . . . . . . . . . . . 12

    Faculty Appointments, Merit Salary Increases, Promotions, and Tenure . . . . . . . . 14

    Committees of the University Faculty . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

    BYLAWS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

    Faculty-Administration Relationships . . . . . . . . . . . . . . . . . . . . . . . . . . 17

    Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

    Election and Voting Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

    Standing Committees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

        Academic Standards Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

        Administrative Services Committee . . . . . . . . . . . . . . . . . . . . . . . . . 21

        Athletics Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

        Budget and Compensation Committee . . . . . . . . . . . . . . . . . . . . . . . 22

        Facilities and Planning Committee . . . . . . . . . . . . . . . . . . . . . . . . . . 22

        General Education Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

        Library Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

        Professional Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

        Rank, Salary, and Conditions of Employment . . . . . . . . . . . . . . . . . . 23

        Student Affairs Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

        Tenure Review Board . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

        Women and Minorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

    Consultative Committees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

    Academic Organizational Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

    School of Continuing Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

    Graduate School of International Studies . . . . . . . . . . . . . . . . . . . . . . . . 27

ii

UM/EEOC-D. SCHMICH - 125717

FACULTY POLICIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
  Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
  Voting Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
  The Faculty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
  Appointments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
  Tenure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
  Academic Freedom . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
  Scholarly and Professional Qualifications of the Faculty . . . . . . . . . . . . . . . . . . . . 39
  Definitions for Procedures for Appointment, Reappointment, Promotion, and Award
    of Tenure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
  Initial Appointment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
  Review of the Faculty for Reappointment, Promotion, and the Award of Tenure . . . . 41
  Trustee Authority in Tenure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
  Termination of Appointment for Cause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  Salary and Method of Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
  Sabbatical Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
  Faculty Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

ETHICAL MATTERS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
  Statement on Professors and Political Activity . . . . . . . . . . . . . . . . . . . . . . . . . . 57
  Consulting and Compensation for Non-University Activities . . . . . . . . . . . . . . . . . . 57
  Conflict of Interest Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
  Personal Relationships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
  Nondiscrimination Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
  Communication with Trustees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

ACADEMIC MATTERS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
  Faculty-Produced Teaching Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
  Graduate Study by Faculty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
  Guest Speakers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
  Illness or other emergency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
  Leaves of Absence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
  Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
  Non-Classroom Duties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
  Overload and Special Arrangements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
  Personnel Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
  Resignation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
  Summer Teaching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
  Vacation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

RESEARCH AND SPONSORED PROGRAMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
  Research Coordination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
  Research Council . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
  Administration and Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

UM/EEOC-D. SCHMICH - 125718

Statement of Policy on Sponsored Programs ............................. 69
Statement on Freedom of Communication ............................... 74
Patent and Copyright Policy ......................................... 75

UNIVERSITY ADMINISTRATIVE STRUCTURE ........................... 80
Board of Trustees .................................................. 80
Office of the President .............................................. 80
Division of Academic Affairs ......................................... 80
Academic Deans' Policy Council ...................................... 80
Academic Deans' Administrative Council ................................ 80
Chairs of Academic Departments ..................................... 81

ACADEMIC REGULATIONS ......................................... 82
Academic Bulletins ................................................ 82
Attendance ....................................................... 82
Changes of Courses and Withdrawals .................................. 83
Class Periods ..................................................... 83
Class Rolls ....................................................... 83
Grade Reports .................................................... 83
Grading System ................................................... 83
Religious Holidays ................................................. 83
Classroom Assignment .............................................. 84
Class Schedules ................................................... 84

FACULTY-ADMINISTRATIVE COMMITTEES ........................... 85
Animal Care Committee ............................................. 85
Budget Advisory Committee .......................................... 85
Campus Sports and Recreation Advisory Committee ...................... 85
Long-Range Planning Committee ...................................... 85
Patent and Copyright Committee ..................................... 85
Student Publications Board .......................................... 86
Union Board of Governors ........................................... 87
Use of Human Subjects Committee .................................... 87
WVUM Advisory Board .............................................. 87

FACULTY-STUDENT RELATIONS ................................... 88
Counseling ....................................................... 88
Faculty Responsibilities in Student Activities ............................ 88
Faculty Roles in Student Volunteer Service ............................. 88
Non-Academic Discipline ............................................ 89
Honor Code ...................................................... 89
Ombudsperson Program ............................................. 89
Student Records ................................................... 90

UM/EEOC-D. SCHMICH - 125719

UNIVERSITY ADVANCEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
    Division of University Advancement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
    Alumni Association . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
    Citizens' Board . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
    University Volunteer Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
    Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
    Public Information Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

OTHER GENERAL MATTERS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Archives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Bookstore . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Communications Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Faculty Club . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Parking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    Post office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    Solicitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

INDEX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

9/1/94

UM/EEOC-D. SCHMICH - 125720

## FOREWORD FROM THE PRESIDENT

This newest edition of the University of Miami *Faculty Manual* includes a description of the University's governance and administrative structure, faculty rights and responsibilities, and procedural bylaws. It is the latest version of an evolving document that reflects the core academic values, policies and procedures of the University.

Since the last edition, the University has made several important changes in Charter and Bylaws, including significant restructuring of the Faculty Senate. Changes to the *Faculty Manual* are frequently considered, and this volume is revised as needed. A faculty member with a question or a concern about any part of the *Manual* should consult the chair of the department, the dean or the Faculty Senate.

Now well into my 14th year as the fourth president of the University of Miami, I am pleased especially to welcome the newest members of the faculty. You are joining not only a fine university but a special family of good people.

On behalf of the Board of Trustees, the faculty, and the entire University community, I extend to all faculty members a most cordial greeting as our 69th academic year begins.

Edward T. Foote II
President

9/1/94

vi

UM/EEOC-D. SCHMICH - 125721

## FOREWORD FROM THE FACULTY SENATE

The *Faculty Manual* is the essential reference for the faculty of the University of Miami. It embodies the policies and procedures that guide and govern our professional lives. It begins with the University's "four great obligations", to society, to our students, to the world of knowledge and to itself. It continues with the Faculty Government Charter, embodying the principles on which the authority of the faculty is established. The Charter may be amended only by the combined assent of the voting faculty, the President and the Trustees. The Bylaws serve to translate Charter provisions into practice, while Faculty Policies include all matters governing the appointment, reappointment, promotion and tenure of faculty. The final section of the Manual attempts to cover the myriad details that University faculty members, especially those newly recruited, need in order to communicate and function.

This edition of the Manual, the first since 1985, includes all Senate legislation through the academic year 1993-94, most notably a major overhaul of the way in which the Senate is administered, changes designed to increase its efficiency. We caution the user of the Manual that in the process of revision, errors or omissions may have been made. Clarification of passages and questions of interpretation should be sought from the Senate Office.

Finally, the Faculty Senate is the representative body of the faculty, empowered to regulate and monitor all aspects of academic life, from general matters of high endeavor to individual actions such as approving academic programs, representing the needs and aims of the faculty, negotiating conditions of employment, helping to establish and achieve university goals in student enrollment and quality, and supporting research and scholarship. Its role is defined by the Faculty Government Charter and its work is carried out by its officers, the Chair and Vice-Chairs, the Committee on General Welfare and the Faculty Senate, a democratically elected body representing the faculty of all Schools and Colleges. A network of Committees, many of them statutory, carry out the detailed functions of the Senate and report to that body on the state of the University and make recommendations for the future. The Senate maintains continuing contact, formal and informal, with the President, the Provost and other University officers, as well as with the Board of Trustees and its Committees. The Senate also acts to recognize outstanding achievements by members of the University in scholarship and service.

Many members of the faculty and the administration have contributed to updating this Faculty Manual. In particular the contributions of Professor John Knoblock, Professor Eugene Clasby and Mr. Paul Dee should be noted. To the faculty at large, the Senate reaffirms its dedication to serving the faculty, the students and the University. In turn, we invite your participation in our work for the advancement of this great institution and its ideals.

William J. Whelan
Chair, Faculty Senate 1991-93

Kamal Yacoub
Chair, Faculty Senate 1993-

9/1/94

vii

UM/EEOC-D. SCHMICH - 125722

## PHILOSOPHY AND OBJECTIVES

*In 1982 the Faculty Senate and the President approved the following Statement of Philosophy and Objectives:*

Universities as institutions are created by society; they are nurtured by society; their reason for being is service to society; and society will continue their existence only if their services are worth the costs entailed.

The University as an institution endeavors to meet four great obligations:

(1) **To Society**

To bring to bear on society's problems its knowledge, independent judgment, objective inquiry, free expression, scholarly approach, and rational argument.

To graduate mature and responsible men and women with broad education, special abilities in their respective professional fields, and with potential as thoughtful, informed citizens in a free, democratic, pluralistic and complex society.

(2) **To Its Students**

To use the most effective methods to nurture the learning process, and to instill the desire for lifelong learning.

To stimulate and encourage the identification of the values and judgments implicit in personal, institutional and social decisions.

To develop the whole person including: needed competencies, creative talents, and the will to become involved as citizens with self-developed commitments.

(3) **To the World of Knowledge**

To add to the fund of knowledge through investigation and research.

To organize, preserve, and evaluate existing knowledge.

To disseminate knowledge.

(4) **To Itself**

To maintain the freedom to explore all of the ideas of man free to question, argue, create, accept or reject.

To provide an exemplary environment and opportunities for every individual, regardless of race, creed, nationality or sex.

UM/EEOC-D. SCHMICH - 125723

UM/EEOC-D. SCHMICH - 125724

# FACULTY GOVERNMENT

*The revised Faculty Government Charter and Bylaws were approved by vote of the Faculty on June 15, 1967. Some revisions were approved by the Faculty Senate on September 27, 1965. The whole document was approved by the Board of Trustees on November 22, 1967. This edition includes subsequent revisions made through June 1994.*

## CHARTER

### A1  PREAMBLE

A1.1  A university is a community of scholars contributing, according to their individual talents and interests, to the transmission and advancement of knowledge. Because of its diversity of interests, a university is a complex organization, not quite like any other in its management, which requires the understanding and good faith of people dedicated to a common purpose. A university administration must seek wisely and diligently to advance the common effort, and the strength of a university is greatest when its faculty and administration join for the advancement of common objectives.

A1.2  Much of the existing faculty-administration relationship has been established through long experience and has the weight and good sense of academic form and tradition. Some of the traditions of the University of Miami are given expression and are extended in this document. Yet these and other common understandings have meaning only to the extent that they reflect the integrity and faith of the faculty and administration in the day-to-day accomplishment of their joint effort.

### A2  DEFINITIONS

A2.1  (a) The GENERAL FACULTY shall consist of the University Faculty and the Associated Faculty.

(b) The UNIVERSITY FACULTY shall consist of the President, the Executive Vice President and Provost, the academic deans, the Regular, Research, Librarian, and Educator Faculty.

(c) The REGULAR FACULTY shall consist of all faculty having tenured or tenure-earning appointments who hold the rank of Professor, Associate Professor, or Assistant Professor.

(d) The RESEARCH FACULTY shall consist of those faculty whose major function is to conduct research in the academic units of the University and who hold the rank of Research Professor, Research Associate Professor, or Research Assistant Professor. Research Faculty shall not hold tenured or tenure-earning appointments.

(e) The EDUCATOR FACULTY shall consist of those physicians who are in the clinical departments of the School of Medicine or nurses in the clinical programs of the School of Nursing with such titles as [rank] of Clinical [department], (e.g., Professor of Clinical Surgery or Professor of Clinical Nursing). These titles are granted to physicians and nurses who choose to concentrate on clinical performance and its use as a teaching tool. These faculty are full-time and, if salaried by the University, are subject to a ceiling. Educator Faculty shall not hold tenured or tenure-earning appointments.

1

UM/EEOC-D. SCHMICH - 125725

(f) The LIBRARIAN FACULTY shall consist of those faculty serving in the libraries of the University who hold the rank of Librarian Professor, Librarian Associate Professor, or Librarian Assistant Professor and who perform normal professional duties in the libraries, but are not required to undertake scholarly research. Regular Faculty in the Richter Library shall constitute a majority of the faculty.

(g) The ASSOCIATED FACULTY are all faculty with professorial titles prefixed by Clinical (e. g., Clinical Professor of Surgery), Adjunct, Visiting, and Affiliated, Lecturers, and Instructors. Additional titles for Associated Faculty may be created by a special Bylaw defining the title.

(h) The UNIVERSITY FACULTY OF EACH SCHOOL are the President, the Executive Vice-president and Provost, the Dean of the school, and the University Faculty holding appointments in the school.

A2.2  (a) The Regular Faculty are entitled to vote on all matters for which they are qualified by rank and tenure status.

(b) The Research and the Educator Faculty are entitled to vote on all matters for which they are qualified with the exception of appointment, reappointment, promotion, the award of tenure, evaluation of the chair or the dean, and ratification of amendments to the Faculty Government Charter.

(c) Librarian Faculty are entitled to vote on all matters for which they are qualified by rank and title, with the exception of reappointment, promotion and award of tenure of the Regular Faculty, evaluation of the chair or the dean, and ratification of amendments to the Faculty Government Charter.

(d) Members of the University Faculty may vote only once on a single question. Persons holding appointive administrative office may not vote on any matter that is subject to or may be reviewed by their office.

A2.3  (a) The School of Medicine, School of Nursing and the Rosenstiel School of Marine and Atmospheric Science may, by majority vote of its Tenured Regular Faculty, extend voting rights to Research Faculty in any or all of the following matters:

(1) Reappointment of Research Faculty of the same or lower rank;
(2) Promotion of Research Faculty of lower rank;
(3) Evaluation of the department chair; and
(4) Evaluation of the dean.

(b) Extensions of voting rights of Research Faculty apply only in that school. The Tenured Regular Faculty must vote annually to renew any extension.

(c) Voting rights of Research Faculty may not be extended to any matter pertaining to charter amendments, rights and privileges of the Tenured Regular Faculty, or to the reappointment, promotion or tenure of members of the Regular Faculty.

UM/EEOC-D. SCHMICH - 125726

A2.4  (a) The School of Medicine and the School of Nursing may, by majority vote of its Tenured Regular Faculty, extend voting rights to Educator Faculty in any or all of the following matters:

    (1) Reappointment of Educator Faculty of the same or lower rank;

    (2) Promotion of Educator Faculty of lower rank;

    (3) Evaluation of the department chair; and

    (4) Evaluation of the dean.

(b) Extensions of voting rights of Educator Faculty apply only in that school. The Tenured Regular Faculty must vote annually to renew any extension.

(c) Voting rights of Educator Faculty may not be extended to any matter pertaining to charter amendments, rights and privileges of the Tenured Regular Faculty, or to the reappointment, promotion or tenure of members of the Regular Faculty.

A2.5  (a) The term SCHOOL means a school or college of the University, including the Graduate School, having its own faculty, and academic program leading to a degree. The library shall have status equivalent to that of a school and its director shall be considered to be the dean.

(b) The term DEPARTMENT includes undepartmentalized schools and divisions of a school.

(c) The term PRESIDENT shall mean the President of the University or any person, committee or council authorized to act for the President in specified areas, except where the context clearly refers to the President as an individual.

(d) A GRADUATE DEGREE is any earned post-baccalaureate degree administered by the Graduate School.

(e) The term ELECTION shall mean, throughout, election by formal written ballot.

## A3  AUTHORITY OF THE FACULTY

A3.1  The University faculty is authorized to enact regulations and to formulate rules for the immediate government of the University in such matters as curriculum, scholastic standards, graduation and honors, approval of candidates for earned degrees, and examination and testing programs. The University faculty is authorized to share with the President in decisions regarding the future development of the University, including the institution of new schools, degrees, departments, curricula, and the like, and in the enactment of regulations and the formulation of rules for the immediate government of the University pertinent to: educational and research policy and general welfare; the future development of the University; environmental conditions; student conduct and activities; requirements for admission and exclusion of students; faculty appointment, retention, tenure and promotion; the University budget; the appointment and retention of administrative officers; faculty teaching loads; and the responsibilities and duties of faculty members. Normal procedures for decision-making in each of these matters shall be consistent with the differing functional responsibilities of the

UM/EEOC-D. SCHMICH - 125727

*Charter*

President and the University faculty. In order to exercise these responsibilities the University faculty is authorized to establish its own organization and rules of procedure. Under this authority the University faculty hereby establishes the Faculty Senate (hereinafter referred to as the Senate) as its legislative and executive agency.

A3.2 The following powers and duties are granted to the faculty of each school, except the Graduate School and the Library: to determine its requirements for admission and graduation; to determine the scholastic standards required of its students; to approve those of its students who qualify for degrees; to participate in the determination of teaching loads, responsibilities and duties of its members; to recommend to the appropriate authority action necessary to provide adequate instruction and supervision of its students; to participate in the appointment, retention, promotion, award of tenure, and merit salary increases of its members; to participate in the selection and retention of its administrative officers; to promote the educational and research policy and the general welfare of the school; to formulate plans for the future development of the school; and to delegate any of its powers and duties to the faculties of its several departments. These powers and duties are subject, however, to the authority of the Senate to determine policies that affect the general welfare of the University or that are necessary for the coordination of the various schools and, except when specifically delegated to the faculty, are also subject to the authority of the President. In order to exercise these responsibilities the faculty of each school is authorized to determine its own organization and rules of procedure. Under this authority the faculty of each school shall establish a Council as its executive agency.

A3.3 The following powers and duties are granted to the faculty of each department: to determine the graduation requirements for a major or minor in that department; to determine its curriculum and academic program, both undergraduate and graduate; to determine the scholastic standards required of its students; to determine which of its students have fulfilled the requirements for a major in that department; to exercise the additional powers necessary to provide adequate instruction and supervision of its students; to participate in the determination of the teaching loads, responsibilities and duties of its members; to participate in the appointment, retention, promotion, award of tenure, and merit salary increases of its members; to initiate budget recommendations; to promote the educational and research policy and the general welfare of the department; to formulate plans for the future development of the department; to nominate members of the department to the graduate faculty; to participate in the selection and retention of its administrative officers and to determine its own organization and rules of procedure. These powers and duties are subject, however, to the authority of the appropriate school faculty to determine policies that affect the general welfare of the school or that are necessary for the coordination of the several departments within the school, are subject also to the corresponding authority of the Senate, and, except when specifically delegated to the faculty, are subject also to the authority of the President.

4

UM/EEOC-D. SCHMICH - 125728

A3.4 The following powers and duties are granted to the graduate faculty: to determine the requirements for the admission and retention of graduate students; to approve those of its students who qualify for a graduate degree; to approve the requirements for graduate degrees; to determine which departments are qualified to give courses leading to graduate degrees; to recommend to the Board of Trustees the designation of graduate degrees; to determine the scholastic standards required of graduate students; to promote research and scholarship by members of the faculty; to promote the educational and research policy and the general welfare of the Graduate School; to formulate plans for the future development of the Graduate School; to determine its own membership following nomination by the department faculties; to participate in the selection and retention of its administrative officers. These powers and duties are subject, however, to the authority of the Senate to determine policies that affect the general welfare of the University or that are necessary for the coordination of the various schools and, except when specifically delegated to the faculty, are subject also to the authority of the President. In order to exercise these responsibilities the graduate faculty is authorized to determine its own organization and rules of procedure. Under this authority the graduate faculty shall establish a Council as its executive agency.

A3.5 The following powers and duties are granted to the faculty of the Library: to participate in the appointment, retention, promotion, award of tenure, and merit salary increases of its members; to participate in the selection and retention of its administrative officers; to promote the educational and research policy and the general welfare of the Library. These powers and duties are subject, however, to the authority of the Senate to determine policies that affect the general welfare of the University or that are necessary for the coordination of the various schools and, except when specifically delegated to the faculty, are subject also to the authority of the President. In order to exercise these responsibilities the faculty of the Library is authorized to determine its own organization and rules of procedure. Under this authority the faculty of the Library shall establish a Council as its executive agency.

## A4  SCHOOL COUNCILS

A4.1 The faculty of each school, including the Graduate School and the Library, shall establish a Council as its executive agency. The voting members of the faculty of each school shall elect from their members a Council which shall have the following duties and responsibilities: it shall act as the committee on academic planning, educational and research policy, and general welfare of the school; it shall elect all committees of the school faculty; it shall act as confidential counsel to the dean of the school in any matter submitted by the dean; it or its designee shall set the date and hour and prepare the agenda for all regular meetings of the school faculty; it shall include in the agenda any matter requested in writing by ten percent of the voting members of the school faculty; it may make recommendations to the school faculty concerning proposed actions; it may act for the school faculty, as authorized annually by the school faculty, and report such actions at the next meeting of the school faculty. The authority of the Council to elect committees of the school faculty in no way limits the authority of the dean to appoint *ad hoc* committees from the school faculty to advise the dean.

UM/EEOC-D. SCHMICH - 125729

A4.2 The School Council shall consist of at least three members, each serving for a three-year term, the terms to be staggered in order to provide continuity. The Council of a school containing a small number of faculty members may consist of all voting members of the school faculty. The dean of the school shall be the chair of the Council. Should a member of the Council resign or should a position for any other reason become vacant a successor shall be chosen by the remaining members of the Council to serve for the unexpired term.

## A5  AUTHORITY OF THE SENATE

A5.1 In the exercise of its prescribed powers and duties the Senate shall be guided by the principle that the primary concern of the Senate is the general welfare of the University and of the University faculty. In taking actions to promote this general welfare, the Senate shall consider the views of schools, departments or individuals whose interests may be affected by any proposed measure.

A5.2 The Senate may enact legislation pertaining to the autonomous authority of the University faculty or to the authority shared by the University faculty and the President. In matters delegated to the faculty of a school or a department, the legislative authority of the Senate is limited to the determination of policies that affect the general welfare of the University, or that are necessary for coordination, or to such other policies as are referred to it by an administrator.

A5.3 The Senate may create, modify or discharge any *ad hoc* committee of the University faculty and define its powers and duties. This in no way limits the authority of any administrator to appoint *ad hoc* advisory committees composed of faculty members.

A5.4 Whenever an official representative of the University faculty is needed for ceremonial purposes, the Chair of the Senate shall designate a person to act in that capacity. Whenever representation of the University faculty is needed for matters of University governance, the representative(s) shall be elected by the faculty in a manner to be determined by the Senate.

A5.5 The Senate shall act upon resolutions submitted by the faculty in an assembled meeting submitted by petition, or submitted by a committee of the University faculty. The Senate shall act upon recommendations or legislation initiated by the faculty of any school or department potentially affecting the general welfare of the University. The Senate may adopt resolutions in its own behalf and may enact and amend its own Bylaws. The Senate, with the approval of the President, is empowered to permit modification of any section of this charter insofar as it applies to a particular school, upon petition of the faculty of that school and the presentation of satisfactory evidence that the application of that section adversely affects the welfare of the school.

A5.6 Questions as to the classification of individual members of the University faculty as voting members of the faculty shall be resolved by the Senate. Each voting member of the faculty who is not a member of a school faculty shall be assigned by the Senate to a specified school.

9/1/94

UM/EEOC-D. SCHMICH - 125730

A5.7 The Senate is empowered to award through a Bylaw, with the approval of the President, some or all of the powers and duties assigned to department or school faculties to identifiable faculty groups not associated with a school. This Bylaw shall specify the powers and duties of the group, including its representation in the Senate and the level of its participation in the appointment and retention of its administrative officers and in the appointment, promotion, and award of tenure of its members.

A5.8 The Senate shall interpret, with the concurrence of the President, the Faculty Government Charter.

## A6   COMPOSITION OF THE SENATE

A6.1 The members of the Senate shall be voting members of the University faculty who are elected by the voting members of the University faculty in conformity with the following principles:

(a) The senators shall be democratically selected with care that small or minority groups are assured a voice in University affairs. To this end, larger, more heterogenous schools may adopt election procedures to ensure that senators are selected by groups who know them personally and are best able to evaluate their qualities.

(b) The Faculty Senate shall consist of 30-50 voting members. Each school with a faculty tenured in that school shall be allotted at least one senator. The remaining senators shall be apportioned such that the ratio of faculty per senator in any school shall increase with the size of the faculty of that school. The number of senators allotted and apportioned to any two schools shall be less than 50% of the total voting membership. The Senate shall adopt a Bylaw to implement these principles and shall apply this Bylaw annually to apportion itself. The Senate may through a special Bylaw provide representation to other academic units.

(c) Senators shall be elected for a three-year term, staggered so that one third of the senators are elected each year.

(d) Each senator shall be a representative of the University faculty as a whole as well as of a particular school.

(e) It shall be permissible for a school to reduce its representation in the Senate by a majority vote of the voting members of the school faculty.

(f) The President, the Executive Vice President and Provost, Vice Presidents, Vice Provosts, Deans, Associate Deans and Assistant Deans, and other equivalent officers, shall be excluded from serving in the Faculty Senate.

(g) Directors, Associate and Assistant Directors whose duties are primarily administrative shall also be excluded from serving in the Faculty Senate.

## A7   OFFICERS OF THE SENATE

A7.1 As prescribed in the Senate rules of procedure, the Senate shall elect a Chair and two Vice-Chairs. The Chair and the Vice-Chairs become members at large of the Senate

UM/EEOC-D. SCHMICH - 125731

during their terms as officers. Schools shall appoint an alternate to vote in the Senate during their terms of office. The Chair shall select and the University shall employ a person to serve as secretary to the Senate. The Chair may appoint, with the approval of the Senate, an Advisory Council to assist in the operations of the Senate and to advise on matters coming before the Senate.

A7.2  The Chair shall preside at all meetings of the Senate and of the Committee on General Welfare, and shall sign the official copies of all Senate actions. The Chair, after appropriate consultation: shall set the date and hour of all regular and special meetings of the Senate; shall prepare the agenda for Senate meetings and shall include in the agenda any resolution submitted by the University faculty in meeting assembled; shall include in the agenda any matter requested in writing by ten percent of the voting members of the University faculty; may include in the agenda any item requested in writing by an individual faculty member; may make recommendations to the Senate concerning proposed actions; and may act as a confidential consultant to individual faculty members or to the President. The Chair shall bring before the Senate, after a reasonable time for consideration, all matters duly referred to the Senate in accordance with Sections A5.2 and A5.5. The Chair shall not make any changes in presentations to the Senate unless authorized by the originating source, but the Chair may transmit recommendations and alternate proposals to that being presented.

A7.3  The Vice-Chairs shall report and explain to the Senate all pending actions. When the Chair is absent the First Vice-Chair shall act in the Chair's place.

A7.4  The Secretary to the Senate shall act as secretary for the Senate, the Advisory Council, and the Committee on General Welfare. The Secretary shall keep records and minutes and perform the additional duties elsewhere described.

A7.5  If during the summer a subject for Senate consideration and action is deemed by the President or by the Chair of the Senate to be of such importance that postponement of consideration until the first Senate meeting in the fall would be detrimental to the general welfare of the University, the Chair shall call a special meeting of the Senate. If a quorum is not attained at such a meeting, then the assembled senators may consider the matter. If the senators make any recommendation, it shall be made without dissenting vote. Any such recommendation must then be circulated to the Senate by all appropriate means and the membership polled. The recommendation becomes effective only if approved by a majority of the membership of the Senate.

A7.6  One senator, other than the Chair of the Senate, shall be selected by the Executive Committee of the Board of Trustees to act as liaison representative to that body.

