Faculty Evaluations Summary Spring 2011, comments by Ardren

**Political Science**

**Blofield, Associate Professor**

Research: no pubs in 2010, editor and co-author of 2 chapters in volume with Penn State Press in press, single author monograph submitted to Penn State, book chapter in press, no grants, asked to organize pre-conf for American Pol Sci Assoc meeting.  Teaching: full load (no enrollment #s provided) below average evaluations (Chair says she is too strict and has plans to modify style). Service: Editorial boards, supervises one grad student, member of 3 campus boards.

**Comments: Merit 1.67 slow year but has many pubs in the pipeline**

**Davidson-Schmidt, Associate Professor**

Research: 1 peer reviewed article, 2 more in press, 1 submitted, 1 proceedings paper, book in progress, did not receive Provost's research award, no grants, 3 conference presentations.  Teaching: 1 course reduction in spring for freshmen advising, 4 courses total including 1 in summer for total enrollment of 171 with good evaluations.  Service: DUS for POL, co-chair search committee, 4 other campus committees, review of POL untenured faculty, 72 advisees

**Comment: Merit plus additional for extra service while still publishing.  Dept admin prob cuts into productivity, dept should be encouraged to shift some responsibilities to others so she can make full professor.**

**Dreyer, Professor**

Research: 1 article in peer reviewed edited volume (reprint of earlier work), new edition of monograph, 1 book chapter in press, 1 submitted, 1 book review article for newspaper, new book in process, no grants.  Teaching: full load including summer course (summer scholars) for enrollment of 115, good evaluations.  Service: 1 grad student supervision, 1 campus committee, editorial boards.

**Comment: Below merit, total new work is 2 book chapters which isn't much for senior scholar, good teaching but very little campus service (maybe this is a good thing given what I have heard of Dr. Dreyer?)**

EXHIBIT
P-245

**Frohock, Professor**

Research: 1 book with Univ Press of Kansas, early stages of new book, proposal submitted to Guggenheim, 1 conference paper.  Teaching: 1 course in spring, 1 in fall, 2 in summer for a total of 60 students with good evaluations.  Service: Chair POL, chair of committee to review Honors Program.

**Comment: Merit, solid production while administrator**


**Gonzalez, Associate Professor**

Research: no publications in 2010, but three articles submitted to peer reviewed journals in Dec, advance contract for book with SUNY Press, book out last year, 3 conference presentations (1 invited).  Teaching: full load with 71 students enrolled, good evaluations. Service: 3 campus committees.

**Comment: Less than merit or merit, not sure if this year with no pubs is an anomaly or pattern, light production.  Somewhat light teaching and service.**


**Klofstad, Assistant Professor**

Research: book with Temple Univ Press, 2 articles in peer reviewed journals, 1 in press, 5 submitted, 6 articles in preparation.  Provost Research Grant, NSF 1.6 mil pending, 3 conference presentations (1 invited, Duke).  Teaching: full load with 99 students enrolled and above average evaluations.  Service: Manuscript reviews, 1 campus committee, advisor to Pi Sigma Alpha, media contact.

**Comment: Merit plus, very productive, chair enthusiastic about promotion**


**Koger, Associate Professor**

Research: 1 book with Univ Chicago Press, 2 peer reviewed articles, 1 article in press, 2 submitted, 2 book projects in development, grant to Guggenheim Fellowship competition submitted, 5 invited conference papers, 3 others.  Teaching: full load with 107 students enrolled and above average teaching evaluations.  Service: supervision of 1 grad student at Univ Georgia, advisor Pi Sigma Alpha, member of Chair search committee, 11 media interviews.

**Comment: Merit plus for book and high level of productivity**

**Mann, Assistant Professor**

Research: 2 peer reviewed articles, 1 in press, 16 more in process, 5 grant proposals funded for 3.66 mil (not clear if he is PI on all), 5 conference papers (2 invited). Teaching: full load for 103 students and very good evaluations (2 teaching awards). Service: supervision of 2 grad students, 1 campaign internship, article reviews for journals, organizer of POL faculty colloquium.

**Comment: Merit plus, very productive, excellent teaching and we need to keep him at UM**

**Milakovich, Associate Professor**

Research: 1 peer reviewed article, book to come out in 2011 Routledge, 11th edition of his text in 2012, 3 articles in process, UM Faculty Learning Community Fellow.  Teaching: 2 courses spring, 1 fall 2 summer for a total of 60 students—no info provided about teaching evaluation scores.  Service: advises 15 freshmen, MPA admissions committee

**Comment: Less than merit, light on publication, teaching and service.**

**Parent, Assistant Professor**

Research: 1 peer reviewed article, book with Oxford in press for 2011, 2 articles in press, 2 articles or books (not clear) submitted, Smith Richardson Grant proposal submitted but denied, 1 invited conference presentation.  Teaching: full load with 98 students enrolled and high evaluation scores.  Service: grad advisor for 2 students, 12 undergrads, 2-3 independent study projects, grad admissions committee.

**Comment: Merit plus, or wait until book comes out 2011, excellent progress**

**Uscinski, Assistant Professor**

Research: 1 article in peer reviewed journal, 3 in press, 4 submitted, book project nearing completion, Provost Research Award, 1 conference presentation.  Teaching: spring sabbatical, fall 2 courses and 1 over summer for total of 80 students with decent

evaluations.  Service: manuscripts reviewed for journals, media commentator, advisor to College Republicans.

**Comment: Merit for production, more when book is out.  Light on service but that seems to be consistent with Chair's philosophy for junior faculty**

**West, Professor**

Research:  new editions of 2 books (Sage and MESharp), 5 peer reviewed articles (not single authored), 3 in press, 3 book chapters in 2010, 4 in press, 3 conference papers.  Teaching: full load plus intercession, freshmen experience, Exec MBA, Continuing Studies etc for a total of 148 students with above average evaluations.  Service: 2 independent study projects, 2 interns supervised, 2 grad committees, member POL Chair search committee, advisory committee re Sociology, Chair Gonzalez promotion committee, etc

**Comment: Merit plus, very active senior faculty that serves as a role model for all the junior people in dept (hopefully)**

**Separate note:  I don't see anything about formal mentoring arrangements in POL…**

**CONFIDENTIAL**                              **UM/EEOC-D.SCHMICH - 127408**