UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-23131-Scola

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION,

    Plaintiff,

and

LOUISE DAVIDSON-SCHMICH,

    Intervenor-Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Jennifer Daley, as counsel for the Intervenor Plaintiff, Louise Davidson-Schmich, hereby certify the following:

Check the applicable sections:

[X] ALL EXHIBIT S E-FILED (Plaintiffs): All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF per DE 194.

[ ] EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

Any original exhibits have been retained by the Clerk of the Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:   /s/ Jennifer Daley         Date: March 16, 2022

## Certificate of Service

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and furnished via the CM/ECF system this day to all counsel of record on the Service List.

      Respectfully submitted,

      */s/ Jennifer Daley*_____
KAREN COOLMAN AMLONG
Florida Bar Number 275565
KAmlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar Number 856436
JDaley@TheAmlongFirm.com
THE AMLONG FIRM
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954) 462-1983
(954) 523-3192 Fax

***Attorneys for Intervenor- Plaintiff,
Louise Davidson-Schmich***

. \\amlong3\cpshare\cpwin\history\220107_0001\1696.182