UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-23131-SCOLA/LOUIS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LOUISE DAVIDSON-SCHMICH,

    Intervenor-Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

## FINAL JUDGMENT

In accordance with the jury's verdict following the trial held on March 7-11, 2022 (D.E. 190), the Court hereby enters Final Judgment in favor of Defendant, University of Miami, on all claims. Plaintiff, Equal Employment Opportunity Commission, and Intervenor-Plaintiff, Louise Davidson-Schmich, shall take nothing from this action, and Defendant, University of Miami, shall go hence without day. The Court reserves jurisdiction to consider motions for attorneys' fees and costs.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on March _____, 2022.

_____
Robert N. Scola, Jr.
United States District Judge