United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, Plaintiff, | ) ) ) | |
| & | ) ) | |
| Louise Davidson-Schmich, Intervenor-Plaintiff, | ) ) ) | Civil Action No. 19-23131-Civ-Scola |
| v. | ) ) ) | |
| University of Miami, Defendant. | ) | |

### Judgment

A jury rendered a verdict in favor of Defendant University of Miami in this action on March 11, 2022. (ECF No. 190.) Accordingly, the Court now enters judgment in favor of the Defendant and against the Plaintiffs, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case. All pending motions are **denied as moot**.

**Done and ordered** in Miami, Florida, on March 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge