United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, Plaintiff, | ) ) ) | |
| & | ) ) | |
| Louise Davidson-Schmich, Intervenor-Plaintiff, | ) ) ) | Civil Action No. 19-23131-Civ-Scola |
| v. | ) ) ) | |
| University of Miami, Defendant. | ) | |

### Order Taxing Costs

This cause came before the Court upon the Motion to Tax Costs filed by Defendant, University of Miami (the "University"). (ECF No. 204). By its Motion, the University seeks taxable costs against Plaintiff, Equal Employment Opportunity Commission (the "EEOC"), in the amount of $25,647.71 and post-judgment interest on that amount pursuant to 28 U.S.C. § 1961, calculated from March 23, 2022 – the date of the final judgment was entered in favor of the University. (ECF No. 203). The EEOC does not oppose the University's request. Accordingly, it is hereby **ordered and adjudged** as follows:

    1.    The University's motion (**ECF No. 204**) is **granted**;

    2.    On the final judgment that was previously entered in favor of Defendant, University of Miami (ECF No. 203) (whose address is 1320 S. Dixie Highway, Suite 1230, Coral Gables, Florida 33146), and against Plaintiff, Equal Employment Opportunity Commission (whose address is 131 M Street, NE, Washington, DC 20507), the Court now orders that costs be taxed in the amount of $25,647.71 in favor of the University of Miami and against the Equal Employment Opportunity Commission, for which let execution issue forthwith. That amount shall bear interest at the applicable post-judgment interest rate of 1.30% per annum until fully-satisfied.

    3.    The Court retains jurisdiction to enforce this order.

**Done and ordered** in Miami, Florida, on April 20, 2022.

_____
Robert N. Scola, Jr.
United States District Judge