## A8   COMMITTEE ON GENERAL WELFARE

A8.1  The sphere of interest of the Committee on General Welfare shall include general welfare, tenure, the academic freedom of faculty and of students, and faculty-administration relationships. The Committee shall be composed of the Chair, Vice Chairs, and one senator elected by the Senate from each school with faculty tenured in that school.

UM/EEOC-D. SCHMICH - 125732

A8.2 The Committee may informally advise the President on general educational policy; may, at its own discretion, informally discuss with a dean or other administrative officer alleged violations of good academic practices that are brought to its attention; shall collect and transmit the opinions of the faculty in the quadrennial review of deans and chairs; and shall perform such other duties as the Senate may assign it through a Bylaw.

## A9   ACTIONS BY THE FACULTY

A9.1 The voting members of a department faculty may extend partial voting privileges to full-time or part-time members of the department not previously designated as voting members. These voting privileges shall not include voting privileges in the school or University faculty, membership on the consultive committee for the appointment of a chair, or voting privileges on the reappointment of a chair.

A9.2 A quorum in a department shall consist of a majority of its voting members, including those members of the department to whom partial voting privileges have been extended. A proposed action by a department is effective only if passed by a majority of the voting members present at a meeting of the department. Such an action shall be effective at the time determined by the department unless, in the opinion of the department chair, the action potentially affects school or University policy or procedures. In this event, the chair of the department shall transmit the action to the dean and may also transmit an independent opinion in support of or in opposition to the action. The dean may request a reconsideration of the action by the department and may present an independent opinion in writing or in person. If, in the opinion of the dean, the action does not potentially affect school or University policy or procedures, the dean shall return a copy of the action, so designated, to the chair, and the action is thereby effective. If, in the opinion of the dean, the action potentially affects school or University policy or procedures, the dean shall transmit the action to the appropriate committee of the school or University faculty, or, if there is no appropriate committee, to the Council of the school or to Senate. The dean may also transmit an opinion in support of or in opposition to the action. If the dean neither acts within 14 days nor requests additional time for consideration, the department may transmit the action directly to the Council of the school or to the Senate.

A9.3 A proposed action by a school faculty is effective only if passed by a majority of the voting members present at a meeting of the school faculty or by a majority of members of an authorized committee. Such an action shall be effective at the time determined by the school faculty unless, in the opinion of the dean, the action potentially affects University policy or procedures. In this event, the dean shall transmit the action to the appropriate committee of the University faculty, or, if there is no appropriate committee, to the Committee on General Welfare. The dean may also transmit an opinion in support or opposition of the action. If the committee of reference finds that the action does not affect University policy or procedures, it will report this to the dean and the action will become effective. Otherwise, the committee of reference will take the action under review for consideration and decision.

UM/EEOC-D. SCHMICH - 125733

A9.4  An action proposed by a committee of the University faculty, whether originated by the committee or by the committee of a department or school, becomes effective only if passed by a majority vote. The chair of the committee shall transmit such an action, along with all written concurring and opposing opinions, to the Committee on General Welfare. The Committee on General Welfare shall either transmit the actions directly to the President and report its action to the next Senate meeting, or submit the actions to the Senate for consideration. If an action is transmitted to the President without Senate consideration, the President shall either approve the action, in which case it becomes effective, or refer the action to the Senate for consideration. In the latter case the President may present opinions on the matter to the Senate in writing or in person.

A9.5  A quorum of the Senate shall consist of a majority of its members. An action proposed by the Senate, whether originated by the Senate, by a committee of the University faculty, or otherwise, becomes effective only if passed by a majority of the members present at a meeting of the Senate. At the discretion of the chair, or upon request from the floor by one member, a Senate vote shall be by secret ballot. Actions passed by the Senate shall be classified by the Senate as follows:

Class A: Senate actions that amend or revise the Faculty Government Charter.

Class B: Senate actions of a legislative nature over which the faculty and the President have joint responsibility; or any Senate action whatsoever on matters submitted to it by the President; or the enactment of Bylaws that interpret this Charter.

Class C: Senate actions of a legislative nature over which the faculty normally has exclusive authority.

Class D: Actions of the Senate other than those of a legislative nature, including passage of resolutions, advice or recommendations, appointment of committees, reception of reports or information, and determination of Senate Bylaws.

A9.6  A Class D Senate action becomes effective upon adoption by the Senate. Such actions or a summary of them shall be duplicated by the Secretary and distributed to the faculty.

A9.7  Two official copies of a Class C Senate action shall be certified by the Chair and transmitted by the Secretary to the President. If the President approves, the President shall note an approval upon one copy and return it to the Secretary. If the President disapproves or requests modification of the action, the President may reclassify the action to a Class B action. If the President does not either approve or reclassify the action to a Class B action within 14 days of notification of the Senate action, nor request a reasonable extension of time for consideration, the action shall be deemed approved. The approved action shall be deemed effective and the action, or summary thereof, shall be duplicated by the Secretary and distributed to the faculty.

A9.8  Two official copies of a Class B action shall be prepared by the Secretary, certified by the Chair and transmitted by the Secretary to the President. If the President approves, the President shall note an approval upon one copy and return it to the

UM/EEOC-D. SCHMICH - 125734

Secretary. If the President disapproves or desires modification of the action, the President may request consideration by a Joint Referral Committee consisting of the Chair of the Senate, the Executive Vice President and Provost, two academic deans appointed by the Executive Vice President and Provost, and the two Vice-Chairs. If the Joint Referral Committee is unable to recommend modifications that resolve the differences and the President does not either disapprove or approve the Senate action within a reasonable length of time, not to exceed 60 days, nor formally request a necessary reasonable length of time for further consideration, the action shall be deemed approved. If the President disapproves the action, the President shall present, in person or in writing, the reasons for the disapproval. The Senate shall then reconsider its action, and if reaffirmed, attempt, with the President, to arrive at a mutually acceptable solution. If no mutually acceptable solution is arrived at within six months the matter may be referred by either the President or the Senate or both to the Board of Trustees for final action. Such final action shall be taken by the Board of Trustees within three months of referral, after an opportunity is provided for a representative of the Senate to present the Senate's position. The approved or final action shall be deemed effective and the action, or a summary thereof, shall be duplicated by the Secretary and distributed to the faculty.

A9.9 The procedure following adoption by the Senate of a Class A action shall be the same as for a Class B action, except that the action must be ratified by a majority of the voting faculty members of the University who vote and subsequently approved by the Board of Trustees.

## A10 DEPARTMENT STRUCTURE

A10.1 The diversity of size of the various academic departments, in their functions, in their traditions and in their stages of academic development precludes the existence of a uniform organizational structure for all departments. A department whose function is primarily teaching should be administered by a distinguished educator, and the administrative demands of this office should not be so great as to impair the administrator's continuing growth as an educator. A department whose function is both research and teaching should be administered by a distinguished scholar, and the demands of this office should not be so great as to impair the administrator's continuing growth as a scholar. A department, such as some departments in the School of Medicine, with clinical, research and teaching functions, should be administered by either a distinguished clinician or by a distinguished scholar, and the demands of this office should not be so great as to impair the administrator's continuing growth as a clinician or a scholar. As warranted by the size and responsibilities of the department, one or more members of the department, selected jointly by the chair and the voting members of the department, should assume primary responsibility for appropriate categories of department activities such as the undergraduate curriculum, the advisement of undergraduate students, the preparation of schedules and teaching assignments, graduate admissions, and research.

A10.2 With the approval of the Senate and the President, other plans for department structure may be activated. For example, a homogeneous department at a high level of academic development may be authorized to elect its chair and determine its own organization.

UM/EEOC-D. SCHMICH - 125735

## A11 RESPONSIBILITIES OF ADMINISTRATIVE OFFICERS

A11.1   The chair of a department is responsible to the dean of the school and to the faculty of the department for all matters relating to its educational, research and administrative affairs. In these matters the chair is the representative, through the dean, of the President and also of the department faculty and is responsible for the faithful observance by the department of the general policies of the school and of the University. The chair of a department shall prepare and transmit recommendations and actions of the department to the appropriate agencies and may also transmit independent recommendations on such matters. The chair shall continually evaluate the educational, research and administrative activities of the department and formulate plans for its future development. The chair is expected to provide progressive leadership for the development of the department and to press vigorously, but tactfully, for the improvement of its faculty and curriculum. The chair shall keep the dean informed on all department matters of concern to the school. The chair shall preside at meetings of the department faculty.

A11.2   The dean of a school is responsible to the President and to the faculty of the school for all matters relating to its educational, research and administrative affairs. In these matters the dean is the representative of the President and also of the faculty of the school and is responsible for faithful observance by the school of the general policies of the University. The dean shall transmit recommendations and actions initiated by faculties to the departments of the school or by the faculty of the school to the appropriate agencies; the dean may also transmit independent opinions on such matters. The dean shall continually evaluate the educational, research and administrative activities of the school and formulate plans for its future development. The dean is expected to provide progressive leadership for the development of the school and to press vigorously, but tactfully, for the continuous improvement of its faculty. The dean shall preside at meetings of the school faculty.

A11.3   The President of the University is responsible to the Board of Trustees and to the University faculty for all matters relating to its educational, research and administrative affairs. In these matters the President is the representative of the Board of Trustees and also of the faculty of the University and is responsible for faithful observance by the University of its general policies. The President shall continually evaluate the educational activities of the University and formulate plans for its future development. The President is expected to provide progressive leadership for the development of the University and to press vigorously, but tactfully, for its continuous improvement.

## A12 APPOINTMENT AND RETENTION OF ADMINISTRATIVE OFFICERS

A12.1   The following principles shall apply in establishing the authority and methods of appointment and reappointment of administrators: sufficient authority and continuity should be provided to permit vigorous leadership, but absolute authority should be withheld in order to prevent arbitrary or dictatorial administrative action; and the more proximate the administrator is to the faculty, the greater should be the degree of faculty participation in the administrator's selection and retention. To these ends, each

UM/EEOC-D. SCHMICH - 125736

administrator specified herein shall be appointed by an appointing authority, there shall be no limit to the number of possible reappointments, and appropriate faculty shall participate in the initial selection.

A12.2 The chair of each department, the dean of each school, the Executive Vice President and Provost, and the President shall be appointed after consultation as follows: the Consultative Committee for the appointment of a department chair (or the dean of an undepartmentalized school) shall consist of all voting members of the department (or school) faculty, except that by a vote of the faculty of a departmentalized school, a committee may be formed consisting of representatives of several related departments. The Consultative Committee for the appointment of the dean of a departmentalized school shall consist of two representatives from each department; one of these shall be the department chair and the other representative will be elected from and by the other members in that department. In the instance of the establishment of a new department or school the enabling legislation shall specify the initial Consultative Committee. The Consultative Committee for the Executive Vice President and Provost and for the President shall consist of the deans of all schools and the members of the Committee on General Welfare. The Consultative Committee shall initially be convened by the appointing agent and shall elect its own chair. Nominations may be made by the appointing agent and by members of the Consultative Committee. Supporting information on each seriously considered candidate shall be compiled and made available to the Consultative Committee, and an opportunity shall be provided for an interview with the Committee and for a vote by the Committee which shall be reported to the appointing agent in a manner specified in the Bylaws. Normally, consistent with the information provided by the Consultative Committee, but also exercising judgment relative to the effect of the appointment on the general welfare of the department, school, University and profession, the dean of the school shall appoint department chairs, the President shall appoint deans and the Executive Vice President and Provost, and the Board of Trustees shall appoint the President.

A12.3 At four-year intervals, (as initially determined by the Executive Vice President and Provost) the voting members of each school or college other than the dean, shall be afforded an opportunity to express their opinions as to whether the interests of their school or college, profession and the University would be best served by replacement or retention of its dean. The Secretary to the Senate shall initiate the vote and transmit the resulting information to the President and to the Executive Vice President and Provost. The process shall ensure the anonymity of each respondent.

A12.4 At four-year intervals, (as initially determined by the Executive Vice President and Provost) the voting members of each department, other than the department chairs, shall be afforded an opportunity to express their opinion as to whether the interests of their department, profession and the University would be best served by replacement or retention of its chair. The Secretary to the Senate shall initiate the vote and transmit the resulting information to the appointing agent and to the Executive Vice President and Provost. The process shall ensure the anonymity of each respondent.

UM/EEOC-D. SCHMICH - 125737

A12.5   The Committee on General Welfare is charged with the accumulation of such opinions and the reporting of summaries thereof to the appointing authority. If a decision is then made that is inconsistent with the expressed opinions of the consulted faculty, the appointing authority shall present a written explanation of this decision to the Committee on General Welfare for transmission to the consulted faculty.

A12.6   In addition, when deemed advisable by the appointing authority, or when deemed necessary by the Committee on General Welfare, the appropriate faculty shall be consulted on its opinion as to whether the interests of the department, school, University and profession would be best served by the retention or replacement of an administrator. The Committee on General Welfare shall not initiate such procedures, however, unless there is reported evidence of improper administrative practices which continued after consultation with the administrator involved.

## A13 FACULTY APPOINTMENTS, MERIT SALARY INCREASES, PROMOTIONS AND TENURE

A13.1   The primary responsibility in nomination for new appointments of the faculty that do not involve the immediate award of tenure rests with the chair of the department to which the appointment is made. Qualified members of the department faculty shall be consulted and the recommendations will ordinarily be made in conformity with the results of this consultation. At the discretion of the chair of the department, the responsibility for new appointments not involving the immediate award of tenure may be assigned to an appointed committee. Recommendations on appointments along with all supporting information shall be submitted by the chair to the Executive Vice President and Provost for decision, through the dean of the school. The dean of the school may also submit independent recommendations.

A13.2   When a new appointment that involves the immediate award of tenure is favorably considered by a department chair, or when it is time to consider the renewal of a non-tenured appointment to the faculty, or when it is time to consider the award of tenure to a faculty member, the following procedure shall apply. The tenured members of the department, equal or superior in rank to that of the candidate, shall vote on the matter. The vote shall be based on the scholarly and professional qualifications of the candidate as described in Section C7 of the Faculty Policies. The decision, including the numerical results of the vote, shall be transmitted through the dean of the school to the Executive Vice President and Provost for recommendation. The chair and the dean shall also transmit their recommendations. All actions regarding tenure shall be taken in accord with the stated tenure policy of the University.

A13.3   Each year the chair of each department shall recommend, based upon systematic evaluation, each member of the department for merit salary increases. The chair shall then transmit recommendations to the dean of the school who shall, in turn, append recommendations and transmit to the Executive Vice President and Provost. The dean of the school shall recommend the salary increase merited by each department chair. The Executive Vice President and Provost shall then make the final recommendations, taking into account the differing philosophies of the chairs and deans as manifested by their recommendations.

UM/EEOC-D. SCHMICH - 125738

*Charter*

A13.4   Any member of the faculty below the rank of Professor shall, upon written request, be considered for promotion as described in Section C10 of the Faculty Policies. The tenured members of the department who are superior in academic rank to that faculty member shall decide whether to recommend the promotion. In this decision they shall take into account the qualifications for the several academic ranks described in Section C7 of the Faculty Policies. Promotion shall be based upon possession of these qualifications and not upon length of service. The department chair shall transmit a recommendation for promotion to the dean of the school along with supporting evidence, and may also transmit opinions. The dean shall attach a final recommendation and any additional information, and transmit to the Executive Vice President and Provost for decision.

A13.5   It shall be the responsibility of each member of the faculty to maintain in the office of the department chair and in the office of the dean an active and current file containing all data pertinent to these decisions. The chair and the dean shall maintain these files in confidence, except as necessary for decisions on reappointment, tenure, or promotion or for review by the faculty committee on Rank, Salary and Conditions of Employment and the Tenure Review Board. The file in the office of the dean shall contain the annual recommendations of the faculty member's colleagues regarding promotion, the corresponding recommendations of the department chair and of the dean and the final decision; it shall also contain a continuing record of the faculty member's salary. This file should accompany the dean's recommendation when the faculty member's colleagues have recommended promotion or the award of tenure.

A13.6   A faculty member may appeal an unfavorable decision regarding rank or salary in writing to the President via the Committee on Rank, Salary and Conditions of Employment. The President shall then request justification from the Executive Vice President and Provost. The President shall personally decide the matter.

## A14 COMMITTEES OF THE UNIVERSITY FACULTY

A14.1   The Senate may create such standing committees of the University faculty as are deemed necessary. These committees, including a definition of their area of responsibility, shall be delineated in the Bylaws.

A14.2   The Chair of the Senate, after appropriate consultation, shall appoint all committees of the University faculty and shall name the committee chairs. The Chair shall report the membership of all committees to the Senate. Whenever possible, at least one member of the Senate shall be appointed to each committee. Matters within the sphere of interest of a committee may be referred to it by the faculty of a department or school or by the appropriate administrator. The committee shall act in accordance with existing policies of the University. A committee quorum shall consist of a majority of its members. The committee chair is entitled to cast a vote in committee decisions.

A14.3   Each committee of the University faculty shall define, more specifically, its sphere of interest, responsibility and authority and present such definitions for the approval of the Senate. Any committee may suggest to the Senate that it be separated into two or more subcommittees or that its size be increased or reduced. Any standing committee

UM/EEOC-D. SCHMICH - 125739

may itself appoint an *ad hoc* committee from the University faculty to study a specified topic within its sphere of interest and report to the standing committee.

A14.4   Before a committee acts, its chair shall inform all faculty and administrative agencies that the chair believes to have a direct interest in the matter under consideration and shall provide an opportunity for the presentation of their views. An adverse decision of a committee of the University faculty may be appealed in writing to the Senate by the person or persons affected.

UM/EEOC-D. SCHMICH - 125740

## BYLAWS

### B1   FACULTY-ADMINISTRATION RELATIONSHIPS

B1.1  These Bylaws and policy statements are intended to clarify the meaning of Section A3.1 of the Faculty Government Charter. Some of the guiding principles for interpreting this section and related Bylaws are:

(a) The attainment of academic excellence is a deliberate, slow process requiring the concerted effort of all elements of the University. New policies and changes in existing policies are most likely to be effective if they are instituted only after due consideration and recommendations from those most affected and most familiar with the problem. Ideally, if all those affected by a policy participated in its establishment, there should be a maximum effort devoted to the fulfillment of the goals of the policy.

(b) In a large, complex University innumerable policies are necessary, ranging from those that are highly significant to those that are relatively inconsequential, and excessive time and effort would be necessary to obtain full consideration of the entire spectrum of policies. The following is an attempt to spell out areas in which new policies, changes in policies, or decisions are most likely to have significant enough effects to justify formal consideration by existing representative bodies of the faculty.

(c) The desirability of having the University faculty "share in decisions" must be balanced against the need for keeping administrative officers free to provide progressive leadership, to carry out existing policies expeditiously, and to meet the day-by-day needs of the University. This balance can only be achieved by the faculty and administration harmoniously working together to understand each other's major concerns and needs and to establish precedents for the early recognition of areas significant enough to require "sharing in the decision."

B1.2  Procedures for decision making shall normally reflect the differing responsibilities of the President and other administrative officers and of the Senate and other formal faculty groups in the operation of the University. Some decisions (Category I) are made by individual faculty members or by formal or informal groups of faculty members without the necessity of referral to administrative officers or other faculty groups. Some decisions (Category II) are made by department or school faculties or by the Senate, but referral to an administrative officer is required prior to the making of the decision. Most university-wide academic decisions as well as those that directly affect the welfare of the faculty (Category III) are formally shared by the President and the Faculty Senate in that no policy in these matters will be established or disestablished without their formal agreement (or without resolution of continuing disagreement by the Board of Trustees). Some decisions (Category IV) are made by the President, but only after formal consultation with an appropriate faculty group; in some instances the appropriate faculty group is specified in the Faculty Government Charter. Finally, some decisions (Category V) are made by the President without the necessity for consultation with or referral to the Senate or other faculty group. When the President or the Senate or other formal faculty group believes, however, that the general welfare of the University warrants such action, each may initiate a Senate action on matters falling within any of the five categories.

UM/EEOC-D. SCHMICH - 125741

*Bylaws*

B1.3 Matters in Category I are generally characterized as those affecting relations between an individual or a single class of students with an individual faculty member or a group of faculty members teaching in a single course. These include such matters as class examinations and assignments, academic counseling, and the awarding of grades.

B1.4 Decisions over matters in Category II are made by well-defined groups of faculty members convened in formal meetings that include the presence of, or the referral to, an academic administrative officer to provide an opportunity for academic leadership. It is generally expected that decisions made on these matters by such faculty groups will prevail. These include curriculum matters, either University-wide or in existing departments or schools, such as: course content, level and prerequisites; requirements for and approval of candidates for degrees; requirements for honors; standards for academic probation; attendance requirements; and placement tests.

B1.5 Matters in Category III include the continuing and future academic development of the University, such as: the institution of new schools, departments, curricula or degrees, and the abolition, combination or subdivision of existing schools, departments, curricula, or degrees (including other kinds of formal University academic organizations such as Centers or Institutes); the University's educational and research policies; the general welfare of the faculty, such as retirement, tenure, insurance, sabbaticals, tuition benefits, graduate study, teaching loads, responsibilities and duties of faculty members, including non-classroom and non-university related activities; academically related services, such as the library, computing center, and student assistance; student conduct and activities, such as academic and personal freedom, dismissal of scheduled classes, organizations, intercollegiate activities, and publications; and requirements for admission and exclusion of students.

B1.6 Matters in Category IV, for which the consultative faculty group is specified in the Faculty Government Charter, include faculty appointments, retention, tenure and promotion; and the appointment and retention of academic administrative officers. For a newly established department, institute or school, appropriate consultative faculty groups for this purpose shall be selected from related existing departments. Additional matters in Category IV for which appropriate consultative faculty groups shall be selected include the planning of components for the academic physical plant and the establishment of goals for University fund drives.

B1.7 Matters in Category V include the implementation and execution of existing policies; the establishment of the University budget; environmental conditions of a non-academic nature, such as housing, food services, health services, placement services, parking, and maintenance; the physical development of the University, such as the planning of non-academic units and the construction of all components of the physical plant; and the financial development of the University, such as the investment of general funds and endowment.

## B2   MEETINGS

B2.1 Meetings of the faculty of a school shall be held at least once each semester. The Senate and School Councils shall meet at least once a month during the academic year.

UM/EEOC-D. SCHMICH - 125742

B2.2 Regular meetings of the Senate shall be open to all members of the University faculty.

B2.3 The President and the Executive Vice President and Provost shall be considered *ex officio* members of the Senate with floor privileges, without vote and ineligible to hold office in the Senate. The President shall be invited to address the Senate at the opening of each Senate meeting, to inform the Senate about future plans and to discuss any other matter.

B2.4 One student selected by the Graduate Student Association, one student selected by the Student Bar Association, and two students selected by the Undergraduate Student Body Government shall have full speaking privileges and the right to make motions from the floor of the Senate, but shall have no voting rights.

B2.5 The President and the Executive Vice President and Provost shall be invited to an informal session just prior to each regular meeting of the Senate to discuss items on the Senate agenda and proposals that the administration desires the Senate to consider.

B2.6 At the discretion of the Chair, or at the request of the Committee on General Welfare, or upon petition of five or more senators, or upon a privileged motion supported by ten or more senators, the Chair shall call a caucus session of the Senate which only duly elected senators may attend. Such a session shall not interfere with a regularly scheduled meeting of the Senate nor shall any Senate action be taken therein.

B2.7 The Chair of the Senate, after appropriate consultation, shall appoint the standing and *ad hoc* committees of the University faculty and their chairs. The Chair shall report the membership of all committees to the Senate. Whenever possible, at least one member of the Senate shall be appointed to each committee.

## B3 ELECTION AND VOTING PROCEDURES

B3.1 Each voting member of the University faculty who is willing to serve in the Faculty Senate or on the Council of the appropriate school shall indicate this in writing to the Secretary of the Senate by December 1 of each academic year. With the consent of the Senate, schools may through a school bylaw provide for alternative methods of nominating and electing their representatives to the Senate.

B3.2 The Senate shall generally determine the voting faculty of the University, from a list provided by the President that shall include all full-time members of the regular, research, educator or library faculty holding the rank of professor, associate professor, or assistant professor.

B3.3 From the data available on November 15 of each year the Chair shall recommend, and the Senate approve, an apportionment of senators such that a school with faculty tenured in that school shall receive N senators if its voting faculty is equal to or exceeds the value of a constant P times the sum of the sequence two plus three plus four . . . up to N, i. e., $Fn \geq [2+3+4+ . . .N] \times P$. The value of the constant P shall be selected each year by the Senate upon recommendation of the Chair such that the Senate shall consist of 30-50 voting members. In any apportionment, the Graduate School shall have exactly two senators.

UM/EEOC-D. SCHMICH - 125743

*Bylaws*

B3.4  (a) On January 15 of each year, the continuing members of the Council of each school shall constitute themselves as an Election Commission to elect Council members and to elect representatives to the Senate. The Election Commission shall elect from its membership a chair.

(b) On February 1 of each year, the Secretary of the Senate shall inform the Councils of the number of senators to be elected from their schools.

(c) Election procedures shall provide for the allocation of senators and members of Councils to departments or groups of departments and for nomination and election of senators and members of the Council by and within such units.

(d) Each school shall adopt appropriate procedures to elect at least one alternate who may represent the school in Senate meetings in the absence of a regular member.

(e) The Senate must be informed of the procedures established in each school so that nomination ballots can be properly prepared.

(f) The Senate shall also transmit to the Council of each school following the general procedures a sufficient number of nomination ballots, listing all eligible members of the faculty who have indicated their willingness to serve in the Senate or on the Council of their school.

(g) Nominations and elections shall be by secret written ballot.

B3.5  (a) Each voting member of the faculty may nominate from the fellow members twice the number to be elected, and that same number who have been most frequently nominated shall stand for election.

(b) Each voting member of the faculty of the school shall then vote for the number of members to be elected for each post and those obtaining the largest number of votes shall be deemed elected.

(c) Tie votes for the last elected position shall be decided by the Election Commission.

(d) The Election Commission of each school shall certify in writing the numerical results of the election to the Secretary of the Senate and the dean of the school.

B3.6  At the March meeting of the Senate, a Nominating Committee for the Chair and the Vice Chairs shall be formed, elected by the Senate or appointed by the Chair, as determined by vote of the Senate.

B3.7  Should a senator resign or should a senator's position for any other reason become vacant, a successor shall be chosen by an election for the remainder of the term. The School Council may appoint a temporary replacement until this election is completed. Should a senator be inexcusably absent from three successive meetings of the Senate, the position shall be declared vacant and a successor shall be appointed by the above procedure. The Chair of the Senate shall classify all such absences.

B3.11  Chairs, deans and the other levels in the tenure evaluation process should provide to the decision-making authority written justification of their recommendations.

UM/EEOC-D. SCHMICH - 125744

*Bylaws*

## B4   STANDING COMMITTEES

B4.1  The following are the standing committees of the University faculty. The area of responsibility defining its potential sphere of interest is indicated for each committee.

B4.2  The ACADEMIC STANDARDS COMMITTEE deals with all matters relating to scholastic standards, especially the admission and retention of students, academic probation and dismissal, and graduation honors. The committee shall propose policies on academic standards and monitor compliance with them. It shall report each year to the Senate. The chair of this committee shall act as liaison to the Academic Deans' Administrative Council and the Chair of the Academic Deans' Administrative Council shall be an *ex officio* non-voting member of the Academic Standards Committee. Recommendations from this committee shall be submitted to the Faculty Senate.

B4.3  The ADMINISTRATIVE SERVICES COMMITTEE monitors and reviews, either on its own, upon request by the Chair of the Senate, or upon request of a faculty member, the administrative services of the University (e.g., purchasing, research accounting, personnel affairs, telephone, computer services, bookstore, library, employee benefits, and maintenance of physical plant facilities). One of the committee's goals shall be to improve the efficiency of administrative services. In order to avoid lengthy delays, the chair of the committee may deal directly with the Office of the Executive Vice President and Provost on procedural matters. The chair shall report all requests and initiatives to the Chair of the Faculty Senate, together with such recommendations for action as are deemed appropriate.

B4.4  The ATHLETICS COMMITTEE reviews and reports to the Senate on matters dealing with intercollegiate athletic programs and affiliations, and intramural sports.

B4.5  The BUDGET AND COMPENSATION COMMITTEE represents the faculty in the development of the annual budget of the University. It shall assess University needs, analyze University resources, and on the basis of these, shall present to the Senate each fall a proposal for changes in the next annual budget. The scope of its activities shall include recommendations for faculty salary increases and fringe benefits, including group insurance programs, retirement, tuition benefits and other benefits that are part of the compensation of the faculty, based upon its evaluation of economic and market conditions and faculty needs. On the basis of Senate action, it shall develop and present to the administration faculty views concerning budgetary matters. The chair or co-chairs of the committee will act as liaison representative(s) to the University Budget Committee.

UM/EEOC-D. SCHMICH - 125745

*Bylaws*

B4.6   The FACILITIES AND PLANNING COMMITTEE reviews with the administration all aspects of master planning, erection or renovation of facilities, landscape alteration and aesthetic enhancement on the several campuses of the University, and makes such recommendations as may be appropriate. The committee shall report on a regular basis to the Senate and shall submit an annual report of its activities.

B4.7   The GENERAL EDUCATION COMMITTEE sets standards for the exemption of required courses and for the certification of courses and course sections that will satisfy the various requirements. It also reviews and certifies the specific courses and course sections that will satisfy the various requirements. The membership shall include at least one representative from each undergraduate school. Members of the committee shall serve staggered three-year terms. The committee shall make an annual report to the Faculty Senate. At least every five years the committee shall conduct a review of the General Education Requirements and recommend to the Senate whatever changes may be appropriate.

B4.8   The LIBRARY COMMITTEE makes recommendations to the Director of Libraries concerning matters of policy on the allocation of book funds, on the use of the Library and its resources, and on the development of the research and teaching role of the Library. The committee shall consist of eight faculty members and a representative from Student Government and from the Graduate Student Association. The Director of Libraries shall be an *ex officio*, non-voting member of the committee.

B4.9   The COMMITTEE ON PROFESSIONAL CONDUCT consists of a panel of five senior tenured faculty members elected annually by the Faculty Senate. The committee for a particular case shall consist of three senior tenured faculty members selected by the Chair of the Senate from the panel. Matters involving the professional conduct of faculty members may be brought before this committee by a complainant, (a faculty member, a director of an academic program, an academic dean, the Executive Vice President and Provost, or the President) after all reasonable efforts to reach an informal settlement at the department or school level have failed. Those who bring matters of professional conduct to the committee shall provide the committee with a written statement of specific charges. If the committee decides that the charges warrant further inquiry, a copy of the charges shall be forwarded to the faculty member concerned and hearings shall be held. At the hearing the faculty member shall have the right to academic counsel and the right to hear all evidence presented to the committee. As a result of its deliberations, the committee shall inform the faculty member and the President of the opinion of the committee as to whether or not the faculty member's conduct conforms to acceptable professional standards. If the matter cannot be resolved at this point, the committee may recommend to the Faculty Senate a specific sanction of censure. If the committee recommends that procedures for dismissal be initiated, it shall transmit this recommendation to the President for further consideration and action. If the committee recommends sanctions short of dismissal, except for censure, such recommendations will be transmitted to the President who may impose that sanction or a lesser sanction or forward the matter to the Hearing Committee provided for in Section C12 of the Faculty Policies. The period from receipt of a complaint through final recommendation by the committee shall not exceed 30 academic working days, unless an extension of fifteen academic working days is requested of and approved by the President.

UM/EEOC-D. SCHMICH - 125746

*Bylaws*

**B4.10** The COMMITTEE ON RANK, SALARY, AND CONDITIONS OF EMPLOYMENT shall: (1) upon appeal by member of the faculty from an unfavorable decision on promotion or salary, certify to the President whether or not, in its opinion, an unjust decision has been made; (2) report to the Committee on General Welfare any evidence of gross injustice or favoritism; (3) recommend to the Senate legislation on these matters. The committee will not participate in the annual decisions on promotions or merit salary increases. The committee will report to the Senate each year. The Chair of the Senate shall insure that, over a period of time, the membership of the committee reflects the social and professional spectrum of the faculty.

The committee shall, upon the request of a faculty member or the President, hear faculty-administrative problems relating to a faculty member's rights and duties under an employment contract. The committee's jurisdiction shall include the powers to hear and to recommend to the Senate and to advise the President. The committee shall have the power after argument on a request to assume jurisdiction, or to refuse jurisdiction when the petition's resolution is not significant to the general welfare of the University or to the professional career of the affected faculty member.

The procedures the committee follows shall be written and public, and shall include the following requirements:

(a) the committee's jurisdiction may only be invoked upon a written, factual request;

(b) any petitioner may be represented by academic counsel;

(c) the committee, or one of its members, shall take the responsibility of developing the facts of the situation;

(d) any person affected by the situation may be given an opportunity to make an oral or written statement to the entire committee;

(e) the committee shall receive relevant oral or written statements upon the request of any petitioner; and

(f) the basis of the adverse administrative decision shall be made known to petitioners so that they can fairly present their position to the committee.

**B4.11** The STUDENT AFFAIRS COMMITTEE deals with student conduct and activities, including: social, service and religious organizations; student government; intramurals; student publications; student services; student orientation; and Honor Courts. In addition, the committee shall receive and act upon appeals from decisions affecting student academic status. It shall consist of one faculty member from each undergraduate school, and one *ex-officio* student representative. A majority of the committee's voting membership shall constitute a quorum, and decisions of the committee on appeals shall be by a majority of those present. In addition to appeals by individual students the committee shall act upon an appeal for an interpretation of matters within its sphere of interest by a member of the faculty or administration. The committee shall report its actions to the Executive Vice President and Provost, who shall in turn report his actions to the appellant(s), to interested persons, and to the committee. A member of the committee shall act as liaison with Student Government.

UM/EEOC-D. SCHMICH - 125747

B4.12 The TENURE REVIEW BOARD shall: (1) upon request by a member of the faculty within 30 days from receipt of notice of a denial of tenure award by the Executive Vice President and Provost certify to the President within 30 days of the request whether or not in its opinion an unjust decision has been made, and provide written reasons for such opinion whether for or against the award of tenure based upon criteria and requirements of the Faculty Manual and upon the proposition that tenure is to be granted on the basis of the professional qualifications described in Section C7 of the Faculty Policies and is not to be limited by artificial restrictions such as quotas in its deliberations; (2) determine the rules and procedures for such hearings; (3) report to the Committee on General Welfare any evidence of gross injustice in matters pertaining to the award or denial of tenure; (4) recommend to the Senate legislation on matters pertaining to tenure; and (5) submit an annual report of its activities to the Senate. The Committee shall forward to the Chair of the Faculty Senate a copy of its recommendation to the President. The President shall communicate his decision on each recommendation to the faculty member concerned, to the chair of the committee and to the Chair of the Faculty Senate.

B4.13 The COMMITTEE ON WOMEN AND MINORITIES reviews the conditions of employment and academic opportunities of female and minority faculty members, including recruitment and hiring practices, teaching responsibilities, research opportunities, promotion, tenure and appointment to significant administrative posts and committees. The committee is concerned with any general problems affecting female or minority faculty. Individual grievances are to be referred to the appropriate committees or administrative offices. If an individual complaint reveals a more general problem, the committee will recommend appropriate action or legislation to the Faculty Senate. The committee will be composed of male and female faculty members, including representatives from each of the major faculty minority groups.

## B5   CONSULTATIVE COMMITTEES

B5.1 Consultative Committees shall vote on the nominees by each committee member indicating the order of preference, if there is more than one nominee, and the disapproval of individual nominees. The numerical results of each member's ordered preferences, recorded anonymously, shall be reported to the appointing agent.

B5.2 The Graduate School shall be considered a departmentalized school for the purposes of appointment and retention of administrative officers, and the regular Consultative Committee shall be the chairs of all departments offering graduate degrees.

B5.3 When a regular Consultative Committee is considered too large, a standing Sub-Committee of appropriate size may be elected by the regular Consultative Committee to carry out the major duties for the Consultative Committee. The sub-committee may either be instructed to report back to the entire Consultative Committee where the formal vote will be taken, or it may be empowered to vote directly for the Consultative Committee.

UM/EEOC-D. SCHMICH - 125748

## B6 ACADEMIC ORGANIZATIONAL STRUCTURE

B6.1 A COLLEGE is a departmentalized instructional and research unit of the University offering two or more Bachelor's degrees, and one or more different first level professional or graduate degrees, under the primary authority and responsibility of a designated tenured and tenure-track faculty that meets on a regular basis.

B6.2 A SCHOOL is an instructional and research unit of the University offering curricula leading to a Bachelor's degree, or professional or specialized graduate degrees, under the primary authority and responsibility of a designated tenured and tenure-track faculty that meets on a regular basis.

B6.3 A DEPARTMENT is a component of a school or college offering instruction and conducting research, in a defined subject matter area or major, under the primary authority and responsibility of a designated tenured and tenure-track faculty that meets on a regular basis.

B6.4 An INTERDISCIPLINARY PROGRAM is a specified group of courses offered by the faculties of two or more departments or undepartmentalized schools. Tenure may not be granted within or by an Interdisciplinary Program. The Program curriculum shall consist primarily of courses offered under the authority of the faculty of the cooperating units. The Program may offer a small independent core of courses that are not in conflict with existing course offerings and are inappropriate for cross-listing. and are required of all students in the Program. All students in the Program shall be enrolled in one of the cooperating departments or undepartmentalized schools.

B6.5 An INDEPENDENT CENTER is a unit established primarily to coordinate and promote multidisciplinary research in an area specified in its charter. Tenure may not be granted within or by an Independent Center. The creation of an Independent Center and its charter shall be approved by the Academic Deans' Policy Council, the Faculty Senate, the President and the Board of Trustees upon recommendations from the faculties of the cooperating departments or undepartmentalized schools. A copy of the charter, and amendments thereto, shall be maintained in the files of the Faculty Senate.

B6.6 An INSTITUTE or SPONSORED CENTER is a unit established within and by approval of the faculty of a single department, school or college to coordinate and promote research, instruction, conferences, seminars, workshops, etc., within a specified area. Tenure may not be granted within or by an Institute or Sponsored Center. The sponsoring unit faculty shall establish the operating rules, a copy of which shall be placed in the Faculty Senate files. The Faculty Senate and the President shall approve the name of the Institute or Sponsored Center.

B6.7 An OFFICE or SERVICE is a unit established to provide support for the instructional and research activities of departments, schools, colleges, institutes and centers. After December 31, 1983, all tenured faculty members assigned duties in an Office or Service shall have tenure in an academic department or undepartmentalized school.

UM/EEOC-D. SCHMICH - 125749

B6.8 TITLES AND AFFILIATION OF TENURED FACULTY. Primary appointments and titles (e.g., Professor of [Department]) shall be made only in departments or undepartmentalized schools, and voting for promotion and tenure shall be by the tenured faculty of the primary department or undepartmentalized school. Joint or secondary appointments and titles may be in another department, undepartmentalized school, program, center or institute upon nomination by the appropriate faculty.

B6.9 ADMINISTRATION AND LEVELS OF AUTONOMY. A college or school shall be administered by a dean who is responsible to the President (see Section A11.2 of the Faculty Government Charter), via the Executive Vice President and Provost. A department shall be administered by a chair who is responsible to the dean. A program in a school or college shall be administered by a director who is responsible to the dean. An institute or sponsored center shall be administered by a director who is responsible to the administration of the sponsoring unit. An independent center shall be administered by a director who is responsible to the Executive Vice President and Provost.

## B7 SCHOOL OF CONTINUING STUDIES

B7.1 The following POWERS AND DUTIES are granted to the faculty of the School of Continuing Studies: to determine its academic program; to participate in the determination of the responsibilities and duties of its members; to initiate budget recommendations; to promote the educational, service and research policy and the general welfare of the School. These powers and duties are subject however, to the corresponding authority of the Senate and to the authority of the President.

B7.2 The School shall have a SCHOOL COUNCIL elected from and by the members of its faculty. The authority of the council and its organization shall be in compliance with Sections A4.1 and A4.2 of the Faculty Government Charter.

B7.3 APPOINTMENTS to the School's faculty shall be by means of one-year, renewable, secondary appointments. Full-time faculty members from other schools or colleges may be nominated for a secondary appointment in the School by their departments, or the Dean of the School of Continuing Studies. Nominations are considered by the nominee's department, chair, and dean. After recommendation from the School Council of the School of Continuing Studies, the Dean of the School of Continuing Studies extends the School's secondary appointments to faculty members. Secondary appointments are made at the same academic rank as the faculty member's regular appointment. The Dean may renew secondary appointments to the School upon recommendations from those members of the School Council equal or superior in rank to the candidate.

B7.4 FACULTY REPRESENTATION from the School shall be one member on the Faculty Senate. The senator shall be elected by the School Council.

UM/EEOC-D. SCHMICH - 125750

*Bylaws*

## B8   GRADUATE SCHOOL OF INTERNATIONAL STUDIES

B8.1   The GRADUATE SCHOOL OF INTERNATIONAL STUDIES is established to develop, coordinate and extend University of Miami endeavors in research, instruction, and other academic activities in this area. In order to carry out these functions, the School may award graduate degrees and establish affiliated centers and institutes in accordance with the appropriate University procedures.

B8.2   The Graduate School of International Studies is authorized to APPOINT FACULTY TO TENURED AND TENURE-EARNING POSITIONS in the School to provide a nucleus of scholarship and leadership for its research and teaching activities. The number of such appointments shall not exceed the total number of full-time-equivalent faculty funded by the Graduate School of International Studies and tenured or holding tenure-earning positions in participating departments. The appointment, promotion and tenure of faculty in the Graduate School of International Studies shall follow all the provisions of the Faculty Government Charter and Bylaws, except as herein modified.

B8.3   PARTICIPATING FACULTY are members of the faculty tenured and holding tenure-earning appointments in other schools whose professional and scholarly activities are consonant with the mission of the Graduate School of International Studies and who, with the concurring vote of their home department, have been invited by the Dean, upon recommendation by the School Council, to work in the School. Invitations are issued each year and are automatically renewed unless the faculty member resigns or the Dean, upon recommendation of the School Council, withdraws the invitation after having given notice of one year to the member of the faculty.

B8.4   VISITING, RESEARCH AND OTHER NON-TENURE EARNING FACULTY APPOINTMENTS shall be proposed by the Dean after consultation with the School Council and the faculty of units with expertise in the area of specialization.

B8.5   The VOTING FACULTY of the Graduate School of International Studies shall consist of the regular faculty of the School and all participating faculty. On the award of tenure in the school, voting is limited to those tenured voting faculty equal or superior in rank to the candidate. On promotion, voting is limited to those voting faculty superior in rank to the candidate.

B8.6   The CONSULTATIVE COMMITTEE for regular faculty appointments in the Graduate School of International Studies consists of the voting faculty of the School. Before making any recommendation to the Dean on a candidate for appointment, the Consultative Committee shall request, and the department cognate with their discipline shall provide, a written statement, which should be included in the file of the candidate, regarding the academic and professional qualifications of the candidate.

B8.7   The SCHOOL COUNCIL shall be elected by and from those faculty holding voting rights in Graduate School of International Studies. Its membership shall include at least two members of the regular faculty of the School and at least one member from each of the cooperating departments or undepartmentalized schools. The School Council shall provide all student advisory, candidate examination, thesis and dissertation committees.

UM/EEOC-D. SCHMICH - 125751

*Bylaws*

In addition to the duties and responsibilities assigned in these Bylaws, the School Council shall have the duties, responsibilities, and term of office provided for School Councils in Section A4 of the Faculty Government Charter.

B8.8 The DEAN shall have a regular appointment in the Graduate School of International Studies. The responsibilities of the Dean shall be as provided under University policies and procedures including Section A11.2 of the Faculty Government Charter. The Dean shall be a member of the Academic Deans' Policy Council. The consultative committee for the appointment of the Dean shall consist of the School Council.

B8.9 The SCHOOL COUNCIL shall elect by and from its membership a REPRESENTATIVE TO THE SENATE who shall serve a two year term as a non-voting member, with floor privileges.

B8.10 The VOTING FACULTY of the school shall determine the CURRICULUM AND DEGREE REQUIREMENTS. The curriculum shall consist primarily of courses offered by or cross listed with the cooperating departments and undepartmentalized schools. In addition, the Graduate School of International Studies may offer a core group of interdisciplinary courses that are not in conflict with existing course offerings and are inappropriate for cross listing. Such courses shall be subject to the usual process of approvals and to a review by the Academic Planning Committee.

B8.11 The membership of the ADMISSIONS COMMITTEE of the School shall be representative of the cooperating departments and undepartmentalized Schools. All students who have been admitted to the Graduate School of International Studies shall also be identified with an appropriate cooperating department or undepartmentalized school, as determined by the Admissions Committee, e.g., International Studies/History, International Studies/Economics.

B8.12 AMENDMENTS TO THE BYLAWS that constitute the charter of the Graduate School of International Studies require approval by the Faculty Senate and the President, following consultation with the voting faculty of the School. Notice of bylaws adopted by the School to implement the school's charter and notice of any changes in those bylaws shall be sent to the Faculty Senate.

UM/EEOC-D. SCHMICH - 125752

## FACULTY POLICIES

*The following is a consolidation of policies governing the appointment, reappointment, promotion, and tenure of the faculty.*

C1   DEFINITIONS

C1.1   The GENERAL FACULTY shall consist of the University Faculty and the Associated Faculty.

C1.2   The UNIVERSITY FACULTY shall consist of the President, the Executive Vice President and Provost, the academic deans, the Regular, Research, Librarian, and Educator Faculty.

C1.3   The REGULAR FACULTY shall consist of all faculty having tenured or tenure-earning positions who hold the rank of Professor, Associate Professor, or Assistant Professor.

C1.4   The RESEARCH FACULTY shall consist of those faculty whose major function is to conduct research in the academic units of the University and who hold the rank of Research Professor, Research Associate Professor, or Research Assistant Professor. Research Faculty shall not hold tenured or tenure-earning appointments.

C1.5   The EDUCATOR FACULTY shall consist of those physicians who are in the clinical departments of the School of Medicine or nurses in the clinical programs of the School of Nursing with such titles as [rank] of Clinical [name of department], (e. g., Professor of Clinical Surgery or Professor of Clinical Nursing). These titles are granted to physicians and nurses who choose to concentrate on clinical performance and its use as a teaching tool. Such faculty are full-time and, if salaried by the University, are subject to a ceiling.  Educator Faculty shall not hold tenured or tenure-earning appointments.

C1.6   The LIBRARIAN FACULTY shall consist of those faculty serving in the libraries of the University who hold the rank of Librarian Professor, Librarian Associate Professor, or Librarian Assistant Professor and who perform normal professional duties in the libraries, but are not required to undertake scholarly research. Regular Faculty in the Richter Library shall constitute a majority of the faculty.

C1.7   The ASSOCIATED FACULTY are all faculty with professorial titles prefixed by Clinical, except in the School of Law, (e.g., Clinical Professor of Surgery) or by Adjunct, Visiting, or Affiliated, and all Lecturers and Instructors. Additional titles for Associated Faculty may be created by a special Bylaw defining the title.

C1.8   The UNIVERSITY FACULTY OF EACH SCHOOL are the President, Executive Vice President and Provost, the Dean of the school, and the University Faculty holding appointments in the school.

C2   VOTING RIGHTS

C2.1   The Regular Faculty are entitled to vote on all matters for which they are qualified by rank and tenure status. Research and Educator Faculty are entitled to vote on all matters for which they are qualified, with the exception of appointment, reappointment, promotion, the award of tenure, evaluation of the chair or dean, and ratification of Amendments to the Faculty Government Charter (see however A2.3 and A2.4).

UM/EEOC-D. SCHMICH - 125753

C2.2 Members of the General Faculty may vote only once on a single question. Persons holding joint appointments must designate a school or department in which to exercise their voting rights on university matters. Persons holding appointive administrative positions may not vote on any matter that is subject to review or other action by their office.

## C3  THE FACULTY

### C3.1  Appointing Authorities

(a) The power to appoint and remove both administrative officers and members of the General Faculty is vested in the Board of Trustees. The Board of Trustees shall appoint the President of the University.

(b) The President, by authority of the Board of Trustees, shall select the Executive Vice President and Provost, the Deans, and the administrative officers and shall appoint the General Faculty of the University. The President is the presiding officer of the General Faculty.

(c) The Executive Vice President and Provost, as delegated by authority of the President, shall make appointments of administrative offices to the General Faculty and promote members of the General Faculty to higher ranks.

(d) All appointments to the General Faculty and promotions to higher ranks shall be made in accordance with the procedures set forth in Section A13 of the Faculty Government Charter and in these Policies.

### C3.2  Faculty Status

(a) All University Faculty shall be deemed to have full-time status. Unless on sabbatical or other approved leave, University Faculty shall be deemed to be "in residence." University Faculty members may request reduced teaching and research loads for reduced pay while retaining all rights and privileges. Associated Faculty may have either full-time or part-time status as established by their contracts with the University.

(b) While under contract all members of the University Faculty in residence shall be entitled to an average of one working day of consultation per week, either on a part-time or self-employed basis, unless a written exception allowing additional time is issued by the President.

(c) Members of the General Faculty shall be compensated from University approved sources, but not necessarily by the University. The fact that the salary of a member of the Regular Faculty is paid from non-University sources does not affect the faculty member's tenure status.

### C3.3  Change of Type of Faculty Appointment

(a) Any member of the Research or Educator faculty may initiate a request to be considered for appointment to the Regular Faculty of the University. The decision on

UM/EEOC-D. SCHMICH - 125754

that request must be made in accordance with the standards and procedures applicable to initial appointment to the Regular Faculty as set forth in the Faculty Government Charter and these Policies, including Sections C7 and C9.

(b) Members of the Regular Faculty of the University, during their probationary period as defined in Section C4.6 of these Policies, may initiate a request to be considered for appointment to the Research or Educator Faculty. The decision on that request shall be made by the Executive Vice President and Provost upon recommendation of the Regular Faculty of the department and the dean of the school.

(c) Members of the Regular Faculty who have become members of the Research or Educator Faculty under the provisions of Section C3.3(b) may not subsequently be appointed to the Regular Faculty except as a tenured Professor.

### C3.4   Joint Appointments

Members of the University Faculty may hold appointments in two or more schools or in two or more departments within a school. Such appointments imply financial support from both academic units and should be made to promote interdisciplinary or inter-professional teaching and research. Recommendations on salary, merit increases, promotion, and tenure, and assignment of teaching and research responsibilities shall be determined by both the units involved. The holder of a joint appointment shall be entitled to vote in both units, but may not vote twice on the same question. All Participating Faculty in the Graduate School of International Studies shall hold joint appointments. In all joint appointments, one unit shall be designated as the "unit of primary administrative responsibility" for such matters as salary, promotion, tenure, and teaching assignment. Persons holding joint appointments must designate the unit of primary administrative responsibility as the school or department in which to exercise their voting rights on university matters.

### C3.5   Secondary Appointments

Members of the General Faculty may hold secondary appointments in departments or schools where they have a professional interest and in which they occasionally work. Holders of secondary appointments do not have tenure in, and they need not be compensated by, the secondary unit. Limited voting privileges may be extended by the secondary department in accordance with the provisions of Section A9.1 of the Faculty Government Charter.

### C3.6   Titles of Associated Faculty

(a) The term VISITING is prefixed to the title of persons who are expected to teach and/or engage in research or clinical activities at the University of Miami for a limited period of time only. Faculty members may be appointed with the visiting title for no more than two consecutive one-year terms.

(b) The term ADJUNCT is prefixed to the title of persons who collaborate in some special way in the academic work of the University.

UM/EEOC-D. SCHMICH - 125755

(c) The title INSTRUCTOR shall be used only for persons being trained to become members of the University Faculty. Persons who are expected to be appointed to the members of the University Faculty but who have not completed the requirements for a terminal degree in their field must be appointed as Instructor. The Executive Vice President and Provost shall make the final determination of what constitutes a "terminal degree" in any field or discipline.

(d) Qualified staff members of hospitals and medical research institutions with which the University has an affiliation agreement may receive appointments as AFFILIATED FACULTY in the School of Medicine and the School of Nursing. These appointments may be continued until normal retirement, subject to annual renewal by the University and continuing employment in the affiliated institution. Affiliated Faculty are not paid by the University, although the University may provide compensation to the institution for the services of such individuals.

(e) The title LECTURER is ordinarily assigned to a faculty member who teaches but is not expected to proceed through the promotion sequence. A Lecturer is expected to have appreciable skill in a specialized field. Lecturers who teach nine or more credit hours in a semester are eligible for full-time status as a SEMESTER LECTURER.

### C3.7 Emeritus Faculty

EMERITUS status is conferred at the time of retirement upon all University Faculty holding tenure at the University. The President may be petitioned for the award of emeritus status to retired members of the General Faculty and academic administrative personnel who have not held tenure. The names of emeritus faculty are listed in a separate section of the appropriate Bulletin.

### C3.8 Privileges and Benefits of Associated, Visiting, Emeritus Faculty, Semester Lecturers, and University Faculty

(a) ASSOCIATED AND EMERITUS FACULTY are entitled to the following privileges and benefits: (1) any discounts that University Faculty members are eligible to receive including identification cards, bookstore purchases and football tickets; (2) membership in the Faculty Club, the Lowe Museum, and the Credit Union; (3) purchase of parking stickers; and (4) purchase of prescription medicines at the University Health Center.

(b) VISITING FACULTY who are full-time are entitled to remission of tuition for themselves and their dependents in accordance with University Policy and are eligible for participation in the group insurance plans but not in the retirement plan.

(c) ASSOCIATED FACULTY who are full-time and salaried by the University are entitled to participate in the insurance and retirement programs and are eligible for tuition remission for themselves and their dependents in accordance with University Policy.

(d) SEMESTER LECTURERS are eligible for health insurance, tuition remission for themselves and 75% for their dependents (during the period of full-time employment), and disability insurance. After four consecutive semesters as Semester Lecturer, the individual is eligible for all full-time benefits, including retirement.

UM/EEOC-D. SCHMICH - 125756

(e) ASSOCIATED FACULTY who are part-time are entitled, after one academic year of continuous employment, to fifty percent (50%) tuition remission for themselves at the University of Miami except in the doctoral programs of the Graduate School and the programs in the Schools of Medicine and Law. Benefits are limited to seven credit hours per semester and four credit hours per summer session.

(f) UNIVERSITY FACULTY are entitled to the benefits and privileges described in the Faculty Benefits section of this Manual.

## C4  APPOINTMENTS

### C4.1  General Policy

The University wishes to maintain the highest possible standards of teaching, scholarship and patient care at the University of Miami, to ensure faculty members full academic freedom, and to enable the University to rely on the continuous service of an able faculty. To ensure teaching and scholarship of high quality in an atmosphere of academic integrity and mutual confidence, it is the policy of the University to provide stability and continuity of appointment for faculty members at the University.

### C4.2  Kinds of Appointments

Each member of the General Faculty shall be appointed to one of the following kinds of appointments:

(a) APPOINTMENTS TO THE REGULAR FACULTY provide either for tenure with initial appointment or for tenure consideration during a probationary period if the appointment is not terminated during that period.

(b) REGULAR APPOINTMENTS WITH LIMITED FINANCIAL SUPPORT may be made only in the School of Medicine. "Limited financial support" defines the minimum level of salary support that the University is obligated to provide tenured members of the faculty. The amount of the minimum level of salary support is calculated by a formula established by the School Council and approved by the Dean of the School of Medicine and the President. The amount of limited financial support may not be decreased except in times of declared financial exigency. The President of the University shall determine annually which sources and amounts of funds the School of Medicine may consider sufficiently secure to be used in providing limited financial support for tenured members of the faculty. In making this determination, the General and Educational budget of the School of Medicine shall be considered the most secure source. Other secure sources may include, but are not limited to: Veterans Administration Medical Center; Professional Income Plan; and Dade County (Jackson Memorial Hospital/Public Health Trust). Research grants and contracts are not considered sufficiently secure to warrant their use in fulfilling the obligations associated with tenure with limited financial support.

(c) APPOINTMENTS NOT INVOLVING TENURE. Research, Educator, or Associated Faculty shall not be eligible for tenure.

UM/EEOC-D. SCHMICH - 125757

(d) TERM APPOINTMENTS are issued for a defined period of time specified in the letter of appointment. Appointment to the Associated Faculty is automatically terminated at the conclusion of the period specified in the letter of the appointment. Research and Educator Faculty have term appointments. Regular faculty with probationary appointments are not considered to have term appointments.

C4.3  Notice of Termination for Research and Educator Faculty.

(a) Research Faculty members are entitled to one month's notice with pay for each year of full-time continuous service as a Research Faculty member at the University up to a maximum of twelve months for twelve or more years of service. The Research Faculty member will be expected to perform normal faculty duties during the notice period and such pay will cease upon the availability of other grant support at the University or initiation of employment elsewhere. Notice so used may be re-earned at the rate of one month per year up to the maximum of twelve months.

(b) An Educator appointment to the faculty may be terminated at the close of any academic year by written notice, either by the University of intention not to appoint or by the faculty member not to return. A decision not to reappoint needs no justification. Such written notice by the University shall be given in accordance with the following standards:

(1) Not later than March 1st of the first academic year of service, if the appointment is to expire at the end of that year.

(2) Not later than December 15 of the second year of academic service, if the appointment is to expire at the end of that year.

(3) After two or more years of service, at least twelve months before the expiration of the appointment.

(c) Notice of termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of salary memoranda for the following year.

(d) Faculty who change from a regular appointment to a research or educator appointment shall receive one year's notice after two years of service in the regular appointment.

C4.4  Terms in Writing.

All appointments shall specify in writing whether they are Regular, Research, Educator or Associated appointments and, in the case of untenured Regular Faculty, the expiration of the probationary period. All appointments shall specify rank, salary, and full-time or part-time status.

C4.5  Probationary Period for Regular Appointments.

The maximum probationary period before the award of tenure is six (6) years at the University of Miami, except as provided below in the Faculty Policies on child care, disability leave, unpaid leaves of absence, and personal hardship. A faculty member

UM/EEOC-D. SCHMICH - 125758

holding a regular appointment shall be considered for tenure during the sixth year of the probationary period, in accordance with what is hereinafter called "the Final Special Review." A faculty member may, however, be awarded tenure at any earlier time during the probationary period and should direct a request for such consideration to the chair or dean. Any prior consideration of a faculty member for the award of tenure shall have no prejudicial effect on reconsideration through the sixth year of the probationary period.

(a) Untenured members of the Regular Faculty may request an extension of the probationary period for reasons of extraordinary PERSONAL HARDSHIP. A written request for such an extension shall be filed with the chair no later than the last year prior to the year in which a tenure determination must otherwise be made. The request must be accompanied by a written statement by the faculty member giving a concise description of the nature and severity of the hardship. The request shall be forwarded through the chair and the dean to the Executive Vice President and Provost for final determination.

(b) Untenured members of the Regular Faculty who have primary responsibility for CHILD CARE shall be entitled, upon request, to a one-year extension of their probationary period. A written request for such extension must be filed with the chair no later than the beginning of the faculty member's fifth academic year (i.e., the last year prior to the year in which a tenure determination must otherwise be made). When there is a change in the faculty member's childcare responsibilities during the fifth year, a request can be made during that year. The request should be accompanied by a written statement certifying that the faculty member has primary childcare responsibility and giving a concise description of the nature and extent of these responsibilities. The request shall be forwarded through the chair and the dean to the Executive Vice President and Provost for final determination.

(c) UNPAID LEAVES OF ABSENCE may be arranged with the faculty member for the purpose of faculty exchange, advanced study, research, public service, childcare, and, in some instances, business or industrial employment, without prejudice to future promotions in rank, provided that the period of absence does not work undue hardship on the University. An untenured member of the Regular Faculty may request an extension of the probationary period during unpaid leaves of absence. A written request for such extension shall be filed with the chair at the time of the request for leave. The request shall be forwarded through the chair and the dean to the Executive Vice President and Provost for final determination.

(d) Untenured members of the Regular Faculty on DISABILITY LEAVE may request an extension of the probationary period. A written request for such an extension shall be filed with the chair during the period of disability leave. The request shall be forwarded through the chair and the dean to the Executive Vice President and Provost for final determination.

UM/EEOC-D. SCHMICH - 125759

C4.6 Term of Probationary Appointments.

The University permits initial probationary appointments for terms of one, two or three years, provided that the term of the appointment is uniform within the School. A substantive review of the appointee shall occur as provided in Section C10.6 below, and, if the conclusion is favorable, the appointment shall be renewed with the final review for tenure occurring in the sixth year. If the sixth year review is unfavorable, the appointee shall be granted a one year terminal appointment. When there is evidence of unsatisfactory performance during the term of any appointment, an early substantive review of the appointee may be initiated by the voting faculty, chair or dean.

C4.7 Definition of Probationary Year.

The probationary period shall begin with the first September of the faculty member's appointment. The first probationary year shall end on the following May.

C4.8 Notice of Termination of a Probationary Appointment.

During the probationary period, a regular appointment to the faculty may be terminated at the close of the term of the appointment by written notice, either by the University of intention not to reappoint or by the faculty member of intention not to return. Notice of termination by the faculty member shall be given prior to the expiration of the appointment. Notice by the University shall be given in accordance with the following procedures:

(a) Schools with probationary appointments for a term of one year shall observe the following notice requirements: not later than March 15 during the first appointment; not later than December 15 during the second appointment. With the third and following appointments notice of a full year is required.

(b) Schools with probationary appointments for a term of two years shall observe the following notice requirements: not later than December 15 of the second year of the first appointment and with the second and following appointments notice of a full year is required.

(c) Schools with probationary appointments for a term of three years shall give notice of a full year.

The justification of a decision by the University not to reappoint need not be communicated to the faculty member, but the decision shall be made in accord with established University standards.

C4.9 Term Appointments Following Retirement

A faculty member who retires at 62 or older may be appointed by the University to a full-time or part-time position for up to 90 days, or a part-time position for 90 days or more, within the twelve-month period ending on May 31 without a suspension of retirement benefits. The definition of full-time and part-time appointment shall be in accord with general University employment policies.

UM/EEOC-D. SCHMICH - 125760

## C5  TENURE

### C5.1  Administrators and Tenure

(a) Tenure at the University of Miami shall be awarded to persons only in their capacities as faculty members in academic departments. In no case is tenure applicable to persons in their administrative capacities.

(b) Academic deans and academic directors are eligible for the award of tenure as faculty members in the academic departments of their specialization, but not in their administrative posts. No other persons engaged in administrative duties are eligible for the award of tenure nor shall the period of time during which such persons are employed in positions with administrative duties be counted toward the completion of the probationary period for tenure, unless each of the following conditions is satisfied:

(1) During the period of employment in question these persons must devote more than fifty percent of their total work time to teaching, research, patient care or other activities of an academically-related nature.

(2) The division of effort of these persons between administrative duties and teaching, research, patient care or other activities of an academically-related nature must be specifically documented each semester and must be certified by the appropriate academic dean, who shall make such documentation part of the faculty personnel records of these persons.

### C5.2  Attainment of Tenure

(a) Tenure shall not be awarded to faculty members serving in any type of Research, Educator or Associated appointment. Regular appointments not accompanied by an initial award of tenure shall specify the expiration date of the probationary period.

(b) By April 15 of the year in which the probationary period would normally expire, the process of tenure consideration should culminate in a tenure decision by the Board of Trustees, which is the final authority for the award of tenure. If the process has not been completed by this date, the faculty member may ask the President, in writing, to direct that the process be completed immediately.

(c) Tenure shall not be awarded at the rank of assistant professor.

(d) Promotion to the rank of professor awards tenure at the time of promotion. A faculty member initially appointed to the rank of associate professor or professor is eligible for tenure at any time upon recommendation of the voting faculty of the department.

### C5.3  Standards and Procedures for Attaining Tenure.

Faculty members shall be advised in writing at the time of initial appointment, of the substantive standards and procedures generally employed in decisions affecting reappointment and tenure. Any special standards adopted by a faculty member's department or school under the provisions of Section C10.1 (b), below, shall also be communicated to the faculty member in writing by the chair or the dean.

UM/EEOC-D. SCHMICH - 125761

C5.4  Meaning of Tenure

(a) Faculty members having tenure shall have appointments continued from year to year without necessity for annual or other renewal.

(b) Tenure implies that the faculty member shall accede to reasonable requests to redistribute efforts between teaching and research, to accept classes assigned, whether in day or evening hours, and, in an emergency and for the period thereof, to accept such other reasonable assignments as may be deemed necessary by the University.

(c) Tenure does not imply any promise of promotion or any regular increase in salary, but it does assure the faculty member of participation in any general change in the salary scale. It also assures the faculty member of provisions for general working conditions on the same basis as other faculty members in the same academic areas who have similar professional activities and duties.

(d) Tenure of a faculty member shall continue until death, resignation, retirement, termination for cause, or, in extraordinary circumstances, because of financial exigency or reorganization.

C5.5  Termination of Tenure Because of Declared Financial Exigency or Reorganization

(a) If it appears that a tenure appointment may need to be terminated because of financial exigency or because of reorganization brought about by decline in enrollment, lack of funds to support an activity, or change of course offerings, the President shall consult with the Faculty Senate.

(b) The purposes of such consultation shall be to explain the reasons why reduction is necessary, to explore the equities of the situation, including consideration of the best interests of the University and due consideration for the faculty members involved, and to attempt to arrive at an alternative solution. If no alternative is practicable and a position must be discontinued, the position shall not be filled for a period of two years unless the released faculty member has been offered reappointment and has declined.

(c) If the appointment of a faculty member with tenure is terminated by the University, one year's notice shall be given except in cases of termination for cause involving serious immediate injury to the University.

C5.6  Obligations of Tenure.

A faculty member having the rights and privileges of tenure shall in turn have the continuing obligation to maintain and improve professional competence to render efficient service to the University. Faculty members may accept an assignment to administrative duties and position without interrupting or impairing their tenure, but tenure shall apply only to their rank and service on the faculty, an administrative assignment being subject to change at any time by authority of the President.

C5.7  Retention of Existing Rights.

Nothing stated herein shall be interpreted to affect adversely rights acquired by faculty members under previously existing tenure policies at the University of Miami.

UM/EEOC-D. SCHMICH - 125762

C6   ACADEMIC FREEDOM

All members of the General Faculty are entitled to academic freedom as defined in the 1940 Statement of Principles of Academic Freedom and Tenure formulated by the Association of American Colleges and the American Association of University Professors.

C7   SCHOLARLY AND PROFESSIONAL QUALIFICATIONS OF THE FACULTY

C7.1  Mission of the Faculty.

The basic functions of a university are to preserve, augment, criticize and transmit knowledge and to foster creative capacities. Its chief instrument for performing these functions is the faculty, and its success in doing so depends on the quality of the faculty. The policy of this University is to enlist, develop and retain distinguished faculty members with outstanding qualifications.

C7.2  Scholarship.

Scholarship embraces inquiry, research, and creative professional performance and activity. Scholarship is required for effective teaching and is the obligation of all members of the faculty. Scholarship may be judged by the character of the advanced degree, by contributions to knowledge in the form of publication and instruction, by reputation among other scholars and professionals, and by the performance of students.

The scholarly function of a university requires the appointment of faculty members devoted to inquiry and research. Among the criteria for evaluating research are the publication of books by nationally recognized presses and of articles and reviews of a scholarly nature in books, periodicals and technical reports nationally recognized in the profession; the direction of scholarly work by students working on advanced degrees; professional awards and fellowships; membership on boards and commissions devoted to inquiry; and the judgment of professional colleagues.

Scholarship may be demonstrated by significant achievement in an art related to a faculty member's discipline, such as creative works, original designs, or original procedures. National recognition of such activities is demonstrated by: commissions, awards and prizes from nationally recognized bodies; performances with nationally recognized companies; invited presentations, exhibitions, lectures and performances before nationally recognized bodies; invitations to teach master classes or lead intensive workshops at nationally recognized institutions; and reviews of performance and creative works in nationally recognized journals, magazines and newspapers. Promotion, tenure, and merit salary increases should recognize these scholarly achievements. Whenever possible, chairs shall reduce other duties for faculty engaged in these activities.

C7.3  Teaching.

The educational function of a university requires the appointment of faculty who are effective teachers. The means of evaluating teaching effectiveness are: (1) the informed judgment of colleagues; (2) the performance of students; and (3) qualified student opinion. Promotion, tenure, and merit salary increases should recognize outstanding achievements in teaching.

**UM/EEOC-D. SCHMICH - 125763**

C7.4  University Service and Administration.

Contributions to committee and administrative activities are recognized as furthering the University's educational function.

C7.5  Recognition of Degrees.

To ensure that faculty members are appropriately qualified, the University of Miami recognizes degrees from universities that are accredited within the United States by appropriate accrediting associations. Other degrees will be individually evaluated.

C7.6  Scholarly and Professional Qualifications for Each Rank of the University Faculty

(a) ASSISTANT PROFESSOR. Appointment to the rank of assistant professor requires completion of professional training, in most fields marked by the doctoral degree, and the clear promise of a successful career in teaching and scholarship. Appointment to the University Faculty requires a terminal degree. This requirement may be waived by the President upon recommendation of the Executive Vice President and Provost.

(b) ASSOCIATE PROFESSOR. Appointment to the rank of associate professor normally requires a record of substantial success in both teaching and scholarship. In unusual cases an outstanding record in one of these activities and an adequate record in the other may be considered sufficient.

(c) PROFESSOR. Appointment to the rank of professor requires national recognition in the profession.

## C8  DEFINITIONS FOR PROCEDURES FOR APPOINTMENT, REAPPOINTMENT, PROMOTION, AND AWARD OF TENURE

C8.1  The Faculty Government Charter in Section A13 calls for consultation with the voting faculty of departments on faculty appointments, reappointments, promotions and the award of tenure. These consultations shall be conducted in accordance with this Policy.

C8.2  For purposes of Sections C8-C10 of these Policies, the following definitions shall apply:

(a) The term DEPARTMENT means either a department or a school in the case of an undepartmentalized school.

(b) In an undepartmentalized school the term DEAN encompasses the role of the chair.

(c) The term APPROPRIATE FACULTY means the Regular Faculty of the department in which the appointment is made.

(d) The VOTING FACULTY for tenure are those tenured faculty equal or superior in rank to the candidate and for promotion those tenured faculty superior in rank to the candidate.

(e) A person under consideration for appointment, reappointment, promotion or tenure is termed a CANDIDATE.

UM/EEOC-D. SCHMICH - 125764

C8.3  Voting Rights

(a) No person may vote at more than one level of review on questions of appointment, reappointment, promotion or tenure.

(b) Faculty members who devote more than fifty percent of their personal effort to administrative duties other than departmental and whose duties may involve the review of candidates shall not participate in the vote of a department with regard to any recommendation for promotion or the award of tenure.

C9  INITIAL APPOINTMENT

C9.1  The entire Regular Faculty of a department are entitled to vote on each new appointment. In periods of recess, in summer sessions, and in departments with thirty-five or more members a committee of at least five members of the voting faculty shall be appointed, at the discretion of the chair and in accordance with department bylaws, to vote on the candidate.

C9.2  The voting faculty shall have an opportunity to review supporting materials of the candidate. In addition, when candidates are brought to campus, the voting faculty shall have a reasonable opportunity to interview and to attend a professional presentation by the candidate.

C10  REVIEW OF THE FACULTY FOR REAPPOINTMENT, PROMOTION, AND THE AWARD OF TENURE

C10.1  Notification of Standards and Procedures

(a) At the time of initial appointment, each faculty member shall be advised in writing by the Executive Vice President and Provost of the substantive standards outlined in Section C7 of these Policies and of the procedures generally employed in decisions affecting reappointment, promotion, and tenure.

(b) Special additional standards may be adopted in departments by vote of their tenured faculty and with the approval of the school faculty, and in schools by vote of their faculty. Such additional standards shall not conflict with the Faculty Manual. Departments and schools shall consult with the Faculty Senate to determine whether such additional standards conform to the Faculty Manual. Following certification by the Faculty Senate, copies of such special additional standards shall be provided to the dean and the President.

(c) Each faculty member shall be advised in writing by the chair of any additional standards at the time of initial appointment, at the time of their adoption, and before any major review.

C10.2  Review of the Faculty.

In accord with established University policies, a systematic annual evaluation is made of every faculty member, tenured and untenured. These evaluations are implemented by the chair observing the guidelines, standards and rights established in Section A13 of the Faculty Government Charter. Each Faculty may adopt such procedures as are

UM/EEOC-D. SCHMICH - 125765

*Faculty Policies*

appropriate to the School, consistent with the Faculty Government Charter and with the criteria defined in Section C7 of these Policies. Reappointment, promotion, merit salary increases, and the award of tenure are based on these reviews. Upon completion of the evaluation, in accordance with the procedures described below, the chair discusses the results with each faculty member and, in the event of unsatisfactory performance, the chair shall counsel the faculty member as to ways of correcting any deficiencies. In the extreme case where there appears to be grounds for termination for cause, the provisions of Section C12 of these Policies shall be observed. Each dean reports annually to the Executive Vice President and Provost when the review of all members of the faculty has been completed consistent with established University procedures.

C10.3 Types of Review.

The Regular Faculty of each school and department undertakes two types of review of the performance of its members: (1) ANNUAL REVIEWS of each individual's accomplishments for the purposes of salary increases; and (2) SPECIAL REVIEWS for the purposes of reappointment, promotion, and the award of tenure. The Research, Educator, and Associated Faculty of each school are subject to Annual Reviews and Special Reviews for the purposes of reappointment and promotion. Such reviews shall be undertaken by the Regular Faculty.

C10.4 Faculty Files.

The file of the candidate shall be the basis for the deliberations at each stage of the review. Faculty members shall be responsible for maintaining a current statement of professional activities, arranged according to customary practices and university requirements. This file shall include evidence of: (1) educational attainments; (2) awards and fellowships; (3) funded research projects; (4) publications, papers, performances and other scholarly contributions to the profession; (5) services to the profession in scholarly bodies and in university agencies; and (6) public service to the community related to scholarship and the profession. Prior to any faculty consultation or vote, candidates shall have an opportunity to make current their files in the office of the chair, as provided in Section A13.5 of the Faculty Government Charter. The chair shall make available to the voting faculty all relevant materials in the file of each candidate.

C10.5 Annual Reviews.

Each tenured and untenured member of the faculty shall be reviewed annually by the appropriate faculty based upon a systematic evaluation of the past year's work.

(a) For untenured faculty, the chair shall discuss the results of the Annual Review with each faculty member, and, following this discussion, the chair shall prepare a written statement summarizing the review. This statement shall be placed in the file and shall be made available to the faculty member, who may prepare a response to be included in the file.

(b) The Annual Review is complete when the dean advises the Executive Vice President and Provost of recommended salary increases.

UM/EEOC-D. SCHMICH - 125766

C10.6  Special Reviews.

A more complete review is required: (1) in the year prior to reappointment of a faculty member holding a tenure-earning appointment; (2) when promotion to associate professor or professor is to be considered; and 3) in the year prior to the award of tenure. Each Special Review shall be conducted as follows:

(a) TEACHING EVALUATION. The file of a candidate for reappointment, promotion and tenure shall contain an assessment of teaching performance. For promotion to associate professor and tenure the file shall include, except for initial appointments and cases in which teaching has not been part of the duties of the candidate, an assessment of classroom teaching made by the appropriate voting faculty on the basis of classroom visitation, and a summary and interpretation of the results of student evaluations. The faculty of each school and college is authorized to develop procedures governing the peer review and classroom visitations by tenured faculty who are evaluating the teaching of non-tenured faculty members.

(b) EXTERNAL LETTERS. The file of a candidate for tenure or for promotion to full professor shall include at least three written evaluations of the scholarly work of the candidate solicited from scholars specializing in the field of work who hold tenured positions at comparable universities. These letters are solicited by the chair following consultation with the candidate and the appropriate voting faculty. The content of letters requesting written evaluations shall be prepared with the approval of the appropriate voting faculty and shall be shown to the candidate. Letters of evaluation are confidential, but they may be seen by anyone directly concerned in making the promotion or tenure decision. A copy of each letter used to solicit external reviews shall be included in the candidate's file. The chair shall supply the voting faculty and the dean with a list of external reviewers, indicating how and why each was selected. If outside letters are solicited from reviewers recommended by the candidate, the nature of any relationship shall be indicated. Candidates shall be permitted to identify persons who are thought to be unsuitable external reviewers and the reasons for that judgment. Exceptions to the need for written external evaluations of the candidate's scholarly work may be made when such letters would not add materially to the candidate's file.

(c) EVALUATION COMMITTEE. Each School may provide, through a bylaw, for the establishment of an Evaluation Committee in each department of the School with five or more faculty eligible to vote on candidates for reappointment, promotion or tenure. A School may delegate to each department the decision whether to establish such a Committee. The Committee shall assist the voting faculty of the department to assess the qualifications of the candidate.

(d) AD HOC EVALUATION COMMITTEE. In the case of departments with fewer than five faculty eligible to vote on a candidate, *Ad Hoc* Evaluation Committees shall be established for each candidate in the department. The Committees shall be appointed in the manner provided for in the School's bylaws, but, in all events, shall have five-members consisting of (1) such voting faculty in the department as the bylaws provide

UM/EEOC-D. SCHMICH - 125767

and (2) up to five faculty from cognate disciplines within the University whose research and scholarly activities will enable them to assist in evaluating the candidate. The vote of the *Ad Hoc* Evaluation Committees shall be recorded and placed in the candidate's file. The dean shall appoint *Ad Hoc* Evaluation Committees and shall advise the candidates, the Senate and the Executive Vice President and Provost of the appointment of all such Committees. *Ad Hoc* Evaluation Committees shall be chaired, wherever possible, by a member of the department. If it is likely that an *Ad Hoc* Evaluation Committee will be needed when a member of the department becomes a candidate for reappointment, promotion or tenure, the Committee should be established at the time of the candidate's appointment or as far in advance of the evaluation as is practicable.

(e) FORMAL WRITTEN EVALUATION. The Evaluation Committee shall examine the complete work of the candidate. On the basis of this examination, the Committee shall prepare a detailed written evaluation of the candidate's contribution to knowledge and to the profession. The Committee shall then state whether, in its judgment, the reappointment, promotion, or award of tenure is justified. The candidate, the appropriate voting faculty, the chair and the dean shall be entitled to examine the report. If in the judgment of the Committee or the department faculty any of these persons can show good cause why the Committee should reconsider its decision, the Committee shall promptly do so. Prior to any vote by the faculty of the department the candidate shall have the right to submit a written statement in response to the Committee's report and that statement shall be part of the candidate's file available to the voting faculty.

(f) CANDIDATE'S STATEMENT. Candidates may present a written career assessment providing the rationale for their work and describing the significance of their contribution to knowledge and the profession.

(g) FACULTY VOTE. The appropriate voting faculty shall be assembled to consult on the candidate. Notice of the meeting shall be in writing, shall provide adequate notice of the date and agenda of the meeting, and shall include the names of candidates under consideration. After systematic examination of the file, including any Evaluation Committee report, and after deliberation, the voting faculty shall determine by ballot for each candidate whether to recommend reappointment, promotion or tenure. The ballots shall be counted by two designated members of the voting faculty and the results of the ballot announced to the electorate. Following this announcement, the chair shall prepare a written summary of the recommendation of the voting faculty which shall be circulated to the voting faculty prior to its transmission to the dean. Absentee ballots shall not be counted unless they have been submitted prior to the meeting called to consider candidates for tenure, promotion, and appointment. The electorate shall be informed of the numerical results of the ballot.

(h) ROLE OF THE CHAIR. The chair shall prepare and forward a written summary of the recommendation of the voting faculty and a numerical tally of the ballot with the file of the candidate. The chair shall not participate in the ballot of the voting faculty, but shall provide a separate recommendation supported by a written evaluation of each

UM/EEOC-D. SCHMICH - 125768

candidate. The chair should make reference to the performance of the candidate in terms of the Annual Reviews and any prior Special Reviews. The chair shall forward with the file of the candidate all materials that were considered in the Special Review, the recommendation of the chair, and the written summary of the recommendation of the voting faculty. Subsequent to the meeting of the voting faculty, the voting faculty and each candidate shall be informed promptly by the chair of the relevant recommendations of the voting faculty and of the chair.

(i) SCHOOL ADVISORY BOARDS. In departmentalized schools where deans do not perform the role of chair in the Annual and Special Reviews, the faculty of the school may enact a bylaw establishing an Advisory Board consisting of tenured full professors to assist in the review of all candidates for reappointment, promotion and tenure in the school. The bylaw shall prescribe the number, composition and method of selecting the members of the board. Advisory Boards shall examine all the material forwarded by the department and the chair and shall prepare a written report explaining the reasons for their recommendations. This report shall be included in each candidate's file along with all other materials received by the Board and forwarded to the dean. Recommendations of any advisory group not established in accordance with this provision may not be cited or placed in the file of the candidate.

(j) ACTIONS BY THE DEAN. In a departmentalized school, the dean shall, after reviewing in a written statement the file of each candidate, make a recommendation with regard to each candidate. The dean shall forward the files of all candidates together with the recommendations of the chair, the voting faculty, and the report of the advisory board. The dean's written statement and recommendation shall be included in each candidate's file and forwarded to the Executive Vice President and Provost together with all materials considered in the Special Review.

(k) ACTIONS BY THE EXECUTIVE VICE PRESIDENT AND PROVOST. The Executive Vice President and Provost, as delegated by the President, makes all reappointments and promotions. After reviewing each candidate's file, the Executive Vice President and Provost shall notify each candidate of a decision regarding reappointment or promotion. When the decision is against promotion and there is a positive recommendation from the voting faculty, the Executive Vice President and Provost should explain the reasons for this decision in writing and the candidate should be counseled by the chair or dean on what should be done to secure promotion.

## C11  TRUSTEE AUTHORITY IN TENURE

Tenure may be earned only by a considered action of the University. The Board of Trustees is the final authority for the award of tenure. The award or denial of tenure shall be directly communicated to the candidate by the Executive Vice President and Provost immediately following the completion of the tenure process. If the Board denies tenure to a faculty member in the final year of the probationary period, the faculty member shall receive at least twelve (12) months notice prior to the expiration of the appointment.

UM/EEOC-D. SCHMICH - 125769

## C12 TERMINATION OF APPOINTMENT FOR CAUSE

### C12.1 Definition of Cause

Adequate cause for the termination of a faculty member who has tenure or whose non-tenured appointment is being terminated without the notice normally required is restricted to:

(a) Demonstrated incompetence or dishonesty in teaching and/or research;

(b) Substantial and manifest neglect of duty;

(c) Personal conduct that substantially impairs the individual's fulfillment of institutional responsibilities. The burden of proof in establishing cause for dismissal rests with the University.

### C12.2 Preliminary Proceedings Concerning the Fitness of a Faculty Member

When reason arises to question the fitness of a faculty member who has tenure or whose non-tenured appointment has not expired, the following preliminary procedure shall be followed:

(a) DISCUSSION WITH THE FACULTY MEMBER. The appropriate administrative officers should ordinarily discuss the matter with the faculty member in personal conference. The matter may be terminated by mutual consent at this point.

(b) COMMITTEE ON PROFESSIONAL CONDUCT. If the discussion does not result in a satisfactory adjustment in the judgment of the appropriate administrators, they may ask the President to proceed further. If the President desires to proceed further, the President shall send the Chair of the Faculty Senate a written request that the Senate convene the Committee on Professional Conduct.

(c) COMMITTEE RECOMMENDATIONS. The Committee should make recommendations to the President in accordance with the procedures and within the time limits specified in Section B4.8 of the Bylaws. If the Committee recommends that termination proceedings should begin, the President may commence the action under the following procedures. If the Committee fails to submit its recommendation within 30 days, or if the Committee's recommendation is favorable to the faculty member, the President may nonetheless go forward with the following proceedings if the President is convinced that formal termination for cause proceedings should be initiated.

### C12.3 Formal Proceedings: Purpose and Nature

The purpose of the formal proceedings is to give the faculty member notice of the charges against the faculty member and a reasonable opportunity to be heard. The proceedings shall not be conducted with the strictness of a court of law. The Rules of Civil Procedures and the Rules of Evidence shall not apply, except that documents must be adequately identified in order to be received as evidence. All witnesses shall affirm the truth of their testimony, and all testimony shall be transcribed by a court reporter provided by the University.

UM/EEOC-D. SCHMICH - 125770

C12.4  Parties

The parties to the formal termination for cause proceedings shall consist of the faculty member and the President or a designee. The parties may appear and be represented by counsel during the formal proceedings.

C12.5  Suspension of the Faculty Member

Suspension of the faculty member involved during the proceedings is justified only if the President believes that immediate harm to the faculty member or others is threatened by continuance. Such suspension should be with pay.

C12.6  Filing of Documents

The originals of all documents that are to be mailed to either party shall be filed with the Chair of the Faculty Hearing Committee.

C12.7  Notice of Commencement: Grounds for Termination and Bill of Particulars

The President shall commence the formal termination for cause proceedings by sending the faculty member a notice of commencement, a statement of the grounds asserted for termination, and a Bill of the Particulars. The President shall also send to the faculty member a copy of these rules. All of these items will be sent to the faculty member by registered mail, return receipt requested. Grounds for termination shall be confined to one or more of those listed in paragraph C12.1 above. A Bill of Particulars shall consist of detailed allegations of those facts believed to give rise to the grounds advanced for termination. Except where there is disagreement, the grounds for termination and the Bill of Particulars should be jointly formulated by the President and the Committee on Professional Conduct. If the Committee did not recommend the institution of formal termination proceedings, or if the Committee and the President do not promptly agree on the formulation of the grounds for termination and Bill of Particulars, the President or the representatives of the President should formulate the statement.

C12.8  Right to Hearing: Response by Faculty Member

(a) Within twenty academic working days from the date of the notice of commencement, the faculty member shall send to the President a written response. Upon written request, the President shall grant ten additional days and may, for reasonable cause, grant additional time thereafter. The response of the faculty member shall state whether a hearing is desired. If the faculty member desires a hearing, one must be requested in the response and the faculty member must state in the response whether each of the allegations of the Bill of Particulars is admitted or denied. If the faculty member does not in good faith have sufficient information to admit or deny the truth of a particular allegation, the faculty member may so state and the allegation will be deemed to have been denied. Allegations of fact not denied in the response shall be deemed admitted.

(b) The response shall contain any additional factual allegations the faculty member wishes to assert, but a reply to the response shall not be required.

UM/EEOC-D. SCHMICH - 125771

(c) If the faculty member fails to respond or to request a hearing, a Hearing Committee shall be selected as hereinafter described for the limited purpose of considering the allegations and making a recommendation to the Board of Trustees as to whether the facts set forth in the Bill of Particulars constitute adequate grounds based upon one or more of the causes set forth in paragraph C12.1 above. In making such a recommendation, the Hearing Committee shall adhere to the schedule established by paragraphs C12.15 and C12.16 below.

C12.9 Faculty Hearing Committee

If the faculty member responds, a faculty Hearing Committee consisting of five members and one alternate shall be selected as follows. The Committee shall be drawn from a standing panel of twenty elected each year from the tenured faculty in a manner determined by the Faculty Senate and approved by the President. Members of this panel should be chosen on the basis of their objectivity and competence and of the regard in which they are held in the academic community. The President shall instruct the appropriate deans and chairs to schedule the classes and other duties of these twenty faculty members so as to allow for daily sessions. The functioning Hearing Committee shall be selected as described below from and by those panel members not disqualifying themselves on the basis of prejudice in respect to the particular case. The President shall send notice to the faculty member and to the twenty members of the standing panel of the time and place of the selection meeting and direct them to be present. At the selection meeting, the members of the standing panel shall elect a chair *pro tempore* from their ranks. The chair *pro tempore* shall conduct the Committee selection as follows:

(a) Those wishing to disqualify themselves on the basis of prejudice shall be given an opportunity to do so.

(b) The remaining members of the panel shall agree among themselves, outside the presence of the parties, the numerical order in which they shall be eligible for selection and the parties shall then be advised of the order of eligibility.

(c) The first five members of the panel shall preliminarily assume the regular seats of the Hearing Committee and the sixth member shall be the preliminary alternate.

(d) The parties shall be entitled to question each member of the preliminary Hearing Committee regarding fitness to serve on the Committee and may then request, one member at a time, that members of the Committee be excused for cause. Such requests shall be decided, one at a time, by a majority of the preliminary Hearing Committee. The member being challenged shall not vote. The decision shall be based upon the ability of the challenged member to fairly determine the issues. If a member or alternate member is excused, such a member shall be replaced by the next eligible member of the panel before the selection process proceeds.

(e) Each party shall be entitled to three peremptory challenges exercisable at any time during the selection process.

UM/EEOC-D. SCHMICH - 125772

(f) If the panel is exhausted before five Committee members and one alternate are selected, those persons who have been provisionally selected shall choose from the tenured faculty additional persons for the panel shall assign an order of eligibility and the selection process shall continue as before.

(g) The selection process shall continue from day to day, until it is completed. When completed, the five regular members of the Committee shall elect a chair who shall preside and be responsible for keeping a chronological file of all documents filed with the Hearing Committee.

C12.10 Attendance by Panel Members

(a) Service on the faculty Hearing Committee may conflict with the scheduled activities of the members of the Committee. The Office of the Executive Vice President and Provost shall make such arrangements as are necessary to cover the teaching and other University assignments of such faculty members if they are selected to serve on the Hearing Committee so that the proceedings may be conducted from day to day until they are concluded.

(b) In order to comply with the requirement that the proceedings continue from day to day until they are concluded, the Committee members shall serve after the close of the academic year, if necessary, and the Executive Vice President and Provost shall compensate Committee members who are not on twelve-month contracts for the additional days of summer service on a *pro rata* basis.

C12.11 Discovery

(a) At any time after notice of the commencement of formal termination for cause proceedings, the parties may send to each other requests for copies of specific documents relevant to the issues that the parties cannot otherwise obtain. Any documents that constitute communications between the parties and their counsel or the University and its counsel shall be absolutely privileged and not subject to discovery under any circumstances. Copies of the documents requested shall be sent to the requesting party within ten days following receipt of the request. Documents so produced need not be filed with the Committee. If a party believes a request for documents to be unduly burdensome or irrelevant to the issues, the objecting party shall send to the requesting party an objection within ten days after the request. The Committee shall meet and decide by majority vote the issues raised by the objection.

(b) The parties shall send to each other lists of the names and addresses of all witnesses they expect to call and copies of all documents they intend to offer as evidence within ten days after the faculty Hearing Committee is selected.

C12.12 Hearing

The hearing shall begin no later than thirty days after the selection of the Hearing Committee. The President shall serve the faculty member and the members of the Hearing Committee with notice of the time and place of the hearing. Once commenced, the hearing shall continue from day to day until completed. In order to

UM/EEOC-D. SCHMICH - 125773

*Faculty Policies*

assure continuity, the Hearing Committee shall schedule no less than four hours per day for the proceedings. The Committee in consultation with the parties shall decide whether the hearing or portions thereof shall be public or private.

C12.13 Attendance of Witnesses

The University does not have the power to issue subpoenas. The faculty member may, however, request that the President direct any person then employed by the University or students in residence to appear and give testimony. Such a request shall be granted if it is made in writing and a copy thereof sent to the President at the time the faculty member sends the list of witnesses in accordance with paragraph 11 above. Such a request shall specify those employees or students of the University who are to be directed to appear.

C12.14 Order of Proof; Conduct of Proceedings

The parties may make opening statements summarizing the facts they expect to prove. The President, or a designee, shall then go forward with the presentation of evidence in support of the Bill of Particulars and grounds for termination. When the President, or designee, has finished presenting the case, the faculty member shall present evidence. The parties shall be entitled to present evidence in rebuttal if necessary. Each party shall have the right to cross-examine witnesses presented by the other. All evidence shall be presented through witnesses appearing before the Committee in regular session. Written and oral statements uttered outside the hearing shall be viewed with caution by the Hearing Committee, particularly when the declarant of a statement is not subject to examination at the hearing. If a witness cannot appear before the Committee, the party seeking to introduce the testimony of that witness shall arrange to have the witness appear before a court reporter to give testimony. The other party shall be sent reasonable notice of the time and place that the testimony shall be taken and shall have the right to appear and cross-examine the witness. Transcripts of testimony so taken shall be admitted into evidence. All procedural issues that arise during the course of the proceedings shall be decided by the regular members of the Committee by majority vote. Decisions with respect to evidentiary objections shall be based upon the probative value of the evidence presented. The burden rests upon the University to prove, by a greater weight of the evidence, the truth of the charges against the faculty member.

C12.15 Consideration and Recommendation by the Hearing Committee

Upon the close of all the evidence, the Committee shall give the parties the opportunity to argue before it. If written briefs would be helpful, the Committee may request them. The Committee may proceed with its deliberations without awaiting a transcription of the hearing where it feels a just decision can be reached by this means; or it may await the availability of a full transcript of the hearing if its decision would be aided thereby. The alternate member shall sit through all the proceedings but shall not participate in the deliberations or any decisions of the Committee unless it is necessary to replace a regular member who has left the Committee. The

UM/EEOC-D. SCHMICH - 125774

recommendation shall be based upon the cumulative effect of all the relevant evidence and all the proven grounds for dismissal when considered together and shall be supported by explicit findings of fact and an opinion if desirable. If the recommendation of the Committee is not unanimous, the dissenting members of the Committee shall prepare their own findings and their own recommendation. The findings of fact must be supported by the greater weight of the evidence. The recommendation for sanction must be consistent with the severity of any misconduct found to exist. The sanction of dismissal should be recommended only when the facts proven by the greater weight of the evidence clearly justify such action. Copies of the full report of the Committee, including any minority findings and recommendations, shall be sent to the parties within twenty days after the close of the evidence.

C12.16 Consideration by Board of Trustees

The President shall transmit to the Board of Trustees the full report of the Hearing Committee including any minority findings and recommendations. Acceptance of the Hearing Committee's recommendations would normally be expected. If the Board of Trustees chooses to review the case, its review should be based on the record of the previous hearing, accompanied by the opportunity for argument, oral, written, or both, by the parties or their counsel at the hearing. The recommendation of the Hearing Committee should either be sustained or the proceedings be returned to the Committee by sending to its chair specific questions and when necessary, directions to receive additional evidence on specified issues. If the Board of Trustees returns the proceeding to the Committee with questions, the Chair of the Committee, within ten days after receipt of the questions, shall send copies of the questions to the parties. If the Board of Trustees directs that additional evidence be received on specified issues, the Chair of the Committee shall at the same time advise the parties of the issues and direct them to produce for consideration by the Committee any additional evidence they may have relevant to the specified issues. Within ten days after sending copies of the questions to the parties, the Hearing Committee shall meet and hear argument from the parties and receive any additional evidence that may be offered on issues specified by the Board. The Committee proceedings shall continue from day to day until they are completed. Upon the receipt of any additional evidence and argument offered by the parties, the Committee should reconsider, taking into account the stated questions and any new evidence received. Within twenty days after the conclusion of the additional hearing, the Committee should frame its recommendation and send it directly to the Board of Trustees. Only after carefully studying any recommendation that may be sent by the Committee in accordance with this paragraph should the Board of Trustees make a final decision contrary to the recommendation of the Committee.

C12.17 Publicity

Any public statements about the case should be avoided so far as possible until all proceedings have been completed. Any statements during the proceedings, aside from such simple announcements as may be required concerning the time of the hearing and such matters, are to be released only through the President's Office, and only with the approval of the faculty member and the Hearing Committee.

UM/EEOC-D. SCHMICH - 125775

## C13 SALARY AND METHOD OF PAYMENT

Basic teaching and research appointments are for nine and twelve month periods of service. Appointments are distributed in March of each year or as promptly thereafter as budget preparation permits. With each appointment a faculty personnel data sheet is sent. Faculty members should retain their copies of the appointment letter and return all others and the completed data sheets to the dean or chair.

### C13.1 Salary Checks

Faculty salary checks are usually distributed by the dean or department chair's office on the last working day of each month. Direct deposit of salary checks may be arranged with the Payroll Office.

### C13.2 Withholding Tax

University employees should file Form W-4 immediately upon employment. If no W-4 is on file in the payroll office, the faculty member will be taxed as a single individual claiming no further exemptions. The W-4 Form should be attached to the initial salary paper or contract or forwarded to the payroll office with an indication that it is for a new faculty member. On or before January 31, the University mails to each employee the official Form W-2 to be used in preparing federal income tax reports. The address used is that of the latest home address on file in the Payroll Office. The Office of the Executive Vice President and Provost and the Payroll Office should be notified promptly of any change of home address. Florida has no state income tax.

### C13.3 Social Security

The Federal Social Security Act includes the faculty of the University under the old age and survivors' insurance benefits. Each new faculty member must report a Social Security number to the Payroll Office upon employment on Form W-4.

### C13.4 Final Checks

The final paycheck is issued on the normal monthly payday. Prior to the issuance of the final paycheck, the faculty member's chair or dean must complete the Clearance Checklist Form, and the faculty member is cleared by the various offices. The form is completed and sent to Check Distribution two weeks prior to separation. The form provides various offices, such as the Library, the Credit Union, and Property Control, an opportunity to indicate that the faculty member has no outstanding liabilities.

## C14 SABBATICAL LEAVE

### C14.1 Purpose

The University of Miami sabbatical leave program is intended, insofar as University resources are available, to provide regular sabbaticals every seven years for eligible faculty to engage in research, writing, or other sustained activity of an academic nature. Every effort is made within each department to provide sabbaticals by

**UM/EEOC-D. SCHMICH - 125776**

temporary reassignment of a sabbatical applicant's courses to colleagues for the requested period of leave. Sabbatical leaves, are, therefore, provided by collegial arrangements rather than by budget resources.

### C14.2 Eligibility

To be eligible for sabbatical leave, a faculty member must (1) hold tenure; and (2) have had at least six years of full-time service to the University of Miami with the primary role of teaching and/or research.

### C14.3 Terms of Leave.

Leave may be granted for one semester at full salary, or for one academic year or two consecutive semesters at two-thirds salary. (A one-year period of leave must be in the same pattern as that of previous employment; that is, nine-month or twelve-month.) Faculty members must serve at least one year at the University after they return from sabbatical leave. Retirement and fringe benefits are continued during leave, and persons on leave are considered in the usual fashion for promotion and/or salary increase. Faculty members on sabbatical leave or other paid leave have the same retirement benefits as if they had not been on leave.

## C15 FACULTY BENEFITS

### C15.1 Administration of Benefits

University employee benefits are administered by the Employee Benefits Office. Faculty members are encouraged to consult with this office to obtain current information and details on benefits.

### C15.2 Retirement Plans

Effective June 1, 1980, the University adopted a separate, defined contribution, retirement plan for full-time faculty members called the Faculty Retirement Plan. Faculty appointed on or after October 1, 1977 and all members of the Medical School Professional Income Plan were transferred to the Faculty Retirement Plan. Some faculty members appointed before October 1, 1977, remain in the Employee Retirement Plan.

The Faculty Retirement Plan provides for monthly contributions of 7% of total annual compensation (11% for tenured faculty or faculty who have completed seven years of service) to a University approved company. Contributions begin upon completion of a required service period that varies with academic rank. Contributions are vested immediately. Retirement income under the plan is based on the funds accumulated in the faculty member's account at the time of retirement.

Faculty members who are eligible to participate in the Faculty Retirement Plan should complete an enrollment form and an application, available from the Employee Benefits Office. The enrollment form enables the Employee Benefits Office to direct the contributions to the company and the account selected by the faculty member. Until an enrollment form is completed and submitted, University contributions are credited

UM/EEOC-D. SCHMICH - 125777

to a holding account. Since no interest is earned by the faculty member on funds in the holding account, enrollment and application forms should be completed as soon as the faculty member becomes eligible for the plan.

Faculty members who are participants in the Employee Retirement Plan are eligible for lifetime monthly income, based on pay and service, with benefits commencing at normal retirement date, which is June 1 following the 65th birthday. Faculty members with at least ten years of service may retire at age 62 with no actuarial reduction of benefits or at age 55 with a reduced benefit.

Further information on the Faculty Retirement Plan and the Employee retirement Plan is available from the Employee Benefits Office.

## C15.3  Group Insurance and Long-term Disability Plans

The University offers several types of insurance plans. Basic life insurance and long-term disability coverage are provided to eligible faculty. Faculty may also purchase additional life insurance as well as health and dental insurance. Some of the plans include provisions for spouses and dependents. A complete list of benefits is available from the Employee Benefits Office. Enrollment in most plans must take place within thirty calendar days of the effective date of employment. Immediately upon acceptance of an appointment, faculty members should contact the Employee Benefits Office in order to enroll in insurance plans. Opportunities are provided annually for faculty to enroll in the various plans offered by the University.

## C15.4  Tuition Benefits

Full-time members of the faculty and administration (including those retired because of age and/or disability) and their dependents are eligible to participate in tuition benefit plans of the University as described below:

(a) Faculty Members and Administrators.

Effective August 15, 1975, a full-time member of the faculty or administration may attend undergraduate and graduate classes without payment of tuition provided such a person does not enroll for more than seven credits in any given semester or four credits in a summer session (five-week term). No member of the administration may enroll in any section of a summer session course during assigned regular working hours. A faculty member or administrator may not enroll with tuition benefits in any course in the School of Law or the School of Medicine, in a doctoral level program in the Graduate School, or in the Executive MBA program. This limitation of benefits does not apply to faculty members who were approved for tenure by June 1, 1975.

Part-time faculty members (teaching six or more credits or performing research for at least 20 hours per week) are entitled to a 50% remission of tuition after one year of continuous employment, provided (1) they were similarly employed in the year immediately preceding, (2) they are compensated for their services through University or University approved accounts, and (3) they are currently teaching or engaged in research during the semester in which the course work will be taken.

UM/EEOC-D. SCHMICH - 125778

Full-time and part-time faculty members and administrators are not entitled to tuition benefits for: (1) private music lessons or other private lessons (taken "not for credit"); (2) hobby courses; (3) in-service courses in Dade County schools; and (4) non-credit courses. (Non-credit University of Miami adult education courses in the non-hobby, non-sports category may be taken, provided space is available in the course after all regular tuition-paying enrollees in the course are accommodated and the course has an enrollment sufficient to warrant its being offered without the enrollment of employees using the tuition benefits.)

Full-time faculty members or administrators may enroll with tuition benefit in any program leading to any degree offered by the University (except Law, Medicine, a doctoral degree program, or the Executive MBA program) provided they meet the prerequisites for the courses and have been admitted by the appropriate administrative offices and screening committees. Faculty members may not, however, pursue a degree in the department in which they have an academic appointment.

(b) Dependents of Faculty and Administrators

A spouse or "dependent child" of a faculty member or administrator is eligible for tuition remission at the University of Miami at the rate of 75% during the first five years of the faculty member's full-time service at the University, and 100% thereafter; provided the spouse or "dependent child" is making normal progress toward graduation. "Dependent child" is defined as a natural, adopted, or step-child receiving 50% or more support from the faculty member or administrator. Spouses and dependent children of faculty members approved for tenure by June 1, 1975 are eligible for tuition remission in courses in the School of Medicine, School of Law, and Graduate School. Spouses and dependent children of administrators and all other faculty members are not eligible for tuition remission in courses in the School of Medicine, the School of Law, and doctoral programs in the Graduate School.

This benefit is available exclusively at the University of Miami for a total not to exceed 14 semesters or 225 semester credits (or appropriate equivalent), whichever is greater, for the spouse and for each dependent child for each faculty member who had been approved for tenure by June 1, 1975. For spouses and dependent children of administrators and all other faculty members, this benefit is available at the University for a total not to exceed ten semesters or 150 semester credits (except in Architecture where 164 credits is permissible), whichever is greater, per eligible dependent. The privilege as set forth and limited above applies to all undergraduate and graduate courses at the University of Miami except: a) private music lessons or other private lessons (taken "not for credit"); b) hobby courses; c) in-service courses in Dade County Schools; and d) non-credit courses. (See parenthetical exception in Section C15.4 (a) above.)

The widows/widowers and dependent children of faculty members and administrators who die after five or more full years of service to the University are eligible for benefits on the same basis as set forth above for dependents.

UM/EEOC-D. SCHMICH - 125779

(c) Appointments Prior to June 1, 1972

The dependent children (including the children of retired or deceased members) of those faculty members and administrators who had established eligibility before June 1, 1972 and have been in continuous service are eligible for tuition assistance for 120 credits or eight semesters (whichever is greater) at either the University of Miami or at other accredited universities or colleges and for additional credits at the University of Miami only, up to a combined total not to exceed 14 semesters or 225 semester credits (or appropriate equivalent), whichever is greater. The institution each student is attending, however, must certify that the student is making normal progress toward graduation. This tuition benefit is available to dependent children who begin their college programs before they reach the age of 23. If the student attends elsewhere, the tuition grant cannot exceed that amount the student would receive at the University of Miami, that is, the allowance of 75% of current University of Miami tuition during the first five years of a faculty member's or administrator's service and 100% thereafter. Dependent children of deceased full-time faculty members or administrators who established eligibility before June 1, 1972 are eligible as described above.

C15.5 Lowe Art Museum

Faculty membership for the Lowe Art Museum is available at a reduced fee, entitling members to these privileges: (1) Preview for members before opening exhibitions to the public. Details announced in the quarterly Newsletter for members; (2) Special lectures and programs; (3) Discounts on art publications through the Museum; (4) Discounts on registration of children for Art Classes; (5) Art Reference Library available by appointment; (6) Discounts in the Museum Gift Shop.

The Museum, its collection, and its exhibitions serve the primary function of an art resource center for the University and community. On request from faculty, art objects not on display can be made available for classes. Special docent lectures can also be arranged. For further information consult the Museum Director.

C15.6 Admission Tickets

Season football tickets may be purchased by members of the faculty at a reduced rate. Members of the faculty are entitled to season tickets for the immediate members of their families only, to a total of not more than four. There is no discount on a single game ticket. Other athletic events have different admission policies and many are free.

C15.7 Credit Union

Credit union services are available from the University Credit Union, a state-chartered credit union founded in 1947. The Credit Union has the stated purpose of providing low cost loans and exceptional savings opportunities. Membership in the Credit Union is open to all permanent employees, adjunct and voluntary faculty, alumni of the University of Miami, members of their immediate families, and to employees of certain other institutions.

UM/EEOC-D. SCHMICH - 125780

ETHICAL MATTERS

## STATEMENT ON PROFESSORS AND POLITICAL ACTIVITY

*The "Statement on Professors and Political Activity" that follows was published in the 1969 Spring issue of the AAUP Bulletin, adopted by the Faculty Senate as Class D advisory action on October 27, 1969, and approved by the President on November 13, 1969.*

(1) College or university faculty members are citizens and, like other citizens, they should be free to engage in political activities so far as they are able to do so consistent with their obligations as teachers and scholars.

(2) Many kinds of political activity (e.g., holding part-time office in a political party, seeking election to any office under circumstances that do not require extensive campaigning, or serving by appointment or election in a part-time political office) are consistent with effective service as a member of a faculty. Other kinds of political activity (e.g., intensive campaigning for elective office, serving in a state legislature, or serving a limited term in a full-time position) may require that the professor seek a leave of absence from the university.

(3) In recognition of the legitimacy and social importance of political activity by faculty members, universities and colleges should provide institutional arrangements to permit it, similar to those applicable to other public or private extramural service. Such arrangements may include the reduction of the faculty member's work load or leave of absence for the duration of an election campaign or a term of office, accompanied by equitable adjustment of compensation when necessary.

(4) Faculty members seeking leave should recognize that they have a primary obligation to their institution and to their growth as educators and scholars; they should be mindful of the problem that a leave of absence can create for the administration, their colleagues, and their students; and they should not abuse the privilege by too frequent or too late application or too extended a leave. If adjustments in their favor are made, such as a reduction of work load, they should expect them to be limited to a reasonable period.

(5) A leave of absence incident to political activity should come under the institution's normal rules and regulations for leaves of absence. Such a leave should not affect unfavorably the tenure status of a faculty member, except that time spent on such leave from academic duties need not count as probationary service. The terms of a leave and its effect on the professor's status should be set forth in writing.

## CONSULTING AND COMPENSATION FOR NON-UNIVERSITY ACTIVITIES

*This policy, except for its conflict of interest provisions, does not apply to faculty members of the School of Medicine who are participants in the Professional Income Plan.*

Opportunities for outside consulting are normally looked on with favor when they (1) contribute to the professional development of a faculty member, (2) contribute expertise not commonly available for the solution of a problem of society or industry, or (3) provide carry-over into the instructional program of the professor involved. The following general guidelines apply to consulting activities. (See also the Conflict of Interest Policy following this section.)

57

UM/EEOC-D. SCHMICH - 125781

*Ethical Matters*

(1) Time spent on such consulting must be in addition to rather than a part of the normal full-time effort expected of the members of the faculty for University responsibilities. If a faculty member is engaged in any work for which extra compensation is received from the University, the number of hours devoted to outside professional activities shall be correspondingly reduced.

(2) A faculty member shall keep the department chair and the dean of the college or school, through the department chair, informed of the nature and extent of consulting and related activities by annual submission of a report as required by the Executive Vice President and Provost. The Office of the Executive Vice President and Provost provides forms for annual reporting of consulting activities.

## CONFLICT OF INTEREST POLICY

The following four-part policy addresses itself to potential conflict of interest involving the University, its Officers, employees and agents. The four broad areas covered are business matters, academic matters, sponsored research, and consulting. (See also the Patent and Copyright Policy of the University, elsewhere in this Manual.)

### I. BUSINESS MATTERS

#### A. Purchases

The University of Miami does not purchase goods or services directly or indirectly* from its employees, other than those that are specified in the conditions of employment. If an unusual situation arises that might warrant consideration of such a transaction, it must be reviewed and approved by the Vice President for Business and Finance or a designee.

#### B. Sales

The University of Miami does not sell goods, materials, or services to its employees for their personal use except for items that are normally sold or services provided by the University Bookstore, Food Services, or activities that require an admission fee. The sale of library books is handled by the Director of Libraries, and coordinated by the Vice President for Business and Finance or a designee. Occasional sales of surplus property are advertised through local newspapers and are handled by the Property Control Office. Exceptions to the above must be approved by the Vice President for Business and Finance or a designee.

#### C. Gifts

The association between suppliers and employees of the University of Miami should always be on a professional and business-like basis. Gratuities from suppliers are not to be accepted for personal use by employees of the University of Miami.

---

*"Indirectly" is defined as occurring when an officer or employee who is considered to have a proprietary interest in any supplier of goods or services from which the employee or officer or any member of the immediate family received any kind of compensation or has any financial interest. (Note: an investment in a publicly held company of less than 1% of its outstanding stock will not be regarded as an indirect or significant interest).

58

UM/EEOC-D. SCHMICH - 125782

*Ethical Matters*

II.   ACADEMIC MATTERS

A. Tutoring

As a matter of professional practice, it is understood that no member of the faculty shall accept payment for tutoring any University student. When it is desirable to recommend that a student seek the help of a tutor, the student may be referred to the chair of the department offering the work in which help is needed. The chair of the department can recommend a qualified tutor who is not a member of the faculty. An exception to this general policy is possible in that a teacher in one school may tutor a student taking a course in another, provided approval of both deans involved is obtained.

B. Teaching

Full-time faculty members and other full-time employees are not permitted to teach for additional compensation at other institutions during the academic year, except with the approval of the Executive Vice President and Provost.

C. Faculty Produced Teaching Materials

The University encourages faculty to produce text materials, experimental textbooks, and laboratory manuals designed for the University courses. Whenever it is possible to absorb the production costs of University printed material in the department's budget, the material should be given to the student without charge. When the production costs of University printed material are greater than funds normally provided in a department budget, it is permissible to sell these materials to students through the University Bookstore or Copy Center at a price designed to recover only the cost. The author(s) or department may not receive royalties or other compensation from the sale of these materials to University students.

Another method of production is the assumption of initial full publication costs by the University and sale through the University Bookstore. If this is done, the author shall receive through the University no royalties or other compensation from the sale. The cost of manuscript preparation may be recovered as part of the publication cost.

Private printings are permissible provided these neither obligate the University financially, nor require the University Bookstore to order more than an anticipated one year's supply, nor result in excessive costs to the student. The Bookstore will play no role in arranging for the manufacture of such materials. The Manager of the Bookstore will identify overpriced text material and report these to the Executive Vice President and Provost.

Decisions to use faculty-produced material in University courses shall be made by the usual academic procedures. If it is material for a single section class, the decision shall be made by the instructor or by the department and approved by the department chair; if for a multiple-section class, by the department and approved by the chair. If the chair of a department is the author of the text material, the decision should be approved by the academic dean.

UM/EEOC-D. SCHMICH - 125783

*Ethical Matters*

### III. SPONSORED RESEARCH

Faculty members of the University may not participate in sponsored activity arrangements that may lead to any of the following conflict of interest situations:

#### A. Soliciting and Accepting Sponsored Research

Soliciting or accepting funding for privately-conducted research when the research to be performed could be accomplished through the utilization of available University resources, or when the research to be performed places the University member in competition with the University, its personnel, or facilities.

#### B. Favoring of Outside Interests

University faculty members undertaking or engaging in sponsored work, who have a significant financial interest in, or a consulting arrangement with, a private business concern, must avoid conflicts of interest between their sponsored University research obligations and their outside interests and other obligations. Situations of this type, in or from which conflicts of interest may arise, include but are not limited to the following:

(1) Undertaking or orientation of University research to serve the research or other needs of the private firm without disclosure of such undertaking or orientation to the University and to the sponsoring agency;

(2) Purchase of major equipment, instruments, materials, or other items for University research from a private firm in which the faculty member has an interest, without approval. (See Section IA of this Policy);

(3) Transmission to the private firm or other use for personal gain of work products from sponsored programs, as well as results, materials, records, or information that are not made generally available. (This would not preclude appropriate licensing arrangements for inventions or consulting work on the basis of sponsored research results where there is significant additional work by faculty members independent of their sponsored research);

(4) Use for personal gain or other unauthorized use of privileged information acquired in connection with the faculty member's sponsored activities. (The term "privileged information" includes, but is not limited to: medical, personal, or security records of individuals; anticipated material requirements or price actions; possible new sites for a sponsor's operations; knowledge of forthcoming programs or of selection of contractors or subcontractors in advance of official announcements; and academic principles, ideas, or processes discovered or improved upon as a result of sponsored activity);

(5) Negotiation or influence upon the negotiation of contracts relating to the faculty member's sponsored research between the University and private organizations in which there is a consulting or other significant relationship;

(6) Acceptance of gratuities or special favors from private organizations with which the University conducts, or may conduct, business in connection with a sponsored research project, or extension of gratuities or special favors to employees of the sponsoring agency under circumstances that might reasonably be interpreted as an attempt to influence the recipients in the conduct of their duties.

UM/EEOC-D. SCHMICH - 125784

*Ethical Matters*

### C. Distribution of Effort

There are competing demands on the energies of a University faculty member (for example, research, teaching, administering, committee work, and outside consulting). The way in which employees divide their effort among these various functions does not raise ethical questions unless the agency supporting research is misled in its understanding of the amount of professional effort actually devoted to the research in question. If the research agreement contemplates that a faculty member will devote a certain fraction of effort to sponsored research or agrees to assume a responsibility in relation to this research, a demonstrable relationship between the indicated effort or responsibility and the actual extent of involvement is to be expected. The University, therefore, through joint consultation of administration and faculty, has developed procedures to assure responsible compliance with the terms of these agreements.

### D. Consulting for Government Agencies or Other Contractors

When University members engaged in Government sponsored-research also serve as consultants to a Federal agency, their conduct is subject to the provisions of the federal Conflict of Interest Statutes and the President's memorandum of May 2, 1963, Preventing Conflicts of Interest on the Part of Special Government Employees. When members consult for one or more Government agencies or other contractors, or prospective contractors, in the same technical field as their research projects, care must be taken to avoid giving advice that may be of questionable objectivity because of its possible bearing on their other interests. In undertaking and performing consulting services, members should make full disclosure of these interests to the University and to the contractor insofar as they may appear to relate to the work at the University or for the contractor. Conflict of interest problems could arise, for example, in the participation by members of the University in an evaluation for the Government or other agency of its contractor of some technical aspect of the work of another organization with which they have a consulting or employment relationship or a significant financial interest, or in an evaluation of a competitor to that other organization.

### E. Interpretations

Questions concerning the interpretation of Section III of this Policy may be referred to the Research Council. (See "Administration and Procedures," in the Research and Sponsored Programs Section of this Manual.)

## IV. CONSULTING

### A. Outside Consulting

Faculty may accept opportunities for outside consulting and similar services in their fields of specialization provided this work does not interfere or conflict with their teaching, research, examining, counseling, and other University responsibilities. No faculty member may profit from private services while receiving monies from the University for the performance of these same services. The receipt of honoraria, lecture fees, and monies for expert testimony is permitted provided the services performed for such fees do not interfere or conflict with University responsibilities and the University has not provided or agreed to provide funds to the faculty member for performing those same services. The time involved in consulting activities shall not amount to more than an average of one day a week during the faculty member's period of appointment.

UM/EEOC-D. SCHMICH - 125785

B. Intra-University Consulting

When intra-University consulting is permitted under established University policy, University faculty members may not be paid a retainer fee. Compensation is to be based upon regular daily rates established by University policy. Any variation from these rates requires authorization from the appropriate vice-president. Intra-university consulting requires the approval of the immediate supervisor of the faculty member undertaking the consulting.

C. Private Professional Services

The University assumes no responsibility for private professional services rendered by members of the faculty. When faculty members do work in a private capacity, they must make it clear to those who employ them or may use the results that their work is not performed as agents of the University.

D. Use of University Facilities, Staff or Equipment

If University facilities, staff, or equipment are used in any activity, the activity must be a University-authorized function and must be conducted either (1) under contract with the University or (2) under an agreement that provides for reimbursement to the University for facilities, staff, or equipment used by the faculty member in the conduct of this activity.

E. Relationships with Private Enterprises

Faculty members should not acquire a relationship with private enterprise that either (1) requires in excess of one day per week of their time during their period of appointment, or (2) presents the possibility of competition between the private enterprise and the University in terms of the services each could provide.

F. Use of the Name of the University of Miami

University faculty members should not use the University of Miami name in any manner when advertising for consulting work.

G. Settlement of Disputes

Any challenge by a faculty member of a ruling by a chair or dean on the substance or extent of the faculty member's consulting should be made through the Faculty Senate Committee on Rank, Salary and Conditions of Employment. This committee should report its findings and recommendations to the President.

H. General Policy Statement

The University subscribes to the Statement on Conflict of Interest issued jointly by the American Council on Education and the American Association of University Professors in December, 1964.

UM/EEOC-D. SCHMICH - 125786

*Ethical Matters*

### PERSONAL RELATIONSHIPS

The basic criteria for appointment, tenure, promotion, salary or other conditions of employment of faculty shall be appropriate qualifications and performance. Close personal relationships, whether through family, marriage or other basis, shall constitute neither an advantage nor a deterrent to appointment or advancement at the University, provided the individual meets and fulfills the appropriate University standards. When factors of a personal nature might influence an evaluator in a review of progress or performance, the evaluator will withdraw from that review.

### NONDISCRIMINATION POLICY OF THE UNIVERSITY

*The Executive Committee of the Board of Trustees has adopted the following nondiscrimination policy:*

RESOLVED, that it is the policy of the University of Miami that no citizen of the United States or any other person within the jurisdiction thereof shall, on the grounds of race, creed, color, sex, age, handicap, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity of the University.

### COMMUNICATION WITH TRUSTEES

*The following resolution respecting procedures to be followed in communication between the Board of Trustees and administrators, faculty members and staff personnel of the University was adopted by the Board May 1, 1962:*

Whereas the Board of Trustees of the University of Miami recognizes the necessity for appropriate communications with the academic, administrative, and service personnel of the University and also recognizes that appropriate channels exist for these communications that promote academic freedom, sound administrative procedures, and mutual confidence of all concerned:

Now, therefore, be it resolved, That this Board invites all members of the staff of the University to communicate with it regarding matters that are properly within its sphere of responsibility through appropriate channels established by the table of organization of the University. In the case of communications transmitted outside these channels, the Board will in all cases refer such communications to the appropriate administrative officials in order to preserve the policy-making function of the Board and the operating responsibilities of the administration.

Be it further resolved, That this Board requests each of its members, individually and jointly, to communicate with employees of the University, on official and unofficial matters relating to the University, through the procedures described above.

UM/EEOC-D. SCHMICH - 125787

ACADEMIC MATTERS

## FACULTY-PRODUCED TEACHING MATERIALS

It is the policy of the University to encourage the faculty to produce text materials, experimental textbooks, and laboratory manuals designed for the University's laboratories, etc. Decisions to use faculty-produced material in University courses shall be made by the usual academic procedures. If it is material for a single section class, the decision shall be made by the instructor or by the department and with the concurrence of the department chair; if for a multiple section class, by the department and concurrence of the chair. If the chair of a department is the author of the text material, the decision should be approved by the academic dean. (See also Section IIC of the Conflict of Interest Policy elsewhere in this Manual.)

## GRADUATE STUDY BY FACULTY

Ordinarily, faculty members at the rank of assistant professor and above may not apply for study for the doctoral degree at the University of Miami. In rare cases, exceptions to this rule may be granted by the Dean of the Graduate School, but in no case will applicants be allowed to study for a doctoral degree in their own department.

Spouses of faculty members may apply for admission to doctoral programs (on the same basis as other students) provided that admission is not in the department or under the supervision of the faculty member.

## GUEST SPEAKERS

Any full-time member of the faculty may invite any person to speak in class on subjects relevant to the course. Any recognized faculty organization may invite any outside person to speak on campus. The primary criterion for the suitability of a speaker should be the belief that the speaker may enhance the intellectual development of the audience. It should be understood that inviting a speaker to the campus is in no way an endorsement of the speaker's views or background.

## ILLNESS OR OTHER EMERGENCY

Any emergency that would prevent a faculty member from meeting a class or other appointment should be reported to dean or department chair immediately so that a substitute can be provided or notice given to the class at the beginning of the period. Whenever possible, the faculty member should arrange for a substitute before reporting to the department chair.

If a faculty member suffers an illness or injury on campus, the faculty member may be taken to the Health Center. The appropriate dean should be notified immediately and a report made to the Executive Vice President and Provost. If a faculty member's illness or injury does not occur on campus, care should be undertaken by the faculty member's physician or hospital.

If a student becomes ill or is injured on campus, the Health Center should be contacted.

UM/EEOC-D. SCHMICH - 125788

*Academic Matters*

## LEAVES OF ABSENCE

Leave of absence without salary may be arranged with the faculty member for the purpose of faculty exchange, advanced study, research, public service, and, in some instances, business or industrial employment, without prejudice to future promotions in rank, provided that the period of absence does not work undue hardship on the University. Normally, permission will not be granted for more than two consecutive semesters of leave. Requests for leave of absence must be made in writing to the appropriate academic dean and referred to the Executive Vice President and Provost.

Faculty members on leave may arrange to make their own payments for hospitalization, long term disability, and group insurance during such periods of absence. The period of leave may be counted as credited service under the retirement plan only when the purpose of a leave is clearly to the benefit of the University and the faculty member is paid by the University of Miami while on leave.

## LIBRARIES

All University libraries are open to all faculty members. Upon showing faculty identification cards, faculty members have stack privileges and may borrow books. A full statement of "Faculty Loan Policy" is available from various service desks in the Otto G. Richter Library. The administrative staff and families of faculty members are invited to use library facilities. Loans to them are made under the regulations that apply to students.

## NON-CLASSROOM DUTIES

Certain non-classroom duties are a normal part of the obligation of every member of the faculty. These duties include committee work, registration duties, and advising of students. Faculty are expected to perform these duties and to undertake other necessary assignments between semesters, preceding the fall semester, or following the spring semester as well as at other times within the limits of the contract school year, as assigned by their dean.

## OVERLOAD AND SPECIAL ARRANGEMENTS

Persons employed by the University in other than teaching assignments may, with the approval of the Executive Vice President and Provost, teach for the University a maximum of three credit hours for additional compensation.

For overloads and special arrangements in the School of Continuing Studies, except as provided below, it is the policy of the University to permit faculty members to receive compensation for services in support of the courses, programs and activities of the School, provided such services are voluntary, approved by the department chairs and deans concerned, and considered to be beyond their normal assignments. Similarly, overloads for Continuing Medical Education are permitted within the School of Medicine.

UM/EEOC-D. SCHMICH - 125789

incorporated into the regular teaching load will receive compensation consistent with the amount of work involved and with the income and expenditures of the conference. Should more than one faculty member be involved, these fees will be paid out of the lump sum allotted and based upon the recommendations of the dean, department chair, or responsible faculty member. All such programs are contracted in writing and signed by the responsible faculty member(s) with the approval of the dean or director concerned.

(2) LECTURES FOR PROFESSIONAL GROUPS AND CLUBS. Faculty members may be paid for single lecture appearances as part of planned courses and workshops (for which registration and/or tuition fees are charged) sponsored by professional groups and clubs and coordinated by the division. These arrangements are to be confirmed by letter from the Dean of the School of Continuing Studies to the instructor concerned with a copy to the appropriate department chair and dean.

(3) SPECIAL PROGRAMS. In the case of clinics, programs for industry, and other similar activities, arrangements are negotiated in advance by the School of Continuing Studies and the faculty member(s) concerned and contracted for in writing with the approval of department chairs and deans concerned.

Full-time faculty members may not teach regularly scheduled (14-week) AE-designated non-credit courses unless these courses are taught as part of a normal teaching load with the special permission of the dean of the school and the chair of the department concerned. It should be noted that faculty members under government research or performance contracts may not qualify for additional pay without administrative permission and without making appropriate arrangements with the sponsoring agency.

## PERSONNEL FILES

Access to and disclosure of information contained in official faculty personnel files are governed by the policy entitled "Confidentiality of University Personnel Records and Correspondence," available in the Office of the Executive Vice President and Provost. The policy provides faculty members with the right to review and inspect their personnel files in the offices of their chairs, deans, and the Office of the Executive Vice President and Provost. Letters of recommendation solicited or received in confidence, department votes on any personnel action, and attorney-client correspondence must be removed from personnel files prior to access. With limited exceptions, the contents of faculty personnel files may not be disclosed without the faculty member's consent.

## RESIGNATION

A resignation should be made in writing through the department chair and academic dean. The dean will forward the resignation to the Executive Vice President and Provost. Notice of termination by a faculty member shall be given either six months prior to the termination of the appointment or by the time specified for the return of salary memoranda for the following year.

UM/EEOC-D. SCHMICH - 125790

SUMMER TEACHING

Faculty appointments on a nine-month basis imply no commitments concerning summer teaching. The selection of summer courses and the faculty members engaged to teach them originate within the department or school under general policies for the summer sessions.

VACATION

Faculty members holding nine-month appointments earn no vacation privileges beyond the usual holidays and vacations of the school year including the free period between semesters. Members of the faculty and administrative staff appointed on a twelve-month full-time basis are entitled to a one-month vacation, including regular student vacation periods if taken as part of this time. (Different arrangements are provided in some of the professional schools.) Individuals on a twelve-month basis appointed late in the academic year are entitled to partial vacations on the plan indicated above, proportionate to the fraction of the year served. Faculty members whose annual contract is issued for a twelve-month period may not accumulate vacation in excess of one month except in unusual cases with the approval of the Executive Vice President and Provost. The normal time for taking vacations must be arranged with and approved by the immediate supervisor before the vacation begins.

UM/EEOC-D. SCHMICH - 125791

## RESEARCH AND SPONSORED PROGRAMS

### RESEARCH COORDINATION

The Vice Provost for Research is responsible to the Executive Vice President and Provost for the overall coordination of research and sponsored programs in the academic division. The Vice Provost for Research is the chief administrative officer of the Office for Research and Sponsored Programs and is Chair of the Research Council. This office is a source of information and a resource for program development for individual faculty and subunits within the academic division of the University. Available resources include reference materials on funding sources, agency and university policies and procedures, proposal guidelines and application forms. Assistance with formats and budgets is also available.

Research proposals, training grant proposals, or special proposals for institutes, equipment, etc., if they pertain to academic programs, must be approved by department chairpersons or directors of centers or programs and the appropriate dean or deans and processed through the appropriate academic research office (Office of Research and Sponsored Programs, Coral Gables Campus; Office for Research Administration, School of Medicine; or the Business Office, Rosenstiel School of Marine and Atmospheric Science). This rule applies regardless of the source of funds, private, governmental or commercial. Final approval and signature must be obtained from an authorized official.

The Vice Provost for Research acts as deputy to the Executive Vice President and Provost in establishing liaison between the University and federal granting agencies. Other functions include coordination of research programs where more than one division or discipline is involved, and providing assistance in establishing new research activities. The Research Council has the responsibility for developing University research policy.

### RESEARCH COUNCIL

The Research Council was chartered by the administration and faculty government to foster, encourage and promote research by members of the faculty and students. Specific policy recommendations are referred to the Executive Vice President and Provost. The functions of the Council fall within four categories:

(1) RESEARCH POLICY. The Council is responsible for the development and review of the University's policy on sponsored programs which exists to assure the orderly conduct and growth of research and other sponsored activities within the framework of the educational objectives of the University.

(2) RESEARCH PLANNING. It is a function of the Council to guide the development and growth of research activities through its advisory role to the Faculty Senate.

(3) ALLOCATION OF FUNDS. When requested, the Council assists in providing equitable distribution of funds for the support of research when such funds are made available from University resources or, in certain cases, from extramural grants to the institution as a whole.

UM/EEOC-D. SCHMICH - 125792

(4) COMMUNICATION. The Council is responsible for bringing to the attention of the various other functional units of both the faculty and the administration any matters that properly concern the faculty engaged in research activity.

The Research Council consists of members of the graduate faculty, each with a three-year term, selected by the Executive Vice President and Provost from candidates nominated by the school councils. The schools to be represented and the number of representatives from each are designated by the Executive Vice President and Provost in consultation with the Faculty Senate. The Vice Provost for Research is the chair of the Council and an *ex officio* member.

## ADMINISTRATION AND PROCEDURES

The Research Council's functions include recommending policy for such aspects of sponsored research as the solicitation, acceptance, and administration of projects, and the general supervision over the implementation of such policies.

(1) The Council's administrative responsibilities are carried out through the Vice Provost for Research.

(2) It is the Council's function to determine that sponsored research is conducted according to established policies. This function is accomplished by means of review of proposals, grants, or contracts, where questions of research policy are involved.

(3) The Research Council will receive appeals or recommendations from faculty in matters concerning policy or execution of sponsored research. Matters that the Council considers beyond its scope of decision will be referred to the President or a designee through usual administrative channels.

## STATEMENT OF POLICY ON SPONSORED PROGRAMS

Sponsored programs at the University will be governed by the following specific policy statement and objectives.

### A.   OBJECTIVES

This statement of policy on sponsored programs is intended to encourage and foster research activities and the development of academic programs at the University and to maintain the highest standards of scholarship and research. No part of the following policy should be implemented in a way that will restrict the conventions of academic freedom. While standards of quality for academic functions cannot be precisely defined, the overall goal of sponsored programs is to better humanity through advancement and dissemination of knowledge. In achieving this goal, these programs must be conducted ethically and for the enrichment of the academic environment.

UM/EEOC-D. SCHMICH - 125793

*Research and Sponsored Programs*

B.  DEFINITIONS

This statement of policy applies to SPONSORED PROGRAMS undertaken within the institutional framework of the University. SPONSORED PROGRAMS shall be understood to mean projects supported by funds obtained from the following categories:

(1) GRANTS, CONTRACTS OR AGREEMENTS extended to an individual and funded internally or externally to carry out a specific project;

(2) INSTITUTIONAL GRANTS (funds obtained from extramural sources but allocated internally);

(3) MULTI-INVESTIGATOR GRANTS OR CONTRACTS administered either by a single academic division or a combination of divisions.

C.  RESPONSIBILITY OF THE UNIVERSITY TO THE SPONSORING AGENCY

In accepting a grant or contract for a sponsored program, the University assumes all obligations specified or referred to in the award document. In addition, the University accepts the following general obligations to a sponsoring agency:

(1) A staff will be maintained to provide adequate control over expenditures of grant or contract funds and property; this staff will also prepare and submit the necessary fiscal reports as required by the sponsor;

(2) The University will not discriminate in its policies and administrative controls between its own funds and those obtained from a sponsor. This will include (but is not limited to) maintenance of records and fiscal controls, purchasing procedures, provision of facilities, and property control;

(3) Personnel compensation and employee benefits paid from extramural funds will conform to University rates and standards and to the policies of the granting agency involved;

(4) The University will establish and maintain administrative mechanisms for compliance with specific agency and University requirements such as non-discrimination in employment, the protection of human subjects in research, safety, and animal care;

(5) University approval of an application for sponsored program funds constitutes a commitment to provide such items as facilities, space, professional assistance or an appropriate portion of personnel time if these are specified in the proposal or otherwise documented at the time of submittal. The University will not cancel or withdraw any such commitments unless agreed to by the investigator or project director and, where advisable or required, by the sponsoring agency;

(6) Questions or complaints relating to failure of the University to meet its obligations in paragraphs (1) through (5) may be initiated by investigators or project directors through appropriate academic channels and then through the Research Council and its designated channels to the President of the University. If upon written approval of the academic officials whose approval was required for submitting the grant or contract application it

UM/EEOC-D. SCHMICH - 125794

is determined that the conditions specified to the funding agency for acceptance of that grant or contract are not being met, the University may re-evaluate its responsibility to continue the project under University sponsorship.

### D. RESPONSIBILITY OF THE UNIVERSITY TO THE INVESTIGATOR OR PROJECT DIRECTOR

When a proposal by a faculty member to undertake a sponsored program has been approved by the department chair and academic dean or director (or their designee) and signed by an officer of the institution, the University is understood to have assumed certain general and specific obligations to the investigator or project director as follows:

(1) When permitted by the circumstances, an appropriate and reasonable adjustment in teaching requirements will be made to permit a faculty member to carry out a program for which sponsorship is being sought;

(2) The University will provide all administrative assistance available to aid faculty in the conduct of approved sponsored projects. This includes, but is not limited to, assistance with proposals, negotiations with agencies, maintenance of adequate fiscal or property records and controls, purchasing services, and submission of administrative reports as required;

(3) Under no circumstances will an individual's rights as a faculty member such as contracted salary, advancement, promotion, and tenure privileges be affected adversely by reason of involvement in approved sponsored programs;

(4) Appeals on questions of failure to meet the obligations specified in paragraphs (1) through (3) above will be first through prescribed academic administrative channels and then through the Research Council and its designated channels to the President of the University;

(5) The University has the right to terminate or refuse to accept or renew a research grant or contract, as outlined in section C.6., above; however, principal investigators on individual research grants or contracts with only one principal investigator shall not be replaced during the term of the grant unless required by the conditions of the grant or contract or if requested by the principal investigator. The investigator or project director who basically serves as an administrator of a grant or contract and is not significantly involved with research ideas or the direct execution of the research may not be changed without first informing the investigator or project director and without the written consent of the academic officials whose approval was required for submitting the grant or contract application. Appeals related to this action will be referred to the Research Council for recommendation to the President of the University.

### E. RESPONSIBILITY OF THE INVESTIGATOR OR PROJECT DIRECTOR TO THE UNIVERSITY AND TO THE SUPPORTING AGENCY

Investigators or project directors of approved sponsored programs will comply with the provisions of this policy and accept specific responsibilities and obligations as follows:

**UM/EEOC-D. SCHMICH - 125795**

(1) The proposed project will be carried out within the framework of an established department or division of the University, or through the cooperation of several departments or divisions. Student projects will be directed by a member of the teaching or research faculty;

(2) A proposal for sponsored program activity will have the administrative approval of the appropriate department chair (or chairs) indicating that the proposal has been examined and in addition to academic merit, the proposed programs meet the following qualifications:

(a) The program proposed is consistent with the overall academic interests of the department;

(b) Adequate facilities have been approved and will be available for the successful conduct of the proposed project;

(c) There is reasonable assurance that the technical or student assistance specified in the proposal will be available and that time required of the investigator or project director is acceptable;

(3) The project proposal will have the approval of the appropriate dean(s), director(s), or their designee(s);

(4) The budget for the proposed program should be adequate for the work proposed, including allowances for contingencies and salary increases. Any specific University contribution, whether in the form of direct or indirect expenses, will be specifically identified as to source at the time of submitting the proposal and must be approved by appropriate University officials;

(5) The proposed grant or contract will comply fully with University administrative regulations or academic policies, such as those regarding employment and employee relations, safety, safeguards to human subjects in research, fiscal and purchasing procedures, and animal care;

(6) The grant or contract will not interfere with academic freedom and responsibilities or with the normal prerogative to publish the results of properly conducted investigations, subject to the conditions defined in the "Statement on Freedom of Communication in Sponsored Programs at the University of Miami," below, which is a part of this Policy;

(7) The acceptance of funds to support a project will be construed as evidence that the investigator or project director has agreed to comply with all policies or requirements of the supporting agency which are pertinent to the project, including the timely preparation of all necessary reports and publications;

(8) An investigator or project director will not contract for or commit the utilization of University facilities, resources, or personnel unless it is through the prescribed University channels as detailed above;

(9) An investigator who accepts funds from a Federal agency in support of research will comply with the principles set forth in the Conflict of Interest Policy in this Manual and

UM/EEOC-D. SCHMICH - 125796

the joint statement issued in December, 1964, by the American Council on Education and the American Association of University Professors, On Preventing Conflicts of Interest in Government-Sponsored Research at Universities (*AAUP Bulletin*, March 1965), adopted by the University as an integral part of its policy on sponsored research.

## F.   RESPONSIBILITIES OF PRINCIPAL INVESTIGATOR AND CO-PRINCIPAL INVESTIGATOR

(1) Projects in which there are two or more investigators shall have one individual designated as principal investigator (or director) who will bear primary responsibility for the conduct of the program as detailed in the project proposal.

(2) The designation of a principal and co-principal investigator(s) indicates a shared responsibility for the conduct of the project, and it is presumed that this type of relationship between investigators has more precise requirements for sharing of responsibilities than a lesser cooperative arrangement (e.g., those designated by such terms as "research associate," or "coordinator,")

(3) Investigators other than the principal investigator or director may be designated as co-principal investigator, co-investigator, investigator, associate or assistant director, coordinator or other title appropriate to the agreed-upon function. Unless otherwise arranged, dictated by University policy, or required by the granting agency, investigators other than co-principal investigators serve at the pleasure of the principal investigator and co-principal investigator as appropriate. Other arrangements might be dictated by the terms of a Center grant, program, or project grant for which there is one overall principal investigator but many funded project investigators. The monies under such grants are awarded as a total amount for the center or program but in support of specific research projects. Normally the agency in such cases would not allow the principal investigator to remove funded project directors.

(4) The co-principal investigator shares responsibility for the whole project, rather than being responsible for a specific portion of the project.

(5) In the case of disagreement between the principal investigator and a co-principal investigator that cannot be resolved by them or their respective deans the disagreement shall be referred for resolution to the Research Council.

(6) All elements of this Policy on Sponsored Programs apply equally to both principal and co-principal investigators. Such individuals may, if agreed between them, be co-signatories or alternates for purchases, reports, or other documents, subject to the requirements of the funding agency for assignment of primary responsibility for the performance of the grant or contract. Any modification of the original grant or contract requires approval of the principal investigator, co-principal investigator, and the pertinent University officials as required.

(7) When either the principal or co-principal investigator resigns, replacement approval is required from the remaining partner. Normally, if the principal investigator resigns, the co-principal investigator is appointed as successor if the respective administrative superiors (usually the deans of the schools involved) and the sponsoring agency approve.

UM/EEOC-D. SCHMICH - 125797

*Research and Sponsored Programs*

## STATEMENT ON FREEDOM OF COMMUNICATION IN SPONSORED PROGRAMS AT THE UNIVERSITY OF MIAMI

1. The University reserves the right to accept only contracts or grants that permit it to disclose (a) the existence of the grant or contract, (b) the identity of the sponsor (or prime sponsor of a sub-contract), and (c) the objectives or purpose of the proposed project.

2. The University will not enter into any contract or grant that explicitly or implicitly may interfere with the disclosure of independent recommendations or objective conclusions, nor allow any outside pressure to bias valid results.

3. The University will not enter into any contract or grant that specifically prevents the free exchange of ideas, or prohibits the free publication of results, except as detailed in (4) below.

4. It is recognized that contracts or grants may legitimately vest proprietary rights in products or by-products, such as patentable inventions, in the sponsor of the contract or grant, and that the investigator may be required to protect these proprietary rights against disclosure. It is also recognized that contracts or grants may legitimately require preliminary or interim reports which are proprietary communications between the investigator or project director and the sponsor. Moreover, the practice of many funding agencies to require that results and reports be submitted to the sponsor for information and review before publication is viewed as normal and legitimate.

5. The Provisions of paragraphs (1) through (4) may be waived by the President of the University after consultation with the Research Council. The Research Council shall be informed by the President of all waivers of these provisions.

6. In time of national emergency, officially declared by the President or the Congress of the United States, this policy will be rescinded.

UM/EEOC-D. SCHMICH - 125798

## PATENT AND COPYRIGHT POLICY

The Patent and Copyright Policy was adopted by the Board of Trustees November 22, 1967 and amended by the Board on May 31, 1976.

I    PREAMBLE

In adopting this policy the Board of Trustees recognizes that there may be research projects sponsored by governmental authorities, industrial concerns or others that may entitle the sponsors to the ownership, without payment of any royalty to any person, of a discovery or invention made by a faculty member, staff member or student of the University as to which there is a reasonable likelihood of obtaining a patent or a copyrightable material authored by a faculty or staff member or student.

II    CREATION OF PATENT AND COPYRIGHT COMMITTEE

The Board of Trustees of the University of Miami hereby authorizes the President to appoint a University of Miami Patent and Copyright Committee (to be referred to as "the Committee"), with the authority and responsibility provided below, and consisting of four members of the University's faculty and three members of the University's administrative staff. Legal counsel for the University shall serve as counsel to the Committee.

III   DISCOVERIES AND INVENTIONS

3.1   Disclosure of Discoveries and Inventions. Any faculty member or staff member or student of the University who has made a discovery or invention that reasonably appears to be patentable (hereinafter referred to as "patentable") shall bring such discovery or invention to the attention of the President of the University, or a designee, for the purpose of determining whether and to what extent the University has an interest in the discovery or invention. Any such discovery or invention shall be so disclosed promptly, but in any event within a period of not more than two months.

3.2   Ownership of Discoveries and Inventions.

(a) A discovery or invention, whether or not subject to patent, developed as a direct result of the regular duties of a faculty or staff member, or developed by a faculty member or staff member or student as a result of research done on or in connection with theses or dissertations or problems pertaining thereto, or as a result of a program of research financed wholly or in part by University funds, or by funds under the control of the University, shall except as otherwise owned for reasons mentioned in the Preamble, be the exclusive property of the University. The ownership of any such discovery or invention, and any patent rights pertaining thereto, shall be assigned to the University or its designee and shall be administered in accordance with the determination of the Committee.

(b) A discovery or invention developed by a faculty member or staff member or student shall be the exclusive property of the inventor or inventors if all of the following conditions exist:

(1) if the University has contributed nothing substantial or essential to the production and development of such discovery or invention in funds, space, facilities or time of a faculty member, staff member, or student, and

UM/EEOC-D. SCHMICH - 125799

(2) if the discovery or invention is not along lines related to any University research then in progress, known to the faculty member or to which the University is committed, and with which in either case such faculty member or staff member or student is connected, and

(3) if the discovery or invention was developed by the inventor or inventors on their own time without any expense to the University.

(4) If there is a difference of opinion as to whether a discovery or invention is within subparagraph (1) or subparagraph (2) above, or if a discovery or invention is within neither such category, the ownership of the discovery or invention, and the determination of equities with respect thereto shall be decided by the Committee whose decision, subject to appeal to the President of the University as provided for hereinafter, shall be binding upon the University and upon the faculty member, staff member, or student who made the discovery or invention.

3.3    Authority and Responsibility of the Committee.

With respect to discoveries and inventions, the Committee, subject to appeals to the President hereinafter provided for, shall have the following authority and responsibility with respect to discoveries and inventions:

(a) To receive and act upon reports of discoveries and inventions.

(b) To determine the ownership of discoveries and inventions and to determine the dates of their conception, disclosure and reduction to practice.

(c) To determine the equities of the University, the inventor or inventors, and other parties in discoveries and inventions and to provide equitably for the sharing between the University and the inventor or inventors of royalties received for any patented or patentable discovery or invention in which the University has a property interest, in accordance, however, with the following:

(1) In situations where an agreement, letter or other document involving the University and another party or governmental agency having an interest in such discovery or invention requires that royalties on such discovery or invention be distributed in a particular manner, the sharing of such royalties between the University and the inventor or inventors shall be in accordance with the royalty distribution provisions of such agreement, letter or other document. In all other cases, the procedure set out hereafter in subparagraphs (2), (3) and (4) shall be followed; provided, however, that where an agreement, letter or other document involving the University and another party or governmental agency having an interest in such discovery or invention places a limitation upon the amount of royalties to be paid to the inventor or inventors, then the amount of royalties to be paid to the inventor or inventors in accordance with subparagraphs (2), (3), and (4) shall not exceed such limitation.

UM/EEOC-D. SCHMICH - 125800

(2) The University shall retain all such royalties until it shall have recovered in full all expenses incurred in connection with the filing and prosecution of a patent application, or applications, for the discovery or invention in question.

(3) The next $1,000 of such royalties shall be paid to the inventor or inventors of the discovery or invention.

(4) Royalties received beyond those required to meet the conditions specified in (1), (2) and (3) above shall be divided as follows:

(i) One-third of such royalties shall be retained by the University.

(ii) One-third shall be paid to the inventor, or to the inventors in accordance with their rights thereto.

(iii) One-third to the primary department of the inventor, or primary departments of co-inventors according to the establishment of proportionate participation as determined under (d) below.

(d) When there are co-inventors, to recommend the extent of the participation of each inventor in the financial returns from the discovery or invention.

(e) To determine, in the case of a discovery or invention in which the University has a property interest, whether the University should attempt to obtain a patent or should submit the discovery or invention to the University's patent agent, any such determination to be made within two months from the date the discovery or invention has been disclosed to the Committee or, if sooner, within thirty (30) days after a written request that such determination be made is received from the President of the University or from the inventor or inventors.

(f) If the Committee decides to submit a discovery or invention of the University to the University's patent agent, and if the patent agent shall decide either not to file an application for a patent or to abandon an application that has been filed, then the Committee shall determine whether the University shall file such application or proceed with an application already filed, or shall assign any right that the University may have in the discovery or invention to the inventor or inventors, such determination to be made within thirty (30) days after the receipt by the Committee of notice from the University's patent agent of a determination not to file such application or to abandon an application already filed.

(g) To report to the President of the University and other interested parties its findings and determinations with respect to a discovery or invention within four (4) months of the receipt by it of knowledge of the discovery or invention except in those situations for which a different period of time for making a determination is established.

(h) To report its findings to the President of the University on all matters bearing on patentable research, or on patents offered to the University by gift, devise, purchase, sale or assignment, regardless of the potential value thereof or the circumstances under which such patentable research or patents were discovered.

UM/EEOC-D. SCHMICH - 125801

*Patent and Copyright Policy*

3.4    Management and Exploitation of Patents.

The President of the University shall determine the manner in which patents that are the property of the University shall be managed and exploited.

## IV    COPYRIGHTABLE MATERIAL

4.1    Rights of Authors.

In accordance with custom in institutions of higher learning, and except as provided for in paragraph 4.2 below, the right of first publication and of statutory copyright in any book, manuscript, television or motion picture script or film, educational material, or other copyrightable work, whose author is a faculty member or staff member or student, shall be the property of the author.

4.2    Rights of the University.

Copyrightable material resulting from a project assigned to members of the faculty or the staff as a part of their regular duties shall inure to the University only if so specified at the time of assignment by an instrument of specific detail and agreement signed by the faculty or staff member, by the department chair or director, and by the school or college dean.

4.3    Authority and Responsibility of Committee with Respect to Copyrightable Material.

The Committee shall have the same authority and responsibility with respect to copyrightable material authored by a faculty member, a staff member, or student as it has in respect to discoveries or inventions made by such persons and dealt with in part III. The specific authority and responsibilities of the Committee with respect to discoveries and inventions, described in paragraph 3.2, shall apply with equal force to copyrightable material except as context does not permit or require change.

4.4    Notice to Committee.

Department chairs, deans and directors, shall notify the Committee in writing of any work assigned in accordance with paragraph 3.2 of this Policy that might result in a manuscript or other property for which copyright may be obtainable.

## V    PUBLICATION OF MATERIAL RELATING TO DISCOVERIES, INVENTIONS AND SCHOLARLY INVESTIGATION

The Board of Trustees recognizes and wishes to give the fullest possible operation of traditional principles and practices of academic freedom in connection with the publication of writings that relate to discoveries and inventions. At the same time it also recognizes that governmental authorities, industrial concerns or other organizations that sponsor research projects may require temporary restriction on publication in order to protect the sponsor's interest in patentable inventions or discoveries, or because of considerations relating to the national interest or for other reasons considered sufficient by the sponsor. If the University has been authorized or required by the sponsor to determine whether or not publication would be in compliance with such restrictions and conditions such determination shall be made by the Committee.

9/1/94                                         78

UM/EEOC-D. SCHMICH - 125802

*Patent and Copyright Policy*

## VI   APPEALS FROM COMMITTEE DETERMINATIONS

If any interested person is dissatisfied with the determination or disposition by the Committee of any matter relating to any discovery, invention, patent, copyright, or copyrightable material, or the publication of any writing discussing or disclosing any of the foregoing, such person may request that the determination be reviewed by the President of the University. Any such request shall be in writing and shall be delivered to the Committee not later than fifteen (15) days after such person has received notice of the determination or disposition which the person regards as unsatisfactory, or if sooner, within fifteen (15) days after the expiration date of the period of time within which the Committee should have reported its findings and determinations to interested parties. The Committee, on receipt of such request, unless it reconsiders its original determination and modifies the same in a manner that is satisfactory to all interested parties, shall forward promptly such request, together with its determination and recommendations, to the President. The President may affirm, modify or reverse the Committee's determination, on the basis of such information as the President wishes to consider, and the President's decision shall be binding on all interested parties. The Committee shall assist the President in reviewing any such matter in whatever manner the President may request.

UM/EEOC-D. SCHMICH - 125803

# UNIVERSITY ADMINISTRATIVE STRUCTURE

## BOARD OF TRUSTEES

The government of the affairs of the University is vested in a Board of Trustees consisting of any number of members, as determined by the Board from time to time, except that the number can never be less than twenty. In addition, the Board may elect a maximum of six alumni to serve; these alumni have the same powers, rights, privileges as the other members of the Board. The President of the University is an *ex officio* member of the Board. No faculty member of the University may be a trustee unless the Board so authorizes at a meeting regularly called and held. The Board of Trustees has the power to delegate authority. In large measure this delegation is to the President of the University, who, in turn, delegates authority to the officers in charge of various units.

## OFFICE OF THE PRESIDENT

As chief executive and administrative officer of the University, the President is responsible to the Board of Trustees for the supervision, management, and governance of the University and for interpreting and carrying out the policies of the Board. The President is assisted by the other officers of the Corporation; the Executive Vice President and Provost; the Vice Presidents, the General Counsel and Secretary of the University, and other business and academic officers.

## DIVISION OF ACADEMIC AFFAIRS

The Executive Vice President and Provost is the chief academic and budget officer of the University and chief administrative officer of the Division of Academic Affairs. The Provost is assisted by the Vice Provost for Faculty Affairs and University Administration, the Vice-Provost for Undergraduate Affairs, the Vice Provost for Research, and the Vice Provost for Enrollments. The Provost is responsible for preserving the primacy of the academic function in the total University enterprise and serves as President in the President's absence.

## ACADEMIC DEANS' POLICY COUNCIL

The Academic Deans' Policy Council is chaired by the Executive Vice President and Provost. The members of the Council are the Deans of the Schools and Colleges and the Director of Libraries. The President and the Vice Provosts are *ex officio* members of the Council. The Council considers policy matters relating to the academic or administrative operation of the University and makes appropriate recommendations to the Executive Vice President and Provost and to the President of the University. It also reviews the academic and administrative activities of the University that directly affect the academic activities of the University, including those directly under the control of the Council members.

## ACADEMIC DEANS' ADMINISTRATIVE COUNCIL

The Academic Deans' Administrative Council is chaired by the Vice Provost for Undergraduate Affairs. The members of the Council are the Associate Deans or Deans and the Vice Provost for Enrollment. It assists the administration in all facets of undergraduate student life. The Chair of the Faculty Senate Academic Standards Committee is an *ex officio* member of the Council.

UM/EEOC-D. SCHMICH - 125804

*Administrative Structure*

## CHAIRS OF ACADEMIC DEPARTMENTS

Each academic department of the University has a chair as its immediate supervisory officer. The chairs in a departmentalized school are appointed by the dean of the school in consultation with the department faculty. The department chair has responsibility under the general direction of a dean for: (1) organization and supervision of the courses and instruction offered by the department, for assignment of courses, for efficiency of the department's work, and for the care of equipment assigned to or in the custody of the department; (2) transaction of official department business with faculty and students; and (3) recommendations to the dean for appointments and promotions of the members of the department after consultation with department faculty. The department chair is expected to hold frequent department meetings on such matters as curriculum, instruction, and policy. Appointments or reappointments of department chairs are made annually; however, changes may be made as circumstances require.

Any administrative salary supplement for chair duties is normally identified separately on annual faculty appointment papers. Any reduction in teaching load for the chair is specified in a memorandum between the chair and the dean. When a department chair returns to regular faculty status, any administrative salary supplement or reduction in teaching load ceases.

In the case of a department whose function is both research and teaching, and as warranted by the size of the department, a second member of the department, selected jointly by the chair and the voting members of the department, may have primary responsibility for the undergraduate curriculum, advisement of undergraduate students, and preparation of schedules and teaching assignments. In the case of a department with clinical, research, and teaching functions (as in the School of Medicine), a second member of the department, selected jointly by the chair and the voting members, may share responsibility for research or clinical functions, and a third member, similarly chosen, may share responsibility for teaching functions. In all the foregoing cases, the approval of the academic dean is required.

In exceptional cases a department may be authorized, with joint approval of the President and the Faculty Senate, to elect its chair and determine its own organization.

9/1/94

UM/EEOC-D. SCHMICH - 125805

# ACADEMIC REGULATIONS

## ACADEMIC BULLETINS

The academic bulletins of the University contain general academic regulations and the specific regulations for each school or college in the University. Faculty members should be familiar with both the University-wide academic rules and regulations and those that apply within their own academic area.

## ATTENDANCE

Regular and punctual class attendance is vital for all students. Each instructor will announce during the first meeting of a class the penalties for non-attendance and for missed quizzes and examinations, since these vary. Any student may be dropped from a course or receive a lowered grade for unauthorized absences that are in excess of those permitted without penalty by the instructor. Unless a student is absent for University-approved reasons the instructor determines whether or not an absence is for an acceptable reason. Within one week of return to school, the student should contact the instructor about making up missed work. It is the student's responsibility to know the instructor's policies regarding examinations, penalties for absences, and late or missed work.

Verification that an absence was approved by the University shall be issued by the appropriate University official, as indicated below. The instructor must allow the student opportunity either to make up or be excused from the work missed, without penalty. Verification may be as follows:

(1) A student has participated in an activity approved by the Academic Deans' Policy Council, such as music and debate activity, R.O.T.C. function, or varsity athletic trip. (Issued by the sponsor when authorized by the Executive Vice President and Provost.)

(2) A student has participated in a special academic activity, such as a field trip or other special event connected with course-work. (Issued by the sponsor when authorized by the Executive Vice President and Provost.)

(3) A student has been confined as a patient of the University Health Center, as certified by the Health Service.

All other reasons for absence from required sessions are primarily the concern of the student and the instructor. If the instructor does not accept the reason for absence, the student may initiate an appeal through the chair of the department in which the course is offered.

No department or official of the University may schedule for any student or group of students in the name of the University any activity that will entail continuous absence from classes for more than one week during a regular semester. Exceptions to this rule require the prior approval of the Academic Deans' Administrative Council; it is the responsibility of officials desiring such exceptions to make prior arrangements with the Council. If permission is granted, it becomes the responsibility of the official to make sure there is no undue interference with the student's academic work.

UM/EEOC-D. SCHMICH - 125806

*Academic Regulations*

## CHANGES OF COURSES AND WITHDRAWALS

Provisions are made for students to change courses or to withdraw within a specified number of days after registration. These regulations are set forth in the academic bulletins.

## CLASS PERIODS

The standard length of a class period during the regular semester is fifty minutes for Monday-Wednesday-Friday classes, and one hour and fifteen minutes for Tuesday-Thursday classes. Laboratory periods vary in length and may be two to four times as long as regular class period.

## CLASS ROLLS

Class rolls are issued to faculty members by the Registrar as soon as possible after registration. Instructors should not permit any student to remain in class if the student's name is not on the official roll. Students appearing without authorization should be sent immediately to the Registrar. They may be readmitted upon written authorization by the Registrar, indicating that their name has been added officially to the class roll. Roll and grade records should be retained and filed in the department office for at least three years after the close of each term.

## GRADE REPORTS

The Registrar calls for Midterm Academic Deficiency Reports within seven weeks after the beginning of each semester. The instructor reports only D and E grades at that time. Students doing below average work are notified that their work is unsatisfactory. Grades may not be posted without written consent from the student. (See Student Records section of this Manual). Final grades are recorded on official grade report forms provided by the Registrar several days before the final examination period. These forms must be returned to the dean's office by the date and time specified.

## GRADING SYSTEM

The grading system is described in academic bulletins. Should questions of interpretation arise, the faculty member should consult the department chair or the dean of the school.

## RELIGIOUS HOLIDAYS

The University of Miami, although a secular institution, has always sought to acknowledge and accommodate those employees and students who wish to observe religious holy days. It seeks to reflect its awareness of and sensitivity to religious holy days whenever possible when scheduling University activities. Each student shall, upon notifying the instructor, be excused from class to observe a religious holy day of the student's faith. While the student will be held responsible for the material covered while absent, each student shall be permitted a reasonable amount of time to make up any work missed. No major test, major class event, or major University activity will be scheduled on a major religious holy day. Professors and University administrators shall in no way penalize students who are absent from academic or social activities because of religious observances.

UM/EEOC-D. SCHMICH - 125807

## CLASSROOM ASSIGNMENT

The general purpose classrooms on the Coral Gables campus are assigned by the Director of Academic Services. Special-purpose classrooms (e.g., laboratories, studios) on the Coral Gables campus are assigned by individual schools or departments. Classrooms on the campuses of the Rosenstiel School of Marine and Atmospheric Science and the Medical School are assigned by personnel on those campuses. Requests for rooms by faculty members for make-up classes or other purposes should be made to the Director of Academic Services.

## CLASS SCHEDULES

The schedule of classes is published prior to the beginning of each fall and spring semester. Chairs of departments prepare individual department schedules for their academic deans who coordinate the various department schedules for their schools and transmit them to the Director of Academic Services.

UM/EEOC-D. SCHMICH - 125808

## FACULTY-ADMINISTRATIVE COMMITTEES

The administration appoints committees upon which faculty members may be asked to serve. The administration will advise the Faculty Senate of all such appointments. The following is a list of these committees showing the office to which each reports, and statements of the function and composition of each. Committees are expected to keep minutes of their meetings and to file copies of these in the appropriate offices.

| COMMITTEE: | REPORTS TO: |
| --- | --- |
| Animal Care | Vice Provost for Research |
| Budget Advisory | Provost |
| Campus Sports and Recreation Advisory | Student Affairs |
| Long Range Planning | President |
| Patents and Copyright | Vice Provost for Research |
| Student Organizations | Student Affairs |
| Student Publications Board | Student Affairs |
| Union Board of Governors | Student Affairs |
| Use of Human Subjects | Vice Provost for Research |
| WVUM Advisory Board | Student Affairs |

1. The ANIMAL CARE COMMITTEE is responsible for formulation of policy regarding animal care, determining that all divisions conform to regulations dealing with laboratory animals, and informing all faculty members of their responsibilities under the Laboratory Animal Welfare Act. The Committee reports to the Vice Provost for Research, who has the responsibility of seeing that policy is adhered to, reports to the Executive Vice President and Provost or a designee from time to time on the work of the Committee, and refers to him any questions or problems that cannot be resolved.

2. The BUDGET ADVISORY COMMITTEE advises the President through the Executive Vice President and Provost on the determination of the annual budget. The Committee includes the Executive Vice President and Provost, the Senior Vice President for Business and Finance, the Chair and Vice Chair of the Faculty Senate, and the Chair of the Faculty Senate Budget and Compensation Committee.

3. The CAMPUS SPORTS AND RECREATION ADVISORY COMMITTEE is composed of thirteen members, eight of whom are students, five of whom are faculty or staff members. The purpose of the committee is to recommend changes in policies and procedures for the Campus Sports and Recreation Department.

4. The LONG-RANGE PLANNING COMMITTEE makes recommendations on future academic and fiscal policy and allocation of resources.

5. The PATENT AND COPYRIGHT COMMITTEE is appointed by the President. It is made up of four faculty members and three members of the administration. The Vice Provost for Research serves as chair and University Counsel serves as counsel to the committee. Matters related to Patents and Copyrights should be addressed to this Committee.

6. The COMMITTEE ON STUDENT ORGANIZATIONS studies and makes recommendations in the field of student organizational life, determines criteria for establishing student organizations, evaluates annually the achievements of student organizations, hears petitions for University

UM/EEOC-D. SCHMICH - 125809

FACULTY ADMINISTRATIVE COMMITTEES

registration of student organizations, and addresses issues of conduct pertaining to student organizations. The committee is expected to perform other duties, as assigned. for the effective functioning of student organizations. Members are appointed annually by the Vice President for Student Affairs. The Coordinator for Student Organizations serves as the Executive Secretary of the Committee. Other members of the Committee are the Dean of Students or a representative, three students, and one faculty member. The Vice President for Student Affairs annually designates a member of the Committee to serve as Chair. All members of the Committee shall be entitled to vote, except the Chair who votes only to break a tie.

. The STUDENT PUBLICATIONS BOARD supervises all student publications of the University and is expected to recognize and to protect student freedom of expression while simultaneously insuring that freedom of expression is accompanied by an equal measure of responsibility. The Board selects student editors-in chief and a Business Manager and may aid them in selecting staff members, all on the basis of character, scholastic ability, experience, and demonstrated knowledge of the highest journalistic principles of objectivity and fair play. The Board should recognize that there will always be honest divisions of opinions respecting the best policy for the University, and that editors have the right to express their views as long as those views are supported by facts, represent a considered judgment, and are reasonable and temperate in tone. The Board makes recommendations to the administration with regard to policies concerning all student publications, of which the University of Miami is the publisher. Within the policies approved by the administration, which are subject to change from time to time, the Board exercises general supervision over the editorial and business affairs of the student publications. To this end, it has the authority (1) to recommend approval for the establishment of any student publications; (2) to recommend to the administration appropriate action against any student publication produced without its prior approval; (3) to recommend limitations upon the subject matter, advertising solicitations, distribution policy, and rates for advertisements and subscriptions; (4) to call for an adequate financial statement from any publication for the purpose of review; and (5) to act as the hearing body for the University in all policy disputes, whether they occur within a publication or involve an individual or group seeking redress from a publication.

In the cases of *The Miami Hurricane* and *The Ibis*, the Board shall exercise these special powers: (1) to select editors-in-chief and a Business Manager and other student personnel who receive grants-in-aid (this power may be delegated in the case of the summer Hurricane); (2) to set rates of grants-in-aid for positions on the publications' staffs and to decide which positions are to carry such grants; (3) to approve contracts between the publications and their printers, engravers and other suppliers; and (4) to approve purchases involving capital expenditure. The Board meets at least twice during the fall and spring semesters and minutes are submitted to the Vice President for Student Affairs. The Board's chair is appointed annually by the Vice President for Student Affairs. Other members of the Board are as follows: Senior Advisor to Student Publications; Financial Advisor; two members of the faculty appointed by the Executive Vice President and Provost (at least one of whom shall be a member of the Department of Communication); a representative from the Division of Student Affairs to be appointed by the Vice President for Student Affairs; the editors-in- chief of *The Miami Hurricane* and *The Ibis*; the Business Manager of Student

UM/EEOC-D. SCHMICH - 125810

FACULTY ADMINISTRATIVE COMMITTEES

Publications; and the President of Student Government or a designee, and a student representative of the University chapter of the Society of Professional Journalists.

8. The UNION BOARD OF GOVERNORS considers all matters directly or indirectly related to the operation, function or activities of the Student Union. The Board consists of ten undergraduate students, two faculty members, and eight staff members and administrators.

9. The USE OF HUMAN SUBJECTS COMMITTEE is responsible for formulation of policy, as regards the ethical and moral aspects of experiments involving human subjects; for determining that the University complies with its assurances to various funding agencies, and to the requirements of federal and local law; for informing faculty members of their responsibilities; and for the review of activities involving the use of human subjects at risk. The Committee will prepare for the appropriate University authority such reports as from time to time may have to be made.

10. The WVUM ADVISORY BOARD oversees the Radio Station and recommends to the Station's Corporate Board general station policy. The fourteen members of the Board include faculty members, administrators, and students.

UM/EEOC-D. SCHMICH - 125811

# FACULTY-STUDENT RELATIONS

## COUNSELING

Student counseling is a broad responsibility that is not confined entirely to the student personnel officers of the University. Members of the faculty should recognize the essential contribution to be made to the overall counseling program by developing meaningful professional relationships with students with whom they come into contact.

Responsibility for academic advising rests with the academic deans, their staffs, and the members of the faculty. The various academic deans and their assistants confer with each student during the year. Faculty members are also expected to serve as faculty advisers.

Primary responsibility for non-academic advising rests with the Division of Student Affairs. The various departments of this division are geared to meet a variety of student needs commonly associated with out-of-class activity. These specialized services, listed by department, are as follows:

| | |
|---|---|
| Campus Sports and Recreation | Career Planning and Placement |
| Commuter Student Affairs | Counseling Center |
| Disability Services | International Scholar Services |
| International Student Services | Office of the Dean of Students |
| Orientation and Leadership Programs | Residence Halls |
| Student Activities | Student Development |
| Student Health Care Programs | Student Life and the University Center |

University Chaplains Association

A complete description of the services provided by these Student Affairs' departments can be found in the Student Handbook. Traditionally, the Division of Student Affairs has worked closely with the Academic Division of the University in consideration of problems arising from student academic concerns. The Division of Student Affairs is often able to provide valuable background and supplemental information regarding students to duly authorized University personnel and welcomes interchange with interested faculty.

## FACULTY RESPONSIBILITIES IN STUDENT ACTIVITIES

Student involvement outside the classroom is an important supplement to the classroom educational experience. Student organizations offer academic, cultural, religious, social and athletic opportunities for experiential learning. Students must maintain satisfactory academic and enrollment standing to participate in student activities. All student organizations are required to have a faculty or administrative advisor. Faculty members are encouraged to serve as advisors or as resource persons. Interested faculty should contact the Coordinator of Student Organizations for more information.

## FACULTY ROLES IN STUDENT VOLUNTEER SERVICE

There are many opportunities for faculty involvement in community service and social advocacy through the Division of Student Affairs' Volunteer Services Center. Faculty members are encouraged to participate as advisors for student service and advocacy organizations and as participants in various service events. The Volunteer Services Center

UM/EEOC-D. SCHMICH - 125812

provides placement information to faculty who integrate community-based projects, case studies or field experiences into their curricula. The Volunteer Services Center also serves as a liaison between community agencies and the University, providing any services and resources for faculty members engaged in service learning.

## NON-ACADEMIC DISCIPLINE

The administration of non-academic discipline is the responsibility of the Division of Student Affairs. For specific information regarding University policies, procedures and regulations pertaining to non-academic discipline, consult the Student Rights and Responsibilities section of the Student Handbook, which is prepared by the Office of the Dean of Students.

## HONOR CODE

The Undergraduate Student Honor Code was established to protect the academic integrity of the University by encouraging consistent ethical behavior by undergraduate students in assigned course work. The Code provides standards that are necessary to maintain a community where one has the right to compete fairly in the classroom. The Code covers all written and oral examinations, term papers, creative works, assigned computer-related work. and any other academic work to be submitted for credit.

The Honor Council is a standing committee that derives its authority from the University and that hears allegations of academic cheating. All undergraduate students are under the jurisdiction of the Honor Council and subject to penalties that it may impose for violation of the Code. The Council consists of eighteen student representatives for the undergraduate Schools and Colleges, with at least one representative from each School or College.

An Honor Council case begins with the filing of a complaint with the Executive Secretary of the Council, proceeds with an official inquiry into the alleged violations, and continues through a Preliminary Hearing, a Final Hearing, and an Appeal Hearing, when requested. Penalties are based on the nature of the violation and may include disciplinary warning, disciplinary probation, suspension, expulsion and/or University community service.

The Honor Code is included in the Student Life Handbook and copies are available in the Office of the Dean of Students. Questions regarding the Honor Code should be directed to the Executive Secretary of the Honor Council in the Office of the Dean of Students.

## OMBUDSPERSON PROGRAM

In 1970, the University of Miami established an Ombudsperson Program to help open channels of communication between students and the University community and to provide students with readily identifiable persons to whom they may turn to express grievances about the University. University ombudspersons are appointed annually by the President, and, although these individuals hold other positions within the University, they serve as independent representatives of the President when acting to hear student grievances and complaints.

UM/EEOC-D. SCHMICH - 125813

The University ombudspersons are authorized to investigate matters within their jurisdiction. The purpose of the University ombudspersons is to listen to a student's grievance, to investigate the facts surrounding it, and to attempt to resolve the situation informally before it becomes a matter in a formal grievance proceeding. Ombudspersons neither make policy nor override a policy of the University. Because of their knowledge of the University, however, ombudspersons are in a position to interpret the University's policies for students and to make recommendations to the administration when policy changes are perceived to be needed. Ombudspersons expedite the decision-making process within the University and ensure that the University follows its own published policies and procedures.

Ombudspersons are appointed for Student Affairs, Academic Affairs, Medical Affairs, Business and Finance, and the Marine Science Campus. For further information regarding the ombudsperson program, contact the Office of the Vice President for Student Affairs.

## STUDENT RECORDS

A federal law, commonly referred to as the "Buckley Amendment," provides certain rights to students with respect to their education records. The University also maintains a policy in this regard available from the Office of Enrollment Services. The law and the University policy provide students with the right of access to their educational records, the right to a hearing to challenge the contents of their educational records, and the right not to have the contents of their educational records disclosed without the student's written consent. Faculty members should be careful not to post grades or otherwise release student record information unless the written consent of each student concerned is obtained in advance. For further information, the University policy should be consulted.

UM/EEOC-D. SCHMICH - 125814

UNIVERSITY ADVANCEMENT

## DIVISION OF UNIVERSITY ADVANCEMENT

The University of Miami conducts an active development program under the supervision of the Vice President for University Advancement. This program combines the functions of fund raising, alumni relations, and public relations in the overall effort to maintain the University's excellent image and strengthen its financial position. The Division of University Advancement acts to secure financial support for academic and physical expansion programs approved by the Board of Trustees. It does this through constant contacts with the corporate community, foundations, state funding agencies and individual donors. All University programs requiring external financing must conform to the University's Fund Raising Policy, copies of which may be obtained in the Office of the Vice President for University Advancement. The Office of University Relations keeps the University's many constituencies--students, faculty, staff, alumni, friends, members of the press and the general public--informed about University programs and activities.

## ALUMNI ASSOCIATION

The University considers its more than 85,000 alumni to be essential members of the University family. In order to provide services to them and maintain a communications system for them, the University has a full-time staff under the supervision of the Director of Alumni Relations. Any large scale communication effort with alumni should be coordinated with the Alumni Office. The Director of Alumni Relations welcomes any suggestions from members of the faculty on programs for various alumni groups.

## CITIZENS' BOARD

Established in 1946, the University of Miami's Citizens' Board serves as a major link between the University and the greater Miami community. More than 100 leaders of the business and professional community make up the Citizens Board membership. By offering counsel on matters of mutual interest and conducting an annual corporate fund raising campaign, they serve the University and the community. Membership is by invitation.

## UNIVERSITY VOLUNTEER GROUPS

Active community involvement remains a key ingredient in the University's successful development program. Participation of dedicated individuals who share the University's commitment to academic excellence and community service is made possible through a variety of University sponsored volunteer organizations. Information concerning these organizations may be obtained from the Division of University Advancement.

## ADVERTISING

As a general rule the University does not subscribe to paid advertising in any publications or at the request of any non-profit organization. The University is itself a non-profit institution and it is not in a position to make gifts or devote its resources to advertising

UM/EEOC-D. SCHMICH - 125815

solicited by other similar organizations. With the exception of academically related advertising, all matters concerning advertisement affecting any facet of the University must be cleared through the Division of University Advancement.

## PUBLIC INFORMATION POLICY

The President is the official spokesperson for the University on matters of policy and official action. In most cases, this authority is delegated to the Office of University Relations and exercised by the Director of Media Relations. The Director is responsible for releasing all information pertaining to activities of the University, emergencies or controversies or routine, to which the press has reasonable claim.

The Office of University Relations will ensure that all news media get facts as accurately and quickly as possible. To enhance efficiency and avoid confusion, deliberations of official University boards, commissions, committees and the like that are to be released to the press will be disseminated through the Office of University Relations.

It is the responsibility of all administrators and faculty to keep the Office of University Relations fully informed of matters subject to media interest. The Office shall also systematically query administrators and faculty to remain current about issues affecting the University. In consultation with persons directly involved, the Director will decide what information is to be released to the press and in what manner. The Office of University Relations facilitates communication to internal and external audiences, and is available to individuals or groups on campus to assist in the preparation of news materials for the public.

It is not the intent of the University to censor or inhibit freedom of expression on the part of any individual affiliated with the University when the person speaks or writes as an individual. Queries from news media should be referred to the Office of University Relations when: (1) The query deals with an area of responsibility outside that of the person being contacted by news media; (2) The query deals with a matter of University-wide concern or policy; or (3) The Office of Public Affairs has already been provided with information sought by the inquirer.

It is the policy of the University to be forthright and candid with news media. University personnel should realize that attempts to suppress unfavorable news often lead to adverse judgments about the University.

9/1/94

UM/EEOC-D. SCHMICH - 125816

OTHER GENERAL MATTERS

## ARCHIVES

The University Archives are housed in the Archives and Special Collections Department of the Otto G. Richter Library. Holdings in the Archives include the published and unpublished records of University offices, schools, departments, programs and organizations. The Archives contain a wide variety of materials, including correspondence, memoranda, reports, studies, documents, photographs, audiotapes, videotapes, and machine-readable records. Faculty are encouraged to contact the University Archivist with any questions or concerns regarding the University Archives. Transfer of records to the University Archives requires the approval of the University Archivist.

## BOOKSTORE

The University Bookstore is owned and operated by the University for the faculty and students. Faculty members are entitled to discounts on many articles upon presentation of an identification card. The Bookstore sells both new and used books. All orders for textbooks and supplies should be cleared through department chairs.

## COMMUNICATIONS SERVICES

Communications Services, a division of the School of Communication, is located in the Whitten Learning Center. It provides both engineering and production services to the School of Communication as well as educational media services to the University's academic community. The following services are available for regularly scheduled classes: (a) audio-visual services for instructional purposes, including audio-visual equipment, and films and videos for classroom use; (b) graphics services, including original artwork for slides, overhead transparencies, computer-generated slides, copystand services, and enlargement or reduction of illustrations for books, brochures and study guides; (c) technical services, including the installation, maintenance and repair of computers, audio visual equipment, and broadcast or two-way radio equipment, as well as the recording of satellite down-links for playback. (Installation, maintenance and repair of equipment is available on a limited basis.)

## FACULTY CLUB

The Faculty Club is open to all faculty and staff for lunch between 11:30 a.m. and 2:00 p.m. The Club is also available for banquets and parties.

## HOLIDAYS

The University observes as holidays: New Year's Day; Martin Luther King's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; and Christmas Day. Other days are observed by different campuses in accordance with the University Holiday Policy of the Policies and Procedures Manual. A faculty member who wishes to observe a religious holy day shall make arrangements to have another instructor conduct the class, if possible.

UM/EEOC-D. SCHMICH - 125817

*Other General Matters*

## OFFICE OF HUMAN RESOURCES AND AFFIRMATIVE ACTION

The Associate Vice President for Human Resources and Affirmative Action supervises the non-faculty personnel programs, the employee benefits programs for faculty and staff, and the affirmative action program for the University. The Personnel Policies and Procedures Manual for Non-exempt Employees and the Personnel Policies and Procedures Manual for Administrative and Professional Employees contain comprehensive guidelines concerning personnel activities for non-faculty employees. Copies of these manuals are available in offices of departments and deans.

The Office of Human Resources and Affirmative Action handles all Worker's Compensation claims for the University. A faculty or staff member injured while performing work for the University must file a report promptly. Report forms are available in either of the Personnel Offices (Coral Gables or Medical Campus) and in department offices.

The Office of Human Resources and Affirmative Action is responsible for translating the University's commitment to equal opportunity and the interpretation of applicable federal laws and regulations for an organized, effective system of affirmative action. The management of the affirmative action plan and the monitoring of those policies and practices, affecting education and employment and covered by federal compliance guidelines, are conducted by this Office. The review of any complaint alleging discrimination is conducted in this Office as well.

## PARKING

Faculty members desiring access to parking at the University must purchase hang tags giving them access to the parking lots. The purchase of a hang tag does not, however, guarantee that space will be available in a specific lot at a particular hour.

## POST OFFICE

The Post Offices are located in the Student Union and on the Medical School Campus in the Parking Plaza. This is not a University post office but a U.S. Post Office, University Branch, operated by University employees. Faculty members may rent boxes at their own expense. Departments rent boxes through the Office of the Treasurer.

## SOLICITATIONS

General solicitation of faculty, staff, and students by salesmen is not permitted except in the case of book publishers wishing to make professional contacts with faculty members. On-campus solicitations of students by University of Miami student organizations must be cleared through the Office of Student Affairs. Permission for any other solicitation must be obtained through the Office of the Senior Vice President for Business and Finance.

UM/EEOC-D. SCHMICH - 125818

INDEX

Absences, student 82
   Senate 20
Absentee ballots 44
Academic Affairs, Division of 80
Academic bulletins 82-83
Academic Deans' Administrative Council 80
Academic Deans' Policy Council 25, 28, 80, 82
Academic freedom
   and Committee on General Welfare 8
   and appointments 33
   policy on 39
   and communication with trustees 63
   in sponsored programs 69
   in grants and contracts 72
   and publication 78
Academic organizational structure 25
Academic regulations 82
Academic Services
   Director of 84
Academic Standards Committee 21, 80
Ad hoc evaluation committees 43
Additional standards
   notification of 41
Adjunct Faculty 2, 29, 31
Administrative officers
   appointment and retention of 12
   responsibilities of 12
   voting rights 41
Administrative Services Committee 21
Administrators and tenure 37
Admission tickets, for faculty 56
Advertising
   use of University name in 62
   in student publications 86
   by the University 91
Advising 65, 88
Advisory boards
   school 45
Affiliated Faculty 2, 29, 32
Alumni Association 91
American Association of University Professors 39, 62, 73
Animal Care Committee 85
Appointments 14, 33, 40
   administrative officers 12
   affiliated 2, 29, 32

   initial 41
   joint 31
   limited financial support 33
   regular 26, 28, 34, 36
   renewal 14, 32, 38
   secondary 26, 31
   term 34
   termination of 34, 36, 38, 42, 46-50
Appropriate faculty
   definition of 40
Archives 93
Art Museum 56
Assistant professor
   qualifications of 40
Associate professor
   qualifications of 40
Associated Faculty 1, 2, 21, 29-34, 42
Athletics Committee 21
Attendance, student 82
Authority of the Faculty 3
Authority of the Senate 6

Benefits and Privileges
   administration of 53
   group insurance 21, 32, 54, 65
   long-term disability 54
   retirement 53
   in sponsored research 70
   tuition remission 53-54
Board of Trustees vii, viii, 1, 5, 8, 11-13, 17, 25, 30, 37, 45, 48, 51, 63, 75, 78, 80, 91
Bookstore 21, 32, 58, 59, 93
Buckley Amendment 90
Budget Advisory Committee 85
Budget and Compensation Committee 21
Bulletins, academic 82, 83
Bylaws, Faculty 17

Campus Sports and Recreation Advisory Committee 85
Candidate,
   definition of 40
   statement of, 44
Cause, termination for 46
Centers and institutes 27
Chairs of departments 14, 44, 81

UM/EEOC-D. SCHMICH - 125819

Chair of the Faculty Senate  6-8, 10-11, 15, 19-24, 46-47, 85
Changes of courses
  and withdrawals  83
Charter, Faculty  1-16
Cheating  89
Child care
  extension of probationary period for  35
Citizens' Board  91
Class periods  83
Class rolls  83
Class schedules  84
Classroom assignment  84
Clearance checklist  52
Committee on General Welfare  1, 7-10, 13-14, 19, 23-24
Committee on Professional Conduct  22, 46, 47
Committee on Rank, Salary and Conditions of Employment  15, 62
Committee on Student Organizations  85
Committees
  faculty-administrative  85
  of the university faculty  15, 19, 21
Committee work  61, 65
Communication with trustees  63
Communications Services  93
Composition of the Senate  7
Conflict of interest policy  58
Conflict of interest  57, 58, 60-62, 64, 72
Consultative Committees, votes of  24
Consulting
  for government agencies and others  61
  intra-university  62
  outside  61
Consulting and compensation for non-university activities  57
Continuing Studies
  School of  26
Counseling  88
Credit union  32, 52, 56

Deans  9, 13-14, 37, 45, 80
Degrees, recognition of  40
Department
  definition of  40
  meetings  81
  structure  11

Dependents  32, 54-55
Disability leave
  extension of probationary period during  35
Disability plan
  long term  54
Discipline, non-academic  89
Discoveries and inventions  75, 76, 78,
Division of University Advancement  91

Educator Faculty  1-3, 29, 31-34
Effort, distribution of  61
Elections, Senate  7, 20
Emergencies  64
Emeritus Faculty  32
Employee Benefits Office  53, 54
Ethical Matters  57
Evaluation
  formal written  44
  teaching  43
Evaluation committee  43
  ad hoc  43
Executive Vice President and Provost  1, 11, 13-15, 21-24, 30, 35, 42-45, 58, 65-66, 68-69
External letters  43

Facilities and Planning committee  22
Faculty Club  93
Faculty Government Charter  1
Faculty Policies  29
Faculty-administration relationships  17
Faculty-administrative Committees  85
Faculty-produced teaching materials  64
Faculty Senate  vii, viii, ix, 1, 4, 7, 17, 19, 21, 22, 24-26, 28, 38, 41, 46, 48, 57, 62, 68-69, 80-81, 85
Faculty-student relations  88
Files, faculty  42
  personnel  66
Final checks  52
Financial exigency  33, 38
Freedom of communication  74
Fund raising  91

General Education Committee  22
General Faculty  1, 29-33
Grade reports  83
Grading system  83

UM/EEOC-D. SCHMICH - 125820

Graduate school 3-5, 19, 24, 27-28, 31, 33, 54, 55, 64
Graduate study, by faculty 64
Group insurance 21, 32, 54, 65
Guest speakers 64

Health Center 32, 64, 82
Hearing Committee, Faculty 48
Holidays 67, 83, 93
Holy days 83
Honor code 89
Honoraria 61
Human Resources and Affirmative Action, Office of 94
Human Subjects 70, 72, 85, 87

Illness 64
Instructor 31
Insurance
  group and long-term disability 54
  life 54
Interdisciplinary program 25
International Studies, Graduate School of 27
Inventions 60, 74-76, 78

Joint appointments 31
Joint Referral Committee 11

Leaves of absence 34, 35, 57, 65
Lecturer 4 2, 29, 32
Letters, external 43
Librarian Faculty 2
Library 2-5, 18-19, 21-22, 29, 52, 56, 58, 65
Library Committee 22
Life Insurance 54
Limited financial support
  regular appointments with 33
Long-range Planning Committee 85
Long-term Disability Plan 54
Lowe Art Museum, faculty membership 56

Meetings 5, 8, 12, 18-20, 81, 85, 18
Merit increases 31

Name of the University, use of the 62
News media 92
Non-academic discipline 89

Non-classroom duties 65
Nondiscrimination policy 63
Notice requirements 36
Notice of termination 34
Notification of standards and procedures 41

Officers of the Senate 7
Ombudsperson Program 89
Outside consulting 57, 61
Outside interests, favoring of 60
Overload and special arrangements 65

Parking 18, 32, 94
Part-time faculty 54-55
Patent and Copyright Committee 75, 85
Patent and Copyright Policy 58, 75
Personal hardship, extension of probationary period for 35
Personal relationships 62
  in advancement 63
  of evaluators in faculty reviews 63
Personnel files 66
Philosophy and Objectives, Statement of viii
Policy on Sponsored Research 73
Political Activity, Statement on Professors and 57
Post Office 94
President vii, viii, ix, 1-15, 17, 19, 21-26, 28-33, 35, 37-38, 40-42, 44-52, 57-59, 61-62, 64, 65-71, 74-82, 85-86, 89-92, 94
Private enterprises, relationships with 62
Privileges and benefits of faculty 32
Probationary appointment
  notice of termination of 36
  term of 36
Probationary period for regular appointments 34, 31, 33-37, 45
Probationary year, definition of 36
Professional Conduct, Committee on 22, 46
Professor, qualifications of 40
Promotion viii, 2-5, 7, 14-15, 18, 23-24, 26-27, 29, 31-32, 37-45, 53, 63, 71
Provost *see* Executive Vice President and Provost
Public Information Policy 92

Qualifications of the Faculty 14-15, 24, 27, 39

UM/EEOC-D. SCHMICH - 125821

Quorum  8-10, 15, 23

Radio station  87
Rank, Salary, and Conditions of Employment, Committee on  15, 23, 62
Reappointment  viii, 2, 3, 9, 12, 15, 29, 37-38, 40-45
Regular Faculty  1-3, 29-35, 40-42
Regular appointment  26, 28, 34, 36
Religious Holidays  83
Registration  56, 65-66, 83, 85
Research and Sponsored Programs  68
Research Coordination  68
Research Council  61, 68-71, 73-74, 68
Research Faculty  1, 2, 29, 34, 72
Resignation  66
Retirement  18, 21, 32, 36, 38, 53-54, 65
Retirement plans  53
Review of the faculty for reappointment, promotion, and award of tenure  41
Reviews
    annual  42
    special  43
Rolls, class  83
Royalties  59, 76, 77

Sabbatical leave  52
    eligibility for  53
    purpose of  52
    terms of  53
Salary  4-5, 14-15, 21, 23, 30-31, 33-34, 38-39, 42, 52, 71, 72, 81
Scholarship of the faculty  39
School councils  5, 18, 28, 69,
School of Continuing Studies  26, 65, 66
Secondary appointments  26, 31
Semester Lecturer  32
Senate, Faculty  vii, viii, ix, 1, 4, 7, 17, 19, 21-22, 24-26, 28, 38, 41, 46, 48, 57, 62, 68-69, 80-81, 85
Senior Vice President for Business and Finance  85, 94
Service and administration, faculty contributions to  40
Social Security  52
Solicitations  94
Sponsored Programs  60-61, 68-74

Sponsored research  60
Standards and procedures, notification of  41
Statement of candidate  44
Student activities, faculty responsibilities in  88
Student Affairs Committee  23
Student government  22, 23, 86
Student organizations  85-86, 88, 94
Student Publications Board  86
Student records  90
Student volunteer service, faculty roles in  88
Summer teaching  67
Suspension of faculty member  47

Teaching  1, 3-4, 11, 18, 22, 24, 27, 29-31, 33, 37-40, 43, 46, 49, 52-54, 59, 61, 64-67, 71-72, 81, 39
Teaching materials, faculty-produced  59, 64
Tenure  14
    and administrators  37
    at rank of assistant professor  37
    attainment of  37
    meaning of  38
    obligations of  38
    retention of existing rights  38
    standards and procedures for attaining  37
    termination of in financial exigency  38
Tenure Review Board  24
Term appointments  33
    following retirement  36
Termination  34, 36, 38, 42, 46-47, 49-50, 66
    for cause  46
Trustee authority in tenure  45
Trustees, Board of  vii, viii, 1, 5, 8, 11-13, 17, 25, 30, 37, 45, 48, 51, 63, 75, 78, 80, 91
Tuition Benefits  32, 54-55
Tutoring by faculty  59

Union Board of Governors  87
University Advancement  91
University facilities, use of  62
University Faculty  viii, 1-4, 6-10, 12, 15-17, 19, 21, 29-33, 40, 57, 60-62,
University volunteer groups  91
Use of Human Subjects Committee  87

Vacation  67
Voting faculty  viii, 11, 19, 27-28, 36-37, 40-45

UM/EEOC-D. SCHMICH - 125822

*Index*

Voting procedures in Senate elections  19

Withdrawals and changes of course  83
Withholding tax  52
Women and Minorities, Committee on  24
Worker's compensation  94
WVUM Advisory Board  87

UM/EEOC-D. SCHMICH - 125823